IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | MASTER CASE NO. 1:21-MI-55555-JPB |
| COALITION FOR GOOD GOVERNANCE, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.*,<br><br>*Defendants.* | CIVIL ACTION<br><br>FILE NO. 1:21-CV-02070-JPB |
| VOTEAMERICA, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Secretary of State for the State of Georgia, *et al.*,<br><br>*Defendants.* | CIVIL ACTION<br><br>FILE NO. 1:21-CV-01390-JPB |

**[PROPOSED]**
**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

1

2

Having reviewed the Partial Consent Motion to Extend the Time for Defendants to Answer Plaintiffs' Complaints, the Court GRANTS the motion. The following revised directions apply to all of the above-captioned actions: Any defendant who has not yet answered the complaint must do so by January 21, 2022. All other deadlines stated in the Court's orders of December 23, 2021 remain unchanged.

SO ORDERED this \_\_\_\_ day of January, 2022.

_____
**J.P. BOULEE**
United States District Judge