IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.:<br>1:21-MI-55555-JPB |
| THE NEW GEORGIA PROJECT, *et al.*,<br><br>        *Plaintiffs*,<br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.*,<br><br>        *Defendants*,<br><br>REPUBLICAN NATIONAL COMMITTEE, *et al.*,<br><br>        *Intervenor-Defendants.* | Civil Action No.:<br>1:21-cv-01229-JPB |
| GEORGIA STATE CONFERENCE OF THE NAACP, *et al.*,<br><br>        *Plaintiffs*,<br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Secretary of State for the State of Georgia, *et al.*,<br><br>        *Defendants*,<br><br>REPUBLICAN NATIONAL COMMITTEE, *et al.*,<br><br>        *Intervenor-Defendants.* | Civil Action No.:<br>1:21-cv-01259-JPB |

| | |
|---|---|
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, *et al.*,<br><br>*Plaintiffs,*<br>v.<br>BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.*,<br><br>*Defendants,*<br><br>REPUBLICAN NATIONAL COMMITTEE, *et al.*,<br><br>*Intervenor-Defendants.* | Civil Action No.:<br>1:21-cv-01284-JPB |

**STATE DEFENDANTS' MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE, CERTIFICATION FOR IMMEDIATE APPEAL**

Pursuant to this Court's Civil Local Rule 7.2(E), Brian Kemp, Brad Raffensperger, the State Election Board, Rebecca Sullivan, Sara Ghazal, Matthew Mashburn, and Anh Le ("State Defendants") hereby move for reconsideration of this Court's Orders of December 9, 2021, prior to the consolidation of the SB 202 cases, in *New Georgia Project v. Raffensperger,* No. 21-cv-1229 [Doc. 86, Exhibit A]; *Georgia State Conference of NAACP v. Raffensperger,* No. 21-cv-1259 [Doc. 64, Exhibit B]; and *Sixth District of African Methodist Episcopal Church v. Kemp,* No. 21-cv-1284 [Doc. 110, Exhibit C], denying State Defendants' motions to dismiss the complaints. State Defendants move the Court to reconsider whether Plaintiffs have standing

against State Defendants as to Count III of the First Amended Complaint in *New Georgia Project v. Raffensperger,* No. 21-cv-1229 [Doc. 39, ¶¶ 177–184]; Count V of the Amended Complaint in *NAACP v. Raffensperger,* No. 21-cv-1259 [Doc. 35, ¶¶ 223–32]; and Count IV of the First Amended Complaint in *Sixth District of African Methodist Episcopal Church v. Kemp,* No. 21-cv-1284 [Doc. 83, ¶¶ 342–48]. In the alternative, State Defendants respectfully move the Court to certify the Orders for immediate appeal of the issue of whether Plaintiffs have standing to sue State Defendants as to the previously mentioned counts under 28 U.S.C. § 1292(b).

Respectfully submitted,

Christopher M. Carr
Attorney General
Georgia Bar No. 112505
Bryan K. Webb
Deputy Attorney General
Georgia Bar No. 743580
Russell D. Willard
Senior Assistant Attorney General
Georgia Bar No. 760280
Charlene McGowan
Assistant Attorney General
Georgia Bar No. 697316
**State Law Department**
40 Capitol Square, S.W.
Atlanta, Georgia 30334

*/s/ Gene C. Schaerr*
Gene C. Schaerr*
Special Assistant Attorney General

        Erik Jaffe*
        H. Christopher Bartolomucci*
        Brian J. Field*
        Riddhi Dasgupta*
        Joshua J. Prince*
        Annika M. Boone**
        **SCHAERR | JAFFE LLP**
        1717 K Street NW, Suite 900
        Washington, DC 20006
        (202) 787-1060
        gschaerr@schaerr-jaffe.com
        **Admitted pro hac vice*
        ***Pro hac vice motion forthcoming*

        Bryan P. Tyson
        Special Assistant Attorney General
        Georgia Bar No. 515411
        btyson@taylorenglish.com
        Bryan F. Jacoutot
        Georgia Bar No. 668272
        bjacoutot@taylorenglish.com
        Loree Anne Paradise
        Georgia Bar No. 382202
        lparadise@taylorenglish.com
        **Taylor English Duma LLP**
        1600 Parkwood Circle
        Suite 200
        Atlanta, Georgia 30339
        (678) 336-7249

        *Counsel for State Defendants*

Dated: January 6, 2022

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing Motion has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Gene C. Schaerr*
