# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | |
| ———————————————— | Master Case No.: 1:21-MI-55555-JPB |
| NEW GEORGIA PROJECT, et al., | |
|     Plaintiffs, | |
| v. | |
| BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, et al., | Civil Action No. 1:21-CV-01229-JPB |
|     Defendants, | |
| REPUBLICAN NATIONAL COMMITTEE; et al, | |
|     Intervenor-Defendants. | |
| ———————————————— | |
| GEORGIA STATE CONFERENCE OF THE NAACP, et al., | |
|     Plaintiffs, | |
| v. | |
| BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, et al., | Civil Action No. 1:21-CV-01259-JPB |

1

Defendants,

REPUBLICAN NATIONAL
COMMITTEE, et al.,

      Intervenor-Defendants.

——————————————————

SIXTH DISTRICT OF THE
AFRICAN METHODIST
EPISCOPAL CHURCH, et al.,

      Plaintiffs,

v.

BRIAN KEMP, Governor of the
State of Georgia, in his official
capacity, et al.,

      Defendants,

REPUBLICAN NATIONAL
COMMITTEE, et al.,

      Intervenor-Defendants.

——————————————————

ASIAN AMERICANS
ADVANCING JUSTICE, et al.,

      Plaintiffs,

v.

BRAD RAFFENSPERGER, in his
official capacity as the Georgia
Secretary of State, et al.,

Civil Action No.
1:21-CV-01284-JPB

|  |  |
|---|---|
| Defendants, | Civil Action No.<br>1:21-CV-01333-JPB |
| REPUBLICAN NATIONAL<br>COMMITTEE, et al., | |
| Intervenor-Defendants. | |

THE CONCERNED BLACK
CLERGY OF METROPOLITAN
ATLANTA, INC., et al,

     Plaintiffs,

v.

BRAD RAFFENSPERGER, et al.,

     Defendants,

Civil Action No.
1:21-CV-01728-JPB

REPUBLICAN NATIONAL
COMMITTEE, et al.,

     Intervenor-Defendants.

UNITED STATES OF AMERICA,

     Plaintiff,

v.

THE STATE OF GEORGIA, et
al.,

     Defendants,

Civil Action No.
1:21-CV-02575-JPB

REPUBLICAN NATIONAL
COMMITTEE, et al.,

      Intervenor-Defendants.

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

COME NOW **THE REPUBLICAN NATIONAL COMMITTEE, NATIONAL REPUBLICAN SENATORIAL COMMITTEE, NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE,[1] and the GEORGIA REPUBLICAN PARTY, INC.,** and pursuant to N.D. Ga. Local Rule 3.3, hereby show this Honorable Court as follows:

(1)    The undersigned counsel of record for the foregoing Defendants certify that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    **1. *New Georgia Project* (1:21-CV-01229-JPB)**

- Aaron Johnson;

- Alex Wan;

---

[1] Intervenor-Defendant National Republican Congressional Committee has not intervened in the *United States of America* (1:21-CV-02575-JPB) action.

- Anh Le;

- Betty Bryant;

- Black Voters Matter Fund;

- Brad Raffensperger;

- Charles Dave;

- David Worley;

- Don DiStefano;

- Elbert Solomon;

- Fannie Marie Jackson Gibbs;

- Georgia Republican Party, Inc.;

- Glenda Henley;

- Gregory W. Edwards;

- Jauan Durbin;

- Karen Murray;

- Kathleen Ruth;

- Keith Gammage;

- Margaret Bentley;

- Mark Wingate;

- Matthew Mashburn;

- National Republican Congressional Committee;

- National Republican Senatorial Committee;

- Rebecca Sullivan;

- Rise, Inc.;

- Roy McClain;

- The New Georgia Project;

- The Republican National Committee;

- Vera McIntosh;

- Vernetta Keith Nuriddin; and

- Zurich Deshazior.

