# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | CIVIL ACTION FILE NO. 1:21-mi-55555-JPB |

_____

| | |
|---|---|
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, a Georgia nonprofit organization, GEORGIA MUSLIM VOTER PROJECT, a Georgia nonprofit organization, WOMEN WATCH AFRIKA, a Georgia nonprofit organization, LATINO COMMUNITY FUND OF GEORGIA, a Georgia nonprofit organization, DELTA SIGMA THETA SORORITY, INC., a Washington D.C. nonprofit organization on behalf of 7000+ Sorors residing in Georgia, | CIVIL ACTION FILE NO.: 1:21-CV-01284-ELR |

Plaintiffs,

v.

BRIAN KEMP, Governor of the State of Georgia, in his official capacity, BRAD RAFFENSPERGER, Secretary of State of Georgia, in his official capacity, GEORGIA STATE ELECTIONS BOARD, REBECCA SULLIVAN, DAVID WORLEY,

MATTHEW MASHBURN, and ANH
LEE, Members of the Georgia State
Elections Board, in their official
capacities, FULTON COUNTY
REGISTRATION AND ELECTIONS
BOARD, ALEX WAN, MARK
WINGATE, KATHLEEN D. RUTH,
VERNETTA K. NURIDDIN, and
AARON V. JOHNSON, Members of
the Fulton County Registration and
Elections Board, in their official
capacities, RICHARD L. BARRON,
Director of the Fulton County
Registrations and Elections board, in
his official capacity, DEKALB
COUNTY BOARD OF
REGISTRATIONS AND
ELECTIONS, ANTHONY LEWIS,
SUSAN MOTTER, DELE L. SMITH,
SAMUEL E. TILLMAN, and BAOKY
N. VU, Members of the DeKalb
County Board of Registrations and
Elections, in their official capacities,
GWINNETT COUNTY BOARD OF
REGISTRATIONS AND
ELECTIONS, ALICE O'LENICK,
WANDY TAYLOR, STEPHEN W.
DAY, JOHN MANGANO, GEORGE
AWUKU, and SANTIAGO
MARQUEZ, Members of the Gwinnett
County Board of Registrations and
Elections, in their official capacities,
LYNN LEDFORD, Director of the
Gwinnett County Board of
Registrations and Elections, in her
official capacity, COBB COUNTY
BOARD OF ELECTIONS AND
REGISTRATION, PHIL DANIELL,

FRED AIKEN, PAT GARTLAND,
JESSICA M. BROOKS, and DARYL
O. WILSON, JR., Members of the
Cobb County Board of Elections and
Registration, in their official capacities,
JANINE EVELER, Director of the
Cobb County Board of Elections and
Registration, in her official capacity,
HALL COUNTY BOARD OF
ELECTIONS AND REGISTRATION,
TOM SMILEY, DAVID KENNEDY,
KEN COCHRAN, CRAIG LUTZ, and
GALA SHEATS, Members of the Hall
County Board of Elections and
Registration, in their official capacities,
LORI WURTZ, Director of Hall
County Elections, in her official
capacity, CLAYTON COUNTY
BOARD OF ELECTIONS AND
REGISTRATION, DARLENE
JOHNSON, DIANE GIVENS,
CAROL WESLEY, DOROTHY F.
HALL, and PATRICIA PULLAR,
Members of the Clayton County Board
of Elections and Registration, in their
official capacities, SHAUNA DOZIER,
Clayton County Elections Director, in
her official capacity, RICHMOND
COUNTY BOARD OF ELECTIONS,
TIM MCFALLS, SHERRY T.
BARNES, MARCIA BROWN,
TERENCE DICKS, and BOB
FINNEGAN, Members of the
Richmond County Board of Elections,
in their official capacities, LYNN
BAILEY, Richmond County Elections
Director, in her official capacity, BIBB
COUNTY BOARD OF ELECTIONS,

MIKE KAPLAN, HERBERT
SPANGLER, RINDA WILSON,
HENRY FICKLIN, and CASSANDRA
POWELL, Members of the Bibb
County Board of Elections, in their
official capacities, and JEANETTA R.
WATSON, Bibb County Elections
Supervisor, in her official capacity,
BIBB COUNTY BOARD OF
REGISTRARS, VERONICA SEALS,
Bibb County Chief Registrar, in her
official capacity, CHATHAM
COUNTY BOARD OF ELECTIONS,
THOMAS J. MAHONEY, MALINDA
HODGE, MARIANNE HEIMES, and
ANTAN LANG, Members of Chatham
County Board of Elections, in their
official capacities, CHATHAM
COUNTY BOARD OF
REGISTRARS, COLIN MCRAE,
WANDA ANDREWS, WILLIAM L.
NORSE, JON PANNELL, and
RANDOLPH SLAY, Members of the
Chatham County Board of Registrars,
in their official capacities, CLARKE
COUNTY BOARD OF ELECTION
AND VOTER REGISTRATION,
WILLA JEAN FAMBROUGH,
HUNAID QADIR, ANN TILL,
ROCKY RAFFLE, and ADAM
SHIRLEY, Members of the Clarke
County Board of Election and Voter
Registration, in their official capacities,
CHARLOTTE SOSEBEE, Clarke
County Board of Election and Voter
Registration Director, in her official
capacity, COLUMBIA COUNTY
BOARD OF ELECTIONS, ANN

CUSHMAN, WANDA DUFFIE, and
LARRY WIGGINS, Members of the
Columbia County Board of Elections,
in their official capacities,
COLUMBIA COUNTY BOARD OF
REGISTRARS, NANCY L. GAY,
Columbia County Chief Registrar, in
her official capacity,

Defendants.

## FULTON COUNTY DEFENDANTS' ANSWER
## TO PLAINTIFFS' FIRST AMENDED COMPLAINT

**COME NOW,** the Fulton County Board of Registration and Elections

("FCBRE"), Director Richard Barron, and members of the FCBRE, Alex Wan,

Vernetta Nuriddin, Kathleen Ruth, Mark Wingate, Mark Wingate, and Aaron

Johnson, (hereafter "Fulton County Defendants") through counsel, and respectfully

file this their Answer to Plaintiffs' First Amended Complaint showing the Court as

follows:

## AFFIRMATIVE DEFENSES

## FIRST DEFENSE

Plaintiffs' claims are barred, in whole or in part, for failure to state a claim

upon which relief can be granted, since the Fulton County Defendants are

required to comply with state statutes and the Georgia Constitution.

## SECOND DEFENSE

Plaintiffs lack standing to bring all, or a portion, of their claims against the Fulton County Defendants.

## THIRD DEFENSE

Plaintiffs lack a clear legal right to the relief sought.

## FOURTH DEFENSE

To the extent the "Introduction" portion of the Complaint contains legal argument and a summary of Plaintiffs' claims and does not require an admission or denial. To the extent that any response is required, the Fulton County Defendants deny that Plaintiffs are entitled to any relief.

## FIFTH DEFENSE

Fulton County Defendants have not breached a duty owed to Plaintiffs.

## SIXTH DEFENSE

Fulton County Defendants' compliance with Georgia law is being carried out in good faith, without conscious, reckless, or negligent disregard for the rights of any voter.

## SEVENTH DEFENSE

Fulton County Defendants have not subjected Plaintiffs to the deprivation of any rights, due process or equal protection guaranteed by the Georgia Constitution or the United States Constitution.

## EIGHTH DEFENSE

Fulton County Defendants are not capable of providing a remedy to Plaintiffs since their powers and duties do not include the ability to determine the voting laws or system of the State of Georgia.

## NINTH DEFENSE

Plaintiffs' claims against the Fulton County Defendants are barred by Eleventh Amendment Immunity.

## TENTH DEFENSE

Subject to and without waiving the foregoing affirmative defenses, Fulton County Defendants respond to the individually numbered paragraphs of the Plaintiff's Complaint as follows:

1.

