## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE GEORGIA SENATE BILL 202 | : | |
| | : | CIVIL ACTION FILE NO. |
| | : | |
| | : | 1:21-MI-55555-JPB |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | : | |
| | | |
| GEORGIA STATE CONFERENCE OF | : | |
| THE NAACP, as an organization; et al. | : | |
| | : | |
|      Plaintiffs, | : | CIVIL ACTION FILE NO. |
| vs. | : | |
| | : | 1:21-cv-01259-JPB |
| BRAD RAFFENSPERGER, | : | |
| in his official capacity as the | : | |
| Georgia Secretary of State; et al. | : | |
| | : | |
|      Defendants. | : | |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | : | |

## FULTON COUNTY DEFENDANTS'ANSWER AND AFFIRMATIVE DEFENSES

**COME NOW,** Director Richard Barron, and members of the FCBRE, Cathy Woolard, Kathleen Ruth, Mark Wingate, Teresa Crawford and Aaron Johnson, in their official capacities (hereafter "Fulton County Defendants") through counsel, and respectfully file this their Answer to Plaintiffs' First Amended Complaint showing the Court as follows:

## AFFIRMATIVE DEFENSES

## FIRST DEFENSE

Plaintiffs lack standing to bring all or a portion of their claims against the Fulton County Defendants.

## SECOND DEFENSE

Plaintiffs have failed to state a claim upon which relief may be granted against the Fulton County Defendants.

## THIRD DEFENSE

Fulton County Defendants were not responsible for the drafting or enactment of S.B. 202 and do not have discretion over whether to comply with validly passed state election laws.  Fulton County Defendants show that they will abide by any order of this Court regarding the constitutionality of S.B. 202 or injunctive relief granted as to the enforcement of its provisions and would have done so without being named as defendants in this litigation.

## ANSWER TO COMPLAINT

Fulton County Defendants respond to the numbered allegations as follows:

1.

Paragraph 1 of the First Amended Complaint is a statement of Plaintiff's case and does not require a response. To the extent that a response is required, Fulton County Defendants deny the allegations in Paragraph 1.

2.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 2.

3.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 3, as these allegations contain statements or conclusions of law.

4.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 4.

5.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 5.

6.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 6, as these allegations contain conclusions of law.

7.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 7.

8.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 8, as these allegations contain conclusions of law, but demand strict proof of them at trial.

## **PARTIES**

9.

Fulton County Defendants admit the allegations of Paragraph 9.

10.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 10.

11.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 11.

12.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 12.

13.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 13.

14.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 14.

15.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 15.

16.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 16.

17.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 17.

18.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 18.

19.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 19.

20.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 20.

21.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 21.

22.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 22.

23.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 23, as these allegations contain conclusions of law.

24.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 24.

25.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 25,

26.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 26.

27.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 27.

28.

Fulton County Defendants admit the allegations of Paragraph 28 of Plaintiffs' First Amended Complaint.

29.

Fulton County Defendants admit the allegations of Paragraph 29 of Plaintiffs' First Amended Complaint.

30.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 30.

31.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 31.

32.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 32.

33.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 33.

34.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 34.

35.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in 35.

36.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 36.

37.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 37, as these allegations contain conclusions of law.

38.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 38.

39.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 39.

40.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 40.

41.

Fulton County Defendants admit the allegations of Paragraph 41 of Plaintiffs' First Amended Complaint.

42.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 42.

43.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 43.

44.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 44.

45.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 45. To the extent these allegations also contain conclusions of law, Fulton County Defendants neither admit nor deny the allegations.

46.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 46.

47.

Fulton County Defendants admit the allegations of Paragraph 47 of Plaintiffs' First Amended Complaint.

48.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 48.

49.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 49.

50.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 50.

51.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 51.

52.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 52. By way of further answer, to the extent these allegations also contain conclusions of law that are within the purview of the Court, Fulton County Defendants deny the allegations.

53.

Fulton County Defendants admit the allegations of Paragraph 53 of Plaintiffs' First Amended Complaint.

54.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 54.

55.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 55.

56.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 56.

