IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE GEORGIA SENATE BILL 202 | * | |
| | * | |
| | * | CIVIL ACTION FILE NO. |
| | * | |
| | * | 1:21-mi-55555-JPB |
| | * | |
| | * | |
| | * | |
| SIXTH DISTRICT OF THE AFRICAN | * | |
| METHODIST EPISCOPAL CHURCH, | * | CIVIL ACTION FILE NO. |
| a Georgia nonprofit organization, et al., | * | |
| | * | 1:21-cv-01284-JPB |
| Plaintiffs, | * | |
| | * | |
| vs. | * | |
| | * | |
| BRIAN KEMP, Governor of the State | * | |
| of Georgia in his official capacity, et al., | * | |
| | * | |
| Defendants. | * | |

ANSWER AND RESPONSIVE PLEADINGS OF THE
MACON-BIBB COUNTY DEFENDANTS

COME NOW THE MACON-BIBB COUNTY BOARD OF ELECTIONS;

MIKE KAPLAN, HERBERT SPANGLER, JOEL HAZARD, KAREN EVANS-

DANIEL, and DARIUS MAYNARD, Members of the Macon-Bibb County

Board of Elections, in their official capacities; JEANETTA R. WATSON,

Macon-Bibb County Elections Supervisor, in her official capacity; and

VERONICA SEALS, Macon-Bibb County Chief Registrar, in her official

capacity, named Defendants in the above styled civil action, and make and file their Answer and Responsive Pleadings as follows:

<u>THE PROPER MACON-BIBB COUNTY DEFENDANTS</u>

These Defendants, as listed in the introductory paragraph above are the proper Macon-Bibb County Defendants as of today's date.  In their Complaint, Plaintiffs named the members of the Macon-Bibb County Board of Elections as they existed at the time of filing.  Since the filing of the Complaint, Board members Rinda Wilson, Henry Ficklin, and Cassandra Powell have been replaced by new members Joel Hazard, Karen Evans-Daniel, and Darius Maynard.

Plaintiffs also named the Bibb County Board of Registrars as a Defendant, but this entity does not exist.  The Macon-Bibb County Board of Elections succeeded to the rights and duties of the Bibb County Registrars by local act of the State legislature in 1969.  See 1969 Ga. Laws, Pg. 3331, Sec. 8.

Lastly, Macon-Bibb County Elections Supervisor Jeanetta R. Watson has resigned effective today, January 21, 2022.  No replacement has yet been named.

These Defendants have no objection to an Order being entered to update the parties in accordance with the foregoing.

<u>ANSWER</u>

These Defendant hereby answer and respond to the allegations set forth in the numbered paragraphs of Plaintiffs' First Amended Complaint, referred to herein as "Plaintiffs' Complaint," as follows:

INTRODUCTION

1.

These Defendants admit the general principles related to the importance of the right to vote set forth in paragraph 1 of Plaintiffs' Complaint. Answering further, these Defendants admit that the holdings and opinions of the United States Supreme Court speak for themselves. These Defendants deny the balance of the allegations set forth in paragraph 1 of Plaintiffs' Complaint.

2.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 2 of Plaintiffs' Complaint.

3.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 3 of Plaintiffs' Complaint.

4.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 4 of Plaintiffs' Complaint.

5.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 5 of Plaintiffs' Complaint.

6.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 6 of Plaintiffs' Complaint.

7.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 7 of Plaintiffs' Complaint.

8.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 8 of Plaintiffs' Complaint.

9.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 9 of Plaintiffs' Complaint.

10.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 10 of Plaintiffs' Complaint.

11.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 11 of Plaintiffs' Complaint.

12.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 12 of Plaintiffs' Complaint.

13.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 13 of Plaintiffs' Complaint.

14.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 14 of Plaintiffs' Complaint.

15.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 15 of Plaintiffs' Complaint.

16.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 16 of Plaintiffs' Complaint.

17.

These Defendants admit that voters in Macon-Bibb County voted in person on elections day, voted during early voting, voted by mail, and voted using secure drop boxes.  These Defendants are without knowledge or information sufficient to form a belief as to the truth of the balance of the allegations set forth in paragraph 17 of Plaintiffs' Complaint.

18.

These Defendants are without knowledge or information sufficient to

form a belief as to the truth of the allegations set forth in paragraph 18 of Plaintiffs' Complaint.

19.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 19 of Plaintiffs' Complaint.

20.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 20 of Plaintiffs' Complaint.

21.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 21 of Plaintiffs' Complaint.

22.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 22 of Plaintiffs' Complaint.

23.

These Defendants are without knowledge or information sufficient to

form a belief as to the truth of the allegations set forth in paragraph 23 of Plaintiffs' Complaint.

