UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | CIVIL ACTION NO. 1:21-mi-55555-JPB |

## SCHEDULING ORDER

After reviewing the parties' Joint Preliminary Report and Discovery Plan ("Plan") (ECF No. 50) and considering the discussion with the parties at the Status Conference held on January 31, 2022 ("Conference"), the Court orders that the time limits and provisions for adding parties, amending the pleadings, filing motions, conducting discovery and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as follows:

| EVENT | DEADLINE |
|---|---|
| Beginning of discovery period | February 1, 2022 |
| Initial disclosures | February 7, 2022 |
| Motion for preliminary injunction related to the primary election | February 28, 2022 |

| Motion for preliminary injunction related to the general election | June 3, 2022 |
|---|---|
| Expert reports | September 16, 2022 |
| Expert rebuttal reports | October 7, 2022 |
| Expert sur-rebuttal reports | October 21, 2022 |
| Close of discovery, except for expert depositions and supplemental discovery related to the November 8, 2022 election and December 6, 2022 runoff election | November 21, 2022 |
| Depositions of experts who do not plan to submit a supplemental report | November and December 2022 |
| Supplemental expert reports (limited to the November 2022 election and any December 2022 runoff) | January 6, 2023 |
| Expert supplemental rebuttal reports | January 20, 2023 |
| Depositions of experts who submit supplemental reports | January 30 – February 10, 2023 |
| Close of supplemental discovery | February 10, 2023 |
| Motions for summary judgment | March 27, 2023 |
| Opposition to motions for summary judgment | May 11, 2023 |
| Reply in support of motions for summary judgment | June 12, 2023 |

**Depositions**

Consolidated Plaintiffs[1] may take a total of sixty fact witness depositions plus one deposition of each expert witness.  All defendants (State Defendants, Intervenor-Defendants and County Defendants) may take a total of sixty fact witness depositions plus one deposition of each expert witness.  If the defendants cannot agree on the fact witnesses to be deposed, State Defendants and Intervenor-Defendants collectively may take a total of fifty fact witness depositions, and County Defendants collectively may take a total of ten fact witness depositions.

**Interrogatories**

Each Plaintiff Group may serve twenty-five interrogatories on State Defendants and twenty-five interrogatories on Intervenor-Defendants; (2) Consolidated Plaintiffs may serve twenty-five interrogatories on each County Defendant; (3) State Defendants may serve twenty-five interrogatories on each Plaintiff Group; (4) Intervenor-Defendants may serve twenty-five interrogatories on each Plaintiff Group; and (5) County Defendants may serve twenty-five interrogatories on each Plaintiff Group.

---

[1] Defined terms are as set forth in the parties' Plan.

**Other Items**

The Court notes the following additional matters taken up at the Conference:

- The setting of deadlines for motions for preliminary injunction does not waive any objections State Defendants may wish to raise under *Purcell v. Gonzalez*, 549 U.S. 1 (2006).

- As permitted under applicable law, County Defendants are not required to attend all depositions taken in this case.

- The Court encourages the parties to bear in mind Rule 1's admonition of a "just, speedy, and inexpensive determination of every action" but finds that Consolidated Plaintiffs may request from any defendant documents already in Consolidated Plaintiffs' possession, which were obtained through other means, including the Georgia Open Records Act.

- The parties may file a statement for the Court's consideration regarding issues that may affect the possibility of settlement between any Plaintiff Group and the County Defendants.

**SO ORDERED** this 1st day of February, 2022.

J. P. BOULEE
United States District Judge