# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 ) ) ) _____ ) | MASTER CASE NO. 1:21-MI-55555-JPB |
| ASIAN AMERICANS ADVANCING ) JUSTICE—ATLANTA, *et al.,* ) ) ) Plaintiffs, ) ) v. ) ) BRAD RAFFENSPERGER, in his ) official capacity as the Georgia ) Secretary of State, *et al.*, ) ) Defendants, ) ) REPUBLICAN NATIONAL ) COMMITTEE, *et al.*, ) ) Intervenor-Defendants. ) _____ ) | CIVIL ACTION FILE NO. 1:-21-CV-01333-JPB |
| SIXTH DISTRICT OF THE AFRICAN ) METHODIST EPISCOPAL CHURCH ) A Georgia nonprofit organization, *et al.*, ) ) Plaintiffs, ) ) v. ) ) BRIAN KEMP, Governor of the State of ) Georgia in his official capacity, *et al.*, ) ) Defendants, ) ) | CIVIL ACTION FILE NO. 1:21-CV-01284-JPB |

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, *et al.*, <br><br> Intervenor-Defendants. <br>_____ | ) ) ) ) ) ) ) |
| THE CONCERNED BLACK CLERGY OF METROPOLITAN ATLANTA, INC., *et al.*, <br><br> Plaintiffs, <br><br>v. <br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.*, <br><br> Defendants, <br><br>REPUBLICAN NATIONAL COMMITTEE, *et al.*, <br><br> Intervenor-Defendants. <br>_____ | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br><br><br><br><br>CIVIL ACTION FILE NO. <br>1:-21-CV-01333-JPB |
| GEORGIA STATE CONFERENCE OF THE NAACP, as an organization, *et al.*, <br><br> Plaintiffs, <br><br>v. <br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.*, <br><br> Defendants, <br><br>REPUBLICAN NATIONAL COMMITTEE, *et al.*, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br><br><br><br>CIVIL ACTION FILE NO. <br>1:-21-CV-01259-JPB |

2

|  |  |  |
|---|---|---|
| Intervenor-Defendants. | ) ) ) | |
| THE NEW GEORGIA PROJECT, *et al.*, | ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO. |
| BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.*, | ) ) ) ) ) | 1:-21-CV-01229-JPB |
| Defendants, | ) ) | |
| REPUBLICAN NATIONAL COMMITTEE, *et al.*, | ) ) ) ) | |
| Intervenor-Defendants. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO. |
| THE STATE OF GEORGIA, *et al.*, | ) ) ) | 1:-21-CV-01259-JPB |
| Defendants, | ) ) | |
| REPUBLICAN NATIONAL COMMITTEE, *et al.*, | ) ) ) ) | |
| Intervenor-Defendants. | ) | |

## INTERVENOR-DEFENDANTS' INITIAL DISCLOSURES

COME NOW Republican National Committee, National Republican Senatorial Committee, Republican National Congressional Committee, and the Georgia Republican Party, Inc., Intervenor-Defendants in the above-styled action, and submit the following disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Local Rule 26.1.

**(1) If the Defendant is improperly identified, state Defendant's correct identification and state whether Defendant will accept service of an amended summons and complaint reflecting the information furnished in this disclosure response.**

Intervenor-Defendants are not identified in Plaintiffs' Amended Complaint, but are correctly identified in Intervenor-Defendants' Motion to Intervene and accompanying brief in support thereof. [CM/ECF Doc. 38].

**(2) Provide the names of any parties whom Defendant contends are necessary parties to this action, but who have not been named by Plaintiffs. If Defendant contends that there is a question of misjoinder of parties, provide the reasons for Defendant's contention.**

If the County Defendants are deemed proper in this action, Intervenor-Defendants believe that the election boards of all 159 counties may become parties or may have an interest in the outcome because Plaintiffs seek statewide injunctive relief that includes barring all 159 counties from implementing provisions of Georgia S.B. 202.

**(3) Provide a detailed factual basis for the defense or defenses and any counterclaims or crossclaims asserted by Defendant in the responsive pleading.**

4

Intervenor-Defendants are four political committees who support Republicans in Georgia. Accordingly, Intervenor-Defendants have direct and significant interests in ensuring that Georgia's election procedures are fair and reliable, and have a specific interest in promoting candidates and protecting the integrity of Georgia's elections. Additionally, Intervenor-Defendants will serve as a vigorous and helpful supplement to Defendants and will contribute to the informed resolution of Plaintiffs' allegations.

