UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | MASTER CASE NO. 1:21-mi-55555-JPB |

### ORDER

Before the Court is the parties' Consent Motion for Entry of ESI Order ("Motion").[1] ECF No. 120. For good cause shown, the Motion is **GRANTED**.

The Stipulation and Order Regarding Discovery (ECF No. 120-1) that is attached to the Motion is approved and incorporated by reference as if fully set forth herein.

**SO ORDERED** this 21st day of March, 2022.

_____
J. P. BOULEE
United States District Judge

---

[1] The Motion and Order do not apply to County Defendants (as they are defined in the Motion).