# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | MASTER CASE No.: 1:21-MI-55555-JPB |
| THE NEW GEORGIA PROJECT, et al., *Plaintiffs,* v. BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.,* *Defendants,* REPUBLICAN NATIONAL COMMITTEE, *et al., Intervenor-Defendants.* | Civil Action No.: 1:21-cv-01229-JPB |

## **PLAINTIFFS' RULE 5.4 NOTICE OF SERVICE OF DISCOVERY**

Pursuant to LR 5.4 and 26.3(A), NDGa, I hereby certify that on April 15, 2022, I caused Plaintiffs in the above-captioned case to serve Plaintiffs' First Interrogatories to State Defendants, Plaintiffs' First Interrogatories to Spalding County Defendants, Plaintiffs' First Interrogatories to Fulton County Defendants, and Plaintiffs' First Interrogatories to Brooks County Defendants via email upon counsel for all parties in this matter.

This 19th day of April 2022.

Respectfully submitted,

| | |
|---|---|
| **/s/ Adam M. Sparks** | **/s/ Uzoma N. Nkwonta** |
| Halsey G. Knapp, Jr. | Uzoma N. Nkwonta* |
| Georgia Bar No. 425320 | Jacob D. Shelly* |
| Joyce Gist Lewis | Jyoti Jasrasaria* |
| Georgia Bar No. 296261 | Tina Meng* |
| Adam M. Sparks | Spencer McCandless* |
| Georgia Bar No. 341578 | Marcos Mocine-McQueen* |
| **KREVOLIN & HORST, LLC** | **ELIAS LAW GROUP LLP** |
| 1201 W. Peachtree St., NW | 10 G St. NE, Suite 600 |
| One Atlantic Center, Suite 3250 | Washington, D.C. 20002 |
| Atlanta, GA 30309 | Telephone: (202) 968-4490 |
| Telephone: (404) 888-9700 | unkwonta@elias.law |
| Facsimile: (404) 888-9577 | jshelly@elias.law |
| hknapp@khlawfirm.com | jjasrasaria@elias.law |
| jlewis@khlwafirm.com | tmeng@elias.law |
| sparks@khlawfirm.com | smccandless@elias.law |
| | mmcqueen@elias.law |
| | *Admitted *pro hac vice* |
| | *Counsel for Plaintiffs* |

2

## **CERTIFICATE OF COMPLIANCE AND SERVICE**

I hereby certify that I have on this date electronically filed the foregoing PLAINTIFFS' RULE 5.4 NOTICE OF SERVICE OF DISCOVERY, which has been prepared using 14-point Times New Roman Font and otherwise complies with the formatting and legibility requirements of LR 5.1, NDGa, with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record.

Dated: April 19, 2022

**Adam M. Sparks**
*Counsel for Plaintiffs*