# taylor | english

**Taylor English Duma LLP** 1600 Parkwood Circle, Suite 200, Atlanta, Georgia 30339
Main: 770.434.6868 Fax: 770.434.7376 taylorenglish.com

Bryan P. Tyson
Direct Dial: (678) 336-7249
Email: btyson@taylorenglish.com

April 27, 2022

**VIA CM/ECF FILING**

Courtroom Deputy for
The Honorable J. P. Boulee
2342 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3309

> Re: *IN RE GEORGIA SENATE BILL 202*
> U.S. District Court for the Northern District of Georgia, Atlanta Division
> Master Case No. 1:21-MI-55555-JPB

Dear Courtroom Deputy Clerk:

Pursuant to Local Rule 83.1 (E)(3), please accept this letter as notification of my leave of absence in the above-referenced matter for the following dates:

- June 27, 2022 – July 1, 2022 (Rose v. Raffensperger trial)

I respectfully request that this case not be calendared during these dates.

Respectfully,

*/s/ Bryan P. Tyson*
Bryan P. Tyson

BPT/ra

cc: All counsel of record (via CM/ECF only)