IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE GEORGIA SENATE BILL 202 | : : : | CIVIL ACTION FILE NO. 1:21-mi-55555-JPB |
| THE NEW GEORGIA PROJECT, BLACK VOTERS MATTER FUND and RISE, INC.<br><br>    Plaintiffs,<br>vs.<br><br>BRAD RAFFENSPERGER in his official capacity as the Georgia Secretary of State, et al.,<br><br>    Defendants. | : : : : : : : : : : : : : | CIVIL ACTION FILE NO.: 1:21-cv-01229-JPB |

**BROOKS COUNTY DEFENDANTS' RULE 5.4 NOTICE OF**
**SERVICE OF RESPOSES TO DISCOVERY**

Pursuant to Local Rules 5.4 and 26.3(A), I hereby certify that on May 17, 2022 I caused the Brooks County Defendants' Response to Plaintiff's First Interrogatories to be served via email upon counsel for all parties in this matter.

                                                HAYNIE, LITCHFIELD & WHITE, PC

                                                /s/Daniel W. White
                                                DANIEL W. WHITE
                                                Georgia Bar No. 153033
                                                *Attorney for Brooks County Defendants*

222 Washington Avenue
Marietta, GA  30060
(770) 422-8900
dwhite@hlw-law.com

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2022 I electronically filed the foregoing BROOKS COUNTY DEFENDANTS' RULE 5.4 NOTICE OF SERVICE OF RESPOSES TO DISCOVERY with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record in this matter:

/s/ *Daniel W. White*
DANIEL W. WHITE
Georgia Bar No. 153033
*Attorney for Brooks County Defendants*

HAYNIE, LITCHFIELD & WHITE, PC
222 Washington Avenue
Marietta, GA  30060
(770) 422-8900
dwhite@hlw-law.com