# Exhibit 19

# An evaluation of SB202's impact on election wait times in Georgia

Dr. Stephen Pettigrew

May 13, 2022

# Introduction and summary of findings

My name is Dr. Stephen Pettigrew. I have been retained as an expert witness by the AME, GA NAACP, and CBC Plaintiffs in this case. In this declaration, I provide my analysis and opinions concerning long lines to vote in Georgia, racial disparities in wait times, and the likely impact of SB202 on wait times. I reserve the right to continue to supplement my declaration/report in light of additional facts, testimony and/or materials that may come to light and reserve the right to address a broader scope of issues in any future report. I hereby declare as follows.

- Georgia voters spend more time waiting to vote than voters in almost every other state. In midterm elections, the average early in-person or Election Day voter in Georgia waited more than twice as long as voters in other states (12.6 minutes versus 6.2 minutes), even after accounting for demographic differences like education, age, or race. In presidential elections, Georgia voters waited 1.6 times longer (22.3 minutes versus 14.2).

- The 2012 Presidential Commission on Election Administration recommends that no voter should have to wait longer than 30 minutes to vote. This recommendation was the result of consultation with researchers and practioners and has become the standard by which lines are deemed "within reason." The percentage of voters in Georgia waiting more than 30 minutes to vote in recent midterm elections (8.8%) is higher than all but one other state. Georgia's rate in recent presidential elections (22.0%) is the third-highest in the country.

- Non-white voters in Georgia wait in significantly longer lines than white Georgia voters. This difference remains even after accounting for differences in population density and demographics, like education and age. This finding is consistent with political science literature on the topic.

- Black voters face significantly longer wait times than white voters in Georgia, even when comparing white and non-white voters who live within the same county. In the November 2020 election, Black voters waited more than 10 minutes longer to vote than white voters.

- Precincts in predominantly non-white neighborhoods tend to function much closer to their operational capacity than precincts in predominantly white neighborhoods. This

i

means that applying equal strain to all precincts (like a small, uniform increase in the number of in-person voters) will have substantially bigger impacts on line length in non-white precincts.

# Table of Contents

**Introduction and summary of findings**      i

**Qualifications**      iv

**1   Introduction**      1

**2   Data and methods**      2

**3   Wait times in recent elections in Georgia**      5

    3.1   Georgia voters are more likely to face longer than 30 minute waits to vote . .    5

    3.2   Georgia voters spend more time in line than voters in nearly every other state    7

    3.3   Non-white voters in Georgia wait significantly longer to vote . . . . . . . . .    11

       3.3.1   Accounting for other disparities between white and non-white voters .    14

**4   Impact of SB202's line relief ban on wait times**      20

**A   Supplemental material for analyses**      22

    A.1   Sample sizes of CCES data . . . . . . . . . . . . . . . . . . . . . . . . . . .    22

    A.2   Analysis of SPAE data . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    23

    A.3   Voters waiting more than 60 minutes . . . . . . . . . . . . . . . . . . . . .    24

    A.4   Wait times in each state . . . . . . . . . . . . . . . . . . . . . . . . . . . .    25

    A.5   Differences in line length between Georgia and other states, using regression

        with demographic controls . . . . . . . . . . . . . . . . . . . . . . . . . . .    30

    A.6   Relationship between race and line length . . . . . . . . . . . . . . . . . . .    32

**B   Curriculum Vitae**      36

# Qualifications

I have been the Director of Data Science in the Program on Opinion Research and Election Studies at the University of Pennsylvania and the Deputy Executive Director of the Robert A. Fox Leadership Program at UPenn since December of 2017.

I hold a PhD in Political Science from Harvard University, conferred in May 2017. I received a Masters Degree in Statistics from Harvard in March 2014. I am a proud alum of the University of Georgia. In May of 2011, I received a Masters in Political Science and International Affairs and a Bachelor of Arts as a political science and history double major from UGA.

Prior to starting at UPenn, I worked as a data scientist and project manager at the MIT Election Data and Sciences Lab, where my research focused on issues related to election administration, particularly long lines. In addition to my academic work, I am a consultant for the NBC News Decision Desk. As a Senior Analyst, I help produce statistical models and apply them with a team to determine NBC's projections of winning candidates on election nights.

I have published nine peer-reviewed articles in journals such as *Science*, *Electoral Studies*, the *Election Law Journal*, and *Political Science Quarterly.* I have published research about the differences in election day wait times between white and non-white voters. My published work has also demonstrated that waiting in a long line makes voters less likely to vote in subsequent elections. Some of my other work has focused on voter registration list maintenance and the processes in place to secure the vote-reporting system on Election Night. More recently, I have published work on changes to mail ballot rules during the COVID-19 pandemic and shifts in public opinion about those rules. My research has been covered by a variety of media outlets including the *New York Times*, *Washington Post*, *FiveThirtyEight*, and the *Chronicle of Higher Education.*

I have also contributed to reports on election administration by non-profit organizations such as *The Pew Charitable Trusts* and the *Bipartisan Policy Center.* I was responsible for a large proportion of the statistical work that went into the early versions of Pew and MIT's Election Performance Index,[1] which has become the go-to source for evaluating the efficacy of states' election administration processes. I conducted the main statistical analysis and was a co-author on a report about long lines and polling place resources in the 2016 General

---

[1]https://elections.mit.edu

Election For the *Bipartisan Policy Center*.[2]

In June 2021, I testified before the Congressional Subcommittee on Elections for the United States House of Representatives about the causes and effects of long lines at election polling places.[3] I was invited as an expert witness to comment on the problem of long lines to vote in the United States and the legal changes that could help to alleviate the problem.

I have been asked by the plaintiffs in this case to provide a report about long lines to vote in Georgia. In particular, I was asked to address several questions in this declaration:

- How long have Georgia voters had to wait in line to vote in recent elections? How does this compare to wait times of voters in other states?

- Are there differences in wait times between white and non-white voters in Georgia? Are there particular minority racial or ethnic groups that tend experience noticeably longer waits?

- What impact might SB202 have on election wait times for Georgia voters?

The conclusions, analyses, and opinions of this report are my own. I am being compensated at a rate of $350 per hour for my work. This compensation is not in any way contingent on the nature of my findings or the outcome of this litigations. I have provided a copy of my full Curriculum Vitae at the end of this report.

---

[2]"Improving the Voter Experience: Reducing Polling Place Wait Times by Measuring Lines and Managing Polling Place Resources." *Bipartisan Policy Center*. April 2018. With John Fortier, Tim Harper, Charles Stewart, and Matthew Weil.

[3]My written testimony can be found here: https://www.congress.gov/117/meeting/house/112747/witnesses/HHRG-117-HA08-Wstate-PettigrewS-20210611.pdf.

v

# Section 1:   Introduction

The experience that a voter has at their polling place is an important, yet often understated, part of the democratic process. Voters who have a positive experience at their precinct are more likely to have high confidence in the integrity of the electoral system as a whole and are more likely to continue to turn out in future elections. One factor that significantly impacts voters' evaluations of their polling place experience is how long they had to wait in line to cast their ballot. Because of this, managing the length of lines during early voting and on Election Day is one of the most important tasks that state and local election administrators must take on.

Since at least 2006, election wait times for voters in Georgia have consistently been some of the worst in the nation.[4] Communities of color, particularly Black Georgians, have been disproportionately affected by the problem. In the 2020 election, non-white voters spent nearly 50% longer in line than white voters. Across all federal general elections since 2006–the earliest data available–non-white voters in Georgia experience significantly longer lines to vote than white Georgia voters.

Based on my analysis of the 2021 Georgia Senate Bill 202, I find that SB202 makes it illegal for non-partisan groups to distribute provisions like water to people standing in line. This will make the voting experience demonstrably worse for people who live in areas afflicated with long lines to vote.

