**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, *et al.*,<br><br>*Plaintiffs*,<br>v.<br>BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.*,<br><br>*Defendants*,<br><br>REPUBLICAN NATIONAL COMMITTEE, *et al.*,<br><br>*Intervenor-Defendants.* | Civil Action No.: 1:21-cv-01284-JPB |
| GEORGIA STATE CONFERENCE OF THE NAACP, *et al.*,<br><br>*Plaintiffs,*<br>v.<br>BRAD RAFFENSPERGER, in his official capacity as the Secretary of State for the State of Georgia, *et al.*,<br><br>*Defendants,*<br><br>REPUBLICAN NATIONAL COMMITTEE, *et al.*,<br><br>*Intervenor-Defendants.* | Civil Action No.: 1:21-cv-01259-JPB |

**[PROPOSED] ORDER ON AME & GEORGIA NAACP PLAINTIFFS'
MOTION FOR A PRELIMINARY INJUNCTION**

1

THIS MATTER comes before this Court on Plaintiffs' Motion for a Preliminary Injunction. Upon considering the motion and supporting authorities, the responses from Defendants and Intervenor-Defendants, and the evidence and pleadings of record, this Court finds that Plaintiffs are likely to succeed on the merits of their claims, that they will be irreparably harmed if this motion is not granted, that the balance of equities tip in Plaintiffs' favor, and that the requested equitable relief is in the public interest. It is hereby:

**ORDERED** that Plaintiffs' Motion for a Preliminary Injunction is **GRANTED**, and Defendants, their respective agents, officers, employees, and successors, and all persons acting in concert with each or any of them, are hereby **ENJOINED** from enforcing during the November, 2022, elections, and any other elections held before final judgment in this case, the provisions of O.C.G.A. § 21-2-414(a) imposing criminal penalties on those who "give, offer to give, or participate in the giving of any money or gifts, including, but not limited to, food and drink, to an elector … [w]ithin 150 feet of the outer edge of any building within which a polling place is established" or "[w]ithin 25 feet of any voter standing in line to vote at any polling place."

IT IS SO ORDERED this the _____ day of _____, 2022.

_____
Hon. J. P. Boulee
United States District Judge
Northern District of Georgia