IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 ) | Master Case No.: |
| _____ ) | 1:21-MI-55555-JPB |
| ASIAN AMERICANS ADVANCING ) | |
| JUSTICE-ATLANTA, et al. ) | |
| ) | |
| Plaintiffs, ) | Civil Action File No.: |
| ) | 1:21-CV-01333-JPB |
| v. ) | |
| ) | |
| BRAD RAFFENSPERGER, in his ) | |
| Official capacity as the Georgia ) | |
| Secretary of State, et al. ) | |
| ) | |
| Defendants. ) | |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, I hereby certify that I served a true and correct copy of Forsyth County Defendants' Objections and Responses to Plaintiffs' First Set of Interrogatories via email to the following counsel of record:

| | |
|---|---|
| Phi Nguyen | Niyati Shah |
| Meredyth L. Yoon | Terry Ao Minnis |
| Laura Murchie | Asian Americans |
| Asian Americans Advancing Justice-Atlanta | Advancing Justice-Aajc |
| 5680 Oakbrook Parkway, Suite 148 | 1620 L Street, NW, Suite 1050 |
| Norcross, Georgia 30093 | Washington, DC 20036 |

1

<div style="columns:2">

pnguyen@advancingjustice-atlanta.org
myoon@advancingjustice-atlanta.org
lmurchie@advancingjustice-atlanta.org

Eileen Ma
Kimberly Leung
Asian Americans Advancing Justice-
Asian Law Caucus
55 Columbus Avenue San Francisco, CA 94111
eileenm@advancingjustice-alc.org
kimberlyl@advancingjustice-alc.org

nshah@advancingjustice-aajc.org
tminnis@advancingjustice-aajc.org

Leo L. Lam
R. Adam Lauridsen
Connie P. Sung
Candice Mai Khanh Nguyen*
Luis G. Hoyos
Rylee Kercher Olm
Keker, Van Nest And Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
llam@keker.com
alauridsen@keker.com
csung@keker.com
cnguyen@keker.com
lhoyos@keker.com
rolm@keker.com

</div>

Respectfully submitted this 26th day of May, 2022.

**JARRARD & DAVIS, LLP**

/s/ *Patrick D. Jaugstetter*
Patrick Jaugstetter
Georgia Bar No. 389680

222 Webb Street
Cumming, Georgia 30040
(678) 455-7150 – telephone
(678) 455-7149 – facsimile
*patrickj@jarrard-davis.com*

*Attorney for Forsyth County Board of Voter Registrations and Elections; the members of the Board and the Elections Director, all in their official capacities ("Forsyth County Defendants")*