IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| THE CONCERNED BLACK CLERGY OF METROPOLITAN ATLANTA, INC., a Georgia nonprofit corporation, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.*,<br><br>    *Defendants*,<br><br>REPUBLICAN NATIONAL COMMITTEE, et al.,<br><br>    *Intervenor-Defendants*. | Civil Action No.: 1:21-CV-01728-JPB |

### CBC PLAINTIFFS' NOTICE OF JOINDER IN GEORGIA NAACP PLAINTIFFS' AND AME PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs The Concerned Black Clergy of Metropolitan Atlanta, Inc.; The Justice Initiative, Inc.; Samuel Dewitt Proctor Conference, Inc.; Mijente, Inc.; Sankofa United Church of Christ Limited; Metropolitan Atlanta Baptist Ministers Union, Inc.; First Congregational Church, United Church of Christ Incorporated; Georgia Latino Alliance for Human Rights, Inc.; Faith in Action Network; Greater Works Ministries Network, Inc.; and Exousia Lighthouse International C.M., Inc.

1

(collectively, "the CBC Plaintiffs") give notice of their Joinder in and Adoption of the Motion for Preliminary Injunction with Brief in Support (ECF No. 171) filed by Plaintiffs Common Cause; Delta Sigma Theta Sorority, Inc.; Galeo Latino Community Development Fund, Inc.; Georgia Adapt; Georgia Advocacy Office; Georgia Coalition for the People's Agenda, Inc.; Georgia Muslim Voter Project; Georgia State Conference of the NAACP; Latino Community Fund of Georgia; League of Women Voters of Georgia, Inc.; Lower Muskogee Creek Tribe; Sixth District of the African Methodist Episcopal Church; Southern Christian Leadership Conference; The Arc of the United States; The Urban League of Greater Atlanta, Inc.; and Women Watch Afrika (collectively, "the AME Plaintiffs" and "the Georgia NAACP Plaintiffs") on May 25, 2022.

**Date: May 26, 2022**                Respectfully submitted,

/s Kurt G. Kastorf

Kurt Kastorf (GA Bar No. 315315)
**KASTORF LAW, LLC**
1387 Iverson Street, N.E., Suite 100
Atlanta, GA 30307
Telephone: 404-900-0330
kurt@kastorflaw.com

Judith Browne Dianis*
Gilda R. Daniels (GA Bar No. 762762)
Miriam R. Nemeth*
Sabrina Khan*
Jess Unger*
Angela A. Groves*
Mahroh Jahangiri*

Megan Porter\*
Marques Banks\*
**ADVANCEMENT PROJECT**
1220 L Street, N.W., Suite 850
Washington, DC 20005
Telephone: (202) 728-9557
Jbrowne@advancementproject.org
Gdaniels@advancementproject.org
Skhan@advancementproject.org
Junger@advancementproject.org

Clifford J. Zatz\*
Justin D. Kingsolver\*
William Tucker\*
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 624-2500
CZatz@crowell.com
JKingsolver@crowell.com
WTucker@crowell.com

Jordan Ludwig\*
**CROWELL & MORING LLP**
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: (213) 443-5524
JLudwig@crowell.com

\*Admitted *pro hac vice*

***Counsel for CBC Plaintiffs***

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using font type of Times New Roman and a point size of 14.

Dated: May 26, 2022                                            */s/ Kurt Kastorf*
                                                                                   Kurt Kastorf
                                                                                   Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2022, I served this document via email to the attorneys of record for the Defendants in the above-captioned litigation.

Dated: May 26, 2022                     */s/ Kurt Kastorf*
                                                                Kurt Kastorf
                                                                Counsel for Plaintiffs