# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| THE NEW GEORGIA PROJECT, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.*,<br><br>*Defendants*,<br><br>REPUBLICAN NATIONAL COMMITTEE, *et al.*,<br><br>*Intervenor-Defendants*. | Civil Action No.: 1:21-cv-01229-JPB |

## NGP PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiffs New Georgia Project, Black Voters Matter Fund, Rise, Inc., Elbert Solomon, Fannie Marie Jackson Gibbs, and Jauan Durbin respectfully move the Court for a preliminary injunction enjoining Defendant Keith Gammage, in his official capacity as the Solicitor General of Fulton County, and Defendant Gregory W. Edwards, in his official capacity as the District Attorney for Dougherty County, from enforcing during the November 2022 elections, and any other elections held before final

judgment in this case, the provisions of O.C.G.A. § 21-2-414(a) that impose criminal penalties on those who "give, offer to give, or participate in the giving of any money or gifts, including, but not limited to, food and drink, to an elector … [w]ithin 150 feet of the outer edge of any building within which a polling place is established" or "[w]ithin 25 feet of any voter standing in line to vote at any polling place."

For the reasons set forth in detail in NGP Plaintiffs' accompanying Brief in Support of Plaintiffs' Motion for Preliminary Injunction, Plaintiffs have established that they are likely to succeed on the merits of their claim that this criminal ban violates the First Amendment by unjustifiably restricting their ability to engage in expressive conduct. Enforcement of this law would irreparably harm Plaintiffs and similar organizations and voters across the State; this harm outweighs any harm Defendants Gammage and Edwards would suffer were the Court to order the relief sought by Plaintiffs; the balance of hardships weighs in Plaintiffs' favor; and a preliminary injunction is in the public interest.

Respectfully submitted this 3rd day of June, 2022,

| | |
|---|---|
| Halsey G. Knapp, Jr.<br>Georgia Bar No. 425320<br>Joyce Gist Lewis<br>Georgia Bar No. 296261<br>Adam M. Sparks<br>Georgia Bar No. 341578<br>KREVOLIN & HORST, LLC<br>1201 W. Peachtree St., NW<br>One Atlantic Center, Suite 3250<br>Atlanta, GA 30309<br>Telephone: (404) 888-9700<br>Facsimile: (404) 888-9577<br>hknapp@khlawfirm.com<br>jlewis@khlwafirm.com<br>sparks@khlawfirm.com | */s/ Uzoma N. Nkwonta*<br>Uzoma N. Nkwonta\*<br>Jyoti Jasrasaria\*<br>Spencer McCandless\*<br>Tina Meng\*<br>Marcos Mocine-McQueen\*<br>Jacob D. Shelly\*<br>ELIAS LAW GROUP LLP<br>10 G St. NE, Suite 600<br>Washington, D.C. 20002<br>Telephone: (202) 968-4490<br>unkwonta@elias.law<br>jjasrasaria@elias.law<br>smccandless@elias.law<br>tmeng@elias.law<br>mmcqueen@elias.law<br>jshelly@elias.law<br><br>\*Admitted *pro hac vice*<br>*Counsel for Plaintiffs* |

**CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using font type of Times New Roman and a point size of 14.

Dated: June 3, 2022                                    */s/ Uzoma N. Nkwonta*
                                                                             *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2022, I electronically filed this document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Dated: June 3, 2022                                    */s/ Uzoma N. Nkwonta*
                                                                             *Counsel for Plaintiffs*