IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No. 1:21-MI-55555-JPB |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF GEORGIA; *et al.*,<br><br>Defendants,<br><br>THE REPUBLICAN NATIONAL COMMITTEE; *et al.*,<br><br>Intervenor-Defendants. | Civil Action No. 1:21-CV-2575-JPB |

**CERTIFICATE OF SERVICE FOR UNITED STATES'
SUBPOENA FOR DOCUMENTS TO ORRICK HERRINGTON &
SUTCLIFFE LLP**

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to LR 5.4(A), NDGa., I hereby certify that (1) on May 6, 2022, I served notice and copies, via electronic mail on counsel for all parties, of the United States' Subpoena to Produce Documents to Orrick Herrington & Sutcliffe LLP ("Orrick Subpoena"); and (2) subsequently on May 6, 2022, I served the Orrick Subpoena on counsel for Orrick Herrington & Sutcliffe LLP.

Respectfully submitted,

*/s/ Jasmyn G. Richardson*

_____

Jasmyn G. Richardson
Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE
Washington, D.C. 20530
Phone: (800) 253-3931
jasmyn.richardson@usdoj.gov

1