# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, *et al.*, <br><br> *Plaintiffs*, <br> v. <br> BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.*, <br><br> *Defendants*, <br><br> REPUBLICAN NATIONAL COMMITTEE, *et al.*, <br><br> *Intervenor-Defendants.* | Civil Action No.: 1:21-cv-01284-JPB |
| GEORGIA STATE CONFERENCE OF THE NAACP, *et al.*, <br><br> *Plaintiffs,* <br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Secretary of State for the State of Georgia, *et al.*, <br><br> *Defendants,* <br><br> REPUBLICAN NATIONAL COMMITTEE, *et al.*, <br><br> *Intervenor-Defendants.* | Civil Action No.: 1:21-cv-01259-JPB |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY**

1

Having considered the Motion to Withdraw as Attorney as to Ilya Feldsherov, **IT IS HEREBY ORDERED** that the Motion is **GRANTED,** and the Clerk is directed to remove Ilya Feldsherov as attorney for Plaintiffs in this case.

IT IS SO ORDERED this the _____ day of _____, 2022.

_____
Hon. J. P. Boulee
United States District Judge
Northern District of Georgia