# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| THE NEW GEORGIA PROJECT, *et al.*, <br><br>   *Plaintiffs,* <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.*, <br><br>   *Defendants,* <br><br> REPUBLICAN NATIONAL COMMITTEE, *et al.*, <br><br>   *Intervenor-Defendants.* | Civil Action No.: 1:21-cv-01229-JPB |
| GEORGIA STATE CONFERENCE OF THE NAACP, *et al.*, <br><br>   *Plaintiffs,* <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Secretary of State for the State of Georgia, *et al.*, <br><br>   *Defendants,* <br><br> REPUBLICAN NATIONAL COMMITTEE, *et al.*, <br><br>   *Intervenor-Defendants.* | Civil Action No.: 1:21-cv-01259-JPB |

| | |
|---|---|
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.*,<br><br>*Defendants*,<br><br>REPUBLICAN NATIONAL COMMITTEE, *et al.*,<br><br>*Intervenor-Defendants*. | Civil Action No.:<br>1:21-cv-01284-JPB |

**STATE DEFENDANTS' REQUEST FOR ORDER ALLOWING ELECTRONIC DEVICES AND AUDIO-VISUAL EQUIPMENT**

State Defendants and State Defendants' counsel move for entry of an Order authorizing their counsel to bring electronic equipment into the Federal Courthouse on Monday, July 18, 2022, for a hearing before the Honorable J.P. Boulee.

Specifically, State Defendants request that Gene C. Schaerr, H. Christopher Bartolomucci, Brian J. Field, and Joshua J. Prince be allowed to bring in the following items as needed:

- laptops;
- iPads;

- iPhones; and

- Cellular phones (personal, which will be turned off in the courtroom).

The basis for this request is that it will enable State Defendants' counsel to present their case clearly, fully, and easily during the hearing. State Defendants' proposed order is attached hereto.

Respectfully submitted this 11th day of July, 2022.

        Christopher M. Carr
        Attorney General
        Georgia Bar No. 112505
        Bryan K. Webb
        Deputy Attorney General
        Georgia Bar No. 743580
        Russell D. Willard
        Senior Assistant Attorney General
        Georgia Bar No. 760280
        Charlene McGowan
        Assistant Attorney General
        Georgia Bar No. 697316
        State Law Department
        40 Capitol Square, S.W.
        Atlanta, Georgia 30334

        Bryan P. Tyson
        Special Assistant Attorney General
        Georgia Bar No. 515411
        btyson@taylorenglish.com
        Bryan F. Jacoutot
        Georgia Bar No. 668272
        bjacoutot@taylorenglish.com
        Loree Anne Paradise
        Georgia Bar No. 382202
        lparadise@taylorenglish.com
        **Taylor English Duma LLP**

        1600 Parkwood Circle
        Suite 200
        Atlanta, GA 30339
        Telephone: (770) 434-6868
        btyson@taylorenglish.com

        */s/Gene C. Schaerr*
        Gene C. Schaerr*
        Special Assistant Attorney General
        Erik Jaffe*
        H. Christopher Bartolomucci*
        Brian J. Field*
        Joshua J. Prince*
        Annika M. Boone*
        **SCHAERR | JAFFE LLP**
        1717 K Street NW, Suite 900
        Washington, DC 20006
        Telephone: (202) 787-1060
        gschaerr@schaerr-jaffe.com

        * Admitted *pro hac vice*

        *Counsel for State Defendants*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), I certify that this document has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Gene C. Schaerr*
Gene C. Schaerr
