UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, *et al.*, | Civil Action No.: 1:21-cv-01284-JPB |
| *Plaintiffs*, v. | |
| BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.*, | |
| *Defendants*, | |
| REPUBLICAN NATIONAL COMMITTEE, *et al.*, | |
| *Intervenor-Defendants*. | |

## ORDER
## ON PLAINTIFFS' SECOND MOTION PERMITTING ELECTRONIC EQUIPMENT IN THE COURTROOM FOR HEARING ON MOTION FOR PRELIMINARY INJUNCTION

THIS MATTER comes before this Court on Plaintiffs' Motion Permitting Electronic Equipment in the Courtroom for Hearing on Motion for Preliminary Injunction.

**IT IS HEREBY ORDERED** that:

1. On behalf of Plaintiffs, the following individuals have permission to enter the courthouse building with laptops and cellular telephones that may contain cameras, including iPhones, Androids, or other smart phones/personal digital

1

assistants (PDAs), external hard drives, mice, presentation remotes, adapters, tech table, HDMI signal switch, and related peripherals: Sophia Lin Lakin, Davin Rosborough, Jonathan Topaz, Elizabeth Baggott, Brett Schratz, Rahul Garabadu, Leah Aden, John Cusick, Rick Rozos, George Varghese, Tania Faransso, Arjun Jaikumar, Jackson Frazier, Leighton Crawford, Aneesh Sood, Mikayla Foster, Lenise Jennings, Pichaya Poy Winichakul, Adam Sieff, Brittni Hamilton, Rhonda Briggins, and Dwight Brower.

    2.    Proper identification will be required upon entering the security station on Plaza Level or Lower Plaza Level.

This Order shall be effective on July 18, 2022.

SO ORDERED this the  15th  day of July, 2022.

 

Honorable J. P. Boulee
UNITED STATES DISTRICT JUDGE