# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| THE CONCERNED BLACK CLERGY OF METROPOLITAN ATLANTA, INC., a Georgia nonprofit corporation, *et al.*, <br><br>*Plaintiffs*, <br><br>v. <br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.*, <br><br>*Defendants*, <br><br>REPUBLICAN NATIONAL COMMITTEE, et al., <br><br>*Intervenor-Defendants*. | Civil Action No.: 1:21-CV-01728-JPB |

## PLAINTIFFS' MOTION FOR AN ORDER PERMITTING ELECTRONIC EQUIPMENT IN THE COURTROOM FOR HEARING ON MOTION FOR PRELIMINARY INJUNCTION

1

Plaintiffs The Concerned Black Clergy of Metropolitan Atlanta, Inc., The Justice Initiative, Inc., Samuel Dewitt Proctor Conference, Inc., Mijente, Inc., Sankofa United Church of Christ Limited, Metropolitan Atlanta Baptist Ministers Union, Inc., First Congregational Church, United Church of Christ Incorporated, Georgia Latino Alliance for Human Rights, Inc., Faith in Action Network, Greater Works Ministries Network, Inc., and Exousia Lighthouse International C.M., Inc. (collectively, "Plaintiffs" or "CBC Plaintiffs") respectfully request that the following individuals be permitted to enter the courthouse building for the hearing on the Motion for Preliminary Injunction set for July 18, 2022 before Judge J.P. Boulee in Court Room 2142 with laptops and cellular telephones that may contain cameras, including iPhones, Androids, or other smart phones/personal digital assistants (PDAs), mice, tech cable, and related peripherals: Miriam Nemeth, Jess Unger, and Clifford Zatz.

Accordingly, Plaintiffs respectfully request that the Court enter an Order permitting entry to the courthouse building with the above electronics. For the Court's use and convenience, a proposed Order is attached.

**Date: July 15, 2022**               Respectfully submitted,

*/s/ Jess Unger*
Judith Browne Dianis*
Gilda R. Daniels (GA Bar No. 762762)
Miriam R. Nemeth*
Jess Unger*
Angela A. Groves*
Mahroh Jahangiri*
Megan Porter*
Marques Banks*
**ADVANCEMENT PROJECT**
1220 L Street, N.W., Suite 850
Washington, DC 20005
Telephone: (202) 728-9557
Jbrowne@advancementproject.org
Gdaniels@advancementproject.org
Mnemeth@advancementproject.org
Junger@advancementproject.org
Agroves@advancementproject.org
Mjahangiri@advancementproject.org
Mporter@advancementproject.org
Mbanks@advancementproject.org

Clifford J. Zatz*
Justin D. Kingsolver*
William Tucker*
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 624-2500
CZatz@crowell.com
JKingsolver@crowell.com
WTucker@crowell.com

Jordan Ludwig*
**CROWELL & MORING LLP**

515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: (213) 443-5524
JLudwig@crowell.com

Kurt Kastorf (GA Bar No. 315315)
**KASTORF LAW, LLC**
1387 Iverson Street, N.E., Suite 100
Atlanta, GA 30307
Telephone: 404-900-0330
kurt@kastorflaw.com

*Admitted *pro hac vice*

*Counsel for CBC Plaintiffs*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using font type of Times New Roman and a point size of 14.

Dated: July 15, 2022          */s/ Jess Unger*
                              Jess Unger
                              Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2022, I served this document with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel or parties of record on the service list.

Dated: July 15, 2022                           */s/ Jess Unger*
                                               Jess Unger
                                               Counsel for Plaintiffs

.