IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No. 1:21-MI-55555-JPB |

**JOINT STATUS REPORT**

The United States and the State Defendants submit this joint status report pursuant to the Court's July 19, 2022, order. *See* Docket Entry dated July 19, 2022. Counsel for the United States, counsel for the State Defendants, and several staff from the Department of Driver Services (DDS) met by telephone conference on July 19 to discuss further the scope and mechanics of the State's production of data in response to Request for Production # 6. On July 22, the State provided the United States with a proposed list of fields they intend to produce from the DDS databases. The State anticipates producing the files from the DDS databases to the United States by August 5, 2022.

The State has requested a protective order regarding the DDS data, separate from the protective order already entered in this case (*see* Dkt. No. 106, Order Granting Mot. for Protective Order, Feb. 22, 2022). The parties expect to file a motion for entry of a proposed protective order specific to the DDS data with the Court by August 1, 2022.

Date: July 25, 2022

Respectfully submitted,

RYAN K. BUCHANAN
United States Attorney
Northern District of Georgia

*/s/ Aileen Bell Hughes*
Aileen Bell Hughes
Georgia Bar No. 375505
Assistant U.S. Attorney
Office of the United States Attorney
600 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303
Phone: (404) 581-6000
Fax: (404) 581-6181

JOHNATHAN SMITH
Acting Principal Deputy Assistant
Attorney General
Civil Rights Division

REBECCA B. BOND
Acting Deputy Assistant Attorney
General
Civil Rights Division

*/s/ Maura Eileen O'Connor*
T. Christian Herren, Jr.
John A. Russ IV
Jasmyn G. Richardson
Elizabeth M. Ryan
Rachel R. Evans
Sejal Jhaveri
Ernest A. McFarland
Maura Eileen O'Connor
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE
Washington, D.C. 20530
Phone: (800) 253-3931
Fax: (202) 307-3961
Eileen.O'Connor2@usdoj.gov

Christopher M. Carr
Attorney General
Georgia Bar No. 112505

Bryan K. Webb
Deputy Attorney General
Georgia Bar No. 743580
Russell D. Willard
Senior Assistant Attorney General
Georgia Bar No. 760280
Charlene McGowan
Assistant Attorney General
Georgia Bar No. 697316
**State Law Department**
40 Capitol Square, S.W.
Atlanta, Georgia 30334

*/s/ Gene C. Schaerr*
Gene C. Schaerr*
Special Assistant Attorney General
Erik Jaffe*
H. Christopher Bartolomucci*
Brian J. Field*
Joshua J. Prince*
**SCHAERR | JAFFE LLP**
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com
**Admitted pro hac vice*

Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com
**Taylor English Duma LLP**

3

                                                        1600 Parkwood Circle
                                                        Suite 200
                                                       Atlanta, Georgia 30339
                                                       (678) 336-7249

                                                       *Counsel for State Defendants*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(D)

Pursuant to Local Rule 7.1(D), I certify that the foregoing document was prepared in Times New Roman 14-point font in compliance with Local Rule 5.1(C).

                                              */s/ Maura Eileen O'Connor*
                                              Maura Eileen O'Connor
                                              Attorney, Voting Section
                                              Civil Rights Division
                                              U.S. Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2022, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send notification of this filing to counsel of record.

>*/s/ Maura Eileen O'Connor*
>Maura Eileen O'Connor
>Attorney, Voting Section
>Civil Rights Division
>U.S. Department of Justice