IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE GEORGIA SENATE BILL 202 | Master Case No. 1:21-MI-55555-JPB |
|---|---|

## SCHEDULING ORDER

After reviewing the Joint Motion to Adjust the February 1, 2022 Scheduling Order, filed by Consolidated Plaintiffs, State Defendants, and Defendant-Intervenors, the Court orders the following adjustments to the schedule in this case. Experts reports will no longer be due in September or October 2022 in this case.

| Event | Joint Proposal |
|---|---|
| Document and data production, other than relating to the November and December elections, and not involving ongoing discovery disputes[1] | November 21, 2022 |
| Document and data discovery production relating to the November and December elections, for requests made by November 22, 2022, not involving ongoing discovery disputes[2] | December 22, 2022 |

---

[1] This deadline applies to Requests for Production and subpoenas duces tecum served by October 15, 2022.

[2] The Secretary of State shall provide all available data relating to the November general election by the December 22 deadline, including copies of the State voter file for those elections, including cancelled, inactive, pending and rejected voters, and the 2022 REAP file and data files relating to turnout, absentee voting, waiting time

| Event | Joint Proposal |
|---|---|
| Plaintiffs' expert report deadline | January 13, 2023 |
| Defendants' and Defendant-Intervenors' expert report deadline | January 31, 2023 |
| Plaintiffs' expert sur-rebuttal report deadline | Feb. 17, 2023 |
| Depositions of experts | Feb. 22-Mar. 17, 2023 |
| Close of discovery | March 17, 2023 |
| Motions for summary judgment | April 20, 2023 |
| Oppositions to MSJ | May 22, 2023 |
| Reply ISO MSJ | June 12, 2023 |

**SO ORDERED** this 14th day of September, 2022.

_____
J. P. BOULEE
United States District Judge

---

reports, and provisional voting. In the event of a statewide runoff, the Secretary of State shall endeavor to provide available data such as the State voter file for the December runoff by December 22 and the remaining requested data and documents by January 4, 2023. If not all data is available by January 4, the parties will work cooperatively to adjust the schedule by no more than two weeks. This deadline does not preclude parties from propounding discovery requests or subpoenas duces tecum to any party or third party after November 21, 2022 relating to the November general and December runoff elections or to any other relevant matter that may call for the production of documents. If any such documents are produced after January 4, 2023, experts may rely on them in their subsequent reports.