IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No. 1:21-MI-55555-JPB |
| UNITED STATES OF AMERICA, Plaintiff, v. THE STATE OF GEORGIA; *et al.*, Defendants, THE REPUBLICAN NATIONAL COMMITTEE; *et al.*, Intervenor-Defendants. | Civil Action No. 1:21-CV-2575-JPB |

## CERTIFICATE OF SERVICE FOR UNITED STATES' PRODUCTION OF DOCUMENTS

Pursuant to LR 5.4(A), NDGa., I hereby certify that on September 15 and 16, 2022 the United States produced to State Defendants and Intervenor Defendants documents responsive to State Defendants' First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission.

Respectfully submitted,

/s/ Elizabeth M. Ryan

Elizabeth M. Ryan
Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Rm. 8.1138
Washington, D.C. 20530
Phone: (800) 253-3931
Fax: (202) 207-3961
elizabeth.ryan@usdoj.gov