# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| THE NEW GEORGIA PROJECT, *et al.*, <br><br> *Plaintiffs,* <br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.*, <br><br> *Defendants,* <br><br> REPUBLICAN NATIONAL COMMITTEE, *et al.*, <br><br> *Intervenor-Defendants.* | Civil Action No.: 1:21-cv-01229-JPB |

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, the members of the Spalding County Board of Elections and Voter Registration in their official capacities (the "Spalding County Defendants"), by and through their counsel of record, hereby certify that on October 3, 2022, documents responsive to Spalding County Defendants' Supplemental Responses to Plaintiffs' First Requests for Production were served via email upon all counsel of record in this matter.

This 3rd day of October, 2022.

1

**BECK, OWEN & MURRAY**

/s/ Karl P. Broder_____
Karl P. Broder
Georgia Bar No. 185273

| | |
|---|---|
| Address: | One Griffin Center, Suite 600 |
| | 100 South Hill Street |
| | Griffin, Georgia 30223 |
| Phone: | (770) 227-4000 |
| Fax: | (770) 229-8524 |
| Email: | kbroder@beckowen.com |

*Counsel for members of the Spalding County Board of Elections and Voter Registration in their official capacities*

<u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that the foregoing has been prepared in accordance with the font type and margin requirements ser forth in Local Rule 5.1, using Century Schoolbook font and 13-point type.

This 3rd day of October, 2022.

**BECK, OWEN & MURRAY**

/s/ Karl P. Broder_____
Karl P. Broder
Georgia Bar No. 185273


| | |
|---|---|
| Address: | One Griffin Center, Suite 600 |
| | 100 South Hill Street |
| | Griffin, Georgia 30223 |
| Phone: | (770) 227-4000 |
| Fax: | (770) 229-8524 |
| Email: | kbroder@beckowen.com |

CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

This 3rd day of October, 2022.

**BECK, OWEN & MURRAY**

/s/ Karl P. Broder
Karl P. Broder
Georgia Bar No. 185273

| Address: | One Griffin Center, Suite 600 |
|----------|-------------------------------|
|          | 100 South Hill Street         |
|          | Griffin, Georgia 30223        |
| Phone:   | (770) 227-4000                |
| Fax:     | (770) 229-8524                |
| Email:   | kbroder@beckowen.com          |