IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |

**NON-PARTY LAWMAKERS' MOTION TO QUASH SUBPOENAS**

COME NOW, the non-party Lawmakers[1] identified in the footnote below (hereinafter "Lawmakers") and file this, their Motion to Quash Subpoenas as to the deposition and documents subpoenas served on the Lawmakers by the Plaintiffs and incorporated herein by reference on the grounds that the evidence sought is barred by the doctrine of legislative privilege and for other good cause shown, as set forth in the Non-Party Lawmaker's Brief in Support of this Motion, which is filed contemporaneously herewith and in support hereof.

---

[1] The non-party Lawmakers who received both deposition and document subpoenas from Plaintiffs are: Senators Max Burns, Mike Dugan, Steve Gooch, Butch Miller, Jeff Mullis, Randy Robertson, and Brian Strickland; Representatives Shaw Blackmon, Barry Fleming, Jan Jones, Chuck Martin, Alan Powell, David Ralston, and Bonnie Rich; Lieutenant Governor Geoff Duncan; and former Senator William Ligon. The non-party Lawmakers who received document subpoenas only are Senators Dean Burke, Jason Anivitarte, Bo Hatchett, John Kennedy, and Blake Tillery; Representatives Buddy DeLoach, Houston Gaines, Lynn Smith, and Rick Williams; and Former Senator Bill Heath (collectively, the "Lawmakers").

WHEREFORE, the non-Party Lawmakers pray that this Court enter an Order quashing Plaintiffs' deposition subpoenas outright and quashing or limiting Plaintiffs' document subpoenas to the documents already produced by Lawmakers.

Respectfully submitted this 5th day of October, 2022.

/s/ Alex Khoury
Alex Khoury
Special Assistant Legislative Counsel
SMITH, GAMBRELL & RUSSELL, LLP
Georgia Bar No. 416978
Attorney for the Lawmakers
1105 West Peachtree Street NE
Suite 1000
Atlanta, Georgia 30309
(404) 815-3526 – telephone
(404) 685-6826 – facsimile
akhoury@sgrlaw.com

## CERTIFCATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), I hereby certify that the forgoing motion has been prepared in Time New Roman 14, a font and type selection approved by the Court in L.R. 5.1(C).

/s/ Alex Khoury
Alex Khoury
Special Assistant Legislative Counsel
SMITH, GAMBRELL & RUSSELL, LLP
Georgia Bar No. 416978
Attorney for the Lawmakers
1105 West Peachtree Street NE
Suite 1000
Atlanta, Georgia 30309
(404) 815-3526 – telephone
(404) 685-6826 – facsimile
akhoury@sgrlaw.com

SGR/41279590.1

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.:<br>1:21-MI-55555-JPB |

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2022, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send notification of this filing to counsel of record.

    /s/ Alex Khoury_____
Alex Khoury
Special Assistant Legislative Counsel
SMITH, GAMBRELL & RUSSELL, LLP
Georgia Bar No. 416978
Attorney for the Lawmakers
1105 West Peachtree Street NE
Suite 1000
Atlanta, Georgia 30309
(404) 815-3526 – telephone
(404) 685-6826 – facsimile
akhoury@sgrlaw.com