IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No. 1:21-MI-55555-JPB |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF GEORGIA; *et al.*,<br><br>Defendants,<br><br>THE REPUBLICAN NATIONAL COMMITTEE; *et al.*,<br><br>Intervenor-Defendants. | Civil Action No. 1:21-CV-2575-JPB |

**CERTIFICATE OF SERVICE FOR UNITED STATES'
REQUEST FOR PRODUCTION OF DOCUMENTS TO STATE
DEFENDANTS**

Pursuant to LR 5.4(A), NDGa., I hereby certify that on October 14, 2022, I served on State Defendants the United States' Requests for Production of Documents.

Respectfully submitted,

/s/ *Elizabeth M. Ryan*

Elizabeth M. Ryan
Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Rm. 8.1138
Washington, D.C. 20530
Phone: (800) 253-3931
Fax: (202) 207-3961
elizabeth.ryan@usdoj.gov

1