IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| GEORGIA STATE CONFERENCE OF THE NAACP, ET AL.<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL. | Civil Action No. 1:21-cv-1259-JPB |

**CERTIFICATE OF SERVICE OF GEORGIA NAACP PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION TO <u>GWINNETT COUNTY DEFENDANTS</u>**

Pursuant to LR 5.4(A), NDGa., I hereby certify that I served Georgia NAACP Plaintiffs'[1] Second Set of Requests for Production to Gwinnett County Defendants to counsel for all parties by electronic mail on October 14, 2022.

---

[1] The Georgia NAACP Plaintiffs are the plaintiffs in *Georgia State Conference of the NAACP et al. v. Raffensperger et al.*, No. 1:21-cv-01259 (N.D. Ga.), i.e., Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, Inc., League of Women Voters of Georgia, Inc., GALEO Latino Community Development Fund, Inc., Common Cause, and Lower Muskogee Creek Tribe.

2

| | | |
|---|---|---|
| Dated: October 17, 2022 | By: | */s/ Ethan M. Thomas* |

                                        Ethan M. Thomas (*pro hac vice*)
                                      EThomas@fenwick.com
                                      FENWICK & WEST LLP
                                      555 California Street
                                      San Francisco, CA  94104
                                      Telephone:     415.875.2300

*Attorneys for Plaintiffs Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, Inc., League of Women Voters of Georgia, Inc., GALEO Latino Community Development Fund, Inc., Common Cause, and Lower Muskogee Creek Tribe*