# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| GEORGIA STATE CONFERENCE OF THE NAACP, ET AL.<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL. | Civil Action No. 1:21-cv-1259-JPB |

## CERTIFICATE OF SERVICE OF GEORGIA NAACP PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION TO <u>FULTON COUNTY DEFENDANTS</u>

Pursuant to LR 5.4(A), NDGa., I hereby certify that I served Georgia NAACP Plaintiffs'[1] Second Set of Requests for Production to Fulton County Defendants to counsel for all parties by electronic mail on October 14, 2022.

---

[1] The Georgia NAACP Plaintiffs are the plaintiffs in *Georgia State Conference of the NAACP et al. v. Raffensperger et al.*, No. 1:21-cv-01259 (N.D. Ga.), i.e., Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, Inc., League of Women Voters of Georgia, Inc., GALEO Latino Community Development Fund, Inc., Common Cause, and Lower Muskogee Creek Tribe.

Dated: October 17, 2022

By:   */s/ Ethan M. Thomas*

Ethan M. Thomas (*pro hac vice*)
*EThomas@fenwick.com*
FENWICK & WEST LLP
555 California Street
San Francisco, CA 94104
Telephone:    415.875.2300

*Attorneys for Plaintiffs Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, Inc., League of Women Voters of Georgia, Inc., GALEO Latino Community Development Fund, Inc., Common Cause, and Lower Muskogee Creek Tribe*

2