IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No. 1:21-MI-55555-JPB |

### CERTIFICATE OF SERVICE FOR CONSOLIDATED PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO STATE DEFENDANTS

Pursuant to LR 5.4(A), NDGa., I hereby certify that on October 15, 2022, I served on State Defendants the Consolidated Plaintiffs' Second Set of Requests for Production of Documents.

Respectfully submitted,

*/s/ Vilia B. Hayes*
Vilia B. Hayes
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
Phone:  (212) 837-6839
Fax:  (212) 299-6839
vilia.hayes@hugheshubbard.com

103670446_1