**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
GEORGIA ATLANTA DIVISION**

| | |
|---|---|
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, et al.<br><br>v.<br><br>BRIAN KEMP, et al. | Civil Action No.: 1:21-CV-01284-JPB |
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |

## LR 5.4 CERTIFICATE OF SERVICE

This is to certify that Pursuant to Local Rule 5.4, a copy of this Certificate of Service was this day electronically filed with the Clerk of Court and served upon all counsel of record who are participants in the Court's CM/ECF System, and that a copy of **RICHMOND COUNTY DEFENDANTS' SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION TO RICHMOND COUNTY DEFENDANTS** was served via electronic mail as follows:

Nancy G. Abudu (Bar 001471)
nancy.abudu@splcenter.org
Pichaya Poy Winichakul (Bar 246858)
poy.winichakul@splcenter.org
SOUTHERN POVERTY LAW CENTER
P.O. Box 1287
Decatur, Georgia 30031-1287
Telephone: (404) 521-6700
Facsimile: (404) 221-5857

Sophia Lin Lakin
slakin@aclu.org
Davin M. Rosborough
drosborough@aclu.org
Dale E. Ho
dho@aclu.org
Jonathan Topaz
jtopaz@aclu.org
ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
Telephone: (212) 519-7836
Facsimile: (212) 549-2539

Matthew Jedreski
mjedreski@dwt.com
Grace Thompson
gracethompson@dwt.com
Brittni Hamilton
brittnihamilton@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

Sean J. Young (Bar 790399)
syoung@acluga.org
Rahul Garabadu (Bar 553777)
rgarabadu@acluga.org
ACLU FOUNDATION OF GEORGIA, INC.
P.O. Box 77208
Atlanta, Georgia 30357
Telephone: (678) 981-5295
Facsimile: (770) 303-0060

Susan P. Mizner
smizner@aclu.org
ACLU FOUNDATION, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0781

Brian Dimmick
bdimmick@aclu.org
ACLU FOUNDATION, INC.
915 15th Street NW
Washington, D.C. 20005
Telephone: (202) 731-2395

David M. Gossett
davidgossett@dwt.com
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500
Washington, D.C. 20005-7048
Telephone: (202) 973-4288
Facsimile: (202) 973-4499
Attorneys for Plaintiffs Georgia Muslim Voter Project, Women Watch Afrika, Latino Community Fund Georgia, and The Arc of the United States

Bryan L. Sells (Bar 635562)
bryan@bryansellslaw.com
THE LAW OFFICE OF BRYAN SELLS, LLC
PO Box 5493
Atlanta, Georgia 31107
Telephone: (404) 480-4212

Jon Greenbaum
jgreenbaum@lawyerscommittee.org
Ezra D. Rosenberg
erosenberg@lawyerscommittee.org
Julie M. Houk
jhouk@lawyerscommittee.org
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857

Leah C. Aden
laden@naacpldf.org
John S. Cusick
jcusick@naacpldf.org
NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, New York 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592

Debo P. Adegbile
debo.adegbile@wilmerhale.com
Ilya Feldsherov
ilya.feldsherov@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

George P. Varghese
george.varghese@wilmerhale.com
Stephanie Lin
stephanie.lin@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Vilia B. Hayes
vilia.hayes@hugheshubbard.com
Neil Oxford
neil.oxford@hugheshubbard.com
Gregory Farrell
gregory.farrell@hugheshubbard.com
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
*Attorneys for Plaintiffs Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, Inc., League of Women Voters of Georgia, Inc., GALEO Latino Community Development Fund, Inc., Common Cause, and Lower Muskogee Creek Tribe*

Uzoma N. Nkwonta
unkwonta@elias.law
Jacob D. Shelly
jshelly@elias.law
Jyoti Jasrasaria
jjasrasaria@elias.law
Tina Meng
tmeng@elias.law
Marcos Mocine-McQueen
mmcqueen@elias.law
Spencer McCandless
smccandless@elias.law
ELIAS LAW GROUP LLP
10 G St. NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490

Tania Faransso
tania.faransso@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Nana Wilberforce
nana.wilberforce@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400
Attorneys for Plaintiffs Sixth District of the African Methodist Episcopal Church, Delta Sigma Theta Sorority, Georgia ADAPT, Georgia Advocacy Office, and Southern Christian Leadership Conference

Halsey G. Knapp, Jr. (Bar 425320)
hknapp@khlawfirm.com
Joyce Gist Lewis (Bar 296261)
jlewis@khlawfirm.com
Adam M. Sparks (Bar 341578)
sparks@khlawfirm.com
KREVOLIN & HORST, LLC
1201 W. Peachtree St., NW
One Atlantic Center, Suite 3250
Atlanta, GA 30309
Telephone: (404) 888-9700
Facsimile: (404) 888-9577
Attorneys for The New Georgia Project, Black Voters Matter Fund, Rise, Inc., Elbert Solomon, Fannie Marie Jackson Gibbs, and Jauan Durbin

Eileen Ma
eileenm@advancingjustice-alc.org
Kimberly Leung
kimberlyl@advancingjustice-alc.org
ASIAN AMERICANS ADVANCING JUSTICE-ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, CA 94111
Telephone: (415) 896-1701
Facsimile: (415) 896-1702

Phi Nguyen (Bar 578019)
pnguyen@advancingjustice-atlanta.org
Meredyth L. Yoon (Bar 204566)
myoon@advancingjustice-atlanta.org
Laura Murchie
lmurchie@advancingjustice-atlanta.org
ASIAN AMERICANS ADVANCING JUSTICE-ATLANTA
5680 Oakbrook Parkway, Suite 148
Norcross, Georgia 30093
Telephone: (404) 585-8446
Facsimile: (404) 890-5690

Adam S. Sieff
adamsieff@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899

T. CHRISTIAN HERREN, JR.
JOHN A. RUSS IV
JASMYN G. RICHARDSON
RACHEL R. EVANS
SEJAL JHAVERI
ERNEST A. MCFARLAND
MAURA EILEEN O'CONNOR
ELIZABETH M. RYAN
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.923
Washington, D.C. 20530
Phone: (800) 253-3931
Fax: (202) 307-3961
john.russ@usdoj.gov
elizabeth.ryan@usdoj.gov
jasmyn.richardson@usdoj.gov

Niyati Shah
nshah@advancingjustice-aajc.org
Terry Ao Minnis°
tminnis@advancingjustice-aajc.org
ASIAN AMERICANS ADVANCING
JUSTICE-AAJC
1620 L Street, NW, Suite 1050
Washington, DC 20036
Telephone: (202) 815-1098
Facsimile: (202) 296-2318

Leo L. Lam
llam@keker.com
R. Adam Lauridsen
alauridsen@keker.com
Connie P. Sung
csung@keker.com
Candice Mai Khanh Nguyen
cnguyen@keker.com
Luis G. Hoyos lhoyos@keker.com

This is to further certify that the foregoing document was prepared using 14 point Times New Roman Font.

        Respectfully submitted this 17th day of October, 2022.

                                         /s/ Rachel N. Mack
                                         Rachel N. Mack
                                         Georgia Bar No. 104990
                                         rmack@augustaga.gov

                                         ***Attorney for Richmond County Defendants***

Augusta-Richmond County
535 Telfair Street, Building 3000
Augusta, Georgia 30909
706-842-5550
706-842-5555 (Facsimile)