IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No. 1:21-MI-55555-JPB |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF GEORGIA; *et al.*,<br><br>Defendants,<br><br>THE REPUBLICAN NATIONAL COMMITTEE; *et al.*,<br><br>Intervenor-Defendants. | Civil Action No. 1:21-CV-2575-JPB |

**CERTIFICATE OF SERVICE FOR UNITED STATES' SECOND SUBPOENA FOR DOCUMENTS AND RECORDS TO LYNN BAILEY**

Pursuant to Local Rules 5.4 and 26.3(A), NDGa., I hereby certify that on October 14, 2022, I served notice and a copy, via electronic mail and on counsel for all parties, of the United States' Second Subpoena for Documents and Records to Lynn Bailey. Subsequently, on October 14, 2022, I served the United States' Second Subpoena for Documents and Records to Lynn Bailey, via electronic mail,

1

on counsel Bryan Tyson.

        Respectfully submitted,

        */s/ Jasmyn G. Richardson*

        Jasmyn G. Richardson
        Attorney, Voting Section
        Civil Rights Division
        U.S. Department of Justice
        4 Constitution Square
        150 M Street NE
        Washington, D.C. 20530
        Phone: (800) 253-3931
        jasmyn.richardson@usdoj.gov

## CERTIFICATE OF SERVICE AND COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that on October 17, 2022, I electronically filed the foregoing United States' Rule 5.4 Notice of Service of Discovery, which has been prepared using 14-point Times New Roman Font, with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 17th day of October, 2022.

/s/ Jasmyn G. Richardson

Jasmyn G. Richardson
Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE
Washington, D.C. 20530
Phone: (800) 253-3931
jasmyn.richardson@usdoj.gov