# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | MASTER CASE No.: 1:21-MI-55555-JPB |
| THE NEW GEORGIA PROJECT, et al., *Plaintiffs,* v. BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.,* *Defendants,* REPUBLICAN NATIONAL COMMITTEE, *et al.,* *Intervenor-Defendants.* | Civil Action No.: 1:21-cv-01229-JPB |

## PLAINTIFFS' RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to LR 5.4 and 26.3(A), NDGa, undersigned counsel hereby certify that on May 10, 2022 and October 7, 2022, they caused Plaintiffs in the above-captioned case to serve the following document productions in response to requests for production via secure file transfer links upon counsel for all parties in this matter:

1. Production on behalf of Plaintiff New Georgia Project, Bates stamped NGP_0000001 - NGP_0000072 (May 10, 2022);

2. Production on behalf of Plaintiff Black Voters Matter Fund, Bates stamped NGP_BVMF0000001 - NGP_BVMF0000041 (May 10, 2022);

3. Production on behalf of Plaintiff Fannie Marie Jackson Gibbs, which is Bates stamped NGP_Gibbs0000001 - NGP_Gibbs0000174 (May 10, 2022);

4. Production on behalf of Plaintiff Jauan Durbin, Bates stamped NGP_Durbin0000001 - NGP_Durbin0000017 (May 10, 2022);

5. Production on behalf of Plaintiff New Georgia Project, Bates stamped NGP_0000073 - NGP_0004507 (October 7, 2022);

6. Production on behalf of Plaintiff Black Voters Matter Fund, Bates stamped NGP_BVMF0000042 - NGP_BVMF0001396 (October 7, 2022);

7. Production on behalf of Plaintiff Rise, Bates stamped NGP_Rise0000001 - NGP_Rise0000265 (October 7, 2022); and

8. Production on behalf of Plaintiff Fannie Marie Jackson Gibbs, Bates stamped NGP_Gibbs0000175 - NGP_Gibbs0000443 (October 7, 2022).

[signature on following page]

Dated: October 18th, 2022

Respectfully submitted,

**/s/ Adam M. Sparks**
Halsey G. Knapp, Jr.
Georgia Bar No. 425320
Joyce Gist Lewis
Georgia Bar No. 296261
Adam M. Sparks
Georgia Bar No. 341578
**KREVOLIN & HORST, LLC**
1201 W. Peachtree St., NW
One Atlantic Center, Suite 3250
Atlanta, GA 30309
Telephone: (404) 888-9700
Facsimile: (404) 888-9577
hknapp@khlawfirm.com
jlewis@khlwafirm.com
sparks@khlawfirm.com

**/s/ Uzoma N. Nkwonta**
Uzoma N. Nkwonta*
Jacob D. Shelly*
Jyoti Jasrasaria*
Tina Meng*
Spencer Klein*
Marcos Mocine-McQueen*
**ELIAS LAW GROUP LLP**
10 G St. NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
unkwonta@elias.law
jshelly@elias.law
jjasrasaria@elias.law
tmeng@elias.law
sklein@elias.law
mmcqueen@elias.law
*Admitted *pro hac vice*
*Counsel for Plaintiffs*

## CERTIFICATE OF COMPLIANCE AND SERVICE

I hereby certify that I have on this date electronically filed the foregoing **PLAINTIFFS' RULE 5.4 CERTIFICATE OF SERVICE**, which has been prepared using 14-point Times New Roman Font and otherwise complies with the formatting and legibility requirements of LR 5.1, NDGa, with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record.

Dated: October 18th, 2022

**Adam M. Sparks**
*Counsel for Plaintiffs*