# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | MASTER CASE No.: 1:21-MI-55555-JPB |
| THE NEW GEORGIA PROJECT, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.,* <br><br> *Defendants,* <br><br> REPUBLICAN NATIONAL COMMITTEE, *et al.,* <br><br> *Intervenor-Defendants.* | Civil Action No.: 1:21-cv-01229-JPB |

## PLAINTIFFS' AMENDED RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to LR 5.4 and 26.3(A), NDGa, undersigned counsel hereby certify that on October 14, 2022, they caused Plaintiffs in the above-captioned case to serve the following via electronic mail upon counsel for all parties in this matter:

1. NGP Plaintiffs' Second Set of Requests for Production of Documents to State Defendants;

1

2. NGP Plaintiffs' Second Set of Requests for Production of Documents to Defendants-Intervenors;

3. NGP Plaintiffs' First Set of Requests for Production to Keith Gammage; and

4. NGP Plaintiffs' First Set of Requests for Production to Gregory W. Edwards.

Dated: October 18th, 2022                     Respectfully submitted,

**/s/ Adam M. Sparks**                        **/s/ Uzoma N. Nkwonta**
Halsey G. Knapp, Jr.                          Uzoma N. Nkwonta*
Georgia Bar No. 425320                        Jacob D. Shelly*
Joyce Gist Lewis                              Jyoti Jasrasaria*
Georgia Bar No. 296261                        Tina Meng*
Adam M. Sparks                                Spencer Klein*
Georgia Bar No. 341578                        Marcos Mocine-McQueen*
**KREVOLIN & HORST, LLC**                     **ELIAS LAW GROUP LLP**
1201 W. Peachtree St., NW                     10 G St. NE, Suite 600
One Atlantic Center, Suite 3250               Washington, D.C. 20002
Atlanta, GA 30309                             Telephone: (202) 968-4490
Telephone: (404) 888-9700                     unkwonta@elias.law
Facsimile: (404) 888-9577                     jshelly@elias.law
hknapp@khlawfirm.com                          jjasrasaria@elias.law
jlewis@khlwafirm.com                          tmeng@elias.law
sparks@khlawfirm.com                          sklein@elias.law
                                              mmcqueen@elias.law
                                              *Admitted *pro hac vice*
                                              *Counsel for Plaintiffs*

2

## **CERTIFICATE OF COMPLIANCE AND SERVICE**

I hereby certify that I have on this date electronically filed the foregoing **PLAINTIFFS' AMENDED RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY**, which has been prepared using 14-point Times New Roman Font and otherwise complies with the formatting and legibility requirements of LR 5.1, NDGa, with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record.

Dated: October 18th, 2022

**Adam M. Sparks**
*Counsel for Plaintiffs*