# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| IN RE GEORGIA SENATE BILL 202 | MASTER CASE No.: 1:21-MI-55555-JPB |
|---|---|

### PLAINTIFFS' AMENDED RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to LR 5.4 and 26.3(A), NDGa, undersigned counsel hereby certify that on October 15, 2022, they caused Plaintiffs in the consolidated above-captioned case to serve via electronic mail upon counsel for all parties in this matter Consolidated Plaintiffs' Third Set of Requests for Production of Documents to State Defendants.

[signatures on following page]

Dated: October 18th, 2022	Respectfully submitted,

**/s/ Adam M. Sparks**	**/s/ Uzoma N. Nkwonta**
Halsey G. Knapp, Jr.	Uzoma N. Nkwonta*
Georgia Bar No. 425320	Jacob D. Shelly*
Joyce Gist Lewis	Jyoti Jasrasaria*
Georgia Bar No. 296261	Tina Meng*
Adam M. Sparks	Spencer Klein*
Georgia Bar No. 341578	Marcos Mocine-McQueen*
**KREVOLIN & HORST, LLC**	**ELIAS LAW GROUP LLP**
1201 W. Peachtree St., NW	10 G St. NE, Suite 600
One Atlantic Center, Suite 3250	Washington, D.C. 20002
Atlanta, GA 30309	Telephone: (202) 968-4490
Telephone: (404) 888-9700	unkwonta@elias.law
Facsimile: (404) 888-9577	jshelly@elias.law
hknapp@khlawfirm.com	jjasrasaria@elias.law
jlewis@khlwafirm.com	tmeng@elias.law
sparks@khlawfirm.com	sklein@elias.law
	mmcqueen@elias.law
	*Admitted *pro hac vice*
	*Counsel for Plaintiffs*

2

## CERTIFICATE OF COMPLIANCE AND SERVICE

I hereby certify that I have on this date electronically filed the foregoing **PLAINTIFFS' AMENDED RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY**, which has been prepared using 14-point Times New Roman Font and otherwise complies with the formatting and legibility requirements of LR 5.1, NDGa, with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record.

Dated: October 18th, 2022

**Adam M. Sparks**
*Counsel for Plaintiffs*