**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
|---|---|

**CONSOLIDATED PLAINTIFFS' RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY**

Pursuant to Local Rules 5.4 and 26.3(A), I hereby certify that on October 18, 2022, I caused the Consolidated Plaintiffs'[1] Subpoena to Produce Documents on Deidre Holden, to be served via email upon counsel for all parties in this matter.

This 18th day of October, 2022.

/s/ Tania Faransso
Tania Faransso (admitted *pro hac vice*)
tania.faransso@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
*Attorneys for Plaintiffs Sixth District of the African Methodist Episcopal Church, Delta*

---

[1] The consolidated cases are *New Georgia Project v. Raffensperger*, No. 1:21-cv-01229 (N.D. Ga.); *Georgia State Conference of the NAACP v. Raffensperger*, No. 1:21-cv-01259 (N.D. Ga.); *Sixth District of the African Methodist Episcopal Church v. Kemp*, No. 1:21-cv-01284 (N.D. Ga.); *Asian Americans Advancing Justice-Atlanta v. Raffensperger*, No. 1:21-cv-01333 (N.D. Ga.); *Concerned Black Clergy of Metropolitan Atlanta, Inc. v. Raffensperger*, No. 1:21-cv-01728 (N.D. Ga.); and *United States of America v. The State of Georgia*, Case No. 1:21-cv-02575 (N.D. Ga.).

2

*Sigma Theta Sorority, Georgia ADAPT, Georgia Advocacy Office, and Southern Christian Leadership Conference*

# CERTIFICATE OF SERVICE AND COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that on October 18, 2022, I electronically filed the foregoing CONSOLIDATED PLAINTIFFS' RULE 5.4 NOTICE OF SERVICE OF DISCOVERY, which has been prepared using 14-point Times New Roman Font, with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 18th day of October, 2022.

/s/ *Tania Faransso*
Tania Faransso (admitted *pro hac vice*)