**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.:<br>1:21-MI-55555-JPB |

**[PROPOSED] ORDER GRANTING CONSOLIDATED PLAINTIFFS'**
**MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT A OF**
**CONSOLIDATED PLAINTIFFS' BRIEF IN OPPOSITION TO NON-**
**PARTY LAWMAKERS' MOTION TO QUASH SUBPOENAS AND**
**CONSOLIDATED PLAINTIFFS' BRIEF IN SUPPORT OF THEIR**
**MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Upon consideration of the Consolidated Plaintiffs' Motion for Leave to File

Under Seal Exhibit A of their Brief in Opposition to Non-Party Lawmakers'

Motion to Quash Subpoenas and Consolidated Plaintiffs' Brief in Support of Their

Motion to Compel Production of Documents, this motion is GRANTED.

      **SO ORDERED** this _____ day of October, 2022.

                                   _____
                                   **J.P. BOULEE**
                                   United States District Judge