UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE: GEORGIA SENATE BILL 202 | No. 1:21-MI-55555-JPB |
|---|---|
| | ALL CASES |

## ORDER

This matter comes before the Court on the Unopposed Motion for Leave to File Under Seal [Doc. 305].  For good cause shown, the motion is **GRANTED**.

**THE CLERK IS DIRECTED** to seal Exhibit A of Consolidated Plaintiffs Brief in Opposition to Non-Party Lawmakers' Motion to Quash.  The document shall remain under seal until further order of this Court.

**SO ORDERED** this 20th day of October, 2022.