IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No. 1:21-MI-55555-JPB |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF GEORGIA; *et al.*,<br><br>Defendants,<br><br>THE REPUBLICAN NATIONAL COMMITTEE; *et al.*,<br><br>Intervenor-Defendants. | Civil Action No. 1:21-CV-2575-JPB |

## CERTIFICATE OF SERVICE FOR UNITED STATES' RESPONSES TO DEFENDANTS' FIRST SET OF DISCOVERY REQUESTS

Pursuant to Local Rules 5.4 and 26.3(A), NDGa., I hereby certify that on October 24, 2022, I served supplemental responses to Defendants' First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission via e-mail upon counsel for Defendants in this matter.

This 25th day of October, 2022.

                Respectfully submitted,

                */s/ Jasmyn G. Richardson*

                Jasmyn G. Richardson
                Attorney, Voting Section
                Civil Rights Division
                U.S. Department of Justice
                4 Constitution Square
                150 M Street NE
                Washington, D.C. 20530
                Phone: (800) 253-3931
                jasmyn.richardson@usdoj.gov

## CERTIFICATE OF SERVICE AND COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that on October 25, 2022, I electronically filed the foregoing United States' Rule 5.4 Notice of Service of Discovery, which has been prepared using 14-point Times New Roman Font, with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 25th day of October, 2022.

*/s/ Jasmyn G. Richardson*

Jasmyn G. Richardson
Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE
Washington, D.C. 20530
Phone: (800) 253-3931
jasmyn.richardson@usdoj.gov