# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| THE CONCERNED BLACK CLERGY OF METROPOLITAN ATLANTA, INC., a Georgia nonprofit corporation, *et. al.*,<br>   *Plaintiffs,*<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State *et al.*,<br><br>   *Defendants,*<br><br>THE REPUBLICAN NATIONAL COMMITTEE; *et al.*,<br><br>   *Intervenor-Defendants.* | Civil Action No. 1:21-cv-01728-JPB |

## PLAINTIFFS' RULE 5.4 NOTICE OF CERTIFICATE OF SERVICE

Pursuant to Local Rules 5.4 and 26.3(A), I hereby certify that on November 21, 2022, I caused service on behalf of Plaintiffs in the above-captioned case for the document production on behalf of the Concerned Black Clergy of Metropolitan

1

Atlanta, Inc., The Justice Initiative, Inc., Samuel Dewitt Proctor Conference, Inc., Mijente, Inc., Sankofa United Church of Christ Limited, Metropolitan Atlanta Baptist Ministers Union, Inc, First Congregational Church, United Church of Christ Incorporated, Georgia Latino Alliance for Human Rights, Inc., Faith in Action Network, Greater Works Ministries Network, Inc., and Exousia Lighthouse International C.M., Inc., via email upon all parties' counsel of record.

    Respectfully submitted,

    */s/ Jess Unger*

    Jess Unger*
    **ADVANCEMENT PROJECT**
    1220 L Street, N.W., Suite 850
    Washington, DC 20005
    (202) 728-9557
    junger@advancementproject.org

    *Admitted pro hac vice

    *Counsel for Plaintiffs*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using the Times New Roman font at a point size of 14.

Dated: November 21, 2022           /s/ Jess Unger

                                        Jess Unger*
**ADVANCEMENT PROJECT**
1220 L Street, N.W., Suite 850
Washington, DC 20005
(202) 728-9557
junger@advancementproject.org

*Admitted pro hac vice

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2022, I electronically filed this document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Dated: November 21, 2022            /s/ Jess Unger

                                              Jess Unger*
**ADVANCEMENT PROJECT**
1220 L Street, N.W., Suite 850
Washington, DC 20005
(202) 728-9557
junger@advancementproject.org

*Admitted pro hac vice

*Counsel for Plaintiffs*