UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.:<br>1:21-MI-55555-JPB |
| THE CONCERNED BLACK CLERGY OF METROPOLITAN ATLANTA, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.*,<br><br>*Defendants*.<br><br>REPUBLICAN NATIONAL COMMITTEE, *et al.*,<br><br>*Intervenor-Defendants*. | Case No.:<br>21-cv-01728-JPB |

## ORDER GRANTING JOINT STIPULATION AND CONSENT MOTION FOR VOLUNTARY DISMISSAL OF PLAINTIFFS SANKOFA UNITED CHURCH OF CHRIST LIMITED, SAMUEL DEWITT PROCTOR CONFERENCE, INC., AND MIJENTE, INC., WITH PREJUDICE

This matter having come before the Court upon the Joint Stipulation and Consent Motion of Plaintiffs, Sankofa United Church of Christ Limited, Samuel DeWitt Proctor Conference, Inc., and Mijente, Inc., Defendants Brad Raffensperger, in his official capacity as Secretary of State of Georgia; Sara Tindall Ghazal, Janice Johnston, Edward Lindsey, and Matthew Mashburn, in their

1

official capacities as members of the State Election Board; and Intervenors-Defendants Republican National Committee, Inc., Georgia Republican Party, Inc., National Republican Congressional Committee, and the National Republican Senatorial Committee, for Voluntary Dismissal with Prejudice of Plaintiffs, Sankofa United Church of Christ Limited, Samuel DeWitt Proctor Conference, Inc., and Mijente, Inc., and upon consideration thereof and for good cause shown,

IT IS HEREBY ORDERED that said Joint Stipulation and Consent Motion for Voluntary Dismissal of Plaintiffs, Sankofa United Church of Christ Limited, Samuel DeWitt Proctor Conference, Inc., and Mijente, Inc. with Prejudice is GRANTED.

The Court orders that all claims of Plaintiffs, Sankofa United Church of Christ Limited, Samuel DeWitt Proctor Conference, Inc., and Mijente, Inc., ***only*** shall be dismissed with prejudice, with Plaintiffs, Sankofa United Church of Christ Limited, Samuel DeWitt Proctor Conference, Inc., and Mijente, Inc., and all Defendants and Intervenor-Defendants to bear their own respective attorneys' fees, expenses, and costs. This Order does not apply to the claims of any of the remaining Plaintiffs, nor to the Defendants' and Intervenors' defenses to the claims of the remaining Plaintiffs.

IT IS SO ORDERED.

ENTERED this 19th day of December, 2022.

                                                                   _____

                                                                   J. P. BOULEE  
                                                                   United States District Judge