IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE GEORGIA SENATE BILL 202 | : : : | CIVIL ACTION FILE NO. 1:21-mi-55555-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, a Georgia nonprofit organization, et al.<br><br>       Plaintiffs,<br>vs.<br><br>BRIAN KEMP, Governor of the State of Georgia in his official capacity, et al.,<br>       Defendants. | : : : : : : : : : : : : : : | CIVIL ACTION FILE NO.:<br><br>1:21-cv-01284-JPB |

**COBB COUNTY DEFENDANTS' RESPONSE TO AME
PLAINTIFFS' FIRST INTERROGATORIES**

COME NOW, Defendants COBB COUNTY BOARD OF ELECTIONS; TORI SILAS, STEVEN F. BRUNING, JENNIFER MOSBACHER, PAT GARTLAND, and JESSICA M. BROOKS, in their official capacities as Members of Cobb County Board of Elections and Voter Registration; and JANINE EVELER, in her official capacity as Director of Cobb County Elections Department (collectively, "Cobb Defendants"), by and through counsel, and pursuant to Rule 26 and 34 of the Federal Rules of Civil Procedure and Local Rule 26.1, hereby serve

their responses to Sixth District AME Plaintiffs' First Set of Requests for Production ("Requests"):

## GENERAL OBJECTIONS TO REQUESTS

Cobb County Defendants' responses to Plaintiff's Interrogatories are set forth to the best of Defendants' knowledge, information, and belief. Defendants generally object to any definition, instruction, or document request that seeks information protected by the attorney-client privilege, work product doctrine, or any other privilege or discovery protection, to specifically include Definition and Instruction No. 5. Defendants further object to any definition, instruction, or document request that goes beyond the plain meaning and scope of the specific request to enlarge, expand, or alter the request thereby becoming vague, ambiguous, unintelligible, or unduly burdensome.

Cobb County Defendants object to the use of the term "County" and "You" to the extent such terms refer to non-defendant County agencies, County personnel, or County staff. Defendants interpret "You" to mean the Cobb County Defendants listed within Plaintiffs' First Amended Complaint.

Cobb County Defendants object to the use of the term "absentee ballot applications" and "absentee ballots" to the extent such term refers to any "absentee ballot applications" and "absentee ballots" in the State of Georgia as vague and ambiguous.

- 2 -

Defendants will interpret "absentee ballot applications" and "absentee ballots" to mean those submitted to the Cobb County Elections Department.

## SPECIFIC OBJECTIONS AND RESPONSES TO INTERROGATORIES

**INTERROGATORY 1:** State whether the data that appears in the Absentee Voter File for statewide elections in the application status, ballot status, status reason, and provisional/challenged columns accurately reflect the data for Your County for the 2020 General Election, January 2021 General Runoff Election, 2022 General Election, and 2022 General Runoff elections for the categories requested in Interrogatories 2a.-f. and 3a.-e. below, and, if not, please indicate which categories are inaccurate and/or incomplete, and how they are inaccurate and/or incomplete.

**RESPONSE NO. 1:** Cobb Defendants object to Interrogatory No. 1 on the grounds that it seeks to impose discovery obligations on Cobb Defendants outside of the scope of discovery permitted by the Federal Rules of Civil Procedure as it purports to require Cobb Defendants to independently access external data in order to respond. Cobb Defendants further object to Interrogatory No. 1 on the grounds that it is overly broad, unduly burdensome, and vague because it purports to require Cobb Defendants to opine as to whether external data is "inaccurate and/or incomplete,"

- 3 -

but does not define those terms. Subject to and without waiving this objection, the Cobb Defendants respond as follows:

The Absentee Voter File is compiled and published by the Georgia Secretary of State's office based on the updates that Cobb County and other counties enter into the Georgia Voter Registration System (eNet/GaVIS). This publication fulfills the public listing requirements found in O.C.G.A. § 21-2-384(d) and § 21-2-386(a)(1)(B) and is accurate and complete to the best of Cobb Election staff's knowledge.

**INTERROGATORY 2:** Provide the following data listed in subparts a. to f. below regarding absentee ballot applications for the 2020 General Election, January 2021 General Runoff Election, 2022 General Election, and 2022 General Runoff Election separately, <u>broken down by race if available</u>:

    a. the number of absentee ballot applications rejected as received too early;

    b. the number of absentee ballot applications rejected because they were received after the deadline;

    c. the number of absentee ballot applications rejected for missing a

  birthdate;

 d. the number of absentee ballot applications rejected due to a signature mismatch;

 e. the number of absentee ballot applications rejected for failing to meet the ID requirement for an absentee ballot application, including a missing driver's license or state ID number or missing a copy of required identification; and,

 f. the total number of absentee ballot applications received, accepted, rejected, and cancelled by Your County.

For absentee ballot applications rejected for more than one of these reasons, please list them in each category but provide the total number of applications rejected for these reasons by election at the end. If you have information for the number of applications initially rejected, but cured, and the number ultimately rejected, please provide both, and if not, please confirm which category the numbers reflect.

