# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| THE CONCERNED BLACK CLERGY OF METROPOLITAN ATLANTA, INC., a Georgia nonprofit corporation, *et. al.*, <br><br>      *Plaintiffs,*<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State *et al.*,<br><br>      *Defendants*. | Civil Action No. 1:21-cv-01728-JPB |

## MOTION FOR JESS UNGER TO WITHDRAW AS ATTORNEY

Having considered the Motion to Withdraw as attorney as to Jess Unger **IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and the Clerk is directed to remove Jess Unger as attorney for Plaintiffs in this case.

IT IS SO ORDERED this the _____ day of _____, 2023.

                                              Hon. J. P. Boulee
                                              United States District Judge
                                              Northern District of Georgia