IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | MASTER CASE NO.<br><br>1:21-MI-55555-JPB |

**CONSENT MOTION TO EXTEND DISCOVERY SCHEDULE AND REQUEST FOR STATUS CONFERENCE**

Discovery in these six consolidated cases[1] began on February 1, 2022, originally set for almost eleven months of fact and expert discovery, with a supplemental discovery period set to end on February 10, 2023. [Doc. 84, pp. 1-2]. After a joint motion seeking to modify the schedule in September 2022, this Court set the current schedule, which has discovery ending on March 17, 2023. [Doc. 259]. The parties have continued to work cooperatively through a voluminous discovery process thus far.

As Plaintiffs' expert report deadline neared in late December 2022 and early January 2023, State Defendants agreed to several extensions of expert reports for some individual experts who had unique circumstances. As expert

---

[1] The Court consolidated these cases for discovery purposes but reserved deciding whether the cases will be consolidated for additional purposes. [Doc. 1, p. 8 n.2].

discovery continued, State Defendants conferred with Plaintiffs regarding the expert schedule and the most efficient way of concluding not only expert discovery but also the depositions of dozens of organizational and individual plaintiffs and fact witnesses. Following those conferrals, the parties now jointly propose to incorporate the four expert extensions, to extend Defendants' and Defendant-Intervenors' expert report deadlines, to extend the fact and expert discovery deadline by two weeks, and to extend the overall schedule by two weeks.

| | **Current Schedule** | **Proposed Schedule** | |
|---|---|---|---|
| **Event** | **Current Schedule** | **Experts Except Rodden** | **Rodden Schedule** |
| Plaintiffs' expert report deadline | January 13, 2023 | 13 served on 1/13; 1 on 1/20 and 2 on 1/27 | February 7, 2023 |
| Defendants' and Defendant-Intervenors' expert report deadline | January 31, 2023 | February 14, 2023 | February 24, 2023 |
| Plaintiffs' expert sur-rebuttal report deadline | February 17, 2023 | March 3, 2023 | March 6, 2023 |

| Event | Current Schedule | Proposed Schedule |
|---|---|---|
| Deposition of Experts | February 22–March 17, 2023 | March 8–31, 2023 |
| Close of Fact and Expert Discovery | March 17, 2023 | March 31, 2023 |
| Motions for Summary Judgment | April 20, 2023 | May 2, 2023 |
| Oppositions to Motions for Summary Judgment | May 22, 2023 | June 2, 2023 |
| Replies to Motions for Summary Judgment | June 12, 2023 | June 21, 2023 |
| Trial Date | | At the requested status conference, Plaintiffs would like to discuss with the Court the best mechanism to pursue relief on their claims in time for the 2024 election cycle. |

In addition to granting the schedule set forth above, the parties also request a status conference to discuss the status of discovery and planning for motions and potential trial this calendar year. The parties have been working cooperatively through the voluminous discovery process, but want to be sure the Court is fully apprised of the status of the various cases, especially given

the decisions still to be made, such as whether the cases will remain consolidated after the conclusion of discovery.[2]

Based on the foregoing, Defendants Brian P. Kemp, Secretary of State Brad Raffensperger, and State Election Board Members William Duffey, Janice Johnston, Sara Ghazal, Edward Lindsey, and Matthew Mashburn; the Plaintiffs; and Defendant-Intervenors, respectfully request the Court enter the attached proposed order.

Respectfully submitted this 27th day of January, 2023.

>Christopher M. Carr
>Attorney General
>GA Bar No. 112505
>Bryan K. Webb
>Deputy Attorney General
>GA Bar No. 743580
>Russell D. Willard
>Senior Assistant Attorney General
>GA Bar No. 760280
>**State Law Department**
>40 Capitol Square, S.W.
>Atlanta, Georgia 30334
>
>*/s/ Bryan P. Tyson*
>Bryan P. Tyson
>Special Assistant Attorney General
>Georgia Bar No. 515411
>btyson@taylorenglish.com
>Bryan F. Jacoutot

---

[2] Defendants reserve the right to request additional time on fact discovery, and Plaintiffs reserve the right to potentially object to further extensions.

Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
**Taylor English Duma LLP**
1600 Parkwood Circle
Suite 200
Atlanta, GA 30339
Telephone: 678-336-7249

Gene C. Schaerr*
gschaerr@schaerr-jaffe.com
Erik Jaffe*
ejaffe@schaerr-jaffe.com
H. Christopher Bartolomucci*
cbartolomucci@schaerr-jaffe.com
Brian J. Field*
bfield@schaerr-jaffe.com
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC  20006
Telephone: (202) 787-1060
Fax: (202) 776-0136
* Admitted *pro hac vice*

*Counsel for State Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing Motion has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

/s/*Bryan P. Tyson*
Bryan P. Tyson