# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No. 1:21-MI-55555-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, a Georgia nonprofit organization, et al.,<br><br>Plaintiffs,<br><br>VS.<br><br>BRIAN KEMP, Governor of the State of Georgia in his official capacity, et al.,<br><br>Defendants. | Case No. 1:21-cv-01284-JPB |

## CERTIFICATE OF SERVICE

## AME PLAINTIFFS' SECOND SUPPLEMENTAL INITIAL DISCLOSURES

# CERTIFICATE OF SERVICE AND COMPLIANCE

I hereby certify that on January 27, 2023, I served the AME Plaintiffs' Federal Rule of Civil Procedure 26(e) First Supplemental Initial Disclosures by electronic mail on counsel for the defendants and intervenor defendants. I further certify pursuant to Local Rule 7.1(D) that the foregoing document was prepared in Times New Roman 14-point font in compliance with Local Rule 5.1(C).

/s/ *Adam S. Sieff*
Adam S. Sieff (pro hac vice)
*adamsieff@dwt.com*
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899
