# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.:<br>1:21-MI-55555-JPB |
| GEORGIA STATE CONFERENCE OF THE NAACP, ET AL.<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL. | Civil Action No.<br>1:21-cv-1259-JPB |

## CERTIFICATE OF SERVICE

## GEORGIA NAACP PLAINTIFFS'[1] AMENDED INITIAL DISCLOSURES

---

[1] The Georgia NAACP Plaintiffs are the plaintiffs in *Georgia State Conference of the NAACP et al. v. Raffensperger et al.*, No. 1:21-cv-01259 (N.D. Ga.), i.e., Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, Inc., League of Women Voters of Georgia, Inc., GALEO Latino Community Development Fund, Inc., Common Cause, and Lower Muskogee Creek Tribe.

I hereby certify that pursuant to L.R. 5.4(A), the Georgia NAACP Plaintiffs served their Amended Initial Disclosures by electronic mail on all counsel of record on January 27, 2023. I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using font type of Times New Roman and a point size of 14.

Dated: January 27, 2023          By:     /s/ Catherine McCord

Catherine McCord (*pro hac vice*)
*cmccord@fenwick.com*
FENWICK & WEST LLP
902 Broadway
New York, NY 10010
Telephone:     212-430-2600

*Attorneys for Plaintiffs Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, Inc., League of Women Voters of Georgia, Inc., GALEO Latino Community Development Fund, Inc., Common Cause, and Lower Muskogee Creek Tribe*