# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | MASTER CASE NO. 1:21-MI-55555-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, *et al.*, <br><br> *Plaintiffs,* <br> v. <br><br> BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.*, <br><br> *Defendants.* | CIVIL ACTION <br><br> Case No. 1:21-CV-01284-JPB |
| THE CONCERNED BLACK CLERGY OF METROPOLITAN ATLANTA, INC., *et al.*, <br><br> *Plaintiffs,* <br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.*, <br><br> *Defendants.* | Case No. 1:21-CV-01728-JPB |

**<u>PLAINTIFFS' RULE 5.4 NOTICE OF CERTIFICATE OF SERVICE</u>**

1

Pursuant to Local Rules 5.4 and 26.3(A), I hereby certify that on January 27, 2023, I caused true and correct copies of the Expert Report of Dr. Daniel G. Chatman to be served via electronic email upon counsel of record for all parties in this matter.

Respectfully submitted,

/s/ William Tucker

William Tucker*
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 624-2500
WTucker@crowell.com

*Admitted pro hac vice

*Counsel for Plaintiffs The Concerned Black Clergy of Metropolitan Atlanta, Inc., The Justice Initiative, Inc., Metropolitan Atlanta Baptist Ministers Union, Inc., First Congregational Church, United Church of Christ Inc., Georgia Latino Alliance for Human Rights, Inc., Faith in Action Network, Greater Works Ministries Network, Inc., and Exousia Lighthouse International C.M., Inc.*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing Rule 5.4 Notice of Certificate of Service has been prepared in Times New Roman 14, a font and type selection approved by the Court in L.R. 5.1(B).

Dated: February 3, 2023

*/s/ William Tucker*
William Tucker

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2023, I electronically filed this document with the Clerk of Court using CM/ECF system which will automatically send email notification of such filing to the attorneys of record in this matter.

Dated: February 3, 2023

*/s/ William Tucker*
William Tucker
