# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | MASTER CASE No.: 1:21-MI-55555-JPB |
| THE NEW GEORGIA PROJECT, et al., *Plaintiffs,* v. BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al., Defendants,* REPUBLICAN NATIONAL COMMITTEE, *et al., Intervenor-Defendants.* | Civil Action No.: 1:21-cv-01229-JPB |

## CERTIFICATE OF CONSENT TO WITHDRAW OF JYOTI JASRASARIA AS COUNSEL OF RECORD

COMES NOW Jyoti Jasrasaria, pursuant to Rule 83.1(E) of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, and files this Certificate of Consent to Withdraw as counsel for Plaintiffs The New Georgia Project, Black Voters Matter Fund, Rise, Inc., Fannie Marie Jackson Gibbs, Jauan Durbin, and Elbert Solomon in this action.

As evidenced by their e-signatures below, The New Georgia Project, Black Voters Matter Fund, Rise, Inc., Fannie Marie Jackson Gibbs, Jauan Durbin, and Elbert Solomon in this action consent to the requested withdrawal of counsel and have been advised of the items set forth in LR 83.1(E)(2)(b). Each Plaintiff confirmed this consent in writing to the undersigned after reviewing a draft of this Certificate of Consent. Uzoma Nkwonta, Jacob Shelly, Spencer Klein, Tina Meng, Marcos Mocine-McQueen, and Samuel Ward-Packard of Elias Law Group LLP; and Halsey G. Knapp, Jr., Joyce Gist Lewis, and Adam M. Sparks of Krevolin & Horst, LLC will remain counsel for Plaintiffs.

Respectfully submitted, this 6th day of February, 2023.

Halsey G. Knapp, Jr.
Georgia Bar No. 425320
Joyce Gist Lewis
Georgia Bar No. 296261
Adam M. Sparks
Georgia Bar No. 341578
**KREVOLIN & HORST, LLC**
1201 W. Peachtree St., NW
One Atlantic Center, Suite 3250
Atlanta, GA 30309
Telephone: (404) 888-9700
Fax: (404) 888-9577
hknapp@khlawfirm.com
jlewis@khlwafirm.com
sparks@khlawfirm.com

/s/ *Jyoti Jasrasaria*
Jyoti Jasrasaria*
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue
Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
jjasrasaria@elias.law
*Withdrawing Attorney*

/s/ *Uzoma Nkwonta*
Uzoma Nkwonta*
Jacob D. Shelly*
Spencer Klein*
Tina Meng Morrison*
Marcos Mocine-McQueen*
Samuel T. Ward-Packard**
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue
Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
unkwonta@elias.law
jshelly@elias.law
sklein@elias.law
tmengmorrison@elias.law
mmcqueen@elias.law
swardpackard@elias.law

*Counsel for Plaintiffs*
*Admitted *pro hac vice*
**Pro hac vice* application pending

3

*Kendra Cotton*
_____
Kendra Cotton
The New Georgia Project

*Cliff Albright*
_____
Cliff Albright
Black Voters Matter Fund

*Max Lubin*
_____
Max Lubin
Rise, Inc.

*FannieMarie JGibbs*
_____
Fannie Marie Jackson Gibbs

*JAUAN DURBIN*
_____
Jauan Durbin

*Elbert Solomon*
_____
Elbert Solomon

4

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing *Certificate of Consent to Withdraw of Jyoti Jasrasaria* with the Clerk of Court using the CM/ECF system, which will automatically send-e-mail notification to all counsel of record.

This 6th day of February, 2023.

/s/ *Jyoti Jasrasaria*
Jyoti Jasrasaria
*Withdrawing Attorney*

/s/ *Uzoma Nkwonta*
Uzoma Nkwonta
*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | MASTER CASE No.: 1:21-MI-55555-JPB |
| THE NEW GEORGIA PROJECT, et al., *Plaintiffs,* v. BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al., Defendants,* REPUBLICAN NATIONAL COMMITTEE, *et al., Intervenor-Defendants.* | Civil Action No.: 1:21-cv-01229-JPB |

## **[PROPOSED] ORDER**

Before the Court is the Certificate of Consent to Withdraw of Jyoti Jasrasaria as Counsel of Record, filed February 6, 2023. The Clerk is DIRECTED to remove Jyoti Jasrasaria as counsel of record for Plaintiffs The New Georgia Project, Black Voters Matter Fund, Rise, Inc., Fannie Marie Jackson Gibbs, Jauan Durbin, and Elbert Solomon, and remove her name from all service lists in this case.

SO ORDERED this _____ day of _____, 2023.

_____
Honorable J.P. Boulee
United States District Judge