# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP; et al., | ) <br> ) <br> ) CIVIL ACTION FILE NO.: |
| Plaintiff, | ) <br> ) 1:21-cv-01259-JPB |
| v. | ) <br> ) |
| BRAD RAFFENSPERGER, in his official capacity of the Secretary of State for the State of Georgia; et al. | ) <br> ) <br> ) <br> ) |
| Defendant(s). | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

COMES NOW, the undersigned and files this Notice of Substitution of Counsel to remove **Cheryl M. Ringer, Georgia Bar No. 557420** and add **Sandy Milord, Georgia Bar No. 622391** of the Office of the Fulton County Attorney as counsel for the Fulton County Defendants in this action. It is requested that the Clerk forward notice of all hearings, motions, and trials in the above-styled action to the undersigned.

Respectfully submitted this 7th day of February 2023.

**OFFICE OF THE FULTON COUNTY ATTORNEY**
Kaye W. Burwell
Georgia Bar No. 572358

kaye.burwell@fultoncountyga.gov

Brad Bowman
Georgia Bar No. 215007
brad.bowman@fultoncountyga.gov

*/s/ Sandy Milord*
Sandy Milord
Georgia Bar No. 622391
sandy.milord@fultoncountyga.gov

**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (Telephone)
(404) 730-6324 (Facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP; et al., <br><br> Plaintiff, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity of the Secretary of State for the State of Georgia; et al. <br><br> Defendant(s). | ) <br> ) <br> ) CIVIL ACTION FILE NO.: <br> ) <br> ) 1:21-cv-01259-JPB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I hereby certify that the undersigned counsel electronically filed the forgoing **NOTICE OF SUBSTITUTION OF COUNSEL** using the Odyssey e-File GA system, which automatically sends email notification of such filing to all attorneys of record.

*/s/ Sandy Milord*
Sandy Milord
Georgia Bar No. 622391
sandy.milord@fultoncountyga.gov

This 7th day of February 2023.

**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)