**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | MASTER CASE No.: 1:21-MI-55555-JPB |
| THE NEW GEORGIA PROJECT, et al., *Plaintiffs,* v. BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al., Defendants,* REPUBLICAN NATIONAL COMMITTEE, *et al., Intervenor-Defendants.* | Civil Action No.: 1:21-cv-01229-JPB |

**PLAINTIFFS' RULE 5.4 CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 26(a)(2) and LR 5.4 and 26.3(C), NDGa, undersigned counsel hereby certify that on January 20, 2023, they caused Plaintiffs in the above-captioned case to serve true and correct copies of the ***Expert Report of Allan H. Lichtman, Ph.D.*** upon counsel of record for all parties in this matter via email.

1

| | |
|---|---|
| Dated: February 8, 2023 | Respectfully submitted, |
| **/s/ Adam M. Sparks** | **/s/ Uzoma N. Nkwonta** |
| Halsey G. Knapp, Jr. | Uzoma N. Nkwonta* |
| Georgia Bar No. 425320 | Jacob D. Shelly* |
| Joyce Gist Lewis | Tina Meng* |
| Georgia Bar No. 296261 | Spencer Klein* |
| Adam M. Sparks | Marcos Mocine-McQueen* |
| Georgia Bar No. 341578 | Samuel T. Ward-Packard** |
| **KREVOLIN & HORST, LLC** | **ELIAS LAW GROUP LLP** |
| 1201 W. Peachtree St., NW | 10 G St. NE, Suite 600 |
| One Atlantic Center, Suite 3250 | Washington, D.C. 20002 |
| Atlanta, GA 30309 | Telephone: (202) 968-4490 |
| Telephone: (404) 888-9700 | unkwonta@elias.law |
| Facsimile: (404) 888-9577 | jshelly@elias.law |
| hknapp@khlawfirm.com | tmeng@elias.law |
| jlewis@khlwafirm.com | sklein@elias.law |
| sparks@khlawfirm.com | mmcqueen@elias.law |
| | swardpackard@elias.law |
| | *Admitted *pro hac vice* |
| | ***Pro hac vice* application pending |
| | *Counsel for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this date electronically filed the foregoing **PLAINTIFFS' RULE 5.4 CERTIFICATE OF SERVICE** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record.

Dated: February 8, 2023

**/s/ Adam M. Sparks**
*Counsel for Plaintiffs*