# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| ASIAN AMERICANS ADVANCING JUSTICE–ATLANTA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.*, <br><br> *Defendants*, <br><br> REPUBLICAN NATIONAL COMMITTEE, et al., <br><br> *Intervenor-Defendants*. | Civil Action No.: 1:21-CV-01333-JPB |

## PLAINTIFFS' RULE 5.4 CERTIFICATION OF SERVICE

Pursuant to Local Rules 5.4(A) and 26.3, undersigned counsel for Plaintiffs Asian Americans Advancing Justice–Atlanta, Steven J. Paik, Deepum Patel, Nora Aquino, Angelina Thuy Uddullah, and Anjali Enjeti-Sydow hereby certify that, on February 9, 2023, true and correct copies of the following documents were served by electronic mail upon counsel of record for all parties:

1

2044707

- **PLAINTIFFS' PRODUCTION VOLUME 3 (AJATL-SB202-00001984 to AJATL-SB202-00001991) IN RESPONSE TO STATE DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION OF 3/9/22 AND INTERVENOR-DEFENDANTS' FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS OF 4/15/22**

- **EXECUTED VERIFICATION REGARDING PLAINTIFF STEVEN PAIK'S RESPONSES TO STATE DEFENDANTS' FIRST SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION, AND REQUESTS FOR ADMISSION (RESPONSES SERVED ON 4/22/22)**

//

//

//

//

//

//

//

//

//

//

//

//

//

2044707

Respectfully submitted this 9th day of February, 2023.

*/s/ Meredyth L. Yoon*
MEREDYTH L. YOON (Georgia Bar No. 204566)
LAURA MURCHIE*
**ASIAN AMERICANS ADVANCING JUSTICE–ATLANTA**
5680 Oakbrook Parkway, Suite 148
Norcross, Georgia 30093
404 585 8446 (Telephone)
404 890 5690 (Facsimile)
myoon@advancingjustice-atlanta.org
lmurchie@advancingjustice-atlanta.org

*/s/ Niyati Shah*
NIYATI SHAH*
TERRY AO MINNIS*º
**ASIAN AMERICANS ADVANCING JUSTICE–AAJC**
1620 L Street, NW, Suite 1050
Washington, DC 20036
202 815 1098 (Telephone)
202 296 2318 (Facsimile)
nshah@advancingjustice-aajc.org
tminnis@advancingjustice-aajc.org

*/s/ Eileen Ma*
EILEEN MA*
KIMBERLY LEUNG*
**ASIAN AMERICANS ADVANCING JUSTICE–ASIAN LAW CAUCUS**
55 Columbus Avenue
San Francisco, CA 94111
415 896 1701 (Telephone)
415 896 1702 (Facsimile)
eileenm@advancingjustice-alc.org
kimberlyl@advancingjustice-alc.org

*/s/ R. Adam Lauridsen*
LEO L. LAM*
R. ADAM LAURIDSEN*
CONNIE P. SUNG*
CANDICE MAI KHANH NGUYEN*
LUIS G. HOYOS*
RYLEE KERCHER OLM*
EMILY A. HASSELBERG*
ZAINAB O. RAMAHI*
EMILY WANG*
**KEKER, VAN NEST AND PETERS LLP**
633 Battery Street
San Francisco, CA 94111-1809
415 391 5400  (Telephone)
415 397 7188 (Facsimile)
*llam@keker.com*
*alauridsen@keker.com*
*csung@keker.com*
*cnguyen@keker.com*
*lhoyos@keker.com*
*rolm@keker.com*
*ehasselberg@keker.com*
*zramahi@keker.com*
*ewang@keker.com*

*Admitted pro hac vice
º Not admitted in D.C.

*Attorneys for Plaintiffs Asian Americans Advancing Justice–Atlanta, Steven J. Paik, Deepum Patel, Nora Aquino, Angelina Thuy Uddullah, and Anjali Enjeti-Sydow*

3

2044707

## **CERTIFICATE OF COMPLIANCE AND SERVICE**

I hereby certify that on February 9, 2023, a true and correct copy of the foregoing **Plaintiffs' Rule 5.4 Certification of Service**, which has been prepared using 14-point Times New Roman Font, was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

*/s/ R. Adam Lauridsen*
R. ADAM LAURIDSEN
Attorney for Plaintiffs

2044707