IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF GEORGIA; *et al.*,<br><br>Defendants,<br><br>THE REPUBLICAN NATIONAL COMMITTEE; *et al.*,<br><br>Intervenor-Defendants. | Master Case No.<br>1:21-MI-55555-JPB<br><br><br><br><br><br>Civil Action No.<br>1:21-CV-2575-JPB |

## CERTIFICATE OF SERVICE

Pursuant to LR 5.4(A), NDGa., I hereby certify that on February 2, 2023, I served (1) Plaintiffs' Joint Notice of Deposition of Blake Evans and (2) a Rule 45 Subpoena for Testimony to Ryan Germany, via electronic mail to counsel for Mr. Evans and Mr. Germany.

Respectfully submitted,

*/s/ Elizabeth M. Ryan*
_____
Elizabeth M. Ryan
Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Rm. 8.1138
Washington, D.C. 20530
Phone: (800) 253-3931
Fax: (202) 207-3961
elizabeth.ryan@usdoj.gov