IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No. 1:21-MI-55555-JPB |

**CERTIFICATE OF SERVICE FOR
STATE DEFENDANTS' NOTICES OF
RULE 30 AND RULE 30(b)(6) DEPOSITIONS**

Pursuant to Local Rule 5.4, I hereby certify that on February 8, 2023, the State Defendants served the following Rule 30 Notices of Deposition by electronic mail on counsel for all parties in this action:

Fannie Marie Jackson Gibbs; and

Angelina Thuy Uddullah.

I hereby further certify that on February 8, 2023, the State Defendants served the following 30(b)(6) Notices of Deposition by electronic mail on counsel for all parties in this action:

Delta Sigma Theta Sorority, Inc.;

Georgia Latino Alliance for Human Rights;

Latino Community Fund of Georgia; and

Sixth District of the African Methodist Episcopal Church.

I hereby further certify that on February 10, 2023, the State Defendants

served the following Rule 30 Notices of Deposition by electronic mail on counsel for all parties in this action:

    Nora Aquino;

    Jauan Durbin;

    Anjali Enjeti-Sydow;

    Steven Paik;

    Deepum Patel; and

    Elbert Solomon.

I hereby further certify that on February 10, 2023, the State Defendants served the following 30(b)(6) Notices of Deposition by electronic mail on counsel for all parties in this action:

    The Arc of the United States;

    Asian Americans Advancing Justice-Atlanta;

    Black Voters Matter Fund;

    Common Cause;

    The Concerned Black Clergy of Metropolitan Atlanta, Inc.;

    First Congregational Church, United Church of Christ, Inc.;

    GALEO Latino Community Development Fund, Inc.;

    Georgia ADAPT;

    Georgia Advocacy Office;

    Georgia Muslim Voter Project;

Georgia State Conference of the NAACP;

The Justice Initiative;

Lower Muskogee Creek Tribe;

Metropolitan Atlanta Baptist Ministers Union, Inc.;

New Georgia Project;

Rise, Inc.; and

Women Watch Afrika.

February 13, 2023                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　Christopher M. Carr
　　　　　　　　　　　　　　　　　　Attorney General
　　　　　　　　　　　　　　　　　　Georgia Bar No. 112505
　　　　　　　　　　　　　　　　　　Bryan K. Webb
　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　Georgia Bar No. 743580
　　　　　　　　　　　　　　　　　　Russell D. Willard
　　　　　　　　　　　　　　　　　　Senior Assistant Attorney General
　　　　　　　　　　　　　　　　　　Georgia Bar No. 760280
　　　　　　　　　　　　　　　　　　Charlene S. McGowan
　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　Georgia Bar No. 697316
　　　　　　　　　　　　　　　　　　**State Law Department**
　　　　　　　　　　　　　　　　　　40 Capitol Square, S.W.
　　　　　　　　　　　　　　　　　　Atlanta, Georgia 30334

　　　　　　　　　　　　　　　　　　*/s/ Gene C. Schaerr*
　　　　　　　　　　　　　　　　　　Gene C. Schaerr*
　　　　　　　　　　　　　　　　　　Special Assistant Attorney General
　　　　　　　　　　　　　　　　　　Erik Jaffe*
　　　　　　　　　　　　　　　　　　H. Christopher Bartolomucci*
　　　　　　　　　　　　　　　　　　Brian J. Field*
　　　　　　　　　　　　　　　　　　Nicholas P. Miller*

Edward H. Trent*
Joshua J. Prince*
Annika B. Barkdull*
**SCHAERR | JAFFE LLP**
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com
**Admitted pro hac vice*

Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
**Taylor English Duma LLP**
1600 Parkwood Circle
Suite 200
Atlanta, Georgia 30339
(678) 336-7249

*Counsel for State Defendants*