IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202<br><br>GEORGIA STATE CONFERENCE OF THE NAACP, *et al.*,<br><br>    *Plaintiffs,*<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Secretary of the State for the State of Georgia, *et al.*,<br><br>    *Defendants.* | MASTER CASE NO. 1:21-MI-55555-JPB<br><br>Case No. 1:21-CV-01259-JPB |

**PLAINTIFFS' RULE 5.4 CERTIFICATE OF SERVICE**

Pursuant to LR 5.4(A), NDGa., I hereby certify that I served the Georgia NAACP Plaintiffs' First Set of Requests for Production to the State Defendants to counsel for the State Defendants by electronic mail on February 8, 2023.

Dated: February 10, 2023          By: /s/ Vilia B. Hayes

*Attorneys for Plaintiffs Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, Inc., League of Women Voters of Georgia, Inc., GALEO Latino Community Development Fund, Inc., Common Cause, and Lower Muskogee Creek Tribe*

104311659_1