**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No. <br><br> 1:21-MI-55555-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, a Georgia nonprofit organization, et al. <br><br>     Plaintiffs, <br><br> VS. <br><br> BRIAN KEMP, Governor of the State of Georgia in his official capacity, et al., <br><br>     Defendants. | Case No. <br><br> 1:21-cv-01284-JPB |

**CERTIFICATE OF SERVICE**

**PLAINTIFFS LATINO COMMNITY FUND GEORGIA, WOMEN WATCH**

**AFRIKA, INC., AND GEORGIA MUSLIM VOTER PROJECT**

**SUPPLEMENTAL PRODUCTION OF DOCUMENTS**

# CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2023, and February 3, 2023, I caused the following to be served by electronic mail on counsel for the Defendants and Intervenor Defendants:

1.      Supplemental Production of Documents of Plaintiff Latino Community Fund Georgia (LCFG_000399-LCFG_000624) and privilege log;

2.      Supplemental Production of Documents of Plaintiff Women Watch Afrika, Inc. (WWA_000118-WWA_000430) and privilege log;

3.      Supplemental Production of Documents of Plaintiff Georgia Muslim Voter Project (MVP_000491-MVP_000805).


/s/ *Adam S. Sieff*
Adam S. Sieff (pro hac vice)
*adamsieff@dwt.com*
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899