**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |

**CONSOLIDATED PLAINTIFFS' RULE 5.4 CERTIFICATE OF
SERVICE OF DISCOVERY**

Pursuant to Local Rules 5.4 and 26.3(A), I hereby certify that on February 15, 2023, Plaintiff Georgia ADAPT caused its Amended Response to State Defendants' First Set of Interrogatories to be served via email upon counsel for all parties in this matter.

This 16th day of February, 2023.

/s/ Leah C. Aden
Leah C. Aden (admitted *pro hac vice*)
laden@naacpldf.org
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, New York 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592

*Attorneys for Plaintiffs Sixth District of the African Methodist Episcopal Church, Delta Sigma Theta Sorority, Georgia ADAPT, Georgia Advocacy Office, and Southern Christian Leadership Conference*

1

## CERTIFICATE OF SERVICE AND
## COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that on February 16, 2023, I electronically filed the foregoing CONSOLIDATED PLAINTIFFS' RULE 5.4 NOTICE OF SERVICE OF DISCOVERY, which has been prepared using 14-point Times New Roman Font, with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 16th day of February, 2023.

/s/ *Leah C. Aden*
Leah C. Aden (admitted *pro hac vice*)