**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

|  |  |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.<br><br>1:21-MI-55555-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, a Georgia nonprofit organization, et al.<br><br>    Plaintiffs,<br><br>VS.<br><br>BRIAN KEMP, Governor of the State of Georgia in his official capacity, et al.,<br><br>    Defendants. | Case No.<br><br>1:21-cv-01284-JPB |

**CERTIFICATE OF SERVICE**

**PLAINTIFFS THE ARC OF THE UNITED STATES AND GEORGIA MUSLIM VOTER PROJECT SUPPLEMENTAL PRODUCTION OF DOCUMENTS**

# CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2023, February13, 2023 and February 16, 2023, I caused the following to be served by electronic mail on counsel for the Defendants and Intervenor Defendants:

1.    Supplemental Production of Documents of Plaintiff The ARC of the United States (ARC_001526-ARC_001869) and privilege log;

2.    Supplemental Production of Documents of Plaintiff Georgia Muslim Voter Project (MVP_000806-MVP_001885).

/s/ *Adam S. Sieff*
Adam S. Sieff (pro hac vice)
*adamsieff@dwt.com*
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899