IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No. 1:21-MI-55555-JPB |

**CERTIFICATE OF SERVICE FOR STATE DEFENDANTS'
AMENDED AND SECOND AMENDED NOTICES OF
RULE 30 AND RULE 30(b)(6) DEPOSITIONS**

Pursuant to Local Rule 5.4, I hereby certify that on February 18, 2023, the State Defendants served the following Amended Rule 30 Notices of Deposition by electronic mail on counsel for all parties in this action:

Nora Aquino; and

Deepum Patel.

I further certify that on February 18, 2023, the State Defendants served the following Second Amended Rule 30 Notice of Deposition by electronic mail on counsel for all parties in this action:

Steven Paik.

I further certify that on February 18, 2023, the State Defendants served the following 30(b)(6) Amended Notice of Deposition by electronic mail on counsel for all parties in this action:

Galeo Latino Community Development Fund, Inc.

February 20, 2023               Respectfully submitted,

                                Christopher M. Carr
                                Attorney General
                                Georgia Bar No. 112505
                                Bryan K. Webb
                                Deputy Attorney General
                                Georgia Bar No. 743580
                                Russell D. Willard
                                Senior Assistant Attorney General
                                Georgia Bar No. 760280
                                Charlene S. McGowan
                                Assistant Attorney General
                                Georgia Bar No. 697316
                                **State Law Department**
                                40 Capitol Square, S.W.
                                Atlanta, Georgia 30334

                                */s/ Gene C. Schaerr*
                                Gene C. Schaerr*
                                Special Assistant Attorney General
                                Erik Jaffe*
                                H. Christopher Bartolomucci*
                                Brian J. Field*
                                Nicholas P. Miller*
                                Edward H. Trent*
                                Joshua J. Prince*
                                Annika B. Barkdull*
                                **SCHAERR | JAFFE LLP**
                                1717 K Street NW, Suite 900
                                Washington, DC 20006
                                (202) 787-1060
                                gschaerr@schaerr-jaffe.com

                                **Admitted pro hac vice*

                                Bryan P. Tyson
                                Special Assistant Attorney General
                                Georgia Bar No. 515411
                                btyson@taylorenglish.com
                                Bryan F. Jacoutot

2

Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
**Taylor English Duma LLP**
1600 Parkwood Circle
Suite 200
Atlanta, Georgia 30339
(678) 336-7249

*Counsel for State Defendants*

3