UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.:<br>1:21-MI-55555-JPB |
| ASIAN AMERICANS ADVANCING JUSTICE–ATLANTA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.*,<br><br>*Defendants*,<br><br>REPUBLICAN NATIONAL COMMITTEE, et al.,<br><br>*Intervenor-Defendants*. | Civil Action No.:<br>1:21-CV-01333-JPB |

**PLAINTIFFS' RULE 5.4 NOTICE OF SERVICE OF DISCOVERY**

Pursuant to Local Rules 5.4(A) and 26.3, undersigned counsel hereby certify that, on February 21, 2023, true and correct copies of the following documents were served by electronic mail upon counsel for Brad Raffensperger, in his official capacity as Georgia Secretary of State, and Sara Ghazal, Janice Johnston, Edward Lindsey, and Matthew Mashburn, in their official capacities as members of the Georgia State Election Board, and counsel of record for all parties:

1

2095577

- **PLAINTIFF ASIAN AMERICANS ADVANCING JUSTICE-ATLANTA'S OBJECTIONS AND RESPONSES TO STATE DEFENDANTS' FRCP 30(b)(6) NOTICE**

//

//

//

2095577

Respectfully submitted this 21st day of February, 2023.

/s/Meredyth L. Yoon
MEREDYTH L. YOON
(Georgia Bar No. 204566)
LAURA MURCHIE*
**ASIAN AMERICANS ADVANCING JUSTICE-ATLANTA**
5680 Oakbrook Parkway, Suite 148
Norcross, Georgia 30093
404 585 8446 (Telephone)
404 890 5690 (Facsimile)
myoon@advancingjustice-atlanta.org
lmurchie@advancingjustice-atlanta.org

/s/Eileen Ma
EILEEN MA*
KIMBERLY LEUNG*
**ASIAN AMERICANS ADVANCING JUSTICE-ASIAN LAW CAUCUS**
55 Columbus Avenue
San Francisco, CA 94111
415 896 1701 (Telephone)
415 896 1702 (Facsimile)
eileenm@advancingjustice-alc.org
kimberlyl@advancingjustice-alc.org

/s/Niyati Shah
NIYATI SHAH*
TERRY AO MINNIS*º
**ASIAN AMERICANS ADVANCING JUSTICE-AAJC**
1620 L Street, NW, Suite 1050
Washington, DC 20036
202 815 1098 (Telephone)
202 296 2318 (Facsimile)
nshah@advancingjustice-aajc.org
tminnis@advancingjustice-aajc.org

/s/R. Adam Lauridsen
LEO L. LAM*
R. ADAM LAURIDSEN*
CONNIE P. SUNG*
CANDICE MAI KHANH NGUYEN*
LUIS G. HOYOS*
RYLEE KERCHER OLM*
EMILY A. HASSELBERG*
ZAINAB R. RAMAHI
EMILY L. WANG*
**KEKER, VAN NEST AND PETERS LLP**
633 Battery Street
San Francisco, CA 94111-1809
415 391 5400 (Telephone)
415 397 7188 (Facsimile)
llam@keker.com
alauridsen@keker.com
csung@keker.com
cnguyen@keker.com
lhoyos@keker.com
rolm@keker.com
ehasselberg@keker.com
zramahi@keker.com
ewang@keker.com

*Attorneys for Plaintiffs Asian Americans Advancing Justice–Atlanta, Steven J. Paik, Deepum Patel, Nora Aquino, Angelina Thuy Uddullah, and AnjaliEnjeti-Sydow*

*Admitted pro hac vice
º Not admitted in D.C.

2095577

## **CERTIFICATE OF COMPLIANCE AND SERVICE**

I hereby certify that on February 21, 2023, a true and correct copy of the foregoing Plaintiffs' Rule 5.4 Notice of Service of Discovery, which has been prepared using 14-point Times New Roman Font, was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

*/s/ R. Adam Lauridsen*
R. ADAM LAURIDSEN
Attorney for Plaintiffs
