IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, et al., <br> *Plaintiffs,* <br> v. <br> BRIAN KEMP, Governor of Georgia in his official capacity, et al. <br> *Defendants,* <br><br> REPUBLIC NATIONAL COMMITTEE, et al., <br>       *Intervenor-Defendants*. | CIVIL ACTION NO. <br><br> No. 1:21-cv-01284-JPB |

## **MOTION FOR SUSAN PELLETIER TO WITHDRAW AS ATTORNEY**

Notice is hearby given that Susan Pelletier is leaving the employment of Wilmer Cutler Pickering Hale and Dorr LLP., and therefore requests permission to withdraw as attorney for Plaintiffs Delta Sigma Theta, Inc., Georgia ADAPT, Georgia Advocacy Office, Sixth District African Methodist Episcopal Church, and Southern Christian Leadership Conference (hereinafter "Plaintiffs") in the above captioned action.

Plaintiffs respectfully request that the Court and opposing counsel remove Susan Pelletier from the service list. In compliance with Civil L.R. 83.1(E)(2), the undersigned states:

    1. Susan Pelletier has given 14 days' notice by email on February 8, 2023, of his intention to request permission to withdraw from the above captioned action.

    2. Brian Lawrence Dimmick, Dale E. Ho, Davin M. Rosborough, Dayton Campbell-Harris, Debo P. Adegbile, George P. Varghese, Ilya Feldsherov, John Cusick, Jonathan Topaz, Leah Alden, Sophia Lin Lakin, Rahul Garabadu, Stephanie Lin, Susan Mizner, Tania Faransso, Nana Wilberforce, and Alexandra Hiatt will continue to serve as attorneys for Plaintiffs in this matter.

    3. A Proposed Order and the Notice of Withdrawal to clients are attached, hereto.

Respectfully submitted this 22nd day of February 2023.

> */s/ Rahul Garabadu*
> Rahul Garabadu
> 1100 Spring Street NW
> Atlanta, GA 30309
> RGarabadu@acluga.org
>
> *Attorney for Plaintiffs Sixth District of the African Methodist Episcopal Church, Delta Sigma Theta Sorority, Georgia ADAPT, Georgia Advocacy Office, and Southern Christian Leadership Conference*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using font type of Times New Roman and a point size of 14.

Dated:  February 22, 2023                     */s/ Rahul Garabadu*
                                              Rahul Garabadu

                                              *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2023, I electronically filed this document with the Clerk of the Court using the CM/ECF system which will automatically send notification of such filing to the attorneys of record.

Dated:  February 22, 2023                     */s/ Rahul Garabadu*
                                              Rahul Garabadu

                                              *Counsel for Plaintiffs*