# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, et al., <br> *Plaintiffs,* <br> v. <br> BRIAN KEMP, Governor of Georgia in his official capacity, et al. <br> *Defendants,* <br><br> REPUBLIC NATIONAL COMMITTEE, et al., <br>         *Intervenor-Defendants*. | CIVIL ACTION NO. <br><br> No. 1:21-cv-01284-JPB |

## (PROPOSED) ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY

Having considered the Motion to Withdraw as Attorney as to Susan Pelletier **IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and the Clerk is directed to remove Susan Pelletier as attorney for Plaintiffs in this case.

**SO ORDERED** this ___ day of _____, 2023.

 

_____
Hon. J. P. Boulee
United States District Judge