IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No. 1:21-MI-55555-JPB |

**CERTIFICATE OF SERVICE FOR STATE DEFENDANTS'
NOTICE OF RULE 30(b)(6) DEPOSITION AND
AMENDED NOTICE OF RULE 30(b)(6) DEPOSITION**

Pursuant to Local Rule 5.4, I hereby certify that on February 22, 2023, the State Defendants served a Notice of Rule 30(b)(6) Deposition of League of Women Voters of Georgia, Inc. by electronic mail on counsel for all parties in this action; and

I further certify that on February 22, 2023, State Defendants served an Amended Notice of Rule 30(b)(6) Deposition of Black Voters Matter Fund by electronic mail on counsel for all parties in this action.

February 22, 2023          Respectfully submitted,

                                        Christopher M. Carr
                                        Attorney General
                                        Georgia Bar No. 112505
                                        Bryan K. Webb
                                        Deputy Attorney General
                                        Georgia Bar No. 743580
                                        Russell D. Willard
                                        Senior Assistant Attorney General
                                        Georgia Bar No. 760280
                                        Charlene S. McGowan

Assistant Attorney General
Georgia Bar No. 697316
**State Law Department**
40 Capitol Square, S.W.
Atlanta, Georgia 30334

*/s/ Gene C. Schaerr*
Gene C. Schaerr*
Special Assistant Attorney General
Erik Jaffe*
H. Christopher Bartolomucci*
Brian J. Field*
Nicholas P. Miller*
Edward H. Trent*
Joshua J. Prince*
Annika B. Barkdull*
Cristina M. Squiers**
**SCHAERR | JAFFE LLP**
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com

*\*Admitted pro hac vice*
*\*\*Pro hac vice* application pending

Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
**Taylor English Duma LLP**
1600 Parkwood Circle
Suite 200
Atlanta, Georgia 30339
(678) 336-7249

*Counsel for State Defendants*