IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| GEORGIA STATE CONFERENCE OF THE NAACP, ET AL.<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL. | Civil Action No. 1:21-cv-1259-JPB |

**CERTIFICATE OF SERVICE OF LOWER MUSKOGEE CREEK TRIBE'S OBJECTIONS AND RESPONSES TO STATE DEFENDANTS' FRCP 30(B)(6) NOTICE**

Pursuant to LR 5.4(A), NDGa., I hereby certify that I served **Lower Muskogee Creek Tribe's Objections and Responses to State Defendants' FRCP 30(b)(6) Notice** to counsel for all parties by electronic mail on February 23, 2023.

2

|  |  |  |
|---|---|---|
| Dated: February 23, 2023 | By: | */s/ Ethan M. Thomas* |

Ethan M. Thomas (*pro hac vice*)
EThomas@fenwick.com
FENWICK & WEST LLP
555 California Street
San Francisco, CA  94104
Telephone:    415.875.2300

*Attorneys for Plaintiff Lower Muskogee Creek Tribe*