IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No. 1:21-MI-55555-JPB |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW Donald P. Boyle, Jr., of the law firm Taylor English Duma LLP, 1600 Parkwood Circle, Suite 200, Atlanta, GA 30339, and hereby enters his appearance as counsel for Defendants the State of Georgia; Brian Kemp, in his official capacity as Governor of Georgia; Brad Raffensperger, in his official capacity as Secretary of State of Georgia; State Election Board members Sara Tindall Ghazal, Janice Johnston, Edward Lindsey, and Matthew Mashburn; and Gregory W. Edwards, in his official capacity as the District Attorney for Dougherty County in the above-captioned matter. Copies of all further pleadings, orders, and notices should be sent to him at the address below.

This 24th day of February, 2023.

*/s/ Donald P. Boyle, Jr.*
Donald P. Boyle, Jr.
Georgia Bar No. 073519
dboyle@taylorenglish.com

2

TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
Telephone: (678) 336-7228

*Attorney for State Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned certifies that the foregoing Notice of Appearance of Counsel has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Donald P. Boyle, Jr.*
Donald P. Boyle, Jr.