**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.<br>1:21-MI-55555-JPB |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, Defendants the State of Georgia; Brian Kemp, in his official capacity as Governor of Georgia; Brad Raffensperger, in his official capacity as Secretary of State of Georgia; State Election Board members Sara Tindall Ghazal, Janice Johnston, Edward Lindsey, and Matthew Mashburn; and Gregory W. Edwards, in his official capacity as the District Attorney for Dougherty County ("State Defendants"), by and through their counsel of record, hereby certify that on February 20, 2023, State Defendants' consolidated production **(CDR01353385 – CDR01369452)** in response to Consolidated Plaintiffs' First Set of Requests for Production of Documents was served upon the following counsel of record via email:

Nancy G. Abudu (Bar 001471)
nancy.abudu@splcenter.org
Pichaya Poy Winichakul (Bar 246858)
poy.winichakul@splcenter.org
SOUTHERN POVERTY LAW
CENTER
P.O. Box 1287
Decatur, Georgia 30031-1287
Telephone: (404) 521-6700

Rahul Garabadu (Bar 553777)
rgarabadu@acluga.org
ACLU FOUNDATION OF GEORGIA,
INC.
P.O. Box 77208
Atlanta, Georgia 30357
Telephone: (678) 981-5295
Facsimile: (770) 303-0060

Facsimile: (404) 221-5857

Adam S. Sieff*
adamsieff@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899

Sophia Lin Lakin*
slakin@aclu.org
Davin M. Rosborough*
drosborough@aclu.org
Dale E. Ho*
dho@aclu.org
Jonathan Topaz*
jtopaz@aclu.org
ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
Telephone: (212) 519-7836
Facsimile: (212) 549-2539

Matthew Jedreski*
mjedreski@dwt.com
Grace Thompson*
gracethompson@dwt.com
Brittni Hamilton*
brittnihamilton@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

Susan P. Mizner*
smizner@aclu.org
ACLU FOUNDATION, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0781
Brian Dimmick*
bdimmick@aclu.org
ACLU FOUNDATION, INC.
915 15th Street NW
Washington, D.C. 20005
Telephone: (202) 731-2395

David M. Gossett*
davidgossett@dwt.com
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500
Washington, D.C. 20005-7048
Telephone: (202) 973-4288
Facsimile: (202) 973-4499

Leah C. Aden*
laden@naacpldf.org
John S. Cusick*
jcusick@naacpldf.org
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, New York 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592

*Attorneys for Plaintiffs Georgia Muslim
Voter Project, Women Watch Afrika,*

*Latino Community Fund Georgia, and*
*The Arc of the United States*

Bryan L. Sells (Bar 635562)
bryan@bryansellslaw.com
THE LAW OFFICE OF BRYAN
SELLS, LLC
PO Box 5493
Atlanta, Georgia 31107
Telephone: (404) 480-4212

Jon Greenbaum*
jgreenbaum@lawyerscommittee.org
Ezra D. Rosenberg*
erosenberg@lawyerscommittee.org Julie
M. Houk* jhouk@lawyerscommittee.org
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857

Vilia B. Hayes*
vilia.hayes@hugheshubbard.com
Neil Oxford*
neil.oxford@hugheshubbard.com
Gregory Farrell*
gregory.farrell@hugheshubbard.com
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Debo P. Adegbile*
debo.adegbile@wilmerhale.com
Ilya Feldsherov*
ilya.feldsherov@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

George P. Varghese*
george.varghese@wilmerhale.com
Stephanie Lin*
stephanie.lin@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Tania Faransso*
tania.faransso@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Plaintiffs Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, Inc., League of Women Voters of Georgia, Inc., GALEO Latino Community Development Fund, Inc., Common Cause, and Lower Muskogee Creek Tribe*

