IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No. 1:21-MI-55555-JPB |

## CERTIFICATE OF SERVICE FOR UNITED STATES' SUBPOENA FOR DOCUMENTS AND RECORDS TO BRYAN TYSON

Pursuant to LR 5.4(A), NDGa., and Federal Rule of Civil Procedure 45, I hereby certify that on February 21, 2023, I provided notice and a copy of the United States' Subpoena for Documents and Records to Bryan Tyson to counsel for all parties in this case via electronic email.  Subsequently, I served the United States' Subpoena for Documents and Records to Bryan Tyson, via electronic mail, on Bryan Tyson.

Respectfully submitted,

*/s/ Maura Eileen O'Connor*
Maura Eileen O'Connor
Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE
Washington, D.C. 20530
Phone: (800) 253-3931
Fax: (202) 307-3961
Eileen.O'Connor2@usdoj.gov