# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.<br>1:21-MI-55555-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.*,<br><br>*Defendants,*<br><br>REPUBLICAN NATIONAL COMMITTEE, *et al.*,<br><br>*Intervenor-Defendants*. | Civil Action No.<br>1:21-cv-01284-JPB |

## MOTION FOR DALE EDWIN HO TO WITHDRAW AS ATTORNEY

Notice is hereby given that Dale E. Ho is taking a leaving of absence from the American Civil Liberties Union Foundation, Inc., and therefore requests permission to withdraw as attorney for Plaintiffs Delta Sigma Theta, Inc., Georgia ADAPT, Georgia Advocacy Office, Sixth District African Methodist Episcopal Church, and Southern Christian Leadership Conference (hereinafter "Plaintiffs") in the above-mentioned action. Plaintiffs respectfully request that the Court and

opposing counsel remove Dale E. Ho from the service list. In compliance with Civil L.R. 83.1(E)(2), the undersigned states:

1. Dale E. Ho has given Plaintiffs 14 days' notice by email on February 10, 2023, of his intention to request permission to withdraw from the above-mentioned action.

2. Sophia Lin Lakin, Davin M. Rosborough, Jonathan Topaz, Dayton Campbell-Harris, Susan P. Mizner, Brian L. Dimmick, Rahul Garabadu, Caitlin F. May, Leah C. Aden, John S. Cusick, Debo P. Adegbile, George P. Varghese, Stephanie Lin, Tania Faransso, Nana Wilberforce, and Alexandra Hiatt, in addition to other counsel of record, will continue to serve as attorneys for Plaintiffs in this matter.

3. A Proposed Order and the Notice of Withdrawal to clients are attached, hereto.

Respectfully submitted this 27th day of February 2023.

/s/ Dale E. Ho
Dale E. Ho (admitted *pro hac vice*)
dho@aclu.org
ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004

*Attorney for Plaintiffs Sixth District of the African Methodist Episcopal Church, Delta Sigma Theta Sorority, Georgia ADAPT, Georgia Advocacy Office, and Southern Christian Leadership Conference*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using font type of Times New Roman and a point size of 14.

Dated: February 27, 2023        */s/ Dale E. Ho*
                                Dale E. Ho

                                *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2023, I electronically filed this document with the Clerk of the Court using the CM/ECF system which will automatically send notification of such filing to the attorneys of record.

Dated: February 27, 2023        */s/ Dale E. Ho*
                                Dale E. Ho

                                *Counsel for Plaintiffs*