February 10, 2023

From: Dale E. Ho
        Director, Voting Rights Project
        American Civil Liberties Union Foundation, Inc.

To:    Elsie Cooke-Holmes
        National President & Chair
        Delta Sigma Theta Sorority, Inc.
        1707 New Hampshire Avenue
        NW Washington, D.C. 20009

        Suzanne Virginia Thornton
        Georgia ADAPT
        1391 Midlawn Drive
        Decatur, Georgia 30032

        Devon Orland
        Georgia Advocacy Office
        1 West Court Square,
        Decatur, Georgia 30334

        Bishop Reginald T. Jackson
        Sixth District African Methodist Episcopal Church
        250 Williams Street
        Suite 2115
        Atlanta, Georgia 30303

        Dr. Bernard Lafayette, Jr.
        Chair of the Board
        Southern Christian Leadership Conference
        320 Auburn Avenue, NE
        Atlanta, Georgia 30303



National Office
125 Broad Street
18th Floor
New York, NY 10004
aclu.org

Deborah N. Archer
President

Anthony D. Romero
Executive Director

**Re:    Notice of Dale E. Ho to Withdraw as Attorney for Plaintiffs in *Sixth District of African Methodist Episcopal Church, et al. v. Kemp, et al.***

Dear Ms. Cooke-Holmes, Ms. Thornton, Ms. Orland, Bishop Jackson, & Dr. Lafayette, Jr.:

I write to notify you that I am taking a leave of absence from the American Civil Liberties Union Foundation, Inc. Therefore, I wish to inform you of my intention to request permission to withdraw as counsel for Plaintiffs in the civil action *Sixth District African Methodist Episcopal Church, et al., v. Kemp, et al.,* No. 1:21-cv-01284 JPB / 1:21-mi-55555-JPB, in the U.S. District Court for the Northern District of Georgia.

The Local Rules of the Northern of District of Georgia require that I provide you the following information, Local R. 83.1(E)(2)(b), but please rest assured that the rest of our counsel team will continue to communicate with you regarding everything you need to know about the case:

1. The U.S. District Court for the Northern District of Georgia Atlanta Division retains jurisdiction over the above-referenced action;

2. Plaintiffs are still obligated to keep the Court informed of a location where notices, pleadings, or other papers may be served;

3. Plaintiffs are still obligated to prepare for trial with other retained counsel who will remain active in this action;

4. Failure or refusal to satisfy court-related obligations could result in adverse consequences;

5. There are not currently any proceedings scheduled in this case, so the timing of any future proceedings will not be affected by my withdrawal;

6. Notices may be served on Plaintiffs at Plaintiffs' last known address(es);

7. As corporations and organizations, Plaintiffs may only be represented by an attorney, who must sign all pleadings and papers submitted to the Court; a corporate officer may not represent Plaintiffs unless that officer is admitted to the bar of this Court as a regular member or has been admitted pro hac vice in the case; and failure to comply with this rule could result in a default judgment against Plaintiffs; and

8. Plaintiffs have the right to object to my withdrawal within 14 days of February 10, 2023, the date when notice of my intention to request permission to withdraw was served.

9. Below is the contact information for the Clerk of Court, Atlanta Division:
   Kevin P. Weimer
   Richard B. Russell Federal Building
   2211 United States Courthouse
   75 Ted Turner Drive, SW
   Atlanta, GA 30303-3309
   (404) 215-1600

10. Appended to this notice is a listing of the names, addresses, and telephone numbers of counsel for Defendants and Intervenors-Defendants.

A copy of this notice will be filed with my Motion to Withdraw as Attorney. Attorneys Sophia Lin Lakin, Davin M. Rosborough, Jonathan Topaz, Dayton Campbell-Harris, Susan P. Mizner, Brian L. Dimmick, Rahul Garabadu, Caitlin F.



