# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, et al., *Plaintiffs,* v. BRIAN KEMP, Governor of Georgia in his official capacity, et al. *Defendants* REPUBLIC NATIONAL COMMITTEE, et al., *Intervenor-Defendants.* | CIVIL ACTION NO. No. 1:21-cv-01284-JPB |

## PLAINTIFFS' RULE 5.4 NOTICE OF SERVICE OF DISCOVERY

Pursuant to Local Rules 5.4 and 26.3(A), I hereby certify:

- On December 22, 2022, I caused Plaintiffs in the above-captioned case to serve document production on behalf of the African Methodist Episcopal Church (AME-004162 – AME-004165), Georgia ADAPT (ADAPT-00000120 – ADAPT-00000124), Delta Sigma Theta Sorority, Inc. (DELTA-00001169 – DELTA-00001206) and the Georgia Advocacy Office (GAO-000799 – GAO-000809), via email upon all counsel of record.

- On February 2, 2023, I caused Plaintiff African Methodist Episcopal

1

Church in the above-captioned case to serve document production (AME-004166 – AME-004188) via email upon all counsel of record.

- On February 22, 2023, I caused Plaintiff Georgia Advocacy Office in the above-captioned case to serve document production (GAO-000810 – GAO-000856) via email upon all counsel of record.

- On February 24, 2023, I caused Plaintiff Georgia Advocacy Office in the above-captioned case to serve document production (GAO-000857 – GAO-001092) via email upon all counsel of record.

This 28th day of February, 2023.

/s/ Leah C. Aden
Leah C. Aden (admitted *pro hac vice*)
laden@naacpldf.org
NAACP LEGAL DEFENSE AND
 EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, New York 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592

*Attorneys for Plaintiffs Sixth District of the African Methodist Episcopal Church, Delta Sigma Theta Sorority, Georgia ADAPT, Georgia Advocacy Office, and Southern Christian Leadership Conference*

## CERTIFICATE OF SERVICE AND
## COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that on February 28, 2023, I electronically filed the foregoing PLAINTIFFS' RULE 5.4 NOTICE OF SERVICE OF DISCOVERY, which has been prepared using 14-point Times New Roman Font, with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 28th day of February, 2023.

/s/ *Leah C. Aden*
Leah C. Aden (admitted *pro hac vice*)