# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No. <br><br> 1:21-MI-55555-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, a Georgia nonprofit organization, et al. <br><br> Plaintiffs, <br><br> VS. <br><br> BRIAN KEMP, Governor of the State of Georgia in his official capacity, et al., <br><br> Defendants. | Case No. <br><br> 1:21-cv-01284-JPB |

## CERTIFICATE OF SERVICE

## NOTICE OF RULE 30(b)(6) DEPOSITION OF THE GEORGIA STATE ELECTION BOARD

## CERTIFICATE OF SERVICE AND COMPLIANCE

I hereby certify that on February 28, 2023, I caused to be served the AME Plaintiffs' Notice of Rule 30(b)(6) Deposition of the Georgia State Election Board by electronic mail on counsel for the defendants and intervenor defendants. I further certify pursuant to Local Rule 7.1(D) that the foregoing document was prepared in Times New Roman 14-point font in compliance with Local Rule 5.1(C).

/s/ *Adam S. Sieff*
Adam S. Sieff (pro hac vice)
*adamsieff@dwt.com*
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899