IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No. 1:21-MI-55555-JPB |

**CERTIFICATE OF SERVICE FOR PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSIONS TO DEFENDANT-INTERVENORS**

Pursuant to Local Rules 5.4 and 26.3(A) (N.D. Ga.), I hereby certify that on February 28, 2023, I served the Consolidated Plaintiffs First Set of Requests for Admission to Defendant-Intervenors via e-mail upon all counsel of record in this matter.

This 28th day of February, 2023.

Respectfully submitted,

*/s/ Sejal Jhaveri*

Sejal Jhaveri
Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE
Washington, DC 20530
Phone: (202) 305-7376
Sejal.Jhaveri@usdoj.gov

## CERTIFICATE OF SERVICE AND
## COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that on February 28, 2023, I electronically filed the foregoing United States' Rule 5.4 Notice of Service of Discovery, which has been prepared using 14-point Times New Roman Font, with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 28th day of February, 2023.

/s/ *Sejal Jhaveri*

Sejal Jhaveri
Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE
Washington, DC 20530
Phone: (202) 305-7376
Sejal.Jhaveri@usdoj.gov