# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.<br>1:21-MI-55555-JPB |

## CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that on this date I have electronically filed the foregoing **FULTON COUNTY DEFENDANTS' SUPPLEMENTAL RESPONSE TO PLAINTIFF GEORGIA NAACP'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** with the Clerk of Court using the CM/ECF system, which will send email notification of such filing to all attorneys of record.

This 28th day of February 2023.

>/s/ David R. Lowman
>David R. Lowman
>Georgia Bar Number: 460298
>david.lowman@countyga.gov

**OFFICE OF THE COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246

1