**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| IN RE GEORGIA SENATE BILL 202 | Master Case No.:<br>1:21-MI-55555-JPB |
|---|---|
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>BRIAN KEMP, Governor of Georgia in his official capacity, et al.<br>*Defendants*<br><br>REPUBLIC NATIONAL COMMITTEE, et al.,<br><br>*Intervenor-Defendants.* | CIVIL ACTION NO.<br>No. 1:21-cv-01284-JPB |

**PLAINTIFFS' RULE 5.4 CERTIFICATE OF
SERVICE OF DISCOVERY**

Pursuant to Local Rules 5.4 and 26.3(A), I hereby certify that on February 28, 2023, I caused Plaintiffs' Subpoena to Request Production of Documents to be served upon the Georgia State ADA Coordinator.

This 28th day of February, 2023.

/s/ Caitlin May

Caitlin May (Bar 602081)
caitlin.may@acluga.org
ACLU FOUNDATION OF
 GEORGIA, INC.
P.O. Box 77208
Atlanta, Georgia 30357

1

Telephone: (678) 310-3699
Facsimile: (770) 303-0060

*Attorney for Plaintiffs Sixth District of the
African Methodist Episcopal Church, Delta
Sigma Theta Sorority, Georgia ADAPT,
Georgia Advocacy Office, and Southern
Christian Leadership Conference*

## CERTIFICATE OF SERVICE AND
## <u>COMPLIANCE WITH LOCAL RULE 5.1</u>

I hereby certify that on February 28, 2023, I electronically filed the foregoing

PLAINTIFFS' RULE 5.4 NOTICE OF SERVICE OF DISCOVERY, which has

been prepared using 14-point Times New Roman Font, with the Clerk of Court

using the CM/ECF system, which will automatically send email notification of

such filing to all attorneys of record.

This 28th day of February, 2023.

/s/ *Caitlin May*
Caitlin May (Bar 602081)