# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| ASIAN AMERICANS ADVANCING JUSTICE—ATLANTA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, et al., <br><br> Defendants, <br><br> REPUBLICAN NATIONAL COMMITTEE, et al., <br><br> Intervenor-Defendants. | Civil Action No.: 1:21-CV-01333-JPB |

## CONSENT MOTION TO UPDATE DOCKET

Plaintiff Thuy ("Angie") Hang Tran, by and through her counsel of record, hereby notifies the Court that she has changed her name to Angelina Thuy Uddullah, effective July 11, 2022. A copy of the certified Name Change Final order is attached hereto as **Exhibit A**.

Plaintiffs Asian Americans Advancing Justice-Atlanta, Steven J. Paik, Deepum Patel, Nora Aquino, Thuy Hang Tran, and Anjali Enjeti-Sydow; State Defendants, Clayton County Board of Elections and Registration Defendants, Cobb County Board of Elections and Registration Defendants, DeKalb County Board of Registrations and Elections Defendants, Forsyth County Board of Voter Registrations and Elections Defendants, Fulton County Registration and Elections Board Defendants, Gwinnett County Board of Registrations and Elections Defendants, and Defendant-Intervenors respectfully request that the Clerk of Court update the docket to reflect this name change and enter the attached proposed order.

Respectfully submitted this 1st day of March, 2023.

*/s/Meredyth L. Yoon*
MEREDYTH L. YOON
(Georgia Bar No. 204566)
LAURA MURCHIE*
**ASIAN AMERICANS ADVANCING JUSTICE-ATLANTA**
5680 Oakbrook Parkway, Suite 148
Norcross, Georgia 30093
404 585 8446 (Telephone)
404 890 5690 (Facsimile)
*myoon@advancingjustice-atlanta.org*
*lmurchie@advancingjustice-atlanta.org*

*/s/Niyati Shah*
NIYATI SHAH*
TERRY AO MINNIS*º
**ASIAN AMERICANS ADVANCING JUSTICE-AAJC**
1620 L Street, NW, Suite 1050
Washington, DC 20036
202 815 1098 (Telephone)
202 296 2318 (Facsimile)
*nshah@advancingjustice-aajc.org*
*tminnis@advancingjustice-aajc.org*

*/s/Eileen Ma*
EILEEN MA*
KIMBERLY LEUNG*
**ASIAN AMERICANS ADVANCING JUSTICE-ASIAN LAW CAUCUS**
55 Columbus Avenue
San Francisco, CA 94111
415 896 1701 (Telephone)
415 896 1702 (Facsimile)
*eileenm@advancingjustice-alc.org*
*kimberlyl@advancingjustice-alc.org*

*/s/R. Adam Lauridsen*
LEO L. LAM*
R. ADAM LAURIDSEN*
CONNIE P. SUNG*
CANDICE MAI KHANH NGUYEN*
LUIS G. HOYOS*
RYLEE KERCHER OLM*
EMILY A. HASSELBERG*
ZAINAB R. RAMAHI*
EMILY L. WANG*
NIHARIKA S. SACHDEVA*
**KEKER, VAN NEST AND PETERS LLP**
633 Battery Street
San Francisco, CA 94111-1809
415 391 5400 (Telephone)
415 397 7188 (Facsimile)
*llam@keker.com*
*alauridsen@keker.com*
*csung@keker.com*
*cnguyen@keker.com*
*lhoyos@keker.com*
*rolm@keker.com*
*ehasselberg@keker.com*
*zramahi@keker.com*
*ewang@keker.com*
*nsachdeva@keker.com*

*Attorneys for Plaintiffs*
*\*Admitted pro hac vice*
*º Not admitted in D.C.*

## LOCAL RULE 7.1(D) CERTIFICATION OF COMPLIANCE

I hereby certify that the foregoing pleading has been prepared with Times New Roman font, 14 point, one of the font and point selections approved by the Court in L.R. 5.1C, N.D. Ga.

                                             */s/ R. Adam Lauridsen*
                                             R. ADAM LAURIDSEN
                                             Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, the undersigned counsel, hereby certify that on March 1, 2023, a true and correct copy of the foregoing CONSENT MOTION TO UPDATE DOCKET was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to all attorneys of record.

/s/ R. Adam Lauridsen
R. ADAM LAURIDSEN
Attorney for Plaintiffs

# EXHIBIT A

# State of Georgia



### COUNTY OF DEKALB
### OFFICE OF THE CLERK OF SUPERIOR COURT

## ELECTRONIC DOCUMENT CERTIFICATION

| **Certification Date:** | 07/20/22 | **Court Case Number:** | 21FM2153 |
|---|---|---|---|
| **Authentication Code:** | 2XLMC-FRDFR-7H5H | **Number of Pages:** | 1 |

I, **Debra DeBerry**, Clerk of Superior Court, or Deputy Clerk specified below, hereby certify that the attached page(s) is/are a true and correct copy of the document(s) enumerated herein, and that said document(s) are on file as a part of the official records of this office, of which I am the official custodian, as authorized by Georgia law. Witness my hand and official seal of this office on the date written.



*Debra DeBerry*, Clerk

Tara Jackson
Prepared by:

**Official Seal of Clerk**

### INSTRUCTIONS FOR AUTHENTICATING THIS CERTIFICATION

This electronically certified record can be authenticated as having been duly certified by the issuing officer by accessing the link below:

https://ecert.gsccca.org/document/2XLMC-FRDFR-7H5H

Authentication of a certified document is a multiple step process. Instructions for authenticating a certified document can be found at the link below:

https://ecert.gsccca.org/authenticationinstructions



AUTHENTICATION CODE LISTED ON THE TOP OF EACH CERTIFIED PAGE

FILED 7/11/2022 1:02 PM CLERK OF SUPERIOR COURT DEKALB COUNTY GEORGIA

IN THE SUPERIOR COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| IN RE THE NAME CHANGE OF: | CIVIL CASE FILE NUMBER: |
| | 22FM2153 |
| THUY HANG THI TRAN, | |
| Petitioner. | |

## NAME CHANGE FINAL ORDER

The above-styled case came before this Court on Thuy Hang Thi Tran's ("Petitioner's") Petition to Change Name of Adult. Petitioner appeared *pro se*.

Petitioner appeared before this Court requesting a name change. This Court finds that notice of this name change has been published pursuant to the law and no objections have been timely filed. Additionally, this Court finds that sufficient grounds exist for granting the name change and Petitioner has verified that the name change is not sought with the intention of defrauding creditors or others of any rights.

For the reasons stated above, the Petition to Change Name is HEREBY GRANTED and Petitioner's name shall be changed from **Thuy Hang Thi Tran** to **Angelina Thuy Uddullah**. The Department of Vital Statistics is HEREBY ORDERED to change Petitioner's name to **Angelina Thuy Uddullah**.

It is SO ORDERED, this 11th day of July, 2022.

*Stacey K. Hydrick*
_____
STACEY K. HYDRICK, Judge
DeKalb County Superior Court
Stone Mountain Judicial Circuit