UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| ASIAN AMERICANS ADVANCING JUSTICE—ATLANTA, et al., Plaintiffs, v. BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, et al., Defendants, REPUBLICAN NATIONAL COMMITTEE, et al., Intervenor-Defendants. | Civil Action No.: 1:21-CV-01333-JPB |

## [PROPOSED] ORDER ON CONSENT MOTION TO UPDATE DOCKET

Before the Court is the Consent Motion to Update Docket (the "Consent Motion"). Having considered the Consent Motion, the Court finds good cause exists, the relief sought is justified, and the requested relief is GRANTED.

The Clerk's Office is directed to update the docket to reflect Plaintiff Thuy Hang Thi Tran's name change to "Angelina Thuy Uddullah."

2045041

SO ORDERED this _____ day of _____, 2023.

_____
HONORABLE J.P. BOULEE
UNITED STATES DISTRICT JUDGE

2045041