**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| ASIAN AMERICANS ADVANCING JUSTICE—ATLANTA, et al., <br><br>Plaintiffs, <br><br>v. <br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, et al., <br><br>Defendants, <br><br>REPUBLICAN NATIONAL COMMITTEE, et al., <br><br>Intervenor-Defendants. | Civil Action No.: 1:21-CV-01333-JPB |

# JOINT STIPULATION AND CONSENT MOTION FOR VOLUNTARY DISMISSAL OF PLAINTIFFS THAO TRAN AND DEEPUM PATEL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Local Rule 41.1, the undersigned parties ("the Consenting Parties") hereby agree and stipulate to the voluntary dismissal of Plaintiffs Thao Tran and Deepum Patel. The Consenting Parties have agreed that they shall each bear their own respective attorneys' fees,

2081435

expenses, and costs. This Stipulation and Consent Order is not intended to apply to the claims of the remaining Plaintiffs, nor to the Defendants' and Defendant-Intervenors' defenses to the claims of the remaining Plaintiffs.

Respectfully submitted this 1st day of March, 2023.

/s/ *Meredyth L. Yoon*
Meredyth L. Yoon (GA Bar No. 204566)
Laura Murchie*
ASIAN AMERICANS ADVANCING JUSTICE-ATLANTA
5680 Oakbrook Parkway, Suite 148
Norcross, Georgia 30093
404 585 8446 (Telephone)
404 890 5690 (Facsimile)
*myoon@advancingjustice-atlanta.org*
*lmurchie@advancingjustice-atlanta.org*

/s/ *Eileen Ma*
Eileen Ma*
Kimberly Leung*
ASIAN AMERICANS ADVANCING JUSTICE-ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, CA 94111
415 896 1701 (Telephone)
415 896 1702 (Facsimile)
*eileenm@advancingjustice-alc.org*
*kimberlyl@advancingjustice-alc.org*

/s/ *Niyati Shah*
Niyati Shah*
Terry Ao Minnis*
ASIAN AMERICANS ADVANCING JUSTICE-AAJC
1620 L Street, NW, Suite 1050

Washington, DC 20036
202 815 1098 (Telephone)
202 296 2318 (Facsimile)
*nshah@advancingjustice-aajc.org*
*tminnis@advancingjustice-aajc.org*

*/s/ R. Adam Lauridsen*
Leo L. Lam*
R. Adam Lauridsen*
Connie P. Sung*
Candice Mai Khanh Nguyen*
Luis G. Hoyos*
Rylee Kercher Olm*
Emily Hasselberg*
Zainab O. Ramahi*
Emily Wang*
KEKER, VAN NEST AND PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
415 391 5400 (Telephone)
415 397 7188 (Facsimile)
*llam@keker.com*
*alauridsen@keker.com*
*csung@keker.com*
*cnguyen@keker.com*
*lhoyos@keker.com*
*rolm@keker.com*
*ehasselberg@keker.com*
*zramahi@keker.com*
*ewang@keker.com*

*Attorneys for Plaintiffs Asian Americans Advancing Justice–Atlanta, Steven J. Paik, Deepum Patel, Nora Aquino, Thuy Hang Tran, Thao Tran, and Anjali Enjeti-Sydow*

2081435

Christopher M. Carr
Attorney General
Georgia Bar No. 112505
Bryan K. Webb
Deputy Attorney General
Georgia Bar No. 743580
Russell D. Willard
Senior Assistant Attorney General
Georgia Bar No. 760280
Charlene McGowan
Assistant Attorney General
Georgia Bar No. 697316
State Law Department
40 Capitol Square, S.W.
Atlanta, Georgia 30334

Gene C. Schaerr*
Special Assistant Attorney General
Erik Jaffe*
H. Christopher Bartolomucci*
Brian J. Field*
Joshua J. Prince*
Schaerr Jaffe LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com


*/s/ Bryan P. Tyson*
Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Diane Festin LaRoss

