IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No. 1:21-MI-55555-JPB |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF GEORGIA; *et al.*,<br><br>Defendants,<br><br>THE REPUBLICAN NATIONAL COMMITTEE; *et al.*,<br><br>Intervenor-Defendants. | Civil Action No. 1:21-CV-2575-JPB |

## **CERTIFICATE OF SERVICE FOR UNITED STATES' RESPONSES TO DEFENDANTS' FIRST SET OF DISCOVERY REQUESTS**

Pursuant to Local Rules 5.4 and 26.3(A), NDGa., I hereby certify that on February 22, 2023, I served supplemental responses to Defendants' First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission via e-mail upon counsel for Defendants in this matter.

1

This 2nd day of March, 2023.

    Respectfully submitted,

    */s/ Jasmyn G. Richardson*
    _____
    Jasmyn G. Richardson
    Attorney, Voting Section
    Civil Rights Division
    U.S. Department of Justice
    4 Constitution Square
    150 M Street NE
    Washington, D.C. 20530
    Phone: (800) 253-3931
    jasmyn.richardson@usdoj.gov

# CERTIFICATE OF SERVICE AND
# COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that on March 2, 2023, I electronically filed the foregoing United States' Rule 5.4 Notice of Service of Discovery, which has been prepared using 14-point Times New Roman Font, with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 2nd day of March, 2023.

/s/ Jasmyn G. Richardson

Jasmyn G. Richardson
Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE
Washington, D.C. 20530
Phone: (800) 253-3931
jasmyn.richardson@usdoj.gov