# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| IN RE GEORGIA SENATE BILL 202 | MASTER CASE No. 1:21-MI-55555-JPB |
|---|---|

## PLAINTIFFS' RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 30 and LR 5.4 and 26.3(C), NDGa, undersigned counsel hereby certify that on February 19, 2023, they caused Consolidated Plaintiffs in the above-captioned case to serve their ***JOINT NOTICE OF RULE 30(b)(6) DEPOSITION OF INTERVENOR-DEFENDANT GEORGIA REPUBLICAN PARTY, INC.*** upon counsel of record for all parties in this matter via electronic mail.

1

Dated: March 2, 2023

Respectfully submitted,

**/s/ Adam M. Sparks**
Halsey G. Knapp, Jr.
Georgia Bar No. 425320
Joyce Gist Lewis
Georgia Bar No. 296261
Adam M. Sparks
Georgia Bar No. 341578
**KREVOLIN & HORST, LLC**
1201 W. Peachtree St., NW
One Atlantic Center, Suite 3250
Atlanta, GA 30309
Telephone: (404) 888-9700
Facsimile: (404) 888-9577
hknapp@khlawfirm.com
jlewis@khlwafirm.com
sparks@khlawfirm.com

**/s/ Uzoma N. Nkwonta**
Uzoma N. Nkwonta*
Jacob D. Shelly*
Tina Meng*
Spencer Klein*
Marcos Mocine-McQueen*
Samuel T. Ward-Packard*
Melinda K. Johnson*
Raisa M. Cramer*
**ELIAS LAW GROUP LLP**
10 G St. NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
unkwonta@elias.law
jshelly@elias.law
tmeng@elias.law
sklein@elias.law
mmcqueen@elias.law
swardpackard@elias.law
mjohnson@elias.law
rcramer@elias.law
*Admitted *pro hac vice*
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date electronically filed the foregoing **PLAINTIFFS' RULE 5.4 CERTIFICATE OF SERVICE** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record.

Dated: March 2, 2023

**/s/ Adam M. Sparks**
*Counsel for Plaintiffs*