IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.:<br>1:21-MI-55555-JPB |

**[PROPOSED] ORDER**

Upon consideration of the State Defendants' Motion to Extend Discovery, and the entire record herein, it is hereby:

ORDERED that the current schedule in this case shall be amended as follows:

- Fact discovery shall be completed by April 15, 2023.
- Expert depositions shall be conducted between April 15, 2023, and May 31, 2023.
- All discovery shall close by May 31, 2023.

ORDERED that the current summary judgment briefing schedule is vacated, and that the Parties shall instead appear for a post-discovery status conference on _____, 2023.

_____
Date

_____
Hon. J.P. Boulee
U.S. District Judge