UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | MASTER CASE NO. 1:21-MI-55555-JPB |
| THE CONCERNED BLACK CLERGY OF METROPOLITAN ATLANTA, INC., *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.*, <br><br> *Defendants,* <br><br> THE REPUBLICAN NATIONAL COMMITTEE*; et al.*, <br><br> *Intervenor-Defendants.* | Case No. 1:21-CV-01728-JPB |

**PLAINTIFFS' RULE 5.4 NOTICE OF CERTIFICATE OF SERVICE**

Pursuant to Local Rules 5.4 and 26.3(A), Plaintiffs the Concerned Black Clergy of Metropolitan Atlanta, Inc., The Justice Initiative, Inc., Metropolitan Atlanta Baptist Ministers Union, Inc, First Congregational Church, United Church of Christ Incorporated, Georgia Latino Alliance for Human Rights, Inc., Faith in

1

Action Network, Greater Works Ministries Network, Inc., and Exousia Lighthouse International C.M., Inc., by and through their counsel of record, hereby certify that on February 24, 2023, Plaintiffs' fifth production (CBC-000000443) was served via email upon all parties' counsel of record.

                Respectfully submitted,

                */s/ William Tucker*

                William Tucker*
                CROWELL & MORING LLP
                1001 Pennsylvania Avenue, N.W.
                Washington, DC 20004
                Telephone: (202) 624-2500
                WTucker@crowell.com

                *Admitted pro hac vice

*Counsel for Plaintiffs The Concerned Black Clergy of Metropolitan Atlanta, Inc., The Justice Initiative, Inc., Metropolitan Atlanta Baptist Ministers Union, Inc., First Congregational Church, United Church of Christ Inc., Georgia Latino Alliance for Human Rights, Inc., Faith in Action Network, Greater Works Ministries Network, Inc., and Exousia Lighthouse International C.M., Inc.*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing Rule 5.4 Notice of Certificate of Service has been prepared in Times New Roman 14, a font and type selection approved by the Court in L.R. 5.1(B).

Dated: March 3, 2023

*/s/ William Tucker*
William Tucker

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2023, I electronically filed this document with the Clerk of Court using CM/ECF system which will automatically send email notification of such filing to the attorneys of record in this matter.

Dated: March 3, 2023

*/s/ William Tucker*
William Tucker
