# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |

## CONSOLIDATED PLAINTIFFS' RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rules 5.4(A) and 26.3(A), I hereby certify that on February 24, 2023, I served Consolidated Plaintiffs'[1] Rule 45 Subpoena for Testimony to Chris Harvey, via electronic mail to counsel for Mr. Harvey.

This 3rd day of March, 2023.

/s/ *John S. Cusick*
John S. Cusick (admitted *pro hac vice*)
*jcusick@naacpldf.org*
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, New York 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592

---

[1] The consolidated cases are *New Georgia Project v. Raffensperger*, No. 1:21-cv-01229 (N.D. Ga.); *Georgia State Conference of the NAACP v. Raffensperger*, No. 1:21-cv-01259 (N.D. Ga.); *Sixth District of the African Methodist Episcopal Church v. Kemp*, No. 1:21-cv-01284 (N.D. Ga.); *Asian Americans Advancing Justice-Atlanta v. Raffensperger*, No. 1:21-cv-01333 (N.D. Ga.); *Concerned Black Clergy of Metropolitan Atlanta, Inc. v. Raffensperger*, No. 1:21-cv-01728 (N.D. Ga.); and *United States of America v. The State of Georgia*, Case No. 1:21-cv-02575 (N.D. Ga.).

*Attorney for Plaintiffs Sixth District of the African Methodist Episcopal Church, Delta Sigma Theta Sorority, Georgia ADAPT, Georgia Advocacy Office, and Southern Christian Leadership Conference*

## CERTIFICATE OF SERVICE AND
## COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that on March 3, 2023, I electronically filed the foregoing CONSOLIDATED PLAINTIFFS' RULE 5.4 NOTICE OF SERVICE OF DISCOVERY, which has been prepared using 14-point Times New Roman font, with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 3rd day of March, 2023.

*/s/ John S. Cusick*
John S. Cusick (admitted *pro hac vice*)
