# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | MASTER CASE NO. 1:21-MI-55555-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, *et al.*,<br><br>*Plaintiffs,*<br>v.<br><br>BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.*,<br><br>*Defendants.* | CIVIL ACTION<br><br>Case No. 1:21-CV-01284-JPB |
| THE CONCERNED BLACK CLERGY OF METROPOLITAN ATLANTA, INC., *et al.*,<br><br>*Plaintiffs,*<br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.*,<br><br>*Defendants.* | Case No. 1:21-CV-01728-JPB |

**CERTIFICATE OF SERVICE OF SUR-REBUTTAL EXPERT REPORT OF DR. DANIEL G. CHATMAN**

1

Under Local Rules 5.4 and 26.3(A), I hereby certify that on March 3, 2023, I caused the Sur-Rebuttal Expert Report of Dr. Daniel G. Chatman to be served by email upon counsel of record for all parties in this matter.

Respectfully submitted,

/s/ Joseph J. Wardenski
Joseph J. Wardenski*
WARDENSKI P.C.
195 Plymouth Street, Suite 519
Brooklyn, NY 11201
(347) 913-3311
joe@wardenskilaw.com

*Admitted pro hac vice

*Counsel for Plaintiffs The Concerned Black Clergy of Metropolitan Atlanta, Inc., The Justice Initiative, Inc., Metropolitan Atlanta Baptist Ministers Union, Inc., First Congregational Church, United Church of Christ Inc., Georgia Latino Alliance for Human Rights, Inc., Faith in Action Network, Greater Works Ministries Network, Inc., and Exousia Lighthouse International C.M., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2023, I electronically filed this document with the Clerk of Court using CM/ECF system which will automatically send email notification of such filing to the attorneys of record in this matter.

Dated: March 3, 2023                                       */s/ Joseph J. Wardenski*
                                                           Joseph J. Wardenski