# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| ASIAN AMERICANS ADVANCING JUSTICE–ATLANTA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.*, <br><br> *Defendants*, <br><br> REPUBLICAN NATIONAL COMMITTEE, et al., <br><br> *Intervenor-Defendants*. | Civil Action No.: 1:21-CV-01333-JPB |

## PLAINTIFFS' RULE 5.4 CERTIFICATION OF SERVICE

Pursuant to Local Rules 5.4 and 26.3(A), I hereby certify that, on March 3, 2023, I caused the Sur-Rebuttal Expert Report of Dr. Taeku Lee to be served by email upon counsel of record for all parties:

Respectfully submitted this 3rd day of March, 2023.

1

2100491

/s/ R. Adam Lauridsen
LEO L. LAM*
R. ADAM LAURIDSEN*
CONNIE P. SUNG*
CANDICE MAI KHANH NGUYEN*
LUIS G. HOYOS*
RYLEE KERCHER OLM*
EMILY A. HASSELBERG*
ZAINAB O. RAMAHI*
EMILY WANG*
NIHARIKA S. SACHDEVA*
**KEKER, VAN NEST AND PETERS LLP**
633 Battery Street
San Francisco, CA 94111-1809
415 391 5400  (Telephone)
415 397 7188 (Facsimile)
*llam@keker.com*
*alauridsen@keker.com*
*csung@keker.com*
*cnguyen@keker.com*
*lhoyos@keker.com*
*rolm@keker.com*
*ehasselberg@keker.com*
*zramahi@keker.com*
*ewang@keker.com*
*nsachdeva@keker.com*

 Attorneys for Plaintiffs
*Admitted pro hac vice*

2

## CERTIFICATE OF COMPLIANCE AND SERVICE

I hereby certify that on March 3, 2023, a true and correct copy of the foregoing **Plaintiffs' Rule 5.4 Certification of Service**, which has been prepared using 14-point Times New Roman Font, was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

>*/s/ R. Adam Lauridsen*
> R. ADAM LAURIDSEN
> Attorney for Plaintiffs