# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.<br><br>1:21-MI-55555-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.*,<br><br>*Defendants,*<br><br>REPUBLICAN NATIONAL COMMITTEE, *et al.*,<br><br>*Intervenor-Defendants*. | Civil Action No.<br><br>1:21-cv-01284-JPB |

## AME PLAINTIFFS' RULE 5.4 CERTIFICATE OF <u>SERVICE OF DISCOVERY</u>

Pursuant to Local Rules 5.4 and 26.3(A), I hereby certify that on March 3, 2023, I served the expert sur-rebuttal reports of Drs. Stephen Pettigrew and Lisa Schur upon all counsel of record.

This 3rd day of March, 2023.

        /s/ *Davin M. Rosborough*
        Davin M. Rosborough (admitted *pro hac vice*)
        drosborough@aclu.org
        ACLU FOUNDATION
        125 Broad Street, 18th Floor
        New York, NY 10004
        Telephone: (212) 519-7836
        Facsimile: (212) 549-2539

        *Counsel for Plaintiffs Sixth District of the African Methodist Episcopal Church, Delta Sigma Theta Sorority, Georgia ADAPT, Georgia Advocacy Office, and Southern Christian Leadership Conference*