IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No. 1:21-MI-55555-JPB |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THE STATE OF GEORGIA; *et al.*, <br><br> Defendants, <br><br> THE REPUBLICAN NATIONAL COMMITTEE; *et al.*, <br><br> Intervenor-Defendants. | Civil Action No. 1:21-CV-2575-JPB |

## **CERTIFICATE OF SERVICE FOR SUR-REBUTTAL REPORTS OF THE UNITED STATES' EXPERTS**

Pursuant to LR 5.4(A), NDGa., I hereby certify that on March 3, 2023, I served on all parties in this matter the sur-rebuttal reports of Dr. Barry C. Burden and Dr. Marc Meredith.

Dated: March 6, 2023

Respectfully submitted,

*/s/ Elizabeth M. Ryan*

--------

Elizabeth M. Ryan
Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Rm. 8.1138
Washington, D.C. 20530
Phone: (800) 253-3931
Fax: (202) 207-3961
elizabeth.ryan@usdoj.gov