IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | MASTER CASE NO. 1:21-MI-55555-JPB |
| GEORGIA STATE CONFERENCE OF THE NAACP, *et al.*, <br><br>  *Plaintiffs,* <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Secretary of the State for the State of Georgia, *et al.*, <br><br>  *Defendants.* | Case No. 1:21-CV-01259-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, *et al.*, <br><br>  *Plaintiffs,* <br> v. <br><br> BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.*, <br><br>  *Defendants.* | CIVIL ACTION <br><br> Case No. 1:21-CV-01284-JPB |

1

| | |
|---|---|
| ASIAN AMERICANS ADVANCING JUSTICE-ATLANTA, *et al.*,<br><br>    *Plaintiff,*<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.*,<br><br>    *Defendants.* | Case No. 1:21-CV-01333-JPB |
| THE CONCERNED BLACK CLERGY OF METROPOLITAN ATLANTA, INC., *et al.*,<br><br>    *Plaintiffs,*<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.*,<br><br>    *Defendants.* | Case No. 1:21-CV-01728-JPB |

## PLAINTIFFS' RULE 5.4 CERTIFICATE OF SERVICE

    Pursuant to LR 5.4(A), NDGa., I hereby certify that I served the Sur-Rebuttal Expert Report of Dr. Bernard L. Fraga to counsel for all parties by electronic mail on March 3, 2023.

Dated: March 6, 2023        By:  /s/ Vilia B. Hayes

                                                   *Attorneys for Plaintiffs Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, Inc., League of Women Voters of Georgia, Inc., GALEO Latino Community Development Fund, Inc., Common Cause, and Lower Muskogee Creek Tribe*