IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE GEORGIA SENATE BILL 202          MASTER CASE No.
                                       1:21-MI-55555-JPB

PLAINTIFFS' RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to N.D. Ga. L.R. 5.4(A), undersigned counsel hereby certify that on February 28, 2023, they caused Plaintiffs in the above-captioned case to serve their NOTICE OF RULE 30(b)(6) DEPOSITION OF DEFENDANT HALL COUNTY BOARD OF ELECTIONS AND REGISTRATION upon all counsel of record for all parties in this matter via electronic mail.

Dated: March 7, 2023.

Respectfully Submitted,

/s/ Caitlin May
Caitlin May
Georgia Bar No. 602081
cmay@acluga.org
ACLU FOUNDATION OF
GEORGIA, INC.
P.O. Box 570738
(706) 371-1171
*Attorney for Plaintiffs Sixth District of the African Methodist Episcopal Church, Delta Sigma Theta Sorority, Georgia ADAPT, and Georgia Advocacy Office*

CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with

the font type and margin requirements of L.R. 5.1, using font type of Times New

Roman and a point size of 14.

Dated: March 7, 2023                                      /s/ Caitlin May
                                                          Caitlin May




CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2023, I electronically filed this document with the

Clerk of Court using the CM/ECF system which will automatically send email

notification of such filing to the attorneys of record.



Dated: March 7, 2023                                      /s/ Caitlin May
                                                          Caitlin May