IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | MASTER CASE No. 1:21-MI-55555-JPB |

PLAINTIFFS' RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to N.D. Ga. L.R. 5.4(A), undersigned counsel hereby certify that on March 1, 2023, they caused Plaintiffs in the above-captioned case to serve their NOTICE OF RULE 30(b)(6) DEPOSITION OF DEFENDANT COLUMBIA COUNTY BOARD OF ELECTIONS upon all counsel of record for all parties in this matter via electronic mail.

Dated: March 7, 2023.

Respectfully Submitted,

/s/ Caitlin May
Caitlin May
Georgia Bar No. 602081
cmay@acluga.org
ACLU FOUNDATION OF
GEORGIA, INC.
P.O. Box 570738
(706) 371-1171
*Attorney for Plaintiffs Sixth District of the African Methodist Episcopal Church, Delta Sigma Theta Sorority, Georgia ADAPT, and Georgia Advocacy Office*

CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using font type of Times New Roman and a point size of 14.

Dated: March 7, 2023                                    /s/ Caitlin May
                                                        Caitlin May

CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2023, I electronically filed this document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Dated: March 7, 2023                                    /s/ Caitlin May
                                                        Caitlin May