**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| **IN RE GEORGIA SENATE BILL 202** | **MASTER CIVIL ACTION FILE NO.: 1:21-MI-55555-JPB** |
| **SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH,** *et al.,* | |
| *Plaintiffs,* | **ORIGINAL CIVIL ACTION FILE NO.: 1:21-CV-1284-JPB** |
| **v.** | |
| **BRIAN KEMP, Governor of the State of Georgia, in his official capacity,** *et al.,* | |
| *Defendants.* | |

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Local Rule 5.4 and 23.6(A), Hall County Board of Elections and Registration, Tom Smiley, David Kennedy, Ken Cochran, Craig Lutz, Gala Sheats, and Elections Director Lori Wurtz ("Hall County Defendants"), by and through their counsel of record, hereby certifies that the undersigned served **Hall County Defendants' Supplemental Responses to Plaintiffs' First Set of Requests for Production** on counsel of record by electronic mail delivery.

This 7th day of March, 2023.

> STEWART, MELVIN, & FROST, LLP
> By: */s/ Kristin K. Bloodworth*

Page 1

P.O. Box 3280                                    Ga Bar No. 940859
Gainesville, GA 30503                     Attorney for Hall County Defendants
Phone: 770-536-0101
Fax: 678-207-2008
Kbloodworth@smf-law.com

## <u>CERTIFICATE OF COMPLAINCE WITH LOCAL RULE 7.1</u>

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

/s/ Kristin K. Bloodworth
KRISTIN K. BLOODWORTH
Georgia Bar No. 940859