IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Civil Action No. 1:21-MI-55555-JPB |

**CERTIFICATE OF SERVICE FOR SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION TO COUNSEL FOR FRANCES WATSON**

Pursuant to Local Rule 5.4 of the Northern District of Georgia and Federal Rule of Civil Procedure 45, I hereby certify that on February 24, 2023, I provided notice and a copy of the Consolidated Plaintiff's Subpoena to Testify at a Deposition to counsel for Frances Watson via electronic email.

This 9th day of March, 2023.

Respectfully submitted,

*/s/ Matletha N. Bennette*
Matletha N. Bennette
Pichaya Poy Winichakul
Bradley E. Heard
SOUTHERN POVERTY LAW CENTER –
D. GA
150 E. Ponce de Leon Ave.
Decatur, GA 30031
M: 850-408-4840
matletha.bennette@splcenter.org
poy.winichakul@splcenter.org
bradley.heard@splcenter.org

Nancy G. Abudu
SOUTHERN POVERTY LAW CENTER – M. AL
400 Washington Ave
Suite 340
Montgomery, AL 33104
M: 404-521-6700
nancy.abudu@splcenter.org

Sabrina S. Khan
SOUTHERN POVERTY LAW CENTER - DC
1101 17th Avenue NW
Washington, DC 20036
M: 202-728-9557
sabrina.khan@splcenter.org

Adam Sieff
Brittni Abra Hamilton
DAVIS WRIGHT TREMAINE LLP - CA
865 South Figueroa Street
24th Floor
Los Angeles, CA 90017-2566
M: 213-633-6800
adamsieff@dwt.com
brittnihamilton@dwt.com

Courtney T. DeThomas
David M. Gossett
DAVIS WRIGHT TREMAINE LLP - DC
1301 K Street NW
Washington, DC 20005
M: 202-973-4288
courtneydethomas@dwt.com
davidgossett@dwt.com

Danielle E. Kim
Kate Kennedy
Matthew R. Jedreski

Shontee Pant
DAVIS WRIGHT TREMAINE LLP - WA
920 Fifth Avenue
Suite 3300
Seattle, WA 98104
M: 206-757-8306
daniellekim@dwt.com
katekennedy@dwt.com
mjedreski@dwt.com

*Counsel for Plaintiffs Georgia Muslim Voter Project, Women Watch Afrika, Latino Community Fund of Georgia, and the Arc of the United States*

## CERTIFICATE OF SERVICE AND COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that on March 9, 2023, I electronically filed the foregoing United States' Rule 5.4 Notice of Service of Discovery, which has been prepared using 14-point Times New Roman Font, with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 9th day of March, 2023.

Respectfully submitted,

*/s/ Matletha N. Bennette*
Matletha N. Bennette
SOUTHERN POVERTY LAW CENTER – D. GA
150 E. Ponce de Leon Ave.
Decatur, GA 30031
M: 850-408-4840
matletha.bennette@splcenter.org