

One Atlantic Center
1201 West Peachtree Street, NW
Suite 3250 | Atlanta, GA 30309
Tel: 404-888-9700 | Fax: 404-888-9577
www.krevolinhorst.com

**ADAM M. SPARKS**
Tel: 404-835-8067
Email: sparks@khlawfirm.com

March 10, 2023

**Via CM/ECF Filing**
Ms. Brittney Walker
Courtroom Deputy Clerk to the
Honorable J.P. Boulee
United States District Judge
Northern District of Georgia
1988 Richard B. Russell Federal Building and
United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

      RE:   *In Re Georgia Senate Bill 202*
             *Case No. 1:21-MI-55555-JPB*

Dear Ms. Walker:

      Pursuant to Northern District Local Rule 83.1(E)(3) regarding leaves of absence of not greater than (20) consecutive days, please accept this letter respectfully requesting that no hearing or trials be calendared during the time period of:

- April 3-10, 2023 (family vacation);
- May 18-20, 2023 (out-of-state conference);
- June 8-9, 2023 (out-of-state conference);
- June 26, 2023 – July 3, 2023 (family vacation);
- July 27, 2023 – August 1, 2023 (family obligations);
- September 15-18, 2023 (family vacation);
- October 9-13, 2023 (family vacation);
- November 20-27, 2023 (family obligations); and
- December 22, 2023 – January 3, 2024 (family obligations).

Applicant anticipates being away from the practice of law to attend to continuing legal education, professional obligations, or family matters during these times. Applicant currently has no hearings or trials scheduled for the above-referenced case during the requested leave period.

                          [signature on following page]

Sincerely,

**KREVOLIN & HORST, LLC**

**<u>Adam M. Sparks</u>**
Adam M. Sparks
GA Bar No. 341578
*Counsel for Plaintiffs*

AMS:pvc

cc: All Counsel of Record (via CM/ECF)