**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No. <br> 1:21-MI-55555-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, a Georgia nonprofit organization, et al. <br><br>     Plaintiffs, <br><br> VS. <br><br> BRIAN KEMP, Governor of the State of Georgia in his official capacity, et al., <br><br>     Defendants. | Case No. <br> 1:21-cv-01284-JPB |

**CERTIFICATE OF SERVICE**

**AMENDED NOTICE OF DEPOSITION OF MATTHEW MASHBURN**

## AMENDED CERTIFICATE OF SERVICE AND COMPLIANCE

I hereby certify that on March 10, 2023, I caused to be served the AME Plaintiffs' Amended Notice of Deposition of Matthew Mashburn by electronic mail on counsel for the defendants and intervenor defendants. I further certify pursuant to Local Rule 7.1(D) that the foregoing document was prepared in Times New Roman 14-point font in compliance with Local Rule 5.1(C).

/s/ *Matthew Jedreski*
Matthew Jedreski (pro hac vice)
*mjedreski@dwt.com*
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 622-3150
Facsimile: (206) 757-7700
