# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| THE CONCERNED BLACK CLERGY OF METROPOLITAN ATLANTA, INC., *et al.*, <br><br>*Plaintiffs*, <br><br>v. <br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.*, <br><br>*Defendants*. <br><br>REPUBLICAN NATIONAL COMMITTEE, *et al.*, <br><br>*Intervenor-Defendants*. | Case No.: 21-cv-01728-JPB |

### [PROPOSED ORDER GRANTING] JOINT STIPULATION AND CONSENT MOTION FOR VOLUNTARY DISMISSAL OF PLAINTIFFS EXOUSIA LIGHTHOUSE INTERNATIONAL C.M., INC., GREATER WORKS MINISTRIES NETWORK, INC., AND FAITH IN ACTION NETWORK, WITH PREJUDICE

This matter having come before the Court upon the Joint Stipulation and Consent Motion of Plaintiffs, Exousia Lighthouse International C.M., Inc. ("Exousia"), Greater Works Ministries Network, Inc. ("Greater Works"), and Faith in Action Network ("Faith in Action"), Defendants Brad Raffensperger, in his official capacity as Secretary of State of Georgia; Sara Tindall Ghazal, Janice

1

Johnston, Edward Lindsey, and Matthew Mashburn, in their official capacities as members of the State Election Board; and Intervenors-Defendants Republican National Committee, Inc., Georgia Republican Party, Inc., National Republican Congressional Committee, and the National Republican Senatorial Committee, for Voluntary Dismissal with Prejudice of Plaintiffs, Exousia, Greater Works, and Faith in Action, and upon consideration thereof and for good cause shown,

IT IS HEREBY ORDERED that said Joint Stipulation and Consent Motion for Voluntary Dismissal of Plaintiffs, Exousia, Greater Works, and Faith in Action, with Prejudice is GRANTED.

The Court orders that all claims of Plaintiffs, Exousia, Greater Works, and Faith in Action, *only* shall be dismissed with prejudice, with Plaintiffs, Exousia, Greater Works, and Faith in Action, and all Defendants and Intervenor-Defendants to bear their own respective attorneys' fees, expenses, and costs. This Order does not apply to the claims of any of the remaining Plaintiffs, nor to the Defendants' and Intervenors' defenses to the claims of the remaining Plaintiffs.

IT IS SO ORDERED.

ENTERED this _____ day of _____, 202_.

_____
J. P. Boulee
United States District Judge