IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No. 1:21-MI-55555-JPB |

### CERTIFICATE OF SERVICE FOR PLAINTIFFS' NOTICE OF DEPOSITION OF LYNN BAILEY

Pursuant to LR 5.4(A), NDGa., I hereby certify that on March 14, 2023, I served the Consolidated Plaintiffs' notice of deposition of Lynn Bailey, via electronic mail, on counsel for all parties in this case.

Respectfully submitted,

*/s/ Maura Eileen O'Connor*
Maura Eileen O'Connor
Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE
Washington, D.C. 20530
Phone: (800) 253-3931
Fax: (202) 307-3961
Eileen.O'Connor2@usdoj.gov