UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| THE CONCERNED BLACK CLERGY OF METROPOLITAN ATLANTA, INC., a Georgia nonprofit corporation, *et. al.*,<br>　　　　*Plaintiffs,*<br><br>　　　　v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State *et al.*,<br>　　　　*Defendants,*<br><br>THE REPUBLICAN NATIONAL COMMITTEE; *et al.*,<br>　　　　*Intervenor-Defendants.* | Civil Action No. 1:21-cv-01728-JPB |

**MOTION FOR MARQUES BANKS TO WITHDRAW
AS ATTORNEY OF RECORD**

To the Clerk of Court and All Parties of Record:

Notice is hereby given that Marques Banks has left employment with Advancement Project and therefore requests permission to withdraw as counsel for

1

Plaintiffs the Concerned Black Clergy of Metropolitan Atlanta, Inc., *et. al*. The other undersigned attorneys who have appeared on behalf of the Concerned Black Clergy of Metropolitan Atlanta, Inc., *et. al*. will continue to represent the plaintiffs in this matter.

In compliance with Civil L.R. 83.1(E)(2), the undersigned states:

1. Marques Banks has given Plaintiffs 14 days' notice, by email, of his intention to request permission to withdraw from the above-captioned action.
2. The undersigned will continue to serve as attorneys for Plaintiffs in this matter.
3. A Proposed Order is attached hereto.

    Respectfully submitted,

    */s/ William Tucker*

    Judith Browne Dianis*
    Angela Groves*
    Marques Banks*
    Matthew Fogelson*
    **ADVANCEMENT PROJECT**
    1220 L Street, N.W., Suite 850

    Washington, DC 20005
    (202) 728-9557
    jbrowne@advancementproject.org
    agroves@advancementproject.org

mbanks@advancementproject.org
mfogelson@advancementproject.org

Clifford J. Zatz*
Justin D. Kingsolver*
William Tucker*
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 624-2500
CZatz@crowell.com
JKingsolver@crowell.com
WTucker@crowell.com

Jordan Ludwig*
**CROWELL & MORING LLP**
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: (213) 443-5524
JLudwig@crowell.com

Joseph Wardenski*
Wardenski P.C.
195 Plymouth Street
Suite 519 Brooklyn, NY 11201
Telephone: 347-913-3311
joe@wardenskilaw.com

Kurt Kastorf (GA Bar No. 315315)
KASTORF LAW, LLC
1387 Iverson Street, N.E., Suite 100
Atlanta, GA 30307
Telephone: 404-900-0330
kurt@kastorflaw.com

*Admitted pro hac vice

*Counsel for Plaintiffs*

3

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using font type of Times New Roman and a point size of 14.

Dated: March 15, 2023

                                      */s/ William Tucker*
                                      William Tucker

                                      *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of March, 2023, a copy of the foregoing was served via the Court's electronic filing system (ECF) which will automatically send email notifications of said filing to all attorneys of record.

/s/ William Tucker
William Tucker

*Counsel for Plaintiffs*
