# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| THE CONCERNED BLACK CLERGY OF METROPOLITAN ATLANTA, INC., a Georgia nonprofit corporation, *et. al.*, <br>     *Plaintiffs,* <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State *et al.*, <br><br>     *Defendants,* <br><br> THE REPUBLICAN NATIONAL COMMITTEE; *et al.*, <br><br>     *Intervenor-Defendants.* | Civil Action No. 1:21-cv-01728-JPB |

### [PROPOSED] ORDER GRANTING MOTION FOR MARQUES BANKS TO WITHDRAW AS ATTORNEY OF RECORD

Having considered the Motion to Withdraw as attorney as to Marques Banks,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED,** and the Clerk is

1

directed to remove Marques Banks as an attorney for Plaintiffs the Concerned Black Clergy of Metropolitan Atlanta, Inc., *et. al.* in this case.

    IT IS SO ORDERED this the _____ day of _____, 2023.

                                              _____
                                              Honorable J.P. Boulee
                                              United States District Judge
                                              Northern District of Georgia