**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| IN RE GEORGIA SENATE BILL 202 | MASTER CASE No. 1:21-MI-55555-JPB |
|---|---|

## PLAINTIFFS' RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 30 and LR 5.4 and 26.3(C), NDGa, undersigned counsel hereby certify that on March 15, 2023, they caused Consolidated Plaintiffs in the above-captioned case to serve their ***CONSOLIDATED PLAINTIFFS' JOINT NOTICE OF RULE 30(b)(6) DEPOSITION OF INTERVENOR-DEFENDANT GEORGIA REPUBLICAN PARTY, INC.*** upon counsel of record for all parties in this matter via electronic mail.

Dated: March 15, 2023

Respectfully submitted,

**/s/ Adam M. Sparks**

Halsey G. Knapp, Jr.

Georgia Bar No. 425320

Joyce Gist Lewis

Georgia Bar No. 296261

Adam M. Sparks

Georgia Bar No. 341578

**KREVOLIN & HORST, LLC**

1201 W. Peachtree St., NW

One Atlantic Center, Suite 3250

Atlanta, GA 30309

Telephone: (404) 888-9700

Facsimile: (404) 888-9577

hknapp@khlawfirm.com

jlewis@khlwafirm.com

sparks@khlawfirm.com

**/s/ Uzoma N. Nkwonta**

Uzoma N. Nkwonta*

Jacob D. Shelly*

Tina Meng*

Spencer Klein*

Marcos Mocine-McQueen*

Samuel T. Ward-Packard*

Melinda K. Johnson*

Raisa M. Cramer*

**ELIAS LAW GROUP LLP**

250 Massachusetts Ave NW

Suite 400

Washington, D.C. 20001

Telephone: (202) 968-4490

unkwonta@elias.law

jshelly@elias.law

tmeng@elias.law

sklein@elias.law

mmcqueen@elias.law

swardpackard@elias.law

mjohnson@elias.law

rcramer@elias.law

*Admitted *pro hac vice*

*Counsel for Plaintiffs*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have on this date electronically filed the foregoing **PLAINTIFFS' RULE 5.4 CERTIFICATE OF SERVICE** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record.

Dated: March 15, 2023

**<u>/s/ Adam M. Sparks</u>**
*Counsel for Plaintiffs*