IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | MASTER CASE No.: 1:21-MI-55555-JPB |
| THE NEW GEORGIA PROJECT, et al., *Plaintiffs,* v. BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.,* *Defendants,* REPUBLICAN NATIONAL COMMITTEE, *et al.,* *Intervenor-Defendants.* | Civil Action No.: 1:21-cv-01229-JPB |

**PLAINTIFFS' RULE 5.4 CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 26(a)(2) and LR 5.4 and 26.3(C), NDGa, undersigned counsel hereby certify that on March 16, 2023, they caused Plaintiffs in the above-captioned case to serve true and correct copies of the **Amended Expert Report of Dr. Orville Vernon Burton with Redlined Comparison** upon counsel of record for all parties in this matter via email.

1

Dated: March 16, 2023

**/s/ Adam M. Sparks**
Halsey G. Knapp, Jr.
Georgia Bar No. 425320
Joyce Gist Lewis
Georgia Bar No. 296261
Adam M. Sparks
Georgia Bar No. 341578
**KREVOLIN & HORST, LLC**
1201 W. Peachtree St., NW
One Atlantic Center, Suite 3250
Atlanta, GA 30309
Telephone: (404) 888-9700
Facsimile: (404) 888-9577
hknapp@khlawfirm.com
jlewis@khlwafirm.com
sparks@khlawfirm.com

Respectfully submitted,

**/s/ Uzoma N. Nkwonta**
Uzoma N. Nkwonta*
Jacob D. Shelly*
Tina Meng Morrison*
Spencer Klein*
Marcos Mocine-McQueen*
Samuel T. Ward-Packard*
Melinda K. Johnson*
Raisa M. Cramer*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW
Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
unkwonta@elias.law
jshelly@elias.law
tmengmorrison@elias.law
sklein@elias.law
mmcqueen@elias.law
swardpackard@elias.law
mjohnson@elias.law
rcramer@elias.law
*Admitted *pro hac vice*
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this date electronically filed the foregoing **PLAINTIFFS' RULE 5.4 CERTIFICATE OF SERVICE** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record.

Dated: March 16, 2023

**/s/ Adam M. Sparks**
*Counsel for Plaintiffs*