**County of Fulton**    )
                        )
**State of Georgia**    )

## AFFIDAVIT OF WILLIAM BRADLEY CARVER

I am over the age of 18, of sound mind, and have personal knowledge of the facts set out herein:

1. I am a lawyer. I received my law licensed in 1999 after graduating from the University of Georgia School of law. My Georgia Bar No. is 115529. I practice law with the firm Hall Booth Smith, P.C.

2. On or about January 11, 2020, Hall Booth Smith, P.C. and I were retained by the Georgia Republican Party ("GAGOP") to assist it in providing legal advice related to Georgia's election procedures.

3. Ultimately, as an attorney, I was asked to chair a committee of GAGOP leaders to prepare a package of election proposals for consideration by the Georgia legislature and advocate for those reforms.

4. In order to effectively formulate and advocate for election-reform proposals, it was important for party employees and leaders, as well as legislators, to be able to communicate openly and frankly with me. Because of that, there was an expectation that the communications with me would remain confidential.

5. Based on my experience, this expectation of confidentiality was important to my advocacy for election reforms. Without that expectation, conversations about election reforms would not have been as open—or even have taken place at all. As a result, my testimony about conversations discussing and advocating for election-reform proposals would harm my ability—and the ability of anyone else in a similar position—to advocate for policy

changes. Without the expectation that conversations will remain confidential party leaders, party employees, and legislators will be less likely to discuss policies openly or even to have policy conversations at all.

6. Further, as a part of my association with the GAGOP and related entities, I have been the target of harassment designed to have an adverse impact on associational rights.

7. For example, a bar complaint was filed against me but unanimously dismissed. That process—which should have been a confidential—was leaked to the press in an effort to discredit me or otherwise harm my career.

8. My testimony about my work on behalf of GAGOP would risk further attempts at harassment because of that work and my association with GAGOP. That risk applies not only to me but also to the GAGOP, its current members, and future political activities.

FURTHER AFFIANT SAYETH NOT.

_____
WILLIAM BRADLEY CARVER

DATED this 16th day of March, 2023.

Subscribed to and sworn before me, this 16th day of March, 2023.

_____
NOTARY PUBLIC

My Commission Expires:

1-22-2026