IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No. 1:21-MI-55555-JPB |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF GEORGIA; *et al.*,<br><br>Defendants,<br><br>THE REPUBLICAN NATIONAL COMMITTEE; *et al.*,<br><br>Intervenor-Defendants. | Civil Action No. 1:21-CV-2575-JPB |

**CERTIFICATE OF SERVICE FOR**
**UNITED STATES' SECOND SUPPLEMENTAL DISCLOSURES**

Pursuant to LR 5.4(A), NDGa., I hereby certify that on March 17, 2023, I served the United States' Federal Rule of Civil Procedure 26(e) Second Supplemental Disclosures by electronic mail on counsel for all parties.

Dated:  March 17, 2023

Respectfully submitted,

*/s/ Rachel R. Evans*
_____
RACHEL R. EVANS
Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.137
Washington, D.C. 20530
Phone: (800) 253-3931
Fax: (202) 307-3961
rachel.evans@usdoj.gov