UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.:<br>1:21-MI-55555-JPB |

## NOTICE OF SUPPLEMENTAL AUTHORITY

The United States files this Notice of Supplemental Authority in support of Consolidated Plaintiffs' Motion to Compel Production of Documents (ECF No. 303) and Opposition to Non-Party Lawmakers' Motion to Quash (ECF No. 307). On March 14, 2023, judges in two cases before the District of North Dakota affirmed magistrate judge decisions ordering state legislators to sit for depositions and produce documents. *See* Ex. A (Order, *Turtle Mountain Band of Chippewa Indians, v. Jaeger,* No. 3:22-cv-22 (D.N.D. Mar. 14, 2023) (ECF No. 71)); Ex. B (Order, *Turtle Mountain Band of Chippewa Indians, v. Jaeger,* No. 3:22-cv-22 (D.N.D. Mar. 14, 2023) (ECF No. 72)); Ex. C (Order, *Walen v. Burgum*, No. 1:22-cv-31 (D.N.D. Mar. 14, 2023) (ECF No. 110) (three-judge court)). These orders affirmed three separate rulings of the magistrate judge assigned to these two related cases. Both cases challenge aspects of North Dakota's state-wide redistricting.

First, the magistrate judge issued a joint order in both North Dakota cases on December 22, 2022, finding that legislative privilege should be overcome in those

1

voting rights cases under the five-factor *Rodriguez* balancing test. The order directed members of the North Dakota Legislative Assembly to appear at depositions and testify about recent redistricting legislation.  *See* Ex. D (Order *Turtle Mountain Band of Chippewa Indians v. Jaeger,* No. 3:22-cv-22 (D.N.D. Dec. 22, 2022) (ECF No. 48); *Walen v. Burgum*, No. 1:22-cv-31 (D.N.D Dec. 22, 2022) (ECF No. 72).  Second, the magistrate judge issued an order on February 22, 2023, directing legislators to produce documents because communications with third parties fall outside the state legislative privilege.  *See* Ex. E (Order, *Turtle Mountain Band of Chippewa Indians v. Jaeger,* No. 3:22-cv-22 (D.N.D. Feb. 12, 2023) (ECF No. 63).  On March 14, 2023, the district courts in *Turtle Mountain Band of Chippewa Indians* and *Walen* denied the legislators' appeals in full.  *See* Ex. A; Ex. B; Ex. C.

In addition, on March 6, 2023, Judge Grimberg entered a consent order that directed Georgia legislators, in a case challenging aspects of Georgia's statewide redistricting plans that is pending before a three-judge court in the Northern District of Georgia, to turn over documents over which they had previously asserted legislative privilege, following in-camera review, a preliminary ruling by the court, and subsequent negotiations by the parties.  *See* Ex. F (Order, *Ga. State Conf. of the NAACP v. State of Ga.*, 1:21-cv-5338 (N.D. Ga. Mar. 6, 2023)).

Respectfully submitted this 17th day of March, 2023.

Ryan K. Buchanan
United States Attorney
Northern District of Georgia

*/s/ Aileen Bell Hughes*
Aileen Bell Hughes
Georgia Bar No. 375505
Assistant U.S. Attorney
Office of the United States Attorney
600 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303
Phone: (404) 581-6000
Fax: (404) 581-6181

Elise C. Boddie
Principal Deputy Assistant Attorney General

*/s/ Sejal Jhaveri*
T. Christian Herren, Jr.
John A. Russ IV
Jasmyn G. Richardson
Maura Eileen O'Connor
Rachel R. Evans
Sejal Jhaveri
Ernest A. McFarland
Elizabeth M. Ryan
J. Eric Rich
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, 8th Floor
Washington, D.C. 20530
Phone: (800) 253-3931
Fax: (202) 307-3961
Sejal.Jhaveri@usdoj.gov

## CERTIFCATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), I hereby certify that the foregoing motion has been prepared in Time New Roman 14, a font and type selection approved by the Court in L.R. 5.1(C).

*/s/ Sejal Jhaveri*
Sejal Jhaveri

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2023, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send notification of this filing to counsel of record.

                                                */s/ Sejal Jhaveri*
                                                SEJAL JHAVERI
                                                Attorney, Voting Section
                                                Civil Rights Division
                                                U.S. Department of Justice