# Exhibit F

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| GEORGIA STATE CONFERENCE OF NAACP, ET AL. | ) ) ) | |
| PLAINTIFFS, | ) ) | CIVIL ACTION NO. 1:21-CV-5338 |
| V. | ) ) | ELB-SCJ-SDG |
| STATE OF GEORGIA, ET AL. | ) ) | THREE-JUDGE COURT |
| DEFENDANTS. | ) ) | |

## CONSENT ORDER REGARDING MOTION FOR PROTECTIVE ORDER AS TO NON-PARTY SUBPOENAS

This matter comes before the Court on the Motion for Protective Order As to Non-Party Subpoenas [Doc. 82] filed on behalf of John Kennedy; Bonnie Rich; the Senate Reapportionment and Redistricting Committee; the House Reapportionment and Redistricting Committee; Gina Wright; Executive Director of the Legislative and Congressional Reapportionment Office, and the Legislative and Congressional Reapportionment Office (collectively, "Movants").

Plaintiffs issued subpoenas for the production of documents and sought to depose the Movants (the "Subpoenas"). The Subpoenas were attached to the Motion for Protective Order and made a part thereof as Exhibits A-M.

In response thereto, Movants objected to the Subpoenas, but despite their objection, Movants produced a number of non-objectionable records. Plaintiffs

disagreed with Movants' contention that the records sought were protected from disclosure on various grounds. After unsuccessful attempts by Plaintiffs and Movants to resolve their discovery dispute, the Court directed the Movants to file their Motion for Protective Order to allow the parties to fully brief the issues to this Court.

On November 1, 2022, and after consideration of the Motion and accompanying Briefs, the Court entered an Order directing the Movants to produce to the Court, for in-camera inspection, certain records over which Movants had asserted objections [Doc 96]. After review of those records, the Court issued its Preliminary Ruling regarding such records.

In light of the Court's Preliminary Ruling, and in order to avoid the time, expense, and uncertainty of further litigation, the parties have reached an agreement as to such discovery dispute. The Movants and Plaintiffs having consented hereto, it is ORDERED as follows:

1. Movants shall produce (and as of February 6, 2023, have produced) to Plaintiffs the following records: LEGIS00010348; LEGIS00010349; LEGIS00010350; LEGIS00010381; LEGIS00010382; LEGIS00010827; LEGIS00010830; LEGIS00010904; LEGIS00010989; LEGIS00010404; LEGIS00010358; LEGIS00010517; LEGIS00010518; LEGIS00010522; LEGIS00010523; LEGIS00010528; LEGIS00010531; LEGIS00010548;

LEGIS00010552; LEGIS00010556; LEGIS00010560; LEGIS00010568; and LEGIS00010569.

2. Movants shall produce (and as of February 15, 2023, have produced) to Plaintiffs the record LEGIS00019244 despite their initial objections on various grounds.

3. The records identified in Exhibit "A" shall be produced (and as of February 6, 2023, have been produced) to Plaintiffs as "Highly Confidential" under the July 29, 2022, Protective Order [DOC 76]. The Court reserves any ruling as to whether the Movants' legislative privilege should be pierced as to these records until after the close of discovery, and Movants retain the right to object to the use of such records in support of a dispositive motion or their introduction at trial.

4. Included with the records listed in Exhibit "A" are a number of records that can be accessed and viewed only with appropriate GIS (Geographic Information Systems) mapping software. Those records are identified separately in Exhibit "B." To the extent Plaintiffs are unable to access and view these records in their native format, Movants shall produce (and as of February 6, 2023, have produced) such records to Plaintiff in PDF format. These records shall be treated as "Highly Confidential" under the July 29, 2022, Protective Order [DOC 76]. The Court reserves any ruling as to whether Movants' legislative privilege should be pierced as to these records

until after the close of discovery, and Movants retain the right to object to the use of such records in support of a dispositive motion or their introduction at trial.

