UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | No. 1:21-MI-55555-JPB<br>ALL CASES |

# ORDER

This matter is before the Court on State Defendants' Motion to Extend Discovery [Doc. 453]. This Court finds as follows:

On December 23, 2021, this Court consolidated for discovery six voting cases challenging Georgia Senate Bill 202. [Doc. 1]. Pursuant to the Scheduling Order, discovery in the cases opened on February 1, 2022. [Doc. 84]. Given the complexity of the cases and the amount of discovery contemplated, the parties were originally given over a year to complete discovery. Id. Indeed, discovery was scheduled to close on February 10, 2023. Id.

Since the Scheduling Order was entered, the discovery deadline has been extended twice. More specifically, on September 14, 2022, the Court amended the Scheduling Order. [Doc. 259]. Per the parties' request, discovery was extended through and including March 17, 2023. Id. The Court amended the Scheduling Order again on February 6, 2023, and extended the discovery period through and including March 31, 2023. [Doc. 400].

On March 3, 2023, State Defendants filed the instant Motion to Extend Discovery. [Doc. 453]. In the motion, State Defendants requested the following: (1) a two-month extension of the discovery period; (2) a date certain for the end of fact discovery; and (3) an order vacating the summary judgment briefing schedule. Both the United States and the Private Plaintiffs oppose State Defendants' motion, primarily citing <u>Purcell</u> concerns.

The breadth of discovery thus far in these cases has been enormous. For instance, State Defendants alone have already produced over 1.36 million pages in documents, and altogether, the parties have conducted several dozen depositions. Many more depositions are already scheduled to take place before the end of the current discovery period. Despite this diligence, State Defendants contend that a significant amount of discovery remains outstanding, including (1) conducting more than a dozen more fact depositions; (2) conducting twenty-two expert depositions, many of which are out of state; and (3) responding to pending discovery requests. In essence, State Defendants argue that these tasks cannot be completed before the existing deadline of March 31, 2023.

The Court commends all parties on their efforts to complete discovery by the deadline. However, given the complexity of these cases, this Court finds that more discovery remains to be completed than can be accomplished in the current

discovery period. Although the Court concludes that some extension is appropriate, the Court is not willing to grant the full extension requested. As such, States Defendants' Motion to Extend Discovery [Doc. 453] is **GRANTED IN PART**. **IT IS HEREBY ORDERED** that fact discovery is extended through and including April 14, 2023, and expert discovery is extended through and including May 19, 2023.

The summary judgment briefing schedule is **VACATED**. The parties shall meet and confer to discuss the most efficient way to present summary judgment motions to the Court. The parties should discuss, at a minimum, whether it is possible to consolidate some or all of the summary judgment briefing by either filing an omnibus motion or at least a consolidated statements of facts that will pertain to every case. The parties should also discuss the briefing schedule for the motions. In complex cases such as these where there are more than twenty claims and millions of pages of documents, it is likely that the summary judgment deadlines set forth in the Local Rules will need to be modified.

The parties shall submit a status report to the Court regarding the summary judgment briefing no later than May 25, 2023. If the parties cannot agree on an acceptable solution, each party should submit a proposal. In the event that a hearing is necessary, either because the parties cannot agree on a proposed solution

or the Court is unable to decide from the written submissions, the Court will conduct a hearing on May 31, 2023.

**SO ORDERED** this 17th day of March, 2023.

_____
J. P. BOULEE
United States District Judge