# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No. 1:21-MI-55555-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, a Georgia nonprofit organization, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>BRIAN KEMP, Governor of the State of Georgia in his official capacity, et al.,<br><br>*Defendants*. | Case No. 1:21-cv-01284-JPB |

## CERTIFICATE OF SERVICE

**Plaintiffs The Arc Of The United States, Women Watch Afrika, Georgia Muslim Voter Project, and Latino Community Fund of Georgia's Responses to State Defendants' and Intervenor-Defendants' First Requests for Discovery**

I hereby certify that:

1)　　On May 9, 2022, Plaintiffs served Plaintiffs Georgia Muslim Voter Project, The Arc Of The United States, Women Watch Afrika, and Latino Community Fund of Georgia's Response to Defendants' First Set of Interrogatories, Requests for Production of Documents, and Requests For Admission;

2)　　On May 31, 2022, Plaintiffs served Plaintiffs Georgia Muslim Voter Project, The Arc Of The United States, Women Watch Afrika, and Latino Community Fund of Georgia's Objections and Responses to Intervenor-Defendants' First Set of Discovery Requests;

3)　　On June 8, 2022, Plaintiffs served Plaintiffs Georgia Muslim Voter Project, The Arc Of The United States, Women Watch Afrika, and Latino Community Fund of Georgia's Verifications for State Defendants' and Intervenor-Defendants' First Set of Discovery; and

4)　　On March 20, 2023, Plaintiffs served Plaintiff The Arc of the United States' Amended Verification, correcting an error in The Arc's previously-served Verification; and

5)　　Service was completed by electronic email on counsel for the

defendants and intervenor-defendants.

/s/ *Adam S. Sieff*
Adam S. Sieff (pro hac vice)
*adamsieff@dwt.com*
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899

## CERTIFICATE OF COMPLIANCE

I certify pursuant to Local Rule 7.1(D) that the foregoing document was prepared in Times New Roman 14-point font in compliance with Local Rule 5.1(C).

/s/ *Adam S. Sieff*
Adam S. Sieff (pro hac vice)
*adamsieff@dwt.com*
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899