# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, a Georgia nonprofit organization, et al., | ) ) Master Case No.: ) 1:21-mi-55555-JPB ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action File No.: ) 1:21-cv-01284-JPB ) |
| BRIAN KEMP, Governor of the State of Georgia in his official capacity, et al., | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE OF COUNSEL

NOW COMES William J. Keogh, III of Hull Barrett, P.C. and hereby files his Notice of Appearance on behalf of defendants Columbia County Board of Elections, Ann Cushman, Wanda Duffie, and Larry Wiggins, members of the Columbia County Board of Elections in their official capacities, Columbia County Board of Registrars, and Nancy L. Gay, Columbia County Chief Registrar, in her official capacity (collectively "the Columbia County defendants"). It is requested that this Court, the plaintiffs, and all counsel of record include William J. Keogh, III on all further communications, at the address of:

William J. Keogh, III
Hull Barrett, P.C.
P.O. Box 1564
Augusta, GA 30903-1564
(706) 722-4481

{01832364-1}

wkeogh@hullbarrett.com

This 22nd day of March, 2023.

>*/s/ William J. Keogh, III*
>William J. Keogh, III
>Georgia Bar No. 415781
>Attorney for Defendants Columbia County Board of Elections, Ann Cushman, Wanda Duffie, and Larry Wiggins, Members of the Columbia County Board of Elections, in their official capacities; and Columbia County Board of Registrars, Nancy L. Gay, Columbia County Chief Registrar, in her official capacity

OF COUNSEL:
HULL BARRETT, P.C.
Post Office Box 1564
Augusta, Georgia 30903-1564
Phone: (706)722-4481
Fax: (706)-722-9779
wkeogh@hullbarrett.com

{01832364-1}

## **CERTIFICATE OF COMPLAINCE**

Pursuant to LR 7.1, NDGa and LR 5.1, NDGa, the undersigned counsel hereby certifies that the foregoing document complies with the font and point selections approved by the Court in that it has been prepared in Times New Roman, 14-point font.

This 22nd day of March, 2023.

>   */s/ William J. Keogh, III*
>   William J. Keogh, III

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date below, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 22nd day of March, 2023.

*/s/ William J. Keogh, III*
William J. Keogh, III