**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street, S.W. Suite 4038
Atlanta, Georgia 30303

**Y. SOO JO**
County Attorney



**FULTON
COUNTY**

Telephone (404) 612-0246
Facsimile (404) 730-6324

March 22, 2023

**VIA CM/ECF Filing**
Ms. Britney Walker
Courtroom Deputy Clerk for Hon. J.P. Boulee
United States District Court
1788 Richard B. Russell Federal Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303-3309

        **REQUEST FOR LEAVE OF ABSENCE**
        **Re: <u>In Re Georgia Senate Bill 202, et. al. v. Brad Raffensperger, et. al.</u>**
        **USDC, NDGA, Civil Action File No. 1:21-MI-55555-JPB**

Dear Ms. Walker:

        Please accept this letter pursuant to Local Rule 83.1E(4) in regard to a leave of absence less than (20) consecutive days. I am lead counsel for the Fulton County Defendant Solicitor Keith Gammage in the above-referenced matter, please accept this letter requesting that no hearing or trials be calendared during the time period of:

        □ April 3rd, 2023 to April 5th, 2023 (Vacation);
        □ July 3rd, 2023 to July 7th, 2023 (Vacation);

Applicant currently has no hearings or trials scheduled for the above case matter during the requested leave periods.

        Sincerely,

        ***/s/ Brad M. Bowman***
        Brad Bowman
        Supervising County Counsel
        Georgia Bar No. 215007
        brad.bowman @fultoncountyga.gov

cc: All counsel of record (via CM/ECF only)