# Exhibit 1

**To:** william@attorneyligon.com[william@attorneyligon.com]; ginnyhall52@gmail.com[ginnyhall52@gmail.com]; aliceolenick@att.net[aliceolenick@att.net]; bethanyballard2011@hotmail.com[bethanyballard2011@hotmail.com]; Alex abk@KaufmanMiller[abk@kauflaw.net]; joel.natt@gmail.com[joel.natt@gmail.com]; ronald ham [ronald.e.ham@gmail.com]; cathyalatham@gmail.com[cathyalatham@gmail.com]; bi@bilawgroup.com[bi@bilawgroup.com]; dbi@hbilawfirm.com[dbi@hbilawfirm.com]; betsy@kramer-family.org[betsy@kramer-family.org]; Betsy Kramer (poll watcher)[pollwatcher@fultongop.org]; james.brisson.hall@gmail.com[james.brisson.hall@gmail.com]; Robert Sinners [rasinners@gmail.com]
**Cc:** david@gagop.org[david@gagop.org]; Stewart Bragg[stewart@gagop.org]; hayley@gagop.org[hayley@gagop.org]; joe@gagop.org[joe@gagop.org]; brandon@gagop.org [brandon@gagop.org]; Kay Godwin[kaygodwin46@gmail.com]; Charles C. Clay[CClay@hallboothsmith.com]; Ashley Quagliaroli[AQuagliaroli@hallboothsmith.com]; Vince Lally [VLally@hallboothsmith.com]
**From:** Brad Carver[BCarver@hallboothsmith.com]
**Sent on behalf of:** Brad Carver <BCarver@hallboothsmith.com>
**Sent:** Thur 1/21/2021 11:45:04 AM Central Standard Time
**Subject:** RE: Election Confidence Task Force Meeting Tomorrow (3 p.m.) at State GOP HQ (470 East Paces Ferry Road, Atlanta, GA 30305) [IWOV-imanage.FID1047512]

OK, I lied, but here's another great article that all of us need to read including our leaders. This time courtesy of Gordon Austin, one of our stalwart GOP Leaders.
In 2005, President Carter and former Secretary of State James A. Baker headed a bipartisan Commission on Federal Election Reform. This is very good for us to keep in mind and follow their recommendations. Like Brant Frost's suggestion of using New York state law for absentee ballots as a guide, bipartisan proposals are the best things we can put forward as a path to least resistance (Yeah, I know, it won't be like that but it is persuasive!):
https://www.washingtontimes.com/news/2020/nov/30/did-state-officials-forget-to-read-the-commission-/

**From:** Brad Carver
**Sent:** Thursday, January 21, 2021 12:15 PM
**To:** william@attorneyligon.com; ginnyhall52@gmail.com; aliceolenick@att.net; bethanyballard2011@hotmail.com; Alex abk@KaufmanMiller <abk@kauflaw.net>; joel.natt@gmail.com; ronald ham <ronald.e.ham@gmail.com>; cathyalatham@gmail.com; bi@bilawgroup.com; dbi@hbilawfirm.com; betsy@kramer-family.org; Betsy Kramer (poll watcher) <pollwatcher@fultongop.org>; bethanyballard2011@hotmail.com; james.brisson.hall@gmail.com; aliceolenick@att.net
**Cc:** david@gagop.org; Stewart Bragg <stewart@gagop.org>; hayley@gagop.org; joe@gagop.org; brandon@gagop.org; Kay Godwin <kaygodwin46@gmail.com>; Charles C. Clay <CClay@hallboothsmith.com>; Ashley Quagliaroli <AQuagliaroli@hallboothsmith.com>; Vince Lally <VLally@hallboothsmith.com>
**Subject:** RE: Election Confidence Task Force Meeting Tomorrow (3 p.m.) at State GOP HQ (470 East Paces Ferry Road, Atlanta, GA 30305) [IWOV-imanage.FID1047512]
Sorry, forgot the article, with credit to Election Law Expert, Frank Strickland, and our Parliamentarian, John White, for bringing it to my attention.
I won't be replying to all with everyone going forward except for the Task Force members, my folks, and Brandon and Kay, but everyone should read this one as a good starter:
https://www.city-journal.org/voter-fraud-future-election-disasters
- Brad

