# Exhibit 2

# Exhibit 2

**To:** Stewart Bragg[stewart@gagop.org]
**From:** Joe Proenza[joe@gagop.org]
**Sent on behalf of:** Joe Proenza <joe@gagop.org>
**Sent:** Tue 1/19/2021 5:30:34 PM Central Standard Time
**Subject:** Fwd: Task Force on Election Law Reform - Corrected

Got to add Betsy Cramer to this please

---------- Forwarded message ---------
From: **David Shafer** <david@gagop.org>
Date: Mon, Jan 18, 2021 at 5:34 PM
Subject: Task Force on Election Law Reform - Corrected
To: <Joe@gagop.org>

We corrected the spelling of the name of the great Alice O'Lenick

View this email in your browser

**David J. Shafer, Chairman**

**Stewart Bragg, Executive Director**

<u>**PLEASE DO NOT CIRCULATE OR SHARE THIS EMAIL MESSAGE WITH ANYONE OUTSIDE THE STATE EXECUTIVE COMMITTEE.**</u>

State Committee Members:

As you know from our Zoom calls, the volunteer leadership and professional staff of the Georgia Republican Party have spent most of the last five months in pitched battle with state and county elections officials over the conduct of our elections. Those battles have revealed a number of weaknesses in the integrity of our electoral system which we believe must be addressed legislatively.

To prepare a package of legislative proposals, I have asked Brad Carver to chair a task force on election law reform. I have asked the following to serve as members of the task force: Alice O'Lenick, Bethany Ballard, Ginny Hall, Alex Kauffman, William Ligon, Joel Natt and Ron Hamm.

If you have suggestions for election law changes, please email **Brad Carver at bcarver@hallboothsmith.com NO LATER than 5:00 PM Thursday, January 21st.**

Among the ideas that are already under consideration:

**Ballot Drop Boxes**

Unmanned absentee ballot drop boxes, which were implemented under "emergency rules," should be eliminated as they are not authorized by statute and provide a mechanism to facilitate illegal harvesting and fraud.

**Absentee Ballot Signature Verification**

Absentee ballots should be verified under the eyes of representatives of both political parties or eliminated altogether in favor of voter identification. Official election bulletins kept our monitors far away from the actual verification process and made a farce of observation.

**Motor Voter**

Tens of thousands of underaged Georgians are automatically registered to vote when they obtain their drivers license because of "opt-out" voter registration. "Opt out" registration should be replaced with "opt-in" registration.

These are only a few of the ideas under consideration. We want to hear from you as we finalize our package of proposals.

Please submit any suggestions you might have to **Brad Carver at bcarver@hallboothsmith.com NO LATER than 5:00 PM Thursday, January 21st.**

Thank you for continuing to fight for Republicans across our state and for all the work you are doing to ensure election integrity for **ALL** Georgians.

David J. Shafer
State Chairman
Georgia Republican Party

---

Paid for by the Georgia Republican Party, Inc.

Not authorized by any candidate or candidate's committee

Post Office Box 550008 • Atlanta, Georgia 30355

404.257.5559 WWW.GAGOP.ORG 404.257.0779 fax

David Shafer, Chairman • Joseph Brannan, Treasurer

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.

--
Joe Proenza
678-994-1959
Deputy Election Day Operation Director
Political Director Georgia Republican Party