# Exhibit 3

**To:** william@attorneyligon.com[william@attorneyligon.com]; ginnyhall52@gmail.com[ginnyhall52@gmail.com]; brandon.phillips@hotmail.com[brandon.phillips@hotmail.com]; bethanyballard2011@hotmail.com[bethanyballard2011@hotmail.com]; Alex abk@KaufmanMiller[abk@kauflaw.net]; joel.natt@gmail.com[joel.natt@gmail.com]; ronald ham [ronald.e.ham@gmail.com]; cathyalatham@gmail.com[cathyalatham@gmail.com]; dbi@hbilawfirm.com[dbi@hbilawfirm.com]; james.brisson.hall@gmail.com [james.brisson.hall@gmail.com]; Robert Sinners[rasinners@gmail.com]; aliceolenick@att.net[aliceolenick@att.net]; gagop@kramer-family.org[gagop@kramer-family.org]
**Cc:** brandon@gagop.org[brandon@gagop.org]; Kay Godwin[kaygodwin46@gmail.com]; Charles C. Clay[CClay@hallboothsmith.com]; Ashley Quagliaroli [AQuagliaroli@hallboothsmith.com]; Vince Lally[VLally@hallboothsmith.com]
**From:** Brad Carver[BCarver@hallboothsmith.com]
**Sent on behalf of:** Brad Carver <BCarver@hallboothsmith.com>
**Sent:** Thur 1/21/2021 4:13:56 PM Central Standard Time
**Subject:** FW: Notes from Election (TASK FORCE) [IWOV-imanage.FID367633]

---

**From:** Bethany Ballard <bethanyballard2011@hotmail.com>
**Sent:** Wednesday, January 20, 2021 10:49 AM
**To:** Brad Carver <BCarver@hallboothsmith.com>
**Subject:** Fwd: Notes from Election



oot

---

**From:** Larry Walker <████████████████>
**Sent:** Thursday, December 3, 2020 8:36 PM
**To:** 'Bethany Ballard'
**Subject:** RE: Notes from Election

Bethany:

Thanks for your leadership and hard work for the GOP, 8th District Republican candidates and me. These are helpful insights and recommendations. I'll refer to your observations and suggestions as we work on tightening election security. I appreciate your patriotism.

Best regards,
Larry Walker



1110 Washington Street
Perry, Georgia 31069
478-987-8000 Fax 478-988-8262



P. S. Like us on facebook☺

**From:** Bethany Ballard ████████████████
**Sent:** Wednesday, December 2, 2020 9:21 AM
**To:** ████████████████
**Subject:** Notes from Election

Larry,
Some of these things are do-able, and some are just my wish list.

    1. Get rid of the "no reason" absentee ballot. Any healthy, able-bodied person should be able to stand in line at some point in the three weeks and one Saturday that we allow voting.
    2. Do away with, or crack down on, unsolicited absentee ballot requests mailed to citizens from third party groups. They are particularly confusing for senior citizens, and they cause loss of productivity for the Elections Office workers who have to explain to multiple people every day what those requests are. Some people send back EVERY request they receive, and the Elections Office workers have to deal with these.
    3. Make sure that the SOS cannot send out absentee ballot requests again. Absentee ballots can be requested easily online or by calling or dropping by the local BOE.
    4. Require a watermark on absentee ballots to prevent copying of the ballot. This is just common sense.
    5. Require Elections Offices to post on the door and/or website the number of absentee ballots received each day. This will increase transparency.
    6. There needs to be more effort to make sure an absentee ballot is from a legal Georgia voter. Require a copy of a Georgia ID. Require a birthday match.

7. Institute stronger checks on college students. A dorm address should not be a legal voting address. If a parent is still claiming that child as a dependent, that student must vote in their home jurisdiction. There is a lack of oversight in this area.
8. Elections Offices must check to make sure the address on an absentee ballot is a true residential address.
9. Allow Party monitors to be present for signature matching. We are allowed to be present for every other aspect of the ballot counting process, except this most important step.
10. Go back to the original state statute of no pre-processing of absentee ballots. Require SOS to repeal the rule he made in May that violates OCGA. How could he change state law by himself, anyway?
11. Part of the mandatory audit each year should be a monitored count of the absentee ballot envelopes to make sure there are the same number of envelopes and ballots. The GAGOP Executive Committee requested that this be allowed to happen, and we were denied by the SOS.
12. Drop boxes need to go. They are fraud waiting to happen. If you want to turn your absentee ballot in without using a stamp, turn it in at the office. If you can drive to a dropbox location, you can drive to the Elections office. Even the boxes in Houston County are not well run. The rule created by SOS requires a camera to be on the boxes, and this isn't happening. If it isn't happening here, I'm fairly sure it's not happening in other places. In fact, they are not even visible from the Elections Office. During the primary early voting period, I stood by an absentee drop box in the BOE vestibule for ten minutes before someone came out of the office and noticed me and asked if I needed assistance. How many ballots could a nefarious person drop in that box in ten minutes?
13. Crack down on rule breaking by Elections Supervisors. From the stories I'm hearing, it's painfully obvious that SOE's have not had any meaningful oversight for years. Houston County is run pretty well, but other counties have some questionable practices, and it's obvious that they know nothing will ever happen for their rule bending and breaking. Even in Houston, our numbers never matched. Our 11/3 numbers didn't match the audit/hand tally, and the latest re-count didn't match either of the first two numbers. I have not received a good explanation for this other than no one seems worried because this sometimes happens.

> 1. Atkinson County, per Perette Morris, Atkinson County GOP chair -- During the audit, a batch of ballots was discovered to be outside the sealed containers. They were zip-tied together and placed on top of the sealed boxes. During the latest recount, the Dominion rep was allowed to feed the ballots through the tabulator and no BOE person was even present. This was in direct disregard of the SOS bulletin that had just come out.
> 2. Twiggs County, per Eddie Moore, Twiggs BOE chair -- After the audit, a tally was given which matched the original 11/3 count, and the ballots were locked away. Later the tally was changed, and four votes were found for Biden. When Mr. Moore questioned this, he received no satisfactory response as to where these came from after the ballots had been locked away. A sheriff's deputy who was assigned to the audit was also handling ballots. According to SOS, no person, other than a paid election worker is allowed to touch any ballot or a sworn member of a voter review panel. The ballots were already unpacked by the SOE, without monitors present, so no one could verify that the seals were intact on the boxes.
> 3. Some Metro counties began shredding "ancillary materials." Shredding should NOT happen to anything during an election period. Houton County SOE told me they only shred election document on the odd numbered years after the required storage period for that election has expired.
> 4. Some counties throughout the state began their audits and recounts without giving adequate notice to citizens, in disregard to the SOS mandate.

14. A jungle election should NEVER ever again be on a general election ballot. Thousands of absentee ballots had to be adjudicated because people voted for either all the Republicans in the race or all the Democrats.

*Kind regards,*
*Bethany Ballard*

Until further notice, many attorneys and support staff in our office will be working remotely. To help us with this process, please refrain from sending written correspondence via mail when possible and instead direct all communications to us via email. If something requires shipment to our office, please notify us via email so that it can be promptly addressed.

CONFIDENTIALITY NOTICE: This e-mail communication, including any attached files, was sent by or on behalf of the firm and may contain material that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. This Communication is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient or the person responsible for delivering this Communication to the intended recipient, you are prohibited from retaining, using, disseminating, forwarding, printing, or copying this Communication. If you have received this Communication in error, please immediately notify the sender via return e-mail or telephone.