# Exhibit 4

**To:** william@attorneyligon.com[william@attorneyligon.com]; ginnyhall52@gmail.com[ginnyhall52@gmail.com]; brandon.phillips@hotmail.com[brandon.phillips@hotmail.com]; bethanyballard2011@hotmail.com[bethanyballard2011@hotmail.com]; Alex abk@KaufmanMiller[abk@kauflaw.net]; joel.natt@gmail.com[joel.natt@gmail.com]; ronald ham [ronald.e.ham@gmail.com]; cathyalatham@gmail.com[cathyalatham@gmail.com]; bi@bilawgroup.com[bi@bilawgroup.com]; dbi@hbilawfirm.com[dbi@hbilawfirm.com]; betsy@kramer-family.org[betsy@kramer-family.org]; Betsy Kramer (poll watcher)[pollwatcher@fultongop.org]; james.brisson.hall@gmail.com[james.brisson.hall@gmail.com]; Robert Sinners [rasinners@gmail.com]; aliceolenick@att.net[aliceolenick@att.net]
**Cc:** brandon@gagop.org[brandon@gagop.org]; Kay Godwin[kaygodwin46@gmail.com]; Charles C. Clay[CClay@hallboothsmith.com]; Ashley Quagliaroli [AQuagliaroli@hallboothsmith.com]; Vince Lally[VLally@hallboothsmith.com]
**From:** Brad Carver[BCarver@hallboothsmith.com]
**Sent on behalf of:** Brad Carver <BCarver@hallboothsmith.com>
**Sent:** Thur 1/21/2021 12:21:55 PM Central Standard Time
**Subject:** FW: Election Reform - Rockdale GOP Executive Board [IWOV-imanage.FID367633]

**From:** Toby Dryer <chairman@rockdalegop.com>
**Sent:** Tuesday, January 19, 2021 7:05 PM
**To:** Brad Carver <BCarver@hallboothsmith.com>
**Subject:** Election Reform - Rockdale GOP Executive Board

Good evening Brad:
I would like to first personally thank you and the Georgia GOP Election Reform team for working on this very critical issue. After talking with several GOP leaders across the state of Georgia over the last two months, I feel that ELECTION REFORM is probably the most critical issue for Georgia GOP voters in this upcoming legislative session. I believe that the two most critical areas that need to be addressed are voter identification requirements for mail-in voters and election audits.
Below is a brief list of the election reforms that my Executive Board and I feel need to be addressed for the upcoming 2022 election cycle.

**Absentee/Mail-In Voting**
- Only send ballot to a voter when requested by the registered voter.
- Require the same level of identification as in-person voting.
- Count these ballots as they come in as is done in Florida.
- Consider processing all mail-in ballots **(1.5 million)** at a central state location that would be continuously monitored by Georgia state law enforcement.

**Election Audits**
- Allow automatic election audits for all statewide and federal elections, if requested and paid for by the losing party.
- An independent auditor would be appointed by the court and representatives from both political parties and the Secretary of State's office would be allowed to observe the audit.
- The purpose of the audit would be to confirm the vote counts, identify and remove all illegal votes and make the appropriate adjustments to the vote totals.
- All ballots and voting machines must be capable of being audited and made available for the auditing team by the Secretary of State's office.
- The audit should be completed in 2-3 weeks and a report would be made available to the Georgia Legislature, the Secretary of State, the Governor's office and both political parties prior to certifying the election.

**Voter Registration Lists**
- Purge the Registration List as close to the election as possible.
- The last purge was done in April/May 2019 for the November 3, 2020 election.
- The purge would include voters who have lived out of state for a specified period, deceased voters, underage voters and etc.
- Underaged voters SHOULD NOT be automatically added to our Voter Registration list when they receive their driver's license at the age of 16.

**Signature Audits**
- I believe Signature Audits are a gigantic waste of time unless signature verification machines are used with the appropriate accuracy settings **(70% or higher).**
- The registration signature must be used as the basis for the signature comparison.

**DropBoxes**
- I feel that Dropboxes should be completely eliminated
- If required, I feel Dropboxes should be replaced with designated drop-off areas inside the early-voting and election day voting locations.
Thank you again and please feel free to contact me at any time.
Toby Dryer
Chair
Rockdale Republican Party

Until further notice, many attorneys and support staff in our office will be working remotely. To help us with this process, please refrain from sending written correspondence via mail when possible and instead direct all communications to us via email. If something requires shipment to our office, please notify us via email so that it can be promptly addressed.

CONFIDENTIALITY NOTICE: This e-mail communication, including any attached files, was sent by or on behalf of the firm and may contain material that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. This Communication is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient or the person responsible for delivering this Communication to the intended recipient, you are prohibited from retaining, using, disseminating, forwarding, printing, or copying this Communication. If you have received this Communication in error, please immediately notify the sender via return e-mail or telephone.