# Exhibit 5

**To:** Joe Proenza[joe@gagop.org]
**Cc:** David Shafer[david@gagop.org]; Stewart Bragg[stewart@gagop.org]; Brandon Moye[brandon@gagop.org]
**From:** Brad Carver[BCarver@hallboothsmith.com]
**Sent on behalf of:** Brad Carver <BCarver@hallboothsmith.com>
**Sent:** Thur 1/28/2021 3:20:17 PM Central Standard Time
**Subject:** RE: Marty Harbin [IWOV-imanage.FID367633]

---

Thanks, I talked to the Chairman and he thinks it's a good idea as well.

**From:** Joe Proenza <joe@gagop.org>
**Sent:** Thursday, January 28, 2021 11:23 AM
**To:** Brad Carver <BCarver@hallboothsmith.com>
**Cc:** David Shafer <david@gagop.org>; Stewart Bragg <stewart@gagop.org>; Brandon Moye <brandon@gagop.org>
**Subject:** Re: Marty Harbin [IWOV-imanage.FID367633]

I'd say yes but defer to Chairman Shafer and Stewart

On Wed, Jan 27, 2021 at 6:20 PM Brad Carver <BCarver@hallboothsmith.com> wrote:

Marty is interested in attending our meeting on Friday. Is it OK to have one of our legislators join us? Probably good for him to hear our thoughts, but wanted to double-check before I said "yes."

- Brad

**William Bradley Carver, Esq.**
*Senior Managing Director - Government Affairs*
**HALL BOOTH SMITH, P.C.**
*ATLANTA BUSINESS CHRONICLE AND AJC'S "BEST PLACES TO WORK"*
191 Peachtree Street, Suite 2900
Atlanta, GA 30303
Direct dial: 404-954-6967; Fax: 404-954-5020
E-mail: bcarver@hallboothsmith.com
Website: www.hallboothsmith.com

*Please consider the environment before printing this e-mail*

Until further notice, many attorneys and support staff in our office will be working remotely. To help us with this process, please refrain from sending written correspondence via mail when possible and instead direct all communications to us via email. If something requires shipment to our office, please notify us via email so that it can be promptly addressed.

CONFIDENTIALITY NOTICE: This e-mail communication, including any attached files, was sent by or on behalf of the firm and may contain material that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. This Communication is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient or the person responsible for delivering this Communication to the intended recipient, you are prohibited from retaining, using, disseminating, forwarding, printing, or copying this Communication. If you have received this Communication in error, please immediately notify the sender via return e-mail or telephone.

--
Joe Proenza
678-994-1959
Deputy Election Day Operation Director
Political Director Georgia Republican Party

Until further notice, many attorneys and support staff in our office will be working remotely. To help us with this process, please refrain from sending written correspondence via mail when possible and instead direct all communications to us via email. If something requires shipment to our office, please notify us via email so that it can be promptly addressed.

CONFIDENTIALITY NOTICE: This e-mail communication, including any attached files, was sent by or on behalf of the firm and may contain material that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. This Communication is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient or the person responsible for delivering this Communication to the intended recipient, you are prohibited from retaining, using, disseminating, forwarding, printing, or copying this Communication. If you have received this Communication in error, please immediately notify the sender via return e-mail or telephone.