# Exhibit 6

**To:** Brad Carver[BCarver@hallboothsmith.com]
**Cc:** Stewart Bragg[stewart@gagop.org]; Joe Proenza[joe@gagop.org]; Brandon Moye[brandon@gagop.org]
**From:** David Shafer[david@gagop.org]
**Sent on behalf of:** David Shafer <david@gagop.org>
**Sent:** Sun 2/14/2021 4:20:23 PM Central Standard Time
**Subject:** Re: Language for the code

David J. Shafer
Chairman
Georgia Republican Party
Post Office Box 550008
Atlanta, Georgia 30355
david@gagop.org

Follow me on Twitter at
@DavidShafer
@GaRepublicans
@TeamDavidShafer

Sent from my IPhone. Please excuse any typographical errors in the body of this email message.

On Feb 14, 2021, at 3:32 PM, Brad Carver <BCarver@hallboothsmith.com> wrote:



Begin forwarded message:

**From:** Barry Fleming <bfleming@flemingnelson.com>
**Date:** February 14, 2021 at 1:16:02 PM EST
**To:** Brad Carver <BCarver@hallboothsmith.com>, David Shafer <davidshafergop@aol.com>
**Subject: Language for the code**

Hope y'all are having a good heart day. I am going over the parties election task force report. Can you send me language in the form of OCGA code revisions for each idea? As soon as you can get it would be great. We are only about 10 Legislatative days from cross over. Thanks.

Sent from my iPhone

Until further notice, many attorneys and support staff in our office will be working remotely. To help us with this process, please refrain from sending written correspondence via mail when possible and instead direct all communications to us via email. If something requires shipment to our office, please notify us via email so that it can be promptly addressed.

CONFIDENTIALITY NOTICE: This e-mail communication, including any attached files, was sent by or on behalf of the firm and may contain material that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. This Communication is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient or the person responsible for delivering this Communication to the intended recipient, you are prohibited from retaining, using, disseminating, forwarding, printing, or copying this Communication. If you have received this Communication in error, please immediately notify the sender via return e-mail or telephone.