# Exhibit 7

**To:** barry.fleming@house.ga.gov[barry.fleming@house.ga.gov]; javier.picoprats@robbinsfirm.com[javier.picoprats@robbinsfirm.com]
**Cc:** Alex Kaufman[abk@kauflaw.net]; Vince Lally[VLally@hallboothsmith.com]
**From:** Brad Carver[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=942250D35B6B42E9B0CC3ACDF88773DD-BRAD CARVER]
**Sent:** Wed 2/24/2021 4:29:43 PM Central Standard Time
**Subject:** Fwd: Voter Challenge Language for Sections 229 & 230 [IWOV-imanage.FID367633]
**Attachment:** OCGA 229-230 Suggested Changes (Election Confidence Task Force).DOCX

Here it is.

Begin forwarded message:

> **From:** Brad Carver <BCarver@hallboothsmith.com>
> **Date:** February 24, 2021 at 2:16:25 PM EST
> **To:** janjonesgeorgia@gmail.com
> **Cc:** Trey Kelly <tkelly@nortoninsurance.com>, "John Garst (johnggarst@gmail.com)" <johnggarst@gmail.com>, alexkaufman@gmail.com, joe@gagop.org, Brandon Moye <brandon@gagop.org>, "Charles C. Clay" <CClay@hallboothsmith.com>, Ashley Quagliaroli <AQuagliaroli@hallboothsmith.com>, Vince Lally <VLally@hallboothsmith.com>
> **Subject: Voter Challenge Language for Sections 229 & 230 [IWOV-imanage.FID367633]**
>
>
> Madame Speaker,
> We've tweaked this language.
> Thanks,
> Brad
> **William Bradley Carver, Esq.**
> *Senior Managing Director - Government Affairs*
> **HALL BOOTH SMITH, P.C.**
> *ATLANTA BUSINESS CHRONICLE AND AJC'S "BEST PLACES TO WORK"*
> 191 Peachtree Street, Suite 2900
> Atlanta, GA 30303
> Direct dial: 404-954-6967; Fax: 404-954-5020
> E-mail: bcarver@hallboothsmith.com
> Website: www.hallboothsmith.com
>
> *Please consider the environment before printing this e-mail*