# Exhibit 8

**Summary of LC 28 0334S (updated 3/21/2021)**

SECTION 1: Title of legislation

SECTION 2: Legislative findings regarding scope of bill.

SECTION 3: Allows individual appointed by SEB when replacing a county election superintendent to serve as an election superintendent.

SECTION 4 (SENATE): Authorizes Attorney General to set up hotline for receiving complaints of voter intimidation and illegal election activities.

SECTION 5:

>Replaces Secretary of State as chair of State Election Board with individual elected by General Assembly.

>Makes Secretary of State ex officio member of the State Election Board.

SECTION 6 (SENATE/HOUSE):

>Provides for suspension of county election superintendents by the SEB with process outlined in statute.

>Limits number of suspended county and municipal superintendents.

>Requires the Secretary of State to provide all support and assistance to the State Election Board that the SEB determines is necessary.

SECTION 7 (SENATE/HOUSE): Creates process for petitioning SEB for suspension of election superintendent.

SECTION 8:

>Requires notice to defined list of individuals when the SEB is adopting emergency rules and requires certification of processes within the APA.

>(SENATE) Requires notice to the Judiciary committees of any settlements related to elections at least five business days prior to signing.

SECTION 9:

>Eliminates private funding directly to county election offices.

>Requires SEB to study and provide report about grants to counties and methods of distribution.

SECTION 10: Provides for alternative method of certification if probate judge is election superintendent and is incapacitated and unable to certify election results. (Eddie Lumsden bill)

SECTION 11: Allows Election-Day poll workers to be from another adjoining county instead of only their county of residence.

SECTION 12: Creates process for local governing authority or the SEB to have an independent performance review board appointed for review of a local election official.

SECTION 13: Provides for special election in situation where candidates in nonpartisan election dies before the election. (Houston Gaines' bill)

SECTION 14: Eliminates private funding directly to county election offices.

SECTION 15:

> Clarifies there are no limits and timeline on challenges to voter registrations. (Brad Carver language)
>
> Creates sanctions with SEB for failure to comply.

SECTION 16:

> Sets deadline or challenges to eligibility for voters and clarifies there are no limits to challenges. (Brad Carver language)
>
> Creates sanctions with SEB for failure to comply.

SECTION 17 (SENATE): Requires membership in a nongovernmental entity regarding moving out of state and requires use of that information to conduct list maintenance.

SECTION 18: Requires reports on wait times and requires changes to precincts if large precincts have wait times of more than an hour at any point during a general election.

SECTION 19 (SENATE—DEMOCRATS): Requires posting of notices when precincts moved.

SECTION 20:

> Matches the authority of superintendents for county government office buildings for election-day precincts and advance voting locations.
>
> Eliminates mobile voting locations, except for precincts where the Governor declares a state of emergency.

SECTION 21 (JULY 1): Provides exception for majority-vote requirement for nonpartisan offices for when a candidate dies before an election. (Houston Gaines' bill)

SECTION 22: Requires one voting machine for every 250 voters in general elections and allows counties flexibility for the number of machines for all other elections.

SECTION 23 (JULY 1): Requires security paper for ballots that includes features that can be used to authenticate the ballot (except for electronically delivered UOCAVA ballots).

SECTION 24: Requires greater public notice of testing of voting machines prior to elections, including newspaper advertisement and Secretary of State's website, and makes clear that members of the public must be allowed to observe the preparation and testing of voting machines. Also prohibits anyone interfering with the testing process.

SECTION 25 (JULY 1):

Shortens the window for absentee-ballot applications from 180 days to 78 days and places a deadline for receiving absentee ballot applications of 11 days prior to the election.

(SENATE/HOUSE) Replaces signature matching for absentee voters with a Georgia driver's license number (97% of Georgia voter-registration records include a DL number) or, if voters do not have one, then they can provide a copy of any identification permitted by the federal Help America Vote Act.

Creates a standard absentee-ballot application that must be sent by any third-party entity if they are sending to voters. Prohibits governments from sending out applications without voter requesting those applications.

(SENATE) All third-party entities must send the standard absentee-ballot application and include disclaimers in Senate version of legislation that says "This is NOT an official government publication and was NOT provided to you by any governmental entity and this is NOT a ballot. It is being distributed by [insert name and address of person, organization, or other entity distributing such document or material]" in large font in a box.

(SENATE) Ensures individuals in jails have access to their personal effects to apply for a ballot.

Provides penalties for third parties handling signed absentee ballot applications.

(SENATE) Prohibits third-party organizations sending absentee-ballot applications to voters who have already requested or voted absentee ballots.

SECTION 26:

(SENATE) Limits additional sites for receiving absentee ballots to buildings.

Requires at least one drop box for the receipt of absentee ballots in every county, up to the lesser of one drop box for every 100,000 active registered voters or the number of advance voting locations in the county, geographically distributed by population.

Creates statutory authority for drop boxes that are housed at the registrars' office or inside early-voting locations and monitored by election officials (unless during a declared state of emergency, when they can be moved outside). Drop boxes must be closed when early voting is not taking place and must meet other requirements related to security.

Requires the collection of ballots from drop boxes at the conclusion of each day of early voting by a team of two sworn individuals.

Requires confirmation each morning that the drop box is empty when early voting begins each day.

CDR00069683

SECTION 27 (JULY 1):

Sets the earliest point for issuance of all non-UOCAVA ballots to 25-29 days prior to an election. Leaves deadlines at 45-49 days for UOCAVA voters, as required by federal law.

