# Exhibit 9

**To:** Lanier, Jeff[Jeff.Lanier@legis.ga.gov]
**From:** Brad Carver[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=942250D35B6B42E9B0CC3ACDF88773DD-BRAD CARVER]
**Sent:** Tue 3/2/2021 7:59:01 PM Central Standard Time
**Subject:** Re: Chairman Jeff Mullis Authorization [IWOV-imanage.FID367633]

Jeff, thank you so much. I thought this would be really tough to do. If I'm hearing you right, it wouldn't matter if we combined bills or even found a very big bill, we can't do amend on Senate Floor under the Senate Rules.
I think we need to punt and be prepared to amend a House bill or vice versa (Speaker Pro Tem Jan Jones also wants this done).

I appreciate your hard work on this. We're going to need to use a committee hearing to add the amendment after Next Monday. It's the better way to pursue it anyway.

Can you confirm my understanding and then I will know that's what we need to do.

Thanks,
Brad


On Mar 2, 2021, at 8:40 PM, Lanier, Jeff <Jeff.Lanier@legis.ga.gov> wrote:


After taking all of the air out of the amendment that I can, the amendment is 107 lines long and 5 pages. There is no way to it that under the Senate rule since I cannot reduce it below 3 pages. See Senate Rule 7-1.6(b). I did not take into account in our earlier discussion the fact that the General Assembly switched over to letter size paper and you cannot get as many lines per page.
What do you want to do?
H. Jeff Lanier
Deputy Legislative Counsel
Office of Legislative Counsel
316 State Capitol
Atlanta, GA 30334
(404) 656-5000
(404) 651-9292 (fax)
Important Notice
This message and any attachments thereto are intended for use by the named addressee(s) only and may contain confidential and privileged communication, work product, or other matter that is protected against disclosure under Georgia law, O.C.G.A. Secs. 24-5-501 and 28-4-3.1. The Office of Legislative Counsel is legal counsel for the General Assembly of Georgia. No attorney-client relationship with anyone else is formed by this email. Unauthorized use, copying, distribution, or retention of or reliance upon this message and any attachments thereto is prohibited. If this message has been received in error, then notify immediately the sender by reply, delete this message and any attachments, and destroy any copies thereof.

**From:** Brad Carver <BCarver@hallboothsmith.com>
**Sent:** Tuesday, March 2, 2021 5:11 PM
**To:** Lanier, Jeff <Jeff.Lanier@legis.ga.gov>
**Subject:** Chairman Jeff Mullis Authorization [IWOV-imanage.FID367633]
Jeff,
You should have received or should be receiving an authorization for me to discuss with you crafting this into a Floor Amendment to amend one of Chairman Mullis's bills.
Just wanted to discuss with you when you have a chance. No changes to the language need to be done, but we want to comply with Senate Rules for Floor amendments.
Thanks,
Brad
**William Bradley Carver, Esq.**
*Senior Managing Director - Government Affairs*
**HALL BOOTH SMITH, P.C.**
ATLANTA BUSINESS CHRONICLE AND AJC'S "BEST PLACES TO WORK"
191 Peachtree Street, Suite 2900
Atlanta, GA 30303
Direct dial: 404-954-6967; Fax: 404-954-5020
E-mail: bcarver@hallboothsmith.com
Website: www.hallboothsmith.com
 *Please consider the environment before printing this e-mail*
Until further notice, many attorneys and support staff in our office will be working remotely. To help us with this process, please refrain from sending written correspondence via mail when possible and instead direct all communications to us via email. If something requires shipment to our office, please notify us via email so that it can be promptly addressed.

CONFIDENTIALITY NOTICE: This e-mail communication, including any attached files, was sent by or on behalf of the firm and may contain material that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. This Communication is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient or the person responsible for delivering this Communication to the intended recipient, you are prohibited from retaining, using, disseminating, forwarding, printing, or copying this Communication. If you have received this Communication in error, please immediately notify the sender via return e-mail or telephone.