# Exhibit 10

**To:** Madison Forum[mopitz@mindspring.com]
**From:** Michael Opitz[mopitz@mindspring.com]
**Sent:** Tue 5/18/2021 12:23:50 PM Central Standard Time
**Subject:** Brad Carver and Garland Favorito - Madison Forum Speakers

---

**All thanks to Kim Strawn, Madison Forum Member and Webmaster, for the below information posted on the Madison Forum for viewing. Please go to:** www.themadisonforum.com **for viewing of the below information and speakers.**

*Special thanks to Ted Metz, Madison Forum Member, for sharing this video and to Garland Favorito, the VoterGA team and Madison Forum Member, and others for their relentless pursuit of transparent, secure, accurate and verifiable elections processes.* **Please go to:** www.themadisonforum.com

**Garland Favorito, Madison Forum Member**:

Welcome Patriots. Thank you for joining this first ever Election Transparency Podcast-a-thon coming to you live from Atlanta, Georgia.

On April 19, 1775, the Shot Heard Round the World was fired during the battles of Concord and Lexington as America began its successful struggle to gain Independence from British rule. That struggle became known as the Revolutionary War. Tonight, exactly 245 years later, we are launching a new revolution to Save America by restoring fair, honest and transparent elections. Once again, Americans seek their independence but this time it is independence from elections that have been corrupted by unverifiable voting, …

Michael Opitz
President
Madison Forum
www.themadisonforum.com
www.madisonforum.org

"Knowledge is power... Ignorance is slavery... Apathy is destruction."  M. Opitz

## Also note:

**The Madison Forum was pleased to have Attorney Brad Carver, Madison Forum Member, speak at the monthly luncheon meeting, Saturday, April 24th at the "Semper FI Bar & Grill, 9770 Main Street (Canton RD), Woodstock, GA.**

**Brad spoke about "The Georgia GOP State Election Task Force and GA SB 202: The Georgia Election Integrity Act of 2021."**

**Kim Strawn did an amazing job of transcribing Brad's talk, because of poor audio, but Kim is a magic maker of the highest order, and she has a powerful wand!  See below:**

**TRANSCRIPTION**:

> Brad Carver is a partner at Hall Booth and Smith as well as a senior Managing Director at HBS Government Affairs is a member of the government affairs, Energy Regulatory utilities, environmental group, mass torts, land use, international business litigation and group practice. He also ended up the committee on election reform, that's not the right term election. And the last election confidence Task Force, of which I was a proud member of. Brad has done a stellar job handling a group of 19 of us who met some, some cohesion. But we also had the urgent views; and they were expressed and it was all done at a high level of decorum, and that was passed out and sent to the GOP executive committee and forwarded on to the state legislature. But Brad, just conducted one professional meeting and we're proud to have been a part of it. Brad? Thank you.

> Thank you Michael. And I will say since I've been a Semper FI, or how many Army people we have here? All right. All right. All right.

> So I retired from the army about a year and a half ago, after spending 28 years. And so it's a it's a pleasure to be in the Semper FI Bar. We love the Marines. Marines will take the hill, and then our job is to hold the hill. So no, I truly appreciate it. I spent a year and a half in the Middle East for the third Army. And we have the first math, Marine Expeditionary Force that was part of our operations in Iraq, and appreciate my marine brothers very, very much. So it's, it's, I'm proud to be here. I truly am. I love the Army, but I will tell you all I'm trying to get my boys steered in the direction of the Space Force. I'd love to see them do that. They haven't bought into it right now they still want to be in the Army. I'll keep trying to steer by another direction. But it's a it's a pleasure to be here. For those of y'all that that are involved in the party, I have been in the Republican Party since I was in high school. And so it is something I truly; it is it is part of my life. And when we talk about the threats we're under today; I have never seen where we, in my entire life, I've never seen where we are right now. And I mean this truly. We are, and I heard it from comments before we started here, we are truly in a battle for the soul of this nation. And if we do not win this fight, we're gonna lose this country. True. And so I appreciate it every time I get with like minded folks, because we've got to remember that there are things that are more important than our personal interests. And I have a six year old, I have a nine year old. I was involved in party way before I met my wife, who was also a big Republican, House District Chair too. I want them to have a bright future. And I want them to have kids and so I can eventually stop working and and be a grandparent which I hear is, is perhaps the best job you can ever have in the world. So I'm looking forward to that. I want to be able to hand the grandchild over back to my kids and say you're spoiled rotten and let them deal with it. But I want my kids to have the same opportunities that I have.

