IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: GEORGIA SENATE BILL 202 | Case No.: 1:21-MI-55555-JPB |

**CERTIFICATE OF SERVICE OF
PLAINTIFFS' JOINT NOTICE OF DEPOSITION OF DR. DARON SHAW**

Pursuant to Local Rule 5.4, I hereby certify that on March 24, 2023, I served Plaintiffs' Joint Notice of Deposition of Dr. Daron Shaw by electronic mail on all counsel of record.

Dated: March 25, 2023

/s/ *Davin Rosborough*
Davin Rosborough