# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.:<br>1:21-MI-55555-JPB |

## CERTIFICATE OF SERVICE OF PLAINTIFFS' JOINT NOTICE OF DEPOSITION OF DR. JUSTIN GRIMMER

Pursuant to Local Rule 5.4, I herby certify that on March 27, 2023, I served Plaintiffs' Joint Notice of Deposition of Dr. Justin Grimmer by electronic mail on all counsel of record.

Dated: March 27, 2023

*/s/ Julie Houk*
Julie Houk