IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| GEORGIA STATE CONFERENCE OF THE NAACP, ET AL.<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL. | Civil Action No. 1:21-cv-1259-JPB |

**CERTIFICATE OF SERVICE OF GEORGIA COALITION FOR THE PEOPLE'S AGENDA, INC.'S OBJECTIONS AND RESPONSES TO STATE DEFENDANTS' FRCP 30(B)(6) NOTICE**

Pursuant to LR 5.4(A), NDGa., I hereby certify that **Georgia Coalition for the People's Agenda, Inc.'s Objections and Responses to State Defendants' FRCP 30(b)(6) Notice** were served to counsel for all parties by electronic mail on March 27, 2023.

2

Dated: March 27, 2023                    By:    */s/ Ethan M. Thomas*

                                                Ethan M. Thomas (*pro hac vice*)
EThomas@fenwick.com
FENWICK & WEST LLP
555 California Street
San Francisco, CA  94104
Telephone:     415.875.2300

*Attorneys for Plaintiffs Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, Inc., League of Women Voters of Georgia, Inc., GALEO Latino Community Development Fund, Inc., Common Cause, and Lower Muskogee Creek Tribe*