# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| ASIAN AMERICANS ADVANCING JUSTICE–ATLANTA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.*, <br><br> *Defendants*, <br><br> REPUBLICAN NATIONAL COMMITTEE, et al., <br><br> *Intervenor-Defendants*. | Civil Action No.: 1:21-CV-01333-JPB |

## PLAINTIFFS' RULE 5.4 CERTIFICATION OF SERVICE

Pursuant to Local Rules 5.4 and 26.3(A), I hereby certify that, on March 27, 2023, I caused Plaintiffs' Notice of Deposition of Dekalb County Board of Registrations and Elections Under Federal Rule of Civil Procedure 30(b)(6) to be served by email upon counsel of record for all parties:

Respectfully submitted this 27th day of March, 2023.

2114777

*/s/ R. Adam Lauridsen*
LEO L. LAM*
R. ADAM LAURIDSEN*
CONNIE P. SUNG*
CANDICE MAI KHANH NGUYEN*
LUIS G. HOYOS*
RYLEE KERCHER OLM*
EMILY A. HASSELBERG*
ZAINAB O. RAMAHI*
EMILY WANG*
NIHARIKA S. SACHDEVA*
**KEKER, VAN NEST AND PETERS LLP**
633 Battery Street
San Francisco, CA 94111-1809
415 391 5400  (Telephone)
415 397 7188 (Facsimile)
*llam@keker.com*
*alauridsen@keker.com*
*csung@keker.com*
*cnguyen@keker.com*
*lhoyos@keker.com*
*rolm@keker.com*
*ehasselberg@keker.com*
*zramahi@keker.com*
*ewang@keker.com*
*nsachdeva@keker.com*

 Attorneys for Plaintiffs
**Admitted pro hac vice*

2

2114777

## CERTIFICATE OF COMPLIANCE AND SERVICE

I hereby certify that on March 27, 2023, a true and correct copy of the foregoing **Plaintiffs' Rule 5.4 Certification of Service**, which has been prepared using 14-point Times New Roman Font, was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

*/s/ R. Adam Lauridsen*
R. ADAM LAURIDSEN
Attorney for Plaintiffs

2114777