# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE GEORGIA SENATE BILL 202 | : : : | MASTER CASE NO. 1:21-MI-55555-JPB |
| UNITED STATES OF AMERICA, *Plaintiff,* v. THE STATE OF GEORGIA, *et al.*, *Defendants,* REPUBLICAN NATIONAL COMMITTEE, *et al.*, *Intervenors.* | : : : : : : : : : : : : : : : | Case No. 1:21-cv-2575-JPB |

## MOTION OF SYLVIA MAY MAILMAN TO WITHDRAW AS COUNSEL

Sylvia May Mailman hereby gives notice that she is leaving employment with the Ohio Attorney General's Office. Therefore, Mrs. Mailman requests permission to withdraw as counsel for the State of Ohio. Benjamin Flowers and Carey Miller will continue to represent the State of Ohio.

Pursuant to Civil L.R. 83.1(E)(2), Mrs. Mailman has given the client 14 days' notice of her intention to request permission to withdraw.

1

Respectfully submitted,

DAVE YOST
Ohio Attorney General

*/s/Sylvia May Mailman*
BENJAMIN M. FLOWERS
    (*pro hac vice*)
Solicitor General
MAY MAILMAN
    (*pro hac vice*)
Deputy Solicitor General
30 East Broad Street, 17th Floor
Telephone:  (6l4) 466-8980
Facsimile:  (614) 466–8087
benjamin.flowers@OhioAGO.gov

Carey A. Miller
Georgia Bar No. 976240
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street NW
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3250
cmiller@robbinsfirm.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.

*/s/Sylvia May Mailman*
Sylvia May Mailman
