IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No. 1:21-MI-55555-JPB |

## CERTIFICATE OF SERVICE FOR UNITED STATES' SUBPOENA TO TESTIFY AT DEPOSITION

Pursuant to LR 5.4(A), NDGa., I hereby certify that on March 31, 2023, I served the United States' Rule 45 Subpoena to Testify for Deposition of Helen Lockette via electronic mail to Helen Lockette.

Respectfully submitted,

*/s/ Rachel R. Evans*

RACHEL R. EVANS
Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.137
Washington, D.C. 20530
Phone: (800) 253-3931
Fax: (202) 307-3961
rachel.evans@usdoj.gov