# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
|---|---|

## NGP PLAINTIFFS' CONSENT MOTION TO EXTEND DEADLINE FOR DEPOSITION ERRATA

The New Georgia Project Plaintiffs move for a one-week extension of the Rule 30(e) deadline to serve a transcript errata sheet for the Rule 30(b)(6) deposition of Rise, Inc. Rise's deponent, Mary-Pat Hector, has been unable to sign the errata sheet because she has been travelling internationally. If the one-week extension is granted, the errata sheet will be due on April 10. Counsel for the deposing parties consents to this motion.

Respectfully submitted this 3rd day of April, 2023,

| | |
|---|---|
| Halsey G. Knapp, Jr. | */s/ Uzoma N. Nkwonta* |
| Georgia Bar No. 425320 | Uzoma N. Nkwonta* |
| Joyce Gist Lewis | Jacob D. Shelly* |
| Georgia Bar No. 296261 | Spencer Klein* |
| Adam M. Sparks | Tina Meng Morrison* |
| Georgia Bar No. 341578 | Melinda K. Johnson* |
| KREVOLIN & HORST, LLC | Marcos Mocine-McQueen* |
| 1201 W. Peachtree St., NW | Raisa M. Cramer* |
| One Atlantic Center, Suite 3250 | Samuel T. Ward-Packard* |
| Atlanta, GA 30309 | ELIAS LAW GROUP LLP |
| Telephone: (404) 888-9700 | 250 Massachusetts Ave NW, Suite 400 |
| hknapp@khlawfirm.com | Washington, D.C. 20001 |

jlewis@khlwafirm.com
sparks@khlawfirm.com

Telephone: (202) 968-4490
unkwonta@elias.law
jshelly@elias.law
sklein@elias.law
tmengmorrison@elias.law
mjohnson@elias.law
mmcqueen@elias.law
rcramer@elias.law
swardpackard@elias.law

*Admitted pro hac vice*

*Counsel for the New Georgia Project Plaintiffs*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using font type of Times New Roman and a point size of 14.

Dated: April 3, 2023                                            /s/ *Uzoma N. Nkwonta*
                                                                                 *Counsel for NGP Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2023, I electronically filed this document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Dated: April 3, 2023                                    */s/ Uzoma N. Nkwonta*
                                                        *Counsel for NGP Plaintiffs*