# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.:<br>1:21-MI-55555-JPB |

## [PROPOSED] ORDER

**AND NOW** this _____ day of April, 2023, upon consideration of the Consent Motion to Extend Deadline for Deposition Errata, it is hereby **ORDERED** that the Motion is **GRANTED**. The transcript errata for the deposition of Rise, Inc. shall be served by April 10, 2023.

_____

Hon. J.P. Boulee