# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| ASIAN AMERICANS ADVANCING JUSTICE—ATLANTA, et al., <br><br>Plaintiffs, <br><br>v. <br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, et al., <br><br>Defendants, <br><br>REPUBLICAN NATIONAL COMMITTEE, et al., <br><br>Intervenor-Defendants. | Civil Action No.: 1:21-CV-01333-JPB |

## PLAINTIFFS' RULE 5.4 CERTIFICATION OF SERVICE

Pursuant to Local Rules 5.4 and 26.3(A), I hereby certify that, on April 7, 2023, I caused Plaintiffs' Notice of Deposition of the Office of the Secretary of State of Georgia Under Federal Rule of Civil Procedure 30(b)(6) to be served by email upon counsel of record for all parties:

Respectfully submitted this 7th day of April, 2023.

2120684

| | |
|---|---|
| */s/Meredyth L. Yoon*<br>MEREDYTH L. YOON<br>(Georgia Bar No. 204566)<br>LAURA MURCHIE*<br>**ASIAN AMERICANS ADVANCING JUSTICE-ATLANTA**<br>5680 Oakbrook Parkway, Suite 148<br>Norcross, Georgia 30093<br>404 585 8446 (Telephone)<br>404 890 5690 (Facsimile)<br>*myoon@advancingjustice-atlanta.org*<br>*lmurchie@advancingjustice-atlanta.org* | */s/Niyati Shah*<br>NIYATI SHAH*<br>TERRY AO MINNIS*º<br>**ASIAN AMERICANS ADVANCING JUSTICE-AAJC**<br>1620 L Street, NW, Suite 1050<br>Washington, DC 20036<br>202 815 1098 (Telephone)<br>202 296 2318 (Facsimile)<br>*nshah@advancingjustice-aajc.org*<br>*tminnis@advancingjustice-aajc.org* |
| */s/Eileen Ma*<br>EILEEN MA*<br>KIMBERLY LEUNG*<br>**ASIAN AMERICANS ADVANCING JUSTICE-ASIAN LAW CAUCUS**<br>55 Columbus Avenue<br>San Francisco, CA 94111<br>415 896 1701 (Telephone)<br>415 896 1702 (Facsimile)<br>*eileenm@advancingjustice-alc.org*<br>*kimberlyl@advancingjustice-alc.org* | */s/R. Adam Lauridsen*<br>LEO L. LAM*<br>R. ADAM LAURIDSEN*<br>CONNIE P. SUNG*<br>CANDICE MAI KHANH NGUYEN*<br>LUIS G. HOYOS*<br>RYLEE KERCHER OLM*<br>EMILY A. HASSELBERG*<br>ZAINAB R. RAMAHI<br>EMILY L. WANG*<br>NIHARIKA S. SACHDEVA<br>**KEKER, VAN NEST AND PETERS LLP**<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>415 391 5400 (Telephone)<br>415 397 7188 (Facsimile)<br>*llam@keker.com*<br>*alauridsen@keker.com*<br>*csung@keker.com*<br>*cnguyen@keker.com*<br>*lhoyos@keker.com*<br>*rolm@keker.com*<br>*ehasselberg@keker.com*<br>*zramahi@keker.com*<br>*ewang@keker.com*<br>*nsachdeva@keker.com*<br><br>*Attorneys for Plaintiffs Asian Americans Advancing Justice–Atlanta, Steven J. Paik, Deepum Patel, Nora Aquino, Angelina Thuy Uddullah, and AnjaliEnjeti-Sydow*<br>*\*Admitted pro hac vice*<br>*º Not admitted in D.C.* |

2120684

## CERTIFICATE OF COMPLIANCE AND SERVICE

I hereby certify that on April 7, 2023, a true and correct copy of the foregoing **Plaintiffs' Rule 5.4 Certification of Service**, which has been prepared using 14-point Times New Roman Font, was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

                                          */s/ R. Adam Lauridsen*
                                          R. ADAM LAURIDSEN
                                          Attorney for Plaintiffs

2120684