IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No. 1:21-MI-55555-JPB |

**CERTIFICATE OF SERVICE FOR STATE DEFENDANTS' NOTICES OF RULE 30 DEPOSITIONS**

Pursuant to Local Rule 5.4, I hereby certify that on April 4, 2023, the State Defendants served the following Rule 30 Notices of Deposition by electronic mail on counsel for all parties in this action:

James C. Cobb, Ph.D.

Kevin Kennedy

Stephen Pettigrew, Ph.D.

Allan Lichtman, Ph.D.

Barry Burden, Ph.D.

Daniel Chatman, Ph.D.

Pursuant to Local Rule 5.4, I hereby certify that on April 4, 2023, the State Defendants served the following Rule 30 Amended Notices of Deposition by electronic mail on counsel for all parties in this action:

Lisa Schur, Ph.D.

Lorraine Minnite, Ph.D.

Orville Mark Meredith, Ph.D.

Maxwell Palmer, Ph.D.

Taeku Lee, Ph.D.

Andrés Tijerina, Ph.D.

Bernard Fraga, Ph.D.

Bridgett King, Ph.D.

Christopher Clark, Ph.D.

Pursuant to Local Rule 5.4, I hereby certify that on April 6, 2023, the State Defendants served the following Rule 30 Amended Notice of Deposition by electronic mail on counsel for all parties in this action:

Jonathan Rodden, Ph.D.

| | |
|---|---|
| April 10, 2023 | Respectfully submitted, |
| | Christopher M. Carr<br>Attorney General<br>Georgia Bar No. 112505<br>Bryan K. Webb<br>Deputy Attorney General<br>Georgia Bar No. 743580<br>Russell D. Willard<br>Senior Assistant Attorney General<br>Georgia Bar No. 760280<br>Elizabeth Vaughan<br>Assistant Attorney General<br>Georgia Bar No. 762715<br>**State Law Department**<br>40 Capitol Square, S.W.<br>Atlanta, Georgia 30334 |

*/s/ Gene C. Schaerr*
Gene C. Schaerr*
Special Assistant Attorney General
Erik Jaffe*
H. Christopher Bartolomucci*
Donald M. Falk*
Brian J. Field*
Cristina Martinez Squiers*
Nicholas P. Miller*
Edward H. Trent*
Joshua J. Prince*
Annika B. Barkdull*
**SCHAERR | JAFFE LLP**
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com

*Admitted pro hac vice*

Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
**Taylor English Duma LLP**
1600 Parkwood Circle
Suite 200
Atlanta, Georgia 30339
(678) 336-7249

*Counsel for State Defendants*