# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No. 1:21-MI-55555-JPB |

## CERTIFICATE OF SERVICE FOR STATE DEFENDANTS' DEPOSITION SUBPOENA

Pursuant to Local Rule 5.4, I hereby certify that on April 10, 2023, the State Defendants served a Deposition Subpoena for Sebastian Mason by electronic mail on counsel for all parties in this action.

April 11, 2023                    Respectfully submitted,

                                           Christopher M. Carr
                                           Attorney General
                                           Georgia Bar No. 112505
                                           Bryan K. Webb
                                           Deputy Attorney General
                                           Georgia Bar No. 743580
                                           Russell D. Willard
                                           Senior Assistant Attorney General
                                           Georgia Bar No. 760280
                                           Elizabeth Vaughan
                                           Assistant Attorney General
                                           Georgia Bar No. 762715
                                           **State Law Department**
                                           40 Capitol Square, S.W.
                                           Atlanta, Georgia 30334

*/s/ Gene C. Schaerr*
Gene C. Schaerr*
Special Assistant Attorney General
Erik Jaffe*
H. Christopher Bartolomucci*
Donald M. Falk*
Brian J. Field*
Cristina Martinez Squiers*
Nicholas P. Miller*
Edward H. Trent*
Joshua J. Prince*
Annika B. Barkdull*
**SCHAERR | JAFFE LLP**
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com

*Admitted pro hac vice*

Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
**Taylor English Duma LLP**
1600 Parkwood Circle
Suite 200
Atlanta, Georgia 30339
(678) 336-7249

*Counsel for State Defendants*