# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.<br><br>1:21-MI-55555-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, a Georgia nonprofit organization, et al.<br><br>    Plaintiffs,<br><br>VS.<br><br>BRIAN KEMP, Governor of the State of Georgia in his official capacity, et al.,<br><br>    Defendants. | Case No.<br><br>1:21-cv-01284-JPB |

## CERTIFICATE OF SERVICE

## PLAINTIFF LATINO COMMUNITY FUND GEORGIA SUPPLEMENTAL PRODUCTION OF DOCUMENTS

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2023 I caused the following to be served by electronic mail on counsel for the Defendants and Intervenor Defendants:

1.  Supplemental Production of Documents of Plaintiff Latino Community Fund Georgia (LCFG_000625 – LCFG_000628) and supplemental privilege log.

/s/ *Adam S. Sieff*
Adam S. Sieff (pro hac vice)
*adamsieff@dwt.com*
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899