TO: ALL JUDGES, CLERKS OF COURT, AND COUNSEL OF RECORD

FROM: A. ALI SABZEVARI

RE: NOTICE OF LEAVE OF ABSENCE

**NOTICE OF LEAVE OF ABSENCE/PETITION FOR LEAVE OF ABSENCE**

A. ALI SABZEVARI respectfully notifies all judges before whom he has cases pending, all affected clerks of court, and all opposing counsel/parties, that he will be on leave pursuant to Georgia Uniform Court Rule 16.1 and/or NDGA LR 83.1.

The periods of leave during which time A. ALI SABZEVARI will be away from the practice of law is as follows:

- July 3, 2023 through July 7, 2023 for personal travel.

- August 23, 2023 through August 30 2023 for personal travel.

- September 21, 2023 through September 25, 2023 for personal travel.

- October 12, 2023 and October 13, 2023 for law firm retreat/personal travel.

- October 3, 2023 through October 6, 2023 for personal travel.

- October 24, 2023 through October 27, 2023 for personal travel.

- November 7, 2023 through November 10, 2023 for personal travel.

Pursuant to all applicable rules of court, all affected judges and opposing counsel shall have ten days from the date of this Notice to object to it. If no objections are filed, the leave shall be granted.

This 13th day of April, 2023.

/s/ *A. Ali Sabzevari*
A. Ali Sabzevari
Georgia Bar No. 941527
asabzevari@fmglaw.com

FREEMAN MATHIS & GARY, LLP
661 Forest Parkway, Suite E
Forest Park, Georgia 30297
(470) 322-1802 (telephone)
(404) 361-3223 (facsimile)

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served the foregoing Notice of Leave of Absence upon all judges, clerks, and opposing counsel/parties by serving via authorized e-filing and/or United States Mail.

This 13th day of April, 2022.

*/s/ A. Ali Sabzevari*
A. Ali Sabzevari
Georgia Bar No. 941527
asabzevari@fmglaw.com

FREEMAN MATHIS & GARY, LLP
661 Forest Parkway, Suite E
Forest Park, Georgia 30297
(470) 322-1802 (telephone)
(404) 361-3223 (facsimile)