# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
|---|---|

## AME PLAINTIFFS' THIRD SUPPLEMENTAL INTIAL DISCLOSURES <u>CERTIFICATE OF SERVICE</u>

Pursuant to Fed. R. Civ. P. 26(e) and Local Rule 26.1, I hereby certify that on April 12, 2023, I served AME Plaintiffs' Federal Rule of Civil Procedure 26(e) Third Supplemental Initial Disclosures by electronic mail on counsel for the defendants and intervenor defendants.

This 13th day of April, 2023.

<u>/s/ John S. Cusick</u>
John S. Cusick (admitted *pro hac vice*)
*jcusick@naacpldf.org*
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, New York 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592

*Attorney for Plaintiffs Sixth District of the African Methodist Episcopal Church, Delta Sigma Theta Sorority, Georgia ADAPT, Georgia Advocacy Office, and Southern Christian Leadership Conference*

1

## CERTIFICATE OF SERVICE AND
## COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that on April 13, 2023, I electronically filed the foregoing AME PLAINTIFFS' THIRD SUPPLEMENTAL INTIAL DISCLOSURES CERTIFICATE OF SERVICE, which has been prepared using 14-point Times New Roman font, with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 13th day of April, 2023.

> /s/ John S. Cusick
> John S. Cusick (admitted *pro hac vice*)