IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| GEORGIA STATE CONFERENCE OF THE NAACP, ET AL. <br><br> v. <br><br> BRAD RAFFENSPERGER, ET AL. | Civil Action No. 1:21-cv-1259-JPB |

**CERTIFICATE OF SERVICE FOR
PLAINTIFFS' SECOND AMENDED INITIAL DISCLOSURES**

I hereby certify that pursuant to L.R. 5.4(A), the Georgia NAACP Plaintiffs[1] served their Second Amended Initial Disclosures by electronic mail on all counsel of record on April 14, 2023. I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using

---

[1] The Georgia NAACP Plaintiffs are the plaintiffs in *Georgia State Conference of the NAACP et al. v. Raffensperger et al.*, No. 1:21-cv-01259 (N.D. Ga.), i.e., Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, Inc., League of Women Voters of Georgia, Inc., GALEO Latino Community Development Fund, Inc., Common Cause, and Lower Muskogee Creek Tribe.

1

font type of Times New Roman and a point size of 14.

Dated: April 14, 2023

> By: */s/ Julie M. Houk*
> Julie M. Houk (admitted pro hac vice)
> Lawyers' Committee for Civil Rights Under Law
> 1500 K Street NW, Suite 900
> Washington, DC 20005
> Telephone: (202) 662-
>
> *Counsel for Plaintiffs Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, Inc., League of Women Voters of Georgia, Inc., GALEO Latino Community Development Fund, Inc., Common Cause, and Lower Muskogee Creek Tribe*