### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |

### RULE 5.4 CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, counsel for State Defendants hereby certify that on April 24, 2023, a true and correct copy of the following was served via electronic mail on counsel for all parties in this action:

1. State Defendants' Notice to take the Deposition of Erédrina Brumley;
2. State Defendants' Notice to take the Deposition of Keith Hollingsworth;
3. State Defendants' Notice to take the Deposition of Loraine Rose;
4. State Defendants' Notice to take the Deposition of Monica Poole;
5. State Defendants' Notice to take the Deposition of Jessica Owens;
6. State Defendants' Notice to take the Deposition of Len Lichtenfeld;
7. State Defendants' Notice to take the Deposition of Sheree Giardino;
8. State Defendants' Notice to take the Deposition of Sandra Reed;
9. State Defendants' Notice to take the Deposition of Phil Weltner;
10. State Defendants' Notice to take the Deposition of Sally Weltner; and

11. State Defendants' Notice to take the Deposition of Terri Thrower

Respectfully submitted this 24th day of April, 2023.

           Christopher M. Carr
           Attorney General
           Georgia Bar No. 112505
           Bryan K. Webb
           Deputy Attorney General
           Georgia Bar No. 743580
           Russell D. Willard
           Senior Assistant Attorney General
           Georgia Bar No. 760280
           Elizabeth Vaughan
           Assistant Attorney General
           Georgia Bar No. 762715
           **STATE LAW DEPARTMENT**
           40 Capitol Square, S.W.
           Atlanta, Georgia 30334

           Gene C. Schaerr*
           Special Assistant Attorney General
           Erik Jaffe*
           H. Christopher Bartolomucci*
           Brian J. Field*
           Nicholas P. Miller*
           Joshua J. Prince*
           Annika B. Barkdull*
           **SCHAERR | JAFFE LLP**
           1717 K Street NW, Suite 900
           Washington, DC 20006
           (202) 787-1060
           gschaerr@schaerr-jaffe.com
           *Admitted pro hac vice*

/s/*Bryan P. Tyson*
Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Donald P. Boyle, Jr.
Georgia Bar No. 073519
dboyle@taylorenglish.com
Deborah A. Ausburn
Georgia Bar No. 028610
dausburn@taylorenglish.com
Daniel H. Weigel
Georgia Bar No. 956419
dweigel@taylorenglish.com
Tobias C. Tatum, Sr.
Georgia Bar No. 307104
ttatum@taylorenglish.com
**TAYLOR ENGLISH DUMA LLP**
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: (678) 336-7249

*Attorneys for State Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing RULE 5.4 CERTIFICATE OF SERVICE has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Bryan P. Tyson*
Bryan P. Tyson

*Attorney for State Defendants*
