**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.*, <br><br> *Defendants*, <br><br> REPUBLICAN NATIONAL COMMITTEE, *et al.*, <br><br> *Intervenor-Defendants.* | Civil Action No.: 1:21-cv-01284-JPB |
| GEORGIA STATE CONFERENCE OF THE NAACP, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his officialcapacity as the Secretary of State for theState of Georgia, *et al.*, <br><br> *Defendants*, <br><br> REPUBLICAN NATIONAL COMMITTEE, *et al.*, <br><br> *Intervenor-Defendants.* | Civil Action No.: 1:21-cv-01259-JPB |

**AME & GEORGIA NAACP PLAINTIFFS' RENEWED MOTION FOR A
PRELIMINARY INJUNCTION**

1

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiffs in the above-captioned cases respectfully renew their motion for an Order enjoining Defendants in the above-captioned cases from enforcing—during the 2024 elections and until any final relief in the case is granted—the provisions of O.C.G.A. § 21-2-414(a) that impose criminal penalties on those who "give, offer to give, or participate in the giving" of items including food and drink, to an elector "[w]ithin 25 feet of any voter standing in line to vote at any polling place" (the "Supplemental Zone"). Plaintiffs maintain the portion of their First Amendment claim as to the zone within 150 feet from the outer edge of any polling place building, but they do not seek relief against that portion of the statute for purposes of this Motion and seek preliminary relief as to the Supplemental Zone only.

For the reasons set forth in detail in Plaintiffs' accompanying Brief in Support of Plaintiffs' Renewed Motion for Preliminary Injunction and accompanying evidentiary support—and incorporating by reference their factual evidence and briefing from their initial preliminary injunction motion, *see* ECF Nos. 171, 171-1–27, 216, 216-1–5—Plaintiffs have established that they are highly likely to succeed on the merits of their claim that this criminal ban within 25 feet of any voter no matter the distance from the polling place entrance violates the First Amendment. It does so by restricting their ability to engage in core expressive

conduct without justification. Enforcing this law during the 2024 elections and until any final relief is ordered in this action would irreparably harm Plaintiffs and other similar organizations across the State; the balance of equities weighs in Plaintiffs' favor; and a preliminary injunction is in the public interest.

Plaintiffs do not request a hearing on this motion.

Respectfully submitted, this 24th day of April, 2023.

| | |
|---|---|
| /s/ *Pichaya Poy Winichakul* | /s/ *Sophia Lin Lakin* |
| Bradley E. Heard (Ga. Bar No. 342209) | Sophia Lin Lakin (pro hac vice) |
| *bradley.heard@splcenter.org* | *slakin@aclu.org* |
| Pichaya Poy Winichakul (Ga. Bar 246858) | Davin M. Rosborough (pro hac vice) |
| *poy.winichakul@splcenter.org* | *drosborough@aclu.org* |
| Nancy G. Abudu (Ga. Bar No. 001471) | Jonathan Topaz (pro hac vice) |
| *nancy.abudu@splcenter.org* | *jtopaz@aclu.org* |
| Matletha N. Bennette (pro hac vice) | Dayton Campbell-Harris (pro hac vice) |
| *matletha.bennette@splcenter.org* | *dcampbell-harris@aclu.org* |
| SOUTHERN POVERTY LAW CENTER | ACLU FOUNDATION |
| 150 E. Ponce de Leon Ave., Suite 340 | 125 Broad Street, 18th Floor |
| Decatur, Georgia 30030 | New York, New York 10004 |
| Telephone: (404) 521-6700 | Telephone: (212) 519-7836 |
| Facsimile: (404) 221-5857 | Facsimile: (212) 549-2539 |
| | |
| Jess Unger (pro hac vice) | Susan P. Mizner (pro hac vice) |
| *jess.unger@splcenter.org* | *smizner@aclu.org* |
| Sabrina S. Khan (pro hac vice) | ACLU FOUNDATION, INC. |
| *sabrina.khan@splcenter.org* | 39 Drumm Street |
| SOUTHERN POVERTY LAW CENTER | San Francisco, CA 94111 |
| 1101 17th Street NW, Suite 705 | Telephone: (415) 343-0781 |
| Washington, DC 20036 | |
| | Brian Dimmick (pro hac vice) |
| | *bdimmick@aclu.org* |
| | ACLU FOUNDATION, INC. |

Telephone: (202) 728-9557
/s/ *Adam S. Sieff*
Adam S. Sieff (pro hac vice)
*adamsieff@dwt.com*
Daniel Leigh (pro hac vice)
*danielleigh@dwt.com*
Brittni A. Hamilton (pro hac vice)
*brittnihamilton@dwt.com*
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899

Matthew R. Jedreski (pro hac vice)
*mjedreski@dwt.com*
Grace Thompson (pro hac vice)
*gracethompson@dwt.com*
Danielle E. Kim (pro hac vice)
*daniellekim@dwt.com*
Kate Kennedy (pro hac vice)
*katekennedy@dwt.com*
Shontee Pant (pro hac vice)
*shonteepant@dwt.com*
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

