**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.*,<br><br>*Defendants*,<br><br>REPUBLICAN NATIONAL COMMITTEE, *et al.*,<br><br>*Intervenor-Defendants.* | Civil Action No.: 1:21-cv-01284-JPB |
| GEORGIA STATE CONFERENCE OF THE NAACP, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his officialcapacity as the Secretary of State for theState of Georgia, *et al.*,<br><br>*Defendants*,<br><br>REPUBLICAN NATIONAL COMMITTEE, *et al.*,<br><br>*Intervenor-Defendants.* | Civil Action No.: 1:21-cv-01259-JPB |

**DECLARATION OF DAVIN M. ROSBOROUGH
IN SUPPORT OF AME & GEORGIA NAACP PLAINTIFFS'
REWNEWED MOTION FOR A PRELIMINARY INJUNCTION**

1

I, Davin M. Rosborough, hereby declare as follows:

1. All facts set forth herein are based on my personal knowledge, and if called upon to testify as to the contents of this Declaration, I could and would do so.

2. I am an attorney with the ACLU Foundation and serve as counsel for Plaintiffs Sixth District of the African Methodist Episcopal Church, Delta Sigma Theta Sorority, Georgia ADAPT, and Georgia Advocacy Office in the above-captioned matter.

3. Attached hereto as **Exhibit A** is a true and correct copy of excerpts of the March 7, 2023 deposition transcript of C. Ryan Germany.

4. Attached hereto as **Exhibit B** is a true and correct copy of excerpts the March 14, 2023 deposition transcript of T. Matthew Mashburn.

5. Attached hereto as **Exhibit C** is a true and correct copy of excerpts of the October 6, 2022 deposition transcript of Lynn Bailey.

6. Attached hereto as **Exhibit D** is a true and correct copy of excerpts of the September 23, 2022 deposition transcript of the Athens-Clarke Board of Elections & Voter Registration.

7. Attached hereto as **Exhibit E** is a true and correct copy of excerpts of the May 5, 2022 deposition transcript of Milton D. Kidd.

8. Attached hereto as **Exhibit F** is a true and correct copy of excerpts of the November 29, 2022 deposition transcript of the Cobb County Board of Elections and Voter Registration.

9. Attached hereto as **Exhibit G** is a true and correct copy of excerpts of the March 7, 2023 deposition transcript of the Georgia State Election Board.

10. Attached hereto as **Exhibit H** is a true and correct copy of is a true and correct copy of the declaration of Reginald R. Jackson dated April 17, 2023.

11. Attached hereto as **Exhibit I** is a true and correct copy of is a true and correct copy of the declaration of Rhonda Briggins dated April 17, 2023.

12. Attached hereto as **Exhibit J** is a true and correct copy of is a true and correct copy of the declaration of Shafina Khabani dated April 13, 2023.

13. Attached hereto as **Exhibit K** is a true and correct copy of is a true and correct copy of the declaration of Glory Kilanko dated April 19, 2023.

14. Attached hereto as **Exhibit L** is a true and correct copy of is a true and correct copy of the declaration of Shannon Mattox dated April 13, 2023.

15. Attached hereto as **Exhibit M** is a true and correct copy of excerpts of the February 23, 2023 deposition transcript of Joseph Blake Evans.

16. Attached hereto as **Exhibit N** is a true and correct copy of excerpts of the January 12, 2023 deposition transcript of the Gwinnett County Board of Registration & Elections.

17. Attached hereto as **Exhibit O** is a true and correct copy of excerpts of the April 5, 2023 deposition transcript of the Fulton County Board of Registration and Elections.

18. Attached hereto as **Exhibit P** is a true and correct copy of the Expert Report and declaration of Dr. Stephen Pettigrew dated January 13, 2023.

19. Attached hereto as **Exhibit Q** is a true and correct copy of excerpts of the March 9, 2023 deposition transcript of the Hall County Board of Elections and Registration.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 24, 2023

/s/ *Davin M. Rosborough*
Davin M. Rosborough

*Counsel for Plaintiffs*