```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
                      ATLanta DIVISION

 _____
|                                   |
| IN RE:                            |
| GEORGIA SENATE BILL 202           |   Master Case No.
|                                   |
|                                   |   1:21-MI-55555-JPB
|_____|


         REMOTE/IN-PERSON VIDEOTAPED DEPOSITION

                           OF

                   T. MATTHEW MASHBURN


                      March 14, 2023

                        10:13 a.m.


                    1600 Parkwood Circle
                        Suite 200
                   Atlanta, Georgia 30339

          Penny McPherson Walker, CCR-B-914, RPR
```



| | | |
|---|---|---|
| 1 | assisting another person with an absentee ballot, | 12:18:13 |
| 2 | prior to SB 202, that was legal at the time but it | 12:18:17 |
| 3 | would now be illegal under SB 202? | 12:18:21 |
| 4 |     A.    None that -- none specifically -- no | 12:18:28 |
| 5 | specific instances that come to mind.  Huh-uh.  No. | 12:18:32 |
| 6 |          THE WITNESS:  Sorry, Court Reporter.  I | 12:18:37 |
| 7 | said huh-uh.  I'm sorry. | 12:18:38 |
| 8 |     Q.    (By Mr. Jedreski) And the last provision | 12:18:39 |
| 9 | that I want to go through like this relates to line | 12:18:40 |
| 10 | relief, and I say that because I know you've already | 12:18:44 |
| 11 | given quite a bit of testimony on line relief. | 12:18:48 |
| 12 |     A.    Right. | 12:18:50 |
| 13 |     Q.    But kind of for the record could you just | 12:18:50 |
| 14 | summarize what changes SB 202 made with respect to | 12:18:53 |
| 15 | provision of food and water or relating to | 12:18:57 |
| 16 | interaction with voters in line? | 12:18:59 |
| 17 |     A.    Right.  The -- what SB 202 does, in my | 12:19:01 |
| 18 | mind, is it creates a bright line so that everybody | 12:19:07 |
| 19 | knows what's allowed and what's prohibited, whereas | 12:19:10 |
| 20 | I, I personally, previously thought it was very | 12:19:15 |
| 21 | clear:  There's no interaction between anybody and | 12:19:18 |
| 22 | the voters within a hundred and fifty feet. | 12:19:22 |
| 23 |          But as I talked to people about it, I was | 12:19:27 |
| 24 | informed that it was not clear.  And so in my mind | 12:19:29 |
| 25 | what SB 202 does is say:  Okay, now we're going to | 12:19:33 |



| | | |
|---|---|---|
| 1 | have a clear line.  And then people raised a couple | 12:19:37 |
| 2 | of issues.  They said:  "Okay, well, what about | 12:19:40 |
| 3 | water?  Certainly you can distribute water."  And | 12:19:43 |
| 4 | then the counties were like:  "Wait a minute.  We | 12:19:46 |
| 5 | don't have the people.  We're barely -- we're barely | 12:19:48 |
| 6 | making it as it is." | 12:19:51 |
| 7 | So they reached a compromise of, okay, | 12:19:52 |
| 8 | we'll have an unattended receptacle for water to | 12:19:56 |
| 9 | address the concerns about water, and my experience | 12:20:01 |
| 10 | is that most places that are precincts -- not all of | 12:20:03 |
| 11 | them but most of them -- have water fountains on the | 12:20:06 |
| 12 | inside, and people just go.  But, you know, that was | 12:20:10 |
| 13 | kind of a compromise to address every -- you know, | 12:20:14 |
| 14 | people's concerns: "Well, what about water?" | 12:20:16 |
| 15 | But just, in my experience, it had just | 12:20:18 |
| 16 | gotten to where incursions into the hundred and fifty | 12:20:20 |
| 17 | foot had gone from being very, very rare to just, you | 12:20:27 |
| 18 | know, an organized, you know, very organized effort, | 12:20:31 |
| 19 | and the poll managers were getting confused as to -- | 12:20:38 |
| 20 | (Telephone conversation from Zoom heard in | 12:20:38 |
| 21 | the background.) | 12:20:38 |
| 22 | THE WITNESS:  And so it was getting | 12:20:59 |
| 23 | very -- the poll managers were getting inundated | 12:21:00 |
| 24 | with questions:  "Well, is this okay, or is that | 12:21:03 |
| 25 | okay, or is this okay or that okay?" | 12:21:04 |



| | | |
|---|---|---|
| 1 | And so, in my mind, SB 202 just creates a | 12:21:05 |
| 2 | clean, bright line that says, okay, you can do | 12:21:08 |
| 3 | this; you can't do this.  Although there are -- | 12:21:11 |
| 4 | you know, I'm sure there are constitutional | 12:21:14 |
| 5 | questions that constitutional scholars can | 12:21:16 |
| 6 | debate. | 12:21:20 |
| 7 | Q. (By Mr. Jedreski) Sure.  So you mentioned | 12:21:20 |
| 8 | a moment ago that there -- to address the situation | 12:21:22 |
| 9 | of water, someone needing water, that the response is | 12:21:24 |
| 10 | that there's water available within the poll -- most | 12:21:27 |
| 11 | polling stations; is that right? | 12:21:32 |
| 12 | A. No.  The statute actually specifically | 12:21:32 |
| 13 | says water can be distributed in an unattended | 12:21:36 |
| 14 | receptacle.  So water is specifically allowed in the | 12:21:41 |
| 15 | statute. | 12:21:43 |
| 16 | Q. In like a bin or something; you know, I | 12:21:44 |
| 17 | imagine like a big Tupperware water bottle or some | 12:21:45 |
| 18 | big cooler with cups.  Is that what you mean by -- | 12:21:45 |
| 19 | when you think of unattended receptacle, is that what | 12:21:49 |
| 20 | you're thinking of? | 12:21:52 |
| 21 | A. I'm thinking of that they could put cases | 12:21:53 |
| 22 | of water out if they wanted to or they could have a | 12:21:56 |
| 23 | (connection lagging) Crystal Springs type, you know, | 12:21:56 |
| 24 | thing that they might have in the building | 12:21:56 |
| 25 | (inaudible). | 12:22:20 |



1                      C E R T I F I C A T E

3    STATE OF GEORGIA:
4    COUNTY OF FULTON:

6              I hereby certify that the foregoing
7         transcript was taken down, as stated in the
8         caption, and the questions and answers thereto
9         were reduced to typewriting under my direction;
10        that the foregoing pages 1 through 205 represent
11        a true, complete, and correct transcript of the
12        evidence given upon said hearing, and I further
13        certify that I am not of kin or counsel to the
14        parties in the case; am not in the regular
15        employ of counsel for any of said parties; nor
16        am I in anywise interested in the result of said
17        case.
18             This, the 16th day of March 2023.

19                      *Penny Walker*

21                      PENNY MCPHERSON WALKER, CCR-B-914

