```
 1            IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
 2

 3

 4    IN RE                              )
                                         )
 5       GEORGIA SENATE BILL 202         )
                                         )
 6            Plaintiff,                 )
      vs.                                ) Civil Action No.
 7                                       ) 1:21:MI-55555-JPB
                                         )
 8            Defendants.                )
                                         )
 9    - - - - - - - - - - - - - - - - -)

10

11                      DEPOSITION OF

12                        LYNN BAILEY

13

14      Thursday, October 6, 2022, 9:28 a.m.(EST)

15

16

17

18

19

20       HELD AT:

21
             USAO-SD. Ga.
22           600 James Brown Boulevard, Suite 200
             Augusta, Georgia  30901
23
      ------------------------------------------------
24       WANDA L. ROBINSON, CRR, CCR, No. B-1973
        Certified Shorthand Reporter/Notary Public
25
```



```
 1  provision in the final version of SB 202.
 2           SB 202, or Senate Bill 202, bans
 3  distributing food and water to voters in line when
 4  the voters are within 150 feet of the outer edge of
 5  the polling place building.  Would you agree?
 6       A   I would.
 7       Q   Prior to the passage of SB 202, do you
 8  recall any volunteers handing out food or water or
 9  other refreshments to voters waiting in line in
10  Richmond County?
11       A   I recall being contacted by different
12  groups to provide that to voters, and my instruction
13  was always keep it outside 150 feet, and then do
14  what you want.
15       Q   Do you --
16       A   As long as it's legal.
17       Q   Go ahead.
18           Do you remember which organizations
19  contacted you about this?
20       A   I don't.  We're going back even to 2016,
21  you know, in some instances, and I really don't.
22  Some were church organizations.  Some were civic
23  groups.  So different organizations.  I never kept a
24  list.
25           But I do know that we had -- moving into
```



```
 1   2022, it was much more pervasive and broad-based,
 2   these requests were.  Just as requests for musicians
 3   wanting to come and play music, and things like
 4   that.  So there was a wide array of different things
 5   being offered to -- you know, at the polling place.
 6          And my board's position across the board
 7   was always that whatever those types of activities
 8   are are fine but they need to be 150 feet away.
 9          So we've always considered that as truly a
10   buffer zone for voters.
11      Q   You mentioned church organizations, I
12   think, that wanted to engage in what I'll call line
13   warming efforts.
14      A   Uh-huh.  (Affirmative.)
15      Q   To your knowledge, were these often black
16   churches?
17      A   Some were.
18      Q   Most?
19      A   I would say most.
20      Q   The civic groups that you mentioned
21   wanting to engage in these, again, line warming
22   efforts, were many of them black-led civic groups?
23      A   Most.
24      Q   The music that you mentioned before, were
25   the musicians mostly black if you saw them?
```



```
 1                       C E R T I F I C A T E
 2
 3    STATE OF GEORGIA:
 4    FULTON COUNTY:
 5
 6            I hereby certify that the foregoing
 7    transcript of LYNN BAILEY was taken down, as stated
 8    in the caption, and the questions and answers
 9    thereto were reduced by stenographic means under my
10    direction;
11            That the foregoing Pages 1 through
12    223 represent a true and correct transcript of
13    the evidence given upon said hearing;
14            And I further certify that I am not of kin
15    or counsel to the parties in this case; am not in
16    the regular employ of counsel for any of said
17    parties; nor am I in anywise interested in the
18    result of said case.
19
20            IN WITNESS WHEREOF, I have hereunto
21    subscribed my name this 12th day of October, 2022.
22
23    _____
24            Wanda L. Robinson, CRR, CCR No. B-1973
                  My Commission Expires 10/11/2023
25
```

