IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE GEORGIA SENATE BILL 202

                         MASTER CASE
                         FILE NUMBER
                         1:21-MI-55555-JPB

_____

**CERTIFIED COPY**

VIDEOCONFERENCE VIDEOTAPED

30(B)(6) DEPOSITION OF

ATHENS-CLARKE COUNTY BOARD

OF ELECTIONS & VOTER REGISTRATION

THROUGH CHARLOTTE SOSEBEE

September 23, 2022

10:05 a.m.

One Press Place

Suite 200

Athens, Georgia

Tom Brezina, CRR, RMR, CCR-B-2035

Page 151

| | | |
|---|---|---|
| 02:21:35 | 1 | Q    And how far in advance of each election |
| 02:21:37 | 2 | are the poll workers trained to conduct their |
| 02:21:41 | 3 | activities on that particular Election Day? |
| 02:21:46 | 4 | A    We try to train our poll workers about |
| 02:21:50 | 5 | two weeks in advance of an election, so we usually |
| 02:21:56 | 6 | try to not be training somebody two weeks before the |
| 02:22:00 | 7 | election.  So there's training going on probably a |
| 02:22:02 | 8 | month before the election.  Yeah, about a month. |
| 02:22:14 | 9 |          MS. HAMILTON:  I'd like to go off the |
| 02:22:15 | 10 |      record for just two minutes.  Just want to |
| 02:22:17 | 11 |      confer with -- |
| 02:22:19 | 12 |          THE VIDEOGRAPHER:  Sure.  Going off the |
| 02:22:19 | 13 |      record at 2:22. |
| 02:22:21 | 14 |          (A recess was taken.) |
| 02:27:16 | 15 |          THE VIDEOGRAPHER:  Going back on the |
| 02:27:16 | 16 |      record at 2:27. |
| 02:27:20 | 17 | BY MS. HAMILTON: |
| 02:27:21 | 18 | Q    I'd like to ask just a few more |
| 02:27:24 | 19 | specific questions about line relief and line |
| 02:27:27 | 20 | management. |
| 02:27:28 | 21 | A    Okay. |
| 02:27:29 | 22 | Q    So in your opinion is there a |
| 02:27:31 | 23 | difference in line management if an individual is |
| 02:27:36 | 24 | providing line relief outside of the 150-foot buffer |
| 02:27:41 | 25 | zone but within 25 feet of a voter? |

Page 152

```
02:27:48   1    A       No.  I wouldn't have a problem with
02:27:50   2    that.  Yeah.
02:27:53   3    Q       And your office, would there be any
02:27:56   4    different ways that they have to go about managing
02:27:59   5    that particular area?
02:28:04   6    A       No.  Just making sure that it --
02:28:06   7    they're beyond the 150 feet would be sufficient.
02:28:12   8    Q       So could that area be on the sidewalk?
02:28:14   9    A       Yes.
02:28:20   10   Q       Is there any evidence of, you know,
02:28:21   11   problems or complaints with line relief activities
02:28:25   12   happening outside of the 150-foot buffer but within
02:28:30   13   25 feet of voters?
02:28:33   14   A       Not that I'm aware of.
02:28:37   15   Q       And as long as, you know, that line
02:28:41   16   relief is happening well away from the area outside
02:28:43   17   of the polling entrance, is that something that your
02:28:46   18   office would be -- find manageable?
02:28:49   19   A       Yes.
02:28:58   20   Q       So now I'd like to pivot to just kind
02:29:01   21   of summing up a lot of the things that we've spoken
02:29:03   22   about in going over these provisions and just
02:29:10   23   getting your last -- your last thoughts on them.
02:29:13   24   So, you know, now you've answered questions about,
02:29:17   25   you know, over half a dozen provisions of SB 202.
```

```
05:34:12    1                C E R T I F I C A T E
05:34:12    2
05:34:12    3    STATE OF GEORGIA    )
05:34:12    4    COUNTY OF GWINNETT  )
05:34:12    5
05:34:12    6             I hereby certify that the foregoing
05:34:12    7    transcript was taken down, as stated in the
05:34:12    8    caption, and the proceedings were reduced to
05:34:12    9    typewriting under my direction and control.
05:34:12   10             I further certify that the transcript
05:34:12   11    is a true and correct record of the evidence
05:34:12   12    given at the said proceedings.
05:34:12   13             I further certify that I am neither a
05:34:12   14    relative or employee or attorney or counsel to
05:34:12   15    any of the parties, nor financially or
05:34:12   16    otherwise interested in this matter.
05:34:12   17             This the 5th day of October,
05:34:12   18    2022.
05:34:12   19
05:34:12   20
05:34:12   21
05:34:12   22
05:34:12   23    _____
05:34:12              THOMAS R. BREZINA, B-2035
05:34:12   24
           25
```