```
 1           IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF GEORGIA
 2

 3

 4   IN RE                              )
                                        )
 5      GEORGIA SENATE BILL 202         )
                                        )
 6           Plaintiff,                 )
     vs.                                )  Civil Action No.
 7                                      )  1:21:MI-55555-JPB
                                        )
 8           Defendants.                )
                                        )
 9   - - - - - - - - - - - - - - - - )

10

11                    DEPOSITION OF

12                    MILTON D. KIDD

13

14       Thursday, May 5, 2022, 10:09 a.m.(EST)

15

16

17

18       HELD AT:

19

20          Thompson Hine LLP
            Two Alliance Center
21          3560 Lenox Road, Suite 1600
            Atlanta, Georgia  30326
22

23

24       ------------------------------------------------
          WANDA L. ROBINSON, CRR, CCR, No. B-1973
25        Certified Shorthand Reporter/Notary Public
```



```
 1         A     Twenty-five.
 2         Q     And how many advanced voting sites do you
 3   have for the May 2022 primary?
 4         A     Seven.
 5         Q     Do you have these self-service water
 6   receptacles at those seven advanced voting sites?
 7         A     No.
 8         Q     Why not?
 9         A     Because I don't have the personnel to set
10   them up and continually monitor them.
11         Q     Will you have the self-service water
12   receptacles at the 25 polling places on Election Day
13   for the May primary?
14         A     No.  That is not the activities that would
15   typically be performed by my office.
16               MS. LaROSS:  Objection as to form.
17         Q     Do you know how much it would cost the
18   county to set up a water receptacle at each polling
19   place in May 2022 primary?
20         A     I have not looked into that information.
21         Q     Before SB-202 was passed by the General
22   Assembly, did you speak with any members of the
23   General Assembly or their staff about the line
24   warming provision in SB-202?
25         A     Once again, in discussions of this bill
```



1  with Representative Alexander, I am confident that
2  this particular portion did come up.
3       Q    And prior to the passage of SB-202, were
4  you -- what was your opinion on this provision?
5       A    I did not understand this provision.  It
6  was very useful for Douglas County to be able to
7  have external organizations take these features and
8  not have to worry about that as an organizational
9  function with all that is going on at a polling
10 location.
11           MS. LaROSS:  Objection as to form.
12      Q    Before SB-202 was passed by the General
13 Assembly, did you discuss this provision of SB-202
14 with anyone from the Secretary of State's Office?
15      A    Yes.
16      Q    Do you remember who you spoke to?
17      A    The State Elections Director and his
18 staff.  Once again, we were all aware of previous
19 incarnations of the bill and the final passage of
20 the bill and routinely discussed --
21           MS. LaROSS:  Objection --
22      A    -- as it was moving through the
23 legislation.
24           MS. LaROSS:  Objection as to form.
25      Q    The discussions that you just mentioned



C E R T I F I C A T E

STATE OF GEORGIA:

FULTON COUNTY:

     I hereby certify that the foregoing transcript of MILTON D. KIDD was taken down, as stated in the caption, and the questions and answers thereto were reduced by stenographic means under my direction;

     That the foregoing Pages 1 through 215 represent a true and correct transcript of the evidence given upon said hearing;

     And I further certify that I am not of kin or counsel to the parties in this case; am not in the regular employ of counsel for any of said parties; nor am I in anywise interested in the result of said case.

     IN WITNESS WHEREOF, I have hereunto subscribed my name this 10th day of May, 2022.



_____

Wanda L. Robinson, CRR, CCR No. B-1973
My Commission Expires 10/11/2023