```
 1                IN THE UNITED STATES DISTRICT COURT

 2              FOR THE NORTHERN DISTRICT OF GEORGIA

 3                        ATLANTA DIVISION

 4


 5
                                              Master Case No:
 6    IN RE GEORGIA SENATE BILL 202           1:21-MI-55555-JPB

 7    ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

 8


 9


10


11              30(B)(6) VIDEOTAPED DEPOSITION OF

12     COBB COUNTY BOARD OF ELECTIONS AND VOTER REGISTRATION

13                      (MS. JANINE EVELER)

14                       November 29, 2022

15                          10:02 a.m.

16                       995 Roswell Street

17                     Marietta, Georgia 30060

18


19


20


21


22


23            Marcella Daughtry, RPR, RMR

24      Georgia License No. 6595-1471-3597-5424

25             California CSR No. 14315
```



1        A    Yes.  Monday through Friday this week, uh-huh.
2        Q    What have -- to the best of your knowledge,
3   what have the line lengths been thus far into the voting
4   period for the different days?
5        A    At -- at some locations we had up to two hours,
6   but most of the time it's been 30 minutes.
7        Q    Do you allow people with disabilities who have
8   difficulty waiting in lines to go to the front of the
9   line?
10       A    We do.
11       Q    And how does a person with a disability request
12  this?
13       A    They have to state their request to a poll
14  worker.
15       Q    Is there any signage or other printed
16  information informing voters with disabilities about that
17  ability?
18       A    There is.
19       Q    And where is that generally posted?
20       A    It's near where the line would form.  Sometimes
21  the line gets longer than that point, and the practice is
22  to put a poll worker at the end of the line and to help
23  direct people.
24       Q    Prior to the passage of SB 202, did volunteers
25  sometimes pass out food or water or other refreshments to



1  monitoring, as far as any -- whether any sort of message
2  was being conveyed, your understanding at the time was
3  that the only types of messages that would be prohibited
4  were those that you'd consider electioneering, correct?
5       A    Correct.
6       Q    Ultimately, do you recall that this -- the
7  Vote.org food truck was -- there was an investigation
8  about whether this was proper under current law?
9       A    There was an investigation at the State
10 Election Board level.  I don't recall what happened with
11 that.
12      Q    Would it surprise you that to find that there
13 was a finding of no violation ultimately?
14      A    No, it wouldn't surprise me at all.
15      Q    Was it your understanding that some of the
16 groups that were providing line relief wanted the contact
17 with voters rather than having an election official hand
18 the food or drink out for them?
19      A    I would say --
20           MR. WHITE:  Object to the form.
21           THE WITNESS:  I would say based on reactions
22 from offers to take the items to the voters for our poll
23 workers, for them to leave them with the poll workers and
24 the poll workers would distribute and that they didn't
25 want to do that, that that would indicate that they



```
 1  wanted that contact, yes.
 2       Q   BY MR. ROSBOROUGH:  Okay.  Do you have any
 3  understanding of why they wanted that contact?
 4       A   I can't speculate.
 5       Q   Okay.  I'm going to hand over what we will mark
 6  as Exhibit 43.  This is COBB 27515.
 7           (Deposition Exhibit 43 was marked for
 8  identification.)
 9       Q   BY MR. ROSBOROUGH:  Do you recognize this
10  document?
11       A   Not really.
12       Q   Do you recognize this as a guidance regarding
13  line relief prior -- from February 2020?
14       A   I recognize Elizabeth Monyak as a -- as
15  Associate County Attorney in our County Attorney's
16  Office, and the date says 2/24/2020.
17       Q   Okay.  And I'm just going to read the -- so
18  the -- this document is titled "Prohibitions on Election
19  Day (Reference O.C.G.A. Section 21-2-414)"; is that
20  correct?
21       A   Yes.
22       Q   And it reads at the top, "Georgia's election
23  law bars the following four activities in a designated
24  zone near polling places on any day when ballots are
25  being cast:  Solicitation of votes in any manner or by
```



1       Q   Do you recall getting any complaints about line
2   relief prior to the 2020 election cycle?
3       A   Yes, I think we did, but I think, like I said
4   earlier, it became very popular in 2020.  Because there
5   were long lines, we -- we had, you know, pizzas being
6   delivered to voters.  There was all kinds of, you know,
7   bands set up to entertain people.  It was just a lot of
8   things going on, and that made it a little chaotic.
9       Q   If the criminal line relief ban as enacted in
10  SB 202 were struck down and you were to revert to your
11  previous policy as we just discussed, what would that
12  take in terms of implementation for your office?
13          MS. LaROSS:  Objection as to form.
14          THE WITNESS:  Well, we wouldn't have to
15  implement anything.  It would -- it would be the same
16  situation, I assume, as before, where we had lots more
17  activity out in the line, and I'm not sure whether there
18  is electioneering or if there is materials with campaign
19  information.  It -- it would just be more -- more workers
20  that were out there, you know, watching the line.
21      Q   BY MR. ROSBOROUGH:  So how long prior to an
22  election -- or prior to a day of voting, I should say,
23  would you need to feel like you could properly implement
24  the change back to the previous state of the law?
25      A   Well, again, we wouldn't do anything to



1                    CERTIFICATE OF REPORTER

2    STATE OF GEORGIA      )
                           )
3    COUNTY OF DEKALB      )

4

5           I, Marcella Daughtry, a Certified Reporter in
     the State of Georgia and State of California, do hereby
6    certify that the foregoing deposition was taken before me
     in the County of DeKalb, State of Georgia; that an oath
7    or affirmation was duly administered to the witness,
     JANINE EVELER; that the questions propounded to the
8    witness and the answers of the witness thereto were taken
     down by me in shorthand and thereafter reduced to
9    typewriting; that the transcript is a full, true and
     accurate record of the proceeding, all done to the best
10   of my skill and ability;

11          The witness herein, JANINE EVELER, has
     requested signature.
12
            I FURTHER CERTIFY that I am in no way related
13   to any of the parties nor am I in any way interested in
     the outcome hereof.
14

15          IN WITNESS WHEREOF, I have set my hand in my
     office in the County of DeKalb, State of Georgia, this
16   9th day of December, 2022.

17

18

19          _____

20          Marcella Daughtry, RPR, RMR
            GA License No. 6595-1471-3597-5424
21          California CSR No. 14315

22

23

24

25

