```
 1                 IN THE UNITED STATES DISTRICT COURT

 2                FOR THE NORTHERN DISTRICT OF GEORGIA

 3                           ATLANTA DIVISION

 4

 5

 6    IN RE GEORGIA SENATE BILL 202         Master Case No:
                                            1:21-MI-55555-JPB
 7    ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

 8

 9

10

11               30(B)(6) VIDEOTAPED DEPOSITION OF

12                  GEORGIA STATE ELECTION BOARD

13                    (THOMAS MATTHEW MASHBURN)

14                         March 7, 2023

15                            9:59 a.m.

16                 1600 Parkwood Circle, Suite 200

17                         Atlanta, Georgia

18

19

20

21
                       Marcella Daughtry, RPR, RMR
22           Georgia License No. 6595-1471-3597-5424
                       California CSR No. 14315
23

24

25
```



1   State has been very busy on that one, too.  But yeah,
2   we're acutely aware of line lengths.
3        Q   And would you agree that historically in
4   Georgia there have been lines up to, you know, five,
5   eight hours even or beyond?
6        A   Yeah.  One of my earliest memory in elections
7   was as a child, my mother took me to vote, and we showed
8   up before the 5 o'clock news, and the 11 o'clock news we
9   were still in line.  And people were driving by telling
10  us who had won, and we were still in line.  So, you know,
11  that was when I was a child.
12           So Georgia has historically had a very bad
13  problem with line length, and -- and my involvement in
14  watching lines as -- as a monitor, a statewide election
15  monitor, statewide poll watcher, I have watched, you
16  know, lots and lots, hours.  I don't know of anybody in
17  Georgia that's watched more people in line than me
18  because I have been doing it for 20 years.
19           And so just the -- so this board, in recent
20  memory, this board, in the time frame of this notice, has
21  been more proactive about trying to do something about
22  lines than I've ever seen in my lifetime.
23       Q   Would you agree that waiting in those lines,
24  you know, and in your own experience, you -- you
25  referenced can be quite exhausting physically?



1      A    Yeah.  I haven't seen anybody pass out like
2  some of the people say on the -- on the talking heads on
3  TV, but you -- you don't like to stand in line for
4  eight -- eight or nine hours.  So the key is to not make
5  people comfortable in a ridiculously long line, just make
6  the ridiculously long line go away.
7      Q    Would you agree that to folks waiting in very
8  long lines, receiving any bottles of water and perhaps
9  food if they are getting hungry waiting hours on end can
10 provide some sort of relief and encourage them to stay?
11     A    Yeah, that -- that had just gotten out of
12 control.  We had people giving out like phone chargers
13 for free.  And we had, you know, candidates showing up
14 with pizza -- pizza and stuff, only in their district.
15 So it had just gotten out of control, and it just needed
16 to be dialed back.  Because if you don't understand the
17 history of Georgia -- I'm not saying that you don't.  I'm
18 sure you do.  But this voter protection bubble is a big
19 innovation, because in Georgia's history, we have --
20 Georgia has a history where people in line were yanked
21 out of line and beat up by the sheriff.  So there is
22 voter intimidation and harassment.
23          And so Georgia created this protection bubble
24 where the voter can have this refuge from people trying
25 to intimidate them or campaign them, campaign with them.



```
 1                    CERTIFICATE OF REPORTER

 2    STATE OF GEORGIA     )
                           )
 3    COUNTY OF DEKALB     )

 4

 5              I, Marcella Daughtry, a Certified
      Reporter in the State of Georgia and State of California,
 6    do hereby certify that the foregoing deposition was taken
      before me in the County of DeKalb, State of Georgia; that
 7    an oath or affirmation was duly administered to the
      witness, THOMAS MATTHEW MASHBURN; that the questions
 8    propounded to the witness and the answers of the witness
      thereto were taken down by me in shorthand and thereafter
 9    reduced to typewriting; that the transcript is a full,
      true and accurate record of the proceeding, all done to
10    the best of my skill and ability;

11              The witness herein, THOMAS MATTHEW MASHBURN,
      has requested signature.
12
                I FURTHER CERTIFY that I am in no way related
13    to any of the parties nor am I in any way interested in
      the outcome hereof.
14
                IN WITNESS WHEREOF, I have set my hand in my
15    office in the County of DeKalb, State of Georgia, this
      20th day of March, 2023.
16

17
```



```
18
19              _____
20              Marcella Daughtry, RPR, RMR
                GA License No.
21              6595-1471-3597-5424
                California CSR No. 14315
22

23

24

25
```