Ex. H

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| *IN RE* GEORGIA SENATE BILL 202 | Master Case No. 1:21-MI-55555-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, *et al.*, *Plaintiffs*, v. BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.*, *Defendants*, REPUBLICAN NATIONAL COMMITTEE, *et al.*, *Intervenor-Defendants*. | Civil Action No. 1:21-CV-1284-JPB |

**SUPPLEMENTAL DECLARATION OF RHONDA BRIGGINS ON BEHALF OF DELTA SIGMA THETA SORORITY, INC.**

My name is Rhonda Briggins. I am over the age of 21 and fully competent to make this declaration. Under penalty of perjury, I declare the following based on my personal knowledge:

1. I am a Black woman who is a resident of and registered voter in DeKalb County, Georgia.

2. I previously provided a declaration in this case on May 20, 2022.

3. Delta Sigma Theta Sorority, Inc. ("Deltas") is a national, nonpartisan, not-for-profit membership service organization of primarily Black women committed to the constructive development of its members and to public service with a primary focus on uplifting the Black community. Collegiate membership requires that a female student be currently enrolled at a college or university. Alumnae membership requires that a female graduate earned a baccalaureate degree from a college or university. Although Alumnae Sorors hold at least a degree from a college or university, many of them also have obtained graduate degrees. There are more than 350,000 Sorors nationwide. In Georgia, there are 58 chapters that include alumnae and college chapters and more than 7,500 Sorors, most of whom are registered voters in Georgia.

4. Within the Deltas, I have served as Chair of Strategic Partnerships since 2022. Before this role, I was one of the Social Action Chairs of the National

Social Action Commission ("Commission") between 2019 and 2022. The Commission spearheads initiatives that mobilize our members, chapters, and national leaders to advocate for Deltas' predetermined positions and actions. In my role as a Social Action Chair, I was responsible for advancing Deltas' positions and actions by implementing and overseeing those efforts at the national, state, and local levels. Some of the positions that I worked on implementing included: voter registration, education, and mobilization efforts; monitoring legislation at the national, state, and local levels; and encouraging Deltas to run for elected office. Before serving as a Social Action Chair, I served a two-year term as the Southern Regional Social Action Coordinator for the Deltas between 2014 and 2017. In this role, I was responsible for implementing advocacy efforts and strategy in the Bahamas and five states, including Georgia, that focused on voter registration, education, and mobilization initiatives, among other priorities. Before this role, I served a two-year term as the Georgia Social Action Coordinator for the Deltas between 2012 and 2014, focusing on implementing similar voter education and registration initiatives, among other priorities.

  5. Through my role as Chair of Strategic Partnerships and previous positions within the Deltas, I am familiar with, and receive frequent updates and proposals for activities of the Deltas, including those on behalf of our chapters and

Sorors in Georgia.

6. Under the law, Deltas understand that S.B. 202 imposes criminal penalties on persons "who give, offer to give, or participate in the giving of any money or gifts, including, but not limited to, food and drink, to an elector," even without any conditions attached. From our understanding, these restrictions apply within 150 feet of a polling place ("buffer zone") or 25 feet of any voter in line ("supplemental zone")—no matter how far from the entrance of the polling place they stand.

7. Deltas' line-relief activities include both the act of providing voters with basic necessities and the message conveyed through those actions. The act of providing line relief conveys a message that words alone cannot adequately convey. This is why Deltas believe line-relief efforts also re-affirm the dignity of Black voters by showing a community is standing with them and supporting them. None of this can be accomplished standing 25 feet away from voters.

8. Deltas have not provided line-relief in any elections in 2021, 2022, or 2023 that have occurred since S.B. 202 has been implemented because of the criminal penalties S.B. 202 has imposed.

9. If S.B. 202's line-relief ban was lifted, Deltas' chapters and Sorors in Georgia who had engaged in line-relief activities prior to S.B. 202's

implementation would resume those efforts. Deltas would resume line-relief activities even if only the 25-foot supplemental zone restriction were no longer in place but the 150-foot buffer zone remained. While the presence of the 150-foot buffer zone would still restrict our efforts, we would be able to and intend to resume our line-relief efforts in a limited fashion by interacting with voters waiting on long lines past the 150-foot zone without the fear of criminal prosecution.

I, Rhonda Briggins, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

Dated: Atlanta , Georgia

April 17, 2023

*Rhonda Briggins*

Rhonda Briggins on behalf of the Deltas