# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| *IN RE* GEORGIA SENATE BILL 202 | Master Case No. 1:21-MI-55555-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.*, <br><br> *Defendants*, <br><br> REPUBLICAN NATIONAL COMMITTEE, *et al.*, <br><br> *Intervenor-Defendants*. | Civil Action No. 1:21-CV-1284-JPB |

**SUPPLEMENTAL DECLARATION OF REGINALD T. JACKSON**

1

My name is Reginald T. Jackson. I am over the age of 21 and fully competent to make this declaration. Under penalty of perjury, I declare the following based on my personal knowledge:

1. I am the presiding prelate of the Sixth District of the African Methodist Episcopal Church ("AME Church").

2. I am a Black man and am registered to vote in Fulton County.

3. The Sixth District is one of twenty worldwide districts of the AME Church. The Sixth District constitutes the entire State of Georgia. There are more than 500 member churches that are part of the Sixth District.

4. I was elected and consecrated as the 132nd Bishop of the AME Church in 2012 and was assigned as the Bishop of the Sixth District in 2016. As Bishop of the Sixth District, it is my responsibility to supervise the work of the church as an organization and preside over member churches in the district.

5. Through my role as Bishop of the AME Church, I am familiar with, and receive frequent updates and proposals for activities of member churches across the State of Georgia.

6. Our member churches engaged in handing out food, water, chairs, and other provisions to voters standing in lines at the polls (also known as "line relief") for decades across the State of Georgia through the 2021 U.S. Senate runoff

elections.

7. Many of our line relief activities took place in predominantly Black neighborhoods across the state.

8. The line relief efforts that member churches engaged in included handing out food, water, and other provisions to voters who were standing within 150 feet of a polling location. If the line extended beyond 150 feet of a building, volunteers also approached voters who were standing in lines past that point.

9. Our churches participated in line relief activities because AME Church members, most of whom are Black, often have to wait in long lines to cast their ballot at the polls. I am aware of many church members having to wait in line for hours to cast their ballot. For our church, providing this support was also about living up to the tenets of the Gospel. As the Gospel of Matthew tells us, "For I was hungry and you gave me something to eat, I was thirsty and you gave me something to drink." Matthew 25:35 (NIV).

10. By providing line relief, our members sent the message to voters that they have dignity as voters, their voice matters, and that they should overcome barriers to political participation by staying in line and ensuring that future elections are not marred by obstacles to the ballot box (such as long lines). Line relief also showed voters that their community supported them in their efforts to

cast a ballot.

11. The message that AME Church volunteers sent to voters waiting in lines was the same, whether volunteers were approaching voters waiting within 150 feet of the polling place or voters waiting in lines that extend beyond 150 feet of the polling place.

12. To my knowledge, member churches have not engaged in any type of line relief activities after the passage of Senate Bill 202 ("S.B. 202") in March of 2021.

13. AME churches would like to conduct more line relief activities in future elections.

14. AME churches would resume at least some of its line relief activities even if the line relief ban were lifted only as to activities within 25 feet of voting lines that extend beyond 150 feet of the polling place.

15. AME churches would be able to resume these activities almost immediately after it was notified which portions of the line relief ban were lifted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __4/17/2023__.

*Reginald T. Jackson*

REGINALD T. JACKSON