IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No. 1:21-MI-55555-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.*, <br><br> *Defendants*, <br><br> REPUBLICAN NATIONAL COMMITTEE, *et al.*, <br><br> *Intervenor-Defendants*. | Civil Action No. 1:21-CV-1284-JPB |

**DECLARATION OF SHAFINA KHABANI**
**(pursuant to 28 U.S.C. § 1746)**

My name is Shafina Khabani. I am over the age of 21 and fully competent to make this declaration. Under penalty of perjury, I declare the following based upon my personal knowledge:

1. I currently live in Atlanta in DeKalb County, Georgia. I have been registered to vote in DeKalb County for 11 years.

2. I am 39 years old and identify as South Asian.

3. I am the Executive Director for the Georgia Muslim Voter Project ("GAMVP"). I started with GAMVP in 2020.

4. GAMVP's staff members have participated in handing out food, water, and other

1

provisions to voters waiting in line at the polls ("line relief"), including in the November 2020 general election. For instance, GAMVP's Field Organizer, Ayesha Abid, has participated in line relief activities at the following polling locations: Gas South Arena (formerly the Gwinnett Infinite Energy Arena), Lawrenceville City Hall, and the Gwinnett County Elections Office.

5.  In the 2020 general election, GAMVP partnered with Asian Americans Advancing Justice-Atlanta to conduct line relief activities. Our staff members set up a table and took turns bringing food and water from the table to voters waiting in line within 150 feet of the polling place. If the line extended beyond 150 feet of the building, we would also take turns bringing food and water from the table those voters waiting in line. This work necessarily involved approaching voters within 25 feet of the voting line.

6.  GAMVP participates in line relief activities because we want to empower our communities to vote and break down any barriers that may prevent them from doing so, including long lines. The issue of long lines at poll sites has been a widely publicized issue over multiple elections in Georgia, especially in communities that are predominantly people of color. Ahead of the 2020 presidential election, voters waited for hours in the midst of a pandemic, to cast their ballots at early voting and election day poll sites across the state. A huge turnout in 2020—coupled with fewer poll workers because of the impact of COVID—resulted in with long lines. I have spoken to voters who have had negative experiences at polling places, including long lines, and that has affected whether or not they turn out to cast their ballots. Letting organizations, such as GAMVP, provide provisions to voters allows us to make the process less burdensome to our communities who want to exercise their right but are intimidated by barriers such as long lines.

7.  Our organization's message when we participate in line relief activities is to also

provide a sense of safety and comfort to Muslim communities who already face so much discrimination in their day to day lives.

8. When GAMVP staff participate in line relief, another message we send to voters is that exercising your right to vote doesn't have to feel burdensome and it can be an enjoyable experience. There are places in Georgia with atrocious lines where people wait in line for two and a half hours or more. These are the stories we hear at GAMVP all the time, and from people who have been voting for 30 or 40 years. These people know organizations like GAMVP are trying to help them stay hydrated so that they can vote without medical emergencies. They know who we are and rely on us. I know this because they are always coming up to thank our staff members who are providing line relief. By providing line relief, we show those voters that there are organizations out there that see them in these horrible lines and care that they are having to wait for such a long time. We see them suffering in the Georgia heat and humidity and we try to comfort them and make sure they are still going to vote. When we participate in line relief, we are telling voters that 90-degree weather doesn't have to stop them from voting and we reinforce this message by being out there with igloo coolers giving voters ice cold water.

9. The message GAMVP sends to voters waiting in line is the same regardless of whether GAMVP is approaching voters waiting in lines within 150 feet of the polling place or voters waiting in lines that extend beyond 150 feet of the polling place.

10. GAMVP wants voting to be accessible to everyone who is eligible to vote. By participating in line relief efforts, GAMVP staff members show voters that GAMVP is dedicated to making voting accessible to everyone who is eligible to vote.

11. The line relief ban makes food and water less accessible for voters waiting in line.

These are items that people have relied upon to make voting accessible to them.

12. GAMVP is a nonpartisan organization. When any GAMVP staff member, including myself, participates in line relief activities, we never bring partisanship into our work. We never share any partisan messages. We go through an election protection training that specifically tells us we are prohibited from bringing partisanship not our line relief efforts.

13. GAMVP has never received any complaints about our participation in line relief activities from staff members, volunteers, voters, poll workers, or anyone else.

14. Because of SB 202, GAMVP is no longer going to be doing any line relief activities at all because we don't want to risk being arrested. GAMVP is a small, but growing organization. In the past, GAMVP had partnered with other organizations to conduct line relief activities. In the spring of 2021, GAMVP was just beginning to plan an independent line relief program, inspired by Souls to the Polls and other historical voter support efforts. We had been in contact various Dunkin' Donut shops and chai vendors so we can give out chai or cider and other foods that represent our community to voters waiting in line during the next election. This would have been part of our efforts to support and recognize the Muslim community, specifically, in their civic participation. But after SB 202 was passed, we had to abruptly stop working on that new program. We wasted a lot of staff time on that shuttered program.

15. GAMVP would like and would be able to resume at least some of its line relief activities even if the line relief ban were lifted only as to activities within 25 feet of voting lines that extend beyond 150 feet of the polling place.

4

DocuSign Envelope ID: 0FD8684E-40FF-4031-92FA-5B35D86AB485
Case 1:21-mi-55555-JPB   Document 535-12   Filed 04/24/23   Page 5 of 5

5

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4/13/2023

DocuSigned by:

*Shafina Khabani*

075693239F444D1...

SHAFINA KHABANI