DocuSign Envelope ID: 52901D5A-5A41-4D14-95FF-1FAF2931B7DF

<span style="color:red">Ex. K</span>

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No. 1:21-MI-55555-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.*, <br><br> *Defendants*, <br><br> REPUBLICAN NATIONAL COMMITTEE, *et al.*, <br><br> *Intervenor-Defendants*. | Civil Action No. 1:21-CV-1284-JPB |

**DECLARATION OF SHANNON MATTOX**
**(pursuant to 28 U.S.C. § 1746)**

My name is Shannon Mattox. I am over the age of 21 and fully competent to make this declaration. Under penalty of perjury, I declare the following based upon my personal knowledge:

1.    I currently live in and am registered to vote in Cobb County, Georgia.

2.    I am 46 years old and I identify as Black.

3.    I am the State Director and a member of The Arc Georgia, a state affiliate of The Arc of the United States.

4.    The Arc Georgia is committed to making sure that voting is accessible to everyone who is eligible to vote.

1

5.      Prior to the passage of SB 202, The Arc Georgia, had participated in handing out food and water to voters waiting in line at the polls ("line relief"). For instance, members of the Arc Georgia participated in line relief activities in the January 2021 Georgia Senate Runoff. When The Arc Georgia members participated in line relief activities in the past, they would approach voters waiting in line within 150 feet of a polling place. If the line extended beyond 150 feet of the building, they would also approach those voters waiting in line. Regardless of the line length, the Arc Georgia members' relief activities involved approaching voters within 25 feet of the voting line.

6.      Stacey Ramirez, a member of The Arc Georgia, previously submitted a declaration in this case on May 11, 2022, regarding the critical message she conveyed to voters by providing voters waiting in line with food and water.

7.       As a result of SB 202, the Arc Georgia has ceased its line relief activities entirely.

8.      The Arc Georgia would like and would be able to resume at least some of its line relief activities even if the line relief ban were lifted only as to activities within 25 feet of voting lines that extend beyond 150 feet of the polling place.

2

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __4/13/2023_____ .

*Shannon Mattox*

Shannon Mattox