<span style="color:red">Ex. L</span>

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No. 1:21-MI-55555-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, *et al.*, *Plaintiffs*, v. BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.*, *Defendants*, REPUBLICAN NATIONAL COMMITTEE, *et al.*, *Intervenor-Defendants*. | Civil Action No. 1:21-CV-1284-JPB |

**DECLARATION OF GLORY KILANKO**
**(pursuant to 28 U.S.C. § 1746)**

My name is Glory Kilanko. I am over the age of 21 and fully competent to make this declaration. Under penalty of perjury, I declare the following based upon my personal knowledge:

1. I currently live in Clayton County, Georgia. I am registered to vote in Clayton County.

2. I am in my sixties and am Black/African.

3. I am the founder and CEO of Women Watch Afrika.

4. As part of my work with Women Watch Afrika, I have participated in handing out snacks (granola bars and crackers), water, and other provisions such as sanitizing supplies during the COVID-19 pandemic (known as "line relief"). When I participated in line relief, I would approach voters waiting in line within 150 feet of a polling place. If the line extended beyond 150 feet of the building, I would also approach those voters waiting in line. Regardless of the line length, my line relief activities involved approaching voters within 25 feet of the voting line.

Prior to SB 202's enactment, Women Watch Afrika had been participating in line relief for more than five years.

5. Once SB 202 was enacted, Women Watch Afrika stopped its line relief activities because imposes criminal penalties that prevented us from approaching voters in line no matter how far they were from the outside of the polling place. The law is confusing and we did not want to put our staff or volunteers at risk.

6. Protecting the right to vote through line relief is extremely important to me because I understand the weight of this right. When I became a naturalized citizen, one of the things they said to me during the ceremony was "Congratulations, you now have the right to vote." Therefore, I knew then that voting was a powerful tool and right that should be exercised and protected.

7. Central to Women Watch Afrika's mission is encouraging others to get involved in their community on every level. I exemplify that by being one of the few executive directors of any organization, who is out there with the people participating in line relief. The message is

DECLARATION OF GLORY KILANKO – WOMEN WATCH AFRIKA

2   Case No. 1:21-CV-01284-JPB

telling people that as a citizen, this is one of the most powerful weapons that you have and it is not open to all. I am proud of them for choosing to exercise them and I recognize them.

8. These messages that Women Watch Afrika sends to voters through our line relief activities is the same regardless of whether Women Watch Afrika is approaching voters waiting in lines within 150 feet of the polling place or voters waiting in lines that extend beyond 150 feet of the polling place.

9. Women Watch Afrika is non-profit C3, so we do not do partisan anything.

10. Women Watch Afrika would like and would be able to resume at least some of its line relief activities even if the line relief ban were lifted only as to activities within 25 feet of voting lines that extend beyond 150 feet of the polling place.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 19, 2023

_____ Glory Kilanko
Founder and CEO of Women Watch Afrika

DECLARATION OF GLORY KILANKO – WOMEN WATCH AFRIKA

3   Case No. 1:21-CV-01284-JPB