```
 1            IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
 2

 3

 4   IN RE:                          )
                                     )
 5      GEORGIA SENATE BILL 202      )
                                     )
 6           Plaintiff,              )
     vs.                             ) Civil Action No.
 7                                   ) 1:21:MI-55555-JPB
                                     )
 8           Defendants.             )
                                     )
 9   - - - - - - - - - - - - - - -)

10

11                     DEPOSITION OF

12                   JOSEPH BLAKE EVANS

13

14       Thursday, February 23, 2023, 9:02 a.m.(EST)

15

16

17

18

19

20         HELD AT:

21            Taylor English Duma LLP
              1600 Parkwood Circle, Suite 200
22            Atlanta, Georgia  30339

23
          _____
24          WANDA L. ROBINSON, CRR, CCR, No. B-1973
           Certified Shorthand Reporter/Notary Public
25
```



```
 1   voting locations.
 2             And then to some extent voter behavior.
 3   You could have -- one thing we've seen, you might go
 4   two and a half weeks of advance voting with very,
 5   very short to no lines, but then voters -- the last
 6   two days the turnout tends to pick up.  So the
 7   closer you get to the very end, sometimes the lines
 8   pick up a little bit.
 9             So those are kind of high level things
10   that I've seen that lead to lines.
11        Q    Are you aware of --
12        A    Also -- I'm sorry to talk over you.
13        Q    Go ahead.
14        A    Sometimes you have enough check-in
15   stations but the poll workers are not trained
16   appropriately, so it's taking too long to check
17   people in.
18        Q    That's actually a good segue.
19             Actually, before we go to that, is it your
20   recollection in your role that during the senatorial
21   runoff this past late fall that there were some long
22   lines during early voting?
23        A    You mean December 2022?
24        Q    Correct.  And there might have been some
25   November dates leading up to that, but, yeah, the
```



```
 1  runoff which occurred ultimately in early December
 2  2022.
 3       A    There were areas that saw long lines
 4  during that time period.
 5       Q    Based on your experience, do you believe
 6  the compressed runoff period contributed to that?
 7            MR. TYSON:  I'll object to form.
 8       A    So I think, you know, it kind of goes
 9  back.  There's multiple contributing factors.
10            I think obviously when you look at for a
11  general election you got three weeks, for a runoff
12  you have less than that.  That is to some degree a
13  factor.
14            Also, counties do select a number of
15  advance voting locations.  So as I mentioned
16  earlier, number of advance voting locations is a
17  factor.
18            But to answer your question, is the -- I
19  think you said shortened or condensed time period,
20  that would be a factor.
21       Q    I'd like to go back to the topic of
22  check-in actually that you were just mentioning as a
23  factor.
24            MR. ROSBOROUGH:  Can we mark this as
25       Exhibit 177.
```



```
 1  consider whether or not they could write rules that
 2  could -- it depends on if they would want to write
 3  rules.  But I mean in theory, if that were taken
 4  out, counties would be able to adjust the number of
 5  drop boxes they had, hypothetically.
 6       Q    And is the same true with regards to the
 7  physical location of the drop boxes, if that portion
 8  specifically of SB 202 were eliminated, that it
 9  would be up to counties whether to change the
10  location of those drop boxes or not?
11            MR. TYSON:  Object to form.
12       A    Again, depends on if the State Elections
13  Board took any action, that kind of thing.
14  Theoretically, if nothing else and the law changed,
15  then it seems like they could move the location.
16       Q    Regarding the provisions on what I'll
17  refer to as line relief, in other words, the ban on
18  providing food and water and other items of value to
19  voters who are waiting in line, do you know the
20  provision of SB 202 to which I'm referring?
21       A    Yes.
22       Q    Okay.  If a ban on providing food or water
23  to outside groups were lifted, any changes would
24  primarily be implemented by counties, correct?
25            MR. TYSON:  Object to form.
```



800.211.DEPO (3376)
EsquireSolutions.com

```
 1      A    I'm not sure there's anything there for a
 2  county to implement.
 3      Q    Fair enough.
 4           And in terms of -- are you aware of the
 5  provision in SB 202 which imposed new criminal
 6  penalties for ballot collection?
 7      A    Yes.
 8      Q    If those penalties were struck down, in
 9  your experience is there anything your office would
10  need to do, apart from issuing guidance to counties?
11           MR. TYSON:  Object to form.
12      A    Not that I'm aware.
13      Q    And you're aware of the provision in SB
14  202 which changed the rules regarding the acceptance
15  of out-of-precinct provisional ballots; is that
16  right?
17      A    Yes.
18      Q    If a court were to strike down the changes
19  that SB 202 made to those provisions, based on your
20  experience what would your office need to do to
21  implement those?
22           MR. TYSON:  Object to form.
23      A    We would -- going back to the original
24  answer, I would speak with our counsel, with our
25  attorneys, and then based on their guidance we could
```



```
 1                        C E R T I F I C A T E
 2
 3   STATE OF GEORGIA:
 4   FULTON COUNTY:
 5
 6            I hereby certify that the foregoing
 7   transcript of JOSEPH BLAKE EVANS was taken down, as
 8   stated in the caption, and the questions and answers
 9   thereto were reduced by stenographic means under my
10   direction;
11            That the foregoing Pages 1 through
12   229 represent a true and correct transcript of
13   the evidence given upon said hearing;
14            And I further certify that I am not of kin
15   or counsel to the parties in this case; am not in
16   the regular employ of counsel for any of said
17   parties; nor am I in anywise interested in the
18   result of said case.
19
20            IN WITNESS WHEREOF, I have hereunto
21   subscribed my name this 3rd day of March, 2023.
22
23   
     _____
24         Wanda L. Robinson, CRR, CCR No. B-1973
                My Commission Expires 10/11/2023
25
```