```
 1            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
 2

 3

 4

 5   IN RE                              )
                                        )
 6      GEORGIA SENATE BILL 202         )
                                        )
 7            Plaintiff,                )
     vs.                                ) Civil Action No.
 8                                      ) 1:21:MI-55555-JPB
                                        )
 9            Defendants.               )
                                        )
10   - - - - - - - - - - - - - - - - -)

11

12             VIDEOTAPE DEPOSITION OF

13                 ZACHARY MANIFOLD

14

15      Thursday, January 12, 2023, 9:46 a.m.(EST)

16

17

18

19

20      HELD AT:

21

            Justice Administration Center
22          75 Langley Drive, Room C, 2nd Floor
            Lawrenceville, Georgia  30046
23
        ------------------------------------------------
24         WANDA L. ROBINSON, CRR, CCR, No. B-1973
          Certified Shorthand Reporter/Notary Public
25
```



1     A    They are.
2     Q    And these non-issuing clerks, do they also
3  monitor lines for electioneering activities?
4     A    They do.  I cannot recall of any instance
5  this year where I had a report of a problem.
6     Q    With the non-issuing clerks, how would
7  they monitor the line if a person is providing line
8  relief inside of the 150 foot electioneering zone?
9     A    If they're inside of 150 feet, they would
10 let that person know they cannot be there inside
11 that 150 feet.
12    Q    And to your knowledge, would monitoring
13 the lines be any different if a person was providing
14 line relief in the supplemental zone?
15    A    I -- you know, there is the supplemental
16 zone, and now I can't remember -- I remember it
17 changed.  I remember there was guidance at some
18 point.  Maybe some time this year there was guidance
19 on the buffer zone or the supplemental zone outside
20 of 150 feet.
21         I cannot, without looking at it or reading
22 it, I can't remember what all that entailed, but
23 there was some guidance on that.
24    Q    Is it common for lines to extend past the
25 150 foot zone?



1    A    At advance -- at advance in person voting,
2    that is somewhat common.  I would say, again, when
3    you get over that hour, that hour wait, you're
4    probably getting pretty close to that 150 buffer
5    zone.
6         So I would say most of the time --
7    probably for the December runoff it could have been
8    outside that, outside that zone.  Most of the time,
9    I think May, June, and November, like I said, I
10   don't think we had an hour long wait most places, so
11   it was probably not that 150 feet.
12   Q    Do you recall if during the December 2022
13   runoff if those lines went beyond the 150 feet?
14   A    Definitely.
15   Q    And you mentioned before that Kelvin
16   Williams may know what the policy for line relief
17   was prior to SB 202; is that correct?
18   A    He would know, yes.
19   Q    Okay.  If the ban relief -- a ban on line
20   relief activities in SB 202 was lifted, what
21   changes, if any, would your office have to engage
22   in?
23   A    If there was a removal of that?
24   Q    Yes.
25   A    You know, I think staff would -- I think



C E R T I F I C A T E

STATE OF GEORGIA:

FULTON COUNTY:

     I hereby certify that the foregoing transcript of ZACHARY MANIFOLD was taken down, as stated in the caption, and the questions and answers thereto were reduced by stenographic means under my direction;

     That the foregoing Pages 1 through 192 represent a true and correct transcript of the evidence given upon said hearing;

     And I further certify that I am not of kin or counsel to the parties in this case; am not in the regular employ of counsel for any of said parties; nor am I in anywise interested in the result of said case.

     IN WITNESS WHEREOF, I have hereunto subscribed my name this 20th day of January, 2023.

*Wanda L. Robinson*
_____

Wanda L. Robinson, CRR, CCR No. B-1973
My Commission Expires 10/11/2023

