```
 1            IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
 2                       ATLANTA DIVISION

 3
    IN RE:                         )   Master Case No.
 4                                 )
       GEORGIA SENATE BILL 202     )   1:21-MI-55555-JPB
 5                                 )
                                   )
 6

 7                           - - - - -

 8

 9    RULE 30(b)(6) DEPOSITION OF FULTON COUNTY BOARD OF

10              REGISTRATION AND ELECTIONS

11           BY NADINE WILLIAMS, a Witness,

12         Taken by Counsel for the Plaintiffs

13           Before Richard Bursky, RMR, CRR

14              Certified Court Reporter

15    At the Offices of the Fulton County Attorney

16        141 Pryor Street, SW, Atlanta, Georgia

17       On April 5, 2023, commencing at 10:05 a.m.

18

19                           - - - - -

20

21

22

23

24

25
```



```
 1        Q    So in subsequent elections, your wait times
 2   went down, correct?
 3        A    Yes.
 4        Q    That happened even before SB202 was passed,
 5   correct?
 6        A    Yes.
 7        Q    So it was not the result of the changes in
 8   SB202, but rather the other changes that Fulton County
 9   made in response to what happened in June of 2020,
10   right?
11        A    Yes.
12        Q    Did Fulton County experience wait times longer
13   than one hour during advanced voting in the 2022
14   general election?
15        A    Yes, not for the general, but the runoff.
16        Q    We will get to the runoff in a second, but in
17   general was that the case?
18        A    No, I don't believe there was any.
19        Q    What about for Election Day in the general
20   2022?
21        A    No.
22        Q    Now for the runoff, did Fulton County
23   experience wait times longer than an hour?
24        A    For advanced voting, yes, but for Election
25   Day, no.
```



1                CERTIFICATE OF COURT REPORTER
2
3    STATE OF GEORGIA      )
4    COUNTY OF HENRY       )
5
6       I hereby certify that the foregoing deposition was
7    reported as stated in the caption, by the method of
8    stenography, and the questions and answers thereto were
9    reduced to typewriting by me; that the foregoing pages
10   represent a true, correct, and complete transcript of
11   the evidence given on April 5, 2023 by the witness,
12   NADINE WILLIAMS, who was first duly sworn by me.
13      This the 8th day of April, 2023.
14
15
16
17
18
19
20                    _____
21                    Richard Bursky, RMR, CRR, CCR
                      Certified Court Reporter #2509
22
23
24
25

