```
 1            IN THE UNITED STATES DISTRICT COURT

 2           FOR THE NORTHERN DISTRICT OF GEORGIA

 3                     ATLANTA DIVISION

 4

 5

 6   IN RE GEORGIA SENATE BILL 202    Master Case No:
                                      1:21-MI-55555-JPB
 7   ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

 8

 9

10

11                30(B)(6) DEPOSITION OF

12      HALL COUNTY BOARD OF ELECTIONS AND REGISTRATION

13                     (LORI WURTZ)

14                    March 9, 2023

15                      9:35 a.m.

16                2875 Browns Bridge Road

17              Gainesville, Georgia 30504

18

19

20

21
              Marcella Daughtry, RPR, RMR
22       Georgia License No. 6595-1471-3597-5424
                California CSR No. 14315
23

24

25
```



1  monitor, and they monitor the line all throughout the
2  day, inside and outside, if there is one outside.
3       Q   If the ban on line relief activities in S.B.
4  202 were to be changed or removed, would your office have
5  to undertake any changes to adapt to that change?
6       A   I don't believe so.
7       Q   Okay.  Are you familiar with the changes in
8  S.B. 202 relating to out-of-precinct provisional voting?
9       A   Yes.
10      Q   It's your understanding that someone who
11 arrives before 5:00 p.m. cannot vote provisionally out of
12 precinct, correct?
13      A   Yes.
14      Q   Before S.B. 202 was passed, how would a poll
15 worker process an out-of-precinct provisional ballot?
16      A   They would pull a ballot that closely -- as
17 closely as possible matches the voter's ballot and give
18 that to them to vote.
19      Q   And so when a voter came in to the wrong
20 polling location and interacted with the poll worker, the
21 poll worker would provide them with an out-of-precinct
22 ballot, correct?
23      A   Correct.
24      Q   In your experience or in your knowledge, do
25 some voters go to the wrong polling place because they



1                    CERTIFICATE OF REPORTER

2    STATE OF GEORGIA     )
                          )
3    COUNTY OF DEKALB     )

4

5              I, Marcella Daughtry, a Certified
     Reporter in the State of Georgia and State of California,
6    do hereby certify that the foregoing deposition was taken
     before me in the County of DeKalb, State of Georgia; that
7    an oath or affirmation was duly administered to the
     witness, LORI WURTZ; that the questions propounded to the
8    witness and the answers of the witness thereto were taken
     down by me in shorthand and thereafter reduced to
9    typewriting; that the transcript is a full, true and
     accurate record of the proceeding, all done to the best
10   of my skill and ability;

11             The witness herein, LORI WURTZ, has requested
     signature.
12
               I FURTHER CERTIFY that I am in no way related
13   to any of the parties nor am I in any way interested in
     the outcome hereof.

14

15             IN WITNESS WHEREOF, I have set my hand in my
     office in the County of DeKalb, State of Georgia, this
16   21st day of March, 2023.

17

18

19   
     _____
20   Marcella Daughtry, RPR, RMR
     GA License No.
21   6595-1471-3597-5424
     California CSR No. 14315

22

23

24

25