# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI- 55555-JPB |
| THE CONCERNED BLACK CLERGY OF METROPOLITAN ATLANTA, INC., a Georgia nonprofit corporation, *et al.*, *Plaintiffs*, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.*, <br><br> *Defendants*, <br><br> REPUBLICAN NATIONAL COMMITTEE, et al., <br><br> *Intervenor-Defendants*. | Civil Action No.: 1:21-CV- 01728-JPB |

## CBC PLAINTIFFS' NOTICE OF JOINDER IN AME AND GEORGIA NAACP PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs The Concerned Black Clergy of Metropolitan Atlanta, Inc.; The Justice Initiative, Inc.; Metropolitan Atlanta Baptist Ministers Union, Inc.; First Congregational Church, United Church of Christ Incorporated; Georgia Latino Alliance for Human Rights, Inc. (collectively, "the CBC Plaintiffs") hereby give notice of their joinder in and adoption of the AME and Georgia NAACP Plaintiffs' Renewed Motion for Preliminary Injunction and Brief in Support (ECF No. 535-1) filed on April 24, 2023.

1

**Date: April 25, 2023**                    Respectfully submitted,

/s/ Clifford J. Zatz

Kurt Kastorf (GA Bar No. 315315)
**KASTORF LAW, LLC**
1387 Iverson Street, N.E., Suite 100
Atlanta, GA 30307
Telephone: 404-900-0330
kurt@kastorflaw.com

Judith Browne Dianis*
Angela A. Groves*
Matt Fogelson*
**ADVANCEMENT PROJECT**
1220 L Street, N.W., Suite 850
Washington, DC 20005
Telephone: (202) 728-9557
Jbrowne@advancementproject.org
AGroves@advancementproject.org
MFogelson@advancementproject.org

Clifford J. Zatz*
Justin D. Kingsolver*
William Tucker*
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 624-2500
CZatz@crowell.com
JKingsolver@crowell.com
WTucker@crowell.com

Jordan Ludwig*
**CROWELL & MORING LLP**
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: (213) 443-5524
JLudwig@crowell.com

*Admitted *pro hac vice*

*Counsel for CBC Plaintiffs*

*Counsel for CBC Plaintiffs*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using Times New Roman font type and a point size of 14.

Dated:  April 25, 2023                                            */s/ Clifford J. Zatz*
                                                                                Clifford J. Zatz
                                                                                Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2023 I electronically filed this document with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record.

Dated:  April 25, 2023                                     */s/ Clifford J. Zatz*
                                                                         Clifford J. Zatz
                                                                         Counsel for Plaintiffs