# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>BRIAN KEMP, Governor of Georgia in his official capacity, et al.<br><br>*Defendants*<br><br>REPUBLIC NATIONAL COMMITTEE, et al.,<br><br>*Intervenor-Defendants.* | CIVIL ACTION NO. No. 1:21-cv-01284-JPB |

## PLAINTIFFS' RULE 5.4 NOTICE OF <u>SERVICE OF DISCOVERY</u>

Pursuant to Local Rules 5.4 and 26.3(A), I hereby certify that on April 25, 2023, I caused Plaintiffs in the above-captioned case to serve a document production on behalf of the Georgia Advocacy Office (GAO-001093 – GAO-001095), via email upon all counsel of record.

This 25th day of April, 2023.

*/s/ John S. Cusick*
John S. Cusick (admitted *pro hac vice*) jcusick@naacpldf.org
NAACP LEGAL DEFENSE AND
 EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor

1

New York, New York 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592

*Attorneys for Plaintiffs Sixth District of the African Methodist Episcopal Church, Delta Sigma Theta Sorority, Georgia ADAPT, and Georgia Advocacy Office*

2

## CERTIFICATE OF SERVICE AND
## COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that on April 25, 2023, I electronically filed the foregoing PLAINTIFFS' RULE 5.4 NOTICE OF SERVICE OF DISCOVERY, which has been prepared using 14-point Times New Roman Font, with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 25th day of April, 2023.

/s/ *John S. Cusick*
John S. Cusick (admitted *pro hac vice*)