**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.:<br>1:21-MI-55555-JPB |

**ENTRY OF APPEARANCE OF STUART F. SUMNER**

COMES NOW, **STUART F. SUMNER,** attorney with Hall Booth Smith, P.C., Georgia Bar No: 353355, and hereby makes an entry of appearance on behalf of Defendants THE REPUBLICAN NATIONAL COMMITTEE, NATIONAL REPUBLICAN SENATORIAL COMMITTEE, GEORGIA REPUBLICAN PARTY, INC., and NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE.

Counsel may be served at:

Stuart F. Sumner<br>
HALL BOOTH SMITH, P.C.<br>
191 Peachtree Street, N.E., Suite 2900,<br>
Atlanta, GA 30303<br>
Tel: 404-954-5000<br>
Fax: 404-954-5020<br>
E-Mail: ssumner@hallboothsmith.com

Respectfully submitted this 28<u>th</u> day of April, 2023.

**HALL BOOTH SMITH, P.C.**

*/s/ Stuart F. Sumner*
STUART F. SUMNER
Georgia Bar No. 353355

*Counsel for The Republican National Committee, National Republican Senatorial Committee, Georgia Republican Party, Inc., and National Republican Congressional Committee*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA  30303-1775
Tel:  404-954-5000
Fax:  404-954-5020
Email:  ssumner@hallboothsmith.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the within and foregoing **ENTRY OF APPEARANCE OF STUART F. SUMNER** through the CM/ECF e-filing system which will automatically send email notification of such filing to the attorneys of record.

Respectfully submitted this 28th day of April, 2023.

**HALL BOOTH SMITH, P.C.**

*/s/ Stuart F. Sumner*
STUART F. SUMNER
Georgia Bar No. 353355

*Counsel for The Republican National Committee, National Republican Senatorial Committee, Georgia Republican Party, Inc., and National Republican Congressional Committee*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA  30303-1775
Tel:  404-954-5000
Fax:  404-954-5020
Email:  ssumner@hallboothsmith.com