# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| THE CONCERNED BLACK CLERGY OF METROPOLITAN ATLANTA, INC. *et al.*, | |
| *Plaintiffs,* | |
| v. | Civil Action No. 1:21-cv-01728-JPB |
| BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State *et al.*, | |
| *Defendants,* | |
| THE REPUBLICAN NATIONAL COMMITTEE *et al.*, | |
| *Intervenor-Defendants.* | |

## MOTION FOR JOSEPH J. WARDENSKI TO WITHDRAW AS ATTORNEY OF RECORD

Pursuant to Civil L.R. 83.1(E)(2), Plaintiffs Concerned Black Clergy of Metropolitan Atlanta, Inc., *et. al.* (the "CBC Plaintiffs") respectfully move the Court for permission to withdraw Joseph J. Wardenski of Wardenski P.C. as an attorney of record for the CBC Plaintiffs in the above-captioned actions. In support of this motion, and in compliance with Civil L.R. 83.1(E)(2), Plaintiffs state:

1.   Joseph Wardenski has given the CBC Plaintiffs 14 days' notice, by email from undersigned co-counsel at Advancement Project, of his intention to request permission to withdraw from the above-captioned actions.

2.   The remaining undersigned attorneys at Advancement Project, Crowell & Moring LLP, and Kastorf Law, LLC will continue to serve as attorneys for the CBC Plaintiffs.

Based on the foregoing, Plaintiffs respectfully request that the Court grant this motion and enter the attached proposed order.

DATED: April 28, 2023

Respectfully submitted,

/s/ Joseph J. Wardenski
Joseph J. Wardenski*
WARDENSKI P.C.
195 Plymouth Street
Suite 519 Brooklyn, NY 11201
Telephone: (347) 913-3311
joe@wardenskilaw.com

Judith Browne Dianis*
Angela Groves*
Matthew Fogelson*
ADVANCEMENT PROJECT
1220 L Street, N.W., Suite 850
Washington, DC 20005
(202) 728-9557
jbrowne@advancementproject.org
agroves@advancementproject.org
mfogelson@advancementproject.org

Clifford J. Zatz*
Justin D. Kingsolver*
William Tucker*
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 624-2500
CZatz@crowell.com
JKingsolver@crowell.com
WTucker@crowell.com

Jordan Ludwig*
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: (213) 443-5524
JLudwig@crowell.com

Kurt Kastorf (GA Bar No. 315315)
KASTORF LAW, LLC
1387 Iverson Street, N.E., Suite 100
Atlanta, GA 30307
Telephone: (404) 900-0330
kurt@kastorflaw.com

*Admitted pro hac vice

*Counsel for Plaintiffs Concerned Black Clergy of Metropolitan Atlanta, Inc. et al.*

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of April, 2023, a copy of the foregoing motion was filed and served via the Court's CM/ECF electronic filing system, which will automatically send email notifications of said filing to all attorneys of record.

/s/ *Joseph J. Wardenski*
Joseph J. Wardenski