# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| THE CONCERNED BLACK CLERGY OF METROPOLITAN ATLANTA, INC. *et al.*, <br><br>*Plaintiffs,* <br><br>v. <br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State *et al.*, <br><br>*Defendants,* <br><br>THE REPUBLICAN NATIONAL COMMITTEE *et al.*, <br><br>*Intervenor-Defendants.* | Civil Action No. 1:21-cv-01728-JPB |

## [PROPOSED] ORDER GRANTING MOTION FOR JOSEPH J. WARDENSKI TO WITHDRAW AS ATTORNEY OF RECORD

Having considered the Motion to Withdraw Joseph J. Wardenski as Attorney of Record, **IT IS HEREBY ORDERED** that the Motion is **GRANTED,** and the Clerk is directed to remove Joseph J. Wardenski as an attorney for Plaintiffs

Concerned Black Clergy of Metropolitan Atlanta, Inc., *et. al.* in the above-captioned actions.

      IT IS SO ORDERED this the _____ day of _____, 2023.


                                                                   _____
                                                                    Honorable J.P. Boulee
                                                                    United States District Judge