# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |

## STATE DEFENDANTS'
## UNOPPOSED MOTION TO EXTEND DEADLINE
## TO FILE OPPOSITION TO PRELIMINARY INJUNCTION MOTION

State Defendants respectfully request that the Court extend their deadline to respond to the Renewed Motion for a Preliminary Injunction filed on April 24, 2023, by the AME and NAACP Plaintiffs [Doc. 535] and joined by the CBC Plaintiffs on April 25, 2023 [Doc. 537]. The State Defendants' response is currently due by May 8, 2023. In light of the many other discovery tasks that the State Defendants are currently handling, they request that the Court extend this deadline to June 1, 2023. The Parties have conferred about this request, and the Intervenor Defendants consent to the requested extension, and the AME, NAACP, and CBC Plaintiffs stated that they do not oppose the requested relief.[1]

---

[1] Specifically, Plaintiffs provided the following statement of their position:

> Plaintiffs involved in this motion do not oppose the motion to extend the response deadline to June 1 with the caveat that the additional time granted to Defendants shall not be cited as a basis for any arguments under *Purcell.*

There is good cause to grant the requested relief. As the Court recently recognized, "[t]he breadth of discovery thus far in these cases has been enormous." [Doc. 496 at 2]. For instance, the State Defendants have produced over 1.36 million pages of documents, and the parties have conducted several dozen depositions. For this reason, and recognizing the significant amount of work remaining, the Court extended discovery until May 19, 2023. *Id.* at 3.

Under that extended schedule, fact discovery concluded on April 14, 2023, and expert depositions must be completed by May 19, 2023. *Id.* Accordingly, the State Defendants have been devoting their time to conducting nineteen expert depositions during this short period of expert discovery. This has been a time-consuming task as many of the depositions have required counsel to travel to the depositions. Also, as several of Plaintiffs' experts provided minimal availability, the State Defendants have been required to conduct several depositions concurrently, notwithstanding this Court's Standing Order. Further complicating matters, several Plaintiff groups issued supplemental initial disclosures at the end of fact discovery, identifying more than a dozen new witnesses who Plaintiffs contend had relevant information about their voting experiences in Georgia. Rather than seek another extension of discovery based on Plaintiffs' belated disclosures, the State Defendants agreed to conduct depositions of these dozen witnesses during the period previously set aside for expert depositions.

In light of these myriad tasks, the State Defendants are unable to devote sufficient attention and resources to their opposition to the Preliminary Injunction Motion until after May 19, 2023. Considering the significant amount of time that will be required to review and compile the record for the State Defendants' opposition, they submit that extending the deadline to allow approximately two weeks after the close of expert discovery to file the opposition is reasonable and will afford sufficient time for the State Defendants to draft an opposition that fully addresses the various arguments Plaintiffs have raised. And, considering that the Plaintiffs' primary reason for objecting to this request is that it will "cause[] scheduling problems ... due to travel schedules," the State Defendants maintain that there is good cause to grant the requested extension.[2]

Respectfully submitted this 3rd day of May, 2023.

        Christopher M. Carr
        Attorney General
        Georgia Bar No. 112505
        Bryan K. Webb
        Deputy Attorney General
        Georgia Bar No. 743580
        Russell D. Willard
        Senior Assistant Attorney General
        Georgia Bar No. 760280
        Elizabeth Vaughan
        Assistant Attorney General

---

[2] Of course, issues with the travel schedules for Plaintiffs' attorneys could be easily addressed through an extension of time for Plaintiffs to file their reply, should they request leave to do so.

Georgia Bar No. 762715
**State Law Department**
40 Capitol Square, S.W.
Atlanta, Georgia 30334

*/s/ Gene C. Schaerr*
Gene C. Schaerr*
Special Assistant Attorney General
Erik Jaffe*
H. Christopher Bartolomucci*
Donald M. Falk*
Brian J. Field*
Cristina Martinez Squiers*
Edward H. Trent*
Nicholas P. Miller*
Joshua J. Prince*
Annika B. Barkdull*
**SCHAERR | JAFFE LLP**
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com

*Admitted pro hac vice*

Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com.
Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
**Taylor English Duma LLP**
1600 Parkwood Circle
Suite 200
Atlanta, Georgia 30339
(678) 336-7249

*Counsel for State Defendants*

4