EXHIBIT 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.*, <br><br> *Defendants*, <br><br> REPUBLICAN NATIONAL COMMITTEE, *et al.*, <br><br> *Intervenor-Defendants*. | Civil Action No.: 1:21-cv-01284-JPB |

## DECLARATION OF EMPISH THOMAS IN SUPPORT OF AME PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

**DECLARATION OF EMPISH THOMAS**
**(Pursuant to 28 U.S.C. § 1746)**

My name is Empish Thomas. I am over the age of 21 and am fully competent to make this declaration. Under penalty of perjury, I declare the following statement based on my personal knowledge:

1. I currently live in Lithonia in DeKalb County, Georgia. I have been a registered voter since I was 18 years old, first in Florida and then in Georgia after I moved there.

2. I am 51 years old, and I am Black.

3. I have been voting since about 1996. Over the years, I have become politically involved, and I try to vote in almost every election. Sometimes, I have tried to vote absentee, but usually, I have tried to vote in person because I do not find absentee voting accessible to me.

4. Around 1999 or 2000, I became completely blind. I have been completely blind for 22 years. It is not that I am visually impaired; I have no vision.

5. As a result of having no vision, I don't drive myself to vote. Most of the time, I have been transporting myself to vote by taking the MARTA bus. MARTA Mobility is a reservation service that picks you up and drops you off in a fixed window of time that you reserve in advance. A couple of times, I have taken a rideshare service like Uber or Lyft to vote, and sometimes I have used rides-to-the-polls programs or walked to the precinct with a sighted friend if it is located close enough to me.

6. I generally rely on MARTA to get me to the polls for a few reasons. First, because rideshares are very expensive. Second, sometimes I don't have anyone in the area to give me a ride to the polls. Also, I have tried ride to the poll programs and had the person not show up. That is why I rely on booking MARTA rides to vote.

7. I have received assistance with voting ever since I lost my vision in about 1999 or 2000, both when voting absentee and when voting in-person. I have voted absentee twice since becoming blind, with assistance, once in 1999 and once in 2020.

8. The second time I tried to vote absentee, it was during the 2020 primary election. My friend who is sighted assisted me. Even with her assistance, I found the process of requesting and filling out the ballot complicated. Fortunately, I was able to get my sighted friend, who I trusted to come over, to mark my ballot and mail it for me.

9. Because of the barriers with the absentee ballot process, I do not feel that absentee voting is accessible to me as a person with a disability, and I have decided that voting in person is generally the only way for me to vote going forward.

10. The increased barriers to absentee voting under Senate Bill 202 are part of the reason I am not willing to try absentee voting again. Before Senate Bill 202, it was already a barrier to find a trusted sighted person to help me fill out my absentee ballot. It has to be someone who I trust to mark my ballot the way I want them to and who I know won't change my vote. It's always a question in my mind whether I can trust a person with information like that, and it's hard to find someone I know that I can trust with my ballot.

11. With the new penalties in SB202 adding a criminal penalty for incorrectly providing me with assistance, and the requirement that I and anyone who helps me must fill out a confusing and intimidating oath, now, trying to locate the right person to help me with my ballot is even harder. Not only would I have to find someone who is eligible to assist me who I can trust with my private information and with respecting my political choices; it also has to be someone who is willing to sign their own name on the voter assistance oath and risk criminal penalties if they made a mistake. I believe that the criminal penalties

create a further barrier because I know a lot of people would be intimidated by the idea of facing a criminal penalty or a legal issue if they help me. I know, for instance, some people who have refused to help me fill out paperwork at the doctor's office in the past because the paperwork included technical, legal language about HIPAA.

12. I also know that if I tried to get someone to help me return my absentee ballot, I'd face insurmountable barriers to doing so. First of all, I don't have any family members living in Georgia. Second, I don't have anyone who I consider a caregiver. I'm a functional, independent person with a disability, and I don't even think I am eligible for most caregiving services based on my level of income and my level of daily functioning.

13. It's a misconception about people with disabilities that we always rely on caregivers to help us. Out of my friends in the blind community in Atlanta, most of them live independently, and I wouldn't say they have "caregivers."

