EXHIBIT 3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, *et al.*, <br><br> *Plaintiffs,* <br> v. <br> BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.*, <br><br> *Defendants,* <br><br> REPUBLICAN NATIONAL COMMITTEE, *et al.*, <br><br> *Intervenor-Defendants.* | Civil Action No.: 1:21-cv-01284-JPB |

## DECLARATION OF PATRICIA CHICOINE IN SUPPORT OF AME PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

## DECLARATION OF PATRICIA CHICOINE
### (pursuant to 28 U.S.C. § 1746)

My name is Patricia Chicoine. I am over the age of 21 and fully competent to make this declaration. Under penalty of perjury, I declare the following based upon my personal knowledge:

1. I currently live in Roswell in Fulton County, Georgia. I have been registered to vote in Georgia since 2006.

2. I am 76 years old and white.

3. Due to my advanced age, I have difficulty walking and standing for long periods of time. I had two knees replaced and I have arthritis in my back that makes walking painful. On bad days, I have to drive to the mailbox in front of my house just to pick up my mail. I use a cane for walking any distance longer than very short trips. For example, if I have to mail a letter, I will use a cane to walk to the mail counter from my car. My disability substantially limits some of my major life activities, including walking and standing. I struggle to stand in line to vote because of my disability and before Senate Bill 202, I would typically vote absentee by mail.

4. In 2020, I thought that there were changes and turmoil at the U.S. Postal Service that could interfere with voting by mail, so to be sure that my vote would be counted, I decided to vote instead by absentee ballot that I could place directly in a dropbox. That was an easy way to vote; it was perfect and it helped me a lot. For the 2020 presidential election, it felt like dropboxes for absentee ballots were everywhere. I deposited my ballot for that election at the Roswell Branch Library at 115 Norcross Street, in Roswell, Georgia, 30075, where the dropbox was located outside the building and I didn't have to enter the library. It was a very convenient location for me, only a five-minute drive from my home, and ballots could be deposited at any

time of day.

5. This option was convenient and made it much easier for me to cast my ballot because I could park in an accessible spot right by the outdoor dropbox. I was able to easily walk up the outdoor ramp and drop off my ballot, without any difficulty walking to or accessing the dropbox. It is hard for me to place my ballot in an indoor dropbox because accessibility can be unpredictable and the hours they are open are limited. Additionally, given my advanced age, I avoid grocery shopping, running errands, and driving during business hours when there are more people and traffic on the road. The ability to use an outdoor dropbox during any time of the day allows me to only be on the road during times when it is comfortable for me to drive.

6. In 2021, most dropbox locations were eliminated, including the outdoor location at the Roswell Branch Library that I previously used. I learned that the dropbox nearest to my home now was at the Alpharetta Branch Library at 10 Park Plaza, Alpharetta, Georgia 30009, a twenty-five-minute drive from my home at best, depending on traffic. It's also located in a very congested part of Alpharetta.

7. On October 21, 2021, I arrived at the Alpharetta Branch Library to deposit my ballot. I parked in an accessible parking space outside the library but did not bring my cane with me because I expected the dropbox to be conveniently located in the lobby. However, I saw no dropbox in the lobby. A librarian directed me to the voting area, which was at the other end of the building at the end of an extremely long hall – as far away as possible from the library front door. It angered me that the location was so inconvenient.

8. Without my cane, I had difficulty and it took me some time to make my way down the hall to a small room where the dropbox was located. I had to support myself walking by holding onto chairs and desks and taking many breaks along the way. Three older men were

seated in the room, apparently observing the dropbox. After I had deposited my ballot, they directed me to exit the back of the building by another hallway. I told them that was ridiculous, and that I would not take that longer way out, but would return by the same hallway I had come by, which led more directly to my car. I complained to them that the long walk was very hard for me, and that it was not acceptable that there were no handrails in the hallway or any other accommodations for elderly or disabled persons. They looked amused by my complaints. Ultimately, it took me 60-90 minutes to vote that day, including driving to and from Alpharetta.

9. A woman wearing a pin, who appeared to be a voting official, then approached me. She was not a librarian. She apologized to me for my trouble in reaching the dropbox location. She told me that the dropbox had originally been located in the library lobby, but that they had gotten a call from "downtown" instructing them to move the box from the lobby to the separate voting area. She said I was not the first person who complained that day about the inaccessible location of the dropbox in the building. Having a dropbox outside would have been more easily accessible for me than having the dropbox in the lobby; but having the dropbox located at the end of a long hallway was *especially* frustrating after I had to drive such a long distance and enter the library in the first place, rather than the dropbox simply being outside the entrance.

10. This process was so difficult that I chose to vote early and in-person in the May 2022 primary elections. Before the new voting laws limited dropboxes, I would have used the dropbox in Roswell and the entire process would have taken 20-30 minutes including transportation. I did not want to drive all the way to the dropbox in Alpharetta again and have to go inside the building, so I chose to vote in-person during early voting. There was a line and I had to wait standing up for about 20 minutes before I asked a poll worker for a chair because

standing had become so difficult. I was not told that I could go to the front of the line or sit down. I didn't see any signs telling me I could skip the line or sit down. The process still took nearly an hour and was far more difficult than using the old dropbox in Roswell. I would have voted absentee, but I am concerned about the reliability of mail-in voting and having to go inside of the building to use a dropbox again.

11. In the November 2022 election, I voted early in-person again because of my experiences with the dropbox, and because I was concerned about the shorter time to submit absentee ballots. I was also concerned about providing a pen-and-ink signature given that my handwriting has deteriorated over the years. These changes contributed to my choice to vote in-person, even though walking and standing in line are difficult for me. I had to wait a while, about 20 minutes, and then I saw around the corner that there was a seating area. I then asked poll workers to let me sit down in the seating area I saw, and waited about 10 more minutes sitting down. I was not offered the option to skip the line or to sit down, and had to request that the poll workers let me sit down. I didn't see any signs telling me I could skip the line or sit down.

12. In the December 2022 election, I voted by early, in-person voting because of all the issues I face with accessing absentee voting and dropboxes, because I don't trust the mail, and because I wanted to avoid standing in too long of a line on Election Day due to my physical disabilities. I would much rather vote by mail, and my choice would be to get an absentee ballot and mail it if that were an option, but I don't trust that my vote would be counted and I don't feel that dropboxes are accessible to me as an alternative to the mail. When I voted in person early, I was not told that I could skip the line, but this time, I saw a sign for voters with disabilities telling me I was able to skip the line, so I asked poll workers to let me do so.

13. When I was young, voting was easy to do. It is not right that the procedure to

exercise this basic right has become so complicated and burdensome. I already face significant barriers to being able to cast my ballot, and Senate Bill 202 made it even harder for me to do so and will continue to make it harder in the future. I also feel that people with disabilities weren't taken into account when the law was passed and was shocked and infuriated that people with disabilities weren't given a chance to weigh in on the process of making the law. Because of my disability, I have to deal with barriers created by Senate Bill 202 that other voters don't have to and this feels very frustrating and wrong.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03/21/2023**

_____
Patricia Chicoine