EXHIBIT 5B

EXHIBIT A

# Reminding You to Vote



## Presented by the Georgia Advocacy Office (GAO)

**The Protection and Advocacy System for People with Disabilities in Georgia**





GAO-000679

# Georgia Advocacy Office (GAO)

## <u>VISION</u>

GAO envisions a Georgia where all people have value, visibility and voice; where even the most difficult and long-lasting challenges are addressed by ordinary citizens acting voluntarily on behalf of each other; and where the perception of disability is replaced by the recognition of ability.



GAO **GEORGIA ADVOCACY OFFICE**
*The Protection and Advocacy System*
*for People with Disabilities in Georgia*

2

GAO-000680



And So Does My Voice

**Do people with disabilities make a difference when they vote?**

**YES!**



GEORGIA ADVOCACY OFFICE
*The Protection and Advocacy System for People with Disabilities in Georgia*

3

GAO-000681



## Help America Vote Act (HAVA)

The Help America Vote Act (HAVA) authorizes state
Protection and Advocacy agencies to investigate
voter discrimination against people with disabilities.
The Protection and Advocacy organization (P&A)
for Georgia is the Georgia Advocacy Office.



4

GAO-000682

## Thanks to Civil Rights Legislation Like the Americans with Disabilities Act (ADA) and the Help America Vote Act (HAVA)

Aids and services may include:



- Ballots in alternative formats
  - Audio recordings
  - Braille
- The assistance of another individual of the voter's choosing (poll worker or otherwise)
- Accessible polling places

### Voting is Your Civil Right



GEORGIA ADVOCACY OFFICE
The Protection and Advocacy System
for People with Disabilities in Georgia

5

GAO-000683

# Who Can Register to Vote in Georgia?

- To register to vote in Georgia, you must be:
  - A citizen of the United States
  - A legal resident of Georgia and of the county where you wish to vote
  - At least 18 years of age by Election Day
    - You can register to vote six months before your 18th birthday



GEORGIA ADVOCACY OFFICE
*The Protection and Advocacy System for People with Disabilities in Georgia*

6

GAO-000684

## Registering to Vote in Georgia 

There are several ways for Georgians to register:

- Download a registration form from the Secretary of State's Office here:
  - Https://www.mvp.sos.ga.gov/MVP/mvp.do

- Contact your county election office, public library, public assistance office, school, or other government offices

- Register when you renew or apply for your driver's license or ID card at the Department of Driver Services

- **Once registered, keep your registration up to date with any name or address changes**



GEORGIA ADVOCACY OFFICE
*The Protection and Advocacy System for People with Disabilities in Georgia*

7

GAO-000685

# Georgia Voter Identification Requirements

## What Types of IDs are Acceptable?

- Any valid state or federal government issued photo ID, even if expired
- A FREE Voter ID Card issued by your county election office
- A valid employee photo ID from any branch, department, agency, or entity of the U.S. Government, Georgia, or any county, municipality, board, authority, or other entity of Georgia
- A valid U.S. passport ID
- A valid U.S. military photo ID
- A valid tribal photo ID

 GEORGIA ADVOCACY OFFICE
*The Protection and Advocacy System for People with Disabilities in Georgia*

8

GAO-000686



# Georgia's Voter Identification Card

Georgia offers a FREE Voter Identification Card that can be issued at any local county election office.

To receive a voter ID card, the voter must provide:

- A photo identity document or approved non-photo identity document that includes full legal name and date of birth
- Documentation showing the voter's date of birth
- Evidence that the applicant is a registered voter
- Documentation showing the applicant's name and residential address



9

GAO-000687





GAO GEORGIA ADVOCACY OFFICE
The Protection and Advocacy System
for People with Disabilities in Georgia

10

GAO-000688

## Who Can Vote?

- Unless you are currently serving a sentence for a felony conviction, you can vote in Georgia.
- Can people with a guardianship vote? Yes, unless your guardianship papers <u>specifically state</u> that you cannot vote. If the guardianship papers do not contain those words, <u>then you can vote</u>.



GAO  GEORGIA ADVOCACY OFFICE
The Protection and Advocacy System
for People with Disabilities in Georgia.

11

GAO-000689

# What if You Need Help with Voting?



•Ask a poll worker at your voting place

•Ask any other person of your choosing, except your employer or a worker's union

 **GAO** GEORGIA ADVOCACY OFFICE
*The Protection and Advocacy System
for People with Disabilities in Georgia*

12

GAO-000690

# What if You Can't Get to the Polls?

- **You do not have to go to a polling place to vote!**
- Any voter can request a mail-in/absentee ballot
- No excuse is needed in Georgia for a mail-in/absentee ballot
- You can request a mail-in ballot online or at your county Board of Registrars Office





GAO **GEORGIA ADVOCACY OFFICE**
*The Protection and Advocacy System*
*for People with Disabilities in Georgia*

13

GAO-000691

## New Georgia Voting Laws with Absentee Ballots

- Georgia cuts off citizens' ability to apply for an absentee, mail-in ballot 11-days before the final election day without any provisions for emergencies. The deadline for the General Election is **October 28, 2022**

- The drop boxes are NOT available 24/7, they are only available during business days and hours: Monday-Friday; 9 AM to 5 PM



GAO   GEORGIA ADVOCACY OFFICE
*The Protection and Advocacy System for People with Disabilities in Georgia*

14

GAO-000692

## Have you had a problem voting?

We want to hear about any problems you have had voting.



