# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| THE NEW GEORGIA PROJECT, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.*,<br><br>*Defendants*,<br><br>REPUBLICAN NATIONAL COMMITTEE, *et al.*,<br><br>*Intervenor-Defendants.* | Civil Action No.: 1:21-cv-01229-JPB |

## DECLARATION OF UZOMA NKWONTA IN SUPPORT OF NGP PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY INJUNCTION

I, Uzoma Nkwonta, hereby declare as follows:

1. I am over the age of 18 and competent to make this declaration. I am an attorney with the law firm Elias Law Group LLP, and am counsel for Plaintiffs New Georgia Project, Black Voters Matter Fund, Rise, Inc., Elbert Solomon, Fannie Marie Jackson Gibbs, and Jauan Durbin. I submit this declaration to provide the

Court true and correct copies of certain documents submitted in support of NGP Plaintiffs' Renewed Motion for Preliminary Injunction:

2. **Exhibit 1** is a true and correct copy of excerpts of the February 27, 2023 deposition transcript of Gregory W. Edwards.

3. **Exhibit 2** is a true and correct copy of excerpts of the March 2, 2023 deposition transcript of Keith E. Gammage.

4. **Exhibit 3** is a true and correct copy of excerpts of the March 7, 2023 deposition transcript of the Georgia State Election Board.

5. **Exhibit 4** is a true and correct copy of the declaration of Billy Honor, dated May 16, 2023.

6. **Exhibit 5** is a true and correct copy of the declaration of Mary-Pat Hector, dated May 16, 2023.

7. **Exhibit 6** is a true and correct copy of the declaration of Christopher G. Johnson, dated May 17, 2023.

8. **Exhibit 7** is a true and correct copy of the declaration of Jauan Durbin, dated May 17, 2023.

Respectfully submitted this 17th day of May, 2023,

/s/ Uzoma N. Nkwonta
Uzoma N. Nkwonta
ELIAS LAW GROUP LLP
250 Massachusetts Ave NW
Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
unkwonta@elias.law

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2023, I electronically filed this document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Dated: May 17, 2023

/s/ Uzoma N. Nkwonta
Uzoma Nkwonta

*Counsel for Plaintiffs*