```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE NORTHERN DISTRICT OF GEORGIA

 3                       ATLANTA DIVISION

 4

 5

 6   IN RE GEORGIA SENATE BILL 202      Master Case No:
                                        1:21-MI-55555-JPB
 7   ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

 8

 9

10

11             30(B)(6) VIDEOTAPED DEPOSITION OF

12               GEORGIA STATE ELECTION BOARD

13                 (THOMAS MATTHEW MASHBURN)

14                       March 7, 2023

15                         9:59 a.m.

16             1600 Parkwood Circle, Suite 200

17                      Atlanta, Georgia

18

19

20

21
                  Marcella Daughtry, RPR, RMR
22           Georgia License No. 6595-1471-3597-5424
                    California CSR No. 14315
23

24

25
```



```
 1                APPEARANCES OF COUNSEL

 2    For the AME Plaintiffs:

 3          SOUTHERN POVERTY LAW CENTER
            MS. SABRINA KHAN
 4          1101 17th Street NW
            Washington, D.C. 20036
 5          202.579.4572
            sabrina.khan@splcenter.org
 6
            And
 7
            DAVIS WRIGHT TREMAINE
 8          MR. MATTHEW JEDRESKI (via Zoom)
            MS. SHONTEE M. PANT (via Zoom)
 9          920 Fifth Avenue
            Suite 3300
10          Seattle, Washington 98104
            206.622.3150
11          matthewjedreski@dwt.com
            shonteepant@dwt.com
12

13    For the Plaintiff GA NAACP:

14          LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
            MS. JULIE HOUK (via Zoom)
15          1500 K Street NW, Suite 900
            Washington, D.C. 20005
16          202.662.8329
            jnwachukwu@lawyerscommittee.org
17          jhouk@lawyerscommittee.org

18          And

19          HUGHES HUBBARD & REED
            MR. NEIL J. OXFORD (via Zoom)
20          MS. VILIA HAYES (via Zoom)
            One Battery Park Plaza
21          New York, New York 10004
            212.837.6000
22          neil.oxford@hugheshubbard.com
            vilia.hayes@hugheshubbard.com
23

24

25
```



```
 1   For the USA Plaintiff:

 2        U.S. DEPARTMENT OF JUSTICE
          MS. SEJAL JHAVERI
 3        950 Pennsylvania Avenue, NW
          4CON 8th Floor
 4        Washington, D.C. 20530
          202.305.7376
 5        sejal.jhaveri@usdoj.gov

 6
     For the Plaintiffs Asian Americans Advancing
 7   Justice-Atlanta:

 8        KEKER VAN NEST & PETERS
          MS. ZAINAB O. RAMAHI (via Zoom)
 9        633 Battery Street
          San Francisco, California 94111
10        415.962.8879
          zramahi@keker.com
11

12   For the New Georgia Project Plaintiffs:

13        ELIAS LAW GROUP
          MS. TINA MENG MORRISON  (via Zoom)
14        10 G Street, NE
          Washington, D.C. 20002
15        202.968.4490
          tmengmorrison@elias.law
16
          And
17
          KREVOLIN & HORST, LLC
18        MR. ADAM M. SPARKS (via Zoom)
          One Atlanta Center
19        1201 West Peachtree Street, NW, Suite 3250
          Atlanta, Georgia 30309
20        404.888.9700
          sparks@khlawfirm.com
21

22

23

24

25
```



```
 1   For the Concerned Black Clergy Plaintiffs:

 2        ADVANCEMENT PROJECT
          MR. MATT FOGELSON (via Zoom)
 3        1220 L. Street NW, Suite 850
          Washington, D.C. 20005
 4        mfogelson@advancementproject.org

 5
     For the State of Georgia Defendants:
 6
          SCHAERR | JAFFE, LLP
 7        MR. GENE C. SCHAERR
          MR. JOSHUA J. PRINCE
 8        1717 K. Street NW, Suite 900
          Washington, DC 20006
 9        gschaerr@schaerr-jaffe.com
          jprince@schaerr-jaffe.com
10

11   For the Athens-Clarke County Defendants:

12        JAMES BATES BRANNAN GROOVER, LLP
          MS. MAGGIE MARTIN (via Zoom)
13        231 Riverside Drive
          Macon, Georgia 31201
14        478.749.9992
          mmartin@jamesbatesllp.com
15

16   For the DeKalb County Defendants:

17        DEKALB COUNTY LAW DEPARTMENT
          MS. TRISTEN WAITE (via Zoom)
18        1300 Commerce Drive, 5th Floor
          Decatur, Georgia 30030
19        tnwaite@dekalbcountyga.gov

20
     For the Columbia County Defendants:
21
          HULL BARRETT
22        MR. THOMAS L. CATHEY (via Zoom)
          801 Broad Street
23        Augusta, Georgia 30901
          706.722.4481
24        tcathey@hullbarrett.com

25
```



```
 1   For the Fulton County Defendants:

 2        FULTON COUNTY GOVERNMENT, LAW DEPARTMENT
          MS. SANDY MILORD (via Zoom)
 3        141 Pryor Street, SW, Suite 4038
          Atlanta, Georgia 30303
 4        sandy.milord@fultoncountyga.gov

 5
     For the Richmond County Defendants:
 6
          RICHMOND COUNTY LAW DEPARTMENT
 7        MS. RACHEL MACK (via Zoom)
          535 Telfair Street
 8        Building 3000
          Augusta, Georgia 30901
 9

10   Also Present:

11        Nadav Flax, Paralegal Southern Poverty Law
          Maya Carter, videographer
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



