# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.:<br>1:21-MI-55555-JPB |
| THE NEW GEORGIA PROJECT, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.*,<br><br>*Defendants*,<br><br>REPUBLICAN NATIONAL COMMITTEE, *et al.*,<br><br>*Intervenor-Defendants*. | Civil Action No.:<br>1:21-cv-01229-JPB |

## DECLARATION OF BILLY HONOR

I, Billy Honor, declare as follows:

1. I am over the age of 18, have personal knowledge of the facts below, and can competently testify to their truth.

2. My name is Billy Honor. I am currently the Director of Organizing at New Georgia Project ("NGP"), a 501(c)(3) nonpartisan, community-based nonprofit organization based in Fulton County, Georgia that is dedicated to helping Georgians become more civically active through voter education and engagement.

1

3. I previously provided a declaration in this case on June 3, 2022. *See* ECF No. 185-5. The following is intended to supplement that declaration.

4. Because of the Food and Water Ban in SB 202, groups like NGP have been prohibited from providing food and water to voters waiting in line at a polling precinct since March 2021.

5. Since that time, NGP has been forced to adapt its programs to comply with the Ban. We now set up tables to provide food and water to anyone who passes and wishes to take it, regardless of whether they are heading to the polling place. However, these events take place far away from polling locations and they are no substitute for providing support and encouragement directly to voters waiting in line.

6. NGP has also had to retrain volunteers on how to engage with voters and comply with the Food and Water Ban, including by informing them that they are no longer permitted to engage directly with voters in line on election day, and instead must operate on the fringes, specifically more than 150 feet from a precinct and more than 25 feet from any voter in line.

7. These restrictions have ultimately required NGP to put more resources into training volunteers and developing initiatives to effectively organize in Georgia under this new legal landscape. This has taken time, attention, and effort that would otherwise be spent on voter registration and mobilization.

8. All of these burdens persisted through the 2022 cycle. For each election that year, NGP was unable to engage in handing out food, water, and other items to support voters waiting in line. And as a result, NGP has been unable to communicate its message of support to voters.

9. In response to SB 202's new line relief restrictions and for the 2022 election cycle, NGP was forced to significantly scale back its Party at the Polls program because performers and volunteers fear SB 202's new criminal penalties on line relief activities.

10. NGP's faith-based Poll Chaplain program also had to be significantly reduced in size and scope because of SB 202's Food and Water Ban. While the Poll Chaplain program operated in approximately 40 precincts in 2018 and 120 precincts during the 2020 elections, SB 202 has since forced NGP to reduce its Poll Chaplain program to reach only around a dozen precincts in 2022.

11. NGP also discontinued its Water Carriers program that was created to provide water to voters in line during the 2020 and 2021 elections because of concerns about SB 202's new criminal penalties for providing drinks to voters.

12. As long as the Food and Water Ban remains in place, NGP cannot freely express its message of support and solidarity to encourage these voters to persevere even when faced with difficult conditions, or convey that participating in elections is an important and highly valued act of democracy.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 5/16/2023                    By: *[signature]*

                                                    Billy Honor
                                                  Organizing Director
                                                  New Georgia Project