UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.:<br>1:21-MI-55555-JPB |
| THE NEW GEORGIA PROJECT, *et al.*,<br><br>*Plaintiffs,*<br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.*,<br><br>*Defendants,*<br><br>REPUBLICAN NATIONAL COMMITTEE, *et al.*,<br><br>*Intervenor-Defendants.* | Civil Action No.:<br>1:21-cv-01229-JPB |

**DECLARATION OF MARY-PAT HECTOR**

I, Mary-Pat Hector, declare as follows:

1. I am over the age of 18, have personal knowledge of the facts below, and can competently testify to their truth.

2. My name is Mary-Pat Hector. I am currently the CEO of Rise, Inc. ("Rise"). Before my promotion to CEO in May 2023, I served as Rise's Georgia Program Director, a position I started in 2020.

3. Rise, Inc. is a student-led 501(c)(4) nonprofit organization that runs statewide advocacy and voter mobilization programs in Georgia and on a number of

campuses nationwide. Rise is a student- and youth-driven organization, and our leadership is comprised of students and young people, as are our organizers, partners, and volunteers.

4. Rise operates nationwide, including in Georgia. We launched our Georgia campaign because of the wealth of colleges and universities in state, including HBCUs, offering tremendous opportunity to advance our goals. When I was serving as state director from 2020 to 2023, I managed the Georgia campaign.

5. I previously provided a declaration in this case on June 3, 2022. *See* ECF No. 185-3. The following is intended to supplement that declaration.

6. During the 2020 primary, general, and runoff elections, Rise staff and volunteers participated in get-out-the-vote activities on election day and also supported Georgians waiting in line to vote. As part of these efforts, volunteers provided food, water, and other aid such as chairs for elderly and disabled individuals who were unable to stand for long periods of time.

7. Rise engaged in these activities to express to voters that every Georgian should be able to cast a vote without undue barriers. By providing food and water, we sought to support voters by encouraging them to persist, despite challenges such as long lines or inclement weather, and that their vote is important and necessary.

8. However, under SB 202, I am aware that it is now illegal to offer food and water and other support materials to voters waiting in line at polling places.

9.     In response to this law, Rise was forced to cease all efforts to support Georgians waiting in line to cast their votes during the 2022 general election.

10.    But for the ban on line relief, Rise would organize and deploy student organizers, grant recipients, and volunteers to provide food and water and other relief and convey the organization's message to Georgians waiting in line to vote.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on  5/16/2023

By: _____

Mary-Pat Hector
CEO
Rise, Inc.