# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| THE NEW GEORGIA PROJECT, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.*, <br><br> *Defendants*, <br><br> REPUBLICAN NATIONAL COMMITTEE, *et al.*, <br><br> *Intervenor-Defendants*. | Civil Action No.: 1:21-cv-01229-JPB |

## DECLARATION OF CHRISTOPHER G. JOHNSON

I, Christopher G. Johnson, declare as follows:

1. I am over the age of 18, have personal knowledge of the facts below, and can competently testify to their truth.

2. My name is Christopher G. Johnson. I am a retired pastor and currently serve as the Chair and Executive Director of the Greater Augusta's Interfaith Coalition ("the Coalition"). I am a resident of Augusta, Georgia.

3. The Coalition is a 501(c)(3) non-profit organization comprised of more than 400 community service and faith-based groups. The Coalition advocates for

1

greater social justice, including improved support for the intellectually and developmentally disabled and care for the earth. We advocate primarily through encouraging citizens to engage in the civic process by voting. We do not advocate for or against any candidate or party represented on the ballot.

4. I previously provided a declaration in this case on June 3, 2022. *See* ECF No. 185-7. The following is intended to supplement that declaration.

5. In 2020, our Power the Vote program at the Coalition received funding from the Black Voters Matter Fund ("BVMF") to provide water, bologna sandwiches, cheeseburgers, and other food to voters waiting in line in order to further our shared goals of promoting civic participation and engagement. The message we sent—in conjunction with BVMF—by providing food and water was one of support and solidarity. And voters were appreciative of our message.

6. Because SB 202 criminalizes these voter support activities, BVMF and the Coalition's efforts to provide food and water and other support items to voters waiting in line would have subjected our organizations and our volunteers to criminal penalties.

7. As a result, during the 2022 election, the Coalition and BVMF ceased all early voting and election day support efforts that involved providing food, water, or other items to voters waiting in line. In other words, the Coalition and BVMF had to fundamentally alter how they engaged with voters during the 2022 election.

8. If providing food and water to voters in line is permitted in future elections, the Coalition will once again partner with BVMF and deploy volunteers to engage in voter support efforts during early voting and on election day.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on  5/17/2023

By: _____

Christopher G. Johnson
Chair and Executive Director
Greater Augusta's Interfaith Coalition

3