UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| THE NEW GEORGIA PROJECT, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.*,<br><br>*Defendants,*<br><br>REPUBLICAN NATIONAL COMMITTEE, *et al.*,<br><br>*Intervenor-Defendants.* | Civil Action No.: 1:21-cv-01229-JPB |

**DECLARATION OF JAUAN DURBIN**

I, Jauan Durbin, declare as follows:

1. I am over the age of 18, have personal knowledge of the facts below, and can competently testify to their truth.

2. I am 24 years old and a resident of Atlanta, Georgia, in Fulton County. I have been a registered Georgia voter since I turned 18.

3. I have my undergraduate degree from Morehouse College, where I was elected "Mr. HBCU." In that role, I organized students in support of a number of political issues important to young Black people, including voting rights. Helping

1

young Black people navigate and overcome obstacles imposed by the political process remains one of my top priorities.

4. I previously provided a declaration in this case on June 3, 2022. *See* ECF No. 185-4. The following is intended to supplement that declaration.

5. I voted in-person in the November 2022 general election and December 2022 runoff. During both elections, I was unable to express my solidarity with voters waiting in line by ordering food for them because of the criminalization of such activity under SB 202.

6. As I mentioned in my previous declaration, I was fortunate to receive encouragement and support from various organizations that provided me with water and snacks while I waited in 2.5 to 3 hour long lines to vote in the 2018 general election. Their message of support lifted my spirits and strengthened my resolve to persevere through adversity. I did not see these organizations providing any such assistance in 2022.

7. I plan to vote in person again in the 2024 primary and general elections and am concerned that these restrictions will continue to silence the messages of solidarity and encouragement that were critical in helping me to make sure my voice was heard despite long lines, and that remain essential for activists like me to share with fellow Georgians.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 5/17/2023
                Date

By: *JAUAN DURBIN*
       Jauan Durbin

3