# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| THE NEW GEORGIA PROJECT, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.*, <br><br> *Defendants*, <br><br> REPUBLICAN NATIONAL COMMITTEE, *et al.*, <br><br> *Intervenor-Defendants*. | Civil Action No.: 1:21-cv-01229-JPB |

## [PROPOSED] ORDER ON NGP PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY INJUNCTION

THIS MATTER comes before this Court on NGP Plaintiffs' Renewed Motion for Preliminary Injunction. Upon considering the motion and supporting authorities, the responses from Defendants, and the evidence and pleadings of record, this Court finds that NGP Plaintiffs are likely to succeed on the merits of their claim, that they will be irreparably harmed if this motion is not granted, that the balance of equities

tip in NGP Plaintiffs' favor, and that the requested equitable relief is in the public interest. It is hereby:

**ORDERED** that NGP Plaintiffs' Renewed Motion for a Preliminary Injunction is **GRANTED**, and Defendant Keith Gammage, in his official capacity as the Solicitor General of Fulton County; Defendant Gregory W. Edwards, in his official capacity as the District Attorney for Dougherty County; their respective agents, officers, employees, and successors; and all persons acting in concert with each or any of them are hereby **ENJOINED** from enforcing during the 2024 elections, and any other elections held before final judgment in this case, the provisions of O.C.G.A. § 21-2-414 imposing criminal penalties on those who "give, offer to give, or participate in the giving of any money or gifts, including, but not limited to, food and drink, to an elector . . . [w]ithin 25 feet of any voter standing in line to vote at any polling place."

IT IS SO ORDERED this the _____ day of _____, 2023.

_____
Hon. J. P. Boulee
United States District Judge
Northern District of Georgia