# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| GEORGIA STATE CONFERENCE OF THE NAACP, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Secretary of State for the State of Georgia, *et al.*, <br><br> *Defendants*, <br><br> REPUBLICAN NATIONAL COMMITTEE, *et al.*, <br><br> *Intervenor-Defendants*. | Civil Action No.: 1:21-cv-01259-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.*, <br><br> *Defendants*, <br><br> REPUBLICAN NATIONAL COMMITTEE, *et al.*, <br><br> *Intervenor-Defendants*. | Civil Action No.: 1:21-cv-01284-JPB |

1

# DECLARATION OF LAURENCE F. PULGRAM IN SUPPORT OF GEORGIA NAACP PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION BASED ON IMMATERIAL VOTING REQUIREMENT

I, Laurence F. Pulgram, declare as follows:

1. I am a partner at the law firm of Fenwick & West LLP, counsel of record in this matter for Plaintiffs Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, Inc., League of Women Voters of Georgia, Inc., GALEO Latino Community Development Fund, Inc., Common Cause, and the Lower Muskogee Creek. I have personal knowledge of the facts in this declaration and can competently testify to those facts.

2. Attached hereto as **Exhibit 1** is a true and correct copy of pages 1 and 46-53 of the oral argument transcript from *Wood v. Raffensperger et al.*, No. 20-cv-4651-SDG, Dkt. No. 64, (N.D. Ga. Nov. 19, 2020).

3. Attached hereto as **Exhibit 2** is a true and correct copy of pages 1-2, 12-13, 21-22, 81-82 and 211-213 of the transcript of the April 5, 2023 deposition of Keisha Smith, Executive Director of Voter Registration and Elections for DeKalb County.

4. Attached hereto as **Exhibit 3** is a true and correct copy of pages 1-3 of State Defendants' Responses and Objections to Plaintiffs' First Interrogatories dated May 16, 2022.

5. Attached hereto as **Exhibit 4** is a true and correct copy of pages 1, 9-11, and Exhibit A of Defendants Clarke County Board of Election and Voter Registrations, Willa Jean Fambrough, Hunaid Qadir, Ann Till, Rocky Raffle, Adam Shirley, and Charlotte Sosebee's, Responses to Plaintiff Sixth District of the African Methodist Episcopal Church's Interrogatories dated January 11, 2023.

6. Attached hereto as **Exhibit 5** is a true and correct copy of pages 1 and 3-6 of Chatham County Board of Registrars Defendants' Responses and Objections to AME Plaintiffs' First Interrogatories dated January 23, 2023.

7. Attached hereto as **Exhibit 6** is a true and correct copy of pages 1 and 4-8 of Cobb County Defendants' Response to AME Plaintiffs' First Interrogatories dated January 19, 2023.

8. Attached hereto as **Exhibit 7** is a true and correct copy of pages 1 and 3-10 of Fulton County Defendants' Responses to AME Plaintiffs' First Interrogatories dated January 11, 2023.

9. Attached hereto as **Exhibit 8** is a true and correct copy of pages 1 and 5-14 of Hall County Defendants' Responses to Plaintiff African Methodist Episcopal Church's First Interrogatories dated January 11, 2023.

10. Attached hereto as **Exhibit 9** is a true and correct copy of pages 1 and 4-14 of Richmond Defendants' Responses to AME Plaintiffs' First Interrogatories dated January 11, 2023.

11. Attached hereto as **Exhibit 10** is a true and correct copy of the declaration of Gerald Griggs dated May 16, 2023.

12. Attached hereto as **Exhibit 11** is a true and correct copy of the declaration of Susannah Scott dated May 15, 2023.

13. Attached hereto as **Exhibit 12** is a true and correct copy of the declaration of Gerardo Gonzalez dated May 15, 2023.

14. Attached hereto as **Exhibit 13** is a true and correct copy of the declaration of Treaunna ("Aunna") Dennis dated May 16, 2023.

15. Attached hereto as **Exhibit 14** is a true and correct copy of the declaration of Helen Butler dated May 14, 2023.

16. Attached hereto as **Exhibit 15** is a true and correct copy of the Georgia Active Voters Report, downloaded from https://sos.ga.gov/georgia-active-voters-report on May 14, 2023.

17. Attached hereto as **Exhibit 16** is a true and correct copy of pages 1, 21, 35-37, and 180-181 of the transcript of the May 1, 2023 deposition of Defendant State of Georgia's identified expert witness, Justin Grimmer, Ph.D.

18. Attached hereto as **Exhibit 17** is a true and correct copy of the declaration of Shafina Khabani dated May 16, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California on May 17, 2023.

_____
Laurence F. Pulgram