# Exhibit 2

```
 1            IN THE UNITED STATE DISTRICT COURT

 2              NORTHERN DISTRICT OF GEORGIA

 3                    ATLANTA DIVISION

 4

 5   IN RE GEORGIA SENATE BILL 202,   )Master Case No.:

 6   ASIAN AMERICANS ADVANCING JUSTICE)1:21-MI-55555-JPB

 7   ATLANTA, et al.,                 )

 8        Plaintiffs,                 )

 9   vs                               )Civil Action No.:

10   BRAD RAFFENSPERGER, in his       )1:21-CV-01333-JPB

11   capacity as the Georgia Secretary)

12   of State,                        )

13        Defendants,                 )

14   REPUBLICAN NATIONAL COMMITTEE, et)

15   al.,                             )

16        Intervenor-Defendants.      )

17

18             STENOGRAPHIC & VIDEOGRAPHIC

19             DEPOSITION OF KEISHA SMITH

20                    10:02 a.m.

21                   APRIL 5, 2023

22

23   BY:  Susan Bell; Certified Court Reporter, CSR, CCR#14
```



```
 1                      STIPULATIONS
 2              IT IS HEREBY STIPULATED AND AGREED,
 3   by and between the parties through the respective
 4   counsel that the deposition of KEISHA SMITH, a
 5   witness in the above-entitled cause, may be taken
 6   before Susan Bell, Certified Shorthand Reporter,
 7   REMOTELY VIA ZOOM, on the 5th of April, 2023,
 8   commencing at 10:02 a.m.
 9
10              IT IS FURTHER STIPULATED AND AGREED
11   that the signature to and the reading of the
12   deposition by the witness is NOT waived, the
13   deposition to have the same force and effect as if
14   full compliance had been had with all laws and
15   rules of court relating to the taking of
16   depositions.
17
18
19
20
21
22
23
```



```
 1              Like I said, I can't see everybody
 2   so I feel like --
 3              MS. RAMAHI:  I think that may be
 4   it.  That looks like it from my end.
 5              COURT REPORTER:  Okay.  Thank you.
 6              I will swear in the witness now.
 7   You can unmute.
 8              Ms. Smith, can you raise your
 9   right hand for me, please?
10
11              KEISHA SMITH, first having been
12   duly sworn (affirmed) and testified as
13   follows:
14              COURT REPORTER:  Okay.  Thank you.
15
16   EXAMINATION BY MS. RAMAHI:
17
18        Q.    Good morning.  Ms. Smith, can you
19   hear and see me okay?
20        A.    Yes, I can.  Thank you.
21        Q.    Great.
22              Like I said, my name is Zainab
23   Ramahi and I represent the Asian Americans
```



1   Advancing Justice Atlanta in this matter.
2           We're here today for the 30(b)(6)
3   Deposition of the Dekalb County Board of
4   Elections and Registrations.
5           Could you please state your name
6   for the record?
7       A.  Keisha Smith.
8       Q.  Ms. Smith, have you been deposed
9   before?
10      A.  No, I have not.
11      Q.  Do you understand that today you
12  are being deposed in your capacity as a rep-
13  resentative of the Dekalb County Board of
14  Registrations and Elections?
15      A.  Yes.
16      Q.  So, if I say "you" in my question-
17  ing today, will you understand that's to
18  refer to the Board?
19      A.  Yes.
20      Q.  And is there any reason that you
21  cannot give true and complete testimony to-
22  day?
23      A.  No.



```
 1  Administration.
 2       Q.   Did you complete all those degrees
 3  at the same university?
 4       A.   No.  My undergrad was completed at
 5  Old Dominion University in Norfolk, Virginia
 6  and my graduate degree was completed at
 7  Baruch College, CUNY, in New York.
 8       Q.   Do you have any professional cert-
 9  ifications?
10       A.   No.
11       Q.   And where do you currently work?
12       A.   With Dekalb County.  I'm sorry,
13  I was just trying see if the professional
14  certifications -- no, I don't.
15            I am certified through the State
16  Certification for Election Officials.  So I
17  just wanted a clarification on that.
18       Q.   Thank you for clarifying, yes; and
19  at any time, if you feel the need to clarify,
20  please let me know and we can do at that.
21            So you work -- currently work at
22  Dekalb County; correct?
23       A.   That's correct.
```



