# Exhibit 4

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.<br><br>1:21-MI-55555-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.,*<br><br>*Defendants,*<br><br>REPUBLICAN NATIONAL COMMITTEE, *et al.*,<br><br><br>*Intervenor-Defendants*. | Civil Action No.<br><br>1:21-cv-01284-JPB |

**<u>DEFENDANTS CLARKE COUNTY BOARD OF ELECTION AND VOTER REGISTRATIONS, WILLA JEAN FAMBROUGH, HUNAID QADIR, ANN TILL, ROCKY RAFFLE, ADAM SHIRLEY, AND CHARLOTTE SOSEBEE'S, RESPONSES TO PLAINTIFF SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH'S INTERROGATORIES</u>**

**COMES NOW**, Defendants Clarke County Board of Election and Voter

Registrations, Willa Jean Fambrough, Hunaid Qadir, Ann Till, Rocky Raffle, Adam

Shirley, and Charlotte Sosebee (collectively, the "ACC Defendants" or

1

## INTERROGATORY NO. 2

Provide the following data listed in subparts a. to f. below regarding

absentee ballot applications for the 2020 General Election, January 2021 General

Runoff Election, 2022 General Election, and 2022 General Runoff Election

separately, broken down by race if available:

a. the number of absentee ballot applications rejected as received too early;

b. the number of absentee ballot applications rejected because they were received after the deadline;

c. the number of absentee ballot applications rejected for missing a birthdate;

d. the number of absentee ballot applications rejected due to a signature mismatch;

e. the number of absentee ballot applications rejected for failing to meet the ID requirement for an absentee ballot application, including a missing driver's license or state ID number or missing a copy of required identification; and,

f. the total number of absentee ballot applications received, accepted, rejected, and cancelled by Your County.

For absentee ballot applications rejected for more than one of these reasons, please

list them in each category but provide the total number of applications rejected for

9

these reasons by election at the end. If you have information for the number of applications initially rejected, but cured, and the number ultimately rejected, please provide both, and if not, please confirm which category the numbers reflect.

**RESPONSE: The Defendants object to Interrogatory No. 2 on the grounds that it is overbroad, unduly burdensome, irrelevant, and not reasonably calculated to lead to the discovery of admissible evidence.  Subject to and without waiving the foregoing objections, the Defendants respond as follows:**

**Pursuant to Fed. R. Civ. Pro. 33(d), please see the attached electronic document identified as Exhibit A to these responses.**

**INTERROGATORY NO. 3**

Provide the following data listed in subparts a. to e. below regarding absentee ballots for the 2020 General Election, January 2021 General Runoff Election, 2022 General Election, and 2022 General Runoff Election separately, broken down by race if available:

a.  the number of absentee ballots rejected because they were received after the deadline;

b.  the number of absentee ballots rejected for missing a birthdate;

c.  the number of absentee ballots rejected due to a signature mismatch;

d.  the number of absentee ballots rejected for failing to meet the ID requirement for an absentee ballot, including due to a missing driver's

10

license or state ID number or Social Security number or missing a copy

of required identification; and,

e.  the total number of absentee ballots received, accepted, rejected, and

cancelled, by Your County.

For absentee ballots rejected for multiple of these reasons, please list them in each

category, but provide the total number of ballots rejected for these reasons by

election at the end. If you have information for the number of ballots initially

rejected, but cured, and the number ultimately rejected, please provide both, and if

not, please confirm which category the numbers reflect.

**RESPONSE:  The  Defendants  object  to  Interrogatory  No.   3  on  the**

**grounds that it is overbroad, unduly burdensome, irrelevant, and not reasonably**

**calculated to lead to the discovery of admissible evidence.  Subject to and without**

**waiving the foregoing objections, the Defendants respond as follows:**

**Pursuant  to  Fed.  R.  Civ.  Pro.  33(d),  please  see  the  attached  document**

**identified as Exhibit A to these responses.**

### INTERROGATORY NO. 4

Describe in detail YOUR response, including all specific remedial steps taken,

to potential or actual non-compliance with Americans With Disabilities Act physical

accessibility requirements found in accessibility evaluations, surveys, or reports

about Election Day polling places and early voting locations.

