# Exhibit 5

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.<br>1:21-MI-55555-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.,*<br><br>*Defendants,*<br><br>REPUBLICAN NATIONAL COMMITTEE, *et al.*,<br><br>*Intervenor-Defendants*. | Civil Action No.<br>1:21-cv-01284-JPB |

## CHATHAM COUNTY BOARD OF REGISTRARS DEFENDANTS' RESPONSES AND OBJECTIONS TO AME PLAINTIFFS' FIRST INTERROGATORIES

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, the Chatham County Board of Registrars; Members of Chatham County Board of Registrars, in their official capacities; and Colin McRae, Chairman of Chatham County Board of Registrars, in his official capacity (collectively, the "Chatham

| Date | November 2020 | January 2021 | November 2022 | December 2022 |
|---|---|---|---|---|
| Mailed | 56,002 | 46,263 | 8,811 | 8,589 |
| Returned and Accepted | 41,641 | 36,461 | 8,674 | 6,910 |

### INTERROGATORY NO. 2

Provide the following data listed in subparts a. to f. below regarding <u>absentee ballot applications</u> for the 2020 General Election, January 2021 General Runoff Election, 2022 General Election, and 2022 General Runoff Election separately, <u>broken down by race if available</u>:

a. the number of absentee ballot applications rejected as received too early;

b. the number of absentee ballot applications rejected because they were received after the deadline;

c. the number of absentee ballot applications rejected for missing a birthdate;

d. the number of absentee ballot applications rejected due to a signature mismatch;

e. the number of absentee ballot applications rejected for failing to meet the ID requirement for an absentee ballot application, including a missing driver's license or state ID number or missing a copy of required identification; and,

f. the total number of absentee ballot applications received, accepted, rejected, and cancelled by Your County.

For absentee ballot applications rejected for more than one of these reasons, please list them in each category but provide the total number of applications rejected for these reasons by election at the end. If you have information for the number of applications initially rejected, but cured, and the number ultimately rejected, please provide both, and if not, please confirm which category the numbers reflect.

**RESPONSE:** Defendants object to this interrogatory on the grounds that it is overly broad and unduly burdensome. Defendants further object to this interrogatory on the grounds that it seeks information that is not relevant to any party's claims or defenses and is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, Defendants state the following:

|  | November 2020 | January 2021 | November 2022 | December 2022 |
|---|---|---|---|---|
| **a. Received Too Early** | 0 | 0 | 5 | 0 |
| **b. Received After the Deadline** | 38 | 59 | 1 | 0 |
| **c. Missing DOB** | 0 | 0 | 50 | 25 |
| **d. Signature Mismatch** | 0 | 0 | 0 | 0 |

|  |  | 0 |  |  |
|---|---|---|---|---|
| e. ID Requirement | 22 |  | 62 | 4 |
| f. (1) Total Received | 502 | 63 | 161 | 55 |
| f. (2) Total Accepted | 0 | 0 | 141 | 25 |
| f. (3) Total Rejected | 67 | 56 | 14 | 26 |
| f. (4) Total Cancelled | 435 | 7 | 6 | 4 |

## INTERROGATORY NO. 3

Provide the following data listed in subparts a. to e. below regarding <u>absentee ballots</u> for the 2020 General Election, January 2021 General Runoff Election, 2022 General Election, and 2022 General Runoff Election separately, <u>broken down by race if available</u>:

    a. the number of absentee ballots rejected because they were received after the deadline;

    b. the number of absentee ballots rejected for missing a birthdate;

    c. the number of absentee ballots rejected due to a signature mismatch;

    d. the number of absentee ballots rejected for failing to meet the ID requirement for an absentee ballot, including due to a missing driver's

    license or state ID number or Social Security number or missing a copy of required identification; and,

    e. the total number of absentee ballots received, accepted, rejected, and cancelled, by Your County.

For absentee ballots rejected for multiple of these reasons, please list them in each category, but provide the total number of ballots rejected for these reasons by election at the end. If you have information for the number of ballots initially rejected, but cured, and the number ultimately rejected, please provide both, and if not, please confirm which category the numbers reflect.

**RESPONSE:** Defendants object to this interrogatory on the grounds that it is overly broad and unduly burdensome. Defendants further object to this interrogatory on the grounds that it seeks information that is not relevant to any party's claims or defenses and is not proportional to the needs of the case. Subject to and without waiving the foregoing objections, Defendants state the following:

|  | **November 2020** | **January 2021** | **November 2022** | **December 2022** |
|---|---|---|---|---|
| **a. Received After the Deadline** | 96 | 180 | 103 | 140 |
| **b. Missing DOB** | 0 | 0 | 25 | 49 |
| **c. Signature Mismatch** | 0 | 0 | 1 | 0 |