# Exhibit 6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | CIVIL ACTION FILE NO. 1:21-mi-55555-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, a Georgia nonprofit organization, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>BRIAN KEMP, Governor of the State of Georgia in his official capacity, et al.,<br><br>    Defendants. | CIVIL ACTION FILE NO.:<br><br>1:21-cv-01284-JPB |

## COBB COUNTY DEFENDANTS' RESPONSE TO AME PLAINTIFFS' FIRST INTERROGATORIES

COME NOW, Defendants COBB COUNTY BOARD OF ELECTIONS; TORI SILAS, STEVEN F. BRUNING, JENNIFER MOSBACHER, PAT GARTLAND, and JESSICA M. BROOKS, in their official capacities as Members of Cobb County Board of Elections and Voter Registration; and JANINE EVELER, in her official capacity as Director of Cobb County Elections Department (collectively, "Cobb Defendants"), by and through counsel, and pursuant to Rule 26 and 34 of the Federal Rules of Civil Procedure and Local Rule 26.1, hereby serve

but does not define those terms. Subject to and without waiving this objection, the Cobb Defendants respond as follows:

The Absentee Voter File is compiled and published by the Georgia Secretary of State's office based on the updates that Cobb County and other counties enter into the Georgia Voter Registration System (eNet/GaVIS). This publication fulfills the public listing requirements found in O.C.G.A. § 21-2-384(d) and § 21-2-386(a)(1)(B) and is accurate and complete to the best of Cobb Election staff's knowledge.

**INTERROGATORY 2:** Provide the following data listed in subparts a. to f. below regarding absentee ballot applications for the 2020 General Election, January 2021 General Runoff Election, 2022 General Election, and 2022 General Runoff Election separately, <u>broken down by race if available</u>:

> a. the number of absentee ballot applications rejected as received too early;
>
> b. the number of absentee ballot applications rejected because they were received after the deadline;
>
> c. the number of absentee ballot applications rejected for missing a

      birthdate;

    d. the number of absentee ballot applications rejected due to a signature mismatch;

    e. the number of absentee ballot applications rejected for failing to meet the ID requirement for an absentee ballot application, including a missing driver's license or state ID number or missing a copy of required identification; and,

    f. the total number of absentee ballot applications received, accepted, rejected, and cancelled by Your County.

For absentee ballot applications rejected for more than one of these reasons, please list them in each category but provide the total number of applications rejected for these reasons by election at the end. If you have information for the number of applications initially rejected, but cured, and the number ultimately rejected, please provide both, and if not, please confirm which category the numbers reflect.

**RESPONSE NO. 2:** Cobb Defendants object to Interrogatory No. 2 on the grounds that it seeks to impose discovery obligations on Cobb Defendants outside of the scope of discovery permitted by the Federal Rules of Civil Procedure and is unduly

- 5 -

burdensome to the extent it purports to require information which Cobb Defendants do not track, and further purports to require the information to produced in a specific format. Subject to and without waiving this objection, Cobb Defendants respond as follows:

| | | 2020 General Election | 2021 General Election Runoff | 2022 General Election | 2022 General Election Runoff |
|---|---|---|---|---|---|
| a | Rejected apps - Received too early | 10 | 0 | 117 | 0 |
| b | Rejected apps - Received too late | 725 | 297 | 195 | 1 |
| c | Rejected apps - missing date of birth | 0 | 0 | 363 | 142 |
| d | Rejected apps – signature mismatch | 0 | 4 | 1 | 0 |
| e | Rejected apps - missing ID info | 0 | 0 | 83 | 9 |
| f | Apps received | 184552 | 147968 | 32040 | 24432 |
| f | Apps accepted | 183634 | 146911 | 30860 | 24170 |
| f | Apps rejected | 918 | 1057 | 1180 | 262 |
| f | Apps cancelled | 0 | 0 | 0 | 0 |

**INTERROGATORY 3:** Provide the following data listed in subparts a. to e. below regarding absentee ballots for the 2020 General Election, January 2021 General

Runoff Election, 2022 General Election, and 2022 General Runoff Election separately, broken down by race if available:

    a. the number of absentee ballots rejected because they were received after the deadline;

    b. the number of absentee ballots rejected for missing a birthdate;

    c. the number of absentee ballots rejected due to a signature mismatch;

    d. the number of absentee ballots rejected for failing to meet the ID requirement for an absentee ballot, including due to a missing driver's license or state ID number or Social Security number or missing a copy of required identification; and,

    e. the total number of absentee ballots received, accepted, rejected, and cancelled, by Your County.

**RESPONSE NO. 3:** Cobb Defendants object to Interrogatory No. 3 on the grounds that it seeks to impose discovery obligations on Cobb Defendants outside of the scope of discovery permitted by the Federal Rules of Civil Procedure and is unduly burdensome to the extent it purports to require information which Cobb Defendants do not track, and further purports to require the information to produced in a specific

format. Subject to and without waiving this objection, Cobb Defendants respond as follows:

|   |   | 2020 General Election | 2021 General Election Runoff | 2022 General Election | 2022 General Election Runoff |
|---|---|---|---|---|---|
| a | Rejected ballots – Received too late | 333 | 364 | 399 | 363 |
| b | Rejected ballots - Missing date of birth | 0 | 0 | 0 | 180 |
| c | Rejected ballots - signature mismatch | 108 | 183 | 20 | 24 |
| d | Rejected ballots - missing ID info | 0 | 3 | 183 | 180 |
| e | Ballots received | 174484 | 137872 | 27029 | 19325 |
| f | Ballots accepted | 149988 | 127799 | 25348 | 17495 |
| f | Ballots rejected | 441 | 679 | 748 | 723 |
| f | Ballots cancelled | 24055 | 9394 | 933 | 1107 |

**INTERROGATORY 4:** Describe in detail YOUR response, including all specific remedial steps taken, to potential or actual non-compliance with Americans With Disabilities Act physical accessibility requirements found in accessibility