# Exhibit 7

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.<br><br>1:21-MI-55555-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.*,<br><br>*Defendants*,<br><br>REPUBLICAN NATIONAL COMMITTEE, *et al.*,<br><br>*Intervenor-Defendants*. | Civil Action No.<br><br>1:21-cv-01284-JPB |

## FULTON COUNTY DEFENDANTS' RESPONSES TO AME PLAINTIFFS' FIRST INTERROGATORIES

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Defendant Fulton County Board of Registration and Elections; Defendant Cathy Woolard, in her official capacity as Chairperson of the Fulton County Board of

Fulton Co. Defendants' Responses to AME Plaintiffs' 1st Interrogatories – Page 1

Runoff Election.

To the best of the Fulton County Defendants' knowledge, the data that appears in the Absentee Voter File for the 2022 General Election and 2022 General Runoff elections for the categories requested in Interrogatories 3a.-e. is accurate. The data that appears in the Absentee Voter File for the 2022 General Election and 2022 General Runoff elections for the categories requested in Interrogatories 2a.-f. is inaccurate and/or incomplete. The data is inaccurate and/or incomplete because the State Voter Registration System ElectioNet ("ENET") is unable to reflect all applications received after the deadline. Shortly after the election concludes, the election date no longer appears, and information pertaining to the election can no longer be entered.

### INTERROGATORY NO. 2

Provide the following data listed in subparts a. to f. below regarding <u>absentee ballot applications</u> for the 2020 General Election, January 2021 General Runoff Election, 2022 General Election, and 2022 General Runoff Election separately, <u>broken down by race if available</u>:

   a. the number of absentee ballot applications rejected as received too early;

   b. the number of absentee ballot applications rejected because they were received after the deadline;

  c. the number of absentee ballot applications rejected for missing a birthdate;

  d. the number of absentee ballot applications rejected due to a signature mismatch;

  e. the number of absentee ballot applications rejected for failing to meet the ID requirement for an absentee ballot application, including a missing driver's license or state ID number or missing a copy of required identification; and,

  f. the total number of absentee ballot applications received, accepted, rejected, and cancelled by Your County.

For absentee ballot applications rejected for more than one of these reasons, please list them in each category but provide the total number of applications rejected for these reasons by election at the end. If you have information for the number of applications initially rejected, but cured, and the number ultimately rejected, please provide both, and if not, please confirm which category the numbers reflect.

**Response:**

    a. the number of absentee ballot applications rejected as received too early:

    12/6/22 General Runoff – 0
    11/8/22 General Election – 236
    1/5/21 Runoff- 1
    11/3/20 General Election – 0

    b. the number of absentee ballot applications rejected because they were received after the deadline:

    12/6/22 General Runoff – 94
    11/8/22 General Election – 347
    1/5/21 Runoff – 0
    11/3/20 General Election – 1

    c. the number of absentee ballot applications rejected for missing a birthdate:

    12/6/22 General Runoff – 0
    11/8/22 General Election – 0
    1/5/21 Runoff – 0
    11/3/20 General Election – 1

    d. the number of absentee ballot applications rejected due to a signature mismatch:

    12/6/22 General Runoff – 0
    11/8/22 General Election – 0
    1/5/21 Runoff – 2
    11/3/20 General Election – 8

e. the number of absentee ballot applications rejected for failing to meet the ID requirement for an absentee ballot application, including a missing driver's license or state ID number or missing a copy of required identification:

12/6/22 General Runoff – 0
11/8/22 General Election – 19
1/5/21 Runoff – 1
11/3/20 General Election – 0

f. the total number of absentee ballot applications received, accepted, rejected, and cancelled by Your County:

<u>12/6/22 General Runoff</u>
    Received 22090
    Accepted 21743
    Rejected 441    (94 received after deadline ENET does not reflect + 347 ENET reflects)
    Cancelled 0

<u>11/8/22 General Election</u>
    Received 29455
    Accepted 28922
    Rejected 879    (347 received after deadline ENET does not reflect+ 532 ENET reflects)
    Cancelled 0

<u>1/5/21 Runoff</u>
    Received 154790
    Accepted 154706
    Rejected 84
    Cancelled 0

    <u>11/3/20 General Election</u>
      Received 212246
      Accepted 212029
      Rejected 217
      Cancelled 0

ENET only allows one specific rejection reason to be chosen on its drop-down menu. There is no accurate way to calculate how many applications were rejected for multiple reasons. ENET does not reflect applications that were cured. The rejection numbers listed above reflect the overall applications rejected for each election.

