# Exhibit 8

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **IN RE GEORGIA SENATE BILL 202** | **MASTER CIVIL ACTION FILE NO.: 1:21-MI-55555-JPB** |
| **SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, *et al.,*** | |
| *Plaintiffs*, | **ORIGINAL CIVIL ACTION FILE NO.: 1:21-CV-1284-JPB** |
| **v.** | |
| **BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.,*** | |
| *Defendants*. | |

## HALL COUNTY DEFENDANTS' RESPONSES TO PLAINTIFF AFRICAN METHODIST EPISCOPAL CHURCH'S FIRST INTERROGATORIES

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, the Hall County Board of Elections and Registration, Tom Smiley, David Kennedy, Ken Cochran, Craig Lutz, and Gala Sheats, as well as Elections Director Lori Wurtz, each in their official capacity (hereinafter referred to collectively as "Hall County Defendants" or "Defendants"), hereby serve their responses and objections to Plaintiff's First Interrogatories, served on December 13, 2022, in the above-styled matter as follows:

## GENERAL DEFINITION AND INSTRUCTION OBJECTIONS

Hall County Defendants' responses to Plaintiff's Interrogatories are set forth to the best of Defendants' knowledge, information, and belief. Defendants generally

they are returned undeliverable or marked as rejected for being returned after the deadline

## INTERROGATORY NO. 2

Provide the following data listed in subparts a. to f. below regarding <u>absentee ballot applications</u> for the 2020 General Election, January 2021 General Runoff Election, 2022 General Election, and 2022 General Runoff Election separately, <u>broken down by race if available</u>:

**GENERAL RESPONSE: Defendants object to this Interrogatory to the extent it seeks information that is not within Defendants' possession or knowledge. Specifically, Defendants' data is not tracked in accordance with applicants' race, gender, or age.**

**Subject to these objections and without wavier of the same, Defendants respond as follows, grouped by specific elections:**

1. **<u>2020 General Election – November 3, 2020</u>**
   a. the number of absentee ballot applications rejected as received too early:
      - **None**
   b. the number of absentee ballot applications rejected because they were received after the deadline:
      - **None**
   c. the number of absentee ballot applications rejected for missing a birthdate:
      - **None**
   d. the number of absentee ballot applications rejected due to a signature mismatch:
      - **None. There were 12 applications that had a signature**

Page 5

**mismatch or were missing a signature. These applications were not rejected; rather, the applicants were sent a provisional ballot with a cure affidavit.**

e. the number of absentee ballot applications rejected for failing to meet the ID requirement for an absentee ballot application, including a missing driver's license or state ID number or missing a copy of required identification:

- **None. There were 14 First Time Registrant (IDR) applications that were not rejected; rather, the applicants were sent a provisional ballot with a cure affidavit.**

f. the total number of absentee ballot applications received, accepted, rejected, and cancelled by Your County:

- **Defendants do not track how many applications are received, as many are duplicates.**
- **There were 28,390 ballot applications accepted.**
- **There were no ballot applications rejected or cancelled. There is no ABM ballot application cancelation procedure.**

2. **January 2021 General Runoff Election – January 5, 2021**

a. the number of absentee ballot applications rejected as received too early:

- **None**

b. the number of absentee ballot applications rejected because they were received after the deadline:

- **None**

c. the number of absentee ballot applications rejected for missing a birthdate:

- **None**

Page 6

d. the number of absentee ballot applications rejected due to a signature mismatch:

- **None. There were 23 applications that had a signature mismatch or were missing a signature. These applications were not rejected; rather, the applicants were sent a provisional ballot with a cure affidavit.**

e. the number of absentee ballot applications rejected for failing to meet the ID requirement for an absentee ballot application, including a missing driver's license or state ID number or missing a copy of required identification

- **None. There were 3 applications that were not rejected; rather, the applicants were sent a provisional ballot with a cure affidavit.**

f. the total number of absentee ballot applications received, accepted, rejected, and cancelled by Your County.

