# Exhibit 9

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No. <br><br> 1:21-MI-55555-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.,* <br><br> *Defendants,* <br><br> REPUBLICAN NATIONAL COMMITTEE, *et al.*, <br><br> *Intervenor-Defendants*. | Civil Action No. <br><br> 1:21-cv-01284-JPB |

## RICHMOND DEFENDANTS' RESPONSES TO AME PLAINTIFFS' FIRST INTERROGATORIES

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure ("Rules"), Defendants RICHMOND COUNTY BOARD OF ELECTIONS; TIM MCFALLS, SHERRY T. BARNES, TERENCE DICKS, MARCIA BROWN, and ISAAC MCADAMS, in their official capacities as Members of the Richmond

## SPECIFIC OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

## INTERROGATORY NO. 1

*State whether the data that appears in the Absentee Voter File for statewide elections in the application status, ballot status, status reason, and provisional/challenged columns accurately reflect the data for Your County for the 2020 General Election, January 2021 General Runoff Election, 2022 General Election, and 2022 General Runoff elections for the categories requested in Interrogatories 2a.-f. and 3a.-e. below, and, if not, please indicate which categories are inaccurate and/or incomplete, and how they are inaccurate and/or incomplete.*

**Response No. 1:**   The Richmond Defendants object to Interrogatory No. 1 on the grounds that it is overly broad, unduly burdensome, and vague because it purports to require the Richmond Defendants to opine as to whether external data is "inaccurate and/or incomplete," but does not define those terms.  Subject to and without waiving this objection, the Richmond Defendants respond as follows: **Yes, to the best of Defendants' knowledge, the numbers in the state system accurately reflect the data for Richmond County, Georgia.**

## INTERROGATORY NO. 2

*Provide the following data listed in subparts a. to f. below regarding __absentee ballot applications__ for the 2020 General Election, January 2021 General Runoff*

*Election, 2022 General Election, and 2022 General Runoff Election separately,*

<u>*broken down by race if available:*</u>

   a.  *the number of absentee ballot applications rejected as received too early;*

   b.  *the number of absentee ballot applications rejected because they were received after the deadline;*

   c.  *the number of absentee ballot applications rejected for missing a birthdate;*

   d.  *the number of absentee ballot applications rejected due to a signature mismatch;*

   e.  *the number of absentee ballot applications rejected for failing to meet the ID requirement for an absentee ballot application, including a missing driver's license or state ID number or missing a copy of required identification; and,*

   f.  *the total number of absentee ballot applications received, accepted, rejected, and cancelled by Your County.*

*For absentee ballot applications rejected for more than one of these reasons, please list them in each category but provide the total number of applications rejected for these reasons by election at the end. If you have information for the number of applications initially rejected, but cured, and the number ultimately*

*rejected, please provide both, and if not, please confirm which category the numbers reflect.*

**Response No. 2:**

**2020 General Election:**

    a.    *the number of absentee ballot applications rejected as received too early;*

        **0 applications**

    b.    *the number of absentee ballot applications rejected because they were received after the deadline;*

        **84 applications**

    c.    *the number of absentee ballot applications rejected for missing a birthdate;*

        **11 applications**

    d.    *the number of absentee ballot applications rejected due to a signature mismatch;*

        **163  applications**

    e.    *the number of absentee ballot applications rejected for failing to meet the ID requirement for an absentee ballot application, including a missing driver's license or state ID number or missing a copy of required identification;*

        **0  applications**

f.      *the total number of absentee ballot applications received, accepted,*

*rejected, and cancelled by Your County.*

       **38,127 applications**

**January 2021 Runoff**

a.      *the number of absentee ballot applications rejected as received too*

*early;*

       **0  applications**

b.      *the number of absentee ballot applications rejected because they were*

*received after the deadline;*

       **42  applications**

c.      *the number of absentee ballot applications rejected for missing a*

*birthdate;*

       **0  applications**

d.      *the number of absentee ballot applications rejected due to a signature*

*mismatch;*

       **93  applications**

e.      *the number of absentee ballot applications rejected for failing to meet*

*the ID requirement for an absentee ballot application, including a missing driver's*

*license or state ID number or missing a copy of required identification;*

       **0  applications**

f.      *the total number of absentee ballot applications received, accepted, rejected, and cancelled by Your County.*

**28,285  applications**

**2022 General Election:**

a.      *the number of absentee ballot applications rejected as received too early;*

**18 applications**

b.      *the number of absentee ballot applications rejected because they were received after the deadline;*

**74  applications**

c.      *the number of absentee ballot applications rejected for missing a birthdate;*

**10  applications**

d.      *the number of absentee ballot applications rejected due to a signature mismatch;*

**27  applications**

e.      *the number of absentee ballot applications rejected for failing to meet the ID requirement for an absentee ballot application, including a missing driver's license or state ID number or missing a copy of required identification;*

