# Exhibit 10

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| GEORGIA STATE CONFERENCE OF THE NAACP, ET AL.<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL. | Civil Action No. 1:21-cv-1259-JPB |

**DECLARATION OF GERALD GRIGGS**

Pursuant to 28 U.S.C. § 1746, I, Gerald Griggs, declare as follows:

1. I am the President of the Georgia State Conference of the National Association for the Advancement of Colored People ("Georgia NAACP"). I have served in that role since May 2022 and can attest to the effect that SB 202 has had on the organization's work and mission. Prior to my role as State Conference President, I served as 3rd Vice President from 2018-2020. I am over 18 years of age and am competent to make this declaration. I have personal knowledge of the facts stated in this declaration and would testify to those facts if called as a witness before this Court.

2. Founded in 1941, Plaintiff Georgia NAACP is the State's oldest and

largest civil and human rights organization.  The Georgia NAACP is a nonpartisan, interracial, nonprofit membership organization with the mission of eliminating racial discrimination through democratic processes such as public policy advocacy, direct action, and litigation, and thus ensuring the equal political, educational, social, and economic rights of all persons, in particular African Americans.  It is headquartered in Atlanta, Georgia and currently has approximately 10,000 members across the State of Georgia and in virtually every county.

3. The Georgia NAACP works to protect voting rights through litigation, advocacy, legislation, communication, and outreach, including work to promote voter registration, voter education, election protection, census participation, and get out the vote ("GOTV") efforts such as Sunday early voting events known as "Souls to the Polls".

4. The Georgia NAACP is a state subsidiary of the National Association for the Advancement of Colored People ("NAACP National") and is responsible for overseeing 180 units across the State of Georgia.  Some units are organized at the county level; others, at the city level; and a few are youth units, including college chapters.  As part of its supervisory duties, the Georgia NAACP provides resources, including education, training, monetary grants, and other support, to the county and local units it oversees.

5. The Georgia NAACP has limited resources. It is now, and has been

historically, a volunteer organization. For instance, seven or eight individuals currently work at the state-level office: one paid full-time administrative assistant, and everybody else serving as part-time volunteers.

6. The Georgia NAACP operates several committees, each of which is devoted to a particular issue of importance to the NAACP's mission, such as housing, education, veterans affairs, etc. Each such committee is chaired by a volunteer member of the Georgia NAACP.

7. With SB 202, the Georgia State Legislature instituted sweeping changes to the elections process, including new restrictions on requesting, assisting with, and casting absentee ballots such as a requirement that voters print their full date of birth on the return envelope for an absentee ballot (the "Birthdate Requirement"), limitations on the availability of dropboxes, etc. As I detail below, the Georgia NAACP had to make significant changes to its programs and divert resources to address SB 202's restrictions, including its absentee voting provisions.

8. For instance, as a part of its election protection efforts, the Georgia NAACP in coalition with its partners operates a hotline (1-866-OUR-VOTE) to field questions from around the State of Georgia concerning election and voting issues.[1] The hotline is manned by lawyers that work in partnership with the Georgia NAACP

---

[1] Information about the Election Protection hotline is available at the following URL: https://866ourvote.org

3

and NAACP National. After the passage of SB 202, the 1-866-OUR-VOTE hotline experienced increased call volumes, which required the Georgia NAACP to bring in additional volunteers to meet the greater demand. Indeed, we needed to hire least two attorneys, which NAACP National paid for, specifically to address phone calls for the State of Georgia. Similarly, in response to the passage of SB 202, the Georgia NAACP also had to hire and pay a State Director to spearhead its election protection, voter mobilization and voter education efforts for the 2022 election cycle.

9. Because of the scope of SB 202's changes to the voting process, the Georgia NAACP had to refocus its activities and devote a majority of its time on voter education issues. As part of this effort, for the first time in its history, the Georgia NAACP organized a statewide, 22-city voter education campaign, including town halls, civic engagement events, and church events throughout Georgia, to make sure that people were aware of SB 202's voting processes and its new restrictions, and that they had available options to participate in the franchise.

10. After SB 202, the Georgia NAACP had to spend a substantially greater amount of time on voter education around the limitations that were now placed on African-American voters and Georgia voters more broadly. This required the Georgia NAACP and its volunteer committee chairs and members to divert attention from their existing areas of focus to dealing with voting issues. For instance, the veteran affairs committee had to address the effects of SB 202 on veterans who may

be overseas, and who accordingly may not fly back here to vote in-person and had to cast absentee ballots. Similarly, the education committee had to address issues for students who would not be able to vote because they were off at college. In some cases, the shift in focus would frustrate the ability to address a committee's objective altogether; as an example, instead of addressing housing discrimination issues, because of SB 202, the chair of the housing committee had to shift her focus to voter education and election protection matters unrelated to housing.

11.   In order to blunt the overall negative impact of SB 202 on African-American voter communities, the Georgia NAACP also had to grow its GOTV and voter registration efforts substantially. Before 2021, the Georgia NAACP had a GOTV strategy that covered the twelve or thirteen counties amounting to roughly 75 percent of the African-American vote. After SB 202, however, the Georgia NAACP had to invest resources to expand its coverage strategy to encompass 59 counties, covering approximately 90 percent of the African-American vote.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16 day of May at 2023.

Gerald Griggs