# Exhibit 12

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| GEORGIA STATE CONFERENCE OF THE NAACP, ET AL. v. BRAD RAFFENSPERGER, ET AL. | Civil Action No. 1:21-cv-1259-JPB |

### DECLARATION OF GERARDO GONZALEZ

Pursuant to 28 U.S.C. § 1746, I, Gerardo Gonzalez, declare as follows:

1. I am the Founder and current Chief Executive Officer of Plaintiff GALEO Latino Community Development Fund ("GALEO"). I have served in that role since 2020 and, before that, was Executive Director. Given my job responsibilities and position, I am familiar with and can attest to the effect that SB 202 has had on the organization's work and mission. I am over 18 years of age and am competent to make this declaration. I have personal knowledge of the facts stated here and would testify to those facts if called as a witness before this Court.

2. GALEO was founded in 2004 and is a statewide nonprofit, nonpartisan organization with the mission is to increase civic engagement and leadership

development of the Latino/Hispanic community across Georgia.[1]  GALEO focuses on increasing civic participation of the Latino/Hispanic community and developing prominent Latino leaders throughout Georgia.

3. GALEO advocates on many issues of particular interest to the Latino/Hispanic community, including immigrant rights, voting rights, and participation in the census.  GALEO also creates opportunities for members and individuals in the Latino/Hispanic community to build and develop leadership skills, and it encourages individuals to run for office or engage with their local PTAs, churches, etc.

4. GALEO has a staff of roughly 18 full-time employees.  It also has an active membership of approximately 225 individuals.  GALEO members have the opportunity to join the GALEO Leadership Council, a volunteer-led group that conducts a variety of community engagement activities.

5. With SB 202, the Georgia State Legislature instituted sweeping changes to the elections process, including new restrictions on requesting, assisting with, and casting absentee ballots such as a requirement that voters print their full date of birth on the return envelope for an absentee ballot (the "Birthdate Requirement"), limitations on the availability of dropboxes, etc.  As I detail below,

---

[1] GALEO was an affiliate on the Georgia Association of Latino Elected Officials, a sister organization started in 2003, which has since been dissolved.

GALEO had to make significant changes to its programs and divert resources to address SB 202's restrictions, including its absentee voting provisions.

6. These restrictions on absentee voting sharply contrasted with the wide availability of absentee voting in the election cycle immediately preceding the passage of SB 202. After the many obstacles that SB 202 placed on the absentee ballot process, including but not limited to the Birthdate Requirement, the absentee ballot process was a far less viable process because of all the steps required to ensure that ballots were properly counted. The complexity of SB 202's absentee ballot requirements and limitations on assistance made it much more difficult for Latino/Hispanic folks to be able to exercise the right to vote by mail-in ballot. Indeed, because of the onerous nature of the absentee ballot processes under SB 202, I decided against voting absentee myself to avoid dealing with the hassle. The problem was exacerbated for Limited English Proficient voters in Latino/Hispanic communities, as the absentee ballot instructions (including the Birthdate Requirement) were available only in English in 158 of the 159 Georgia counties—in all but Gwinnett County.

7. Given SB 202's changes to the absentee voting process, GALEO had to invest significant time and resources in engaging in voter outreach among members of the Latino/Hispanic community. To alert as broad an audience as possible of the changes, GALEO had to find many different pathways to engage with

the community, including by social media and on Spanish-language media channels. In addition, GALEO had to undertake the time and expense of preparing and sending flyers and mailers to members in the Latino/Hispanic community to inform them about SB 202's changes, including its restrictions on absentee voting, and to encourage them to participate in in-person early voting, rather than to try to go through the gauntlet of requirements required for absentee ballot process. **Exhibit A** to this declaration is a printout of a flyer prepared by GALEO providing a high-level overview, both in Spanish and in English, about SB 202's changes to Georgia voting laws, including on the absentee ballot process.

8. This constituted a significant shift in GALEO's resources and its strategy as compared to what it would typically be doing during a normal education cycle. This focus on the nuts and bolts of the voting process also distracted GALEO and its members from its core mission of advancing leadership engagement and development.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of May 2023 at ATLANTA, GA.

Gerardo Gonzalez

4

# ¡PROTEJA SU VOTO!

## EL SB202 EN GEORGIA SIGNIFICA:

* Debe votar en su distrito electoral asignado.

* Debe mostrar una identificación de votante tanto para la solicitud de solicitud de boleta de voto ausente como para la boleta de voto ausente real.

* No puede repartir refrigerios a otros votantes.

* Es posible que deba defender su elegibilidad para votar si un compañero votante lo desafía.

* Tendrá menos acceso a los buzones de votación.

* Será más complicado solicitar una boleta de voto ausente en línea.


LUCHAR. VOTAR. PODER.

LLÁMANOS A 888-544-2536 O VISITE GALEO.ORG PARA MÁS INFORMACIÓN

REGÍSTRESE A VOTAR:

G·A·L·E·O

 GALEO    GALEOorg    iamGALEO    iamGALEO


DEFENDANT'S EXHIBIT 4 GALEO

# PROTECT YOUR VOTE!

## THE SB202 IN GEORGIA MEANS:

* You must vote at your assigned precinct.

* You must provide voter ID for both absentee ballot request application and actual absentee ballot.

* You cannot pass out refreshments to fellow voters.

* You may have to defend your eligibility to vote if challenged by a fellow voter.

* You will have less access to voting dropboxes.

* It will be more complicated to request an absentee ballot online.

**ENGAGE. VOTE. EMPOWER.**

**CALL US AT 888-544-2536 OR VISIT GALEO.ORG FOR MORE INFORMATION**

GALEO

**REGISTER TO VOTE:**

f GALEO    🐦 GALEOorg    📷 iamGALEO    ♪ iamGALEO

GALEO00000163