# Exhibit 15

## ACTIVE VOTERS BY RACE

This Report shows Active Voters in Georgia by Race

**County**
COBB

**Judicial**
All

**Congressional**
All

How to use this report:
County - Select "All" or uncheck and select specific county(ies) to view data

Judicial District - Select "All" or uncheck and specific districts to view data

Congressional District - Select "All" or uncheck and select specific districts to view data
..

### ACTIVE VOTERS REPORTS

- Active Voters by Gender
- Active Voters by Age
- **Active Voters by Race**
- Active Voters by County



510,490 Active Voters in Georgia as of December 2021

| Race | Count |
|---|---|
| American Indian or Alaskan | 1,952 |
| Asian or Pacific Islander | 17,778 |
| Black not of Hispanic Origin | 131,337 |
| Hispanic | 29,248 |
| Other | 13,844 |
| Unknown | 41,566 |
| White not of Hispanic Origin | 274,765 |

Download PDF