# Exhibit 16

```
 1            IN THE UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF GEORGIA
 3                     ATLANTA DIVISION
 4
 5    _____
 6    IN RE GEORGIA SENATE BILL 202 )    Master Case No.
 7                                  )    1:21-MI-55555-JPB
 8    _____)
 9
10
11
12     VIDEOTAPED DEPOSITION OF JUSTIN GRIMMER, Ph.D
13                 Mountain View, California
14                   Monday, May 1, 2023
15                       Volume I
16
17
18
19
20    Reported by:
21    CATHERINE A. RYAN, RMR, CRR, B.S.
22    CSR No. 8239
23    Job No. 5893014
24
25    PAGES 1 - 360
```

Page 1

| | | |
|---|---|---|
| 1 | that would inhibit or limit your ability to testify | 09:09:15 |
| 2 | honestly and accurately today? | |
| 3 |     A    No limitations. | |
| 4 |     Q    Did you bring any documents today to the | |
| 5 | deposition? | 09:09:24 |
| 6 |     A    No. | |
| 7 |     Q    What did you do to prepare for today's | |
| 8 | deposition? | |
| 9 |     A    To prepare for today's deposition, I | |
| 10 | reread my report, re- -- reassessed the code that I | 09:09:34 |
| 11 | used in producing that report.  I also analyzed the | |
| 12 | expert reports that I responded to and my own | |
| 13 | report, along with the surrebuttal reports. | |
| 14 | In addition to that, sort of ensure that I | |
| 15 | was following information about the 2022 election, | 09:09:59 |
| 16 | as best as I could, as more data came out. | |
| 17 |     Q    And when you say you reassessed the code, | |
| 18 | what do you mean by that? | |
| 19 |     A    There were a number of analyses that go | |
| 20 | into my report, and I just wanted to be sure that I | 09:10:12 |
| 21 | had those analyses top of mind.  So I looked at my | |
| 22 | replication file, reran the code, understood the | |
| 23 | steps that were taken in order to reach the opinions | |
| 24 | that I had reached in my expert report. | |
| 25 |     Q    And as a result of your having reassessed | 09:10:24 |

Page 21

```
 1   did -- if it was asked by counsel, I did not do the      09:26:29

 2   analysis until I was responding to the expert

 3   reports.

 4        Q    Now, one of the experts whose reports you

 5   reviewed was that of Dr. Bernard Fraga --               09:26:49

 6        A    I did.

 7        Q    -- is that correct?

 8        A    Yes.

 9        Q    Were you familiar with Dr. Fraga prior to

10   your work in this case?                                 09:26:55

11        A    I am, yeah.

12        Q    Do you consider him to be an expert in his

13   field?

14        A    He's an expert in the field, yes.

15        Q    And have you formed opinions about his        09:27:02

16   scholarship?

17        A    His scholarship overall?

18        Q    Yes.

19        A    Yes.

20        Q    And what is that opinion?                     09:27:08

21        A    He's an excellent scholar.

22        Q    Have you ever published peer-reviewed

23   articles on voter turnout?

24        A    Yes, I have.

25        Q    And which articles are those?                 09:27:24
```

