# Exhibit 17

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No. 1:21-MI-55555-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.*,<br><br>*Defendants*,<br><br>REPUBLICAN NATIONAL COMMITTEE, *et al.*,<br><br>*Intervenor-Defendants*. | Civil Action No. 1:21-CV-1284-JPB |

**DECLARATION OF SHAFINA KHABANI**

## DECLARATION OF SHAFINA KHABANI
**(pursuant to 28 U.S.C. § 1746)**

My name is Shafina Khabani. I am over the age of 21 and fully competent to make this declaration. Under penalty of perjury, I declare the following based upon my personal knowledge:

1. I currently live in Atlanta in DeKalb County, Georgia. I have been registered to vote in DeKalb County for 11 years.

2. I am 39 years old and identify as South Asian.

3. I am the Executive Director for the Georgia Muslim Voter Project ("GAMVP"). I started with GAMVP in 2020.

4. GAMVP creates programs that outreach to Muslim communities across Georgia by holding voter registration drives, voter education sessions, and community conversations to increase civic engagement in these communities.

5. GAMVP has six full-time staff and 11 part-time staff and operates on a limited budget. This means that when GAMVP chooses to expend resources on one activity, it is unable to conduct other activities to advance its mission.

6. After the passage of SB 202, GAMVP has educated and continues to educate voters about the new requirements for completing an absentee ballot. Immediately after the passage of SB 202, one of GAMVP's Senior Community Organizers updated and created new materials on the requirements for filling out and completing an absentee ballot under SB 202, including the requirement to provide a voter's date of birth on the absentee ballot envelope.

7. Because of SB 202's new requirements, including the absentee ballot date of birth requirement, we have had to expend additional resources on education and outreach to make sure

voters understand the information and process required for completing an absentee ballot. We continue to expend resources to educate voters through text banking, door-knocking, social media, and in-person and virtual education events about the new requirements for completing an absentee ballot because voters are still confused about the information they must provide on their absentee ballot and because we still encounter voters who have had trouble completing an absentee ballot with all of the information an absentee ballot now requires.

8. GAMVP has therefore diverted human resources—staff time—to updating and creating new educational materials and to educating voters and troubleshooting with voters about the requirements for completing an absentee ballot. To devote staff time towards these activities, we diverted resources away from our leadership development programs, such as our youth ambassador program and membership program, and data analytics work to help us better tailor our work to the communities we serve. These activities are critical to furthering our organizational mission.

DocuSign Envelope ID: DF4696EA-86A2-420E-B2CC-E31185DC93CA

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/16/2023

DocuSigned by:

*Shafina Khabani*

SHAFINA KHABANI