# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| GEORGIA STATE CONFERENCE OF THE NAACP, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Secretary of State for the State of Georgia, *et al.*, <br><br> *Defendants*, <br><br> REPUBLICAN NATIONAL COMMITTEE, *et al.*, <br><br> *Intervenor-Defendants*. | Civil Action No.: 1:21-cv-01259-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.*, <br><br> *Defendants*, <br><br> REPUBLICAN NATIONAL COMMITTEE, *et al.*, <br><br> *Intervenor-Defendants*. | Civil Action No.: 1:21-cv-01284-JPB |

1

## [PROPOSED] ORDER ON GEORGIA NAACP PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION BASED ON IMMATERIAL VOTING REQUIREMENTS

THIS MATTER comes before this Court on the Motion for a Preliminary Injunction Plaintiff filed by Plaintiff Georgia State Conference of the NAACP, along with all additional signatory Plaintiffs in the above-captioned cases. Upon considering the motion and supporting authorities, the responses from Defendants, and the evidence and pleadings of record, this Court finds that Plaintiffs are likely to succeed on the merits of their claims, that they will be irreparably harmed if this motion is not granted, that the balance of equities tip in Plaintiffs' favor, and that the requested equitable relief is in the public interest. It is hereby:

**ORDERED** that Plaintiffs' Motion for a Preliminary Injunction is **GRANTED**, and the Defendants, their agents, officers, employees, successors and all persons acting in concert with them are hereby **ENJOINED** until trial of this matter or further order of the Court from rejecting absentee ballots based on any error or omission relating to Senate Bill 202's requirement of birthdates on ballot return envelopes, that the Secretary of State is **ORDERED** to issue guidance to all counties to comply, and that the Secretary of State is hereby **ORDERED** to count such ballots and refuse certification of election results until all such ballots have been counted.

Dated: _____               _____
                                       U.S. DISTRICT COURT JUDGE