UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.:<br>1:21-mi-55555-JPB |
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff*,<br><br>v.<br><br>THE STATE OF GEORGIA, *et al.*,<br><br>   *Defendants*,<br><br>REPUBLICAN NATIONAL COMMITTEE, et al.,<br><br>   *Intervenor-Defendants*. | Civil Action No.:<br>1:21-cv-02575-JPB |

**INTERVENORS' JOINDER OF STATE'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Intervenors move for judgment on the pleadings under Rule 12(c) as to the United States' complaint. *See* Doc. 1, No. 1:21-cv-2575. Consistent with their pledge to "work to prevent duplicative briefing," Doc. 19-1 at 5, No. 1:21-cv-1259, Intervenors join the State's brief in support of its motion for judgment on the pleadings. *See* Doc. 549-1.

Dated: May 22, 2023	Respectfully submitted,

*/s/ William Bradley Carver*

| | |
|---|---|
| Cameron T. Norris* | John E. Hall, Jr. |
| Gilbert C. Dickey* | Georgia Bar No. 319090 |
| CONSOVOY MCCARTHY PLLC | William Bradley Carver, Sr. |
| 1600 Wilson Boulevard, Suite 700 | Georgia Bar No. 115529 |
| Arlington, Virginia 22209 | Baxter D. Drennon |
| (703) 243-9423 | Georgia Bar No. 241446 |
| | Stuart Sumner |
| Tyler R. Green* | Georgia Bar No. 353355 |
| CONSOVOY MCCARTHY PLLC | HALL BOOTH SMITH, P.C. |
| 222 S. Main Street, 5th Floor | 191 Peachtree Street NE, Suite 2900 |
| Salt Lake City, UT 84101 | Atlanta, Georgia 30303 |
| (703) 243-9423 | (404) 954-5000 |
| | (404) 954-5020 (Fax) |

*admitted pro hac vice

*Counsel for Intervenors*

## CERTIFICATE OF COMPLIANCE

This document complies with Local Rule 5.1(B) because it uses 13-point Century Schoolbook.

/s/ *William Bradley Carver*

## CERTIFICATE OF SERVICE

On May 22, 2023, I e-filed this document on ECF, which will email everyone requiring service.

/s/ *William Bradley Carver*