IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No. 1:21-MI-55555-JPB |

**CONSENT MOTION FOR AN EXTENSION OF TIME
FOR THE PARTIES TO FILE A STATUS REPORT
AND PROPOSALS REGARDING SUMMARY JUDGMENT**

The United States respectfully submits this Consent Motion for an Extension of Time for the Parties to File a Status Report and Proposals Regarding Summary Judgment. Pursuant to this Court's March 17, 2023, Order (Doc. 496), the Parties must submit a status report to the Court regarding summary judgment briefing by May 25, 2023. *Id.* at 3. The Court's March 17, 2023, Order also states that if a hearing is necessary regarding the parties' proposals on summary judgment, the Court will conduct such a hearing on May 31, 2023. *Id.* at 4. All Plaintiffs, with the consent of the State Defendants and the Defendant-Intervenors, ask the Court to extend the deadline for the parties to submit a status report to the Court regarding summary judgment briefing from May 25, 2023, to June 2, 2023, and to re-schedule the hearing on the parties' proposals.

Good cause exists for granting the United States' motion. Several plaintiffs have recently filed motions for preliminary injunctions (*see* Doc. Nos. 535, 546, 547, & 548); the State Defendants filed a motion for judgment on the pleadings (Doc. 549); and the United States expects to file a motion for preliminary injunction. Extending the deadline to file the status report regarding summary judgment will allow the parties to consider their proposals for summary judgment briefing in light of the other motions in this matter.

Based on the foregoing, the United States respectfully requests that its motion for an extension of time for all parties to file a status report and proposal(s) regarding summary judgment be granted. A proposed order is attached.

| | |
|---|---|
| Dated: May 23, 2023 | Respectfully submitted, |
| RYAN K. BUCHANAN<br>United States Attorney<br>Northern District of Georgia | ELISE BODDIE<br>Principal Deputy Assistant<br>Attorney General |
| */s/ Aileen Bell Hughes*<br>AILEEN BELL HUGHES<br>Georgia Bar No. 375505<br>Assistant U.S. Attorney<br>Office of the United States Attorney<br>600 U.S. Courthouse<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303<br>Phone: (404) 581-6000<br>Fax: (404) 581-6181 | */s/ John A. Russ IV*<br>T. CHRISTIAN HERREN, JR.<br>JOHN A. RUSS IV<br>JASMYN G. RICHARDSON<br>RACHEL R. EVANS<br>ERNEST A. MCFARLAND<br>MAURA EILEEN O'CONNOR<br>ELIZABETH M. RYAN<br>SEJAL JHAVERI<br>Attorneys, Voting Section<br>Civil Rights Division |

                    U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.923
Washington, D.C. 20530
Phone: (800) 253-3931
Fax: (202) 307-3961
John.Russ@usdoj.gov

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(D)

Pursuant to Local Rule 7.1(D), I certify that the foregoing document was prepared in Times New Roman 14-point font in compliance with Local Rule 5.1(C).

*/s/ John A. Russ IV*
JOHN ALBERT RUSS IV
Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2023, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send notification of this filing to counsel of record.

*/s/ John A. Russ IV*
JOHN ALBERT RUSS IV
Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice