# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.:<br>1:21-MI-55555-JPB |
| THE CONCERNED BLACK CLERGY OF METROPOLITAN ATLANTA, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Secretary of State for the State of Georgia, *et al.*,<br><br>*Defendants*,<br><br>REPUBLICAN NATIONAL COMMITTEE, *et al.*,<br><br>*Intervenor-Defendants.* | Civil Action No.:<br>1:21-CV-07128-JPB |

**THE CONCERNED BLACK CLERGY OF METROPOLITAN ATLANTA, INC. PLAINTIFFS' OPPOSITION TO STATE DEFENDANTS' MOTION TO EXTEND DEADLINES TO FILE OPPOSITIONS TO SEVERAL PRELIMINARY INJUNCTION MOTIONS**

1

The CBC Plaintiffs have joined in the AME and GA NAACP Plaintiffs' Renewed Motion for Preliminary Injunction against enforcement of the line relief ban within 25 feet of any voter (ECF Nos. 535, 537).  For the reasons stated in the AME and Georgia NAACP Plaintiffs' Opposition to State Defendants' Motion to Extend Deadlines to File Oppositions to Several Preliminary Injunction Motions (ECF No. 556), the CBC Plaintiffs oppose Defendants' motion (ECF No. 555). The CBC Plaintiffs have not joined in any of the other pending preliminary injunction motions.

Respectfully submitted this 24th day of May, 2023.

/s/ Matthew A. Fogelson
Judith Browne Dianis*
Matthew A. Fogelson*
Angela Groves*
ADVANCEMENT PROJECT
1220 L Street, N.W., Suite 850
Washington, DC 20005
Telephone: (202) 728-9557
JBrowne@advancementproject.org
AGroves@advancementproject.org
MFogelson@advancementproject.org

/s/ Kurt Kastorf
Kurt Kastorf (GA Bar No. 315315)
KASTORF LAW, LLC
1387 Iverson Street, N.E., Suite 100
Atlanta, GA 30307

Telephone: 404-900-0330
kurt@kastorflaw.com

Clifford J. Zatz*
Justin D. Kingsolver*
William Tucker*
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 624-2500
CZatz@crowell.com
JKingsolver@crowell.com
WTucker@crowell.com

Jordan Ludwig*
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: (213) 443-5524
JLudwig@crowell.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs The Concerned Black Clergy of Metropolitan Atlanta, Inc., The Justice Initiative, Inc., Metropolitan Atlanta Baptist Ministers Union, Inc., First Congregational Church, United Church of Christ Incorporated, Georgia Latino Alliance for Human Rights, Inc., Faith in Action Network,\*\* Greater Works Ministries Network, Inc.,\*\* Exousia Lighthouse International C.M., Inc.\**

\*\*Joint Stipulation and Consent Motion for Voluntary Dismissal pending

3

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using font type of Times New Roman and a point size of 14.

Dated: May 24, 2023                                    /s/ Matthew A. Fogelson
                                                       Matthew A. Fogelson
                                                       *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2023, I electronically filed this document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Dated: May 24, 2023 /s/ Matthew A. Fogelson
Matthew A. Fogelson
*Counsel for Plaintiffs*