UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: GEORGIA SENATE BILL 202 | No. 1:21-MI-55555-JPB<br>ALL CASES |

# ORDER

This matter is before the Court on State Defendants' Motion to Extend Deadlines to File Oppositions to Several Preliminary Injunction Motions [Doc. 555] and Intervenors' Motion for Extension of Time to Respond to Plaintiffs' Preliminary Injunction Motions [Doc. 560]. The Court has fully considered the briefing submitted by the parties.

The Court finds that the extension requests in this case are reasonable, and therefore the motions are **GRANTED**. The following deadlines shall apply:

1. The deadline to file a combined opposition to all motions addressing the prohibition on giving things of value to voters in line is June 15, 2023;

2. The deadline to file an opposition to the motion challenging the birthdate requirement is June 22, 2023; and

3. The deadline to file an opposition to the motion challenging the handling of absentee-ballot applications and dropboxes is June 29, 2023.

In light of the extensions afforded to State and Intervenor Defendants, the Court is willing to extend Plaintiffs' reply time, if requested.

**SO ORDERED** this 26th day of May, 2023.

_____
J. P. BOULEE
United States District Judge