IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No. 1:21-MI-55555-JPB |
| UNITED STATES OF AMERICA, Plaintiff, v. THE STATE OF GEORGIA; *et al.*, Defendants, THE REPUBLICAN NATIONAL COMMITTEE; *et al.*, Intervenor-Defendants. | Civil Action No. 1:21-CV-2575-JPB |

**DECLARATION OF JASMYN G. RICHARDSON IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Jasmyn G. Richardson, hereby declare:

1. All facts set forth herein are based on my personal knowledge, and if called upon to testify as to the contents of this Declaration, I could and would do so.

1

2. I am an attorney with the United States Department of Justice, Civil Rights Division, Voting Section and am serving as counsel for the United States in this matter.

3. Attached hereto is an Index for all exhibits.

4. Each exhibit is a true and correct copy of the document, which is submitted in support of this motion for preliminary injunction.

5. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 30, 2023                                             /s/ *Jasmyn G. Richardson*
                                                                Jasmyn G. Richardson

| Exhibit | Description | Bates Range, if applicable |
|---|---|---|
| **Volume I: Plaintiff Declarations, Fact Witness Declarations, and Deposition Transcript Excerpts** | | |
| **Legislative Declarations** | | |
| 1 | Declaration of Representative Rhonda Burnough (May 2, 2022) | |
| 2 | Declaration of Representative Carolyn Hugley (May 3, 2022) | |
| 3 | Declaration of Representative Bee Nguyen (May 9, 2022) | |
| 4 | Declaration of Senator Sally Harrell (May 4, 2022) | |
| 5 | Declaration of Senator Harold Jones (May 6, 2022) | |
| 6 | Declaration of Senator Jennifer Jordan (May 10, 2022) | |
| 7 | Declaration of Senator Elena Parent (May 3, 2022) | |
| **Plaintiff and Witness Declarations** | | |
| 8 | Declaration of Rhonda Briggins (May 20, 2022) | |
| 9 | Declaration of Mark Julius Burns (May 9, 2023) | |
| 10 | Declaration of Melinee Calhoun (May 19, 2023) | |
| 11 | Declaration of Kendra Cotton (May 25, 2023) | |
| 12 | Declaration of Raymond Omar Daniel (May 18, 2023) | |
| 13 | Declaration of C. Ryan Germany (June 24, 2022) | |
| 14 | Declaration of Sylvester Johnson (Apr. 10, 2023) | |
| 15 | Declaration of Donald Jumper (Jan. 28, 2023) | |
| 16 | Declaration of Helen Lockette (Feb. 28, 2023) | |
| 17 | Declaration of Sebastian Mason (Jan. 28, 2023) | |

| Exhibit | Description | Bates Range, if applicable |
|---|---|---|
| 18 | Declaration of Tamara Scott (May 9, 2022) | |
| 19 | Declaration of Hope Sims Sutton (May 11, 2022) | |
| 20 | Declaration of James Woodall (Mar. 13, 2023) | |
| **Deposition Transcripts** | | |
| 21 | 30(b)(6) Deposition of Cobb County (Janine Eveler) taken Nov. 29, 2022 - Excerpts | |
| 22 | 30(b)(6) Deposition of DeKalb County (Keisha Smith) taken Apr. 5, 2023 - Excerpts | |
| 23 | 30(b)(6) Deposition of Fulton County (Nadine Williams) taken Apr. 5, 2023 - Excerpts | |
| 24 | 30(b)(6) Deposition of Georgia Coalition for the People's Agenda (Cynthia Battles) taken Apr. 6, 2023 - Excerpts | |
| 25 | 30(b)(6) Deposition of Georgia Department of Driver Services (Angelique B. McClendon) taken Apr. 11, 2023 - Excerpts | |
| 26 | 30(b)(6) Deposition of Georgia NAACP (Gerald Griggs) taken Feb. 21, 2023 - Excerpts | |
| 27 | 30(b)(6) Deposition of Georgia Secretary of State (C. Ryan Germany) taken Apr. 13, 2023 - Excerpts | |
| 28 | 30(b)(6) Deposition of Gwinnett County (Zachary Manifold) taken Jan. 12, 2023 - Excerpts | |
| 29 | 30(b)(6) Deposition of Gwinnett County (Kelvin Williams) taken Mar. 1, 2023 - Excerpts | |
| 30 | Deposition of Charles Tonnie Adams taken Dec. 12, 2022 - Excerpts | |
| 31 | Deposition of Lynn Bailey taken Oct. 6, 2022 - Excerpts | |

