# EXHIBIT 71

Legislation & Laws   House of Representatives   Senate   Committees   Joint Offices

Session: 2021-2022 Regular Session (Current)

# SB 241
**Elections and Voting; revise comprehensively**

Current Version | Past Versions

## Sponsors

| No. | Name | District |
|---|---|---|
| 1. | Dugan, Mike | 30th |
| 2. | Miller, Butch | 49th |
| 3. | Gooch, Steve | 51st |
| 4. | Kennedy, John | 18th |
| 5. | Cowsert, Bill | 46th |
| 6. | Anderson, Lee | 24th |
| 7. | Mullis, Jeff | 53rd |
| 8. | Burke, Dean | 11th |
| 9. | Walker, III, Larry | 20th |
| 10. | Ginn, Frank | 47th |
| 11. | Anavitarte, Jason | 31st |
| 12. | Harper, Tyler | 7th |
| 13. | Beach, Brandon | 21st |
| 14. | Harbin, Marty | 16th |
| 15. | McNeill, Sheila | 3rd |
| 16. | Thompson, Bruce | 14th |
| 17. | Tillery, Blake | 19th |
| 18. | Payne, Chuck | 54th |
| 19. | Summers, Carden | 13th |
| 20. | Hickman, Billy | 4th |
| 21. | Burns, Max | 23rd |
| 22. | Robertson, Randy | 29th |
| 23. | Brass, Matt | 28th |
| 24. | Dolezal, Greg | 27th |
| 25. | Watson, Ben | 1st |
| 26. | Tippins, Lindsey | 37th |
| 27. | Jones, Burt | 25th |
| 28. | Hufstetler, Chuck | 52nd |
| 29. | Goodman, Russ | 8th |
| 30. | Hatchett, Bo | 50th |
| 31. | Dixon, Clint | 45th |

## Committees

House Committee:
**Special Committee on Election Integrity**
Senate Committee:
**Ethics**

## First Reader Summary

A BILL to be entitled an Act to comprehensively revise elections and voting; to amend Chapter 2 of Title 21 of the O.C.G.A., relating to elections and primaries generally, so as to provide for the establishment of a voter intimidation and illegal election activities hotline; to limit the ability of the State Election Board and the Secretary of State to enter into certain consent agreements; to amend Article 1 of Chapter 13 of Title 50 of the O.C.G.A., relating to general provisions regarding administrative procedure, so as to provide for the submission and suspension of emergency rules by the State Election Board; to provide for severability; to provide for related matters; to repeal conflicting laws; and for other purposes.

## Status History

| Date | Status |
| --- | --- |
| 03/10/2021 | House Second Readers |
| 03/09/2021 | House First Readers |
| 03/08/2021 | Senate Passed/Adopted By Substitute |
| 03/08/2021 | Senate Third Read |
| 03/08/2021 | Senate Taken from Table |
| 03/08/2021 | Senate Tabled |
| 03/08/2021 | Senate Engrossed |
| 03/05/2021 | Senate Read Second Time |
| 03/03/2021 | Senate Committee Favorably Reported By Substitute |
| 02/24/2021 | Senate Read and Referred |
| 02/23/2021 | Senate Hopper |

## Footnotes

3/3/2021 Notice of Intent to file Minority Report; 3/8/2021 Minority Report filed in Senate; 3/8/2021 Engrossed on 3rd reading in Senate; 3/8/2021 Tabled in Senate; 3/8/2021 Taken from Table in Senate

## Votes

| Date | Vote No. | Yea | Nay | NV | Exc |
| --- | --- | --- | --- | --- | --- |
| 03/08/2021 | Senate Vote #155 | 34 | 19 | 0 | 3 |
| 03/08/2021 | Senate Vote #168 | 32 | 18 | 4 | 2 |
| 03/08/2021 | Senate Vote #169 | 29 | 20 | 1 | 6 |

### Helpful Links

Georgia.gov

Governor's Office

Secretary of State

Georgia Department of Motor Vehicles

Georgia Department of Driver Services

Georgia Department of Revenue

Georgia Department of Labor

### Legislative Resources

House of Representatives

Senate

Open RFP's

Senate Staffing

Intern Program

COPYRIGHT © 2022 THE GEORGIA GENERAL ASSEMBLY

USA-04068