# EXHIBIT 87

# File Produced in Native Format

# Filename:

GA House Government Affairs Committee Hearing_Dec. 10.mp4

USA-04097