# EXHIBIT 104

# VOT - Georgia VRA

Case ID: 5342042052117750620

May 19, 2023

Investigator Information

# Deliverable Summary

**Case Description**

X1 v. 6.0.1 Report

# Web Capture Items

**Examiner Account Summary**

Examiner Account: [Redacted]
Web Snapshot
W0009566                                               1

                    Total Items:               1

[Redacted]   Item: GVRA00001 (Preview)   [Metadata]



[Redacted] Preview

Item: GVRA00001 (Metadata)

| Field Name | Value |
|---|---|
| URL | https://results.enr.clarityelections.com/GA/91639/Web02-state.221451/#/cid/20000 |
| URI | ws://W0009566/1 |
| Ingestion | 5/19/2023 2:54:44 PM |
| Source | WebSnapshot |
| MD5 hash | B4874056E136094125775977DBE5F340 |
| MD5 hash version | v6 |
| Page Title | GA - Election Night Reporting |
| PageVersion | 1 |
| Site Icon | |