2. ***Georgia State Conference of the NAACP*** **(1:21-CV-01259-JPB)**

- Aaron V. Johnson;

- Alex Wan;

- Alice O'Lenick;

- Anh Le;

- Brad Raffensperger;

- Common Cause;

- Darryl O. Wilson, Jr.;

- David Worley;

- Fred Aiken;

- Galea Latino Community Development Fund, Inc.;

- Georgia Awaku;

- Georgia Coalition for the People's Agenda, Inc.;

- Georgia Republican Party, Inc.;

- Georgia State Conference of the NAACP;

- Jessica M. Brooks;

- John Mangano;

- Kathleen D. Ruth;

- League of Women Voters of Georgia, Inc.;

- Lower Muskogee Creek Tribe;

- Lynn Ledford;

- Mark Wingate;

- Matthew Mashburn;

- National Republican Congressional Committee;

- National Republican Senatorial Committee;

- Pat Gartland;

- Phil Daniell;

- Rebecca Sullivan;

- Richard L. Barron;

- Santiago Marquez; and

- Stephen W. Day;

- The Republican National Committee;

- The Urban League of Greater Atlanta, Inc.;

- Urban League of Greater Atlanta;

- Vernetta K. Nuriddin; and

- Wandy Taylor.

3. ***Sixth District of the African Methodist Episcopal Church (1:21-CV-01284-JPB)***

- Aaron V. Johnson;

- Adam Shirley;

- Alex Wan;

- Alice O'Lenick;

- Anh Le;

- Ann Cushman;

- Ann Till;

- Antan Lang;

- Anthony Lewis;

- Baoky N. Vu;

- Bibb County Board of Elections;

- Bibb County Board of Registrars;

- Bob Finnegan;

- Brad Raffensperger;

- Brian Kemp;

- Carol Wesley;

- Cassandra Powell;

- Charlotte Sosebee;

- Chatham County Board of Elections;

- Chatham County Board of Registrars;

- Clarke County Board of Elections and Voter Registration;

- Clayton County Board of Elections and Registrations;

- Cobb County Board of Elections and Registration;

- Colin McRae;

- Columbia County Board of Elections;

- Columbia County Board of Registrars;

- Craig Lutz;

- Darlene Johnson;

- Daryl O. Wilson, Jr.;

- David Kennedy;

- David Worley;

- DeKalb County Board of Registrations and Elections;

- Dele L. Smith;

- Delta Sigma Theta Sorority, Inc.;

- Diane Givens;

- Dorothy F. Hall;

- Fred Aiken;

- Fulton County Registration and Elections Board;

- Gala Sheats;

- George Awuku;

- Georgia Muslim Voter Project;

- Georgia Republican Party, Inc.; and

- Georgia State Elections Board;

- Gwinnett County Board of Registrations and Elections;

- Hall County Board of Elections and Registration;

- Henry Ficklin;

- Herbert Spangler;

- Hunaid Qadir;

- Janine Eveler;

- Jeanetta R. Watson;

- Jessica M. Brooks;

- John Mangano;

- Jon Pannell;

- Kathleen D. Ruth;

- Ken Cochran;

- Larry Wiggins;

- Latino Community Fund of Georgia;

- Lori Wurtz;

- Malinda Hodge;

- Marcia Brown;

- Marianne Heimes;

- Mark Wingate;

- Matthew Mashburn;

- Mike Kaplan;

- Nancy L. Gay;

- National Republican Congressional Committee;

- National Republican Senatorial Committee;

- Pat Gartland;

- Patricia Pullar;

- Phil Daniell;

- Randolph Slay;

- Rebecca Sullivan;

- Richard L. Barron;

- Richmond County Board of Elections;

- Rinda Wilson;

- Rocky Raffle;

- Samuel E. Tillman;

- Santiago Marquez;

- Shauna Dozier;

- Sherry T. Barnes;

- Sixth District of the African Methodist Episcopal Church;

- Stephen W. Day;

- Susan Motter;

- Terrence Dicks;

- The Republican National Committee;

- Thomas J. Mahoney;

- Tim McFalls;

- Tom Smiley;

- Vernetta K. Nuriddin;

- Veronica Seals;

- Wanda Andrews;

- Wanda Duffie;

- Wandy Taylor;

- Willa Jean Fambrough;

- William L. Norse; and

- Women Watch Afrika.