The cases cited in Paragraph 1 speak for themselves as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

2.

Paragraph 2 contains legal conclusions within the purview of the Court and as such does not require an admission or denial, for these reasons the allegations contained in Paragraph 2 are denied.  By way of further answer, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 2, and for this reason, the allegations contained in Paragraph 2 are also denied.

3.

Paragraph 3 contains legal conclusions within the purview of the Court, and as such, does not require an admission or denial for the reasons in the allegations contained in Paragraph 3 are denied.  By way of further answer, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 3, and for this reason, the allegations contained in Paragraph 3 are also denied.

4.

Paragraph 4 contains legal conclusions within the purview of the Court, and as such, does not require an admission or denial for these reasons, the allegations contained in Paragraph 4 are denied.  By way of further answer, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 4, and for this reason, the allegations contained in Paragraph 4 are also denied.

5.

Upon information and belief, Fulton County Defendants admit the statistics cited in Paragraph 5.

6.

The case cited in Paragraph 6 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith. Upon information and belief, Fulton County Defendants admit the historical statements made in Paragraph 6.

7.

Upon information and belief, Fulton County Defendants admit the statistics cited in Paragraph 7.

8.

Upon information and belief, Fulton County Defendants admit the statistics cited in Paragraph 8.

9.

Upon information and belief, Fulton County Defendants admit the statistics cited in Paragraph 9.

10.

To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 10, and for this reason, the allegations contained in Paragraph 10 are denied.

11.

Paragraph 11 contains Plaintiffs' contentions as to the nature of this action and as such does not require an admission or denial.  To the extent a response is

required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 11, and for this reason, the allegations contained in Paragraph 11 are denied.

12.

Paragraph 12 contains Plaintiffs' contentions as to the nature of this action and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 12, and for this reason, the allegations contained in Paragraph 12 are denied.

13.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 13, and for this reason, the allegations contained in Paragraph 13 are denied.

14.

Fulton County Defendants admit, that in Fulton County, votes were cast using a host of lawful means.  Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph

14 with respect to what occurred across the State and for this reason, the remaining allegations contained in Paragraph 14 are denied.

15.

Fulton County Defendants admit, that in Fulton County, votes were cast using a host of lawful means.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 15 with respect to what occurred across the State and for this reason, the remaining allegations contained in Paragraph 15 are denied.

16.

Fulton County Defendants admit, that in Fulton County, votes were cast using a host of lawful means.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 16 with respect to what occurred across the State and for this reason, the remaining allegations contained in Paragraph 16 are denied.

17.

Fulton County Defendants admit, that in Fulton County, votes were cast using a host of lawful means.  Fulton County Defendants also admit that Fulton County is the most populous county in the State and that Fulton citizens voted in mobile units in the 2020 General Election and Runoff Elections.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 17 with respect to what occurred across the State and for this reason, the remaining allegations contained in Paragraph 17 are denied.

18.

Paragraph 18 contains legal conclusions within the purview of the Court and as such does not require an admission or denial, for these reason the allegations contained in Paragraph 18 are denied.  By way of further answer, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 18, and for this reason, the allegations contained in Paragraph 18 are also denied.

19.

Paragraph 19 contains legal conclusions within the purview of the Court, and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 19, and for this reason, the allegations contained in Paragraph 19 are denied.

20.

Paragraph 20 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 20, and for this reason, the allegations contained in Paragraph 20 are denied.

21.

Paragraph 21 contains legal conclusions within the purview of the Court, and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 21, and for this reason, the allegations contained in Paragraph 21 are denied.

22.

Paragraph 22 contains legal conclusions within the purview of the Court and as such does not require an admission or denial. To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 22, and for this reason, the allegations contained in Paragraph 22 are denied.

The case cited in Paragraph 22 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

23.

Paragraph 23 contains legal conclusions within the purview of the Court and as such does not require an admission or denial. To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 23, and for this reason, the allegations contained in Paragraph 23 are denied.

The case cited in Paragraph 23 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

24.

Paragraph 24 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 24, and for this reason, the allegations contained in Paragraph 24 are denied.

25.

Paragraph 25 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 25, and for this reason, the allegations contained in Paragraph 25 are denied.

The case cited in Paragraph 25 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

26.

Paragraph 26 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form

a response to the allegations contained in Paragraph 26, and for this reason, the allegations contained in Paragraph 26 are denied. The case cited in Paragraph 26 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

27.

Paragraph 27 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 27, and for this reason, the allegations contained in Paragraph 27 are denied. The case cited in Paragraph 27 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

28.

Paragraph 28 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 28, and for this reason, the allegations contained in Paragraph 28 are denied.

29.

Paragraph 29 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 29, and for this reason, the allegations contained in Paragraph 29 are denied.

30.

Paragraph 30 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 30, and for this reason, the allegations contained in Paragraph 30 are denied.

31.

Paragraph 31 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 31, and for this reason, the allegations contained in Paragraph 31 are denied.

32.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 32, and for this reason, the allegations contained in Paragraph 32 are denied.

33.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 33, and for this reason, the allegations contained in Paragraph 33 are denied.

34.

Paragraph 34 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 34, and for this reason, the allegations contained in Paragraph 34 are denied.

35.

Paragraph 35 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form

a response to the allegations contained in Paragraph 35, and for this reason, the allegations contained in Paragraph 35 are denied.

36.

Paragraph 36 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 36, and for this reason, the allegations contained in Paragraph 36 are denied.

37.

Paragraph 37 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 37, and for this reason, the allegations contained in Paragraph 37 are denied.

38.

Paragraph 38 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form

a response to the allegations contained in Paragraph 38, and for this reason, the allegations contained in Paragraph 38 are denied.

39.

Paragraph 39 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 39, and for this reason, the allegations contained in Paragraph 39 are denied.

40.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 40, and for this reason, the allegations contained in Paragraph 40 are denied.

41.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 41, and for this reason, the allegations contained in Paragraph 41 are denied.

42.

Paragraph 42 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 42, and for this reason, the allegations contained in Paragraph 42 are denied.

43.

Paragraph 43 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 43, and for this reason, the allegations contained in Paragraph 43 are denied.

44.

Paragraph 44 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 44, and for this reason, the allegations contained in Paragraph 44 are denied.

45.

Paragraph 45 contains legal conclusions within the purview of the Court and as such does not require an admission or denial. To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 45, and for this reason, the allegations contained in Paragraph 45 are denied.

46.

Paragraph 46 contains legal conclusions within the purview of the Court and as such does not require an admission or denial. To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 46, and for this reason, the allegations contained in Paragraph 46 are denied.

47.

Paragraph 47 contains legal conclusions within the purview of the Court and as such does not require an admission or denial. To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 47, and for this reason, the allegations contained in Paragraph 47 are denied.

48.

Paragraph 48 contains legal conclusions within the purview of the Court and as such does not require an admission or denial. To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 48, and for this reason, the allegations contained in Paragraph 48 are denied.

49.

Paragraph 49 contains legal conclusions within the purview of the Court and as such does not require an admission or denial. To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 49, and for this reason, the allegations contained in Paragraph 49 are denied.

50.

Paragraph 50 contains legal conclusions within the purview of the Court and as such does not require an admission or denial. To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 50, and for this reason, the allegations contained in Paragraph 50 are denied.

51.

Paragraph 51 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 51, and for this reason, the allegations contained in Paragraph 51 are denied.

52.

Paragraph 52 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 52, and for this reason, the allegations contained in Paragraph 52 are denied.

53.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 53, and for this reason, the allegations contained in Paragraph 53 are denied.

54.

Paragraph 54 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required,

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 54, and for this reason, the allegations contained in Paragraph 54 are denied.

55.

Paragraph 55 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 55, and for this reason, the allegations contained in Paragraph 55 are denied.

56.

Paragraph 56 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 56, and for this reason, the allegations contained in Paragraph 56 are denied.