57.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 57.

58.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 58.

59.

Fulton County Defendants admit the allegations of Paragraph 59 of Plaintiffs' First Amended Complaint.

60.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 60.

61.

Fulton County Defendants admit the allegations of Paragraph 61 of Plaintiffs' First Amended Complaint.

62.

Fulton County Defendants admit the allegations of Paragraph 62 of Plaintiffs' First Amended Complaint.

63.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 63.

64.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 64.

65.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 65.

66.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 66. To the extent these allegations also contain conclusions of law, Fulton County Defendants neither admit nor deny those allegations.

67.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 67.

68.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 68.

69.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 69.

70.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 70. To the extent these allegations also contain conclusions of law, Fulton County Defendants neither admit nor deny the allegations.

71.

Fulton County Defendants admit the allegations of Paragraph 71 of Plaintiffs' First Amended Complaint.

72.

Fulton County Defendants admit the allegations of Paragraph 72 of Plaintiffs' First Amended Complaint.

73.

Fulton County Defendants make no answer to the allegations in Paragraph 73, as these allegations are not directed against these Defendants.

74.

Fulton County Defendants make no answer to the allegations in Paragraph 74, as these allegations are not directed against these Defendants.

75.

Fulton County Defendants admit the allegations of Paragraph 75 of Plaintiffs' First Amended Complaint.

76.

Fulton County Defendants make no answer to the allegations in Paragraph 76, as these allegations are not directed against these Defendants.

77.

Fulton County Defendants admit the allegations of Paragraph 77 of Plaintiffs' First Amended Complaint.

78.

Fulton County Defendants admit that Pat Gartland and Jessica Brooks are members of the Fulton County Board of Elections and Registration, but deny the remaining allegations of Paragraph 78 of the Plaintiffs' First Amended Complaint; and state that Phil Daniell, Fred Aiken, and Daryl O. Wilson, Jr. were succeeded by Tori Silas, Stephen F. Bruning, and Jennifer Mosbacher as members as of July 1, 2021.

79.

Fulton County Defendants admit the allegations of Paragraph 79 of Plaintiffs'
First Amended Complaint.

80.

Fulton County Defendants are without sufficient knowledge and information
to either admit or deny the allegations contained in Paragraph 80.  To the extent these
allegations also contain conclusions of law, Defendants neither admit nor deny the
allegations.

81.

Fulton County Defendants neither admit nor deny the allegations in Paragraph
81, as these allegations contain statements or conclusions of law.

82.

Fulton County Defendants neither admit nor deny the allegations in Paragraph
82, as these allegations contain statements or conclusions of law.

83.

Fulton County Defendants neither admit nor deny the allegations in Paragraph
83, as these allegations contain statements or conclusions of law.

84.

Fulton County Defendants make no answer to the allegations in Paragraph 84,
as these allegations are not directed against these Defendants.

85.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 85, as these allegations contain statements or conclusions of law.

86.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 86.

87.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 87.

88.

Fulton County Defendants make no answer to the allegations in Paragraph 88, as these allegations are not directed against these Defendants.

89.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 89.

90.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 90.

91.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 91, as these allegations contain conclusions of law.

92.

Fulton County Defendants make no answer to the allegations in Paragraph 92, as these allegations are not directed against these Defendants.

93.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 93.

94.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 94.

95.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 95.

96.

Fulton County Defendants admit the allegations of Paragraph 96 of Plaintiffs' First Amended Complaint.

97.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 97.

98.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 98.

99.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 99.

100.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 100.

101.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 101.

102.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 102.

103.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 103.

104.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 104.

105.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 105.

106.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 106.

107.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 107.

108.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 108.

109.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 109.

110.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 110.

111.

Fulton County Defendants admit the allegations of Paragraph 111 of Plaintiffs' First Amended Complaint.

112.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 112.

113.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 113.

114.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 114.

115.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 115.

116.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 116.

117.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 117.

118.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 118.

119.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 119.

120.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 120.

121.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 121.

122.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 122.

123.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 123.

124.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 124.

125.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 125.

126.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 126.

127.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 127.