24.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 24 of Plaintiffs' Complaint.

25.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 25 of Plaintiffs' Complaint.

26.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 26 of Plaintiffs' Complaint.

27.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 27 of Plaintiffs' Complaint.

28.

These Defendants are without knowledge or information sufficient to

form a belief as to the truth of the allegations set forth in paragraph 28 of Plaintiffs' Complaint.

29.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 29 of Plaintiffs' Complaint.

30.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 30 of Plaintiffs' Complaint.

31.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 31 of Plaintiffs' Complaint.

PARTIES

Plaintiffs

32.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 32 of Plaintiffs' Complaint.

33.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 33 of Plaintiffs' Complaint.

34.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 34 of Plaintiffs' Complaint.

35.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 35 of Plaintiffs' Complaint.

36.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 36 of Plaintiffs' Complaint.

37.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 37 of Plaintiffs' Complaint.

38.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 38 of Plaintiffs' Complaint.

39.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 39 of Plaintiffs' Complaint.

40.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 40 of Plaintiffs' Complaint.

41.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 41 of Plaintiffs' Complaint.

42.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 42 of Plaintiffs' Complaint.

43.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 43 of Plaintiffs' Complaint.

44.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 44 of Plaintiffs' Complaint.

45.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 45 of Plaintiffs' Complaint.

46.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 46 of Plaintiffs' Complaint.

47.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 47 of Plaintiffs' Complaint.

48.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 48 of Plaintiffs' Complaint.

49.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 49 of Plaintiffs' Complaint.

50.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 50 of Plaintiffs' Complaint.

51.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 51 of Plaintiffs' Complaint.

52.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 52 of Plaintiffs' Complaint.

53.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 53 of Plaintiffs' Complaint.

54.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 54 of Plaintiffs' Complaint.

55.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 55 of Plaintiffs' Complaint.

56.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 56 of Plaintiffs' Complaint.

57.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 57 of Plaintiffs' Complaint.

58.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 58 of Plaintiffs' Complaint.

59.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 59 of Plaintiffs' Complaint.

60.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 60 of Plaintiffs' Complaint.

61.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 61 of Plaintiffs' Complaint.

62.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 62 of Plaintiffs' Complaint.

63.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 63 of Plaintiffs' Complaint.

64.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 64 of Plaintiffs' Complaint.

65.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 65 of Plaintiffs' Complaint.

66.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 66 of Plaintiffs' Complaint.

67.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 67 of Plaintiffs' Complaint.

68.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 68 of Plaintiffs' Complaint.

69.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 69 of Plaintiffs' Complaint.

70.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 70 of Plaintiffs' Complaint.

71.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 71 of Plaintiffs' Complaint.

72.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 72 of Plaintiffs' Complaint.

73.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 73 of Plaintiffs' Complaint.

74.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 74 of Plaintiffs' Complaint.

75.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 75 of Plaintiffs' Complaint.

76.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 76 of Plaintiffs' Complaint.

77.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 77 of Plaintiffs' Complaint.

78.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 78 of Plaintiffs' Complaint.

79.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 79 of Plaintiffs' Complaint.

80.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 80 of Plaintiffs' Complaint.

81.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 81 of Plaintiffs' Complaint.

82.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 82 of Plaintiffs' Complaint.

83.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 83 of Plaintiffs' Complaint.

84.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 84 of Plaintiffs' Complaint.

85.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 85 of Plaintiffs' Complaint.

86.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 86 of Plaintiffs' Complaint.

87.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 87 of Plaintiffs' Complaint.

88.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 88 of Plaintiffs' Complaint.

89.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 89 of Plaintiffs' Complaint.

90.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 90 of Plaintiffs' Complaint.

91.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 91 of Plaintiffs' Complaint.

92.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 92 of Plaintiffs' Complaint.

<u>Defendants</u>

93.

These Defendants admit the allegations set forth in paragraph 93 of Plaintiffs' Complaint.

94.

These Defendants admit the allegations set forth in paragraph 94 of Plaintiffs' Complaint.

95.

These Defendants admit the allegations set forth in paragraph 95 of Plaintiffs' Complaint.

96.

These Defendants admit the allegations set forth in paragraph 96 of Plaintiff's Complaint with the exception of the fact that the composition of the State Election Board has changed.

97.

These Defendants admit the allegations set forth in paragraph 97 of Plaintiffs' Complaint.

98.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 98 of

Plaintiffs' Complaint.

99.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 99 of Plaintiffs' Complaint.

100.

These Defendants admit the allegations set forth in paragraph 100 of Plaintiffs' Complaint.

101.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 101 of Plaintiffs' Complaint.