By way of further response, Intervenor-Defendants incorporate by reference Intervenors' Motion to Dismiss Plaintiffs' First Amended Complaint, Brief in support thereof, and Reply Brief in support of same (Filed as CM/ECF Docs. 100 and 103) as if fully restated herein. Intervenor-Defendants do not assert any counterclaims or crossclaims at this time.

**(4) Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which Defendant contends are applicable to this action.**

Intervenor-Defendants believe that the legal authorities identified in the briefing in the record are applicable to this action, but do not assert that this list is exhaustive. Intervenor-Defendants' research, investigation, and discovery are ongoing, and they reserve the right to supplement these disclosures with additional legal authority.

**(5) Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information**

**that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

Intervenor-Defendants will rely on any other party, any witness identified in any other party's Rule 26 disclosures, any witnesses identified by any party in response to any discovery request, and any witness deposed by any party in this case.

**(6) Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in Federal Rule of Civil Procedure 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule.**

Intervenor-Defendants have not retained an expert witness to testify at trial in this action. In the event that an expert is retained at a later time, Intervenor-Defendants will reasonably supplement their response.

**(7) Provide a copy of, or description by category and location of, all documents, data compilations or other electronically stored information, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information.**

Intervenor-Defendants rely on any and all documents produced or identified in any party's Rule 26(a)(1) disclosures, on any documents identified by any party or non-party in response to any discovery request, on any documents produced by any party or non-party to Plaintiffs pursuant to the Georgia Open Records Act, any on any documents marked as exhibits during any deposition taken by any party in this case.

**(8) In the space provided below, provide a computation of any category of damages claimed by you. In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying under Federal Rule of Civil Procedure 34.**

This section is inapplicable to Intervenor-Defendants. Nonetheless, Intervenor-Defendants retain the right to seek costs and attorneys' fees to the extent allowed by law.

**(9)  If Defendant contends that some other person or legal entity is, in whole or in part, liable to the Plaintiff or Defendant in this matter, state the full name, address, and telephone number of such person or entity and describe in detail the basis of such liability.**

Intervenor-Defendants deny that they are liable to Plaintiffs in this action, and further deny that Plaintiffs are entitled to recover any damages against Intervenor-Defendants. Meanwhile, Intervenor-Defendants are unable to identify at this time some other person or legal entity that is liable to them or to the Plaintiffs for the claims asserted in the Complaint.

**(10) Attach for inspection and copying under Federal Rule of Civil Procedure 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments to satisfy the judgment.**

Intervenor-Defendants maintain that neither they nor their insurer(s) could or would be liable to satisfy any portion of judgment rendered in this

matter. Further, Intervenor-Defendants are not aware of any applicable insurance that would cover this litigation.

Respectfully submitted this 7th day of February, 2022.

<div style="display:flex">

Tyler R. Green*
tyler@consovoymccarthy.com
Cameron T. Norris*
cam@consovoymccarthy.com
Steven C. Begakis
steven@consovoymccarthy.com
**CONSOVOY MCCARTHY PLLC**
1600 Wilson Boulevard
Suite 700
Arlington, Virginia 22209
(703) 243-9423
*admitted *Pro Hac Vice*

*/s/ William Bradley Carver, Sr.*
John E. Hall, Jr.
Georgia Bar No. 319090
jhall@hallboothsmith.com
William Bradley Carver, Sr.
Georgia Bar No. 115529
bcarver@hallboothsmith.com
Alex B. Kaufman
Georgia Bar No. 136097
akaufman@hallboothsmith.com
Jake Evans
Georgia Bar No. 797018
jevans@hallboothsmith.com
W. Dowdy White
Georgia Bar No. 320879
dwhite@hallboothsmith.com
**HALL BOOTH SMITH, P.C.**
191 Peachtree Street NE
Suite 2900
Atlanta, Georgia 30303
(404) 954-5000
(404) 954-5020 (Fax)

</div>

*Counsel for Intervenor-Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rules 5.1 and 7.1, the undersigned counsel hereby certifies that the foregoing document complies with the font and point selections approved by the Court in that it has been prepared in Century Schoolbook, 13-point font.

                                                     */s/ William Bradley Carver, Sr.*
                                                   William Bradley Carver, Sr.
                                                   Georgia Bar No. 115529

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that on February 7, 2022, I electronically filed the foregoing INTERVENOR-DEFENDANTS' INITIAL DISCLOSURES with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

*/s/ William Bradley Carver, Sr.*
William Bradley Carver, Sr.
Georgia Bar No. 115529