This report provides detailed explanations of how I reached each of my conclusions After providing more detail about the data and analysis used in this report, I describe the current state of election lines in Georgia, including the differences between racial groups. I then analyze SB202, providing context to how it compares to the election laws in all other states and drawing conclusions about the impact that the law may have on election lines. I conclude with a discussion of the academic literature that focuses on the consequences of waiting in a long line.

---

[4]This pattern has been comprehensively noted in the Elections Performance Index. The Pew Charitable Trusts launched the EPI in 2013, and in 2017 the MIT Election Data and Science Lab took over administration of the project. More information about the EPI is available at: https://elections-blog.mit.edu/about.

# Section 2:   Data and methods

Political scientists have been studying the problem of long lines for nearly two decades. One of the important early questions that they grappled with as how many minutes is an unreasonably long wait. The answer that has become a benchmark for researchers and election officials was provided by the bipartisan Presidential Commission on Election Administration (PCEA). The Commission, convened in 2013 by President Obama, was chaired by Benjamin Ginsberg, the chief lawyer for Mitt Romney's 2012 presidential campaign, and Robert Bauer, the White House Counsel and chief lawyer for the 2008 Obama campaign. Other commissioners were former State Directors of Elections, county election officials, and business leaders. The commission's final report was informed by testimony and research from academics and other experts on election administration and other related fields.

One of the charges given to the PCEA was to study the problem of lines at polling places and provide a set of best practices for election administrators to deal with the problem. The Final Report of the PCEA recommended in January 2014 that "as a general rule, no voter should have to wait more than half an hour in order to have an opportunity to vote."[5] They arrived at this standard through consultation with practioners who had on-the-ground expertise in the operation of polling places and researchers who had studied Americans' opinions about the voting experience. Therefore throughout the analyses of this expert report, I utilize this 30-minute threshold as a benchmark for assessing the areas and types of voters who are most affected by election lines.

To evaluate the percentage of voters waiting longer than the 30-minute benchmark, as well as the average wait time of voters overall, I draw from several data sources and use analysis techniques that have become standard practice to researchers who study the topic. In particular, the analysis utilizes survey responses to the Cooperative Election Study (formerly the Cooperative Congressional Election Study from 2006 to 2019).[6] The CES is one of the largest academic surveys focused on public opinion and elections, and has been supported financially by the National Science Foundation. In 2020, the CES included a nationally

---

[5]"The American Voting Experience: Report and Recommendations of the Presidential Commission on Election Administration." January 2014. Quotation from page 14. Emphasis in the original report. At writing of this testimony, the PCEA Report is available through the U.S. Election Assistance Commission's website: https://www.eac.gov/election-officials/pcea.

[6]A full archive of these data are available at https://cces.gov.harvard.edu/.

representative sample of 61,000 American adults, including 2,002 Georgians.[78]

Data from the CES is a standard tool for helping political scientists to understand and study American elections.[9] The data are also an invaluable tool for understanding polling place wait times at the state and sometimes local level. In each even-year study since 2006,[10] in-person voters have been asked, "Approximately how long did you have to wait in line to vote?" Voters are given the option to respond: "Not at all", "Less than 10 minutes", "10 - 30 minutes", "31 minutes - 1 hour", or "More than 1 hour". Respondents who indicate that they waited more than an hour are asked a follow-up question where they can type in the amount of time they waited.

For the analysis in this report, I analyzed these data in two ways. First, I considered the proportion of voters who waited more than 30 minutes to cast their ballot. This follows the benchmark set by the PCEA Report, which indicated that states and localities should work to get this percentage to zero. The second way that I analyzed the CES data was by converting the responses to the survey question into minutes and hours. Following the convention used throughout the literature,[11] the wait time of each respondent was coded based on the midpoint of their response to the survey question. Those who responded "Not at all" were coded as having waited 0 minutes; those responding "Less than 10 minutes" were coded with a 5 minute wait; "10 - 30 minutes" became 20 minutes; and "31 minutes - 1 hour" was 45 minutes. For respondents who indicated they waited "More than 1 hour", I recorded their response to the open-ended follow-up question.[12]

When the data were first collected about 15 years ago, there were questions about the validity of using the CES data to study election lines. In the time since, several studies have solidified the case for its use. Research using other survey data sources, particularly the Survey of the Performance of American Elections (SPAE), reach similar conclusions to research using the CES.[13] Other non-survey-based studies have also validated the survey-

---

[7]The principle investigators for the 2020 study were Dr. Stephen Ansolabehere (Harvard University), Dr. Brian Schaffner (Tufts University), and Sam Luks (YouGov). Researchers from over 50 universities and colleges across the country and world participated in the creation and analysis of the study.

[8]The appendix includes a table of the CES national and Georgia sample size in all years

[9]The website for the study includes a list of over 100 peer-reviewed academic studies that have utilized this CCES. There are even more published papers than are included on this list: https://cces.gov.harvard.edu/publications.

[10]The one exception is 2010. The wait time question was not asked in this year, and thus omitted from my analyses.

[11]See, for example, Stephen Pettigrew. 2017. "The Race Gap in Precinct Wait Times: Why Minority Precincts are Underserved by Local Election Officials." *Political Science Quarterly* 132.

[12]Following the convention in the literature, anybody who said they waited more than an hour, but did not answer the follow-up, was assigned the average of the wait times of other people in their state who waited more than an hour and did answer the follow-up.

[13]Charles Stewart III. 2020. "How We Voted in 2020: A Topical Look at the Survey of the Performance of American Elections." MIT Election Data and Science Lab. http://electionlab.mit.edu/sites/default/files/2021-

based estimation approach. One such study was conducted in North Carolina, where election officials reported wait times during the 2014 election. These reports had a statistically significant correlation[14] with the survey-based reports of wait times by voters throughout the state.[15] Other studies have used wait time reports by polling place observers,[16] line length reports from poll workers,[17] and even cell phone tracking data[18] to help understand wait times at polling places. In each case, these other methodologies reach similar conclusions as research which uses survey-based measures.

---

03/HowWeVotedIn2020-March2021.pdf

[14]A statistically significant correlation is one that is unlikely to have arisen due to purely random chance.

[15]MIT Election Data and Science Lab. August 2018. "Elections Performance Index Methodology Report." https://elections-blog.mit.edu/sites/default/files/2020-08/2016-epi-methodology.pdf, pp 79-81.

[16]Stein, et. al. 2019. "Waiting to Vote in the 2016 Presidential Election: Evidence from a Multi-County Study." *Political Research Quarterly* 73(2).
Douglas M. Spencer and Zachary S. Markovits. 2010. "Long Lines at Polling Stations? Observations from an Election Day Field Study." *Election Law Journal: Rules, Politics, and Policy* 9.

[17]Matthew Weil, Tim Harper, Charles Stewart III, and Christopher Thomas. 2019. "The 2018 Voting Experience: Polling Place Lines." Bipartisan Policy Center.
John C. Fortier, Matthew Weil, Charles Stewart III, Tim Harper, and Stephen Pettigrew. 2018. "Improving the Voter Experience. Reducing Polling Place Wait Times by Measuring Lines and Managing Polling Place Resources." Bipartisan Policy Center.
United States Government Accountability Office. "Observations on Wait Times for Voters on Election Day 2012."GAO-14-850.

[18]M. Keith Chen, Kareem Haggag, Devin G. Pope, and Ryne Rohla. 2021. "Racial Disparities in Voting Wait Times: Evidence from Smartphone Data." Conditionally accepted at *The Review of Economics and Statistics.*

# Section 3:   Wait times in recent elections in Georgia

Since at least the 2006 general election,[19] voters in Georgia have experienced polling place lines that are significantly longer than voters throughout the rest of the country. In the November 2020 election, over 900,000 Georgia voters waited longer than 30 minutes to cast their ballot. In all, 24.6% of early in-person and Election Day voters in Georgia waited in a line for longer than the PCEA-recommended 30 minute maximum. This percentage is significantly higher ($p < 0.01$) than the percentage of in-person and Election Day voters in all other states – 17.2%.