**RESPONSE NO. 2:** Cobb Defendants object to Interrogatory No. 2 on the grounds that it seeks to impose discovery obligations on Cobb Defendants outside of the scope of discovery permitted by the Federal Rules of Civil Procedure and is unduly

- 5 -

burdensome to the extent it purports to require information which Cobb Defendants do not track, and further purports to require the information to produced in a specific format.  Subject to and without waiving this objection, Cobb Defendants respond as follows:

|   |   | 2020 General Election | 2021 General Election Runoff | 2022 General Election | 2022 General Election Runoff |
|---|---|---|---|---|---|
| a | Rejected apps - Received too early | 10 | 0 | 117 | 0 |
| b | Rejected apps - Received too late | 725 | 297 | 195 | 1 |
| c | Rejected apps - missing date of birth | 0 | 0 | 363 | 142 |
| d | Rejected apps – signature mismatch | 0 | 4 | 1 | 0 |
| e | Rejected apps - missing ID info | 0 | 0 | 83 | 9 |
| f | Apps received | 184552 | 147968 | 32040 | 24432 |
| f | Apps accepted | 183634 | 146911 | 30860 | 24170 |
| f | Apps rejected | 918 | 1057 | 1180 | 262 |
| f | Apps cancelled | 0 | 0 | 0 | 0 |

**INTERROGATORY 3:** Provide the following data listed in subparts a. to e. below regarding absentee ballots for the 2020 General Election, January 2021 General

Runoff Election, 2022 General Election, and 2022 General Runoff Election separately, broken down by race if available:

    a. the number of absentee ballots rejected because they were received after the deadline;

    b. the number of absentee ballots rejected for missing a birthdate;

    c. the number of absentee ballots rejected due to a signature mismatch;

    d. the number of absentee ballots rejected for failing to meet the ID requirement for an absentee ballot, including due to a missing driver's license or state ID number or Social Security number or missing a copy of required identification; and,

    e. the total number of absentee ballots received, accepted, rejected, and cancelled, by Your County.

**RESPONSE NO. 3:** Cobb Defendants object to Interrogatory No. 3 on the grounds that it seeks to impose discovery obligations on Cobb Defendants outside of the scope of discovery permitted by the Federal Rules of Civil Procedure and is unduly burdensome to the extent it purports to require information which Cobb Defendants do not track, and further purports to require the information to produced in a specific

format. Subject to and without waiving this objection, Cobb Defendants respond as follows:

|   |   | 2020 General Election | 2021 General Election Runoff | 2022 General Election | 2022 General Election Runoff |
|---|---|---|---|---|---|
| a | Rejected ballots – Received too late | 333 | 364 | 399 | 363 |
| b | Rejected ballots - Missing date of birth | 0 | 0 | 0 | 180 |
| c | Rejected ballots - signature mismatch | 108 | 183 | 20 | 24 |
| d | Rejected ballots - missing ID info | 0 | 3 | 183 | 180 |
| e | Ballots received | 174484 | 137872 | 27029 | 19325 |
| f | Ballots accepted | 149988 | 127799 | 25348 | 17495 |
| f | Ballots rejected | 441 | 679 | 748 | 723 |
| f | Ballots cancelled | 24055 | 9394 | 933 | 1107 |

**INTERROGATORY 4:** Describe in detail YOUR response, including all specific remedial steps taken, to potential or actual non-compliance with Americans With Disabilities Act physical accessibility requirements found in accessibility

evaluations, surveys, or reports about Election Day polling places and early voting locations.

**RESPONSE NO. 4:** Cobb Defendants object to Interrogatory No. 4 on the grounds that it is overly broad, unduly burdensome, and vague because it seeks information which is unlimited in time. Subject to and without waiving this objection, Cobb Defendants respond as follows:

Subject to and without waving the foregoing objections, Cobb County Defendants state that Polls are regularly evaluated for compliance to ADA and temporary measures are employed when necessary. Further, Cobb Defendants have previously provided responsive documents to a Request for Production on regarding its ADA compliance and remediation efforts. These documents include the information requested within this Interrogatory. There have been no new issues reported to Defendants during the most recent election cycles that would change the information previously provided.

Submitted this 19th day of January 2023.

                      HAYNIE, LITCHFIELD & WHITE, PC

                      /s/Daniel W. White
                      DANIEL W. WHITE
                      Georgia Bar No. 153033
                      *Attorney for Cobb County Defendants*

222 Washington Avenue
Marietta, GA  30060
(770) 422-8900
dwhite@hlw-law.com

## VERIFICATION

I, Janine Eveler, am the Director of Elections at the Cobb County Department of Elections and Registration. I hereby verify and state that the information contained in the COBB COUNTY DEFENDANTS' RESPONSE TO AME PLAINTIFFS' FIRST INTERROGATORIES is true and correct to the best of my knowledge.

*Janine R Eveler*
JANINE EVELER
*Director, Cobb Elections Department*

Sworn to and subscribed before me this 19th day of January, 2023

_____
Notary Public

[Notary Seal: DENISE D IVEY, NOTARY PUBLIC, GEORGIA, COBB COUNTY, EXPIRES APR 10, 2024]

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this January 19th, 2023 served the foregoing COBB COUNTY DEFENDANTS' RESPONSES TO AME PLAINTIFFS' FIRST SET OF INTERROGATORIES to all counsel of record via email:

        /s/ *Daniel W. White*
        DANIEL W. WHITE
        Georgia Bar No. 153033
        *Attorney for Cobb County Defendants*

HAYNIE, LITCHFIELD & WHITE, PC
222 Washington Avenue
Marietta, GA  30060
(770) 422-8900
dwhite@hlw-law.com