Uzoma N. Nkwonta*
unkwonta@elias.law
Jacob D. Shelly*
jshelly@elias.law
Jyoti Jasrasaria*
jjasrasaria@elias.law
Tina Meng*
tmeng@elias.law
Marcos Mocine-McQueen*
mmcqueen@elias.law
Spencer McCandless*
smccandless@elias.law
ELIAS LAW GROUP LLP
10 G St. NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
Halsey G. Knapp, Jr. (Bar 425320)
hknapp@khlawfirm.com
Joyce Gist Lewis (Bar 296261)
jlewis@khlawfirm.com
Adam M. Sparks (Bar 341578)
sparks@khlawfirm.com
KREVOLIN & HORST, LLC
1201 W. Peachtree St., NW
One Atlantic Center, Suite 3250
Atlanta, GA 30309
Telephone: (404) 888-9700
Facsimile: (404) 888-9577

Nana Wilberforce*
nana.wilberforce@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

*Attorneys for Plaintiffs
Sixth District of the African Methodist Episcopal Church, Delta Sigma Theta Sorority, Georgia ADAPT, Georgia Advocacy Office, and Southern Christian Leadership Conference*

Kurt Kastorf
kurt@kastorflaw.com
KASTORF LAW, LLC
1387 Iverson Street, N.E., Suite 100
Atlanta, GA 30307
Telephone: (404) 900-0330
Judith Browne Dianis*
Jbrowne@advancementproject.org
Gilda R. Daniels (Bar 762762)
*Gdaniels@advancementproject.org*
Sabrina Khan*
*Skhan@advancementproject.org*
Jess Unger*
*Junger@advancementproject.org*

*Attorneys for The New Georgia Project,*
*Black Voters Matter Fund, Rise, Inc.,*
*Elbert Solomon, Fannie Marie Jackson*
*Gibbs, and Jauan Durbin*

Phi Nguyen (Bar 578019)
pnguyen@advancingjustice-atlanta.org
Meredyth L. Yoon (Bar 204566)
myoon@advancingjustice-atlanta.org
Laura Murchie
lmurchie@advancingjustice-atlanta.org
ASIAN AMERICANS ADVANCING
JUSTICE-ATLANTA
5680 Oakbrook Parkway, Suite 148
Norcross, Georgia 30093
Telephone: (404) 585-8446
Facsimile: (404) 890-5690

Eileen Ma*
eileenm@advancingjustice-alc.org
Kimberly Leung*
kimberlyl@advancingjustice-alc.org
ASIAN AMERICANS ADVANCING
JUSTICE-ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, CA 94111
Telephone: (415) 896-1701
Facsimile: (415) 896-1702

ADVANCEMENT PROJECT
1220 L Street, N.W., Suite 850
Washington, DC 20005
Telephone: (202) 728-9557

Clifford J. Zatz*
CZatz@crowell.com
Justin D. Kingsolver**
JKingsolver@crowell.com
William Tucker*
WTucker@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 624-2500

Jordan Ludwig**
JLudwig@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: (213) 443-5524

*Attorneys for Plaintiffs The Concerned*
*Black Clergy of Metropolitan Atlanta,*
*Inc., The Justice Initiative, Inc., Samuel*
*Dewitt Proctor Conference, Inc., Mijente,*
*Inc., Sankofa United Church of Christ*
*Limited, Metropolitan Atlanta Baptist*
*Ministers Union, Inc., First*
*Congregational Church, United Church*
*of Christ Incorporated, Georgia Latino*
*Alliance for Human Rights, Inc., Faith*
*in Action Network, Greater Works*
*Ministries Network, Inc., and Exousia*
*Lighthouse International C.M., Inc.*

Niyati Shah*
nshah@advancingjustice-aajc.org
Terry Ao Minnis*°
tminnis@advancingjustice-aajc.org
ASIAN AMERICANS ADVANCING
JUSTICE-AAJC
1620 L Street, NW, Suite 1050
Washington, DC 20036
Telephone: (202) 815-1098
Facsimile: (202) 296-2318
° Not Admitted in DC