**National Office**
125 Broad Street
18th Floor
New York, NY 10004
aclu.org

**Deborah N. Archer**
President

**Anthony D. Romero**
Executive Director

May, Leah C. Aden, John S. Cusick, Debo P. Adegbile, George P. Varghese, Stephanie Lin, Tania Faransso, Nana Wilberforce, Alexandra Hiatt, and Susan Pelletier, in addition to other counsel of record, will continue to serve as Plaintiffs' lawyers in this matter.

Thank you for your understanding and attention to this matter. It was my pleasure and a true honor to represent you.

Sincerely,

Dale E. Ho
Director, Voting Rights Project
American Civil Liberties Union Foundation, Inc.



National Office
125 Broad Street
18th Floor
New York, NY 10004
aclu.org

**Deborah N. Archer**
President

**Anthony D. Romero**
Executive Director

Contact Information for

Opposing Counsel

Counsel for Defendants

**Annika M. Boone**
Schaerr | Jaffe LLP
1717 K. Street, Northwest
Washington, DC 20006
202-735-1124
Email: aboone@schaerr-jaffe.com

**Brian Field**
Schaerr Jaffe LLP
1717 K Street NW, Suite 900
Washington, DC 20006
202-787-1060
Email: bfield@schaerr-jaffe.com

**Bryan Francis Jacoutot**
Taylor English Duma LLP
1600 Parkwood Circle
Suite 200
Atlanta, GA 30339
770-434-6868
Fax: 770-434-7376
Email: bjacoutot@taylorenglish.com

**Bryan P. Tyson**
Taylor English Duma LLP
1600 Parkwood Circle
Suite 200
Atlanta, GA 30339
770-434-6868
Fax: 770-434-7376
Email: btyson@taylorenglish.com

**Charlene S McGowan**
Office of the Georgia Attorney General
40 Capitol Square SW
Atlanta, GA 30334
404-458-3658
Email: cmcgowan@law.ga.gov

**Edward H Trent**
Schaerr Jaffe LLP
1717 K Street NW, Suite 900
Washington, DC 20006
202-787-1060
Email: etrent@schaerr-jaffe.com

**Erik Scott Jaffe**
Schaerr Jaffe LLP
1717 K Street NW, Suite 900
Washington, DC 20006
202-787-1060
Email: ejaffe@schaerr-jaffe.com

**Cameron T. Norris**
Consovoy McCarthy PLLC -VA
1600 Wilson Blvd.
Suite 700
Arlington, VA 22209
703-243-9423
Email: cam@consovoymccarthy.com

**John E. Hall , Jr.**
Hall Booth Smith, P.C. - ATL
Suite 2900
191 Peachtree Street, N.E.
Atlanta, GA 30303-1775
404-954-5000
Fax: 404-954-5020
Email: JHall@hallboothsmith.com

**Steven Christopher Begakis**
Consovoy McCarthy PLLC -VA
1600 Wilson Blvd.
Suite 700
Arlington, VA 22209
703-243-9423
Email: steven@consovoymccarthy.com

**Tyler R. Green**
Consovoy McCarthy PLLC -VA
Suite 700
3033 Wilson Blvd.
Arlington, VA 22209
703-243-9423
Email: tyler@consovoymccarthy.com

**William Bradley Carver**
Hall Booth Smith, P.C. - ATL
Suite 2900
191 Peachtree Street, N.E.
Atlanta, GA 30303-1775
404-954-5000
Fax: 404-954-5020
Email: bcarver@hallboothsmith.com

**William Dowdy White**
Hall Booth Smith, P.C.
1301 1st Avenue
Suite 100
Columbus, GA 31902
404-954-5000
Email: dwhite@hallboothsmith.com

<u>Counsel for Defendants</u>

**Gene C. Schaerr**
Schaerr Jaffe LLP
1717 K Street NW, Suite 900
Washington, DC 20006
202-787-1060
Fax: 202-776-0136
Email: gschaerr@schaerr-jaffe.com

**H. Christopher Bartolomucci**
Schaerr Jaffe LLP
1717 K Street NW, Suite 900
Washington, DC 20006
202-787-1060
Fax: 202-776-0136
Email: cbartolomucci@schaerr-jaffe.com