2081435

Georgia Bar No. 430830
dlaross@taylorenglish.com
Deborah A. Ausburn
Georgia Bar No. 028610
dausburn@taylorenglish.com
Daniel H. Weigel
Georgia Bar No. 956419
dweigel@taylorenglish.com
Tobias C. Tatum, Sr.
Georgia Bar No. 307104
ttatum@taylorenglish.com
Taylor English Duma LLP
1600 Parkwood Circle
Suite 200
Atlanta, Georgia 30339
(678) 336-7249

*Counsel for State Defendants*


*/s/A. Ali Sabzevari*
Chandler J. Emmons
Georgia Bar No. 310809
chandler.emmons@fmglaw.com
Jack R. Hancock
Georgia Bar No. 322450
jhancock@fmglaw.com
A. Ali Sabzevari
Georgia Bar No. 941527
asabzevari@fmglaw.com
FREEMAN MATHIS & GARY, LLP
661 Forest Parkway, Suite E
Forest Park, Georgia 30297
Tel: 404-366-1000

*Counsel for Clayton County Defendants*

2081435

/s/ Daniel W. White
Daniel W. White
Georgia Bar No. 153033
Attorney for Cobb County Defendants
HAYNIE, LITCHFIELD & WHITE, PC
222 Washington Avenue
Marietta, GA 30060
(770) 422-8900
dwhite@hlw-law.com

*Counsel for Cobb County Defendants*


/s/ Shelley D. Momo
Shelley D. Momo
Senior Assistant County Attorney
DeKalb County Law Department
1300 Commerce Drive, 5th Floor
Decatur, GA 30030
404-371-3011 Main
sdmomo@dekalbcountyga.gov

*Counsel for DeKalb County Defendants*


/s/ Karen Pachuta
Patrick Jaugstetter
Karen Pachuta
JARRARD & DAVIS LLP
222 Webb Street
Cumming, GA 30040
678-455-7150
patrickj@jarrard-davis.com
kpachuta@jarrard-davis.com

*Counsel for Forsyth County Defendants*

*/s/ Brad Bowman*
Brad Bowman
Supervising County Counsel
Georgia Bar No. 215007
OFFICE OF THE FULTON COUNTY ATTORNEY
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
404-612-0310 (office)
brad.bowman@fultoncountyga.gov

*Counsel for Fulton County Defendants*


*/s/ Melanie F. Wilson*
Melanie F. Wilson
Senior Assistant County Attorney
Georgia Bar No. 768870
Gwinnett County Law Department
75 Langley Drive
Lawrencevillle, Georgia 30046
Tel: 770-822-8700
Melanie.wilson@gwinnettcounty.com

*Counsel for Gwinnett County Defendants*


*/s/ John E. Hall, Jr.*
John E. Hall, Jr.
Georgia Bar No. 319090
William Bradley Carver, Sr.
Georgia Bar No. 115529
Jake C. Evans
Georgia Bar No.797018
Alex B. Kaufman
Georgia Bar No. 136097
W. Dowdy White

2081435

Georgia Bar No. 320879
HALL BOOTH SMITH, P.C.
191 Peachtree Street NE
Suite 2900
Atlanta, GA 30303
(404) 954-6967
bcarver@hallboothsmith.com

Tyler R. Green*
Cameron T. Norris*
Jeffrey S. Hetzel*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tyler@consovoymccarthy.com
cam@consovoymccarthy.com
jhetzel@consovoymccarthy.com

*Counsel for Intervenor-Defendants*

*Admitted pro hac vice*

## LOCAL RULE 7.1(D) CERTIFICATION OF COMPLIANCE

I hereby certify that the foregoing pleading has been prepared with Times New Roman font, 14 point, one of the font and point selections approved by the Court in L.R. 5.1C, N.D. Ga.

                                        */s/ R. Adam Lauridsen*
                                        R. ADAM LAURIDSEN
                                        Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, the undersigned counsel, hereby certify that on March 1, 2023, a true and correct copy of the foregoing **Joint Stipulation and Consent Motion for Voluntary Dismissal of Plaintiff Thao Tran and Deepum Patel** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to all attorneys of record.

                                        */s/ R. Adam Lauridsen*
                                        R. ADAM LAURIDSEN
                                        Attorney for Plaintiffs

2081435