5. Plaintiffs may seek leave from the court for additional discovery and seek additional depositions necessitated by information gleaned from the documents produced pursuant to this Consent Order, including the depositions of Brian Knight, Dan O'Conner, and Rob Strangia, employees of the Legislative and Congressional Reapportionment Office, provided that such additional discovery related to information gleaned from the documents produced pursuant to this Consent Order is commenced within seven (7) days following the date of this Order. Movants may object to any such additional non-party discovery to the extent it involves any members or staff of the General Assembly. The court will resolve any disputes as to such additional discovery.

The parties having consented thereto, the agreements of the parties as referenced above are hereby made the Order of this Court. Accordingly, the Motion for Protective Order [Doc. 82] is **GRANTED in part** and **DENIED in part**.

It is so **ORDERED**, this 6th day of March, 2023.

_____
STEVEN D. GRIMBERG Judge,
United States District Court For the Court

## Exhibit A

| | | | |
|---|---|---|---|
| LEGIS00010340 | LEGIS00010363 | LEGIS00010385 | LEGIS00010406 |
| LEGIS00010341 | LEGIS00010364 | LEGIS00010386 | LEGIS00010407 |
| LEGIS00010342 | LEGIS00010365 | LEGIS00010387 | LEGIS00010408 |
| LEGIS00010343 | LEGIS00010366 | LEGIS00010388 | LEGIS00010409 |
| LEGIS00010344 | LEGIS00010367 | LEGIS00010389 | LEGIS00010410 |
| LEGIS00010345 | LEGIS00010368 | LEGIS00010390 | LEGIS00010411 |
| LEGIS00010346 | LEGIS00010369 | LEGIS00010391 | LEGIS00010412 |
| LEGIS00010347 | LEGIS00010370 | LEGIS00010392 | LEGIS00010413 |
| LEGIS00010351 | LEGIS00010371 | LEGIS00010393 | LEGIS00010414 |
| LEGIS00010352 | LEGIS00010372 | LEGIS00010394 | LEGIS00010415 |
| LEGIS00010353 | LEGIS00010373 | LEGIS00010395 | LEGIS00010416 |
| LEGIS00010354 | LEGIS00010374 | LEGIS00010396 | LEGIS00010417 |
| LEGIS00010355 | LEGIS00010375 | LEGIS00010397 | LEGIS00010418 |
| LEGIS00010356 | LEGIS00010376 | LEGIS00010398 | LEGIS00010419 |
| LEGIS00010357 | LEGIS00010377 | LEGIS00010399 | LEGIS00010420 |
| LEGIS00010358 | LEGIS00010378 | LEGIS00010400 | LEGIS00010421 |
| LEGIS00010359 | LEGIS00010379 | LEGIS00010401 | LEGIS00010422 |
| LEGIS00010360 | LEGIS00010380 | LEGIS00010402 | LEGIS00010423 |
| LEGIS00010361 | LEGIS00010383 | LEGIS00010403 | LEGIS00010424 |
| LEGIS00010362 | LEGIS00010384 | LEGIS00010405 | LEGIS00010425 |

| | | | |
|---|---|---|---|
| LEGIS00010426 | LEGIS00010461 | LEGIS00010485 | LEGIS00010507 |
| LEGIS00010427 | LEGIS00010462 | LEGIS00010486 | LEGIS00010508 |
| LEGIS00010428 | LEGIS00010463 | LEGIS00010487 | LEGIS00010509 |
| LEGIS00010438 | LEGIS00010464 | LEGIS00010488 | LEGIS00010510 |
| LEGIS00010441 | LEGIS00010465 | LEGIS00010489 | LEGIS00010511 |
| LEGIS00010442 | LEGIS00010466 | LEGIS00010490 | LEGIS00010512 |
| LEGIS00010443 | LEGIS00010469 | LEGIS00010491 | LEGIS00010513 |
| LEGIS00010444 | LEGIS00010470 | LEGIS00010492 | LEGIS00010514 |
| LEGIS00010445 | LEGIS00010471 | LEGIS00010493 | LEGIS00010515 |
| LEGIS00010446 | LEGIS00010472 | LEGIS00010494 | LEGIS00010516 |
| LEGIS00010447 | LEGIS00010473 | LEGIS00010495 | LEGIS00010517 |
| LEGIS00010448 | LEGIS00010474 | LEGIS00010496 | LEGIS00010518 |
| LEGIS00010449 | LEGIS00010475 | LEGIS00010497 | LEGIS00010519 |
| LEGIS00010450 | LEGIS00010476 | LEGIS00010498 | LEGIS00010520 |
| LEGIS00010451 | LEGIS00010477 | LEGIS00010499 | LEGIS00010521 |
| LEGIS00010452 | LEGIS00010478 | LEGIS00010500 | LEGIS00010522 |
| LEGIS00010453 | LEGIS00010479 | LEGIS00010501 | LEGIS00010523 |
| LEGIS00010454 | LEGIS00010480 | LEGIS00010502 | LEGIS00010524 |
| LEGIS00010455 | LEGIS00010481 | LEGIS00010503 | LEGIS00010525 |
| LEGIS00010456 | LEGIS00010482 | LEGIS00010504 | LEGIS00010526 |
| LEGIS00010457 | LEGIS00010483 | LEGIS00010505 | LEGIS00010527 |
| LEGIS00010458 | LEGIS00010484 | LEGIS00010506 | LEGIS00010528 |