**From:** Brad Carver <BCarver@hallboothsmith.com>
**Sent:** Thursday, January 21, 2021 12:07 PM
**To:** william@attorneyligon.com; ginnyhall52@gmail.com; aliceolenick@att.net; bethanyballard2011@hotmail.com; Alex abk@KaufmanMiller <abk@kauflaw.net>; joel.natt@gmail.com; ronald ham <ronald.e.ham@gmail.com>; cathyalatham@gmail.com; bi@bilawgroup.com; dbi@hbilawfirm.com; betsy@kramer-family.org; Betsy Kramer (poll watcher) <pollwatcher@fultongop.org>; bethanyballard2011@hotmail.com; james.brisson.hall@gmail.com; aliceolenick@att.net
**Cc:** david@gagop.org; Stewart Bragg <stewart@gagop.org>; hayley@gagop.org; joe@gagop.org; brandon@gagop.org; Kay Godwin <kaygodwin46@gmail.com>; Charles C. Clay <CClay@hallboothsmith.com>; Ashley Quagliaroli <AQuagliaroli@hallboothsmith.com>; Vince Lally <VLally@hallboothsmith.com>
**Subject:** Election Confidence Task Force Meeting Tomorrow (3 p.m.) at State GOP HQ (470 East Paces Ferry Road, Atlanta, GA 30305) [IWOV-imanage.FID1047512]
Task Force Members:
On behalf of Chairman Shafer, thanks very much for your willingness to serve on this very important Task Force. As we all know, this is our absolute #1 priority right now. We are all hearing it from every corner of the State and so are all of our Elected Officials. Our task is to review all of the suggested recommendations and come up with a set of proposals to submit to our General Assembly allies in both the House & Senate and then to advocate for the passage of our solutions.
I asked the State GOP Staff to send out a calendar entry for tomorrow so hopefully you received that. Please let me know if you did not.
I'm going to be sending y'all a lot of emails with recommendations from folks all over the State. I've received tons of responses already and the deadline is the end of the day today. Also, there have been almost 100 folks that volunteered to be on this Committee, too, but as we all know that would be unworkable. Each of you has been chosen because of your specific experience and leadership skills as well as your willingness to serve. Several by me, several by Chairman Shafer and we all agree. Please bear with me- there is extreme interest in the task ahead of us. It will be very useful for you all to read through these suggestions. We will obviously cull it down and prioritize but right now we are in brainstorming mode, though time is of the essence!! Brandon Moye from our State Party will be helping us with our Mission. Brandon is outstanding and has quite a bit of experience with EDO operations and Election Fraud issues. We served on the front lines together at State Farm Arena and English Street tabulation Center here in Fulton County and he will be a great resource for us. I will ask you to use him and me as your POCs and not copy the State GOP Leadership and Staff other than Brandon and me as we will have a lot of back & forth, I'm sure. Feel free to send messages to our entire Committee, but always copy in Brandon when you do so.
I'm going to start off with a good article to read (and then will follow-up with all of the suggestions).
I'm also copying Kay Godwin who is helping our Task Force immensely and will help lead our grassroots lobbying efforts as well as my HBS colleagues, former Senate GOP Leader, former State Chairman, Chuck Clay as well as Ashley Quagliaroli and Vince Lally that all have worked with me on Election law issues and EDO Efforts and are 100% part of our Team.
Thanks for all you do for our State and our Party!!!! And for our collective future !
- Brad (11th District Chairman, Georgia GOP & Election Confidence Task Force Chairman)

P.S. From reviewing emails here, I've noticed several that were incorrect on the Calendar entry that I got our Team to send out, so please let me know if you didn't receive the calendar entry and we will re-send.

**William Bradley Carver, Esq.**
*Senior Managing Director - Government Affairs*

**HALL BOOTH SMITH, P.C.**
*ATLANTA BUSINESS CHRONICLE AND AJC'S "BEST PLACES TO WORK"*
191 Peachtree Street, Suite 2900
Atlanta, GA 30303
Direct dial: 404-954-6967; Fax: 404-954-5020
E-mail: bcarver@hallboothsmith.com
Website: www.hallboothsmith.com

*Please consider the environment before printing this e-mail*

Until further notice, many attorneys and support staff in our office will be working remotely. To help us with this process, please refrain from sending written correspondence via mail when possible and instead direct all communications to us via email. If something requires shipment to our office, please notify us via email so that it can be promptly addressed.

CONFIDENTIALITY NOTICE: This e-mail communication, including any attached files, was sent by or on behalf of the firm and may contain material that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. This Communication is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient or the person responsible for delivering this Communication to the intended recipient, you are prohibited from retaining, using, disseminating, forwarding, printing, or copying this Communication. If you have received this Communication in error, please immediately notify the sender via return e-mail or telephone.