Requires mailing of ballots, mailing of provisional ballots, or notices of rejection no later than three days after receiving an absentee-ballot application within the advance-voting period.

Allows voters who are in the hospital to receive ballots within the ten-day period after they can no longer submit a new application.

(SENATE/HOUSE) Requires absentee ballot envelopes to include a space for their Georgia driver's license number and date of birth under a flap.

Provides criminal penalties for unsealing a sealed absentee ballot envelope unless authorized to do so.

Adds oath requirements under oath that the marking of the ballot was in private and the voter will not give the ballot to anyone who is not authorized to deliver or return absentee ballots, including signing with pen and ink (versus online portal).

Creates ranked-choice voting for runoff elections for UOCAVA voters.

SECTION 28 (JULY 1):

(SENATE/HOUSE) Requires verification of the Georgia driver's license number when processing absentee ballots and eliminates signature-matching.

Sets uniform times for early voting statewide, 9am-5pm with an option for counties to expand that to 7am-7pm. Early voting on non-weekdays will be required on two Saturdays and optional on two Sundays, with optional hours on Sundays.

Prohibits changes to advance-voting locations within 14 days prior to regular elections and runoffs and seven days prior to special elections, except for emergencies.

Requires notice in the legal organ for changes in advance voting locations.

(SENATE) Requires posting of absentee ballots and advance voting numbers each day or early voting.

SECTION 29 (JULY 1):

(HOUSE/SENATE) Requires verification of Georgia driver's license number when processing absentee ballots.

(HOUSE/SENATE/DEMOCRAT) Allows (and later requires) early processing and scanning of absentee ballots, but not tabulation until Election Day.

Allows tabulation advance voting ballots by sequestered individuals starting at 7:00am on Election Day (this is already allowed for absentee by mail ballots).

> Requires public notice of the early processing dates and times.
>
> Sets out a poll-watching process for absentee processing and sets for parameters to ensure secrecy and protection of the ballots.
>
> Requires reporting of returns of verified and accepted absentee ballots to the public as soon as possible.
>
> Requires SEB rules regarding reconciliation procedures, prompt scanning, secrecy of results, and other protections in the early-scanning process.
>
> Create penalties for failure to report absentee-ballot totals by the Wednesday, 5:00 P.M. the day after the election.

SECTION 30 (SENATE): Empowers the Secretary to audit absentee ballot applications and envelopes for two years after an election.

SECTION 31 (SENATE): Requires good cause and evidentiary standards for holding poll hours open beyond 7:00 P.M. including express limitation to number of hours voting was unavailable.

SECTION 32:

> Requires poll watchers to be able to fairly observe procedures in the tabulating center.
>
> Requires political parties to train and certify they have trained poll watchers so they have some familiarity with the process.

SECTION 33: Prohibits approaching voters in line or offering anything of value within 150 feet of a polling place, while leaving option for water from an unattended receptacle.

SECTION 34:

> Requires poll officials to inform voters that out-of-precinct provisional ballots cast before 5:00 P.M. will not be counted (but still allows voters to vote out of precinct provisionals because they must be given a provisional under federal law).
>
> Provides for sworn statement explaining why the voter cannot get to their precinct if out-of-precinct provisional ballot issued to those appearing after 5:00 P.M.

SECTION 35: Prohibits counting out-of-precinct provisional ballots except for those who appear after 5:00 P.M. and sign a sworn statement explaining why the voter cannot get to their precinct.

SECTION 36:

> (SENATE) Requires identification of denominator when beginning counting.
>
> (SENATE) Requires reports and reconciliation to totals versus reported denominator.

SECTION 37:

> (SENATE) Requires continuous counting of votes.

>Provides exception to general rule about discarding votes cast for deceased candidates for nonpartisan elections. (Houston Gaines' bill)

SECTION 38: Provides exception to general rule about discarding votes cast for deceased candidates for nonpartisan elections. (Houston Gaines' bill)

SECTION 39:

>Creates bipartisan ballot-duplication panels for any situation in which a ballot has to be duplicated, similar to vote-review panels for adjudicating marginal marks on absentee ballots.

>Requires duplicate ballots to contain a unique number that will allow the duplicate ballot to be linked back to the original ballot.

SECTION 40 (SENATE): Requires notice and immediate counting of votes.

SECTION 41:

>(SENATE) Requires immediate canvassing meetings and continuous counting.

>Requires the creation of a pilot program for posting ballot images publicly.

>Shortens certification timeline for counties to Monday after the election to allow time for post-election audits *after* county counts are complete and *before* Secretary of State certification.

SECTION 42: Shortens runoff periods from nine weeks to four weeks.

SECTION 43: Requires special primaries before a special election for partisan offices in which the Governor is authorized to appoint an individual (eliminating jungle elections for statewide offices).

SECTION 44: Ensures voter-registration lists match up for special elections and general elections.

SECTION 45: Eliminates jungle elections for appointees to the U.S. Senate.

SECTION 46: Provides appointment for civil or magistrate courts.

SECTION 47: Adds criminal penalties specifically for ballot harvesting.

SECTION 48 (SENATE): Adds criminal penalties for intentionally observing how someone votes, except for those allowed to provide assistance and children authorized to be in the enclosed space.

SECTION 49: Provides exception for municipal redistricting when Census results are published within 120 days of the next general or special municipal election.

SECTION 50: Allows Judiciary Committee of House or Senate to suspend emergency rules issued under a state of emergency.

SECTION 51: Makes scanned ballot images public records under the Open Records Act.

SECTION 52: Provides for some parts of the bill to become effective immediately, with others becoming effective on July 1.

CDR00069687