I love this country. Good. Gosh, my father grew up on a farm in South Georgia. He was the first person ever go to college and his family. And he never got anything handed to him. So when I think about what he did for me, I only wish that I could be half the father that he was. And it's only because of this country that we live in that we have those kinds of opportunities. And I'm also going to tell you this. We're going to talk about election reform. But I want to point y'all to something. The, y'all all know this is in this room. The Democrats have one play in their playbook; it's racial identity politics. They do identity politics, all over the place, but their biggest card they play is racial identity politics. So everything we're going to talk about today is through that prism, because that is exactly what the democrats are trying to do.
They want to make everything about race, even when it's not. And they do that for a very specific reason. They do it to mobilize voters to win elections. And it's so distasteful that we have to call it out. And so I want to tell you this. You know, I see a lot of folks that have similar backgrounds me in this room. But what I'm going to tell you, I've been speaking all over the state. While I have continued to find everywhere I go, is that this party, the Republican Party, is as welcoming to anyone of any background that believes in the Constitution, and believes that our country is literally at stake. So President Donald Trump, I carry this since he gave it to me back in 2016. It's a military coin, so so I used to I used to say, this didn't mean a lot until he got elected Commander in Chief. I know a lot of you, especially the Army friends in here, have your collection of coins. So this didn't mean a lot. And then he got elected President of the United States and became the Commander in Chief. So then I could Trump everybody. Literally Trump, everybody. Yes. This, this, our President accomplished more in four years than any president in American history. And I will say this, and I'm sure you all agree with me. The greatest president we ever had was Ronald Reagan. That's who I grew up with. Remember Alex P. Keaton. Remember family ties. That was my show, I grew up in the 80s. And I loved that show. That was when America was on top of the world. We turn things around, we took the debacle that we had with Jimmy Carter, and we literally turned this country around. But President Trump accomplished more in four years than any president in American history. I'm so devastated. I know all of us are, that we didn't have a second term to do it. Because if we had there's no question that we would put ourselves on firm footing, all the way into the future. So I literally have this mby be the opportunity we had to build back and win in the biggest way possible in 2022 and then retake the White House in 2024. By the way, Boyd Parks, I like your idea. I hope. I hope that happens. That would be that would be pretty amazing. So I'll say this. I I think that if we all pitch in together and stay united, we're going to retake the House. I think we're going to retake the Senate. And I do think we can, we can retake the White House. Donald Trump did something else. He rebuilt our party. When I say that, it's important to understand this. He's very, he's very passionately committed to the Republican Party right now. There's not a Patriot Party, there is Republican Party and he made it very clear to our country, that if we're going to win, we've got to have everybody together. And that means all of us who have been involved in the Republican Party for many years, and it means all the new people that have come to our party. The other thing that Donald Trump did, Ronald Reagan did this too, but Donald Trump did on steroids. He made the focus of the party, the working class of America, because what we have today, unlike any time in American history, is we have the starkest contrast between the Democrats and the Republicans. We the Republicans are the producer party. We are the capitalists, we're the business owners, small business owners, and we are the folks that work with their hands. And are building a nation. The other side, more clearly than ever in American history, are the taker party. So so you remember Mitt Romney's famous comment? He said, 47%. Okay, that was that, you know that that didn't help us a lot to say that. And the truth is, we have a lot of people who dedicated their lives to the military or are, frankly work their whole lives and are on Social Security and Medicare, and they deserve those things. But the truth is, we are getting to a point in this country where a majority of the people are going to be dependent on the government. And that is exactly what the democrats want. They want the pendency because dependency equals votes. And what we've seen in Europe, for those of you who have spent time in Europe, is that's already happened. They're already past the 50% threshold. That's why you have social democracies now in Europe, and we cannot let that happen. Because once that happens in our country, we're the we're the last greatest hope for this country, and we certainly cannot let that happen. All right, enough commentary on that. I know you're not here to hear that today.