David M. Gossett (pro hac vice)
*davidgossett@dwt.com*
Courtney T. DeThomas (pro hac vice)
*courtneydethomas@dwt.com*
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500
Washington, D.C.  20005-7048
Telephone: (202) 973-4288

915 15th Street NW
Washington, D.C. 20005
Telephone: (202) 731-2395

Rahul Garabadu (Bar 553777)
*rgarabadu@acluga.org*
Caitlin May (Ga. Bar No. 602081)
*cmay@acluga.org*
Cory Isaacson (Ga. Bar No. 983797)
*cisaacson@acluga.org*
ACLU FOUNDATION OF GEORGIA, INC.
P.O. Box 77208
Atlanta, Georgia 30357
Telephone: (678) 981-5295
Facsimile: (770) 303-0060

/s/ *Leah C. Aden*
Leah C. Aden (pro hac vice)
*laden@naacpldf.org*
John S. Cusick (pro hac vice)
*jcusick@naacpldf.org*
Alaizah Koorji*
*akoorji@naacpldf.org* (pro hac vice)
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, New York 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592

Anuja Thatte (pro hac vice)
*athatte@naacpldf.org*
NAACP LEGAL DEFENSE AND
EDUCATION FUND, INC.
700 14th Street, NW
Washington, DC 20005
Telephone: (202) 682-1300
/s/ *Debo P. Adegbile*

4

Facsimile: (202) 973-4499

*Attorneys for Plaintiffs Georgia Muslim Voter Project, Women Watch Afrika, Latino Community Fund Georgia, and The Arc of the United States*

/s/ Bryan L. Sells
Bryan L. Sells
Georgia Bar No. 635562
The Law Office of Bryan Sells, LLC
PO Box 5493
Atlanta, Georgia 31107
Tel: (404) 480-4212
Email: bryan@bryansellslaw.com

Jon Greenbaum (pro hac vice)
*jgreenbaum@lawyerscommittee.org*
Ezra D. Rosenberg (pro hac vice)
*erosenberg@lawyerscommittee.org*
Julie M. Houk (pro hac vice)
*jhouk@lawyerscommittee.org*
Jennifer Nwachukwu (pro hac vice)
*jnwachukwu@lawyerscommittee.org*
Heather Szilagyi (pro hac vice)
*hszilagyi@lawyerscommittee.org*
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857

Vilia Hayes (pro hac vice)
Neil Oxford (pro hac vice)
Gregory Farrell (pro hac vice)
Hughes Hubbard & Reed LLP

Debo P. Adegbile (pro hac vice)
*debo.adegbile@wilmerhale.com*
Alexandra Hiatt (pro hac vice)
*alexandra.hiatt@wilmerhale.com*
WILMER CUTLER PICKERING
  HALE AND DORR LLP
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

George P. Varghese (pro hac vice)
*george.varghese@wilmerhale.com*
Stephanie Lin (pro hac vice)
*stephanie.lin@wilmerhale.com*
Arjun Jaikumar (pro hac vice)
*arjun.jaikumar@wilmerhale.com*
Sofia Brooks (pro hac vice)
*sophie.brooks@wilmerhale.com*
Mikayla Foster (pro hac vice)
*mikayla.foster@wilmerhale.com*
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Tania Faransso (pro hac vice)
*tania.faransso@wilmerhale.com*
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Nana Wilberforce (pro hac vice)

One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Laurence F. Pulgram (pro hac vice)
*lpulgram@fenwick.com*
Molly Melcher (pro hac vice)
*mmelcher@fenwick.com*
Armen Nercessian (pro hac vice)
*Anercessian@fenwick.com*
Ethan Thomas (pro hac vice)
*EThomas@fenwick.com*
FENWICK & WEST LLP
555 California Street
San Francisco, CA 94104
Telephone: 415.875.2300

Joseph S. Belichick (pro hac vice)
jbelichick@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041-2008
Telephone: 650-988-8500

Catherine McCord (pro hac vice)
cmccord@fenwick.com
FENWICK & WEST LLP
902 Broadway, Suite 14
New York, NY 10010
Telephone: (212) 430-2690

*Attorneys for Plaintiffs Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, Inc., League of Women Voters of Georgia, Inc., GALEO Latino Community*

*nana.wilberforce@wilmerhale.com*
WILMER CUTLER PICKERING
 HALE  AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

*Attorneys for Plaintiffs
Sixth District of the African Methodist Episcopal Church, Delta Sigma Theta Sorority, Georgia ADAPT, and Georgia Advocacy Office*

*Development Fund, Inc., Common Cause, and Lower Muskogee Creek Tribe*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using font type of Times New Roman and a point size of 14.

Dated: April 24, 2023          /s/ *Davin M. Rosborough*
                               Davin M. Rosborough
                               *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2023, I electronically filed this document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Dated: April 24, 2023          /s/ *Davin M. Rosborough*
                               Davin M. Rosborough
                               *Counsel for Plaintiffs*