14. I have an assistant who is someone who comes over about once a month, or sometimes less. It ebbs and flows. Generally, I pay her to do different tasks for me. Sometimes I don't have the money to pay her, so I don't meet with her in a given month. She gives me rides places and helps me with things like paper mail, reading inaccessible websites, household chores, shopping, dealing with my printer, filling out forms that aren't accessible, or other tasks. When I worked as a contractor, I paid her through my business to do business-related tasks, like helping me with my blog and website. I don't consider my assistant a caregiver because she doesn't provide me with care, and I don't see her regularly.

15. I think it's confusing that the new voting law doesn't say who a caregiver is because I've come to believe that someone in a caregiver role is doing a lot more than what my assistant is doing (visiting me occasionally to help with tasks). While I don't know how the state is

defining the word "caregiver" in its election laws, I would assume there are certain criteria to meet, like living with you or helping you more regularly, and that my assistant wouldn't be considered a "caregiver." Also, when I've applied for benefits in the past, I was told that this kind of occasional assistance didn't count as "caregiving." I think people might have a lot of different definitions of what they consider a "caregiver." Clarity in the law would be really helpful to someone in my situation to know if my assistant would count as a caregiver and could return my ballot.

16. In short: with the new requirements in Senate Bill 202, I believe I would be committing a crime any time I tried to have someone return my ballot because I would need to ask someone other than a family member or a caregiver. The new criminal penalties are one of the big reasons I don't feel that absentee voting is accessible to me at all.

17. I traditionally have had problems with my mail being slow. It sometimes takes three full days for my mailman to come pick up my mail. If the election drew close and I were in a rush, trying to return an absentee ballot, I believe I would need to go all the way to a dropbox to return my ballot. But I can't get to dropboxes easily at all; in my experience, public transportation isn't going to drive me up and let me drop off my ballot and then take me home immediately after. I believe I would need to set up two separate trips to the dropbox with MARTA simply to drop off my ballot and get home, or pay my assistant to drive me.

18. The new requirement that dropboxes remain open for fewer hours makes dropboxes even less accessible. That is because I'm dependent on someone else to drive me, and I'm beholden to when MARTA or my assistant can take me and when they're available. If I didn't reach the dropbox in the given window of time that the county establishes, I wouldn't

be able to drop off my ballot. At that point, I might as well just go in person and vote. Maybe it's convenient for able bodied persons to have a dropbox, but as the program stands, it's not accessible to people like me, who have a visual disability and rely on a ride from another person.

19. Because I feel that absentee voting is not accessible to me, I now generally vote in-person.

20. Ordinarily, with in-person voting, poll workers help me with filling out any paperwork on Election Day; I give the poll worker my Georgia-state identification card, and the poll workers fill out the form that I sign. Next, poll workers escort me to an accessible voting machine. The poll workers make sure that I am seated and that the machine is properly functioning before they walk away. I also get escorted by a poll worker to the voting machine to cast my ballot and turn in my plastic voter card. Lastly, I receive assistance from a poll worker as an escort to the door to sit and wait on the MARTA bus to return home.

21. In May 2022, I went to vote in-person at my precinct, New Birth Missionary Baptist Church. I live right near there, but I got a ride from MARTA and had them drop me off at the precinct, and I booked a second trip for them to come back and pick me up after voting.

22. When I arrived at the precinct, I had to wait over an hour for a poll worker to fix the accessible voting machine. Because I had to wait over an hour, I was worried that I would miss my scheduled ride on the MARTA bus and have to book another reservation with MARTA and come back another day.

23. My experience with waiting for over an hour at my precinct encouraged me not to ever vote at that location again.

24. On Monday, October 24, 2022, I went to vote early in-person in the 2022 general election. I took the bus to the old Sam's Club in Stonecrest in DeKalb County. When I arrived, a poll worker told the MARTA mobility driver to have me sit at a table. Another poll worker came over and asked if the MARTA driver was going to help me with my form. I explained that the MARTA driver worked for MARTA and was only dropping me off. The poll worker then went off to find someone to assist me. I was surprised that the poll worker did not agree to assist me because, ordinarily, poll workers help me with my election paperwork.

25. I sat there and patiently waited. I was confused because the precinct was not crowded. After waiting for approximately 15 or 20 minutes, I got up and walked toward where I could hear people and asked when someone was coming over to assist me. This process seemed strange because I have voted in elections since 1996, and I have never been told to sit and wait at a table, especially when the precinct appeared not to be busy.