GEORGIA ADVOCACY OFFICE
*The Protection and Advocacy System
for People with Disabilities in Georgia*

15

GAO-000693

## Examples of Voter Discrimination Against People with Disabilities



- Polling staff questioning if you are able to vote because of your disability
- Polling staff refusing to assist you or refusing to allow someone of your choice to assist you
- Polling staff refusing to supply a reasonable accommodation such as ballots in Braille or headphones to listen to the computerized ballots
- No signs marking the location of the accessible entrance
- Inaccessible parking or inaccessible polling location



GAO   GEORGIA ADVOCACY OFFICE
The Protection and Advocacy System
for People with Disabilities in Georgia

16

GAO-000694

## Minimizing Problems

Prior to Election Day, talk to your local election officials about:
- Polling place accessibility
- Specific accommodations you need on Election Day

On Election Day:
- Vote early in the day
- **Take your photo identification with you**  
- Ask for help if you need it
- Read the voting instructions carefully
- Take your time; there is no time limit in the voting booth

**GAO**  GEORGIA ADVOCACY OFFICE
*The Protection and Advocacy System for People with Disabilities in Georgia*

17

GAO-000695

## Whom Should I Vote For?

First, think about what issues are important to you. Then, research the issues by:

- Getting a copy of the ballot from your local election board
- Contacting the Secretary of State's office
- Watching TV news channels
- Going to the library
- Reading the newspaper
- Checking websites like www.nod.org or www.votesmart.org
- Calling the Voter's Research Hotline at 1-888-VOTE-SMART (1-888-868-3762)



GAO  GEORGIA ADVOCACY OFFICE
*The Protection and Advocacy System
for People with Disabilities in Georgia*

18

GAO-000696

# Encountering Problems on Election Day

If you are a Georgia citizen with a disability and you encounter problems with voting, please call:

- **The Georgia Advocacy Office (GAO) Voter Hotline**
  The hotline is available from the time polls open (7:00 AM) until the time polls close (7:00 PM)
  Call (404) 885-1234 or (800) 537-2329

- **The Elections Division of the Secretary of State's Office**
  Call (404) 656-2871



GAO  **GEORGIA ADVOCACY OFFICE**
*The Protection and Advocacy System for People with Disabilities in Georgia*

19

GAO-000697

# 2022 Important Election Dates

## Voter Registration
General Election Voter Registration Deadline…October 10, 2022

## General Election
Advanced (In-Person) Voting Begins…………...October 17, 2022

Last Day to Submit Absentee Ballot
Application………………………………………….October 28, 2022

Recommended Absentee Ballot Return
Deadline……………………………………………November 1, 2022

General Election Date……………………..……...November 8, 2022



GEORGIA ADVOCACY OFFICE
*The Protection and Advocacy System for People with Disabilities in Georgia*

20

GAO-000698



"Vote as if your life depended on it, because it does."

*Justin Dart*
Godfather of the ADA

The people you vote for decide what programs and services get funded.

Your life really does depend on it.

Vote.
It is important.



GEORGIA ADVOCACY OFFICE
*The Protection and Advocacy System*
*for People with Disabilities in Georgia*

21

GAO-000699





22

GAO-000700



**Voting with a Criminal Record**

- **Off paper means that you have completed incarceration, parole, and probation.**
- **A Certification of Completion demonstrates that a person with a felony conviction is not longer under correctional control and has completed their sentence**
- **The Certificate is issued by the Department of Community Supervision**
- **You can obtain the certificate by contacting your original DCS probation office, or request from your local probation office.**

23



GAO-000702

# Can I vote if I am on Probation?

- If you are on probation for a misdemeanor, you can vote.
- If you are serving a felony First Offender or Conditional Discharge sentence, and the status hasn't been revoked, you can vote while still serving the sentence.
- But if you were convicted of a felony or had your felony First Offender or Conditional Discharge revoked and are still on probation, you are not eligible to vote until you complete your sentence, including any time on non-report status.
- If you have served more than three years on probation, you may qualify for early termination.

25

GAO-000703

# What if I still owe fines and fees?

- **The Georgia Secretary of State website states, "[y]our felony sentence is considered completed even if you have outstanding monetary obligations other than fines, such as unpaid restitution, fees, costs, or surcharges," and fines that were imposed as a condition of probation "<u>are automatically cancelled upon completion of probation.</u>"**

- **If you are not sure if you have outstanding fines or if your sentence is complete, contact DCS for a Certificate of Sentence Completion.**



GAO  GEORGIA ADVOCACY OFFICE
*The Protection and Advocacy System for People with Disabilities in Georgia*

26

GAO-000704

## Can I vote if I pled Nolo contendere to a felony offense?

- Yes
- If you pled "Nolo," you can vote, even while serving your sentence.
- Nolo pleas are rare for felonies.

27

GAO-000705

## Do I need a pardon or other documentation to register to vote?

- No.

- Your right to vote is automatically restored upon completion of your sentence—you do not need your record expunged or pardoned.

- You are not required to provide documentation about your criminal history to register.

28

GAO-000706

# I'm off paper, but they still tell me I can't register. What can I do?

- Unfortunately, some people are incorrectly told this.
- To resolve this, present to the Voter Registration Office one of the following: a Certificate of Sentence Completion from DCS, a termination letter from DCS, a court order terminating your probation, a signed letter from your probation officer, or an email sent directly to the Voter Registrar from DCS or probation officer.