```
                    INDEX OF EXAMINATION

WITNESS:   THOMAS MATTHEW MASHBURN


EXAMINATION                                              PAGE

BY MS. KHAN                                                11

BY MS. JHAVERI                                            154

BY MR. FOGELSON                                           190

BY MR. OXFORD                                             202

BY MS. MENG MORRISON                                      242

BY MR. SCHAERR                                            250


FURTHER EXAMINATION

BY MS. KHAN                                               258




                         * * *
```



|    |                            INDEX TO EXHIBITS                           |      |
|----|------------------------------------------------------------------------|------|
|    | EXHIBITS                                                               | PAGE |
| Exhibit 187 | Notice of Rule 30(b)(6) Deposition                            | 16   |
| Exhibit 188 | Deposition transcript of T. Matthew Mashburn dated 9/12/22    | 19   |
| Exhibit 189 | O.C.G.A 21-2-31 Citation                                      | 26   |
| Exhibit 190 | Complaint for the State Election Board Website printout       | 37   |
| Exhibit 191 | Senate Bill 202                                               | 52   |
| Exhibit 192 | E-mail from Ryan Germany to Mr. Mashburn 8/16/21 "Subject: FW: Affidavit Draft" CDR00072974 | 65 |
| Exhibit 193 | State Election Board Notice of Proposed Rulemaking 183-1-14-12 SPLC1011850 to 11855 | 68 |
| Exhibit 194 | State Election Board Notice of Proposed Rulemaking 183-1-12 SPLC11011856 to 11899 | 91 |
| Exhibit 195 | GPB news article dated 2/8/23                                 | 108  |
| Exhibit 196 | E-mail from Ryan Germany to Mr. Mashburn 10/30/20 "Subject: Re: Intrusions into 150 Foot bubble" CDR00077364 to 77368 | 114 |
| Exhibit 197 | E-mail from Mr. Mashburn to J Campbell 11/10/20 "Subject: Fwd: Stop Voter Fraud" CDR00137182 to 184 | 128 |
| Exhibit 198 | State Election Board Hearing Transcript dated 2/10/21         | 130  |



|   |                    | INDEX TO EXHIBITS                                                                |      |
|---|--------------------|----------------------------------------------------------------------------------|------|
| 1 |                    |                                                                                  |      |
| 2 | EXHIBITS           |                                                                                  | PAGE |
| 3 | Exhibit 199        | Article: State Election Board Member fact-checks fraud claims                    | 133  |
| 4 |                    |                                                                                  |      |
| 5 | Exhibit 200        | Consolidated Plaintiffs' Third Set of Requests for Production of Documents       | 150  |



1        THE VIDEOGRAPHER:  Today's date is March 7th,
2   2023, and the time is 9:59 a.m.  This will be the 30
3   (b)(6) video deposition of the State Election Board given
4   by Thomas Matthew Mashburn in the matter of In Re Georgia
5   Senate Bill 202, taken at 1600 Parkwood Circle, Suite
6   200, in Atlanta, Georgia.
7        Will counsel please identify themselves for the
8   record.
9        MR. SCHAERR:  Gene Schaerr representing the
10  State defendants, and with me is Joshua Prince.
11       MS. KHAN:  Sabrina Khan with the Southern
12  Poverty Law Center representing the AME plaintiffs.
13       MS. JHAVERI:  Sejal Jhaveri for the United
14  States.
15       MR. FLAX:  Nadav Flax with plaintiffs,
16  paralegal for the Southern Poverty Law Center.
17       THE VIDEOGRAPHER:  If counsel on Zoom will
18  identify themselves for the record.
19       MS. HOUK:  Good morning.  Julie Houk, Lawyers'
20  Committee for Civil Rights Under Law representing the
21  Georgia NAACP plaintiff group.
22       MR. JEDRESKI:  Matthew Jedreski from Davis
23  Wright Tremaine on behalf of the AME plaintiffs, along
24  with my colleague Shontee Pant.
25       MS. MENG MORRISON:  Good morning.  Tina Meng



800.211.DEPO (3376)
EsquireSolutions.com

1  Morrison with Elias Law Group on behalf of NGP
2  plaintiffs.
3         MR. OXFORD:  Good morning.  This is Neil Oxford
4  from Hughes Hubbard & Reed, also for the Georgia NAACP
5  plaintiffs.
6         THE VIDEOGRAPHER:  Is that everyone?
7         MS. RAMAHI:  Good morning.
8         MR. CATHEY:  This is Tom Cathey from Hull
9  Barrett on behalf of the Columbia County defendants.
10         MS. KHAN:  Anyone else?
11         MS. RAMAHI:  This is Zainab Ramahi from Keker
12  Van Nest & Peters on behalf of the Asian Americans
13  Advancing Justice plaintiffs.
14         MS. MILORD:  This is Sandy Milord on behalf of
15  the Fulton County defendants.
16         MS. WAITE:  Tristen Waite on behalf of DeKalb
17  County defendants.
18         MS. MACK:  Rachel Mack on behalf of the
19  Richmond County defendants.
20         MR. SPARKS:  Good morning.  Adam Sparks,
21  Krevolin & Horst, on behalf of the NGP plaintiffs.
22         THE VIDEOGRAPHER:  Okay.  Will the court
23  reporter please swear in the witness.
24  >>>
25  >>>