1        Q.    And what is your title there?
2        A.    I am the Executive Director of
3   Voter Registration and Elections.
4        Q.    And how long have you been in that
5   position?
6        A.    I have been in the position for 13
7   months, since February of 2022.
8        Q.    And, prior to February, 2022, did
9   you hold any other positions at Dekalb?
10       A.    No.
11       Q.    And what are you job duties as
12  Executive Director?
13       A.    As Executive Director I'm respons-
14  ible for the administration of the Voter Reg-
15  istration and Elections Department of Dekalb
16  County overseeing operations, the implementa-
17  tion of all activities related to registra-
18  tion and fa -- the facilitation of elections.
19       Q.    And what are the main functions of
20  the Dekalb County Board of Registrations and
21  Elections?
22       A.    To ensure that the registration
23  and elections activities are in compliance



1  envelope?
2       A.   Yes.
3       Q.   Before SB 202 was there a require-
4  ment that voters fill out ID info on the
5  outside of the envelope?
6       A.   No.
7       Q.   And how does the identification
8  verification process work for absentee bal-
9  lots?
10      A.   So there are absentee technicians
11 again that receive the application -- or the
12 ballots and verify that it is, you know, that
13 the information is there; that the oath below
14 it is signed; that there is a signature; and
15 that the information matches the information
16 that's in the system, the information provid-
17 ed.
18      Q.   And, if voter -- I'm sorry.  Go
19 ahead.
20      A.   No.  I was saying the information
21 provided matches the information in the sys-
22 tem.
23      Q.   And is a voter notified if the



```
 1  County determines that their ballot did not
 2  meet ID requirements?
 3         A.    Yes.
 4         Q.    What does the notice say?
 5         A.    There's -- there's a -- a letter
 6  that is sent to the voter.  Again, if we have
 7  an E-mail or a phone number in the registra-
 8  tion system, we contact them that way as well
 9  but the letters -- the cure letters are mail-
10  ed to inform them that their ballot was, you
11  know, incomplete and it provides the informa-
12  tion that was missing and with instructions
13  on how to cure the ballot and when.
14         Q.    And how long after the County's
15  determination of a rejection is this notice
16  mailed?
17         A.    Typically within the 24 hours.
18         Q.    And is the -- is there any guid-
19  ance in the language other than English in
20  this notice?
21         A.    No, not -- not presently.
22         Q.    Okay.  Do you track the number of
23  rejections?
```



1   dation Voting Rights Project and I'm repre-
2   senting AME Plaintiffs here in this matter.
3   I just want to say thank you again for taking
4   the time to answer all our questions today.
5   I do really appreciate it?
6               I'm going to be asking you some
7   questions about the date of birth requirement
8   on absentee ballot applications and ballot
9   envelopes and then some questions pertaining
10  to voters with disabilities.
11              Is that all right?
12        A.    Yes.
13        Q.    Are you familiar with the changes
14  in SB 202 regarding the mandatory requirement
15  that a voter provide their date of birth on
16  the absentee ballot application and ballot
17  envelope?
18        A.    Yes.
19        Q.    And is it your understanding that
20  voters who don't provide a birth date and who
21  don't cure the omission have the ballot
22  rejected?
23        A.    Yes.



1        Q.   And is it your understanding that
2   voters who provide an incorrect birth date
3   and do not cure the error will have the bal-
4   lot rejected?
5        A.   Yes.
6        Q.   And is it your understanding that
7   following the enactment of HB316 in 2019 that
8   Georgia voters did not have to provide their
9   birth date on the absentee ballot envelope or
10  application until SB 202 went into effect?
11       A.   Yes.
12       Q.   So, by adding birth dates as a
13  required field, SB 202 provided another basis
14  to reject absentee ballots?
15            MS. VANDER ELS:   Object to the
16  form of the question.
17       A.   So our process -- right, we have
18  to verify that information in order to accept
19  it.
20       Q.   (By Mr. Campbell-Harris) In your
21  understanding, voters provide evidence of
22  their birth date when they register to vote;
23  is that correct?



```
 1         A.   Yes.
 2         Q.   So is it your understanding that
 3   after a voter is registered they have been
 4   determined eligible to vote in terms of age?
 5         A.   Yes.
 6         Q.   So the request for a birth date on
 7   the absentee ballot envelope is not then used
 8   to determine a voter's eligibility; is that
 9   correct?
10         A.   That's correct.
11         Q.   This was already done in the reg-
12   istration process?
13         A.   Yes.
14         Q.   And the same is true for absentee
15   ballot applications?
16         A.   Yes.
17         Q.   Those are all the date of birth
18   questions I have.
19              I'm going to transition now to
20   some of the questions pertaining to voters
21   with disabilities.  Are you familiar with the
22   Americans with Disabilities Act, the ADA?
23         A.   Yes.
```