11

| Application Status | Status Reason | Number of Apps | | Accepted | Rejected | Cancelled | **Total Applications Received** |
|---|---|---|---|---|---|---|---|
| Rejected | Received Too Early | 1 | **Total by Type** | 23054 | 121 | 0 | 23176 |
| Rejected | Received Too Late | 39 | | | | | |
| Rejected | Invalid Address | 103 | | | | | |
| Rejected | Missing Signature | N/A | | | | | |
| Rejected | Signature Mismatch | N/A | | | | | |
| Rejected | Missing DOB | N/A | | | | | |
| Rejected | Missing ID | N/A | | | | | |
| Accepted | Requirements Met | 23054 | | | | | |
| Accepted | Cured | 5 | | | | | |

| App Cures Issued | UnCured Apps Rejected |
|---|---|
| 50 | N/A |

| Ballot Status | Status Reason | Number of Ballots | | Accepted | Rejected | *Cancelled | **Total Ballots Received** |
|---|---|---|---|---|---|---|---|
| Rejected | Received Too Late | 70 | **Total by Type** | 18778 | 95 | 2921 | 21415 |
| Rejected | Missing Signature | 17 | | | | | |
| Rejected | Signature Mismatch | 7 | | | | | |
| Rejected | Missing DOB | N/A | | | | | |
| Rejected | Missing ID | 1 | | | | | |
| Accepted | Requirements Met | 18778 | | ** - Based on Ballots with a listed return date in ElectioNet. | | | |
| Accepted | Cured | 73 | | | | | |

| Ballot Cures Issued | UnCured Ballots Rejected |
|---|---|
| 98 | 25 |

\* - An absentee ballot can be cancelled for a number of reasons. Some reasons Clarke County voters had absentee ballots cancelled include: Voter turned in ballot at the polls, Voter's ballot was undelivered so they voted in person, ballot returned by USPS and reissued, ballot reissued by voter request, address error on ballot envelope, voter requested ballot be mailed to different address, and others.

## November 3rd 2020 General Election

| Application Status | Status Reason | Number of Apps | | | Accepted | Rejected | Cancelled | **Total Applications Received** |
|---|---|---|---|---|---|---|---|---|
| Rejected | Received Too Early | N/A | | **Total by Type** | 19092 | 35 | 0 | 19127 |
| Rejected | Received Too Late | 61 | | | | | | |
| Rejected | Invalid Address | 33 | | | | | | |
| Rejected | Missing Signature | N/A | | | | | | |
| Rejected | Signature Mismatch | N/A | | | | | | |
| Rejected | Missing DOB | N/A | | | | | | |
| Rejected | Missing ID | N/A | | | | | | |
| Accepted | Requirements Met | 19092 | | | | | | |
| Accepted | Cured | 7 | | | | | | |

| App Cures Issued | UnCured Apps Rejected |
|---|---|
| 16 | N/A |

| Ballot Status | Status Reason | Number of Ballots | | | Accepted | Rejected | *Cancelled | **Total Ballots Received** |
|---|---|---|---|---|---|---|---|---|
| Rejected | Received Too Late | 147 | | **Total by Type** | 15616 | 182 | 1897 | 16737 |
| Rejected | Missing Signature | 6 | | | | | | |
| Rejected | Signature Mismatch | 29 | | | | | | |
| Rejected | Missing DOB | N/A | | | | | | |
| Rejected | Missing ID | 1 | | | | | | |
| Accepted | Requirements Met | 15616 | | | | | | |
| Accepted | Cured | 52 | | | | | | |

**- Based on Ballots with a listed return date in ElectioNet.

| Ballot Cures Issued | UnCured Ballots Rejected |
|---|---|
| 99 | 47 |

* - An absentee ballot can be cancelled for a number of reasons. Some reasons Clarke County voters had absentee ballots cancelled include: Voter turned in ballot at the polls, Voter's ballot was undelivered so they voted in person, ballot returned by USPS and reissued, ballot reissued by voter request, address error on ballot envelope, voter requested ballot be mailed to different address, and others.