## INTERROGATORY NO. 3

Provide the following data listed in subparts a. to e. below regarding <u>absentee ballots</u> for the 2020 General Election, January 2021 General Runoff Election, 2022 General Election, and 2022 General Runoff Election separately, <u>broken down by race if available</u>:

 a. the number of absentee ballots rejected because they were received after the deadline;

 b. the number of absentee ballots rejected for missing a birthdate;

 c. the number of absentee ballots rejected due to a signature mismatch;

 d. the number of absentee ballots rejected for failing to meet the ID

Fulton Co. Defendants' Responses to AME Plaintiffs' 1st Interrogatories – Page 7

requirement for an absentee ballot, including due to a missing driver's license or state ID number or Social Security number or missing a copy of required identification; and,

e. the total number of absentee ballots received, accepted, rejected, and cancelled, by Your County.

For absentee ballots rejected for multiple of these reasons, please list them in each category, but provide the total number of ballots rejected for these reasons by election at the end. If you have information for the number of ballots initially rejected, but cured, and the number ultimately rejected, please provide both, and if not, please confirm which category the numbers reflect.

**Response:**

a. the number of absentee ballots rejected because they were received after the deadline:

12/6/22 General Runoff- 601
11/8/22 General Election- 495
1/5/21 Runoff- 180
11/3/20 General Election- 268

b. the number of absentee ballots rejected for missing a birthdate:

12/6/22 General Runoff- Between 1-279
11/8/22 General Election- Between 16-283
1/5/21 Runoff- 0
11/3/20 General Election- 0

Fulton Co. Defendants' Responses to AME Plaintiffs' 1st Interrogatories – Page 8

    c. the number of absentee ballots rejected due to a signature mismatch:

    12/6/22 General Runoff- 0
    11/8/22 General Election- 0
    1/5/21 Runoff- 39
    11/3/20 General Election- 50

    d. the number of absentee ballots rejected for failing to meet the ID requirement for an absentee ballot, including due to a missing driver's license or state ID number or Social Security number or missing a copy of required identification:

    12/6/22 General Runoff- Between 1-279
    11/8/22 General Election- Between 16-283
    1/5/21 Runoff- 0
    11/3/20 General Election- 1

    e. the total number of absentee ballots received, accepted, rejected, and cancelled, by Your County:

    <u>12/6/22 General Runoff</u>
        Received 17736
        Accepted 15467
        Rejected 889
        Cancelled 1358

    <u>11/8/22 General Election</u>
        Received 25786
        Accepted 23261
        Rejected 805
        Cancelled 1679

Fulton Co. Defendants' Responses to AME Plaintiffs' 1st Interrogatories – Page 9

<u>1/5/21 Runoff</u>
Received 136691
Accepted 111680
Rejected 436
Cancelled 24503

<u>11/3/20 General Election</u>
Received 191398
Accepted 144029
Rejected 752
Cancelled 46331

ENET only allows one specific rejection reason to be chosen on its drop-down menu. There is no accurate way to calculate how many applications were rejected for multiple reasons. ENET does not reflect applications that were cured. The rejection numbers listed above reflect the overall applications rejected for each election.

## INTERROGATORY NO. 4

Describe in detail YOUR response, including all specific remedial steps taken, to potential or actual non-compliance with Americans With Disabilities Act physical accessibility requirements found in accessibility evaluations, surveys, or reports about Election Day polling places and early voting locations.

**Response:**

No potential or actual non-compliance with the Americans with Disability