- **Defendants do not track how many applications are received, as many are duplicates.**
- **There were 21,216 ballot applications accepted.**
- **There were no ballot applications rejected or cancelled. There is no ABM ballot application cancelation procedure.**

3. **2022 General Election – November 8, 2022**

a. the number of absentee ballot applications rejected as received too early:

- **3**

b. the number of absentee ballot applications rejected because they were received after the deadline:

Page 7

- **60**

c. the number of absentee ballot applications rejected for missing a birthdate:

- **None. Any applications with a missing or wrong birthday were not rejected; rather, the applicants were sent a provisional ballot with a cure affidavit.**

d. the number of absentee ballot applications rejected due to a signature mismatch:

- **None. There were 15 applications that had a signature mismatch or were missing a signature. These applications were not rejected; rather, the applicants were sent a provisional ballot with a cure affidavit.**

e. the number of absentee ballot applications rejected for failing to meet the ID requirement for an absentee ballot application, including a missing driver's license or state ID number or missing a copy of required identification

- **None. There were 3 applications that did not have the required information. The applicants were sent a provisional ballot with a cure affidavit.**

f. the total number of absentee ballot applications received, accepted, rejected, and cancelled by Your County.

- **Defendants do not track how many applications are received, as many are duplicates.**
- **There were 5,430 ballot applications accepted.**
- **There were 67 ballot applications rejected, 1 application was blank with the applicant's name only listed at the top of the second page. There were 3**

**applications that used an old form.**

- **There were no ballot applications cancelled. There is no ABM ballot application cancelation procedure.**

4. <u>**2022 General Runoff Elections – December 6, 2022**</u>

   a. the number of absentee ballot applications rejected as received too early:

- **None**

   b. the number of absentee ballot applications rejected because they were received after the deadline:

- **21**

   c. the number of absentee ballot applications rejected for missing a birthdate

- **None.**

   d. the number of absentee ballot applications rejected due to a signature mismatch:

- **None. There were 3 applications that had a signature mismatch, invalid signature, or were missing a signature. These applications were not rejected; rather, the applicants were sent a provisional ballot with a cure affidavit.**

   e. the number of absentee ballot applications rejected for failing to meet the ID requirement for an absentee ballot application, including a missing driver's license or state ID number or missing a copy of required identification

- **None.**

   f. the total number of absentee ballot applications received, accepted, rejected, and cancelled by Your County.

- **Defendants do not track how many applications are received, as many are duplicates.**
- **There were 4,995 ballot applications accepted.**
- **There were 21 ballot applications rejected.**
- **There were no ballot applications cancelled. There is no ABM ballot application cancelation procedure.**

## INTERROGATORY NO. 3

Provide the following data listed in subparts a. to e. below regarding <u>absentee ballots</u> for the 2020 General Election, January 2021 General Runoff Election, 2022 General Election, and 2022 General Runoff Election separately, <u>broken down by race if available:</u>

**GENERAL RESPONSE: Defendants object to this Interrogatory to the extent it seeks information that is not within Defendants' possession or knowledge. Specifically, Defendants' data is not tracked in accordance with applicants' race, gender, or age.**

**Subject to these objections and without wavier of the same, Defendants respond as follows, grouped by specific elections:**

1. **2020 General Election – November 3, 2020**
   a. the number of absentee ballots rejected because they were received after the deadline:
      - **61**
      - **The State's data does not include these ballots in its reports.**
   b. the number of absentee ballots rejected for missing a birthdate:
      - **None**

c. the number of absentee ballots rejected due to a signature mismatch:

- **There were 11 ballots that had a signature mismatch, invalid signature, or were missing a signature.  These ballots required cure affidavits, which were not returned by 5:00 p.m. on the Friday after the election deadline. The State's data includes these ballots in its reports.**

d. the number of absentee ballots rejected for failing to meet the ID requirement for an absentee ballot, including due to a missing driver's license or state ID number or Social Security number or missing a copy of required identification;

- **None**

e. the total number of absentee ballots received, accepted, rejected, and cancelled, by Your County.