**18  applications**

f.      *the total number of absentee ballot applications received, accepted,*

*rejected, and cancelled by Your County.*

**5440  applications**

**2022 General Runoff**:

a.      *the number of absentee ballot applications rejected as received too*

*early;*

**0  applications**

b.      *the number of absentee ballot applications rejected because they were*

*received after the deadline;*

**39  applications**

c.      *the number of absentee ballot applications rejected for missing a*

*birthdate;*

**0  applications**

d.      *the number of absentee ballot applications rejected due to a signature*

*mismatch;*

**8  applications**

e.      *the number of absentee ballot applications rejected for failing to meet*

*the ID requirement for an absentee ballot application, including a missing driver's*

*license or state ID number or missing a copy of required identification;*

**3  applications**

f.    *the total number of absentee ballot applications received, accepted,*

*rejected, and cancelled by Your County*

**3975 applications**

## INTERROGATORY NO. 3

*Provide the following data listed in subparts a. to e. below regarding*

<u>*absentee ballots*</u> *for the 2020 General Election, January 2021 General Runoff*

*Election, 2022 General Election, and 2022 General Runoff Election separately,*

<u>*broken down by race if available:*</u>

a.   *the number of absentee ballots rejected because they were received after*
      *the deadline;*

b.   *the number of absentee ballots rejected for missing a birthdate;*

c.   *the number of absentee ballots rejected due to a signature mismatch;*

d.   *the number of absentee ballots rejected for failing to meet the ID*
      *requirement for an absentee ballot, including due to a missing driver's*
      *license or state ID number or Social Security number or missing a copy*
      *of required identification; and,*

e.   *the total number of absentee ballots received, accepted, rejected, and*
      *cancelled, by Your County.*

*For absentee ballots rejected for multiple of these reasons, please list them in each*

*category, but provide the total number of ballots rejected for these reasons by*

*election at the end. If you have information for the number of ballots initially rejected, but cured, and the number ultimately rejected, please provide both, and if not, please confirm which category the numbers reflect.*

**Response:**

**2020 General Election:**

a.   *the number of absentee ballots rejected because they were received after the deadline;*

**128  ballots**

b.   *the number of absentee ballots rejected for missing a birthdate;*

**0 ballots**

c.   *the number of absentee ballots rejected due to a signature mismatch;*

**73 ballots**

d.   *the number of absentee ballots rejected for failing to meet the ID requirement for an absentee ballot, including due to a missing driver's license or state ID number or Social Security number or missing a copy of required identification; and,*

**21 ballots**

e.   *the total number of absentee ballots received, accepted, rejected, and cancelled, by Your County.*

f.     *the total number of absentee ballots received, accepted, rejected, and cancelled, by Your County.*

**28,321 ballots**

**<u>January 2021 Runoff:</u>**

a.     *the number of absentee ballots rejected because they were received after the deadline;*

**107 ballots**

b.     *the number of absentee ballots rejected for missing a birthdate;*

**0 ballots**

c.     *the number of absentee ballots rejected due to a signature mismatch;*

**46 ballots**

d.     *the number of absentee ballots rejected for failing to meet the ID requirement for an absentee ballot, including due to a missing driver's license or state ID number or Social Security number or missing a copy of required identification;*

**10 ballots**

e.     *the total number of absentee ballots received, accepted, rejected, and cancelled, by Your County.*

**22,805 ballots**

**2022 General Election:**

    a.    *the number of absentee ballots rejected because they were received after the deadline;*

        **29 ballots**

    b.    *the number of absentee ballots rejected for missing a birthdate;*

        **21 ballots**

    c.    *the number of absentee ballots rejected due to a signature mismatch;*

        **2 ballots**

    d.    *the number of absentee ballots rejected for failing to meet the ID requirement for an absentee ballot, including due to a missing driver's license or state ID number or Social Security number or missing a copy of required identification;*

        **27 ballots**

    e.    *the total number of absentee ballots received, accepted, rejected, and cancelled, by Your County.*

        **4,977 ballots**

**2022 General Runoff:**

    a.    *the number of absentee ballots rejected because they were received after the deadline;*

        **50 ballots**

b.      *the number of absentee ballots rejected for missing a birthdate;*

**13 ballots**

c.      *the number of absentee ballots rejected due to a signature mismatch;*

**1 ballot**

d.      *the number of absentee ballots rejected for failing to meet the ID requirement for an absentee ballot, including due to a missing driver's license or state ID number or Social Security number or missing a copy of required identification;*

**2 ballots**

e.      *the total number of absentee ballots received, accepted, rejected, and cancelled, by Your County.*

**3,496 ballots**

## INTERROGATORY NO. 4

*Describe in detail YOUR response, including all specific remedial steps taken, to potential or actual non-compliance with Americans With Disabilities Act physical accessibility requirements found in accessibility evaluations, surveys, or reports about Election Day polling places and early voting locations.*

**Response**:  The Richmond Defendants further object to Interrogatory No. 4 on the grounds that it is overly broad, unduly burdensome, and vague because it seeks