Page 35

| | | |
|---|---|---|
| 1 | A    Two articles. | 09:27:27 |
| 2 | So one -- I believe it's called "Obstacles | |
| 3 | in Estimating the Effect of Voter Identification | |
| 4 | Laws" [sic]. | |
| 5 | Q    And that was concerning the North Carolina | 09:27:34 |
| 6 | law? | |
| 7 | A    No, the obstacles paper was about the use | |
| 8 | of survey data to effect -- to analyze the effect of | |
| 9 | voter identification laws. | |
| 10 | And then the paper you were just referring | 09:27:46 |
| 11 | to is called "The Durable Differential Effect of | |
| 12 | Voter Identification Laws" [sic] -- there's a | |
| 13 | subclause that I'm not recalling -- and that's the | |
| 14 | paper about North Carolina. | |
| 15 | Q    And how about the peer-reviewed articles | 09:27:58 |
| 16 | on drop boxes? | |
| 17 | A    I have not published a -- peer-reviewed | |
| 18 | articles on drop boxes. | |
| 19 | Q    How about peer-reviewed articles on | |
| 20 | absentee ballots? | 09:28:07 |
| 21 | A    I have not published a peer-reviewed | |
| 22 | article on absentee ballots. | |
| 23 | Q    And same question as to absentee ballot | |
| 24 | applications. | |
| 25 | A    Not on absentee applications. | 09:28:16 |

```
 1      Q    How about on line relief?                      09:28:18
 2      A    I have not published on line relief.
 3      Q    How about on the ban on out-of-precinct
 4  vote -- on -- on out-of-precinct voting?
 5      A    The out-of-precinct voting before 5:00         09:28:32
 6  p.m. you mean?
 7      Q    Yeah.
 8      A    Yeah.  I have not published on that, no.
 9      Q    Now, you have published articles on voting
10  fraud?                                                  09:28:40
11      A    I have, yes.
12      Q    And specifically analyzing the allegations
13  of fraud in Georgia in 2020, correct?
14      A    That's right.
15      Q    And you've concluded that there was no         09:28:50
16  evidence of any meaningful fraud in elections in
17  Georgia in 2020; is that a fair statement of your
18  studies?
19      A    There -- there is no evidence of
20  meaningful fraud in Georgia in 2020.                    09:29:01
21      Q    And that includes specifically Fulton
22  County?
23      A    That includes Fulton County, yes.
24           MR. ROSENBERG:  Let me -- let's have
25  marked, as Exhibit 473, your article "No evidence       09:29:15
```

Page 37

| | | |
|---|---|---|
| 1 | paragraph 172, where I sort of lined these up very | 13:45:06 |
| 2 | clearly, make a comparison. | |
| 3 | Q   When you say you lined them up, you're | |
| 4 | talking about Tables 27 and 28? | |
| 5 | A   Well, I thought in -- so maybe I'm not | 13:45:29 |
| 6 | talking about the overall rates here.  So it is | |
| 7 | about the disparity.  I do not discuss the -- | |
| 8 | Q   The gap -- you only talk about the gap? | |
| 9 | A   That's right.  My apologies. | |
| 10 | Q   Is there a reason that you did that? | 13:45:41 |
| 11 | A   I thought the issue was the gap, but that | |
| 12 | would be the primary reason. | |
| 13 | Q   You did not do the gap, as we talked about | |
| 14 | earlier, on turnoff, though -- on turnout? | |
| 15 | A   In -- so what -- I do discuss the changes | 13:46:02 |
| 16 | in turnout by group extensively and, again, | |
| 17 | established I was providing the turnout analysis to | |
| 18 | provide context for the election. | |
| 19 | And so here, I'm providing it as a way to | |
| 20 | evaluate differences across these elections and this | 13:46:20 |
| 21 | particular policy. | |
| 22 | Q   By the way, do you think that the ID | |
| 23 | requirements in SB202 are sufficient for election | |
| 24 | administration purposes? | |
| 25 | A   Just say a little more what you mean by | 13:46:40 |

Page 180

| | | |
|---|---|---|
| 1 | "sufficient for election administration purposes." | 13:46:41 |
| 2 | Q    In terms of ensuring that the voters are | |
| 3 | who the voters are. | |
| 4 | A    I think the ID requirements will ensure | |
| 5 | that voters are who they say they are. | 13:46:55 |
| 6 | Q    Do you think it's necessary to include | |
| 7 | birth date on a -- on the absentee ballot | |
| 8 | application? | |
| 9 | A    So in my report, I don't opine on what | |
| 10 | would be sufficient or insufficient in order to | 13:47:11 |
| 11 | validate the identity of a voter. | |
| 12 | Q    But if IDs are provided by the voter, is | |
| 13 | it necessary for the voter to -- to also include a | |
| 14 | birth date on the application? | |
| 15 | A    I don't offer an opinion on that. | 13:47:25 |
| 16 | Q    Do you have an opinion? | |
| 17 | A    I have not studied the subject. | |
| 18 | Q    In terms of the antiduplication provisions | |
| 19 | of absentee ballots, were you aware that the | |
| 20 | Secretary of State of Georgia mailed out absentee -- | 13:47:51 |
| 21 | mailed an absentee -- absentee ballot request form | |
| 22 | to every active registered voter in the state? | |
| 23 | A    For the primary election, correct. | |
| 24 | Q    I assumed it was for all, but you think | |
| 25 | it's only for the primary?  Were you aware of it for | 13:48:11 |