| Exhibit | Description | Bates Range, if applicable |
|---|---|---|
| 32 | Deposition of Joseph Blake Evans taken Feb. 23, 2023 - Excerpts | |
| 33 | Deposition of C. Ryan Germany taken Mar. 7, 2023 - Excerpts | |
| 34 | Deposition of Chris Harvey taken Mar. 10, 2023 - Excerpts | |
| 35 | Deposition of Milton D. Kidd taken May 5, 2022 - Excerpts | |
| 36 | Deposition of T. Matthew Mashburn taken Mar. 14, 2023 - Excerpts | |
| 37 | Deposition of Hayley E. McCloud taken Dec. 8, 2022 - Excerpts | |
| 38 | Deposition of Robert Gabriel Sterling taken Apr. 6, 2023 - Excerpts | |
| 39 | Deposition of Stephen Pettigrew, Ph.D. taken May 5, 2023 - Excerpts | |
| **Volume II: Expert Reports, Sur-Rebuttal Expert Reports, and Expert Declarations** | | |
| 40 | Dr. Barry C. Burden Expert Report (Dec. 30. 2022) | |
| 41 | Dr. Barry C. Burden Sur-Rebuttal Expert Report (Mar. 3, 2023) | |
| 42 | Dr. Marc Meredith Expert Report (Jan. 13, 2023) | |
| 43 | Dr. Marc Meredith Supplemental Declaration (May 16, 2023) | |
| 44 | Dr. Bernard L. Fraga Expert Report (Jan. 27, 2023) | |
| 45 | Dr. Bernard L. Fraga Sur-Rebuttal Report (Mar. 3, 2023) | |

| Exhibit | Description | Bates Range, if applicable |
|---|---|---|
| 46 | Dr. Stephen Pettigrew Expert Report (Jan. 13, 2023) | |
| 47 | Dr. Carol Anderson Expert Report (Jan. 13, 2023) | |
| 48 | Dr. Maxwell Palmer Expert Report (Jan. 13, 2023) | |
| 49 | Dr. Chris Clark Expert Report (Jan. 13, 2023) | |
| **Volume III: Legislative, State, Administrative, and Court Documents** | | |
| **Legislative Materials Related to Georgia Senate Bill 202 (2021)** | | |
| *Senate Bill 202 (2021)* | | |
| 50 | SB 202 as Introduced (LC 28 0150) | USA-03571-72 |
| 51 | Senate Committee on Ethics Substitute to SB 202 (LC 28 0291S) | USA-03573-74 |
| 52 | SB 202 as Passed in Senate | USA-03575-76 |
| 53 | House Committee Substitute (LC 28 0325S) | LEGIS00002127-2219 |
| 54 | House Special Committee on Election Integrity Substitute to SB 202 (LC 28 0338S) | USA-03577-03671 |
| 55 | House Committee on Rules Substitute to SB 202 (LC 28 0339S) | USA-03677-03771 |
| 56 | House Substitute to SB 202 (SB202/HRCSFA) | USA-03772-03869 |
| 57 | SB 202 as Passed | USA-03870-03967 |
| *SB 202 Bill History Roll Call Votes and Other Materials* | | |
| 58 | SB 202 Bill History | USA-03971-73 |
| 59 | SB 202 Votes - Senate Passage by Substitute (Mar. 8, 2021) | USA-03970 |
| 60 | SB 202 Votes - House Passage (Mar. 25, 2021) | USA-03968 |