**4.** *Asian Americans Advancing Justice* **(1:21-CV-01333-JPB)**

- Aaron V. Johnson;

- Alex Wan;

- Alice O'Lenick;

- Anh Le;

- Anjali Enjeti-Sydow;

- Anthony Lewis;

- Asian Americans Advancing Justice- Atlanta;

- Baoky N. Vu;

13

- Barbara Luth;

- Brad Raffensperger;

- Carla Radzikinas;

- Carol Wesley;

- Clayton County Board of Elections and Registration;

- Cobb County Board of Elections and Registration;

- Darlene Johnson;

- Darryl O. Wilson, Jr.;

- David Worley;

- Deepum Patel;

- DeKalb County Board of Registrations and Elections;

- Dele L .Smith;

- Diana Givens;

- Dorothy F. Hall;

- Erica Hamilton;

- Forsyth County Board of Voter Registration and Elections;

- Fred Aiken;

- Fulton County Registration and Elections Board;

- Georgia Awaku;

- Georgia Republican Party, Inc.;

- Gwinnett County Board of Registration and Elections;

- Janine Eveler;

- Jessica M. Brooks;

- Joel Natt;

- John Mangano;

- Kathleen D. Ruth;

- Lynn Ledford;

- Mandi B. Smith;

- Mark Wingate;

- Matthew Blender;

- Matthew Mashburn;

- National Republican Congressional Committee;

- National Republican Senatorial Committee;

- Nora Aquino;

- Pat Gartland;

- Patricia Pullar;

- Phil Daniell;

- Randy Ingram;

- Rebecca Sullivan;

- Richard L. Barron;

- Samuel E. Tillman;

- Santiago Marquez; and

- Shauna Dozier;

- Stephen W. Day;

- Steven J Pail;

- Susan Motter;

- Thao Tran;

- The Republican National Committee;

- Thuy Hang Tran;

- Vernetta K. Nuriddin; and

- Wandy Taylor.

5. ***Concerned Black Clergy of Metropolitan Atlanta*** **(1:21-CV-01728-JPB)**

- Anh Le;

- Brad Raffensperger;

- David Worley;

- Exousia Lighthouse International C.M., Inc.;

- Faith in Action Network;

- First Congregational Church, United Church of Christ Incorporated;

- Georgia Latino Alliance for Human Rights, Inc.;

- Georgia Republican Party, Inc.; and

- Greater Works Ministries Network, Inc.;

- Matthew Mashburn;

- Metropolitan Atlanta Baptist Ministers Union, Inc.;

- Mijente, Inc.;

- National Republican Congressional Committee;

- National Republican Senatorial Committee;

- New Birth Missionary Baptist Church, Inc.;

- Rebecca Sullivan;

- Samuel Dewitt Proctor Conference, Inc.;

- Sanfoka United Church of Christ Limited;

- The Concerned Black Clergy of Metropolitan Atlanta, Inc.;

- The Justice Initiative, Inc.; and

- The Republican National Committee.

## 6. *United States of America* (1:21-CV-02575-JPB)

- Brad Raffensperger;

- Georgia Republican Party, Inc.

- National Republican Senatorial Committee;

- Republican National Committee;

- The Georgia State Election Board;

- The State of Georgia; and

- United States of America.

(2)    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

### 1. *New Georgia Project* (1:21-CV-01229-JPB)

- The parties;

- Consovoy McCarthy PLLC;

- Hall Booth Smith, P.C.;

- Krevolin & Horst, LLC;

- Office of the Georgia Attorney General;

- Perkins Coie LLP;

- Perkins Coie-DC;

- Schaerr Jaffe LLP; and

18

- Taylor English Duma LLP.

2. ***Georgia State Conference of the NAACP* (1:21-CV-01259-JPB)**

- The parties;

- Consovoy McCarthy PLLC;

- Hall Booth Smith, P.C.;

- Haynie, Litchfield & White, PC;

- Hughes Hubbard & Reed;

- Lawyers' Committee for Civil Rights Under Law;

- Office of the Georgia Attorney General;

- The Law Office of Bryan L. Sells, LLC;

- Schaerr Jaffe LLP;

- Taylor English Duma LLP; and

- Gerald R. Weber.

3. ***Sixth District of the African Methodist Episcopal Church* (1:21-CV-01284-JPB)**

- The parties;

- American Civil Liberties Union Foundation of Georgia, Inc.;

- American Civil Liberties Union Foundation;

- American Civil Liberties Union Foundation-DC;

- American Civil Liberties Union Foundation-NY;

- Augusta Georgia Law Department;

- Chatham County Attorney;

- Consovoy McCarthy PLLC;

- Cook & Tolley, LLP;

- Davis, Wright, Tremaine LLP;

- DeKalb County Law Department;

- Freeman Mathis & Gary, LLP;

- Gwinnett County Department of Law;

- Hall Booth Smith, P.C.;

- Hall County Board of Commissioners;

- Haynie, Litchfield & White, PC;

- Hull Barrett, PC;

- NAACP Legal Defense and Education Fund, Inc.;

- Noland Law Firm, LLC;

- Office of the Attorney General;

- Office of the Fulton County Attorney;

- Schaerr Jaffe LLP;

- Southern Poverty Law Center;

- Stewart Melvin & Frost, LLP;

- Taylor English Duma LLP;

- The ACLU Foundation Disability Rights Program; and

- Wilmer Cutler Pickering Hale and Dorr-NY.