57.

Paragraph 57 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required,

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 57, and for this reason, the allegations contained in Paragraph 57 are denied.

58.

Paragraph 58 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 58, and for this reason, the allegations contained in Paragraph 58 are denied.

59.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 59, and for this reason, the allegations contained in Paragraph 59 are denied.

60.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 60, and for this reason, the allegations contained in Paragraph 60 are denied.

61.

Paragraph 61 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 61, and for this reason, the allegations contained in Paragraph 61 are denied.

62.

Paragraph 62 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 62, and for this reason, the allegations contained in Paragraph 62 are denied.

63.

Paragraph 63 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 63, and for this reason, the allegations contained in Paragraph 63 are denied.

64.

Paragraph 64 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 64, and for this reason, the allegations contained in Paragraph 64 are denied.

65.

Paragraph 65 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 65, and for this reason, the allegations contained in Paragraph 65 are denied.

66.

Paragraph 66 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 66, and for this reason, the allegations contained in Paragraph 66 are denied.

67.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 67, and for this reason, the allegations contained in Paragraph 67 are denied.

68.

Paragraph 68 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 68, and for this reason, the allegations contained in Paragraph 68 are denied.

69.

Paragraph 69 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 69, and for this reason, the allegations contained in Paragraph 69 are denied.

70.

Fulton County Defendants are without knowledge or information sufficient

to form a response to the allegations contained in Paragraph 70, and for this reason, the allegations contained in Paragraph 70 are denied.

71.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 71, and for this reason, the allegations contained in Paragraph 71 are denied.

72.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 72, and for this reason, the allegations contained in Paragraph 72 are denied.

73.

Paragraph 73 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 73, and for this reason, the allegations contained in Paragraph 73 are denied.

74.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 74, and for this reason,

the allegations contained in Paragraph 74 are denied.

75.

Paragraph 75 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 75, and for this reason, the allegations contained in Paragraph 75 are denied.

76.

Paragraph 76 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 76, and for this reason, the allegations contained in Paragraph 76 are denied.

77.

Paragraph 77 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 77, and for this reason, the allegations contained in Paragraph 77 are denied.

78.

Paragraph 78 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 78, and for this reason, the allegations contained in Paragraph 78 are denied.

79.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 79, and for this reason, the allegations contained in Paragraph 79 are denied.

80.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 80, and for this reason, the allegations contained in Paragraph 80 are denied.

81.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 81, and for this reason, the allegations contained in Paragraph 81 are denied.

82.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 82, and for this reason, the allegations contained in Paragraph 82 are denied.

83.

Paragraph 83 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 83, and for this reason, the allegations contained in Paragraph 83 are denied.

84.

Paragraph 84 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 84, and for this reason, the allegations contained in Paragraph 84 are denied.

85.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 85, and for this reason,

the allegations contained in Paragraph 85 are denied.

86.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 86, and for this reason, the allegations contained in Paragraph 86 are denied.

87.

Paragraph 87 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 87, and for this reason, the allegations contained in Paragraph 87 are denied.

88.

Paragraph 88 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 88, and for this reason, the allegations contained in Paragraph 88 are denied.

89.

Paragraph 89 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 89, and for this reason, the allegations contained in Paragraph 89 are denied.

90.

Paragraph 90 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 90, and for this reason, the allegations contained in Paragraph 90 are denied.

91.

Paragraph 91 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 91, and for this reason, the allegations contained in Paragraph 91 are denied.

92.

Paragraph 92 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 92, and for this reason, the allegations contained in Paragraph 92 are denied.

93.

Upon information and belief, Fulton County Defendants admit the allegations contained in Paragraph 93 of Plaintiff's Complaint.

94.

Upon information and belief, Fulton County Defendants admit the allegations contained in Paragraph 94 of Plaintiff's Complaint.

95.

Upon information and belief, Fulton County Defendants admit the allegations contained in Paragraph 95 of Plaintiff's Complaint.

96.

Upon information and belief, Fulton County Defendants admit the allegations contained in Paragraph 96 of Plaintiff's Complaint.

97.

Fulton County Defendants admit the allegations contained in Paragraph 97 of Plaintiff's Complaint.

98.

Fulton County Defendants admit the allegations contained in Paragraph 98 of Plaintiff's Complaint.

99.

Fulton County Defendants admit the allegations contained in Paragraph 99 of Plaintiff's Complaint.

100.

Upon information and belief, Fulton County Defendants admit the allegations contained in Paragraph 100 of Plaintiff's Complaint.

101.

Upon information and belief, Fulton County Defendants admit the allegations contained in Paragraph 101 of Plaintiff's Complaint.

102.

Upon information and belief, Fulton County Defendants admit the allegations contained in Paragraph 102 of Plaintiff's Complaint.

103.

Upon information and belief, Fulton County Defendants admit the allegations contained in Paragraph 103 of Plaintiff's Complaint.

104.

Upon information and belief, Fulton County Defendants admit the allegations contained in Paragraph 104 of Plaintiff's Complaint.

105.

Upon information and belief, Fulton County Defendants admit the allegations contained in Paragraph 105 of Plaintiff's Complaint.

106.

Upon information and belief, Fulton County Defendants admit the allegations contained in Paragraph 106 of Plaintiff's Complaint.

107.

Upon information and belief, Fulton County Defendants admit the allegations contained in Paragraph 107 of Plaintiff's Complaint.

108.

Upon information and belief, Fulton County Defendants admit the allegations contained in Paragraph 108 of Plaintiff's Complaint.

109.

Upon information and belief, Fulton County Defendants admit the allegations contained in Paragraph 109 of Plaintiff's Complaint.

110.

Upon information and belief, Fulton County Defendants admit the allegations contained in Paragraph 110 of Plaintiff's Complaint.

111.

Upon information and belief, Fulton County Defendants admit the allegations contained in Paragraph 111 of Plaintiff's Complaint.

112.

Upon information and belief, Fulton County Defendants admit the allegations contained in Paragraph 112 of Plaintiff's Complaint.

113.

Upon information and belief, Fulton County Defendants admit the allegations contained in Paragraph 113 of Plaintiff's Complaint.

114.

Upon information and belief, Fulton County Defendants admit the allegations contained in Paragraph 114 of Plaintiff's Complaint.

115.

Upon information and belief, Fulton County Defendants admit the allegations contained in Paragraph 115 of Plaintiff's Complaint.

116.

Upon information and belief, Fulton County Defendants admit the allegations contained in Paragraph 116 of Plaintiff's Complaint.

117.

Upon information and belief, Fulton County Defendants admit the allegations contained in Paragraph 117 of Plaintiff's Complaint.

118.

Upon information and belief, Fulton County Defendants admit the allegations contained in Paragraph 118 of Plaintiff's Complaint.

119.

Upon information and belief, Fulton County Defendants admit the allegations contained in Paragraph 119 of Plaintiff's Complaint.

120.

Upon information and belief, Fulton County Defendants admit the allegations contained in Paragraph 120 of Plaintiff's Complaint.

121.

Upon information and belief, Fulton County Defendants admit the allegations contained in Paragraph 121 of Plaintiff's Complaint.

122.

Upon information and belief, Fulton County Defendants admit the allegations contained in Paragraph 122 of Plaintiff's Complaint.

123.

Upon information and belief, Fulton County Defendants admit the allegations contained in Paragraph 123 of Plaintiff's Complaint.

124.

Upon information and belief, Fulton County Defendants admit the allegations contained in Paragraph 124 of Plaintiff's Complaint.

125.

Upon information and belief, Fulton County Defendants admit the allegations contained in Paragraph 125 of Plaintiff's Complaint.

126.

Upon information and belief, Fulton County Defendants admit the allegations contained in Paragraph 126 of Plaintiff's Complaint.

127.

Upon information and belief, Fulton County Defendants admit the allegations contained in Paragraph 127 of Plaintiff's Complaint.