128.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 128.

129.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 129.

130.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 130.

131.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 131, as these allegations contain statements or conclusions of law.

132.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 132.

133.

Fulton County Defendants admit the allegations of Paragraph 133 of Plaintiffs' First Amended Complaint.

134.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 134, as these allegations contain statements or conclusions of law.

135.

Fulton County Defendants admit the allegations of Paragraph 135 of Plaintiffs' First Amended Complaint.

136.

Fulton County Defendants admit the allegations of Paragraph 136 of Plaintiffs' First Amended Complaint.

137.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 137, as these allegations contain conclusions of law.

138.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 138, as these allegations contain conclusions of law.

139.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 139.

140.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 140.

141.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 141.

142.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 142.  To the extent these allegations also contain conclusions of law, Fulton County  Defendants neither admit nor deny the allegations.

143.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 143, as these allegations contain conclusions of law.

144.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 144, as these allegations contain conclusions of law.

145.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 145. To the extent these allegations also contain conclusions of law, Fulton County Defendants neither admit nor deny the allegations.

146.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 146. To the extent these allegations also contain conclusions of law, Fulton County Defendants neither admit nor deny the allegations.

147.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 147, as these allegations contain conclusions of law.

148.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 148. To the extent these allegations also contain conclusions of law, Defendants neither admit nor deny the allegations.

149.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 149, as these allegations contain conclusions of law.

150.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 150. To the extent these allegations also contain conclusions of law, Fulton County Defendants neither admit nor deny the allegations.

151.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 151.

152.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 152. To the extent these allegations also contain conclusions of law, Defendants neither admit nor deny the allegations.

153.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 153.

154.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 154.

155.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 155. To the extent these allegations also contain conclusions of law, Defendants neither admit nor deny the allegations.

156.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 156, and, therefore, neither admits nor denies those allegations. To the extent these allegations also contain conclusions of law, Fulton County Defendants neither admit nor deny the allegations.

157.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 157. To the extent these allegations also contain conclusions of law, Fulton County Defendants neither admit nor deny the allegations.

158.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 158. To the extent these allegations also contain conclusions of law, Fulton County Defendants neither admit nor deny the allegations.

159.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 159.

160.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 160, as these allegations contain conclusions of law.

161.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 161.

162.

Fulton County Defendants make no answer to the allegations in Paragraph 162, as these allegations are not directed against these Defendants.

163.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 163. To the extent

these allegations also contain conclusions of law, Fulton County Defendants neither admit nor deny the allegations.

164.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 164, as these allegations contain conclusions of law.

165.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 165. To the extent these allegations also contain conclusions of law, Fulton County Defendants neither admit nor deny the allegations.

166.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 166, as these allegations contain conclusions of law.

167.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 167. To the extent these allegations also contain conclusions of law, Fulton County Defendants neither admit nor deny the allegations.

168.

Fulton County Defendants make no answer to the allegations in Paragraph 168, as these allegations are not directed against these Defendants.

169.

Fulton County Defendants make no answer to the allegations in Paragraph 169, as these allegations are not directed against these Defendants.

## COUNT I

**42 U.S.C. § 1983 and 52 U.S.C. § 10301**
**(Discriminatory Purpose in Violation of the Fourteenth and Fifteenth Amendments to the United States Constitution and Section 2 of the Voting Rights Act, Against All Defendants)**

170.

Fulton County Defendants adopt and restate all responses to Paragraphs 1 through 169 of this Answer as if specifically set forth in the paragraph.

171.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 171, as it is a statement of law.

172.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 172, as it is a statement of law.

173.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 173, as it is a statement of law.

174.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 174, as it is a statement of law.

175.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 175, as it is a statement of law.

176.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 176, as it is a statement of law.

177.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 177.

178.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 178, as it is a statement of law.

179.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 179. To the extent these allegations also contain conclusions of law, Fulton County Defendants neither admit nor deny the allegations.

180.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 180.

181.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 181.

182.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 182.

183.

Fulton County Defendants make no answer to the allegations in Paragraph 183, as these allegations are not directed against these Defendants.