102.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 102 of Plaintiffs' Complaint.

103.

These Defendants admit the allegations set forth in paragraph 103 of Plaintiffs' Complaint.

104.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 104 of Plaintiffs' Complaint.

105.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 105 of Plaintiffs' Complaint.

106.

These Defendants admit the allegations set forth in paragraph 106 of Plaintiffs' Complaint.

107.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 107 of Plaintiffs' Complaint.

108.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 108 of Plaintiffs' Complaint.

109.

These Defendants admit the allegations set forth in paragraph 109 of Plaintiffs' Complaint.

110.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 110 of Plaintiffs' Complaint.

111.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 111 of Plaintiffs' Complaint.

112.

These Defendants admit the allegations set forth in paragraph 112 of Plaintiffs' Complaint.

113.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 113 of Plaintiffs' Complaint.

114.

These Defendants are without knowledge or information sufficient to

form a belief as to the truth of the allegations set forth in paragraph 114 of Plaintiffs' Complaint.

115.

These Defendants admit the allegations set forth in paragraph 115 of Plaintiffs' Complaint.

116.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 116 of Plaintiffs' Complaint.

117.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 117 of Plaintiffs' Complaint.

118.

These Defendants admit the allegations set forth in paragraph 118 of Plaintiffs' Complaint.

119.

These Defendants admit the allegations set forth in paragraph 119 of Plaintiffs' Complaint with the exception that the composition of the Macon-Bibb County Board of Elections has changed.

120.

These Defendants admit the allegations set forth in paragraph 120 of Plaintiffs' Complaint.

121.

These Defendants deny the allegations forth in paragraph 121 of Plaintiffs' Complaint.  Answering further, the duties and responsibilities related to voter registration in Macon-Bibb County fall to the Macon-Bibb County Board of Elections.

122.

These Defendants admit the allegations set forth in paragraph 122 of Plaintiffs' Complaint.

123.

These Defendants admit the allegations set forth in paragraph 123 of Plaintiffs' Complaint.

124.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 124 of Plaintiffs' Complaint.

125.

These Defendants are without knowledge or information sufficient to

form a belief as to the truth of the allegations set forth in paragraph 125 of Plaintiffs' Complaint.

126.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 126 of Plaintiffs' Complaint.

127.

These Defendants admit the allegations set forth in paragraph 127 of Plaintiffs' Complaint.

128.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 128 of Plaintiffs' Complaint.

129.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 129 of Plaintiffs' Complaint.

130.

These Defendants admit the allegations set forth in paragraph 130 of Plaintiffs' Complaint.

131.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 131 of Plaintiffs' Complaint.

132.

These Defendants admit the allegations set forth in paragraph 132 of Plaintiffs' Complaint.

133.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 133 of Plaintiffs' Complaint.

JURISDICTION AND VENUE

134.

These Defendants admit the allegations set forth in paragraph 134 of Plaintiffs' Complaint.

135.

These Defendants admit the allegations set forth in paragraph 135 of Plaintiffs' Complaint.

136.

These Defendants admit the allegations set forth in paragraph 136 of

Plaintiffs' Complaint.

## 137.

These Defendants admit the allegations set forth in paragraph 137 of Plaintiffs' Complaint.

## 138.

These Defendants admit the allegations set forth in paragraph 138 of Plaintiffs' Complaint.

## FACTUAL ALLEGATIONS

A.  Georgia has a long history and ongoing record of racial discrimination in voting.

## 139.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 139 of Plaintiffs' Complaint.

## 140.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 140 of Plaintiffs' Complaint.

## 141.

These Defendants admit the allegations set forth in paragraph 141 of Plaintiffs' Complaint.

142.

These Defendants admit the allegations set forth in paragraph 142 of Plaintiffs' Complaint.

143.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 143 of Plaintiffs' Complaint.

144.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 144 of Plaintiffs' Complaint.

145.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 145 of Plaintiffs' Complaint.

146.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 146 of

Plaintiffs' Complaint.

147.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 147 of Plaintiffs' Complaint.

148.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 148 of Plaintiffs' Complaint.

149.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 149 of Plaintiffs' Complaint.

150.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 150 of Plaintiffs' Complaint.

151.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 151 of

Plaintiffs' Complaint.

152.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 152 of Plaintiffs' Complaint.

153.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 153 of Plaintiffs' Complaint.

154.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 154 of Plaintiffs' Complaint.

155.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 155 of Plaintiffs' Complaint.

156.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 156 of

Plaintiffs' Complaint.

158.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 158 of Plaintiffs' Complaint.

159.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 159 of Plaintiffs' Complaint.

160.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 160 of Plaintiffs' Complaint.