In terms of minutes, the average Georgia voter in 2020 waited 27.4 minutes to cast their ballot. This means that the *average* wait time experienced by Georgians was nearly as long as the PCEA's recommendation for the *maximum* wait time. For non-white voters, the average wait was even longer–34.2 minutes–while white Georgia voters waited on average 24.3 minutes.[20] While lines in 2020 tended to be longer in parts of the country, in-person voters outside of Georgia only waited an average of 17.8 minutes.[21]

## 3.1   Georgia voters are more likely to face longer than 30 minute waits to vote

This pattern of election wait times being signficantly longer in Georgia than elsewhere is not a unique 2020-phenomenon. My analysis of past CES data finds that, on average, Georgia voters are nearly twice as likely to experience an unacceptably long wait to vote and spend more than 50 percent more minutes in line than voters elsewhere. Figure 3.1 shows the percentage of voters who waited more than 30 minutes to vote in Georgia and in all other states. The left side of the graph shows that in the 2006, 2014, and 2018 midterm elections, 3.8% of in-person voters outside of Georgia waited more than a half hour, while 8.8% of in-person Georgia voters waited this long ($p < 0.01$ for this difference).[22] Similarly, in presidential elections between 2008 and 2020, 22.0% of Georgia voters waited 30 minutes,

---

[19]This is the first year these data were collected.

[20]This difference in average wait times between white and non-white Georgians is statistically significant ($p > 0.01$)

[21]This difference of 9.5 minutes between wait times inside and outside of Georgia is statistically significant ($p < 0.01$).

[22]I also replicated all the analyses in this section on data from the 2008 through 2020 Survey of the Performance of American Elections (SPAE). These results yield nearly identical conclusions to the CES data, and are provided in appendix section A.2.

Figure 3.1: Voters waiting more than 30 minutes in recent elections



while just 12.9% of non-Georgia voters did.[23]

Figure 3.2 highlights the extent to which Georgia stands out among other states. In midterm elections, the percentage of Georgia voters experiencing a 30 minute wait was higher than every state except one. And in presidential years, this percentage was higher in Georgia than every state except two. When I pull apart the data even further, I find that in years with available data, Georgia has never been better than eighth worst among its peers in presidential elections, and tenth worst in midterms.[24]

One feature of Georgia elections that could account for these long wait times is the fact that Georgia typically has large numbers of voters who cast ballots during the early voting period. Across the country, wait times tend to be longer during early voting than on Election Day, so this could potentially explain why Georgia's lines are longer than nearly all other states.

Figure 3.3 shows that this does not explain away the long line problem in Georgia. While early voters do tend to wait longer than their Election Day counterparts, Georgians still tend to be significantly more likely to face a long line than non-Georgians. Roughly 1-in-5 early voters in Georgia (20.1%) waited more than 30 minutes, while only 13.2% of early voters

---

[23]The figures in Appendix section A.3 shows that these patterns are not unique to drawing the line at 30 minutes. Georgia voters are also significantly more likely to wait longer than 60 minutes to vote as well.

[24]Figures showing the results in each state are found in appendix section A.4.

Figure 3.2: Voters waiting more than 30 minutes, by state



outside of Georgia waited that long. And on Election Day, 14.2% of Georgia voters faced an unreasonably long wait, compared to just 8.4% of voters from other states.

## 3.2   Georgia voters spend more time in line than voters in nearly every other state

Another standard approach that political scientists use to study election lines is by considering the average number of minutes that voters waited. After converting the survey responses into hours and minutes (following the methodological approach described in section 2), I considered whether the patterns identified in the prior sub-section hold up using this different measure of line length.

Figure 3.4 underscores that no matter the approach used to measure line length, Georgia stands out as having particularly lengthy wait times. The left side of the graph shows that Georgia voters have average wait times that are significantly longer ($p < 0.01$) than non-Georgians. It's particularly striking that in midterm elections, the average Georgia voter waits nearly twice as long as voters in other states – 12.4 minutes compared to 6.4 minutes.

7



Figure 3.3: Voters waiting more than 30 minutes, by mode of vote

Figure 3.4: Average wait time of voters in recent elections



The right side of the graph shows that breaking down the data by mode of vote (i.e. early in-person or Election Day in-person) reveals a similar pattern of Georgia voters experiencing particularly long waits.

8

Figure 3.5: Average wait time of voters, by state



In midterm elections, the average wait time of voters (see Figure 3.5) in Georgia is longer than every state except South Carolina. And in presidential elections, Georgians wait longer than voters in all but three states. When the data are broken down into individual years, Georgia still fares no better than fifth worst in midterms and seventh worst in presidential elections (see appendix section A.4).

The consistency of these results paints a clear picture, and raises the question of whether the differences between Georgia and other states is simply because the demographic profile of Georgia voters is meaningfully different from other states. To test this possibility, I follow the convention of the academic literature and use linear regression (OLS) to control for demographic factors like age, education, race, and gender.[25] Each of these attributes are known in the political science literature to be strong predictors of voter turnout and line length, so controlling for them in a regression allows me to test whether Georgia's long lines are attributable to something more than these factors.

Table 1 shows the results of nine separate regressions using different subsets of the data

---

[25]In the regressions, I operationalize race as whether or not the voter is white and education as whether or not she has a bachelors degree. Age is coded in years, and gender is coded as a dichotomous variable.

Table 3.1: Voters waiting over 30 minutes, from regressions with demographic controls

| Year | Voters | Other states | Georgia | Difference | P value |
|------|--------|--------------|---------|------------|---------|
| All | All in-person | 9.5% (0.1) | 16.7% (0.4) | 7.1pp. (0.4) | <0.01 |
| Midterms | All in-person | 3.8% (0.1) | 9.3% (0.4) | 5.6pp. (0.4) | <0.01 |
| Presidential | All in-person | 12.9% (0.1) | 21.3% (0.5) | 8.5pp. (0.6) | <0.01 |
| All | Early in-person | 13.2% (0.2) | 19.8% (0.6) | 6.6pp. (0.6) | <0.01 |
| Midterms | Early in-person | 4.8% (0.2) | 9.4% (0.7) | 4.6pp. (0.7) | <0.01 |
| Presidential | Early in-person | 16.9% (0.2) | 25.3% (0.8) | 8.4pp. (0.8) | <0.01 |
| All | Election Day | 8.2% (0.1) | 13.2% (0.5) | 5.0pp. (0.5) | <0.01 |
| Midterms | Election Day | 3.5% (0.1) | 9.2% (0.6) | 5.8pp. (0.6) | <0.01 |
| Presidential | Election Day | 11.1% (0.1) | 16.3% (0.8) | 5.2pp. (0.8) | <0.01 |

Table 3.2: Average wait time, from regressions with demographic controls

| Year | Voters | Other states | Georgia | Difference | P value |
|------|--------|--------------|---------|------------|---------|
| All | All in-person | 11.3 (0.1) | 18.5 (0.3) | 7.3min. (0.3) | <0.01 |
| Midterms | All in-person | 6.2 (0.1) | 12.6 (0.3) | 6.4min. (0.3) | <0.01 |
| Presidential | All in-person | 14.2 (0.1) | 22.3 (0.4) | 8.1min. (0.4) | <0.01 |
| All | Early in-person | 14.8 (0.1) | 22.5 (0.5) | 7.7min. (0.5) | <0.01 |
| Midterms | Early in-person | 7.0 (0.1) | 12.7 (0.5) | 5.6min. (0.5) | <0.01 |
| Presidential | Early in-person | 18.2 (0.2) | 27.8 (0.7) | 9.6min. (0.7) | <0.01 |
| All | Election Day | 9.9 (0.1) | 14.0 (0.4) | 4.1min. (0.4) | <0.01 |
| Midterms | Election Day | 6.0 (0.1) | 12.5 (0.4) | 6.5min. (0.4) | <0.01 |
| Presidential | Election Day | 12.4 (0.1) | 15.3 (0.6) | 2.8min. (0.6) | <0.01 |

based on election type (midterm, presidential, all years) and vote mode (early in-person, Election Day, or both). No matter how the data are sliced, Georgia consistently has a higher percentage of voters who waited more than 30 minutes to cast their ballot. These differences, which are statistically significant in every regression ($p < 0.01$), range from Georgians being 4.6 to 8.5 percentage points more likely to encounter a line that is longer than the PCEA's 30-minute ceiling of acceptability. This pattern persists when we look at each individual election year. In every year for which we have data, there is a consistent pattern of Georgians waiting significantly longer to vote (whether on Election Day or early) than voters in other states.[26]

Table 2 presents similar results, this time using average wait time as the outcome variable in the regression. Like before, Georgians wait significantly ($p < 0.01$) longer than

---

[26]There are 15 instances where Georgians waited significantly longer than non-Georgians. I find zero cases where the average wait for Georgians is significantly shorter than elsewhere. There were three cases (2012 early voters and 2012 and 2020 Election Day voters) where there was not a significant difference in waiting times between Georgians and non-Georgians. These results are found in appendix section A.5.