T. CHRISTIAN HERREN, JR.
JOHN A. RUSS IV
JASMYN G. RICHARDSON
RACHEL R. EVANS
SEJAL JHAVERI
ERNEST A. MCFARLAND
MAURA EILEEN O'CONNOR
ELIZABETH M. RYAN
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.923
Washington, D.C. 20530
Phone: (800) 253-3931
Fax: (202) 307-3961
john.russ@usdoj.gov
elizabeth.ryan@usdoj.gov
jasmyn.richardson@usdoj.gov

Leo L. Lam*
llam@keker.com R. Adam Lauridsen*
alauridsen@keker.com
Connie P. Sung*
csung@keker.com
Candice Mai Khanh Nguyen*
cnguyen@keker.com
Luis G. Hoyos*
lhoyos@keker.com
Rylee Kercher Olm*
rolm@keker.com
KEKER, VAN NEST AND
PETERS LLP
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Gregory C. Sowell
gsowell@jamesbatesllp.com
James-Bates-Brannan Groover-LLP
One Press Place
Suite 200
Athens, GA  30601
Phone: (706) 215-8330
Fax: (706) 215-8322

*Attorneys for Plaintiffs Asian Americans
Advancing Justice–Atlanta, Steven J.*

*Paik, Deepum Patel, Nora Aquino, Thuy*
*Hang Tran, Thao Tran, and Anjali*
*Enjeti-Sydow*

James F. Banter
James-Bates-Brannan Groover-LLP
jbanter@jamesbatesllp.com
P.O. Box 4283
231 Riverside Dr., Ste 100
Macon, GA 31208-4283
Phone: 478-749-4280
Fax: 478-742-4280

Melanie F. Wilson
Senior Assistant County Attorney
melanie.wilson@gwinnettcounty.com
Gwinnett County Department of Law
75 Langley Drive
Lawrenceville, Georgia 30046-6900
(770) 822-8700
(770) 822-8790 (Facsimile)

Y. Soo Jo
County Attorney
Soo.Jo@fultoncountyga.gov
Kaye Woodard Burwell
Deputy County Attorney
Kaye.burwell@fultoncountyga.gov
Brad Bowman
Supervising County Counsel
Brad.bowman@fultoncountyga.gov
Office of the Fulton County Attorney
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)

Irene B. Vander Els
Senior Assistant County Attorney
ivanderels@dekalbcountyga.gov
DeKalb County Law Department
1300 Commerce Drive, 5th Floor
Decatur, GA  30030
(404) 371-3011
(470) 542-8071 (County Mobile)
(404) 371-3024 (Facsimile)

Daniel W. White
Attorney for Cobb County Defendants
dwhite@hlw-law.com
HAYNIE, LITCHFIELD & WHITE, PC
222 Washington Avenue
Marietta, GA  30060
(770) 422-8900

This 24th day of February, 2023.

Respectfully submitted,

Christopher M. Carr
Attorney General
Georgia Bar No. 112505
Bryan K. Webb
Deputy Attorney General
Georgia Bar No. 743580
Russell D. Willard
Senior Assistant Attorney General
Georgia Bar No. 760280
**State Law Department**
40 Capitol Square, S.W.
Atlanta, Georgia 30334

Gene C. Schaerr*
Special Assistant Attorney General
Erik Jaffe*
H. Christopher Bartolomucci*
Brian J. Field*
Joshua J. Prince*
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com
ejaffe@schaerr-jaffe.com
cbartolomucci@schaerr-jaffe.com
bfield@schaerr-jaffe.com
jprince@schaerr-jaffe.com

*Admitted pro hac vice*

*/s/ Bryan P. Tyson*
Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot

8

Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Deborah A. Ausburn
Georgia Bar No. 028610
dausburn@taylorenglish.com
Daniel H. Weigel
Georgia Bar No. 956419
dweigel@taylorenglish.com
Tobias C. Tatum, Sr.
Georgia Bar No. 307104
ttatum@taylorenglish.com
**Taylor English Duma LLP**
1600 Parkwood Circle
Suite 200
Atlanta, Georgia 30339
(678) 336-7249

*Counsel for State Defendants*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing **RULE 5.4 CERTIFICATE OF SERVICE** has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Bryan P. Tyson*
Bryan P. Tyson