**Nicholas Patrick Miller , I**
Schaerr Jaffe LLP
1717 K Street NW, Suite 900
Washington, DC 20006
202-787-1060
Email: nmiller@schaerr-jaffe.com

**Daniel H Weigel**
Taylor English Duma LLP
1600 Parkwood Circle
Suite 200
Atlanta, GA 30339
606-356-1935
Email: dweigel@taylorenglish.com

**Deborah Ann Ausburn**
Taylor English Duma LLP
1600 Parkwood Circle
Suite 200
Atlanta, GA 30339
770-434-6868
Fax: 678-229-0341
Email: dausburn@taylorenglish.com

**Diane Festin LaRoss**
Taylor English Duma LLP
1600 Parkwood Circle
Suite 200
Atlanta, GA 30339
678-336-7169
Email: dlaross@taylorenglish.com

**Baxter D. Drennon**
Hall Booth Smith
200 River Market Avenue
Suite 500
Little Rock, AR 72201
501-265-9927
Fax: 501-604-5566
Email: bdrennon@hallboothsmith.com

**Thomas McCarthy**
Consovoy McCarthy PLLC -VA
1600 Wilson Blvd.
Suite 700
Arlington, VA 22209
703-243-9423
Email: tom@consovoymccarthy.com

**Alex Benjamin Kaufman**
Chalmers, Adams, Backer & Kaufman, LLC
5805 State Bridge Rd
Ste #G77
Johns Creek, GA 30097
404-964-5587
Email: akaufman@chalmersadams.com

**Daniel Walter White**
Haynie, Litchfield & White, PC
222 Washington Ave NE
Marietta, GA 30060-1959
770-422-8901
Fax: 770-424-8900
Email: dwhite@hlw-law.com

**Karl Patrick Broder**
Beck Owen & Murray
100 South Hill Street
Suite 600
One Griffin Center
Griffin, GA 30223
770-227-4000
Fax: 770-229-8524
Email: kbroder@beckowen.com

**Amelia Michele Joiner**
Office of the Fulton County Attorney
141 Pryor Street, S
Suite 4038
Atlanta, GA 30303
404-612-0246
Fax: 404-730-6324
Email: amelia.joiner@fultoncountyga.gov

Counsel for Defendants

**Tobias C. Tatum , Sr**
Taylor English Duma LLP
1600 Parkwood Circle
Suite 200
Atlanta, GA 30339
404-640-5947
Email: ttatum@taylorenglish.com

**David R. Lowman**
Fulton County Attorney's Office
Suite 4038
141 Pryor St., S.W.
Atlanta, GA 30303
404-612-0246
Email: david.lowman@fultoncountyga.gov

**Kaye Woodard Burwell**
Office of the Fulton County Attorney
Suite 4038
141 Pryor Street, S.W.
Atlanta, GA 30303
404-612-0251
Fax: 404-730-6324
Email: Kaye.Burwell@fultoncountyga.gov

**Sandy Milord**
Fulton County Government
141 Pryor Street, SW
Suite 4038
Atlanta, GA 30303
404-612-0263
Email: Sandy.Milord@fultoncountyga.gov

**Bennett Davis Bryan**
DeKalb County Law Department
5th Floor
1300 Commerce Dr.
Decatur, GA 30030
404-371-3011
Fax: 404-371-3024
Email: bdbryan@dekalbcountyga.gov

**Irene B. Vander Els**
DeKalb County Law Department
5th Floor
1300 Commerce Dr.
Decatur, GA 30030
404-371-3618
Email: ivanderels@dekalbcountyga.gov

**Brad M. Bowman**
Office of The County Attorney
Suite 4038
141 Pryor Street, Southwest
Atlanta, GA 30303
404-378-1290
Fax: 404-378-1295
Email: brad.bowman@fultoncountyga.gov

**Emilie Omer Denmark**
Office of the Fulton County Attorney
141 Pryor Street, Sw
Suite 4038
Atlanta, GA 30303
404-612-0246
Email: emilie.denmark@fultoncountyga.gov