Case 1:21-cv-05339-SDG-EUC Document 495-6 Filed 08/07/26 Page 8 of 14

| | | | |
|---|---|---|---|
| LEGIS00010529 | LEGIS00010553 | LEGIS00010575 | LEGIS00010599 |
| LEGIS00010530 | LEGIS00010554 | LEGIS00010576 | LEGIS00010600 |
| LEGIS00010531 | LEGIS00010555 | LEGIS00010577 | LEGIS00010601 |
| LEGIS00010532 | LEGIS00010556 | LEGIS00010578 | LEGIS00010602 |
| LEGIS00010533 | LEGIS00010557 | LEGIS00010579 | LEGIS00010603 |
| LEGIS00010534 | LEGIS00010558 | LEGIS00010580 | LEGIS00010604 |
| LEGIS00010535 | LEGIS00010559 | LEGIS00010581 | LEGIS00010605 |
| LEGIS00010536 | LEGIS00010560 | LEGIS00010582 | LEGIS00010606 |
| LEGIS00010537 | LEGIS00010561 | LEGIS00010583 | LEGIS00010607 |
| LEGIS00010538 | LEGIS00010562 | LEGIS00010584 | LEGIS00010608 |
| LEGIS00010541 | LEGIS00010563 | LEGIS00010585 | LEGIS00010610 |
| LEGIS00010542 | LEGIS00010564 | LEGIS00010586 | LEGIS00010611 |
| LEGIS00010543 | LEGIS00010565 | LEGIS00010587 | LEGIS00010612 |
| LEGIS00010544 | LEGIS00010566 | LEGIS00010588 | LEGIS00010613 |
| LEGIS00010545 | LEGIS00010567 | LEGIS00010589 | LEGIS00010614 |
| LEGIS00010546 | LEGIS00010568 | LEGIS00010590 | LEGIS00010615 |
| LEGIS00010547 | LEGIS00010569 | LEGIS00010591 | LEGIS00010616 |
| LEGIS00010548 | LEGIS00010570 | LEGIS00010592 | LEGIS00010617 |
| LEGIS00010549 | LEGIS00010571 | LEGIS00010595 | LEGIS00010618 |
| LEGIS00010550 | LEGIS00010572 | LEGIS00010596 | LEGIS00010619 |
| LEGIS00010551 | LEGIS00010573 | LEGIS00010597 | LEGIS00010620 |
| LEGIS00010552 | LEGIS00010574 | LEGIS00010598 | LEGIS00010621 |