Y'all. This effort for election reform is frankly, in my party business, has been the most important thing that I've ever worked on. I have been involved, I've been an election lawyer my whole career. And Hans von Spakovsky, y'all know from the Federal Society (Federal Election Commission). He brought me back here when I was at my old law firm Alston & Bird many years ago. Also, Alston & Bird is a liberal law firm. But for those that have been a party a long time, you'll remember Oscar Persons. Oscar Persons, was a longtime General Counsel of the Republican Party. And from a very early time when I first started there, he would take me around, it was one of the greatest opportunities I could ever have, because Oscar was very busy. He's a securities litigation lawyer. And so he would sign up for every event and he'd be trying to case in another state and he'd say, Brad, I can't go. Will you go on my behalf? And I got to meet, that's where I met Ralph Reed. It's where I met a lot of people I've been working with reporting for a long time. And so I treasure that, I truly do. But Hans von Spakovsky got me involved in election law.

And that didn't really mean a lot back in the day. But it sure meant something in 2020. Y'all they cheat every single year. But we've been able to win with enough margins in each election. That hasn't mattered, it matters now. And it matters in a very, very big way. So after election day, November 3, 2020. I spent the next three days at State Farm Arena. Every time I see something about the Hawks now, all I can think about is what I witnessed and experienced at State Farm Arena. And y'all we all have to recognize that there is a very organized effort to defeat Republicans. That is not new. What's interesting is, God help me, I live in the city of Atlanta.

The city of Atlanta is a 78% democratic city. We cannot elect a Republican mayor of Atlanta. It's absolutely impossible. So frankly, Republicans have to pick the better of less evils in every mayoral race. And the last two election cycles that person was Mary Norwood, a lot of y'all know Mary Norwood. Mary Norwood is an Independent, but she's been painted as a Republican. She lives not too far from me in Buckhead, but she's an independent person who cares about the city, cares about rooting out corruption, and she lost an election with 100,000 votes cast, eight years apart, by 700 votes. Isn't that magical? Seven or eight years apart, same election results. It's amazing. What many of y'all may not know in this room is that there was a lawsuit, a whistleblower lawsuit, did not have to do with election but in that suit, there is a employee of the city of Atlanta that testified under oath that they delivered 1000 absentee ballots in that election. So you can ask Mary Norwood and by the way, she's been very active and given all the information she possibly could on our election reform effort, she's been very supportive of our election for reference because she truly experienced she experienced getting an election stolen from her twice. Now, the same group of people. Ralph Jones,

remember that name? Rick Barron, those same people were the ones that stole the election from Mary Norwood and they're the same people that the democratic operation and Joe Biden used in this last election. It was so obvious. What's funny is when, y'all may remember this, Mary Norwood went into a runoff race. She had many democrats that supported her. In fact, just about every major candidate in that Atlanta mayoral race endorsed Mary Norwood for one reason, because they knew that we needed to break the corruption. So it was a bipartisan effort. Republicans strongly supported Mary Norwood. But you had a lot of Democrats who are fed up with the corruption that we see in City Hall, and across Fulton County, and unfortunately, we lost that election. But we're on to them now. Ralph Jones. Ralph Jone's son, worked for Keisha Lance Bottoms.

And, he is the man, he's the number two guy in the Fulton County election office. Now I've got some good news for you here today. And I hope that we get there in the. But our Fulton County election board fired Rick Barron. He was fired for cause, for basically being a absolutely subpar leader of that election office. Unfortunately, the Fulton County Board of Commissioners overruled him. They made the arguments that they actually have a power and that the election board is not to fire their own election superintendent who they hire. Now, I don't think that's a good legal argument. But it's politics, Ralph Jones is a problem. Rick Barron is a problem. So let's let's let's let's talk about the situation, at State Farm for a minute, because I think that's going to be helpful for everybody. I do want to try to get through this. I know we're gonna have a lot of questions.

So Alex Kaufman, the current Fulton GOP General Counsel, I met him at State Farm Arena seven o'clock the night after the election. And he said, as soon as I got there, he said, "Hey, we got to get somebody to go over State Farm. I'll cover down here. Can you go over to State Farm, Brad?" I said, "Absolutely." When I got down there, met our poll watchers. Shortly after that, Rick Barron gave a press conference with Rob Pitts, the chairman of the Fulton County Commission. And what I learned during that press conference I've been briefed on by our poll watchers, is that for the first time in Georgia history or American history, we shut down operations and, and that happened. That absolutely happened. Now the democrats and the media and other folks will tell you that, that our poll watchers just decided to leave on their own will and were not there. Because we all know what happened next. They decided to resume counting operations of the scanning of the absentee ballots after everybody had left. Y'all seen it on the video. Remember when the President was down in Valdosta. He literally played video from the State Farm Arena that night. There were none of our poll watchers in the room. But what's interesting is not only our poll watchers left, the democrat poll watchers left before that too, because they thought they were shutting down for the night. Our poll watchers left the same time as a FOX 5 News crew. You had a producer, reporter, and a camera man that all left with our Republican poll watchers.