26. At that point, a poll worker told me that the poll workers could no longer help me with voting and that the poll workers would have to get another voter to assist me.

27. I was very angry at what the poll worker told me and insisted that this information cannot be true. The poll workers insisted that this information was true and referenced Senate Bill 202. In fact, one of the poll workers told me that she called and spoke to her director to confirm what she told me.

28. I pushed back against what she told me and shared about a blind friend who went to vote at the headquarters location on Memorial Drive. I told the poll worker that my blind friend didn't have this problem and voted on the first day of early voting. Still, the poll workers insisted that the information they shared with me was correct and refused to help me.

29. In every prior election where I voted in person, poll workers have been willing to help me, except for this experience on October 24, 2022.

30. All my assistance with voting on October 24, 2022, came from a stranger, and that is a problem. Luckily, the stranger, a fellow voter, was kind; however, she understandably had no familiarity with how to help a blind voter cast her ballot. The poll workers gave her some instructions on how to help me.

31. After I voted, she printed out my ballot, and she started to grab the ballot off the machine. I immediately stopped her and told her not to touch my ballot. She quickly apologized and responded that she didn't know that she could not touch my ballot. I told her that it was okay and that these instances are why I have a problem with this whole process of voting in-person without receiving assistance from poll workers. She was not a poll worker and I believe she could not have known not to touch my ballot.

32. Next, the fellow voter escorted me to the other machine to cast my ballot, and a poll worker asked me to turn in my plastic voter card. When I gave my voter card to him, he asked to see my ballot to get some kind of QR code off it. I got upset and told him he is not supposed to see my ballot. I asked him what is a QR code because I didn't remember being asked for a QR code before.

33. Another poll worker came over to me and began to explain to me that the poll workers needed to know my precinct. I told both poll workers that my precinct was New Birth Missionary Baptist Church. I was confused why the poll workers did not just ask me for my precinct in the first place instead of requesting to see my ballot.

34. Next, the poll workers offered to insert my ballot in the machine. I again got upset with the poll workers and told them that they were not supposed to touch my ballot and said I will

insert it in the machine myself. I ended up inserting my ballot in the machine to cast my ballot.

35. After I cast my ballot, the fellow voter escorted me outside so I could wait for my ride. When I made it home, I researched Senate Bill 202. The information I found made no mention about assisting or not assisting a blind voter who needs assistance casting her vote in person. As a result, I called the office of the Georgia Secretary of State and filed a complaint with them. The office referred me to the DeKalb County Election Office where I tried to file a formal complaint and a written statement around November 2022.

36. My friend, who is also blind, told me that she experienced the same issues voting at the Sam's Club. She told me that the poll workers refused to help her fill out her voter information and that her mother had to assist her with her ballot instead.

37. I voted at my county headquarters early in late November 2022 for the December 2022 runoff because I didn't want to go through again what happened at Sam's Club. I went to a different location, a farther bus ride away. Sam's Club is only 5-10 minutes away by car, and the headquarters is in Decatur, meaning I had to go about 45 minutes to an hour on the bus to the other location. But I didn't want to go through that situation again, so I preferred to take the much longer trip to go vote. My friend also decided to vote at the headquarters because of her experiences being refused assistance at the Sam's Club location.

38. As a person with a disability, I always know to be looking out for accessibility problems with in-person voting, and I unfortunately have come to expect to face long wait times both to get to the polls and to get the assistance I need with voting once I get to my polling place. If absentee ballots were made accessible to me as a person with a disability, I would prefer to have them as an option as well. I have faced barriers that nondisabled voters do not have

9

to face, and the changes and restrictions that Senate Bill 202 created have made voting even less accessible to voters like me.

39. Voting is important to me because it allows me to have equity and representation in our politics. When voting is accessible, I have equal access to participate in politics alongside my able-bodied peers. When voting is not accessible, I do not have equal access to our political process, which is frustrating to me because I have thoughts and views just like anyone else. It is also important to me to have privacy and independence in the voting process.

40. Having these accessibility barriers makes disabled people feel like an afterthought in the voting process. It's 2023, and the ADA has been around since 1990. We have all these laws and rights now, and it's disappointing that we are still dealing with these problems with voting.

I declare that under penalty of perjury that the forgoing is true and accurate.

Executed on

*[signature: Empish Thomas]*

Empish Thomas

11