GAO GEORGIA ADVOCACY OFFICE
The Protection and Advocacy System
for People with Disabilities in Georgia

29

GAO-000707

# Can I vote if I'm in jail?

- If you are in jail because of a pending case or are serving a sentence for a misdemeanor conviction, you can vote.
- But if you have been convicted of a felony and are awaiting transfer to a state prison, you cannot vote until your sentence is complete.
- In order to register and vote absentee, you will need an acceptable form of ID, which may require help from someone else.

30

GAO-000708

**Can I vote if I am in prison?**

**No, unless you were sentenced under First Offender Act or Conditional Discharge and the status hasn't been revoked.**



GAO **GEORGIA ADVOCACY OFFICE**
*The Protection and Advocacy System for People with Disabilities in Georgia*

31

GAO-000709

**What if I have a felony conviction from another state?**

- **You can vote in Georgia if you are not currently serving a sentence for a felony conviction. The voting laws of the other state don't matter—Georgia law applies to Georgia residents.**

32

GAO-000710



**GAO** **GEORGIA ADVOCACY OFFICE**
*The Protection and Advocacy System*
*for People with Disabilities in Georgia*

33

GAO-000711

## Voter Registration

There is a voter registration table at a conference that Maria is attending in March, six months before she turns 18. Can she register now and vote in the May primary election?

    A. YES
    B. NO



GAO-000712

## Answer:

### A. YES

Maria can register to vote six months before she turns 18 (the voting age in the United States).



GAO  **GEORGIA ADVOCACY OFFICE**
*The Protection and Advocacy System*
*for People with Disabilities in Georgia*

35

GAO-000713

## Mail-in Ballots

Joe wants to register to vote. A friend tells him that the registration cards are at his local library. Is his friend correct?

     A. NO

     B. YES



GEORGIA ADVOCACY OFFICE
*The Protection and Advocacy System for People with Disabilities in Georgia*

36

GAO-000714

## Answer:

## B. YES

There are several ways to register to vote in Georgia:

- County Board of Registrars or election office
- Public library
- Public assistance office
- School or other government offices
- You can also vote online, or you can register at the same time you get your state ID or driver's license



GEORGIA ADVOCACY OFFICE
*The Protection and Advocacy System for People with Disabilities in Georgia*

37

GAO-000715

## Updating Your Registration

Jessica just got married and changed her last name. Does she have to update her voter registration to reflect her name change?

     A. Yes

     B. No



GEORGIA ADVOCACY OFFICE
*The Protection and Advocacy System for People with Disabilities in Georgia*

38

GAO-000716

## ANSWER:

### A. YES

Be sure to update your voter registration if you have a name change or if you move. Your polling place may change based on your new address.



GAO GEORGIA ADVOCACY OFFICE
*The Protection and Advocacy System*
*for People with Disabilities in Georgia*

39

GAO-000717

## Ways to Vote

Eddie does not want to go to his local polling place to vote. Is there another way for Eddie to vote?

    A. No

    B. Yes



GEORGIA ADVOCACY OFFICE
*The Protection and Advocacy System for People with Disabilities in Georgia*

40

GAO-000718

## Answer:

### B. YES

Eddie can request an absentee (mail-in) ballot. No excuse is needed. He can simply fill out a request for a mail-in ballot and then mail or drop off the application to his county registrars office on a business day during business hours.



GAO-000719

## Identification

Matt is voting in an election for the first time. He knows that he has to take identification with him. What types of identification are acceptable?

    A. A Georgia driver's license, even if expired

    B. Voter ID card issued by your county

    C. Valid U.S. passport

    D. U.S. military photo ID

    E. All of the above



**GAO** GEORGIA ADVOCACY OFFICE
*The Protection and Advocacy System for People with Disabilities in Georgia*

42

GAO-000720

## Answer:

### E. All of the above

Matt must have a photo ID to vote in person.



GAO-000721

## Accessibility

Britney uses a wheelchair. She is worried that she will not be able to get into her polling place to vote, and she wants to vote in person. Should she visit her polling place beforehand to make sure it's accessible?

    A. Yes

    B. No



**GAO** **GEORGIA ADVOCACY OFFICE**
*The Protection and Advocacy System*
*for People with Disabilities in Georgia*

44

GAO-000722

## Answer:

## A. YES

Although all polling places are supposed to be accessible under federal law, it helps to make sure that those laws are being followed before election day. If you notice a violation, you can then call the Secretary of State's office to report it.

 GEORGIA ADVOCACY OFFICE
The Protection and Advocacy System
for People with Disabilities in Georgia

45

GAO-000723

## Assistance at the Polls

Richard has a personal care attendant. Does he have to take this person or someone else in the voting booth with him to help him vote?

A. Yes
B. No



GAO-000724

## Answer:

## B. NO

Richard can take someone into the voting booth to assist him, but he does not have to if he does not want to. It is his choice.



47

GAO-000725

## Right to Vote

When Robin goes into her polling place, a poll worker tells her that she is not allowed to vote because she has a disability. What should she do in this situation?

A. Go home

B. Speak with an election official



GAO-000726

# Answer:

## B. Speak with an election official

- Robin should assert her right to vote to the election official.
- If the election official still refuses, Robin can ask for a provisional ballot that will be reviewed by the Board of Elections in order to determine whether her vote should count.
- Robin should also call the Protection and Advocacy voter hotline at the Georgia Advocacy Office at (404) 885-1234 or (800) 537-2329.