```
 1                    THOMAS MATTHEW MASHBURN,
 2   called as a witness herein, having been first duly sworn
 3   by the shorthand reporter to speak the truth and nothing
 4   but the truth, was examined and testified as follows:
 5
 6                          EXAMINATION
 7   BY MS. KHAN:
 8        Q    Could you please state and spell your name for
 9   the record.
10        A    Thomas Matthew Mashburn, T-h-o-m-a-s; Matthew,
11   M-a-t-t-h-e-w; Mashburn, M-a-s-h-b-u-r-n.
12        Q    Good morning, Mr. Mashburn.  My name is Sabrina
13   Khan.  I'm an attorney with the Southern Poverty Law
14   Center, and I represent the AME plaintiffs in this
15   matter.  I will be taking the 30(b)(6) deposition today,
16   and I'm here with Nadav Flax, a paralegal in our office.
17             As a preview of the day, after we complete the
18   30(b)(6) deposition, we will shift to deposing you in
19   your individual capacity if there's time.  And as we
20   previously agreed to with opposing counsel, if necessary,
21   we will carry that over to March 14th.  Okay?
22        A    Okay.
23        Q    We are joined today -- oh, I think we already
24   introduced all counsel.
25             So we are just going to cover some basic ground
```



1        So the poll managers are usually very good
2   about doing everything they can to try and work things
3   out, but they do have the ultimate authority over whether
4   or not something is disruptive.
5        Q   Okay.  And if a photographer wanted to take a
6   photo of folks that are potentially interacting with
7   voters who are waiting in line outside of a precinct,
8   similar to what you did in 2020 in Cobb County, is there
9   any code you are aware of in the Georgia -- any provision
10  in the Georgia Code you are aware of that would prohibit
11  them from doing so?
12       A   There -- there are provisions that you can't
13  take a picture of the face of a ballot, but I've -- in
14  my -- in my -- in my experience of watching lines, I have
15  seen any number of media come in and do their job and
16  take their pictures in an unobtrusive way, and as long as
17  they aren't trying to take pictures of ballot screens,
18  they will pretty much be left to do their -- their job,
19  as long as they are not disruptive.
20           MS. MENG MORRISON:  Great.  Those are all the
21  questions I have for you.  Thank you, Mr. Mashburn.
22           MS. KHAN:  Thank you.  And before I turn this
23  over to defense counsel, last call for any other
24  plaintiffs' counsel to ask questions.
25           Okay, hearing none.