January 5th 2021 Federal Election Runoff

| Application Status | Status Reason | Number of Apps | | Accepted | Rejected | Cancelled | Total Applications Received |
|---|---|---|---|---|---|---|---|
| Rejected | Received Too Early | 23 | Total by Type | 4201 | 57 | 0 | 4258 |
| Rejected | Received Too Late | 34 | | | | | |
| Rejected | Invalid Address | N/A | | | | | |
| Rejected | Missing Signature | 0 | | | | | |
| Rejected | Signature Mismatch | N/A | | | | | |
| Rejected | Missing DOB | 0 | | | | | |
| Rejected | Missing ID | 0 | | | | | |
| Accepted | Requirements Met | 4201 | | | | | |
| Accepted | Cured | 0 | | | | | |

| App Cures Issued | *UnCured Apps Rejected | *- Voters issued Provisional Ballots |
|---|---|---|
| 3 | 0 | |

| Ballot Status | Status Reason | Number of Ballots | | Accepted | Rejected | *Cancelled | Total Ballots Received |
|---|---|---|---|---|---|---|---|
| Rejected | Received Too Late | 44 | Total by Type | 3720 | 82 | 227 | 3802 |
| Rejected | Missing Signature | 5 | | | | | |
| Rejected | Signature Mismatch | N/A | | | | | |
| Rejected | Missing DOB | 17 | | | | | |
| Rejected | Missing ID | 22 | | | | | |
| Accepted | Requirements Met | 3720 | | | | | |
| Accepted | Cured | 29 | | | | | |

| Ballot Cures Issued | UnCured Ballots Rejected |
|---|---|
| 67 | 38 |

\* - An absentee ballot can be cancelled for a number of reasons. Some reasons Clarke County voters had absentee ballots cancelled include: Voter turned in ballot at the polls, Voter's ballot was undelivered so they voted in person, ballot returned by USPS and reissued, ballot reissued by voter request, address error on ballot envelope, voter requested ballot be mailed to different address, and others.

## November 8th 2022 General Election

| Application Status | Status Reason | Number of Apps | | Accepted | Rejected | Cancelled | Total Applications Received |
|---|---|---|---|---|---|---|---|
| Rejected | Received Too Early | 0 | Total by Type | 3555 | 0 | 0 | 3584 |
| Rejected | Received Too Late | 29 | | | | | |
| Rejected | Invalid Address | N/A | | | | | |
| Rejected | Missing Signature | 0 | | | | | |
| Rejected | Signature Mismatch | 0 | | | | | |
| Rejected | Missing DOB | 0 | | | | | |
| Rejected | Missing ID | 0 | | | | | |
| Accepted | Requirements Met | 3555 | | | | | |
| Accepted | Cured | 0 | | | | | |

| App Cures Issued | *UnCured Apps Rejected | *- Voters Issued Provisional Ballots |
|---|---|---|
| 4 | 0 | |

| Ballot Status | Status Reason | Number of Ballots | | Accepted | Rejected | *Cancelled | Total Ballots Received |
|---|---|---|---|---|---|---|---|
| Rejected | Received Too Late | 44 | Total by Type | 2880 | 57 | 316 | 2937 |
| Rejected | Missing Signature | 2 | | | | | |
| Rejected | Signature Mismatch | 1 | | | | | |
| Rejected | Missing DOB | 3 | | | | | |
| Rejected | Missing ID | 11 | | | | | |
| Accepted | Requirements Met | 2880 | | | | | |
| Accepted | Cured | 6 | | | | | |

| Ballot Cures Issued | UnCured Ballots Rejected |
|---|---|
| 19 | 13 |

* - An absentee ballot can be cancelled for a number of reasons. Some reasons Clarke County voters had absentee ballots cancelled include: Voter turned in ballot at the polls, Voter's ballot was undelivered so they voted in person, ballot returned by USPS and reissued, ballot reissued by voter request, address error on ballot envelope, voter requested ballot be mailed to different address, and others.

## December 6th 2022 General Runoff