- **There were 21,750 ballots accepted.**
- **There were 72 ballots rejected.**
- **There were 4,996 ballots cancelled.**

2. **January 2021 General Runoff Election – January 5, 2021**

a. the number of absentee ballots rejected because they were received after the deadline:

- **54**

b. the number of absentee ballots rejected for missing a birthdate:

- **None**

c. the number of absentee ballots rejected due to a signature mismatch:

- **There were 31 ballots that had a signature mismatch, invalid signature, or were missing a signature.**

d. the number of absentee ballots rejected for failing to meet the ID

requirement for an absentee ballot, including due to a missing driver's license or state ID number or Social Security number or missing a copy of required identification;

- **None**

e. the total number of absentee ballots received, accepted, rejected, and cancelled, by Your County.

- **There were 17,576 ballots accepted.**
- **There were 87 ballots rejected. There were 54 ballots received after the deadline and 31 with signature issues. There were 2 ballots rejected due to "ineligible elector" for individuals who had moved out of state and a Hall County voter challenged these ballots.**
- **There were 1,789 ballots cancelled.**

3. <u>**2022 General Election – November 8, 2022**</u>

a. the number of absentee ballots rejected because they were received after the deadline:

- **40**

b. the number of absentee ballots rejected for missing a birthdate:

- **None. There were 3 ballots rejected for listing the wrong date of birth.**

c. the number of absentee ballots rejected due to a signature mismatch:

- **None.**

d. the number of absentee ballots rejected for failing to meet the ID requirement for an absentee ballot, including due to a missing driver's license or state ID number or Social Security number or missing a copy of required identification;

- **11**

e. the total number of absentee ballots received, accepted, rejected, and cancelled, by Your County.

- **There were 4,985 ballots accepted.**
- **There were 64 ballots rejected. There were 10 ballots rejected due to improper delivery.**
- **There were 192 ballots cancelled.**

4. **2022 General Runoff Elections – December 6, 2022**

a. the number of absentee ballots rejected because they were received after the deadline:

- **51**

b. the number of absentee ballots rejected for missing a birthdate:

- **None. There was 1 ballot rejected for an incorrect date of birth.**

c. the number of absentee ballots rejected due to a signature mismatch:

- **None. There was 1 ballot that was missing a signature.**

d. the number of absentee ballots rejected for failing to meet the ID requirement for an absentee ballot, including due to a missing driver's license or state ID number or Social Security number or missing a copy of required identification;

- **There were 9 ballots rejected for missing a driver's license, state ID number, or Social Security number or was missing a copy of required identification or had incorrect information included.**

e. the total number of absentee ballots received, accepted, rejected, and cancelled, by Your County.

- **There were 4,362 ballots accepted.**

- **There were 62 ballots rejected as of December 15, 2022.**
- **There were 182 ballots cancelled as of December 15, 2022.**

## INTERROGATORY NO. 4

Describe in detail YOUR response, including all specific remedial steps taken, to potential or actual non-compliance with Americans With Disabilities Act physical accessibility requirements found in accessibility evaluations, surveys, or reports about Election Day polling places and early voting locations.

**RESPONSE: Hall County Defendants object to this Interrogatory as unduly burdensome, confusing, overly broad, and vague because the information sought is not clear and there is no temporal or geographical limitation. Defendants further object to the extent this Interrogatory seeks disclosure of confidential information protected by the attorney-client privilege or attorney work product doctrine.**

**Subject to and without waving the foregoing objections, Hall County Defendants have previously provided responsive documents to a Request for Production on regarding its ADA compliance and remediation efforts. See Hall County Defendants bates numbers 002272-002371. These documents include the information requested within this Interrogatory. There have been no new issues reported to Defendants during the most recent election cycles that would change the information previously provided.**