| Exhibit | Description | Bates Range, if applicable |
|---|---|---|
| 61 | SB 202 Votes - Senate Agreement to House Substitute (Mar. 25, 2021) | USA-03969 |
| *House Bill 531 (2021)* | | |
| 62 | HB 531 as Introduced (LC 28 0215) | USA-03343-90 |
| 63 | House Special Committee on Election Integrity Substitute to HB 531 (LC 28 0264S) | USA-03391-03456 |
| 64 | House Bill 531 (Committee Substitute) (LC 28 0264S) | USA-03457-03522 |
| 65 | Senate Committee on Ethics Substitute to HB 531 (LC 28 0340S) | USA-03523-67 |
| *HB 531 Bill History, Roll Call Votes and Other Materials* | | |
| 66 | HB 531 Bill History | USA-03569-70 |
| 67 | HB 531 Votes House Passage (Mar. 1, 2021) | USA-03568 |
| *Senate Bill 241 (2021)* | | |
| 68 | SB 241 as Introduced (LC 28 0244) | USA-03974-98 |
| 69 | SB 241 as Amended in Senate (LC 28 0292S) | USA-03999-04030 |
| 70 | SB 241 as Passed in Senate (LC 28 0292S) | USA-04031-62 |
| *SB 241 Bill History, Roll Call Votes, and Other Materials* | | |
| 71 | SB 241 Bill History | USA-04066-68 |
| 72 | SB 241 Votes - Passage by Substitute | USA-04065 |
| *House Bill 244 (2005)* | | |
| 73 | HB 244 as Passed in House and Senate | |
| **Hearing Transcripts** | | |
| *SB 202 Hearings* | | |
| 74 | Senate Committee on Ethics Transcript of Proceedings (Mar. 3, 2021) | AME_000845-74 |
| 75 | SB 202 Senate Floor Debate Transcript of Proceedings (Mar. 8, 2021) | AME_001227-31 |

| Exhibit | Description | Bates Range, if applicable |
|---|---|---|
| 76 | House Special Committee on Election Integrity Transcript of Proceedings (Mar. 17, 2021) | AME_001453-90 |
| 77 | House Special Committee on Election Integrity Transcript of Proceedings (Mar. 18, 2021) | AME_001493-001638 |
| 78 | House Special Committee on Election Integrity Transcript of Proceedings (Mar. 22, 2021) | AME_001699-001736 |
| 79 | SB 202 House Floor Debate Transcript of Proceedings (Mar. 25, 2021) | AME_001821-001916 |
| *Other Legislative Hearings* | | |
| 80 | House Special Committee on Election Integrity Transcript of Proceedings on HB 531 (Feb. 19, 2021) - HB 531 Testimony Excerpt | AME_000104-44 [Winichakul Testimony]; AME_000202-19 [Bailey Testimony] |
| 81 | House Special Committee on Election Integrity Transcript of Proceedings on HB 531 (Feb. 22, 2021) - HB 531 Testimony Excerpt | AME_000331-39 [Woodall testimony] |
| 82 | HB 531 House Floor Debate Transcript of Proceedings (Mar. 1, 2021) - Excerpt | AME_000686-97 [Rep. Fleming's opening remarks]; AME_000721-42 [testimony from specific Representatives] |
| 83 | SB 241 Senate Floor Debate Transcript of Proceedings (Mar. 8, 2021) - Excerpt | AME_001021-45 [Sen. Dugan's opening remarks] |