**4. *Asian Americans Advancing Justice* (1:21-CV-01333-JPB)**

- The parties;

- Asian Americans Advancing Justice—Asian Law Caucus;

- Convoy McCarthy PLLC;

- DeKalb County Law Department;

- Hall Booth Smith, P.C.;

- Haynie, Litchfield & White, PC;

- Keker Van Nest & Peters LLP;

- Office of the Georgia Attorney General;

- Project Vote;

- Schaerr Kaffe LLP; and

- Taylor English Duma LLP.

**5. *Concerned Black Clergy of Metropolitan Atlanta* (1:21-CV-01728-JPB)**

- The parties;

- Advancement Project;

- Consovoy McCarthy PLLC;

- Crowell & Moring, LLP;

- Darrow Everett LLP;

- Hall Booth Smith, P.C.

- Kastorf Law, LLC; and

- Latino Justice PRLDEF.

**6. *United States of America* (1:21-CV-02575-JPB)**

- The parties;

- Consovoy McCarthy PLLC;

- Hall Booth Smith, P.C.

- Office of the Georgia Attorney General;

- Office of the United States Attorney;

- Schaerr Jaffe LLP;

- Taylor English Duma LLP; and

- United States Department of Justice.

(3)    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**1. *New Georgia Project* (1:21-CV-01229-JPB)**

- For Plaintiffs The New Georgia Project, Black Voters Matter Fund, and Rise, Inc.:
  - Adam Martin Sparks;
  - Halsey G. Knapp , Jr;
  - Jacob D Shelly;
  - Joyce Gist Lewis;
  - Jyoti Jasrasaria;
  - Laura Hill;
  - Uzoma Nkwonta; and
  - Zachary J. Newkirk.
- For Plaintiffs Fannie Marie Jackson Gibbs, JaUan Durbin, and Elbert Solomon:
  - Uzoma Nkwonta.
- For Defendants Brad Raffensperger, Rebecca Sullivan, David Worley, Matthew Mashburn, and Anh Le:
  - Bryan Francis Jacoutot;
  - Bryan P. Tyson;
  - Charlene S McGowan;
  - Eric Scott Jaffe;
  - Gene C. Schaerr; and

23

- o Loree Anne Paradise.

- For Defendants Republican National Committee, National Republican Senatorial Committee, Georgia Republican Party, Inc., and National Republican Congressional Committee:

  - o Cameron T. Norris;

  - o John E. Hall , Jr.;

  - o Stephen Christopher Begakis;

  - o Tyler R. Green;

  - o William Bradley Carver; and

  - o William Dowdy White.

- For Defendant Gregory W. Edwards:

  - o Bryan P. Tyson.

2. *Georgia State Conference of the NAACP* **(1:21-CV-01259-JPB)**

- For Plaintiffs Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, League of Women Voters of Georgia, Inc., Galeo Latino Community Development Fund, Inc., Common Cause, and Lower Muscogee Creek Tribe:

  - o Bryan Ludington Sells;

  - o Ezra David Rosenberg;

- o   Gerald R. Weber;

- o   Gregory Farrell;

- o   Jon M. Greenbaum;

- o   Julie Marie Houk

- o   Neil J. Oxford; and

- o   Villia Hayes.

- For Plaintiff Urban League of Greater Atlanta:

  - o   Bryan Ludington Sells; and

  - o   Gerald R. Weber.

- For The Urban League of Greater Atlanta, Inc.:

  - o   Gerald R. Weber.

- For Defendants Brad Raffensperger, Rebecca Sullivan, David Worley, Matthew Mashburn, and Anh Le:

  - o   Bryan Francis Jacoutot;

  - o   Bryan P. Tyson;

  - o   Charlene S McGowan;

  - o   H. Christopher Bartolomucci; and

  - o   Loree Anne Paradise.