128.

Upon information and belief, Fulton County Defendants admit the allegations contained in Paragraph 128 of Plaintiff's Complaint.

129.

Upon information and belief, Fulton County Defendants admit the allegations contained in Paragraph 129 of Plaintiff's Complaint.

130.

Upon information and belief, Fulton County Defendants admit the allegations contained in Paragraph 130 of Plaintiff's Complaint.

131.

Upon information and belief, Fulton County Defendants admit the allegations contained in Paragraph 131 of Plaintiff's Complaint.

132.

Upon information and belief, Fulton County Defendants admit the allegations contained in Paragraph 132 of Plaintiff's Complaint.

133.

Upon information and belief, Fulton County Defendants admit the allegations contained in Paragraph 133 of Plaintiff's Complaint.

134.

Fulton County Defendants admit the allegations contained in Paragraph 134 of Plaintiff's Complaint.

135.

Fulton County Defendants admit the allegations contained in Paragraph 135 of Plaintiff's Complaint.

136.

Fulton County Defendants admit the allegations contained in Paragraph 136 of Plaintiff's Complaint.

137.

Fulton County Defendants deny the allegations contained in Paragraph 137 of Plaintiff's Complaint.

138.

Fulton County Defendants admit the allegations contained in Paragraph 138 of Plaintiff's Complaint.

139.

Paragraph 139 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 139, and for this reason, the allegations contained in Paragraph 139 are denied.

The cases cited in Paragraph 139 speak for themselves as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

140.

Paragraph 140 contains Plaintiffs' contentions as to the nature of this action and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 140, and for this reason, the allegations contained in Paragraph 140 are denied.

141.

The constitutional provision cited in Paragraph 141 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith. Fulton County Defendants are without knowledge or information

sufficient to form a response to the remaining allegations of Paragraph 141, and for this reason, they are denied.

142.

The constitutional provision cited in Paragraph 142 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith. Fulton County Defendants are without knowledge or information sufficient to form a response to the remaining allegations contained in Paragraph 142, and for this reason, the allegations contained in Paragraph 142 are denied.

143.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegation contained in Paragraph 143, and for this reason, the allegations contained in Paragraph 143 are denied.

144.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 144, and for this reason, the allegations contained in Paragraph 144 are denied.

145.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 145, and for this reason, the allegations contained in Paragraph 145 are denied.

The case cited in Paragraph 145 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

146.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 146, and for this reason, the allegations contained in Paragraph 146 are denied.

The constitutional amendment cited in Paragraph 146 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

147.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 147, and for this reason, the allegations contained in Paragraph 147 are denied.

148.

The voter registration act cited in Paragraph 148 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

149.

The civil rights court action cited in Paragraph 149 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith. To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 149, and for this reason, the allegations contained in Paragraph 149 are denied.

150.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 150, and for this reason, the allegations contained in Paragraph 150 are denied.

The report of the U.S. Commission on Civil Rights cited in Paragraph 150 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

151.

Fulton County Defendants admit that Georgia was required to get federal preclearance for changes to election rules. Fulton County Defendants are without knowledge or information sufficient to form a response to the remaining allegations contained in Paragraph 151, and for this reason, the allegations contained in Paragraph 151 are denied.

The case cited in Paragraph 151 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

152.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 152, and for this reason, the allegations contained in Paragraph 152 are denied.

153.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 153, and for this reason, the allegations contained in Paragraph 153 are denied.

The case cited in Paragraph 153 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

## 154.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 154, and for this reason, the allegations contained in Paragraph 154 are denied.

The case and quote cited in Paragraph 154 speak for themselves as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

## 155.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 155, and for this reason, the allegations contained in Paragraph 155 are denied.

## 156.

Fulton County Defendants deny that they, as local officials have sought to curtail the voting rights of Black voters. Fulton County Defendants are without knowledge or information sufficient to form a response to the remaining allegations

contained in Paragraph 156, and for this reason, the allegations contained in Paragraph 156 are denied.

157.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 157, and for this reason, the allegations contained in Paragraph 157 are denied.

158.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 158, and for this reason, the allegations contained in Paragraph 158 are denied.

159.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 159, and for this reason, the allegations contained in Paragraph 159 are denied.

160.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 160, and for this reason, the allegations contained in Paragraph 160 are denied.

161.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 161, and for this reason, the allegations contained in Paragraph 161 are denied.

The article cited in Paragraph 161 speaks for itself as to content and truthfulness. Fulton County Defendants deny any allegations inconsistent therewith.

162.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 162, and for this reason, the allegations contained in Paragraph 162 are denied.

163.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 163, and for this reason, the allegations contained in Paragraph 163 are denied.

164.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 164, and for this reason, the allegations contained in Paragraph 164 are denied.

165.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 165, and for this reason, the allegations contained in Paragraph 165 are denied.

166.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 166, and for this reason, the allegations contained in Paragraph 166 are denied.

167.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 167, and for this reason, the allegations contained in Paragraph 167 are denied.

168.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 168, and for this reason, the allegations contained in Paragraph 168 are denied.

169.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 169, and for this reason, the allegations contained in Paragraph 169 are denied.

170.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 170, and for this reason, the allegations contained in Paragraph 170 are denied

171.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 171, and for this reason, the allegations contained in Paragraph 171 are denied.

Further, the proposed legislation cited in Paragraph 171 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

### 172.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 172, and for this reason, the allegations contained in Paragraph 172 are denied.

### 173.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 173, and for this reason, the allegations contained in Paragraph 173 are denied.

### 174.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 174, and for this reason, the allegations contained in Paragraph 174 are denied.

175.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 175, and for this reason, the allegations contained in Paragraph 175 are denied.

176.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 176, and for this reason, the allegations contained in Paragraph 176 are denied.

177.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 177, and for this reason, the allegations contained in Paragraph 177 are denied.

178.

Fulton County Defendants deny that polling place consolidations by themselves have led to long wait times.  Fulton County Defendants are without knowledge or information sufficient to form a response to the remaining allegations contained in Paragraph 178, and for this reason, the allegations contained in Paragraph 178 are denied.

179.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 179, and for this reason, the allegations contained in Paragraph 179 are denied.

180.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 180, and for this reason, the allegations contained in Paragraph 180 are denied.

181.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 181, and for this reason, the allegations contained in Paragraph 181 are denied.

The legislation cited in Paragraph 181 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

182.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 182, and for this reason, the allegations contained in Paragraph 182 are denied.

183.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 183, and for this reason, the allegations contained in Paragraph 183 are denied.

184.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 184, and for this reason, the allegations contained in Paragraph 184 are denied. The legislation cited in Paragraph 184 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

185.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 185, and for this reason, the allegations contained in Paragraph 185 are denied.

186.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 186, and for this reason, the allegations contained in Paragraph 186 are denied.

187.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 187, and for this reason, the allegations contained in Paragraph 187 are denied.

188.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 188, and for this reason, the allegations contained in Paragraph 188 are denied.

189.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 189, and for this reason, the allegations contained in Paragraph 189 are denied.

190.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 190, and for this reason, the allegations contained in Paragraph 190 are denied.

191.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 191, and for this reason, the allegations contained in Paragraph 191 are denied.

192.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 192, and for this reason, the allegations contained in Paragraph 192 are denied.

193.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 193, and for this reason, the allegations contained in Paragraph 193 are denied.

194.

Fulton County Defendants admit that Georgia has an increasing number of voters of color. Fulton County Defendants are without knowledge or information sufficient to form a response to the remaining allegations contained in Paragraph 194, and for this reason, the allegations contained in Paragraph 194 are denied.

195.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 195, and for this reason, the allegations contained in Paragraph 195 are denied.

196.

Fulton County Defendants are without knowledge sufficient to establish the truthfulness of the statistics cited in Paragraph 196 or to form a response to the allegations contained in Paragraph 196, and for this reason, the allegations contained in Paragraph 196 are denied.