184.

Fulton County Defendants make no answer to the allegations in Paragraph 184, as these allegations are not directed against these Defendants. To the extent an

answer is required, Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 184.

185.

Fulton County Defendants make no answer to the allegations in Paragraph 185, as these allegations are not directed against these Defendants. To the extent an answer is required, Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 185.

186.

Fulton County Defendants make no answer to the allegations in Paragraph 186, as these allegations are not directed against these Defendants. To the extent an answer is required, Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 186.

187.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 187, as these allegations contain conclusions of law.

188.

Fulton County Defendants make no answer to the allegations in Paragraph 188, as these allegations are not directed against these Defendants. To the extent an answer is required, Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 188.

189.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 189, as these allegations contain conclusions of law.

190.

Fulton County Defendants deny the allegations of Paragraph 190 of Plaintiffs' First Amended Complaint.

## COUNT II

**(Violation of the Section 2 of the Voting Rights Act of 1965
52 U.S.C. § 10301, *et seq.*)**

191.

Fulton County Defendants adopt and restate all responses to Paragraphs 1 through 191 of this Answer as if specifically set forth in the paragraph.

192.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 192, as these allegations contain statements or conclusions of law.

193.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 193, as these allegations contain statements or conclusions of law.

194.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 194.

195.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 195.

196.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 196.

197.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 197.

198.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 198.

199.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 199, as these allegations contain conclusions of law.

200.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 200, as these allegations contain conclusions of law.

201.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 201, as these allegations contain conclusions of law.

## **COUNT III**

### **42 U.S.C. § 1983**
### **(Burden On the Fundamental Right To Vote First and Fourteenth Amendments)**

202.

Fulton County Defendants adopt and restate all responses to Paragraphs 1 through 201 of this Answer as if specifically set forth in the paragraph.

203.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 203, as these allegations contain statements or conclusions of law.

204.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 204, as these allegations contain statements or conclusions of law.

205.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 205, as these allegations contain statements or conclusions of law.

206.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 206, as these allegations contain statements or conclusions of law.

207.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 207, as these allegations contain statements or conclusions of law.

208.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 208, as these allegations contain statements or conclusions of law.

209.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 209. To the extent these allegations also contain conclusions of law, Fulton County Defendants neither admit nor deny the allegations.

210.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 210. To the extent these allegations also contain conclusions of law, Fulton County Defendants neither admit nor deny the allegations.

211.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 211, as these allegations contain conclusions of law.

212.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 212. To the extent these allegations also contain conclusions of law, Fulton County Defendants neither admit nor deny the allegations.

213.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 213.

214.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 214, as these allegations contain conclusions of law.

215.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 215, as these allegations contain conclusions of law.

## **COUNT IV**

**42 U.S.C. § 1983**
**(Freedom of Speech and Association First and Fourteenth Amendments)**

216.

Fulton County Defendants adopt and restate all responses to Paragraphs 1 through 215 of this Answer as if specifically set forth in the paragraph.

217.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 217, as these allegations contain statements or conclusions of law.

218.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 218, as these allegations contain statements or conclusions of law.

219.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 219, as these allegations contain statements or conclusions of law.

220.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 220. To the extent these allegations also contain conclusions of law.

221.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 221.

222.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 222, as these allegations contain conclusions of law.

## **COUNT V**

### **42 U.S.C. § 1983**
### **(Freedom of Expressive Conduct and Speech in Providing Food and Drink First and Fourteenth Amendments)**

223.

Fulton County Defendants adopt and restate all responses to Paragraphs 1 through 222 of this Answer as if specifically set forth in the paragraph.

224.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 224, as these allegations contain statements or conclusions of law.

225.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 225. To the extent these allegations also contain conclusions of law, Fulton County Defendants neither admit nor deny the allegations.

226.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 226.

227.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 227.

228.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 228, as these allegations contain conclusions of law.

229.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 229. To the extent these allegations also contain conclusions of law, Fulton County Defendants neither admit nor deny the allegations.

230.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 230, as these allegations contain conclusions of law.

231.