161.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 161 of Plaintiffs' Complaint.

162.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 162 of

Plaintiffs' Complaint.

163.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 163 of Plaintiffs' Complaint.

164.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 164 of Plaintiffs' Complaint.

165.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 165 of Plaintiffs' Complaint.

166.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 166 of Plaintiffs' Complaint.

167.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 167 of

Plaintiffs' Complaint.

168.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 168 of Plaintiffs' Complaint.

169.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 169 of Plaintiffs' Complaint.

170.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 170 of Plaintiffs' Complaint.

171.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 171 of Plaintiffs' Complaint.

172.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 172 of

Plaintiffs' Complaint.

173.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 173 of Plaintiffs' Complaint.

174.

These Defendants deny the allegations set forth in paragraph 174 of Plaintiffs' Complaint.

175.

These Defendants deny the allegations set forth in paragraph 175 of Plaintiffs' Complaint.

176.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 176 of Plaintiffs' Complaint.

177.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 177 of Plaintiffs' Complaint.

178.

These Defendants deny the allegations set forth in paragraph 178 of Plaintiffs' Complaint.

179.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 179 of Plaintiffs' Complaint.

180.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 180 of Plaintiffs' Complaint.

181.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 181 of Plaintiffs' Complaint.

B.    Georgians with disabilities have also experienced historical and widespread discrimination.

182.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 182 of

Plaintiffs' Complaint.

### 183.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 183 of Plaintiffs' Complaint.

### 184.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 184 of Plaintiffs' Complaint.

### 185.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 185 of Plaintiffs' Complaint.

### 186.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 186 of Plaintiffs' Complaint.

### 187.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 187 of

Plaintiffs' Complaint.

188.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 188 of Plaintiffs' Complaint.

189.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 189 of Plaintiffs' Complaint.

190.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 190 of Plaintiffs' Complaint.

191.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 191 of Plaintiffs' Complaint.

192.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 192 of

Plaintiffs' Complaint.

193.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 193 of Plaintiffs' Complaint.

C.     Georgia has an increasing number of voters of color.

194.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 194 of Plaintiffs' Complaint.

195.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 195 of Plaintiffs' Complaint.

196.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 196 of Plaintiffs' Complaint.

197.

These Defendants are without knowledge or information sufficient to

form a belief as to the truth of the allegations set forth in paragraph 197 of Plaintiffs' Complaint.

198.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 198 of Plaintiffs' Complaint.

199.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 199 of Plaintiffs' Complaint.

200.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 200 of Plaintiffs' Complaint.

201.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 201 of Plaintiffs' Complaint.

202.

These Defendants are without knowledge or information sufficient to

form a belief as to the truth of the allegations set forth in paragraph 202 of Plaintiffs' Complaint.

203.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 203 of Plaintiffs' Complaint.

204.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 204 of Plaintiffs' Complaint.

205.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 205 of Plaintiffs' Complaint.

206.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 206 of Plaintiffs' Complaint.

D.    Black voter participation reached historic levels in the 2020 primary election, General Election, and the Runoff Elections.

207.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 207 of Plaintiffs' Complaint.

208.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 208 of Plaintiffs' Complaint.

209.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 209 of Plaintiffs' Complaint.

210.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 210 of Plaintiffs' Complaint.

211.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 211 of Plaintiffs' Complaint.

212.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 212 of Plaintiffs' Complaint.

213.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 213 of Plaintiffs' Complaint.

214.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 214 of Plaintiffs' Complaint.

215.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 215 of Plaintiffs' Complaint.

216.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 216 of Plaintiffs' Complaint.

217.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 217 of Plaintiffs' Complaint.

218.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 218 of Plaintiffs' Complaint.

E.    The Georgia General Assembly passed S.B. 202 immediately following historic black voter participation in the General Election and Runoff Elections, in a flawed and nontransparent process.

219.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 219 of Plaintiffs' Complaint.

1.    S.B. 202 was passed in a hostile, racially charged environment following the General Election and Runoff Elections.

220.

These Defendants are without knowledge or information sufficient to

form a belief as to the truth of the allegations set forth in paragraph 220 of Plaintiffs' Complaint.

221.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 221 of Plaintiffs' Complaint.

222.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 222 of Plaintiffs' Complaint.

223.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 223 of Plaintiffs' Complaint.

224.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 224 of Plaintiffs' Complaint.

225.

These Defendants are without knowledge or information sufficient to

form a belief as to the truth of the allegations set forth in paragraph 225 of Plaintiffs' Complaint.

226.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 226 of Plaintiffs' Complaint.

227.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 2217 of Plaintiffs' Complaint.

228.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 228 of Plaintiffs' Complaint.