10

non-Georgians. The biggest of these discrepencies occurs in presidential elections among early in-person voters, who wait 9.6 minutes longer in Georgia (27.8 minutes) than in other states (18.2 minutes).

## 3.3   Non-white voters in Georgia wait significantly longer to vote

One major concern about long lines being a chronic problem is that some voters must budget a lengthy portion of their day every time they want to cast a ballot, while other voters may go years without ever standing in a line. As I discuss in this section, non-white voters are more likely to be in the first category, and white voters are more likely to be in the second.

Political science researchers have noted this consistent relationship between race and wait times. It is one of the most robust findings to emerge from these studies. Researchers have found that non-white voters tend to wait longer than white voters by using survey data,[27] leveraging poll closing times,[28] stationing observers outside of polling places to record information about the flow of voters,[29] partnering with local officials to have poll workers record information about line lengths throughout the day,[30] and using cell phone tracking data.[31] Every one of these research approaches has shown that lines tend to be shorter in precincts with higher proportions of white voters and longer in precincts with higher proportions of non-white voters.

Figure 3.6 illustrates that this trend holds in Georgia. This bar graph shows the average number of minutes[32] that Georgia voters waited to vote, broken down by whether the voter

---

[27]Pettigrew 2017.

Charles Stewart III. 2013. "Waiting to Vote in 2012." *Journal of Law & Politics* 28(4).

Charles Stewart III and Stephen Ansolabehere. 2015. "Waiting to Vote." *Election Law Journal: Rules, Politics, and Policy* 14(1).

[28]Stephen Pettigrew. 2021. "The Downstream Consequences of Long Waits: How Lines at the Precinct Depress Future Turnout." *Electoral Studies* 71.

Michael C. Herron and Daniel A. Smith. 2015. "Precinct Closing Times in Florida During the 2012 General Election." *Election Law Journal: Rules, Politics, and Policy* 14(3).

Christopher Famighetti, Amanda Melillo, and Myrna Pérez. 2014. "Election Day Long Lines: Resource Allocation." Brennan Center for Justice.

[29]Stein, et al. 2020.

Spencer and Markovits 2010.

[30]Weil, Harper, Stewart, and Thomas 2019.

Fortier, Weil, Stewart, Harper, and Pettigrew 2018.

United States Government Accountability Office. 2013.

[31]Chen, Haggag, Pope, and Rohla 2021.

[32]The black bars are 95% confidence intervals around the mean, which is noted at the top of each bar. A confidence interval is similar to a margin of error. In this instance, our best guess of the true average number of minutes is the top of each colored bar, and the black bars signify the margin of error around that best guess.



Figure 3.6: Average wait time of white and non-white voters in Georgia

was white or a person of color.[33] As these results show, white voters tend to have shorter average wait times than voters of color, in both presidential and midterm general elections and in both early in-person and Election Day voting.[34]

For presidential elections, non-white voters tend to wait more than 10 minutes longer than white voters during early in-person voting and nearly 6 minutes longer on Election Day (both differences are statistically significant at $p < 0.01$). It is also notable that on Election Day in presidential elections, white voters wait about as long as non-white voters do on Election Day in midterm elections, even though turnout tends to be as much as 50 percent higher in presidential elections than midterms.

Lines tend to be shorter for everybody during midterm elections, so the discrepency between white and non-white voters is smaller. Still, my analysis finds that the 2.6 minute difference during early voting for midterms is statistically significant ($p < 0.10$). As I discuss in Section 4 this makes polling places in areas resided in predominantly by people of color much more susceptible to dramatic increases in wait times as a result of SB202.

Figure 3.7 shows that these patterns are not driven by just one or two elections. In

---

[33]Throughout this section, I will use "people of color" to denote anybody who is not both white and non-Hispanic.

[34]I also replicated this analysis using the percentage of voters waiting more than 30 minutes as the outcome of interest. This analysis also found that non-white voters were more likely to experience long lines in each of these four categories. The figure with these results can be found in Figure A.9 in Appendix Section A.6.

12



Figure 3.7: Average wait time of white and non-white voters, by year

every general election where data exist, I find that people of color in Georgia have an average wait time that is longer than the average for white Georgia voters. In 2020, this difference was nearly ten minutes ($p < 0.01$). Comparing the changes from 2016 to 2020 illustrates that the added strain of pandemic-related protocols in precincts had dramatically different impacts on areas with significant minority populations, compared to areas predominantly with predominantly white residents. Even though the race gap in wait times was relatively small in 2016, compared to 2012 and 2008, the gap ballooned in 2020. The average wait time among people of color increased by 100% from 2016 to 2020, while it only increased by 60%. This is further evidence that predominantly non-white polling places operate much closer to their operational capacity than white precincts, meaning that added strain from administrative changes due to the pandemic or from SB202 will have a much bigger impact on them.

Digging a little more closely into the data, Figure 3.8 separates voters of color into three categories: Black, Hispanic, and all other racial groups.[35] The patterns here are most clear for Black voters, who consistently experience longer lines than white voters. With the exception of Election Day voting during midterms, the average wait time for Black voters is significantly longer than those of white voters. I also find that Hispanic voters wait significantly longer

---

[35]The analogous graph showing these results for the percent waiting more than 30 minutes is in Figure A.10 in the appendix.



Figure 3.8: Average wait time, by race

than white voters on Election Day during presidential elections. They also reported longer average wait times in presidential early voting and midterm Election Day voting, although those results are not statistically significant, owing to the fact that Hispanic voters are a much smaller group of Georgians than white or Black voters, so data about them were limited.

### 3.3.1 Accounting for other disparities between white and non-white voters

Of course, one possible explanation for these differences by race could be that white voters tend to live in very different types of places than non-white voters. If, for example, Black voters are more likely to live in urban areas, and the logistics of voting are more complicated in urban areas, then that could provide an explanation for the results shown in the previous graphs. Similarly, researchers have found that education is strongly predictive of whether somebody turns out to vote [See, for example Rachel Milstein Sondheimer and Donald P. Green. 2009. "Using Experiments to Estimate the Effects of Education on Voter Turnout." *American Journal of Political Science* 54(1).], and there are significant differences in the rates of college education between white and non-white voters.

In my research, published in *Political Science Quarterly* answers the question of whether

14

the racial gap in wait times is driven by factors like these.[36] To do that study, I used regression and other statistical techniques to compare white and non-white voters who lived in similar contexts to each other. In essence, I compared (for example) white voters in Fulton County to voters of color in Fulton County, and college-educated white voters to college-educated voters of color. Using data from across the US, I find that although factors like these do explain a small piece of the racial gap in wait times, they do not provide a full explanation. Even after controlling for these other factors, I still find that precincts resided in predominantly by people of color have an average wait time that is twice as long as precincts with residents who are predominantly white. And I find that minority voters are six times more likely than white voters to wait longer than 60 minutes to vote. In my analysis of data from Georgia, I utilized these same statistical techniques to assess whether the racial differences in Georgia wait times is attributed to, for example, an urban-rural divide.