**Melanie Felicia Wilson**
Gwinnett County Department of Law
75 Langley Dr.
Lawrenceville, GA 30046-6935
770-822-8200
Email: Melanie.wilson@gwinnettcounty.com

**Tuwanda Rush Williams**
Gwinnett County Department of Law
75 Langley Dr.
Lawrenceville, GA 30046-6935
770-822-8700
Email: tuwanda.Williams@gwinnettcounty.com

**Eric P. Wilborn**
Stewart Melvin & Frost, LLP
P.O. Box 3280
Suite 600, Hunt Tower
200 Main Street
Gainesville, GA 30503
770-536-0101
Email: ewilborn@smf-law.com

**Kristin K Bloodworth**
Stewart, Melvin & Frost, LLP
P. O. 3280
Gainesville, GA 30503
770-536-0101
Email: kbloodworth@smf-law.com

**Riddhi Dasgupta**
Schaerr | Jaffe LLP
1717 K. Street, Northwest
Washington, DC 20006
202-787-1060

Counsel for Defendants

**Shelley Driskell Momo**
DeKalb County Law Department
5th Floor
1300 Commerce Dr.
Decatur, GA 30030
404-371-3011
Fax: 404-371-3024
Email: sdmomo@dekalbcountyga.gov

**Rachel Nicole Mack**
Augusta Georgia Law Department
535 Telfair Street
Building 3000
Augusta, GA 30901
706-842-5550
Email: rmack@augustaga.gov

**William H. Noland**
Noland Law Firm, LLC
5400 Riverside Drive, Ste 205
Macon, GA 31210
478-621-4980
Fax: 478-621-4982
Email: william@nolandlawfirmllc.com

**Grace Simms Martin**
Noland Law Firm LLC
5400 Riverside Drive
Suite 205
Macon, GA 31210
478-397-9047
Email: grace@nolandlawfirmllc.com

**Gregory C. Sowell**
James-Bates-Brannan-Groover-LLP
One Press Place
Suite 200
Athens, GA 30601
706-215-8330
Fax: 706-215-8322
Email: gsowell@jamesbatesllp.com

**James F. Banter**
James Bates Brannan Groover, LLP - M. GA
P.O. Box 4283
231 Riverside Dr., Ste 100
Macon, GA 31208-4283
478-749-4280
Fax: 478-742-4280
Email: jbanter@jamesbatesllp.com

**Michael Van Stephens , II**
Hall County Gov't
PO Box 1435
Gainesville, GA 30503
770-533-7855
Email: van.stephens@gwinnettcounty.com

**Arash A. Sabzevari**
Freeman Mathis & Gary, LLP
661 Forest Parkway
Suite E
Forest Park, GA 30297
404-366-1000
Fax: 404-361-3223
Email: asabzevari@fmglaw.com

**Jack Reynolds Hancock**
Freeman Mathis & Gary, LLP
661 Forest Parkway
Suite E
Forest Park, GA 30297
404-717-0519
Email: jhancock@fmglaw.com

**Jennifer R. Davenport**
Chatham County Attorney
P.O. Box 8161
Savannah, GA 31412
912-652-7881
Email: jdavenport@chathamcounty.org

**Ralph Jonathan Hart**
Chatham County Attorney
P.O. Box 8161
Savannah, GA 31412
912-652-7881
Email: rjhart@chathamcounty.org

**Jordan Bell**
Hull Barrett, PC
P.O. Box 1564
801 Broad Street
Suite 700
Augusta, GA 30903-1564
706-828-2061
Email: jbell@hullbarrett.com

<u>Counsel for Intervenors-Defendants</u>

**James Cullen Evans**
Hall Booth Smith, P.C.
2710 Old Milton Parkway
Suite 200
Alpharetta, GA 30009
404-954-6947
Fax: 404-954-5020
Email: jevans@hallboothsmith.com

**Kevin T. Kucharz**
Chalmers, Adams, Backer & Kaufman, LLC
5805 State Bridge Road #G77
Johns Creek, GA 30097
404-989-4526
Email: kkucharz@hallboothsmith.com