| | | | |
|---|---|---|---|
| LEGIS00010622 | LEGIS00010644 | LEGIS00010668 | LEGIS00010690 |
| LEGIS00010623 | LEGIS00010645 | LEGIS00010669 | LEGIS00010691 |
| LEGIS00010624 | LEGIS00010646 | LEGIS00010670 | LEGIS00010692 |
| LEGIS00010625 | LEGIS00010647 | LEGIS00010671 | LEGIS00010693 |
| LEGIS00010626 | LEGIS00010648 | LEGIS00010672 | LEGIS00010695 |
| LEGIS00010627 | LEGIS00010649 | LEGIS00010673 | LEGIS00010696 |
| LEGIS00010628 | LEGIS00010650 | LEGIS00010674 | LEGIS00010697 |
| LEGIS00010629 | LEGIS00010651 | LEGIS00010675 | LEGIS00010698 |
| LEGIS00010630 | LEGIS00010652 | LEGIS00010676 | LEGIS00010699 |
| LEGIS00010631 | LEGIS00010653 | LEGIS00010677 | LEGIS00010700 |
| LEGIS00010632 | LEGIS00010654 | LEGIS00010678 | LEGIS00010701 |
| LEGIS00010633 | LEGIS00010655 | LEGIS00010679 | LEGIS00010702 |
| LEGIS00010634 | LEGIS00010656 | LEGIS00010680 | LEGIS00010703 |
| LEGIS00010635 | LEGIS00010657 | LEGIS00010681 | LEGIS00010704 |
| LEGIS00010636 | LEGIS00010658 | LEGIS00010682 | LEGIS00010705 |
| LEGIS00010637 | LEGIS00010659 | LEGIS00010683 | LEGIS00010713 |
| LEGIS00010638 | LEGIS00010660 | LEGIS00010684 | LEGIS00010714 |
| LEGIS00010639 | LEGIS00010661 | LEGIS00010685 | LEGIS00010715 |
| LEGIS00010640 | LEGIS00010662 | LEGIS00010686 | LEGIS00010717 |
| LEGIS00010641 | LEGIS00010665 | LEGIS00010687 | LEGIS00010721 |
| LEGIS00010642 | LEGIS00010666 | LEGIS00010688 | LEGIS00010722 |
| LEGIS00010643 | LEGIS00010667 | LEGIS00010689 | LEGIS00010723 |

| | | | |
|---|---|---|---|
| LEGIS00010724 | LEGIS00010752 | LEGIS00010774 | LEGIS00010803 |
| LEGIS00010726 | LEGIS00010753 | LEGIS00010775 | LEGIS00010804 |
| LEGIS00010727 | LEGIS00010754 | LEGIS00010776 | LEGIS00010805 |
| LEGIS00010728 | LEGIS00010755 | LEGIS00010777 | LEGIS00010806 |
| LEGIS00010729 | LEGIS00010756 | LEGIS00010778 | LEGIS00010807 |
| LEGIS00010730 | LEGIS00010757 | LEGIS00010779 | LEGIS00010808 |
| LEGIS00010731 | LEGIS00010758 | LEGIS00010780 | LEGIS00010809 |
| LEGIS00010732 | LEGIS00010759 | LEGIS00010781 | LEGIS00010810 |
| LEGIS00010733 | LEGIS00010760 | LEGIS00010782 | LEGIS00010811 |
| LEGIS00010734 | LEGIS00010761 | LEGIS00010783 | LEGIS00010812 |
| LEGIS00010735 | LEGIS00010762 | LEGIS00010784 | LEGIS00010813 |
| LEGIS00010736 | LEGIS00010763 | LEGIS00010785 | LEGIS00010814 |
| LEGIS00010737 | LEGIS00010764 | LEGIS00010786 | LEGIS00010815 |
| LEGIS00010738 | LEGIS00010765 | LEGIS00010787 | LEGIS00010816 |
| LEGIS00010739 | LEGIS00010766 | LEGIS00010788 | LEGIS00010817 |
| LEGIS00010741 | LEGIS00010767 | LEGIS00010790 | LEGIS00010818 |
| LEGIS00010743 | LEGIS00010768 | LEGIS00010791 | LEGIS00010819 |
| LEGIS00010744 | LEGIS00010769 | LEGIS00010798 | LEGIS00010820 |
| LEGIS00010745 | LEGIS00010770 | LEGIS00010799 | LEGIS00010821 |
| LEGIS00010746 | LEGIS00010771 | LEGIS00010800 | LEGIS00010822 |
| LEGIS00010747 | LEGIS00010772 | LEGIS00010801 | LEGIS00010823 |
| LEGIS00010748 | LEGIS00010773 | LEGIS00010802 | LEGIS00010824 |