You know who else was in the elevator at the same time? Carter Jones, the designated observer from the Secretary of State's office. So y'all get the picture. I think what happened was, they had their dropbox operation, they had a very coordinated effort to request absentee ballots, they can already gutted the signature verification for absentee ballots, they knew who was on the list, they knew who was on our voter rolls that had not voted or were deceased. They took advantage of requesting those ballots and voting those ballots. But it wasn't enough. It wasn't enough. Donald Trump's turnout was so strong.

So they made a tactical decision late on November 3, that they need to go to plan B. So think about this now. What happened in Atlanta, also happened in Philadelphia, Detroit, and Milwaukee. What's true about those three cities? They have a history of corruption and voter fraud, just like the city of Atlanta. You didn't see this in Charlotte or Jacksonville. You didn't even see it, believe it or not in New York, or Chicago or San Francisco. But you saw it in four battleground cities that were going to decide the presidential election. And they decided just like Georgia, to send folks all through the night. And again, I can't speak to those other states. My visibility has been in Georgia. But I will tell you, it seemed like a coordinated effort to me. If you look at the stats and the voter turnout numbers, disproportionately high turnout in those four cities, which decided four battleground states, which then in turn inside of the presidential election.

So let me say this, and Michael here was incredible. Michael had, gosh, when I first met you, you were talking to me about the Diebold voting machines. This guy is a voting machine expert. And so I asked to have him on our taskforce. We had 20 folks across the state of Georgia. Mike with me and 18 other folks, we had election lawyers, we actually have three election board members that were part of that Joel Matt up in Forsyth County.  Alice O'Lenick, which ya'll probably know from the press, she's a Gwinnett election board member, been a patriot and fighting for us all the way. She's caught a lot of heat from the liberal press. And then we have James, down in Savannah, so we actually had three election board members. We had election lawyers, we had people that were familiar with the ballot adjudication process, we had poll watchers, we literally had people that were experts from every part of the election process, from the request of absentee ballots to in-person voting to post post election adjudication procedures. And what we did was, and it took a lot of hours, we spent literally hundreds of hours. We compile a bunch of recommendations and we provide that on behalf of the Georgia Republican Party to our leaders in the House and Senate.

So let me tell you this, I'll just say it from the get go. A lot of what wound up being in Senate Bill 202 was our work. And there's a lot of good things in Senate Bill 202. I know Michael will tell you, we wanted to go a lot farther on certain issues for sure. In particular, our number one recommendation was that we eliminate no excuse absentee ballots. And we've decided that we should propose to model the state of Georgia's law on the state of New York and use their own absentee ballot law as the model for the state of Georgia. Brant Frost, it was a brilliant idea. And we literally patterned our recommendation on the state of New York. Now what's interesting; you all know what happened when Major League Baseball. I was really looking forward to going to that All-Star game. I wanted to take the boys there, but we got cancelled. We got cancelled. And what's interesting is the state of Georgia's election law is more liberal than the state of New York where Major League Baseball is headquartered. It's just sick.
Beyond that, President Biden, who lives in Delaware has Delaware has some of the most stringent election laws in America. Georgia's election law is far more liberal than the state of Delaware. So when he gets up there, and says, "This is Jim Crow 2.0" or Stacey Abrams says, , "This is Jim Crow, in a suit and tie.", or as President Biden said, "This is Jim Eagle." In fact, he said, "This is so much worse than the Jim Crow laws. It should be called Jim Eagle." That is the most insulting thing I have ever heard.