 GEORGIA ADVOCACY OFFICE
*The Protection and Advocacy System
for People with Disabilities in Georgia*

49

GAO-000727

# Georgia Dropbox Locations by County

- **Appling County:** 83 South Oak Street, Baxley, GA 31513
- **Atkinson County:** 636 Austin Ave. #E, Pearson, GA 31602
- **Bacon County:** 232 W. 12th Street, Alma, GA 31510 (There is a separate box for applications on top of ballot dropbox.)
- **Baker County:** 167 Baker Place, Newton, GA 39870
- **Baldwin County:** 121 N. Wilkinson St., Suite 102, Milledgeville, GA 31061; 1601 N. Columbia, Suite 110, Milledgeville, GA 31061
- **Banks County:** 226 Candler St., Homer, GA 30547
- **Barrow County:** 233 E. Broad St., Winder, GA 30680 (Ballots and applications may also be dropped off at this location inside the office.)



GAO-000728

# Georgia Dropbox Locations by County

- **Bartow County:** 1300 Joe Frank Harris Pkwy., Cartersville, GA 30120; 135 W. Cherokee Ave., Cartersville, GA 30120; 6503 Glade Rd., Acworth, GA 30102; 30 Burges Mill Rd., Euharlee, GA 30145; 163 Manning Mill Road, Adairsville, 30103
- **Ben Hill County:** Not Applicable
- **Berrien County:** 201 N. Davis St., Room 142, Nashville, GA 31639 (You will need to call ahead prior to dropping off ballot.)
- **Bibb County:** 2525 Pio Nono Avenue, Suite 1200, Macon, GA 31206 (Outside box is for ballots only; inside the office there is a separate box for applications and one for ballots.)
- **Bleckley County:** 112 N. Second St., Cochran, GA 31014 (Come around the side with the parking lot, ring buzzer, and someone from the Elections Office will come get the ballot.)



GAO **GEORGIA ADVOCACY OFFICE**
*The Protection and Advocacy System
for People with Disabilities in Georgia*

51

GAO-000729

# Georgia Dropbox Locations by County

- **Brantley County:** 10305 N. Main St., Suite 400, Nahunta, GA 31553
- **Brooks County:** 610 S. Highland Rd., Quitman, GA 31643
- **Bryan County:** 51 North Courthouse Street, Pembroke, GA 31321; 151 S. College St. Pembroke GA 31321
- **Bulloch County:** 113 North Main Street, Suite 201, Statesboro, Georgia 30458
- **Burke County:** 602 North Liberty Street, Room 104, Waynesboro, GA 30830
- **Butts County:** 625 West Third Street, Jackson, GA 30233
- **Calhoun County:** 31 Court Street, Suite A, Morgan, GA 39866
- **Camden County:** 200 E. 4th St., Woodbine, GA 31569; 311 S. East St., Kingsland, GA 31548



GEORGIA ADVOCACY OFFICE
*The Protection and Advocacy System
for People with Disabilities in Georgia*

52

GAO-000730

# Georgia Dropbox Locations by County

- **Candler County:** 1075 E Hiawatha Street, Suite A, Metter, GA 30439
- **Carroll County:** 423 College Street, Room 302, Carrollton, GA 30117
- **Catoosa County:** 5238 Evitt Street, Ringgold, GA 30736
- **Charlton County:** 1520 Third St., Suite C, Folkston, GA 31537
- **Chatham County:** 1117 Eisenhower Drive, Ste. E, Savannah, GA 31406;
    900 E. Bolton Street, Savannah, GA 31401;
    4437 Skidaway Road, Savannah, GA 31404;
    54 Johnny Mercer Blvd., Savannah, GA 31410;
    1401 Mills B Lane Blvd., Savannah, GA 31405;
    14097 Abercorn St., Savannah, GA 31419;
    17 Minus Ave., Savannah, GA 31408;
    301 W. Oglethorpe Ave., Savannah, GA 31401;
    905 Collat Ave., Savannah, GA 31415



GAO GEORGIA ADVOCACY OFFICE
*The Protection and Advocacy System
for People with Disabilities in Georgia*

53

GAO-000731

# Georgia Dropbox Locations by County

- **Chattahoochee County:** 215 McNaughton St., Cusseta, GA 31805
- **Chattooga County:** 10035 Commerce Street, Summerville, GA 30747
- **Cherokee County:** 2780 Marietta Hwy., Canton, GA 30114; 7545 Main St., Building 200, Woodstock, GA 30188
- **Clarke County:** 155 East Washington Street, Athens, GA 30601; 2025 Baxter Street, Athens, GA 30603; 775 E. Broad St., Athens, GA 30605; 2350 Barnett Shoals Rd., Athens, GA 30605; 275 Cleveland Road, Bogart, GA 30622
- **Clay County:** 210 South Washington Street, Suite 4, Fort Gaines, GA 39851; 103 W. Commerce St., Fort Gaines, GA 39851
- **Clayton County:** 121 S. McDonough Street, Annex II, Jonesboro, GA 30236
- **Clinch County:** 25 Court Square, Suite A, Homerville, GA 31634