```
 1              MR. SCHAERR:  Let's take a short break.
 2              MS. JHAVERI:  Can we -- sorry.
 3              THE VIDEOGRAPHER:  The time is 4:55 p.m., and
 4   we are off the record.
 5              (The deposition was at recess from 4:55 p.m. to
 6   5:09 p.m.)
 7              THE VIDEOGRAPHER:  The time is 5:09 p.m., and
 8   we are on the record.
 9
10                           EXAMINATION
11   BY MR. SCHAERR:
12        Q    Thank you, Mr. Mashburn.  As you know, my name
13   is Gene Schaerr, and I have got just a couple of
14   questions to ask you.
15              First of all, in the -- in the most recent line
16   of questioning you were asked about whether -- whether
17   S.B. 202 would prohibit people from -- in what
18   circumstances would S.B. 202 prohibit people from
19   approaching voters in line.  Do you recall that?
20        A    Yes.
21        Q    Now, to your understanding, is there anything
22   in S.B. 202 that would prohibit someone who is not
23   campaigning and is not being disruptive and not offering
24   anything to voters, to approaching someone who is
25   standing in line waiting to vote?
```



1      A    There is nothing in S.B. 202 that prohibits
2   that.
3      Q    Okay.  You were also asked some questions
4   about -- about the unlimited voter challenges provision
5   in S.B. 202.  To your understanding, were unlimited
6   challenges allowed before S.B. 202 was enacted?
7      A    There were no limits under prior law.  It just
8   wasn't explicitly stated that there was no limits --
9      Q    Okay.
10     A    -- that there were no stated limits.
11     Q    So the additional language -- is it fair to say
12  the additional language just made it -- made it expressed
13  what was already reasonably clear from the statute as it
14  existed before?
15          MR. OXFORD:  Objection to form.
16          THE WITNESS:  That is the Board's
17  understanding.
18     Q    BY MR. SCHAERR:  Okay.  And in your
19  understanding, under the statute, who has the burden in a
20  challenge to voter qualification?
21     A    The statute says that the challenger has the
22  burden of proof.
23     Q    Okay.  You mentioned earlier this morning that
24  the SEB rarely exercises its authority to propose
25  election laws.  Do you recall that?



800.211.DEPO (3376)
EsquireSolutions.com

1      A    Yes.
2      Q    In your experience, why are such
3  recommendations from the SEB so rare?
4      A    The Board is not set up -- it's just not set up
5  as a proactive policy vehicle.  It has no budget.  It has
6  no staff.  It's reactive in what it does, in that its
7  primary role is -- or it's primary obligation or primary
8  actions is to implement laws that the General Assembly
9  gives us to implement and to hear cases.  So in order --
10 there's just no forum that's really well set up for the
11 Board to be very proactive in making policy.
12     Q    Okay.
13     A    You know, forward-thinking policy.
14     Q    And in your experience, how does the level of
15 experience among SEB members with respect to elections
16 compare with the level of experience of elected
17 legislators?
18     A    The -- all of the current members of the
19 Board -- well, except for Judge Duffey and Dr. Johnston,
20 have extensive experience in election law.  But at the
21 same time, the legislator -- none of us have -- well, Ed
22 has won elections.  Edward has won elections, so he -- he
23 has been a member of the General Assembly, but none of
24 the other members of the Board have.
25          So again, the General Assembly views themselves



```
 1                    CERTIFICATE OF REPORTER

 2   STATE OF GEORGIA     )
                          )
 3   COUNTY OF DEKALB     )

 4

 5            I, Marcella Daughtry, a Certified
     Reporter in the State of Georgia and State of California,
 6   do hereby certify that the foregoing deposition was taken
     before me in the County of DeKalb, State of Georgia; that
 7   an oath or affirmation was duly administered to the
     witness, THOMAS MATTHEW MASHBURN; that the questions
 8   propounded to the witness and the answers of the witness
     thereto were taken down by me in shorthand and thereafter
 9   reduced to typewriting; that the transcript is a full,
     true and accurate record of the proceeding, all done to
10   the best of my skill and ability;

11            The witness herein, THOMAS MATTHEW MASHBURN,
     has requested signature.
12
              I FURTHER CERTIFY that I am in no way related
13   to any of the parties nor am I in any way interested in
     the outcome hereof.
14

15            IN WITNESS WHEREOF, I have set my hand in my
     office in the County of DeKalb, State of Georgia, this
16   20th day of March, 2023.

17

18
                       
19            _____
20            Marcella Daughtry, RPR, RMR
              GA License No.
21            6595-1471-3597-5424
              California CSR No. 14315
22

23

24

25
```