| Exhibit | Description | Bates Range, if applicable |
|---|---|---|
| 84 | Senate Committee on Ethics Transcript of Proceedings on HB 531 (Mar. 8, 2021) - HB 531 Testimony - Excerpt | AME_001350-54 [Woodall Testimony] |
| **Legislative Hearing and Floor Debate Videos**[1] | | |
| 85 | Senate Committee on Judiciary Election Law Study Subcommittee, Video of Proceedings (Dec. 3, 2020) | USA-04100 |
| 86 | Senate Committee on Government Oversight, Video of Proceedings (Dec. 3, 2020) | USA-04099 |
| 87 | House Committee on Governmental Affairs, Video of Proceedings (Dec. 10, 2020) | USA-04097 |
| 88 | House Committee on Governmental Affairs, Video of Proceedings (Dec. 23, 2020) | USA-04098 |
| 89 | SB 202 Senate Floor Debate (Mar. 25, 2021) | USA-04119 |
| **Georgia House of Representatives and Georgia Senate Committee Minutes, Notices, Recommendations** | | |
| 90 | Senate Committee on Government Oversight Meeting Notice (Dec. 3, 2020) | USA-03298 |
| 91 | Senate Committee on Judiciary Election Law Study Subcommittee Meeting Notice (Dec. 3, 2020) | USA-03299 |
| 92 | Senate Committee on Judiciary Election Law Study Subcommittee Meeting Notice (Dec. 30, 2020) | USA-03323 |
| 93 | House Committee on Governmental Affairs Meeting Notice (Dec. 10, 2020) | USA-03183 |
| 94 | House Committee on Governmental Affairs Meeting Notice (Dec. 23, 2020) | USA-03185 |

---

[1] Video exhibits will be provided to the Court on a hard drive.

| Exhibit | Description | Bates Range, if applicable |
|---|---|---|
| 95 | Senate Committee on Ethics Meeting Notice (Mar. 3, 2021) | USA-03256 |
| 96 | House Special Committee on Election Integrity Meeting Notice (Feb. 4, 2021) | USA-03187 |
| 97 | House Special Committee on Election Integrity Meeting Notice (Mar. 17, 2021) | USA-03203 |
| 98 | House Special Committee on Election Integrity Meeting Notice (Mar. 18, 2021) | USA-03204 |
| 99 | House Special Committee on Election Integrity Meeting Notice (Mar. 22, 2021) | USA-03205 |
| **Emergency Rules Adopted by the State Election Board** | | |
| 100 | State Election Board Emergency Rule 183-1-14-0.6.14 | USA-04333-34 |
| 101 | Transcript of April 15, 2020, State Election Board Hearing - Excerpt | USA-00681-86 |
| 102 | Transcript of July 1, 2020, State Election Board Hearing - Excerpt | USA-00765-69 |
| 103 | November 23, 2020, State Election Board Hearing - Meeting Minutes | CDR00107194-95 |
| **Election Results** | | |
| 104 | November 6, 2018, General Election Results | |
| **SEB Hearings and Minutes** | | |
| 105 | Georgia State Election Board Meeting, Livestream - YouTube (Feb. 7, 2023) | |
| 106 | Summary of State Election Board Meeting, Case No. 2020-122 (Feb. 7, 2023) [Plaintiffs' Deposition Exhibit 218] | |
| **Volume IV: Discovery Exhibits** | | |

| Exhibit | Description | Bates Range, if applicable |
|---|---|---|
| **Video Exhibits** | | |
| 107 | Gabriel Sterling's Press Conference, CBS46 video clip (Dec. 1, 2020) | USA-04144 |
| 108 | Georgia Final 2020 Presidential Recount Results, C-SPAN video (Dec. 7, 2020) | USA-04141 |
| 109 | Call from former President Donald Trump to Georgia SOS Brad Raffensperger, Washington Post clip (Jan. 2, 2021) | USA-04281 |
| 110 | Live Call-In with House Speaker David Ralston, YouTube video (Apr. 1, 2020) | USA-04145 |
| 111 | Geoff Duncan, Georgia's GOP lieutenant governor, says Giuliani's false fraud claims helped lead to restrictive voting law, CNNPolitics video (Apr. 8, 2021) | USA-04134 |
| **Document Exhibits** | | |
| 112 | Barry Fleming, *Guest Column: Republican Party wins on Election Day, and future is bright*, Augusta Chronicle (Nov. 15, 2020) | USA-04158-77 |
| 113 | Email from Hayley McCloud to SOS Staff, "FW: 11.19.2020 - Election FAQ for Representatives" (Nov. 19, 2020) | CDR00146327-44 |
| 114 | Email from Hayley McCloud to Legislators, "RE: Data from the SOS on the Presidential Results" (Dec. 22, 2020) [Plaintiffs' Deposition Exhibit 77] | CDR00063983-86 |
| 115 | Email from Ryan Germany to SOS Staff, "Re: draft statement" (Dec. 10, 2020) | CDR00059322-23 |
| 116 | Email from Hayley McCloud to Members of the Georgia General Assembly, "Re 12.14.2020 - | CDR00216110-12 |