- For Defendants Republican National Committee, National Republican Senatorial Committee, Georgia Republican Party, Inc., and National Republican Congressional Committee:
  - o Cameron T. Norris;
  - o John E. Hall , Jr.;
  - o Stephen Christopher Begakis;
  - o Tyler R. Green;
  - o William Bradley Carver; and
  - o William Dowdy White.
- For Phil Daniell, Fred Aiken, Pat Gartland, Jessica M. Brooks, and Darryl O. Wilson, Jr.:
  - o Daniel Walter White.

3. *Sixth District of the African Methodist Episcopal Church (1:21-CV-01284-JPB)*

- For Plaintiffs:
  - o Adam Sieff;
  - o Brian Lawrence Dimmick;
  - o Courtney Turco DeThomas;
  - o Dale E. Ho;
  - o David Morris Gossett;

26

- o   Debo P. Adegbile;

- o   George P. Varghese;

- o   Grace Katherine Thompson;

- o   Ihaab Syed;

- o   Ilya Feldsherov;

- o   John Spencer Cusick;

- o   Kate Kennedy;

- o   Leah C. Aden;

- o   Matthew R. Jedreski;

- o   Nana Wilberforce;

- o   Nancy Gbana Abudu;

- o   Pichaya Poy Winichakul;

- o   Rahul Garabadu;

- o   Sean Young;

- o   Sophia Lin Lakin;

- o   Stephanie Lin;

- o   Susan Mizner;

- o   Tania Christine Faransso;

- o   Theresa J. Lee; and

- o   Webb Lyons;

- For Defendants:

  o Arash A. Sabzevari;

  o Bennett Davis Bryan;

  o Bryan Francis Jacoutot;

  o Bryan P. Tyson;

  o Charlene S. McGowan;

  o Cheryl Ringer;

  o Daniel Walter White;

  o David R. Lowman;

  o Eric P. Wilborn;

  o Erik Scott Jaffe;

  o Gene C. Schaerr;

  o Gregory C. Sowell;

  o H. Christopher Bartolomucci;

  o Irene B. Vander Els;

  o Jack Reynolds Hancock;

  o Jennifer R. Davenport;

  o Jordan Bell;

  o Kaye Woodard Burwell;

  o Loree Anne Paradise;

- o   Melanie Felicia Wilson;

- o   Michael Van Stephens, II;

- o   Rachel Nicole Mack;

- o   Ralph Jonathan Hart;

- o   Thomas L. Cathey;

- o   Tuwanda Rush Williams; and

- o   William H. Noland.

- For Defendants Republican National Committee, National Republican Senatorial Committee, Georgia Republican Party, Inc., and National Republican Congressional Committee:

  - o   Cameron T. Norris;

  - o   John E. Hall , Jr.;

  - o   Stephen Christopher Begakis;

  - o   Tyler R. Green;

  - o   William Bradley Carver; and

  - o   William Dowdy White.

### 4. *Asian Americans Advancing Justice* (1:21-CV-01333-JPB)

- For Plaintiffs Asian Americans Advancing Justice—Atlanta:

  - o   Candice Mai Khanh Nguyen;

  - o   Connie P. Sung;

- o Eileen Jean Ma;

- o Hillary Li;

- o Leo L. Lam;

- o Niyati Shah;

- o Phi Nguyen;

- o R. Adam Lauridsen; and

- o Terry Ao Minnis.

- For Plaintiffs Steven J. Paik, Thuy Hang Tran, Thao Tran Deepum Patel, Nora Aquino, and Anjali Enjeti-Sydow:

  - o Hillary Li; and

  - o Phi Nguyen.

- For Defendants Brad Raffensperger, Rebecca Sullivan, David Worley, Matthew Mashburn, and Anh Le:

  - o Bryan Francis Jacoutot;

  - o Bryan P. Tyson;

  - o Charlene S McGowan;

  - o Gene C. Schaerr;

  - o H. Christopher Bartolomucci; and

  - o Loree Anne Paradise.

- For Defendants Republican National Committee, National Republican Senatorial Committee, Georgia Republican Party, Inc., and National Republican Congressional Committee:
  - Cameron T. Norris;
  - John E. Hall , Jr.;
  - Stephen Christopher Begakis;
  - Tyler R. Green;
  - William Bradley Carver; and
  - William Dowdy White.
- For Defendants Cobb County Board of elections and Registration, Phil Daniell, Fred Aiken, Pat Gartland, Jessica M. Brooks, Darryl O. Wilson, Jr., and Janine Eveler:
  - Daniel Walter White.
- For Defendants DeKalb County Board of Registrations and Elections, Anthony Lewis, Susan Motter, Dele L. Smith, Samuel E. Tillman, Baoky N. Vu, and Erica Hamilton:
  - Shelley Driskell Momo.