197.

Fulton County Defendants are without knowledge or information sufficient to establish the truthfulness of the statistics cited in Paragraph 197 or to form a response to the allegations contained in Paragraph 197, and for this reason, the allegations contained in Paragraph 197 are denied.

198.

Fulton County Defendants are without knowledge or information sufficient to establish the truthfulness of the statistics cited in Paragraph 198 or to form a response to the allegations contained in Paragraph 198, and for this reason, the allegations

contained in Paragraph 198 are denied.

199.

Fulton County Defendants are without knowledge or information sufficient to establish the truthfulness of the statistics cited in Paragraph 199 or to form a response to the allegations contained in Paragraph 199, and for this reason, the allegations contained in Paragraph 199 are denied.

200.

Fulton County Defendants are without knowledge or information sufficient to establish the truthfulness of the statistics cited in Paragraph 200 or to form a response to the allegations contained in Paragraph 200, and for this reason, the allegations contained in Paragraph 200 are denied.

201.

Fulton County Defendants are without knowledge or information sufficient to establish the truthfulness of the statistics cited in Paragraph 201 or to form a response to the allegations contained in Paragraph 201, and for this reason, the allegations contained in Paragraph 201 are denied.

202.

Fulton County Defendants are without knowledge or information sufficient to establish the truthfulness of the statistics cited in Paragraph 202 or to form a response

to the allegations contained in Paragraph 202, and for this reason, the allegations contained in Paragraph 202 are denied.

203.

Fulton County Defendants are without knowledge or information sufficient to establish the truthfulness of the statistics cited in Paragraph 203 or to form a response to the allegations contained in Paragraph 203, and for this reason, the allegations contained in Paragraph 203 are denied.

204.

Fulton County Defendants are without knowledge or information sufficient to establish the truthfulness of the statistics cited in Paragraph 204 or to form a response to the allegations contained in Paragraph 204, and for this reason, the allegations contained in Paragraph 204 are denied.

205.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 205, and for this reason, the allegations contained in Paragraph 205 are denied.

206.

Fulton County Defendants are without knowledge or information sufficient to establish the truthfulness of the statistics cited in Paragraph 206 or to form a response to the allegations contained in Paragraph 206, and for this reason, the allegations contained in Paragraph 206 are denied.

207.

Paragraph 207 contains legal conclusions within the purview of the Court, and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 207, and for this reason, the allegations contained in Paragraph 207 are denied.

208.

Fulton County Defendants admit that approximately 40% of its registered voter are Black.

Fulton County Defendants are without knowledge or information sufficient to form a response to the remaining allegations contained in Paragraph 208, and for this reason, the allegations contained in Paragraph 208 are denied.

209.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 209, and for this reason, the allegations contained in Paragraph 209 are denied.

210.

Upon information and belief, Fulton County Defendants admit that Georgia voters turned out in record numbers.  Fulton County Defendants are without knowledge or information sufficient to respond to the remaining allegations contained in Paragraph 210 of Plaintiff's Complaint.

The study and statistics cited in Paragraph 210 speak for themselves as to content and truthfulness. Fulton County Defendants deny any allegations inconsistent therewith.

211.

Upon information and belief, Fulton County Defendants admit that Georgia voters turned out in record numbers.  Fulton County Defendants are without knowledge or information sufficient to respond to the remaining allegations contained in Paragraph 211 of Plaintiff's Complaint.

The study and statistics cited in Paragraph 211 speak for themselves as to content and truthfulness. Fulton County Defendants deny any allegations inconsistent therewith.

212.

Fulton County Defendants admit that absentee voting increased in the 2020 General Election.  Fulton County Defendants are without knowledge or information sufficient to form a response to the remaining allegations contained in Paragraph 212, and for this reason, the allegations contained in Paragraph 212 are denied.

213.

Paragraph 213 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 213, and for this reason, the allegations contained in Paragraph 213 are denied.

214.

Upon information and belief, Fulton County Defendants admit the allegations contained in Paragraph 214 of Plaintiff's Complaint.

215.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 215, and for this reason, the allegations contained in Paragraph 215 are denied.

216.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 216, and for this reason, the allegations contained in Paragraph 216 are denied.

217.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 217, and for this reason, the allegations contained in Paragraph 217 are denied.

218.

Fulton County Defendants admit that Raphael Warnock and John Ossoff were elected to the U.S. Senate.  Fulton County Defendants are without knowledge or information sufficient to form a response to the remaining allegations contained in

Paragraph 218, and for this reason, the allegations contained in Paragraph 218 are denied.

218.

219.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 219, and for this reason, the allegations contained in Paragraph 219 are denied.

220.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 220, and for this reason, the allegations contained in Paragraph 2201 are denied.

221.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 221, and for this reason, the allegations contained in Paragraph 221 are denied.

222.

Fulton County Defendants admit that false assertions concerning signature verification and suitcases full of fake ballots were made against them. Fulton County

Defendants are without knowledge or information sufficient to form a response to the remaining allegations contained in Paragraph 222, and for this reason, the remaining allegations contained in Paragraph 222 are denied.

223.

Fulton County Defendants admit the allegations contained in Paragraph 223 of Plaintiff's Complaint.

224.

Fulton County Defendants admit the allegations contained in Paragraph 224 of Plaintiff's Complaint.

225.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 225, and for this reason, the allegations contained in Paragraph 225 are denied.

The statistics and bills cited in Paragraph 225 speak for themselves as to content, truthfulness and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

226.

Fulton County Defendants admit that the Senatorial runoff was held on January 5, 2021 and that Warnock and Ossoff were declared the winners. Fulton County Defendants also admit that President Biden and Vice President Harris were certified by the U.S. Congress on January 6, 2021 and that a violent mob stormed the U.S. Capitol on that date. Fulton County Defendants are without knowledge or information sufficient to form a response to the remaining allegations contained in Paragraph 226, and for this reason, the remaining allegations contained in Paragraph 226 are denied.

227.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 227, and for this reason, the allegations contained in Paragraph 227 are denied.

The quote and cases cited in Paragraph 227 speak for themselves as to content, truthfulness and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

228.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 228, and for this reason, the allegations contained in Paragraph 228 are denied.

The quote cited in Paragraph 228 speaks for itself as to content and truthfulness. Fulton County Defendants deny any allegations inconsistent therewith.

229.

Paragraph 229 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 229, and for this reason, the allegations contained in Paragraph 229 are denied.

230.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 230, and for this reason, the allegations contained in Paragraph 230 are denied.

231.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 231, and for this reason, the allegations contained in Paragraph 231 are denied.

232.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 232, and for this reason, the allegations contained in Paragraph 232 are denied.

233.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 233, and for this reason, the allegations contained in Paragraph 233 are denied.

234.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 234, and for this reason, the allegations contained in Paragraph 234 are denied.

235.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 235, and for this reason, the allegations contained in Paragraph 235 are denied.

236.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 236, and for this reason, the allegations contained in Paragraph 236 are denied.

237.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 237, and for this reason, the allegations contained in Paragraph 237 are denied.

238.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 238, and for this reason, the allegations contained in Paragraph 238 are denied.

239.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 239, and for this reason, the allegations contained in Paragraph 239 are denied.

240.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 240, and for this reason, the allegations contained in Paragraph 240 are denied.

241.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 241, and for this reason, the allegations contained in Paragraph 241 are denied.

242.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 242, and for this reason, the allegations contained in Paragraph 242 are denied.

The quote cited in Paragraph 242 speaks for itself as to content and truthfulness. Fulton County Defendants deny any allegations inconsistent therewith.

243.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 243, and for this reason, the allegations contained in Paragraph 243 are denied.

244.

 Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 244, and for this reason, the allegations contained in Paragraph 244 are denied.

245.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 245, and for this reason, the allegations contained in Paragraph 245 are denied.