Fulton County Defendants are without sufficient knowledge and information to either admit or deny the allegations contained in Paragraph 231.

232.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 232, as these allegations contain conclusions of law.

## COUNT VI

### 52 U.S.C. § 10301, 42 U.S.C. § 1983
### (Immaterial Voting Requirement)

233.

Fulton County Defendants adopt and restate all responses to Paragraphs 1 through 232 of this Answer as if specifically set forth in the paragraph.

234.

Fulton County Defendants neither admit nor deny the allegations in Paragraph 234, as these allegations contain statements or conclusions of law.

235.

Defendants neither admit nor deny the allegations in Paragraph 235, as these allegations contain statements or conclusions of law.

236.

Defendants neither admit nor deny the allegations in Paragraph 236, as these allegations contain statements or conclusions of law.

237.

Defendants neither admit nor deny the allegations in Paragraph 237, as these allegations contain statements or conclusions of law.

## RESPONSE TO PRAYER FOR RELIEF

1.

Paragraph 1 contains a request for relief that requires no response. To the extent a response is required from Fulton County Defendants, Fulton County Defendants state that they will comply with Georgia law and defer questions of constitutionality to the Court.

2.

Paragraph 2 contains a request for relief that requires no response. To the extent a response is required from Fulton County Defendants, Fulton County Defendants state that they will comply with Georgia law and defer questions of constitutionality to the Court.

3.

Paragraph 3 contains a request for relief that requires no response. To the extent a response is required from Fulton County Defendants, Fulton County Defendants state that they will comply with Georgia law and defer questions of constitutionality to the Court.

4.

Paragraph 4 contains a request for relief that requires no response. To the extent a response is required from Fulton County Defendants, Fulton County Defendants state that they will comply with Georgia law and defer questions of constitutionality to the Court.

5.

Paragraph 5 contains a request for relief that requires no response. To the extent a response is required from Fulton County Defendants, Fulton County Defendants state that they will comply with Georgia law and defer questions of violations of the Civil Rights Act to the Court.

6.

Paragraph 6 contains a request for relief that requires no response. To the extent a response is required from Fulton County Defendants, Fulton County Defendants deny that the requested relief is justified or appropriate unless the Court finds the challenged provisions unconstitutional or otherwise in violation of Federal law.Paragraph 6 contains a request for relief that requires no response

7.

Paragraph 7 contains a request for relief that requires no response. To the extent a response is required from Fulton County Defendants, Fulton County Defendants deny that the requested relief is justified or appropriate, particularly since Fulton County Defendants did not participate in the drafting or enactment of the challenged provisions and have no discretion to ignore them absent a Court order.

8.

Paragraph 8 contains a request for relief that requires no response.

**WHEREFORE**, having answered Plaintiffs' Amended Complaint and stated defenses and objections, Fulton County Defendants respectfully requests that Plaintiffs' claims be dismissed, Plaintiffs' prayers for relief be denied in each and every particular with all costs taxed to the Plaintiffs, and Fulton County Defendants be granted such other relief as this Court may deem just and proper.

Submitted this 21st day of January, 2022.

**OFFICE OF THE COUNTY ATTORNEY**

**/s/ Y. Soo Jo**
County Attorney
Georgia Bar Number: 385817
Soo.jo@fultoncountyga.gov

**/s/ Kaye W. Burwell**
Kaye W. Burwell
Georgia Bar Number: 775060
Kaye.burwell@fultoncountyga.gov

**/s/ Cheryl Ringer**
Georgia Bar Number: 557420
cheryl.ringer@fultoncountyga.gov

**/s/ David R. Lowman**
Georgia Bar Number: 460298
david.lowman@fultoncountyga.gov

**OFFICE OF THE COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
Telephone: (404) 612-0246

## <u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1</u>

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 21, 2022, I electronically filed the foregoing **ANSWER AND AFFIRMATIVE DEFENSES OF FULTON COUNTY DEFENDANTS** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

**/s/ David R. Lowman**
Georgia Bar Number: 460298
david.lowman@fultoncountyga.gov

**OFFICE OF THE COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
Telephone: (404) 612-0246