2.    The Georgia General Assembly passed S.B. 202 with little process or regard for the ideals of an open democracy.

229.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 229 of Plaintiffs' Complaint.

230.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 230 of Plaintiffs' Complaint.

231.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 231 of Plaintiffs' Complaint.

232.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 232 of Plaintiffs' Complaint.

233.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 233 of Plaintiffs' Complaint.

234.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 234 of

Plaintiffs' Complaint.

235.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 235 of Plaintiffs' Complaint.

236.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 236 of Plaintiffs' Complaint.

237.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 237 Plaintiffs' Complaint.

238.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 238 of Plaintiffs' Complaint.

239.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 210 of

Plaintiffs' Complaint.

240.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 240 of Plaintiffs' Complaint.

241.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 241 of Plaintiffs' Complaint.

242.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 242 of Plaintiffs' Complaint.

243.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 243 of Plaintiffs' Complaint.

244.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 244 of

Plaintiffs' Complaint.

245.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 245 of Plaintiffs' Complaint.

F.    The challenged provisions of S.B. 202 place limitations on opportunities for voters to exercise their right to vote.

1.    Sections 20 & 26, mobile voting restrictions.

246.

These Defendants admit that Georgia law speaks for itself.   These Defendants deny the balance of the allegations set forth in paragraph 246 of Plaintiffs' Complaint.

247.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 247 of Plaintiffs' Complaint.

248.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 248 of Plaintiffs' Complaint.

2.    Section 25, new identification requirements, timing parameters, and wet signature requirements for requesting an absentee ballot

249.

These Defendants admit that Georgia law speaks for itself. These Defendants deny the balance of the allegations set forth in paragraph 249 of Plaintiffs' Complaint.

250.

These Defendants admit that Georgia law speaks for itself. These Defendants deny the balance of the allegations set forth in paragraph 250 of Plaintiffs' Complaint.

251.

These Defendants admit that Georgia law speaks for itself. These Defendants deny the balance of the allegations set forth in paragraph 251 of Plaintiffs' Complaint.

252.

These Defendants admit that Georgia law speaks for itself. These Defendants deny the balance of the allegations set forth in paragraph 252 of Plaintiffs' Complaint.

253.

These Defendants admit that Georgia law speaks for itself.   These Defendants deny the balance of the allegations set forth in paragraph 253 of Plaintiffs' Complaint.

254.

These Defendants admit that Georgia law speaks for itself.   These Defendants deny the balance of the allegations set forth in paragraph 254 of Plaintiffs' Complaint.

       3.     Sections 27 & 28, new identification requirements for casting an absentee ballot.

255.

These Defendants admit that Georgia law speaks for itself.   These Defendants deny the balance of the allegations set forth in paragraph 255 of Plaintiffs' Complaint.

256.

These Defendants admit that Georgia law speaks for itself.   These Defendants deny the balance of the allegations set forth in paragraph 256 of Plaintiffs' Complaint.

257.

These Defendants admit that Georgia law speaks for itself.   These

Defendants deny the balance of the allegations set forth in paragraph 257 of Plaintiffs' Complaint.

258.

These Defendants admit that Georgia law speaks for itself.  These Defendants deny the balance of the allegations set forth in paragraph 258 of Plaintiffs' Complaint.

259.

These Defendants admit that Georgia law speaks for itself.  These Defendants deny the balance of the allegations set forth in paragraph 259 of Plaintiffs' Complaint.

    4.    Section 26, secure drop box limitations.

260.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 260 of Plaintiffs' Complaint.

261.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 261 of Plaintiffs' Complaint.

262.

These Defendants admit the allegations set forth in paragraph 262 of Plaintiffs' Complaint.

263.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 263 of Plaintiffs' Complaint.

264.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 264 of Plaintiffs' Complaint.

265.

These Defendants admit that Georgia law speaks for itself.  These Defendants deny the balance of the allegations set forth in paragraph 265 of Plaintiffs' Complaint.

266.

These Defendants admit that Georgia law speaks for itself.  These Defendants deny the balance of the allegations set forth in paragraph 266 of Plaintiffs' Complaint.

267.

These Defendants admit that Georgia law speaks for itself.   These Defendants deny the balance of the allegations set forth in paragraph 267 of Plaintiffs' Complaint.

5.   Section 28, runoff early voting restriction.

268.

These Defendants admit that Georgia law speaks for itself.   These Defendants deny the balance of the allegations set forth in paragraph 268 of Plaintiffs' Complaint.

6.   Section 33, Line Relief Ban.

269.

These Defendants admit that Georgia law speaks for itself.   These Defendants deny the balance of the allegations set forth in paragraph 269 of Plaintiffs' Complaint.

270.