Figure 3.9 provides our first indication that the patterns in Georgia are not simply a consequence of population density. The figure shows the average wait time of white voters across all available years (on the x-axis) and the average wait of people of color (on the y-axis). Each dot represents a county in Georgia. Because Georgia is divided into 159 counties, data were extremely thin in many of them. The graph here presents data from only the 47 counties with data from at least five white voters and five people of color, across all the years of responses.[37]

What the graph shows is that even within counties, where differences in population density tend to be much smaller than density differences between counties, people of color are more likely to wait in a longer line to vote. In two-thirds of these counties non-white voters reported a longer average wait time than the white voters in their county.[38]

To further analyze this relationship, I went a step further in my analysis and used regression to simultaneously control for race, age, education, and early versus Election Day voters, while comparing voters within the same county and same election (using county and year fixed-effects). In one set of these regressions, race was coded as white/people of color,

---

[36]Stephen Pettigrew. 2017. "The Race Gap in Precinct Wait Times: Why Minority Precincts are Underserved by Local Election Officials." *Political Science Quarterly* 132.

[37]Out of the 112 "missing" counties, 41 counties had either zero white survey respondents or zero non-white respondents, 30 counties had just one white or non-white respondent, and 20 counties had just two white or non-white respondents. I am constrained by the small sample sizes in most Georgia counties from choosing a threshold higher than 5. Research suggests, however, that line lengths are highly correlated within small geographic regions like counties. This means that estimating a county's average wait time requires a smaller sample size than if this geographic correlation did not exist. For further analysis on this point, see Appendix 2 in my research in "The Downstream Consequences of Long Waits." *Electoral Studies*. 71. June 2021.

[38]When I calculate this statistic using all 112 counties where we have at least one white and one non-white respondent, the value is 58.5%, although nearly half of the counties included in that calculation have just one or two white or non-white survey-takers.



Figure 3.9: Average wait times in recent elections, by county

while in another set of these regressions I used four racial categories: white, Black, Hispanic, and other race.

Figure 3.10 presents the main results for these two regression. Each bar represents the average difference in wait times for each racial group, as compared to white voters, after controlling for all the factors listed above. In the regression comparing white voters to all people of color, I find that people of color tend to wait 2.79 minutes longer than white voters,

16

Figure 3.10: Wait times in all election years since 2006



and this difference is statistically significantly different from a difference of zero ($p < 0.01$).[39] In the second regression, I find that Black Georgia voters wait significantly longer ($p < 0.01$) than white voters by 3.64 minutes. I do not find that Hispanic voters and voters of other races/ethnicities have significant differences in average wait times than white voters, but this is this is attributable to small sample sizes resulting in large margins of error around the wait time estimates for those groups.[40]

The results from pooling all election years does find evidence of a significant racial gap in wait times, although the magnitude of this effect is not enormous. This owes largely to the fact that midterm elections often can have have shorter lines, so this makes for a smaller potential racial gap. When I separate out the data and only look at presidential election years, in Figure 3.11, I find that the sizes of the effects grow.[41] Non-white voters wait 5.05 minutes longer than white ones ($p < 0.01$) and Black Georgians wait 5.29 minutes longer ($p < 0.01$). Also, after disentangling presidential and midterm elections, I find that voters in other racial groups (primarily Asian-Americans and Native Americans) wait 6.95 minutes longer than white voters in presidential elections ($p < 0.05$). I do not find a statistlcally

---

[39]A full table of these regression results is available in Table A.4 in Appendix Section A.6.

[40]For context, the 2020 CES study had only 83 Hispanic respondents in Georgia. Only 47 of them voted and only 25 voted in person. For this type of statistical test where we're comparing voters from across the state, a sample size of 25 is unlikely to be big enough to draw conclusions.

[41]A full table of these regression results is available in Table A.5 in Appendix Section A.6.

Figure 3.11: Wait times in presidential election years



significant result for Hispanic voters, although this seems to be in part driven by the fact that there are only 170 Hispanic voters in this specific subset of the data, compared to 2,589 white voters.

Lastly, I analyzed what these differences looked like in the November 2020 election. Based on Figure 3.12, voters of color waited 10.45 minutes longer, on average, than white voters in 2020 ($p < 0.01$).[42] Black voters waited 10.49 minutes longer ($p < 0.05$), and voters of other races waited 14.35 longer ($p < 0.05$).

These findings are particularly relevant when we consider the potential impact of SB202 on election lines. As I will describe in the next section, researchers have found that applying equal amounts of additional strain on two precincts can have dramatically different effects on the length of lines in those precincts, depending on the amount of strain those precincts were under prior to the new strain being applied. Precincts in predominantly Black neighborhoods tend to already be under more strain and closer to operating capacity than precincts in predominantly white neighborhoods, so the changes in SB202 will have substantially larger impacts on line length in precincts that serve mostly Black voters, even if white and non-white voters react to SB202 in similar ways.

---

[42]A full table of these regression results is available in Table A.6 in Appendix Section A.6.

Figure 3.12: Wait times in November 2020



# Section 4:   Impact of SB202's line relief ban on wait times

One of the changes that most directly pertains to voters waiting in line is Section 33 of SB202. This section amends Code Section 21-2-414(a) by banning any person from giving or offering any food or drink to a voter standing in line. The section further prohibits any person, including all non-profit, non-partisan groups from setting up water or snack stations that are within 150 feet of a polling place or within 25 feet of any voter standing in line.

These new rules mean that if an organization wanted to set up such a table under those guidelines, voters would be required to leave line and travel at least 25 feet to retrieve a cup or bottle of water, potentially risking their place in line. This is especially problematic after polls have closed, because leaving the line to get water makes it possible that the voter would lose their chance to vote at all. This is particularly concern during statewide primary and primary run-off elections, which tend to be scheduled in the hot months of May or June in Georgia.

The language of the law is indiscriminant and absolute in describing this ban on offering food or water to anybody in line. It makes it a crime for a voter to share their water bottle with another voter in line. If an organization sets up a table for distributing water that is in compliance with this law, and a voter leaves the line to go to that table, that voter could face criminal penalties for bringing a second cup or bottle to another person who stayed in line. The law does allow for (but does not mandate) poll workers to set up self-service water stations, but voters are still required to leave the line to use it. And those voters could face criminal penalities for retrieving extra water bottles for others in line.

This provision of SB202 has been described as a way to cut down on vote buying or other types of corruption. Georgia's Election Code already makes it a felony for somebody to "offer to give or receive. . . money or gifts for the purpose of. . . voting for a particular candidate in any primary or election."[43] And I know of no research that shows that this type of vote buying or corruption has ever occured at polling places in Georgia in modern elections.

I am similarly unaware of any other state that has banned all food or beverage distributions, irrespective of intent or the minimal value of such items. Given this, and given the fact that Georgia's election law already has an explicit ban on vote buying, the consequence of including this provision in SB202 is that is will make the voting experience worse for voters

---

[43]O.C.G.A. 21-2-570

in areas with chronically long lines, while having no impact on vote buying.

I also know of no other state that defines the boundary line for electioneering or campaigning near a polling place using a movable reference point-the location of voters in line. It is not uncommon for polling places in some areas of Georgia to have lines that extend well beyond 600 feet. In the 2020 general election, for example, journalists documented lines that extended more than a thousand feet from the polling place.[44]

The impact that this restriction has on Georgia voters is clear. Imagine that a non-profit organization sets up a water station at the beginning of the day that is 300 feet away from a polling place–fully in compliance with Georgia's election code. As the line of voters grows and shrinks throughout the day, this water station could oscillate inside or outside of the 25-foot boundary defined by SB202, despite the station never changing its physical location. This makes it virtually impossible for organizations to remain in compliance with the law, particularly because they are most likely to set up refreshment stations at polling places where lines are expected to be the longest. This discourages those organizations from setting up these relief stations at all, making the experience of waiting in a long line even worse for Georgia voters.