| | | | |
|---|---|---|---|
| LEGIS00010825 | LEGIS00010864 | LEGIS00010901 | LEGIS00010924 |
| LEGIS00010826 | LEGIS00010865 | LEGIS00010902 | LEGIS00010925 |
| LEGIS00010831 | LEGIS00010866 | LEGIS00010903 | LEGIS00010926 |
| LEGIS00010833 | LEGIS00010867 | LEGIS00010905 | LEGIS00010927 |
| LEGIS00010834 | LEGIS00010868 | LEGIS00010906 | LEGIS00010928 |
| LEGIS00010835 | LEGIS00010869 | LEGIS00010907 | LEGIS00010929 |
| LEGIS00010836 | LEGIS00010870 | LEGIS00010908 | LEGIS00010930 |
| LEGIS00010837 | LEGIS00010871 | LEGIS00010909 | LEGIS00010931 |
| LEGIS00010838 | LEGIS00010872 | LEGIS00010910 | LEGIS00010932 |
| LEGIS00010839 | LEGIS00010873 | LEGIS00010911 | LEGIS00010933 |
| LEGIS00010840 | LEGIS00010874 | LEGIS00010912 | LEGIS00010934 |
| LEGIS00010841 | LEGIS00010875 | LEGIS00010913 | LEGIS00010935 |
| LEGIS00010842 | LEGIS00010876 | LEGIS00010914 | LEGIS00010936 |
| LEGIS00010843 | LEGIS00010877 | LEGIS00010915 | LEGIS00010938 |
| LEGIS00010844 | LEGIS00010878 | LEGIS00010916 | LEGIS00010939 |
| LEGIS00010845 | LEGIS00010894 | LEGIS00010917 | LEGIS00010940 |
| LEGIS00010846 | LEGIS00010895 | LEGIS00010918 | LEGIS00010941 |
| LEGIS00010847 | LEGIS00010896 | LEGIS00010919 | LEGIS00010944 |
| LEGIS00010849 | LEGIS00010897 | LEGIS00010920 | LEGIS00010945 |
| LEGIS00010850 | LEGIS00010898 | LEGIS00010921 | LEGIS00010946 |
| LEGIS00010851 | LEGIS00010899 | LEGIS00010922 | LEGIS00010947 |
| LEGIS00010852 | LEGIS00010900 | LEGIS00010923 | LEGIS00010948 |

| | | | |
|---|---|---|---|
| LEGIS00010950 | LEGIS00010980 | LEGIS00011003 | LEGIS00011025 |
| LEGIS00010951 | LEGIS00010981 | LEGIS00011004 | LEGIS00011026 |
| LEGIS00010952 | LEGIS00010982 | LEGIS00011005 | LEGIS00011027 |
| LEGIS00010953 | LEGIS00010983 | LEGIS00011006 | LEGIS00011028 |
| LEGIS00010954 | LEGIS00010984 | LEGIS00011007 | LEGIS00011029 |
| LEGIS00010955 | LEGIS00010985 | LEGIS00011008 | LEGIS00011030 |
| LEGIS00010956 | LEGIS00010986 | LEGIS00011009 | LEGIS00011031 |
| LEGIS00010957 | LEGIS00010987 | LEGIS00011010 | LEGIS00011032 |
| LEGIS00010958 | LEGIS00010988 | LEGIS00011011 | LEGIS00011033 |
| LEGIS00010959 | LEGIS00010990 | LEGIS00011012 | LEGIS00011034 |
| LEGIS00010960 | LEGIS00010991 | LEGIS00011013 | LEGIS00011035 |
| LEGIS00010961 | LEGIS00010992 | LEGIS00011014 | LEGIS00011036 |
| LEGIS00010962 | LEGIS00010993 | LEGIS00011015 | LEGIS00011037 |
| LEGIS00010963 | LEGIS00010994 | LEGIS00011016 | LEGIS00011038 |
| LEGIS00010964 | LEGIS00010995 | LEGIS00011017 | LEGIS00011039 |
| LEGIS00010973 | LEGIS00010996 | LEGIS00011018 | LEGIS00011040 |
| LEGIS00010974 | LEGIS00010997 | LEGIS00011019 | LEGIS00011041 |
| LEGIS00010975 | LEGIS00010998 | LEGIS00011020 | LEGIS00011042 |
| LEGIS00010976 | LEGIS00010999 | LEGIS00011021 | LEGIS00011044 |
| LEGIS00010977 | LEGIS00011000 | LEGIS00011022 | LEGIS00011045 |
| LEGIS00010978 | LEGIS00011001 | LEGIS00011023 | LEGIS00011047 |
| LEGIS00010979 | LEGIS00011002 | LEGIS00011024 | LEGIS00011048 |