Again, I speak to a lot of places. I have a lot of Republican people of color, that are my very close personal friends. They are absolutely insulted by that. This party, the Republican Party, was born out of freedom and liberty. And by the way, Conrad, thank

you, sir. First of all, thank you for being here. Thanks for all you do. So proud to see you here today. Conrad always sends out in his newsletter, the history of the Republican Party, it needs to be told over and over and over again. And every opportunity we can tell that story we need to tell it, because the mainstream media will not cover it. If you ask people, and I'm going to say this to y'all. Remember John Eaves that was the Fulton County chairman? So back when he won, he wanted to get some moderate Republicans actually my county commissioner, Lee Morris, a great man. Lee Morris ran to be the chairman of Fulton County, which Karen Handle was before. Mike Kenn, the Atlanta Falcon's football player, was before that. And so we literally, believe it or not, we can actually win a countywide race in Fulton County with Republicans as long as it was a special election, not a regular election.

But Lee Morris is probably the best candidate a moderate Republican to put up to win that race. He lost 52% to 48%. On election day, this is the same time the Johns Creek and the city of Milton became cities, so we had pretty big turnout for those cityhood votes in North Fulton. I was a poll watcher like I do every election, statewide poll watcher. My designated area was South Atlanta and South Fulton. So y'all remember Harold's Barbecue? Anybody here remember? Great place. It's over by the Federal Penitentiary. Great barbecue. And so one of my polling places was I place, and get this, this was 2004. There were 2000 votes cast. And Bush got four votes. Four votes. Kerry got 1996. This is literally one of the most democratic precincts in all of America. I didn't see a lot of turnout. I happen to be pulling up to my next precinct to walk in and kind of get the vote tallies. On my way, I get a text. And so you got to turn it to this radio station, African American radio station. They played an ad where they said that Shirley Franklin, John Lewis, are urging you to go out and vote against Lee Morris because, if you elect Republican Lee Morris, it's going to be like the attack dogs in the streets bringing back the fire hoses like Bull Connor in Alabama. And they played that on every single African American radio station in metro Atlanta. And by the way, it was white turnout. And then after that halfway, we got overwhelmed in the polls. I called it back into headquarters. I said we're in trouble. And sure enough, we lost 52% and 48%.

This is exactly what they do. And so we got to tell the story on this because the truth is, I know people in here, I know where your hearts are, I know where my hearts are. And the truth is, we want people, no matter what their background is, as long as they believe in our ideology. Whenever I go to remote event, African American Republicans are absolutely embraced. I've seen them every time everywhere. So when I hear the insulting imagery about us as Republicans, it offends me, but I'm a white man. Can you imagine what our Republican people of color think when they hear these things, and for them to say that this is like Jim Crow, who the democrats put in place, and trying to paint the Republican party with that? It's awful. And the sad truth is, a lot of people believe it. Just like in that race against John Eaves. They hear it and they blame Republicans for slavery and segregation, and Jim Crow laws, all these things. We have to battle back because again, this is Stacey Abrams' playbook. They use the fight on election law. They're going to use the fight on election law, they're going to use it to turn out their base. And they do it extremely, extremely well.

So let me say this. I need to be careful here. We lost the election on November 3, and on January 5th, because of absentee ballots. Now, our proposal was to eliminate no excuse absentee ballots and Senate Bill 241, which the Senate leadership, Mike Dugan, who's the majority leader, proudly championed. The House Bill didn't go that far. And believe me, we met all these folks. There was discomfort with trying to go, I'll just say this. Okay, and I have to be careful here. Because I am. I am. I have intervened on behalf of the Georgia Republican Party, the RNC Republican National Committee, the National Republican Congressional Committee, and the National Republican Senatorial Committee, to defend this state law. So, let me just be careful of that when we get into questions, please keep that in mind. Because listen, Stacey Abrams, I'm sure would love to see this video and would love to see me give away a secret here. But let me say this. We tried to make our law much stronger. We tried. Georgia is in the top tier of American states in terms of our access to the ballots. We have three weeks of early voting. We have no excuse absentee ballots. We and in fact, with Senate Bill 202, our new election law, we expanded early voting. We now have mandatory two Saturdays of early voting. We also allow any county, that so chooses, to do Sunday voting. This was a big debate on our committee. Michael remembers it well. When that vote went to the state executive committee, because again, the state GOP executive committee had to and Mike was all that call. We had to adopt our proposals. We recommended that we keep the option of Sunday voting around. And we did that very simply because, in our eyes the problem is absentee ballots, we want people to vote in person if possible. and to eliminate no excuse absentee ballots is a very big deal to us. It was by far and away the greatest recommendation of the entire election Task Force. So we did that. And when we brought that to the State Committee, it was a completely divided, but I'm still gonna question David Shaffer's final call on this, because I was elected to this Task Force, you all to know Robert's Rules of Order. As the chairman of that task force. I made that recommendation to state party. That is a motion doesn't require a second, because it's a report of the committee. And we had a deadlock tie. Literally voted, I think it was 15 to 15 of the state Executive Committee. And in my eyes, if you have a tie vote, and the recommendations on the floor, the amendment to that proposal would be that it stays the way it is. Unfortunately, and I love Chairman Shaffer and he does an amazing job for us, but he made the call the other way so we wound up changing it to eliminate Sunday voting. And, I get it. I get it because in rural Georgia it is hard to ask our election employees to work on Sunday. But I'm telling you, when I was in those hearings, you didn't hear anything. I mean, this went away because of what actually happened with Senate Bill 202. But people complained about getting rid of Sunday voting more than anything else you can possibly do. And if you think about it, there's not great optics to that, right, because they have the Democrats use an operation. It's called Souls to the Poles. They use African American pastors, they rally people, they have buses, and they take people to the polling places. So for us change that change that, didn't have great optics.