**GAO** GEORGIA ADVOCACY OFFICE
*The Protection and Advocacy System for People with Disabilities in Georgia*

54

GAO-000732

# Georgia Dropbox Locations by County

- **Cobb County:** 4400 Lower Roswell Rd., Marietta, GA 30068;
  4700 Austell Rd., Austell, GA 30106;
  3535 Old 41 Hwy., NW, Kennesaw, GA 30144;
  736 Whitlock Avenue, Marietta, GA 30064;
  1750 Dennis Kemp Lane, NW, Kennesaw, GA 30152;
  2380 N. Cobb Pkwy., Kennesaw, GA 30152;
  2051 Lower Roswell Rd., Marietta, GA 30068;
  1901 Cumberland Pkwy., SE, Atlanta, GA 30339;
  1885 Roswell St., SE, Smyrna, GA 30080;
  4640 Dallas Hwy., Marietta, GA 30064;
  1060 Al Bishop Dr., SW, Marietta, GA 30008;
  880 Shaw Park Road, Marietta, GA 30066;
  3320 Sandy Plains Road, Marietta, GA 30066;
  875 Riverside Pkwy., Austell, GA 30168;

(continued)



GAO **GEORGIA ADVOCACY OFFICE**
*The Protection and Advocacy System for People with Disabilities in Georgia*

55

GAO-000733

# Georgia Dropbox Locations by County

- **Cobb County:** (continued)
  805 Clay Street, Mableton, GA 30126;
  4181 Atlanta Street, Powder Springs, GA 30127
- **Coffee County:** 224 West Ashley Street, Douglas, GA 31533
- **Colquitt County:** 101 E. Central Ave., Moultrie, GA 31768
- **Columbia County:** 500 Faircloth Drive, Building E, Evans, GA 30809
- **Cook County:** 1200 South Hutchinson Avenue, Adel, GA 31620
- **Coweta County:** 22 East Broad Street, Newnan, GA 30263
- **Crawford County:** 640 Hwy. 128, Roberta, GA 31078
- **Crisp County:** 210 S. 7th Street, Cordele, GA 31015
- **Dade County:** 71 Case Ave., Trenton, GA 30752



GAO — GEORGIA ADVOCACY OFFICE
*the Protection and Advocacy System for People with Disabilities in Georgia*

GAO-000734

# Georgia Dropbox Locations by County

- **Dawson County:** 96 Academy Avenue, Dawsonville, GA 30534
  (Two locations: 1. On the right side of building; 2. The RED BOX in
  parking lot on the curb)
- **Decatur County:** 122 W. Water Street, Bainbridge, GA 39817
- **DeKalb County:** 4380 Memorial Drive, Decatur, GA 30032;
    4362 Peachtree Road, NE, Brookhaven, GA 30319;
    2771 Columbia Drive, Decatur, GA 30034;
    3120 Stonecrest Blvd., Stonecrest, GA 30038;
    875 Main Street, Stone Mountain, GA 30083;
    4800 Ashford Dunwoody Road, Dunwoody, GA 30338;
    3725 Park Ave., Atlanta, GA 30340;
    1975 Lakeside Parkway, Suite 350, Tucker, GA 30084;
    4331 River Road, Ellenwood, GA 30294;
    1282 McConnell Drive, Decatur, GA 30033;          (continued)



GAO  **GEORGIA ADVOCACY OFFICE**
*The Protection and Advocacy System*
*for People with Disabilities in Georgia*

57

GAO-000735

# Georgia Dropbox Locations by County

- **DeKalb County:** (continued)
  5234 LaVista Rd., Tucker, GA 30084;
  951 N. Indian Creek Drive, Clarkston, GA 30021;
  2861 Wesley Chapel Rd., Decatur, GA 30034;
  509 N. McDonough St., Decatur, GA 30030;
  2538 Panola Rd., Stonecrest, GA 30058
- **Dodge County:** 5016 Courthouse Circle, Eastman, GA 31023
- **Dooly County:** 402 Hawkinsville Hwy., Vienna, GA 31092; 102 2nd Street, Vienna, GA 31092
- **Dougherty County:** 222 Pine Avenue, Albany, GA 31701
- **Douglas County:** 8700 Hospital Dr., Douglasville, GA 30314; 6754 Church St., Douglasville, GA 30134; 2105 Mack Rd., Douglasville, GA 30135; 5000 Hwy. 92, Douglasville, GA 30135; 6100 Hwy. 5, Douglasville, GA 30135



GEORGIA ADVOCACY OFFICE
*The Protection and Advocacy System
for People with Disabilities in Georgia*

GAO-000736

# Georgia Dropbox Locations by County

- **Early County:** 17 McDonald Avenue, Blakely, GA 39823
- **Echols County:** 110 GA-94, Statenville, GA 31648
- **Effingham County:** 284 GA Highway 119 S., Springfield, GA 31329
- **Elbert County:** 45 Forest Avenue, Elberton, GA 30635
- **Emanuel County:** 105 South Main St. (next to tag office), Swainsboro, GA 30401
- **Evans County:** 201 Freeman Street, Suite 10, Claxton, GA 30417
- **Fannin County:** 400 West Main St., Blue Ridge, GA 30513
- **Fayette County:** 140 Stonewall Ave. W., Suite 208, Fayetteville, GA 30214
- **Floyd County:** 12 East 4th Avenue, Suite 20, Rome, GA 30161; 205 Riverside Parkway, NE, Rome, GA 30161