| Exhibit | Description | Bates Range, if applicable |
|---|---|---|
|  | Secretary of State Election Update" (Dec. 14, 2020) |  |
| 117 | Lt. Governor Geoff Duncan, *GOP 2.0* 105-123 (2021) | USA-04191-04200 |
| 118 | Email from Lynn Bailey to Janine Eveler, Richard Barron, et al., "RE: [EXTERNAL] Re: New Legislation" (Feb. 10, 2021) | COBB023361-64 |
| 119 | Email from Hayley McCloud to Chairman Max Burns, "RE: Voters who have a DL or voter ID associated with their voter registration number" (Feb. 18, 2021) | CDR01369683 |
| 120 | Gabriel Sterling Tweet (Feb. 25, 2021) | USA-04201-28 |
| 121 | Email from Ryan Germany to Ethan Stiles, "RE: Edits to LC 28 0244" (Feb. 26, 2021) | CDR00062772-74 |
| 122 | Responses and Objections of Defendant Raffensperger to Plaintiffs' Second Set of Requests for Admissions (Mar. 9, 2023) |  |
| 123 | Email from Lynn Bailey to Janine Eveler, Cynthia Willingham, et al., "RE: [EXTERNAL] Final Election Bill Status on Crossover Day - Get Ready" (Mar. 9, 2021) | COBB032414-17 |
| 124 | Email from Lynn Ledford to Janine Eveler, Lynn Bailey, et al., "RE: [EXTERNAL] Final Election Bill Status on Crossover Day - Get Ready" (Mar. 9, 2021) | COBB032406-09 |
| 125 | GA SOS - 2021 Legislative Session Bill Watch (Document Attachment to Email from Abigail Horvath to SOS Staff, "03.10.2021 - Legislative Update Day 30" (Mar. 10, 2021)) | CDR00466535-79 |

| Exhibit | Description | Bates Range, if applicable |
|---|---|---|
| 126 | Email from Tonnie Adams to Georgia Legislators, "Election Bills input from election officials" (Mar. 10, 2021) | USA-ADAMS-000026.0001-27.0016 |
| 127 | Email from Ryan Germany to Jeff Lanier, Bryan Tyson, Javier Pico-Prats, and Barry Fleming, "RE: Edits to LC 28 0313" (Mar. 14, 2021) | CDR00157637-40 |
| 128 | Email from Blake Evans to Ryan Germany, Gabriel Sterling, and Ari Schaffer, "Provisional Ballot 2016 to 2018 to 2020 from Surveys.xlsx" (Mar. 25, 2021) [Plaintiffs' Deposition Exhibit 168] | CDR00044731-32 |
| 129 | GA DDS Field Operations Manager's Bulletin [Plaintiffs' Deposition Exhibit 425] | |
| 130 | Absentee Ballot Application Cure Affidavit Form (produced by DeKalb County Defendants) | DEKALB022118 |
| 131 | Email from Ryan Germany to Brad Raffensperger and Other SOS Staff | CDR00070695-96 |
| 132 | Text Messages Produced by Ryan Germany (Feb. 16, 2021 - Mar. 11, 2021) [Plaintiffs' Deposition Exhibit 209] | |