5. ***Concerned Black Clergy of Metropolitan Atlanta* (1:21-CV-01728-JPB)**

- For Plaintiffs:

- o   Britton Dale Davis;

- o   Chahira Solh;

- o   Clifford Zatz;

- o   Esparanza Segarra;

- o   Gilda Rae Williams;

- o   Jess Unger;

- o   Jorge Luis Vasquez;

- o   Judith Browne Dianis;

- o   Kurt G. Kastorf;

- o   Nkechi Kanu;

- o   Sabrina S. Khan;

- o   Warrington S. Parker, III; and

- o   William Tucker.

- For Proposed Intervenor Defendants Republican National Committee, National Republican Senatorial Committee, Georgia Republican Party, Inc., and National Republican Congressional Committee:

  - o   Cameron T. Norris;

  - o   John E. Hall , Jr.;

  - o   Stephen Christopher Begakis;

- o Tyler R. Green;

- o William Bradley Carver; and

- o William Dowdy White.

## 6.  *United States of America* (1:21-CV-02575-JPB)

- For Plaintiff United States of America:

  - o Aileen Bell Hughes;

  - o Elizabeth M. Ryan;

  - o Ernest Alan McFarland;

  - o Jasmyn Gabrielle Richardson;

  - o John A. Russ, IV;

  - o Rachel Renae Evans; and

  - o Thomas Christian Herren, Jr.

- For Defendants State of Georgia, Georgia State Election Board, and Brad Raffensperger:

  - o Brian Field;

  - o Bryan Francis Jacoutot;

  - o Bryan P. Tyson;

  - o Charlene S. McGowan;

  - o Erik Scott Jaffe;

  - o Gene C. Schaerr;

- o  H. Christopher Bartolomucci;

- o  Joshua J. Prince;

- o  Loree Anne Paradise; and

- o  Riddhi Dasgupta.

- For Defendants National Republican Committee, National Republican Senatorial Committee, and Georgia Republican Party, Inc.:

  - o  Alex Benjamin Kaufman;

  - o  Cameron T. Norris; and

  - o  James Cullen Evans;

  - o  John E. Hall, Jr.;

  - o  Steven Christopher Begakis;

  - o  Tyler R. Green;

  - o  William Bradley Carver; and

  - o  William Dowdy White.

Respectfully submitted this 20th day of January, 2022.

**HALL BOOTH SMITH, P.C.**

*/s/ William Bradley Carver, Sr.*

191 Peachtree Street NE
Suite 2900
Atlanta, GA 30303
(404) 954-5000

John E. Hall, Jr.
Georgia Bar No. 319090
William Bradley Carver, Sr.
Georgia Bar No. 115529

(404) 954-5020 (fax)                          W. Dowdy White
jhall@hallboothsmith.com                      Georgia Bar No. 320879
bcarver@hallboothsmith.com                    *Attorneys for Intervenor*
dwhite@hallboothsmith.com                     *Defendants*

## CERTIFICATE OF SERVICE AND CERTIFICATE
## OF COMPLIANCE WITH LOCAL RULE 7.1D CERTIFICATION

Pursuant to Local Rule 7.1D for the Northern District of Georgia, the undersigned counsel for Defendants certifies that the above and foregoing is a computer document prepared in Century Schoolbook (13 point) font in accordance with Local Rule 5.1B and C.  I electronically filed it using CM/ECF, thus electronically serving all counsel of record.

Dated: January 20, 2022

HALL BOOTH SMITH, P.C.
191 Peachtree Street NE
Suite 2900
Atlanta, GA 30303
(404) 954-6967
bcarver@hallboothsmith.com
dwhite@hallboothsmith.com
jhall@hallboothsmith.com

/s/ *William Bradley Carver, Sr.*
John E. Hall, Jr.
Georgia Bar No. 319090
William Bradley Carver, Sr.
Georgia Bar No. 115529
W. Dowdy White
Georgia Bar No. 320879

*Counsel for Intervenor-Defendants*