246.

Fulton County Defendants admit the allegations contained in Paragraph 246 of Plaintiff's Complaint.

247.

Fulton County Defendants admit that it had mobile units that served several locations during the advance voting period ahead of the General Election.  Fulton

County Defendants used their mobile units to assist when equipment failures occurred and to mitigate wait times.

248.

The legislation cited in Paragraph 248 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

249.

Fulton County Defendants admit the allegations contained in Paragraph 249 of Plaintiff's Complaint.

250.

The legislation cited in Paragraph 250 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

251.

The legislation cited in Paragraph 251 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

252.

The legislation cited in Paragraph 252 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

253.

The legislation cited in Paragraph 253 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

254.

The legislation cited in Paragraph 254 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

255.

The legislation cited in Paragraph 255 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

256.

The legislation cited in Paragraph 256 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

257.

The legislation cited in Paragraph 257 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

258.

The legislation cited in Paragraph 258 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

259.

The legislation cited in Paragraph 259 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

260.

Upon information and belief, Fulton County Defendants admit the allegations contained in Paragraph 260 of Plaintiff's Complaint.

261.

Upon information and belief, Fulton County Defendants admit the allegations contained in Paragraph 261 of Plaintiff's Complaint.

262.

Fulton county Defendants admit the allegations contained in Paragraph 262 of Plaintiffs' Complaint.

263.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 263 with respect to statewide use of drop boxes, and for this reason, the allegations contained in Paragraph 263 are denied.

264.

The legislation cited in Paragraph 264 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

265.

The legislation cited in Paragraph 265 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

266.

The legislation cited in Paragraph 266 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

267.

The legislation cited in Paragraph 267 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

268.

The legislation cited in Paragraph 268 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

269.

The legislation cited in Paragraph 269 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

270.

The legislation cited in Paragraph 270 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

271.

Fulton County Defendants admit the allegations contained in Paragraph 271of Plaintiffs' Complaint.

272.

Upon information and belief, Fulton County Defendants admit the allegations contained in Paragraph 272 of Plaintiff's Complaint.

273.

The legislation cited in Paragraph 273 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

274.

Upon information and belief, Fulton County Defendants admit the allegations contained in Paragraph 274 of Plaintiff's Complaint.

275.

Paragraph 275 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 275, and for this reason, the allegations contained in Paragraph 275 are denied.

276.

Paragraph 276 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 276, and for this reason, the allegations contained in Paragraph 276 are denied.

277.

Fulton County Defendants admit that the excerpt included in Paragraph 277 is on its website.  Fulton County Defendants admits that in the past, there were long voting lines and backlogs of absentee ballot requests, and that in 2020 the election

budget was doubled, grants were secured, and two mobile voting units were used in the General Election.   Fulton County Defendants are without knowledge or information sufficient to form a response to the remaining allegations in Paragraph 277, and for this reason the remaining allegations are denied.

The statistics cited in Paragraph 277 speak for themselves as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

278.

Paragraph 278 contains Plaintiffs' contentions as to the nature of this action and as such does not require an admission or denial.   To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 278, and for this reason, the allegations contained in Paragraph 278 are denied.

279.

Paragraph 279 contains legal conclusions within the purview of this Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 279, and for this reason, the allegations contained in Paragraph 279 are denied.

The statistics cited in Paragraph 279 speak for themselves as to content and truthfulness. Fulton County Defendants deny any allegations inconsistent therewith.

280.

Paragraph 280 contains legal conclusions within the purview of the Court, and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 280, and for this reason, the allegations contained in Paragraph 280 are denied.

The statistics cited in Paragraph 280 speak for themselves as to content and truthfulness. Fulton County Defendants deny any allegations inconsistent therewith.

281.

Paragraph 281 contains legal conclusions within the purview of this Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 281, and for this reason, the allegations contained in Paragraph 281 are denied.

The statistics cited in Paragraph 281 speak for themselves as to content and truthfulness. Fulton County Defendants deny any allegations inconsistent therewith.

282.

Paragraph 282 contains legal conclusions within the purview of this Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 282, and for this reason, the allegations contained in Paragraph 282 are denied.

283.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 283, and for this reason, the allegations contained in Paragraph 283 are denied.

284.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 284, and for this reason, the allegations contained in Paragraph 284 are denied.

The statistics cited in Paragraph 284 speak for themselves as to content and truthfulness. Fulton County Defendants deny any allegations inconsistent therewith.

285.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 285, and for this reason, the allegations contained in Paragraph 285 are denied.

The study and statistics cited in Paragraph 285 speak for themselves as to content and truthfulness. Fulton County Defendants deny any allegations inconsistent therewith.

286.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 286, and for this reason, the allegations contained in Paragraph 286 are denied.

The statistics cited in Paragraph 286 speak for themselves as to content and truthfulness. Fulton County Defendants deny any allegations inconsistent therewith.

287.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 287, and for this reason, the allegations contained in Paragraph 287 are denied.

288.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 288, and for this reason, the allegations contained in Paragraph 288 are denied.

289.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegation contained in Paragraph 289, and for this reason, the allegations contained in Paragraph 289 are denied.

290.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 290, and for this reason, the allegations contained in Paragraph 290 are denied.

291.

Paragraph 291 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required Fulton County Defendants are without knowledge or information sufficient to form

a response to the allegations contained in Paragraph 291, and for this reason, the allegations contained in Paragraph 291 are denied.

292.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 292, and for this reason, the allegations contained in Paragraph 292 are denied.

293.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 293, and for this reason, the allegations contained in Paragraph 293 are denied.

294.

Fulton County Defendants admit that SB202 reduces the timeframe for runoff elections and the early voting period.

295.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 295, and for this reason, the allegations contained in Paragraph 295 are denied.

296.

The legislation cited in Paragraph 296 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

297.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 297, and for this reason, the allegations contained in Paragraph 297 are denied.

298.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 98, and for this reason, the allegations contained in Paragraph 298 are denied.

299.

The legislation cited in Paragraph 299 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

300.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 300, and for this reason, the allegations contained in Paragraph 300 are denied.

301.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 301, and for this reason, the allegations contained in Paragraph 301 are denied.

302.

The legislation cited in Paragraph 302 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegation inconsistent therewith. Fulton County Defendants are without knowledge or information sufficient to form a response to the remaining allegations contained in Paragraph 302, and for this reason, the allegations contained in Paragraph 302 are denied.

303.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 303, and for this reason, the allegations contained in Paragraph 303 are denied.

304.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 304, and for this reason, the allegations contained in Paragraph 304 are denied.

305.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 305, and for this reason, the allegations contained in Paragraph 305 are denied.

306.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 306, and for this reason, the allegations contained in Paragraph 306 are denied.

307.

Fulton County Defendants admit that there were long lines in Fulton County during the June 2020 Primaries. Fulton County Defendants are without knowledge or information sufficient to form a response to the remaining allegations contained in Paragraph 307, and for this reason, the allegations contained in Paragraph 307 are denied.

308.

Fulton County Defendants admit that there were long lines in Fulton County for the June 2020 Primaries.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 308, and for this reason, the remaining allegations contained in Paragraph 308 are denied.

The twitter account cited in Paragraph 308 speaks for itself as to content and truthfulness. Fulton County Defendants deny any allegations inconsistent therewith.

309.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 309, and for this reason, the allegations contained in Paragraph 309 are denied.

310.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 310, and for this reason, the allegations contained in Paragraph 310 are denied.

311.

Fulton County Defendants are without knowledge or information sufficient to establish the truthfulness of the statistics cited in Paragraph 311 or to form a response to the allegations contained in Paragraph 311, and for this reason, the allegations contained in Paragraph 311 are denied.

312.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 312, and for this reason, the allegations contained in Paragraph 312 are denied.

The Bible passage cited in Paragraph 312 speaks for itself. Fulton County Defendants deny any allegations inconsistent therewith.