These Defendants admit that Georgia law speaks for itself.   These Defendants deny the balance of the allegations set forth in paragraph 270 of Plaintiffs' Complaint.

     7.      Sections 34 & 35, out-of-precinct provisional ballot.

271.

These Defendants admit that Georgia law speaks for itself. These Defendants deny the balance of the allegations set forth in paragraph 271 of Plaintiffs' Complaint.

272.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 272 of Plaintiffs' Complaint.

273.

These Defendants admit that Georgia law speaks for itself. These Defendants deny the balance of the allegations set forth in paragraph 273 of Plaintiffs' Complaint.

     8.      Section 47, felony punishment for acceptance of an absentee ballot for delivery or return if not a family member or caregiver.

274.

These Defendants admit that Georgia law speaks for itself. These Defendants deny the balance of the allegations set forth in paragraph 274 of Plaintiffs' Complaint.

G.     S.B. 202 severely burdens all voters, and discriminates against
       Black voters, other voters of color, disabled voters, and other
       historically disenfranchised communities, in particular.

275.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 275 of Plaintiffs' Complaint.

276.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 276 of Plaintiffs' Complaint.

1.     Elimination of mobile voting units.

277.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 277 of Plaintiffs' Complaint.

2.     Additional requirements for absentee voting.

278.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 278 of

Plaintiffs' Complaint.

279.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 279 of Plaintiffs' Complaint.

280.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 280 of Plaintiffs' Complaint.

281.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 281 of Plaintiffs' Complaint.

282.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 282 of Plaintiffs' Complaint.

283.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 283 of

Plaintiffs' Complaint.

284.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 284 of Plaintiffs' Complaint.

285.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 285 of Plaintiffs' Complaint.

3.     Restrictions on distribution of absentee ballots.

286.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 286 of Plaintiffs' Complaint.

287.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 287 of Plaintiffs' Complaint.

4.      Restrictions on drop boxes

288.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 288 of Plaintiffs' Complaint.

289.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 289 of Plaintiffs' Complaint.

290.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 290 of Plaintiffs' Complaint.

5.      Prohibiting provisional ballots cast in the wrong precinct.

291.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 291 of Plaintiffs' Complaint.

292.

These Defendants are without knowledge or information sufficient to

form a belief as to the truth of the allegations set forth in paragraph 292 of Plaintiffs' Complaint.

293.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 293 of Plaintiffs' Complaint.

6. The early voting runoff restrictions

294.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 294 of Plaintiffs' Complaint.

295.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 295 of Plaintiffs' Complaint.

7. The Line Relief Ban.

296.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 296 of Plaintiffs' Complaint.

297.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 297 of Plaintiffs' Complaint.

298.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 298 of Plaintiffs' Complaint.

8.   Criminalizing the acceptance of an absentee ballot for delivery or return.

299.

These Defendants admit that Georgia law speaks for itself.   These Defendants deny the balance of the allegations set forth in paragraph 299 of Plaintiffs' Complaint.

300.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 300 of Plaintiffs' Complaint.

301.

These Defendants are without knowledge or information sufficient to

form a belief as to the truth of the allegations set forth in paragraph 301 of Plaintiffs' Complaint.

9. The cumulative effects of the challenged provisions.

302.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 302 of Plaintiffs' Complaint.

303.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 303 of Plaintiffs' Complaint.

304.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 304 of Plaintiffs' Complaint.

305.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 305 of Plaintiffs' Complaint.

306.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 306 of Plaintiffs' Complaint.

307.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 307 of Plaintiffs' Complaint.

308.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 308 of Plaintiffs' Complaint.

309.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 309 of Plaintiffs' Complaint.

310.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 310 of Plaintiffs' Complaint.

311.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 311 of Plaintiffs' Complaint.

312.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 312 of Plaintiffs' Complaint.

313.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 313 of Plaintiffs' Complaint.

314.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 314 of Plaintiffs' Complaint.

315.

These Defendants admit that Georgia law speaks for itself.  These Defendants deny the balance of the allegations set forth in paragraph 315 of Plaintiffs' Complaint.

316.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 316 of Plaintiffs' Complaint.

317.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 317 of Plaintiffs' Complaint.

318.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 318 of Plaintiffs' Complaint.

319.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 319 of Plaintiffs' Complaint.

10.   S.B. 202's provisions deny qualified individuals with disabilities an equal opportunity to participate in and benefit from voting.

320.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 320 of Plaintiffs' Complaint.

321.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 321 of Plaintiffs' Complaint.

322.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 322 of Plaintiffs' Complaint.

323.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 314 of Plaintiffs' Complaint.