This provision of SB202 will have a particular impact on voters who live in areas that already tend to have long lines. As I showed in my earlier analysis, racial minority (particularly Black) voters in Georgia tend to face longer wait times than white voters. Any law that makes waiting in a long line more difficult or uncomfortable will have the biggest impact on people who are most likely to encounter such a line. In Georgia, those voters tend to be non-white.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 13, 2022.

Stephen Pettigrew, PhD

---

[44]See: https://www.theguardian.com/us-news/2020/oct/13/more-than-10-hour-wait-and-long-lines-as-early-voting-starts-in-georgia; https://www.independent.co.uk/news/world/americas/us-election/georgia-election-early-voting-long-lines-2020-election-b1041310.html; https://www.nbcnews.com/politics/2020-election/early-voting-begins-georgia-long-lines-high-turnout-n1242995

# Appendix A: Supplemental material for analyses

## A.1 Sample sizes of CCES data

Table A.1: Total number of respondents in the CCES/CES surveys

| Year | Nationwide | Georgians |
|------|------------|-----------|
| 2006 | 36,421 | 1,188 |
| 2008 | 32,800 | 889 |
| 2012 | 54,535 | 1,759 |
| 2014 | 56,200 | 1,732 |
| 2016 | 64,600 | 2,062 |
| 2018 | 60,000 | 1,925 |
| 2020 | 61,000 | 2,002 |

## A.2   Analysis of SPAE data

Figure A.1: Voters waiting more than 30 minutes (SPAE data)



Figure A.2: Average wait time (SPAE data)



## A.3   Voters waiting more than 60 minutes

Figure A.3: Voters waiting more than 60 minutes



Figure A.4: Voters waiting more than 60 minutes, by vote mode

## A.4   Wait times in each state



Figure A.5: Voters waiting more than 30 minutes in presidential elections, by state

Case 1:21-mi-55555-JPB    Document 171-21    Filed 05/25/22    Page 34 of 49

Figure A.6: Voters waiting more than 30 minutes in midterm elections, by state



27



Figure A.7: Average wait time in presidential elections, by state

28



Figure A.8: Average wait time in midterm elections, by state

Table A.2: Voters waiting over 30 minutes, from regressions with demographic controls

| Year | Voters | Other states | Georgia | Difference | P value |
|------|--------|--------------|---------|------------|---------|
| 2008 | All in-person | 14.4% (0.3) | 34.3% (1.5) | 19.9pp. (1.5) | <0.01 |
| 2012 | All in-person | 11.8% (0.2) | 17.4% (1.0) | 5.5pp. (1.0) | <0.01 |
| 2014 | All in-person | 2.1% (0.1) | 2.6% (0.5) | 0.6pp. (0.5) | 0.254 |
| 2016 | All in-person | 9.1% (0.2) | 15.4% (0.9) | 6.3pp. (0.9) | <0.01 |
| 2018 | All in-person | 5.4% (0.1) | 16.2% (0.7) | 10.8pp. (0.7) | <0.01 |
| 2020 | All in-person | 17.4% (0.3) | 24.5% (1.2) | 7.1pp. (1.2) | <0.01 |
| 2008 | Early in-person | 19.9% (0.7) | 38.6% (2.2) | 18.7pp. (2.3) | <0.01 |
| 2012 | Early in-person | 16.7% (0.5) | 21.3% (1.6) | 4.6pp. (1.7) | <0.01 |
| 2014 | Early in-person | 2.5% (0.2) | 4.4% (0.8) | 1.9pp. (0.8) | 0.017 |
| 2016 | Early in-person | 11.2% (0.4) | 17.4% (1.2) | 6.2pp. (1.3) | <0.01 |
| 2018 | Early in-person | 6.3% (0.3) | 13.0% (1.0) | 6.6pp. (1.0) | <0.01 |
| 2020 | Early in-person | 19.5% (0.4) | 27.8% (1.5) | 8.3pp. (1.6) | <0.01 |
| 2008 | Election Day | 12.8% (0.3) | 28.0% (2.2) | 15.2pp. (2.2) | <0.01 |
| 2012 | Election Day | 10.3% (0.2) | 14.4% (1.3) | 4.0pp. (1.3) | <0.01 |
| 2014 | Election Day | 2.0% (0.1) | 1.6% (0.6) | -0.4pp. (0.6) | 0.510 |
| 2016 | Election Day | 8.3% (0.2) | 12.6% (1.2) | 4.3pp. (1.3) | <0.01 |
| 2018 | Election Day | 5.0% (0.2) | 20.2% (1.0) | 15.2pp. (1.0) | <0.01 |
| 2020 | Election Day | 15.4% (0.3) | 17.0% (2.2) | 1.6pp. (2.2) | 0.473 |

## A.5 Differences in line length between Georgia and other states, using regression with demographic controls

Table A.3: Average wait time, from regressions with demographic controls

| Year | Voters | Other states | Georgia | Difference | P value |
|---|---|---|---|---|---|
| 2008 | All in-person | 15.1 (0.2) | 39.8 (1.3) | 24.7min. (1.3) | <0.01 |
| 2012 | All in-person | 13.6 (0.2) | 15.9 (0.9) | 2.3min. (0.9) | <0.01 |
| 2014 | All in-person | 4.4 (0.1) | 7.5 (0.3) | 3.1min. (0.3) | <0.01 |
| 2016 | All in-person | 10.9 (0.1) | 15.2 (0.6) | 4.3min. (0.6) | <0.01 |
| 2018 | All in-person | 8.0 (0.1) | 17.9 (0.4) | 9.9min. (0.5) | <0.01 |
| 2020 | All in-person | 17.9 (0.2) | 27.1 (1.0) | 9.2min. (1.0) | <0.01 |
| 2008 | Early in-person | 21.2 (0.6) | 49.6 (2.2) | 28.4min. (2.3) | <0.01 |
| 2012 | Early in-person | 18.2 (0.5) | 18.9 (1.6) | 0.7min. (1.6) | 0.668 |
| 2014 | Early in-person | 4.6 (0.2) | 7.1 (0.6) | 2.5min. (0.6) | <0.01 |
| 2016 | Early in-person | 12.6 (0.2) | 17.1 (0.8) | 4.4min. (0.9) | <0.01 |
| 2018 | Early in-person | 8.6 (0.2) | 16.5 (0.6) | 7.9min. (0.7) | <0.01 |
| 2020 | Early in-person | 20.5 (0.3) | 32.2 (1.3) | 11.7min. (1.4) | <0.01 |
| 2008 | Election Day | 13.3 (0.2) | 24.9 (1.7) | 11.6min. (1.7) | <0.01 |
| 2012 | Election Day | 12.2 (0.2) | 13.5 (1.0) | 1.3min. (1.1) | 0.214 |
| 2014 | Election Day | 4.4 (0.1) | 7.6 (0.4) | 3.2min. (0.4) | <0.01 |
| 2016 | Election Day | 10.3 (0.1) | 12.7 (0.8) | 2.4min. (0.8) | <0.01 |
| 2018 | Election Day | 7.8 (0.1) | 19.5 (0.6) | 11.7min. (0.7) | <0.01 |
| 2020 | Election Day | 15.6 (0.2) | 15.4 (1.6) | -0.2min. (1.6) | 0.898 |

31

## A.6  Relationship between race and line length

Figure A.9: Percentage of white and non-white voters waiting 30+ minutes

Figure A.10: Percent waiting 30+ minutes, by race

Regression results that corresponds with Figure 3.10:

Table A.4: Wait times since 2006

|  | DV: Minutes waiting to vote | |
| --- | --- | --- |
|  | (1) | (2) |
| People of color | 2.79** (0.97) | |
| Black | | 3.64*** (1.06) |
| Hispanic | | −1.59 (2.45) |
| Other race | | 1.37 (2.15) |
| Age | −0.07** (0.03) | −0.07** (0.03) |
| Bachelors | 1.07 (0.92) | 1.22 (0.92) |
| EDay voters | −7.50*** (0.88) | −7.43*** (0.88) |
| Intercept | 29.96 (63.87) | 34.51 (63.89) |
| Observations | 5,884 | 5,884 |
| $R^2$ | 0.17 | 0.18 |

*Note:*    County and year fixed effects included
\* $p<0.05$; \*\* $p<0.01$; \*\*\* $p<0.001$

Regression results that corresponds with Figure 3.11:

Table A.5: Wait times in presidential elections

|  | DV: Minutes waiting to vote | |
| --- | --- | --- |
|  | (1) | (2) |
| People of color | 5.05*** (1.45) | |
| Black | | 5.29*** (1.59) |
| Hispanic | | 0.34 (3.68) |
| Other race | | 6.95* (3.17) |
| Age | −0.07 (0.04) | −0.08 (0.04) |
| Bachelors | 0.89 (1.39) | 0.82 (1.40) |
| EDay voters | −15.06*** (1.30) | −15.05*** (1.30) |
| Intercept | 2.54 (74.79) | 7.34 (74.86) |
| Observations | 3,755 | 3,755 |
| $R^2$ | 0.14 | 0.14 |

*Note:*    County and year fixed effects included
\* $p<0.05$; \*\* $p<0.01$; \*\*\* $p<0.001$

34

Regression results that corresponds with Figure 3.12:

Table A.6: Wait times in November 2020

|  | DV: Minutes waiting to vote | |
|---|---|---|
|  | (1) | (2) |
| People of color | 10.45** (3.64) | |
| Black | | 10.49* (4.14) |
| Hispanic | | 3.66 (8.76) |
| Other race | | 14.35* (7.23) |
| Age | 0.26* (0.11) | 0.25* (0.11) |
| Bachelors | 3.09 (3.40) | 3.05 (3.42) |
| EDay voters | −17.00*** (3.64) | −17.04*** (3.66) |
| Intercept | 8.05 (60.38) | 8.25 (60.42) |
| Observations | 897 | 897 |
| $R^2$ | 0.23 | 0.23 |

*Note:*    County and year fixed effects included
\* $p<0.05$; \*\* $p<0.01$; \*\*\* $p<0.001$

# Appendix B:   Curriculum Vitae

# Stephen S. Pettigrew

University of Pennsylvania
pettigr@sas.upenn.edu
stephenpettigrew.com

## Work Experience

**University of Pennsylvania**                                                     Philadelphia, PA
    Deputy Executive Director: Robert A. Fox Leadership Program          Dec. 2017–pres.
    Director of Data Sciences: Program on Opinion Research               Dec. 2017–pres.
        and Electoral Studies

**NBC News**                                                                         New York, NY
    Senior Analyst: Decision Desk and Data Analytics Lab                 Dec. 2017–pres.

**MIT Election Data and Science Lab**                                              Cambridge, MA
    Project Manager                                                Apr. 2017–Nov. 2017
    Data Scientist                                                Sept. 2011–Apr. 2017

## Education

**Harvard University**                                                             Cambridge, MA
    PhD: Political Science                                               May 2017
    Dissertation: *Long Lines and Voter Purges: The Logistics of Running Elections
        in America*
    Master of Arts: Statistics                                           Mar. 2014

**University of Georgia**                                                            Athens, GA
    Master of Arts: Political Science and International Affairs           May 2011
    Bachelor of Arts: Political Science & History (Double Major)         May 2011

## Peer-Reviewed Publications

"Trumped by Trump? Public Support for Vote By Mail During the COVID-19 Pandemic." *Election Law Journal.* Forthcoming.

"The Downstream Consequences of Long Waits: How Lines at the Precinct Depress Future Turnout." *Electoral Studies* 71. June 2021.

"Protecting the Perilous Path of Election Returns: From the Precinct to the News." with Charles Stewart. *Ohio State Technology Law Journal.* 15: (2). Summer 2020.

"Abstention, Protest, and Residual Votes in the 2016 Election." with Michael Alvarez, Charles Stewart, and Cameron Wimpy. *Social Science Quarterly.* 101: (3). March 2020.

"The Race Gap in Wait Times: Why Minority Precincts are Underserved by Local Election Officials." *Political Science Quarterly* 132: (3). Fall 2017. pp 527-547.

"Comment on 'Estimating the Reproducibility of Psychological Science'" with Daniel Gilbert, Gary King, and Tim Wilson. *Science* 351: (6277). March 4, 2016.

"Hosting the Olympic Games: An Overstated Advantage in Sports History." with Danyel Reiche. *International Journal of the History of Sport* 33: (6-7). March-April 2016. pp 635-647.

"How the West will be Won: Using Monte Carlo Simulations to Estimate the Effects of NHL Realignment." *Journal of Quantitative Analysis in Sports* 10 (3). September 2014. pp 345-356.

"Strategic Politicians, Partisan Roll Calls, and the Tea Party: Evaluating the 2010 Midterm Elections." with Jamie Carson. *Electoral Studies* 32: (1). March 2013. pp 26-36.

## Other Political Science Publications

"Uncertainty over a blue wave: NBC News finds Democratic and GOP voter registrations at same level as past election cycles" *NBC News*. Oct. 16, 2018. With John Lapinski, Stephanie Perry, and Rezwana Uddin.

"Improving the Voter Experience: Reducing Polling Place Wait Times by Measuring Lines and Managing Polling Place Resources" *Bipartisan Policy Center*. April 2018. With John Fortier, Tim Harper, Charles Stewart, and Matthew Weil.

"The United States is Getting Better at Running Elections." *The Monkey Cage*. August 9, 2016. With Charles Stewart

"Elections Performance Index: Methodology 2014" *The Pew Charitable Trusts*. August 2016.

"These are the Two Pivotal Senators if There's a Vote to Replace Scalia." *The Monkey Cage*. February 14, 2016.

"The 2014 Elections that Ended in a Tie." *FiveThirtyEight*. December 5, 2014.

"Elections Performance Index: Methodology 2012" *The Pew Charitable Trusts*. April 2014.

"Republican Advantages in Candidate Recruitment in 2014 have Led to an Increasingly Polarized House of Representatives." with Jamie Carson. *London School of Economics American Politics and Policy Blog*. September 17, 2013.

"Elections Performance Index: Methodology 2008-2010" *The Pew Center for the States*. February 2013.

## Professional Talks and Testimony

Testimony before the Subcommittee on Elections for the Committee on House Administration of the United States House of Representatives. Hearing on "Voting in America: The Potential for Polling Place Quality and Restrictions on Opportunities to Vote to Interfere with Free and Fair Access to the Ballot." June 11, 2021. Link to written testimony.

Panel on Efficiency, Security and Equity. Georgia College and State University. Election Integrity Symposium. Spring 2021.

"What Happens Behind the Scenes on Election Night."
    University of Texas at Tyler. March 2021.
    University of Pennsylvania (Wharton). December 2021.
    New York University. October 2019.
    Columbia University. October 2019.
    University of Georgia. October 2019.
    Dartmouth College. May 2019.
    Second Measure. August 2018.

## Stephen Pettigrew

"Everything is Data: How to Use Numbers to Answer the Questions You've Always Had." University of Georgia Honors Program. October 2015.

Guest lecturer in "Election Law and Participation" seminar. Bates College. May 2015.