| | | | |
|---|---|---|---|
| LEGIS00011049 | LEGIS00011078 | LEGIS00011102 | LEGIS00011124 |
| LEGIS00011050 | LEGIS00011079 | LEGIS00011103 | LEGIS00011125 |
| LEGIS00011051 | LEGIS00011080 | LEGIS00011104 | LEGIS00011126 |
| LEGIS00011052 | LEGIS00011081 | LEGIS00011105 | LEGIS00011127 |
| LEGIS00011053 | LEGIS00011082 | LEGIS00011106 | LEGIS00011128 |
| LEGIS00011054 | LEGIS00011083 | LEGIS00011107 | LEGIS00011129 |
| LEGIS00011055 | LEGIS00011084 | LEGIS00011108 | LEGIS00011130 |
| LEGIS00011056 | LEGIS00011085 | LEGIS00011109 | LEGIS00011131 |
| LEGIS00011057 | LEGIS00011086 | LEGIS00011110 | LEGIS00011132 |
| LEGIS00011058 | LEGIS00011087 | LEGIS00011111 | LEGIS00011133 |
| LEGIS00011059 | LEGIS00011088 | LEGIS00011112 | LEGIS00011139 |
| LEGIS00011060 | LEGIS00011089 | LEGIS00011113 | LEGIS00011140 |
| LEGIS00011062 | LEGIS00011090 | LEGIS00011114 | LEGIS00011141 |
| LEGIS00011069 | LEGIS00011091 | LEGIS00011115 | LEGIS00011142 |
| LEGIS00011070 | LEGIS00011092 | LEGIS00011116 | LEGIS00011143 |
| LEGIS00011071 | LEGIS00011095 | LEGIS00011117 | LEGIS00011150 |
| LEGIS00011072 | LEGIS00011096 | LEGIS00011118 | LEGIS00011151 |
| LEGIS00011073 | LEGIS00011097 | LEGIS00011119 | LEGIS00011152 |
| LEGIS00011074 | LEGIS00011098 | LEGIS00011120 | LEGIS00011153 |
| LEGIS00011075 | LEGIS00011099 | LEGIS00011121 | LEGIS00011155 |
| LEGIS00011076 | LEGIS00011100 | LEGIS00011122 | LEGIS00011157 |
| LEGIS00011077 | LEGIS00011101 | LEGIS00011123 | LEGIS00011187 |

**Exhibit B**

| | |
|---|---|
| LEGIS00010519 | LEGIS00010652 |
| LEGIS00010520 | LEGIS00010674 |
| LEGIS00010524 | LEGIS00010675 |
| LEGIS00010525 | LEGIS00010677 |
| LEGIS00010545 | LEGIS00010682 |
| LEGIS00010546 | LEGIS00010774 |
| LEGIS00010547 | LEGIS00010775 |
| LEGIS00010549 | LEGIS00010810 |
| LEGIS00010550 | LEGIS00010811 |
| LEGIS00010551 | LEGIS00010812 |
| LEGIS00010553 | LEGIS00010814 |
| LEGIS00010554 | LEGIS00010815 |
| LEGIS00010555 | LEGIS00010816 |
| LEGIS00010557 | LEGIS00010818 |
| LEGIS00010558 | LEGIS00010819 |
| LEGIS00010559 | LEGIS00010820 |
| LEGIS00010561 | LEGIS00010822 |
| LEGIS00010565 | LEGIS00010823 |
| LEGIS00010566 | LEGIS00010824 |
| LEGIS00010567 | LEGIS00010826 |
| LEGIS00010651 | LEGIS00010915 |