Ultimately, as you saw, the original House Bill 531, Barry Fleming's bill, proposed eliminating Sunday voting, as it moved through the committee process, they wound up keeping it. I had a meeting with Chairman Fleming. And this was his idea. Let me tell you this. He suggested that what we should do is make it optional. I said, "Oh my gosh, that's the greatest idea I've ever heard." Because our rural Republican-heavy counties can decide not to do Sunday voting and at the same time, we're going to allow counties like Cherokee, like Cobb, like Fulton, I'm not saying Cherokee does it and that's up to Cherokee, but our big suburban counties can make a decision.

I often said, Mike will agree with me on this, "Hey, guys, why don't we embrace Sunday voting?" We don't have to do it the Democrats way. Democrats will roll a bus up to the polling place, and they'll give them voter cards and they'll say, "This is who you gonna vote for." We don't need to do that. We need to go to our churches and rally people up, making it a family day. Get all buses, take them down to the polling place. We don't have to tell him anything, because we know they're gonna think like us anyway. Let

them go in the polls and vote. That's what we need to do. And frankly, I think we will do that.

But at the end of the day, this Sunday voting thing, is a lot of smoke and mirrors. There weren't that many people that did Sunday voting anyway. So let me say this, and one of the things you have to understand about the legislative process is there's a lot of give and take. And our folks are under incredible assault. How many of y'all went down to the legislature during this election reform process? We have folks that were down there, and yes, Pat I know you were. Thank you.

It was unbelievable what we saw. They had paid protesters every single day. Stacey Abrams had a billboard truck that drove around the Capitol and it said Republicans don't want black people to vote. That's literally what the billboard said. It was so insulting. They were paying, they were paying people out there every single day protest. Now, we didn't have that. We had grassroots people. We have people that care about this law. And we have many people come down there and we did have a couple of rallies, they were well attended. We ultimately had one planned for Sine Die. Okay. And when our folks got down there, there were people with AK-47s walking around the Capitol, BLM, and they were intimidating people. And we made a call and we need to ship is somewhere else cause it may have a very dangerous situation. So I'm just telling y'all, understand this about what our legislators went through. They got hate like we've never, ever seen.

Barry Fleming has already lost two clients, two County clients, that have cancelled him because of his involvement in this litigation. John Albers, how many people know John Albers? John Albers is a, he's a fine man. He's in a very battleground district. He won reelection with 51% of the vote because last election. John Albers did not vote for Senate Bill 241. I was disappointed and I worked hard he should have passed Senate bill was strong as what we would have a lot more of our recommendations we wanted to have him. He, along with some other suburban battleground, Republicans didn't vote against it. But they did what's called walking. They walked it. They didn't vote. They were excused. And they did that purposefully because they thought that was what their district wanted.  John Albers, who was the CTO, Chief Technology Officer, of a very large national law firm was cancelled. It was his dream job. And this man who made $17,000 a year as a state legislator, obviously that's not how he makes his living, he had a very good job. That law firm fired him. Because the Democrats use doxxing. They doxed the biggest clients at that law firm. And ultimately they say, "Hey, man, I'm sorry but we're getting a lot of pressure from our clients. We love you. But you got to go." And they fired him.

GAGOP_0000083