**GAO** GEORGIA ADVOCACY OFFICE
*The Protection and Advocacy System for People with Disabilities in Georgia*

GAO-000737

# Georgia Dropbox Locations by County

- **Forsyth County:** 1201 Sawnee Drive, Cumming, GA 30040
- **Franklin County:** 7850 Royston Rd., Carnesville, GA 30521
- **Fulton County:** 2231 Campbellton Road, Atlanta, GA 30311;
  3424 MLK Jr. Drive, Atlanta, GA 30331;
  10 Park Plaza, Alpharetta, GA 30009;
  101 Auburn Ave., NE, Atlanta, GA 30303;
  269 Buckhead Avenue, NE, Atlanta, GA 30305;
  47 Cleveland Avenue, SW, Atlanta, GA 30315;
  3647 Main Street, College Park, GA 30337;
  1838 Donald Lee Hollowell Parkway, Atlanta, GA 30318;
  2757 Main Street, East Point, GA 30344;
  2301 Holcomb Bridge Road, Roswell, GA 30076;
  3665 Cascade Rd., SW, Atlanta, GA 30331;
  60 Valley View Drive, Fairburn, GA 30213;

(continued)



GEORGIA ADVOCACY OFFICE
*The Protection and Advocacy System
for People with Disabilities in Georgia*

60

GAO-000738

# Georgia Dropbox Locations by County

- **Fulton County:** (continued)
    3929 Aviation Circle, Suite A, Atlanta, GA 30336;
    11575 Maxwell Road, Alpharetta, GA 30009;
    141 Pryor Street, SW, Atlanta, GA 30303;
    130 Peachtree Street, SW, Atlanta, GA 30303;
    4055 Flat Shoals Road, Union City, GA 30291;
    527 King Arnold Street, Hapeville, GA 30354;
    8100 Holcomb Bridge Road, Alpharetta, GA 30022;
    1463 Pryor Road, SW, Atlanta, GA 30315;
    400 Formwalt Street, Atlanta, GA 30312;
    1332 Metropolitan Parkway, Atlanta, GA 30310;
    855 Mayfield Road, Milton, GA 30009;
    7741 Roswell Road, NE, Sandy Springs, GA 30350;
    5025 Roswell Road, Atlanta, GA 30342;

(continued)



GEORGIA ADVOCACY OFFICE
The Protection and Advocacy System
for People with Disabilities in Georgia

61

GAO-000739

# Georgia Dropbox Locations by County

- **Fulton County:** (continued)
    9560 Spruill Road, Alpharetta, GA 30022;
    3295 Northside Parkway, NW, Atlanta, GA 30327;
    2489 Perry Boulevard, NW, Atlanta, GA 30318;
    9111 Cascade Palmetto Highway, Palmetto, GA 30268;
    980 Ponce De Leon Ave., NE, Atlanta, GA 30306;
    5090 Abbotts Bridge Road, Johns Creek, GA 30005;
    115 Norcross Street, Roswell, GA 30075;
    395 Mt. Vernon Highway, NE, Sandy Springs, GA 30328;
    5600 Stonewall Tell Road, College Park, GA 30349;
    1116 MLK Jr. Drive, SW, Atlanta, GA 30314;
    525 Peeples Street, SW, Atlanta, GA 30310;
    3100 Enon Road, Atlanta, GA 30331;
    1 Broad Street, Suite 107, Ellijay, GA 30540

(continued)



GEORGIA ADVOCACY OFFICE
The Protection and Advocacy System
for People with Disabilities in Georgia

62

GAO-000740

# Georgia Dropbox Locations by County

- **Glascock County:** 676 West Main Street, Gibson, GA 30810
- **Glynn County:** 1815 Gloucester Street, Brunswick, GA 31520
- **Gordon County:** 101 S. Piedmont Street, Calhoun, GA 30701
- **Grady County:** 250 N. Broad St., Cairo, GA 39828
- **Greene County:** 1180 C. Weldon Smith Dr., Suite 120, Greensboro, GA 30642
- **Gwinnett County:** 2723 North Bogan Road, NE, Buford, GA 30519;
  2100 Buford Highway, Buford, GA 30518;
  3025 Bethany Church Road, Snellville, GA 30039;
  455 Camp Perrin Road, Lawrenceville, GA 30043;
  265 Dacula Road, Dacula, GA 30019;
  2735 Old Auburn Avenue, Dacula, GA 30019;
  3840 Duluth Park Lane, Duluth, GA 30096;

(continued)

 GEORGIA ADVOCACY OFFICE
*The Protection and Advocacy System*
*for People with Disabilities in Georgia*

63

GAO-000741

# Georgia Dropbox Locations by County

- **Gwinnett County:** (continued)
    2780 Five Forks Trickum Road, Lawrenceville, GA 30044;
    55 Buford Highway, Suwanee, GA 30024;
    700 Grayson Parkway, Grayson, GA 30017;
    3690 Braselton Highway, Dacula, GA 30019;
    1001 Lawrenceville Highway, Lawrenceville, GA 30046;
    4515 Lenora Church Road, Snellville, GA 30039;
    4817 Church Street, NW, Lilburn, GA 30047;
    4651 Britt Road, Norcross, GA 30093;
    1063 Rockbridge Road, SW, Stone Mountain, GA 30087;
    1210 Pounds Road, Lilburn, GA 30047;
    6025 Buford Highway, Norcross, GA 30071;
    5570 Spalding Drive, Peachtree Corners, GA 30092;
    2750 Pleasant Hill Road, Duluth, GA 30096;

(continued)



GEORGIA ADVOCACY OFFICE
The Protection and Advocacy System
for People with Disabilities in Georgia