313.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 313, and for this reason, the allegations contained in Paragraph 313 are denied.

314.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 314, and for this reason, the allegations contained in Paragraph 314 are denied.

315.

The Georgia law cited in Paragraph 315 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

316.

Fulton County Defendants admit that an Official Election Bulletin was received regarding buying votes and electioneering. To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the remaining allegations contained in Paragraph 316 concerning the aim of suppressing line warming activities and for this reason, the remaining allegations contained in Paragraph 316 are denied.

317.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 317, and for this reason, the allegations contained in Paragraph 317 are denied.

318.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 318, and for this reason, the allegations contained in Paragraph 318 are denied.

319.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 319, and for this reason, the allegations contained in Paragraph 319 are denied.

320.

Paragraph 320 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form

a response to the allegations contained in Paragraph 320, and for this reason, the allegations contained in Paragraph 320 are denied.

321.

Paragraph 321 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 321, and for this reason, the allegations contained in Paragraph 321 are denied.

322.

Paragraph 322 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 322, and for this reason, the allegations contained in Paragraph 322 are denied.

323.

Paragraph 323 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form

a response to the allegations contained in Paragraph 323, and for this reason, the allegations contained in Paragraph 323 are denied.

324.

Paragraph 324 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 324, and for this reason, the allegations contained in Paragraph 324 are denied.

325.

Paragraph 325 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 325, and for this reason, the allegations contained in Paragraph 325 are denied.

326.

Paragraph 326 contains legal conclusions within the purview of this Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form

a response to the allegations contained in Paragraph 326, and for this reason, the allegations contained in Paragraph 326 are denied.

327.

Paragraph 327 contains legal conclusions within the purview of this Court and as such does not require an admission or denial. To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 327, and for this reason, the allegations contained in Paragraph 327 are denied.

328.

Paragraph 328 contains legal conclusions within the purview of this Court and as such does not require an admission or denial. To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 328, and for this reason, the allegations contained in Paragraph 328 are denied.

329.

Fulton County Defendants incorporate their specific responses and Defenses to all prior paragraphs of the Complaint as previously set forth therein.

330.

The federal law cited in Paragraph 330 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

### 331.

Paragraph 331 contains legal conclusions within the purview of the Court and as such does not require an admission or denial. To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 331, and for this reason, the allegations contained in Paragraph 331 are denied.

### 332.

Paragraph 332 contains legal conclusions within the purview of the Court and as such does not require an admission or denial. To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 332, and for this reason, the allegations contained in Paragraph 332 are denied.

### 333.

Paragraph 333 contains legal conclusions within the purview of the Court and as such does not require an admission or denial. To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form

a response to the allegations contained in Paragraph 333, and for this reason, the allegations contained in Paragraph 333 are denied.

334.

Fulton County Defendants incorporate their specific responses and Defenses to all prior paragraphs of the Complaint as previously set forth therein.

335.

Paragraph 335 contains legal conclusions within the purview of the Court and as such does not require an admission or denial. To the extent a response is required Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 335, and for this reason, the allegations contained in Paragraph 335 are denied.

336.

Paragraph 336 contains legal conclusions within the purview of the Court and as such does not require an admission or denial. To the extent a response is required Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 336, and for this reason, the allegations contained in Paragraph 336 are denied.

337.

Paragraph 337 contains legal conclusions within the purview of the Court and as such does not require an admission or denial. To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 337, and for this reason, the allegations contained in Paragraph 337 are denied.

338.

Fulton County Defendants incorporate their specific responses and Defenses to all prior paragraphs of the Complaint as previously set forth therein.

339.

The constitutional provisions cited in Paragraph 339 speaks for themselves as to content and legal effect.   Fulton County Defendants deny any allegation inconsistent therewith.

340.

Paragraph 340 contains legal conclusions within the purview of this Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form

a response to the allegations contained in Paragraph 340, and for this reason, the allegations contained in Paragraph 340 are denied.

341.

Paragraph 341 contains legal conclusions within the purview of this Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 341, and for this reason, the allegations contained in Paragraph 341 are denied.

342.

Fulton County Defendants incorporate their specific responses and Defenses to all prior paragraphs of the Complaint as previously set forth therein.

343.

Paragraph 343 contains legal conclusions within the purview of the Court and as such does not require an admission or denial. To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 343, and for this reason, the allegations contained in Paragraph 343 are denied.

344.

Paragraph 344 contains legal conclusions within the purview of the Court and as such does not require an admission or denial. To the extent a response is required Paragraph 344 contains Plaintiffs' contentions as to the nature of this action and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 344, and for this reason, the allegations contained in Paragraph 344 are denied.

345.

Paragraph 345 contains Plaintiffs' contentions as to the nature of this action and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 345, and for this reason, the allegations contained in Paragraph 345 are denied.

The case cited in Paragraph 345 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

346.

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 346, and for this reason, the allegations contained in Paragraph 346 are denied.

The case cited in Paragraph 346 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

347.

The legislation cited in Paragraph 347 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

348.

Paragraph 348 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 348, and for this reason, the allegations contained in Paragraph 348 are denied.

349.

Fulton County Defendants incorporate their specific responses and Defenses to all prior paragraphs of the Complaint as previously set forth therein.

350.

The statutes cited in Paragraph 350 speak for themselves as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

351.

Paragraph 351 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 351, and for this reason, the allegations contained in Paragraph 351 are denied.

352.

The statutes cited in Paragraph 352 speak for themselves as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

353.

The statutory provisions cited in Paragraph 353 speak for themselves as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

354.

The statutory provisions cited in Paragraph 354 speak for themselves as to

content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

355.

The statutory provisions cited in Paragraph 355 speak for themselves as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

356.

The statutory provisions cited in Paragraph 356 speak for themselves as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

357.

Paragraph 357 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 357, and for this reason, the allegations contained in Paragraph 357 are denied.

358.

Paragraph 358 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required,

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 358, and for this reason, the allegations contained in Paragraph 358 are denied.

359.

Paragraph 359 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 359, and for this reason, the allegations contained in Paragraph 359 are denied.

360.

Paragraph 360 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 360, and for this reason, the allegations contained in Paragraph 360 are denied.

361.

Fulton County Defendants incorporate their specific responses and Defenses to all prior paragraphs of the Complaint as previously set forth therein.

362.

The statutory provisions cited in Paragraph 362 speak for themselves as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

363.

Paragraph 363 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 363, and for this reason, the allegations contained in Paragraph 363 are denied.

364.

Paragraph 364 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 364, and for this reason, the allegations contained in Paragraph 364 are denied.

365.

Paragraph 365 contains legal conclusions within the purview of the Court and as such does not require an admission or denial.  To the extent a response is required,

Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 365, and for this reason, the allegations contained in Paragraph 365 are denied.

366.

The statutory provision cited in Paragraph 366 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

367.

The statutory provision cited in Paragraph 367 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

368.

The statutory provision cited in Paragraph 368 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

369.

The statutory provision cited in Paragraph 369 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

370.

Paragraph 370 contains legal conclusions within the purview of the Court and as such does not require an admission or denial. To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 370, and for this reason, the allegations contained in Paragraph 370 are denied.

371.

Paragraph 371 contains legal conclusions within the purview of the Court and as such does not require an admission or denial. To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 371, and for this reason, the allegations contained in Paragraph 371 are denied.

372.

The legislation cited in Paragraph 372 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

373.

The legislation cited in Paragraph 373 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

374.

The legislation cited in Paragraph 374 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

375.

The legislation cited in Paragraph 375 speaks for itself as to content and legal effect. Fulton County Defendants deny any allegations inconsistent therewith.

376.

Paragraph 376 contains legal conclusions within the purview of the Court and as such does not require an admission or denial. To the extent a response is required, Fulton County Defendants are without knowledge or information sufficient to form a response to the allegations contained in Paragraph 376, and for this reason, the allegations contained in Paragraph 376 are denied.