11.   The disparate burdens and barriers imposed by individual provisions of S.B. 202 and the combined effect of the provisions will exponentially harm voters with multiple and/or intersecting race and disability identities.

324.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 324 of Plaintiffs' Complaint.

325.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 325 of Plaintiffs' Complaint.

326.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 326 of Plaintiffs' Complaint.

327.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 327 of Plaintiffs' Complaint.

328.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 328 of Plaintiffs' Complaint.

## FIRST CLAIM FOR RELIEF

Violation of Section 2 of the Voting Rights Act

52 U.S.C. § 10301 et seq.

(Intentional Racial Discrimination & Discriminatory Rules)

329.

These Defendants incorporate their responses to all prior paragraphs as though fully restated herein.

330.

These Defendants admit that federal law speaks for itself.  These Defendants deny the balance of the allegations set forth in paragraph 330 of Plaintiffs' Complaint.

331.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 331 of Plaintiffs' Complaint.

332.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 332 of Plaintiffs' Complaint.

333.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 333 of Plaintiffs' Complaint.

SECOND CLAIM FOR RELIEF

Fourteenth and Fifteenth Amendments

U.S. Const. amend., 42 U.S.C. § 1983

(Intentional Race Discrimination)

334.

These Defendants incorporate their responses to all prior paragraphs as though fully restated herein.

335.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 333 of Plaintiffs' Complaint.

336.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 336 of Plaintiffs' Complaint.

337.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 337 of Plaintiffs' Complaint.

## THIRD CLAIM FOR RELIEF

First and Fourteenth Amendments

U.S. Const. amend. XIV; 42 U.S.C. § 1983

(Undue Burden on the Right to Vote)

338.

These Defendants incorporate their responses to all prior paragraphs as though fully restated herein.

339.

These Defendants admit that the law speaks for itself.   These Defendants deny the balance of the allegations set forth in paragraph 339 of Plaintiffs' Complaint.

340.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 340 of Plaintiffs' Complaint.

341.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 341 of Plaintiffs' Complaint.

FOURTH CLAIM FOR RELIEF

Freedom of Speech/Expression

U.S. Const. amend. I; 42 U.S.C. § 1983

342.

These Defendants incorporate their responses to all prior paragraphs as though fully restated herein.

343.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 343 of Plaintiffs' Complaint.

344.

These Defendants are without knowledge or information sufficient to

form a belief as to the truth of the allegations set forth in paragraph 344 of Plaintiffs' Complaint.

345.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 345 of Plaintiffs' Complaint.

346.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 346 of Plaintiffs' Complaint.

347.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 347 of Plaintiffs' Complaint.

348.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 348 of Plaintiffs' Complaint.

FIFTH CLAIM FOR RELIEF

Title II of the Americans with Disabilities Act

42 U.S.C. § 12131, et seq.

(Discrimination on the Basis of Disability by State and Local Government

Entities)

349.

These Defendants incorporate their responses to all prior paragraphs as though fully restated herein.

350.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 350 of Plaintiffs' Complaint.

351.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 351 of Plaintiffs' Complaint.

352.

These Defendants admit that federal law speaks for itself.  These Defendants deny the balance of the allegations set forth in paragraph 352 of Plaintiffs' Complaint.

353.

These Defendants admit that federal law speaks for itself.   These Defendants deny the balance of the allegations set forth in paragraph 353 of Plaintiffs' Complaint.

354.

These Defendants admit that federal law speaks for itself.   These Defendants deny the balance of the allegations set forth in paragraph 354 of Plaintiffs' Complaint.

355.

These Defendants admit that federal law speaks for itself.   These Defendants deny the balance of the allegations set forth in paragraph 355 of Plaintiffs' Complaint.

356.

These Defendants admit that federal law speaks for itself.   These Defendants deny the balance of the allegations set forth in paragraph 356 of Plaintiffs' Complaint.

357.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 357 of Plaintiffs' Complaint.

358.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 358 of Plaintiffs' Complaint.

359.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 359 of Plaintiffs' Complaint.

360.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 360 of Plaintiffs' Complaint.

SIXTH CLAIM FOR RELIEF

Section 504 of the Rehabilitation Act

29 U.S.C. § 794

(Discrimination on the Basis of Disability by Recipients of Federal Financial Assistance)

361.

These Defendants incorporate their responses to all prior paragraphs as though fully restated herein.

362.

These Defendants admit that federal law speaks for itself.   These Defendants deny the balance of the allegations set forth in paragraph 362 of Plaintiffs' Complaint.

363.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 363 of Plaintiffs' Complaint.

364.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 364 of Plaintiffs' Complaint.

365.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 365 of Plaintiffs' Complaint.

366.