## Teaching Experience

**PSCI207: Applied Data Science (UPenn)**                    S2018, S2019, F2019, S2021
    with Dr. John Lapinski and Samantha Sangenito
    *Topics*: R programming • Survey research • Experiments

**PSCI107: Introduction to Data Science (UPenn)**                    Fall 2020
    with Dr. Marc Trussler
    *Topics*: R programming • Data science

**17.20: Introduction to the American Political Process (MIT)**                    Spring 2016
    with Dr. Devin Caughey
    *Topics*: American political institutions • Mass opinion and behavior

**Gov2002: Causal Inference**                    Fall 2015
    with Dr. Matt Blackwell
    *Topics*: Experimental design • Instrumental variables • Regression discontinuity • Matching
    Harvard University Certificate of Distinction in Teaching (2015)

**Gov2001: Advanced Quantitative Research Methodology**                    Spring 2014, 2015
    with Dr. Gary King
    *Topics*: Maximum likelihood estimation • Predictive modeling • Missing data
    Harvard University Certificate of Distinction in Teaching (2014, 2015)

**Gov1540: The American Presidency**                    Fall 2013, 2014, 2015
    with Dr. Roger Porter
    *Topics*: Presidential power • Interbranch relations • Elections • Presidential decision making
    Harvard University Certificate of Distinction in Teaching (2015)

**Harvard Government Math Pre-fresher**                    Aug. 2013, 2014
    *Topics*: Probability • Matrix algebra • Calculus • Optimization • R programming

## Conference Presentations

"Protecting the Perilous Path of Election Returns: From the Precinct to the News." Symposium on Elections in the Era of Technological Threats and Opportunities. Moritz College of Law. Ohio State University. January 2020. Columbus, OH. With Charles Stewart.

"Education Weighting in the National Exit Poll" *American Association of Public Opinion Researchers Annual Conference.* May 2019. Toronto, ON.

"Moved Out, Moved On: Assessing the Effectiveness of Registration List Maintenance" *Election Sciences, Reform, & Administration Conference.* July 2016. Portland, OR.

"The Downstream Consequences of Long Waits: How Lines at the Precinct Depress Future Turnout" *American Political Science Annual Meeting.* September 2016. Philadelphia, PA.

"How Long Lines Affect Turnout." *Society for Political Methodology Annual Meeting.* July 2016. Houston, TX.

"Home Advantage at the Olympics: Will Brazil Win More Medals than Usual?" *Who Will Win in Rio? Conference.* July 2016. Cambridge, MA.

## Stephen Pettigrew

"The Downstream Consequences of Long Waits: How Lines at the Precinct Depress Future Turnout" *Yale Center for the Study of American Politics Conference.* June 2016. New Haven, CT.

"The Downstream Effects of Long Lines: How Long Waits at the Precinct Depress Future Turnout" *Midwest Political Science Association Annual Meeting.* April 2016. Chicago, IL.

"A Population Model of Voter Registration and Deadwood" *Midwest Political Science Association Annual Meeting.* April 2016. Chicago, IL. With Charles Stewart.

"Why the Home Advantage at the Olympic Games is Overrated: Relating Host Medals to Increased Participation" *World Congress on Elite Sport Policy.* November 2015. Melbourne, Australia. With Danyel Reiche.

"A Population Model of Voter Registration and Deadwood" *New Research on Election Administration and Reform.* June 2015. Cambridge, MA. With Charles Stewart.

"Time Tax: Which Groups Wait in the Longest Lines on Election Day?" *Western Political Science Association Annual Meeting.* April 2015. Las Vegas, NV.

"Assessing the Offensive Productivity of NHL Players using In-game Win Probabilities." *MIT Sloan Sports Analytics Conference.* February 2015. Boston, MA.
    Best research paper award finalist

"How the West will be Won: Using Monte Carlo Simulations to Estimate the Effects of NHL Realignment." *New England Symposium on Statistics in Sports.* September 2013. Cambridge, MA.

"Evaluating New Representatives: How Redistricting Disrupts Congressional Representation" *American Political Science Association Annual Meeting.* August 2013. Chicago, IL. With Brian Schaffner and Stephen Ansolabehere.

"Redistricting and the Personal Vote in 2012" *2013 CCES Sundance Conference.* May 2013. Sundance, UT. With Stephen Ansolabehere.

"The Electoral Value of Seniority: Does Incumbent Tenure Affect the Attitudes of Voters?" *Midwest Political Science Association Annual Meeting.* April 2013. Chicago, IL. With Stephen Ansolabehere.

"Competition and Candidate Emergence Decisions in U.S. House Primaries, 2000-2010" *Midwest Political Science Association Annual Meeting.* April 2012. Chicago, IL.

"Strategic Politicians, the Great Recession, and the Tea Party Movement: Evaluating the 2010 Midterm Elections." *Midwest Political Science Association Annual Meeting.* March 2011. Chicago, IL. With Jamie Carson.

## Sports Analytics Research and Publications

| | |
|---|---|
| **Winners View**: Data analytics consultant | April 2016–June 2016 |
| **Philadelphia 76ers**: Basketball analytics consultant | July 2014–November 2014 |
| **Rink Stats**: My hockey analytics blog | June 2013–Present |
| **Wall Street Journal** | |
|     The Madness Machine | March 16, 2015 |
|     As NBA Playoffs Begin, Odds of Beating the Heat | April 19, 2014 |

## Stephen Pettigrew

| | |
|---|---|
| The Stanley Cup: What are the Odds? | April 16, 2014 |
| NCAA Tournament: Our Sorry, Broken Brackets | April 7, 2014 |
| 2014 Sochi Olympics: Why Canada will Rule (Again) in Hockey | February 7, 2014 |

**FiveThirtyEight**

| | |
|---|---|
| Is There Home-Field Advantage At The Olympics? With Danyel Reiche. | August 9, 2016 |
| Playoff Hockey is 36 Percent More Bone-Crushing | April 15, 2015 |
| How To Tell If A March Madness Underdog is Going to Win | March 19, 2015 |
| After Signing Day, Wisconsin Makes The Best Of Its Recruits | February 4, 2015 |

**Deadspin**

| | |
|---|---|
| How Those 3-on-3 Overtime Rules Would Cut Down NHL Shootouts | March 18, 2015 |
| Are Outdoor Hockey Games Really Sloppier? | February 19, 2015 |
| Are Teams Better or Worse in Must-Score Shootout Situations? | December 22, 2014 |
| The *College Gameday* Curse is Real...For Some Teams With Lucas Puente. | September 5, 2014 |
| 11 Million Brackets vs. ESPN, CBS, and FOX Experts: Who was Better? | April 10, 2014 |
| How the Long-Change OT Could Cut NHL Shootouts by a Third | March 12, 2014 |

## Awards and Distinctions

APSA Elections, Public Opinion, and Voting Behavior Graduate Student Travel Award - Sept. 2016
Best Research Paper Finalist - 2015 Sloan Sports Analytics Conference
Harvard University Certificate of Distinction in Teaching (four times)
Phi Beta Kappa
University of Georgia Honors International Studies Scholar
University of Georgia Charter Scholar
Eagle Scout

## Professional Service

### Theses Advised

Bayley Tuch. 2020-2021. "Vote Mirages in the 2020 Election: How Vote-by-Mail Policies Impact the Reporting of Election Results." Undergraduate senior thesis. University of Pennsylvania. Winner of Philo Bennett Prize for best thesis in American politics and/or political theory.

### Conferences Organized

*Election Sciences, Reform, and Administration Conference*. University of Pennsylvania. July 2019.
*Political Analytics Conference*. Harvard University. April 2016, March 2017, November 2018.
*Who Will Win in Rio? Understanding Political, Economic, and Athletic Success at the 2016 Olympic Games*. Harvard University. July 2016.

### Publicly Available Datasets

November 2018 General Election Results (county level)
November 2016 General Election Results (county level)
U.S. House Primary Election Results (1956-2010)
Cumulative CCES Common Content (2006-2012)
Essential Files to Generate Pew Elections Performance Index
Cleaned 2014 Election Administration and Voting Survey Data

## Stephen Pettigrew

Cleaned 2012 Election Administration and Voting Survey Data
Cleaned 2010 Election Administration and Voting Survey Data
Cleaned 2008 Election Administration and Voting Survey Data