GAO-000742

# Georgia Dropbox Locations by County

- **Gwinnett County:** (continued)
    2740 Lenora Church Road, Snellville, GA 30078;
    361 Main Street, Suwanee, GA 30024;
    455 Grayson Highway, Suite 200, Lawrenceville, GA 30045
- **Habersham County:** 130 Jacob's Way, Suite 101, Clarkesville, GA 30523 (Drop off in-person at office.)
- **Hall County:** 2875 Browns Bridge Rd., Gainesville, GA 30504;
    1855 Calvary Church Rd., Gainesville, GA 30507;
    100 Brenau Ave., Gainesville, GA 30501;
    3911 P. Davidson Rd., Gainesville, GA 30507;
    4491 J.M. Turk Rd., Flowery Branch, GA 30542;
    4335 Mundy Mill Road, Oakwood, GA 30566;
    4796 Thompson Bridge Rd., Gainesville, GA 30506;
    4175 Nopone Rd., Gainesville, GA 30506;
    6488 Spout Springs Rd., Flowery Branch, GA 30542



GAO  **GEORGIA ADVOCACY OFFICE**
*The Protection and Advocacy System
for People with Disabilities in Georgia*

65

GAO-000743

# Georgia Dropbox Locations by County

- **Hancock County:** 9091 East Broad Street, P.O. Box 118, Sparta, GA 31087
- **Haralson County:** 4485 Ga. Hwy. 120, Buchanan, GA 30113
- **Harris County:** 104 North College Street, Hamilton, GA 31811
- **Hart County:** 182 Cade Street, Suite B, Hartwell, GA 30643
- **Heard County:** 215 Court Square, Franklin, GA 30217 (Drive to curb and employee will come out to get your ballot. No need to get out of car. Ballot immediately processed and placed in lock box in office. Voter can confirm on My Voter Page.)
- **Henry County:** 40 Atlanta St., McDonough, GA 30253
- **Houston County:** 801 Main St., Perry, GA 31069; 200 Carl Vinson Parkway, Warner Robins, GA 31088



GAO **GEORGIA ADVOCACY OFFICE**
*the Protection and Advocacy System for People with Disabilities in Georgia*

66

GAO-000744

# Georgia Dropbox Locations by County

- **Irwin County:** 507-C N. Irwin Ave., Ocilla, GA 31774
- **Jackson County:** 441 Gordon Street, Jefferson, GA 30549
- **Jasper County:** 126 W Greene St., Suite #3, Monticello, GA 31064
- **Jeff Davis County:** Not Applicable
- **Jefferson County:** 415 Green Street, Louisville, GA 30434; 401 Broad St., Wrens, GA 30833; 37 Butts Street, Wadley, GA 30477
- **Jenkins County:** 611 E. Winthrope Ave., Millen, GA 30442
- **Johnson County:**  2484 W. Elm St., Wrightsville, GA 31096
- **Jones County:** 166 Industrial Blvd., Gray, GA 31032
- **Lamar County:** 408 Thomaston Street, Suite D, Barnesville, GA 30204
- **Lanier County:** 162 W. Thigpen Ave., Lakeland, GA 31635



**GAO** GEORGIA ADVOCACY OFFICE
*The Protection and Advocacy System for People with Disabilities in Georgia*

GAO-000745

# Georgia Dropbox Locations by County

- **Laurens County:** 117 E. Jackson Street, Suite A, Dublin, GA 31021
- **Lee County:** 100 Starksville Ave. North, Suite C, Leesburg, GA 31763
- **Liberty County:** 100 N. Main St., Ste. 1600, Hinesville, GA 31313
- **Lincoln County:** 160 May Ave., Lincolnton, GA 30817
- **Long County:** 459 S. McDonald St., Ludowici, GA 31316
- **Lowndes County:** 2808 N. Oak St., Valdosta, GA 31601
- **Lumpkin County:** 56 Short Street, Dahlonega, GA 30533
- **Macon County:** 100 Macon St., Oglethorpe, GA 31068
- **Madison County:** 94 Spring Lake Drive, Danielsville, GA 30633
- **Marion County:** 100 E. Burkhalter Ave., Buena Vista, GA 31803



GAO  **GEORGIA ADVOCACY OFFICE**
*The Protection and Advocacy System
for People with Disabilities in Georgia*

GAO-000746

# Georgia Dropbox Locations by County

- **McDuffie County:** 337 Main Street, Suite 101, Thomson, GA 30824; 4614 Augusta Highway, Augusta, GA 30808

- **McIntosh County:** 103 Jefferson St., Darian, GA 31305

- **Meriwether County:** 137 Court Square, Greenville, GA 30222

- **Miller County:** 155 South 1st Street, Colquitt, GA 39837

- **Mitchell County:** 214 N. Harney St., Camilla, GA 31730; 32 North Court Street, Camilla, GA 31730

- **Monroe County:** 38 W. Main St., Forsyth, GA 31029

- **Montgomery County:** 400 S. Railroad Ave., Mount Vernon, GA 30445

- **Morgan County:** 434 Hancock St., Madison, GA 30650

- **Murray County:** 121 N. 4th Ave., Chatsworth, GA 30705



GEORGIA ADVOCACY OFFICE
The Protection and Advocacy System
for People with Disabilities in Georgia

69

GAO-000747

# Georgia Dropbox Locations by County

- **Muscogee County:** 3111 Citizens Way, Columbus, GA 31906; 1441 Benning Dr., Columbus, GA 31903; 5601 Veterans Parkway, Columbus, GA 31904
- **Newton County:** 1113 Usher Street, Covington, GA 30014; 3612 Salem Road, Covington, GA 30016
- **Oconee County:** 10 Court Street, Watkinsville, GA 30677
- **Oglethorpe County:** 41 Fairground Road, Lexington, GA 30648
- **Paulding County:** 240 Constitution Blvd., Dallas, GA 30132; 217 Main Street, Hiram, GA 30141
- **Peach County:** 205 W. Church St., Fort Valley, GA 31030; 401 Main St., Byron, GA 31008
- **Pickens County:** 83 Pioneer Road, Jasper, GA 30143