## GENERAL DENIAL

Fulton County Defendants deny that Plaintiffs are entitled to any of the relief sought and deny each numbered paragraph of the Prayer for Relief. Defendants further deny each and every allegation of the Amended Complaint not specifically admitted denied or otherwise contradicted herein responded to

WHEREFORE, the Fulton County Defendants request:

(a) That the First Amended Complaint be dismissed;

(b) That all relief sought by Plaintiffs be denied;

(c) That judgment be issued in Fulton County Defendants' favor;

(d) That attorneys' fees and costs be assessed against Plaintiffs; and

(f) Any other further relief as this Court deems just and proper.

Respectfully submitted this 21st day of January, 2022.

**OFFICE OF THE FULTON COUNTY ATTORNEY**

Y. Soo Jo
County Attorney
Georgia Bar Number: 385817
Soo.jo@fultoncountyga.gov

Kaye W. Burwell
Georgia Bar Number: 775060
kaye.burwell@fultoncountyga.gov

Cheryl Ringer
Georgia Bar Number: 557420
cheryl.ringer@fultoncountyga.gov

**/s/ David Lowman**
David Lowman
Georgia Bar Number: 460298
david.lowman@fultoncountyga.gov

141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0267 (Office)
(404) 730-6324 (Facsimile)

## <u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1</u>

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

**/s/ David R. Lowman**
David Lowman
Georgia Bar Number: 460298
david.lowman@fultoncountyga.gov

**OFFICE OF THE COUNTY ATTORNEY**
141 Pryor Street S.W., Suite 4038
Atlanta, Georgia 30303
(404) 612-0246
(404) 730-6324 (Facsimile)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE GEORGIA SENATE BILL 202        CIVIL ACTION FILE NO.
1:21-mi-55555-JPB

_____

SIXTH DISTRICT OF THE         CIVIL ACTION FILE NO.:
AFRICAN METHODIST         1:21-CV-01284-ELR
EPISCOPAL CHURCH, a Georgia
nonprofit organization, GEORGIA
MUSLIM VOTER PROJECT, a
Georgia nonprofit organization,
WOMEN WATCH AFRIKA, a
Georgia nonprofit organization,
LATINO COMMUNITY FUND OF
GEORGIA, a Georgia nonprofit
organization, DELTA SIGMA THETA
SORORITY, INC., a Washington D.C.
nonprofit organization on behalf of
7000+ Sorors residing in Georgia,

Plaintiffs,

v.

BRIAN KEMP, Governor of the State
of Georgia, in his official capacity,
BRAD RAFFENSPERGER, Secretary
of State of Georgia, in his official
capacity, GEORGIA STATE
ELECTIONS BOARD, REBECCA
SULLIVAN, DAVID WORLEY,
MATTHEW MASHBURN, and ANH
LEE, Members of the Georgia State

Elections Board, in their official
capacities, FULTON COUNTY
REGISTRATION AND ELECTIONS
BOARD, ALEX WAN, MARK
WINGATE, KATHLEEN D. RUTH,
VERNETTA K. NURIDDIN, and
AARON V. JOHNSON, Members of
the Fulton County Registration and
Elections Board, in their official
capacities, RICHARD L. BARRON,
Director of the Fulton County
Registrations and Elections board, in
his official capacity, DEKALB
COUNTY BOARD OF
REGISTRATIONS AND
ELECTIONS, ANTHONY LEWIS,
SUSAN MOTTER, DELE L. SMITH,
SAMUEL E. TILLMAN, and BAOKY
N. VU, Members of the DeKalb
County Board of Registrations and
Elections, in their official capacities,
GWINNETT COUNTY BOARD OF
REGISTRATIONS AND
ELECTIONS, ALICE O'LENICK,
WANDY TAYLOR, STEPHEN W.
DAY, JOHN MANGANO, GEORGE
AWUKU, and SANTIAGO
MARQUEZ, Members of the Gwinnett
County Board of Registrations and
Elections, in their official capacities,
LYNN LEDFORD, Director of the
Gwinnett County Board of
Registrations and Elections, in her
official capacity, COBB COUNTY
BOARD OF ELECTIONS AND
REGISTRATION, PHIL DANIELL,
FRED AIKEN, PAT GARTLAND,
JESSICA M. BROOKS, and DARYL

O. WILSON, JR., Members of the
Cobb County Board of Elections and
Registration, in their official capacities,
JANINE EVELER, Director of the
Cobb County Board of Elections and
Registration, in her official capacity,
HALL COUNTY BOARD OF
ELECTIONS AND REGISTRATION,
TOM SMILEY, DAVID KENNEDY,
KEN COCHRAN, CRAIG LUTZ, and
GALA SHEATS, Members of the Hall
County Board of Elections and
Registration, in their official capacities,
LORI WURTZ, Director of Hall
County Elections, in her official
capacity, CLAYTON COUNTY
BOARD OF ELECTIONS AND
REGISTRATION, DARLENE
JOHNSON, DIANE GIVENS,
CAROL WESLEY, DOROTHY F.
HALL, and PATRICIA PULLAR,
Members of the Clayton County Board
of Elections and Registration, in their
official capacities, SHAUNA DOZIER,
Clayton County Elections Director, in
her official capacity, RICHMOND
COUNTY BOARD OF ELECTIONS,
TIM MCFALLS, SHERRY T.
BARNES, MARCIA BROWN,
TERENCE DICKS, and BOB
FINNEGAN, Members of the
Richmond County Board of Elections,
in their official capacities, LYNN
BAILEY, Richmond County Elections
Director, in her official capacity, BIBB
COUNTY BOARD OF ELECTIONS,
MIKE KAPLAN, HERBERT
SPANGLER, RINDA WILSON,

HENRY FICKLIN, and CASSANDRA
POWELL, Members of the Bibb
County Board of Elections, in their
official capacities, and JEANETTA R.
WATSON, Bibb County Elections
Supervisor, in her official capacity,
BIBB COUNTY BOARD OF
REGISTRARS, VERONICA SEALS,
Bibb County Chief Registrar, in her
official capacity, CHATHAM
COUNTY BOARD OF ELECTIONS,
THOMAS J. MAHONEY, MALINDA
HODGE, MARIANNE HEIMES, and
ANTAN LANG, Members of Chatham
County Board of Elections, in their
official capacities, CHATHAM
COUNTY BOARD OF
REGISTRARS, COLIN MCRAE,
WANDA ANDREWS, WILLIAM L.
NORSE, JON PANNELL, and
RANDOLPH SLAY, Members of the
Chatham County Board of Registrars,
in their official capacities, CLARKE
COUNTY BOARD OF ELECTION
AND VOTER REGISTRATION,
WILLA JEAN FAMBROUGH,
HUNAID QADIR, ANN TILL,
ROCKY RAFFLE, and ADAM
SHIRLEY, Members of the Clarke
County Board of Election and Voter
Registration, in their official capacities,
CHARLOTTE SOSEBEE, Clarke
County Board of Election and Voter
Registration Director, in her official
capacity, COLUMBIA COUNTY
BOARD OF ELECTIONS, ANN
CUSHMAN, WANDA DUFFIE, and
LARRY WIGGINS, Members of the

Columbia County Board of Elections,
in their official capacities,
COLUMBIA COUNTY BOARD OF
REGISTRARS, NANCY L. GAY,
Columbia County Chief Registrar, in
her official capacity,
Defendants.

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the **FULTON COUNTY**

**DEFENDANTS ANSWER TO PLAINTIFFS' AMENDED COMPLAINT** with

the Clerk of the court using the CM/ECF system, which automatically sends email

notification of such filing to all attorneys of record.

This 21st day of January, 2022.

**/s/ David Lowman**
David R/ Lowman
Georgia Bar Number: 460298
david.lowman@fultoncountyga.gov

**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)