These Defendants admit that federal law speaks for itself.   These Defendants deny the balance of the allegations set forth in paragraph 366 of Plaintiffs' Complaint.

367.

These Defendants admit that federal law speaks for itself. These Defendants deny the balance of the allegations set forth in paragraph 367 of Plaintiffs' Complaint.

368.

These Defendants admit that federal law speaks for itself. These Defendants deny the balance of the allegations set forth in paragraph 368 of Plaintiffs' Complaint.

369.

These Defendants admit that federal law speaks for itself. These Defendants deny the balance of the allegations set forth in paragraph 369 of Plaintiffs' Complaint.

370.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 370 of Plaintiffs' Complaint.

371.

These Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 371 of Plaintiffs' Complaint.

## SEVENTH CLAIM FOR RELIEF

## Violation of the Civil Rights Act of 1964

## 52 U.S.C. § 10101, 42 U.S.C. § 1983

### 372.

These Defendants incorporate their responses to all prior paragraphs as though fully restated herein.

### 373.

These Defendants admit that Georgia law speaks for itself. These Defendants deny the balance of the allegations set forth in paragraph 373 of Plaintiffs' Complaint.

### 374.

These Defendants admit that Georgia law speaks for itself. These Defendants deny the balance of the allegations set forth in paragraph 374 of Plaintiffs' Complaint.

### 375.

These Defendants admit that federal law speaks for itself. These Defendants deny the balance of the allegations set forth in paragraph 375 of Plaintiffs' Complaint.

### 376.

These Defendants are without knowledge or information sufficient to

form a belief as to the truth of the allegations set forth in paragraph 376 of Plaintiffs' Complaint.

## GENERAL DENIAL

These Defendants generally deny each and every allegation set forth in Plaintiffs' Complaint with the sole exception of those allegations which are specifically admitted herein.

## FIRST DEFENSE

Plaintiffs lack standing to bring all or a portion of their claims against the these Defendants.

## SECOND DEFENSE

Plaintiffs have failed to state a claim upon which relief may be granted against the these Defendants.

## THIRD DEFENSE

These Defendants were not responsible for the drafting or enactment of S.B. 202 and do not have discretion over whether to comply with validly passed state election laws.  These Defendants show that they will abide by any order of this Court regarding the constitutionality of S.B. 202 or injunctive relief granted as to the enforcement of its provisions and would have done so without being named as defendants in this litigation.

WHEREFORE, these Defendants pray:

(a)     that Plaintiffs' Complaint be dismissed;

(b)     that all costs be taxed against Plaintiffs;

(c)     that these Defendants have a judgment in their favor;

(d)     that these Defendants have a trial by jury;

(e)     that the prayers of Plaintiffs be denied; and

(f)     that these Defendants have such other and further relief as may

be deemed equitable and just.

This 21st day of January, 2022.

/s/ William H. Noland
WILLIAM H. NOLAND
Georgia Bar No. 545605
william@nolandlawfirmllc.com
GRACE SIMMS MARTIN
Georgia Bar No. 279182
grace@nolandlawfirmllc.com

NOLAND LAW FIRM, LLC
5400 Riverside Drive, Suite 205
Macon, Georgia 31210
(478)621-4980 telephone
(478)621-4282 facsimile

*Counsel for Defendants Macon-Bibb County Board of Elections; Mike Kaplan, Herbert Spangler, Joel Hazard; Karen Evans-Daniel, and Darius Maynard, Members of the Macon-Bibb County Board of Elections, in their official capacities; Jeanetta R. Watson, Macon-Bibb County Elections Supervisor, in her official capacity; and Veronica Seals, Macon-Bibb County Chief Registrar, in her official capacity*

<u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that the foregoing has been prepared in accordance with the font type and margin requirements ser forth in Local Rule 5.1, using Century Schoolbook font and 13-point type.

This 21st day of January, 2022.

/s/ William H. Noland
WILLIAM H. NOLAND
Georgia Bar No. 545605
william@nolandlawfirmllc.com
GRACE SIMMS MARTIN
Georgia Bar No. 279182
grace@nolandlawfirmllc.com

NOLAND LAW FIRM, LLC
5400 Riverside Drive, Suite 205
Macon, Georgia 31210
(478)621-4980 telephone
(478)621-4282 facsimile

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

This 21st day of January, 2022.

/s/ William H. Noland
WILLIAM H. NOLAND
Georgia Bar No. 545605
william@nolandlawfirmllc.com
GRACE SIMMS MARTIN
Georgia Bar No. 279182
grace@nolandlawfirmllc.com

NOLAND LAW FIRM, LLC
5400 Riverside Drive, Suite 205
Macon, Georgia 31210
(478)621-4980 telephone
(478)621-4282 facsimile