GAO   GEORGIA ADVOCACY OFFICE
The Protection and Advocacy System
for People with Disabilities in Georgia

GAO-000748

# Georgia Dropbox Locations by County

- **Pierce County:** 312 Nichols St., Suite 2, Blackshear, GA 31516
- **Pike County:** 81 Jackson St., Zebulon, GA 30295
- **Polk County:** 144 West Avenue, Suite D, Cedartown, GA 30125
- **Pulaski County:** 5 S. Lumpkin St., Hawkinsville, GA 31036
- **Putnam County:** 100 S. Jefferson Ave., Suite 217, Eatontown, GA 31024
- **Quitman County:** 46 Old School Road, Georgetown, GA 39854
- **Rabun County:** 18 Old Raca High Drive, Suite 105, Clayton, GA 30525
- **Randolph County:** Elections Office: 93 Front St., Cuthbert, GA 39840
- **Richmond County:** 535 Telfair Street, Augusta, GA 30901; 4335 Windsor Spring Road, Hephzibah, GA 30815; 2463 Golden Camp Road, Augusta, GA 30906; 300 Warren Road, Augusta, GA 30907



GEORGIA ADVOCACY OFFICE
*The Protection and Advocacy System for People with Disabilities in Georgia*

71

GAO-000749

# Georgia Dropbox Locations by County

- **Rockdale County:** 1261 Commercial Dr., SW, Suite B, Conyers, GA 30094
- **Schley County:** 47 N. Pecan Street, Ellaville, GA 31806
- **Screven County:** 216 Mims Road, Room 114, Sylvania, GA 30467
- **Seminole County:** 200 S. Knox Ave., Donalsonville, GA 39845
- **Spalding County:** 825 Memorial Drive, Griffin, GA 30223
- **Stephens County:** 102 W. Tugalo St., Toccoa, GA 30577
- **Stewart County:** 1745 Broad Street, Lumpkin, GA 31815
- **Sumter County:** 500 W. LaMar Street, Americus, GA 31709
- **Talbot County:** 141 N. Jefferson Ave., Talbotton, GA 31827
- **Taliaferro County:** 113 Monument St., Crawfordville, GA 30631



GAO  GEORGIA ADVOCACY OFFICE
*The Protection and Advocacy System
for People with Disabilities in Georgia*

72

GAO-000750

# Georgia Dropbox Locations by County

- **Tattnall County:** 114 West Brazell St., Reidsville, GA 30453
- **Taylor County:** 1 Ivy Street, Butler, GA 31006
- **Telfair County:** 19 East Oak St., Annex Bldg. 3, McCrae-Helena, GA 31055
- **Thomas County:** 1402 E. Jackson St., Thomasville, GA 31792
- **Tift County:** 222 Chestnut Ave., Suite B, Tifton, GA 31794; 225 Tift Ave., Tifton, GA 31794
- **Toombs County:** 125 W. Lincoln Ave., Lyons, GA 30436
- **Towns County:** 67 Lakeview Circle, Suite A, Hiawassee, GA 30546
- **Treutlen County:** 650 Second St., Soperton, GA 30457
- **Troup County:** 100 Ridley Ave., LaGrange, GA 30240
- **Turner County:** 1807 US-41, Sycamore, GA 31790
- **Twiggs County:** 425 N Railroad St., Jeffersonville, GA 31044



GAO-000751

# Georgia Dropbox Locations by County

- **Union County:** 65 Courthouse St., Blairsville, GA 30512
- **Upson County:** 305 S. Hightower Street, Suite 130, Thomaston, GA 30286
- **Walker County:** 101 S. Duke Street, Lafayette, GA 30728
- **Walton County:** 1110 E. Spring Street, Monroe, GA 30655
- **Ware County:** 408 Tebeau Street, Waycross, GA 31501
- **Warren County:** 48 Warren St., Warrenton, GA 30828 (in person only)
- **Washington County:** 132 W. Haynes St., Room 108, Sandersville, GA 31082
- **Wayne County:** 174 N. Brunswick, Jesup, GA 31598
- **Webster County:** 6622 Cass St., Preston, GA 31824 (hand deliver only)
- **Wheeler County:** 16 W. Forest Ave., Homerville, GA 31634



GAO **GEORGIA ADVOCACY OFFICE**
*The Protection and Advocacy System
for People with Disabilities in Georgia*

74

GAO-000752

# Georgia Dropbox Locations by County

- **White County:** 1241 Helen Hwy., Suite 210-A, Cleveland, GA 30528
- **Whitfield County:** 205 N. Selvidge St., Suite K, Dalton, GA 30720
- **Wilcox County:** 377 West College Street, Abbeville, GA 31001
- **Wilkes County:** 23 Court Street, Room 113, Washington, GA 30673
- **Wilkinson County:** 100 Bacon St., Room 133, Irwinton, GA 31042
- **Worth County:** 201 North Main Street, Room 10, Sylvester, GA 31791



GAO GEORGIA ADVOCACY OFFICE
*The Protection and Advocacy System for People with Disabilities in Georgia*

GAO-000753