EXHIBIT
106



PLAINTIFF'S
EXHIBIT
218

PENGAD 800-631-6989

**SUMMARY**
**STATE ELECTION BOARD MEETING**
**Tuesday, February 7, 2023**
**Mercer University School of Medicine Auditorium**
**Macon, Georgia**

*As required by O.C.G.A. § 50-14-1(e)(2)(A), the following is a summary of the subjects acted on and the Board members present at the meeting.*

### Call to Order and Introductory Remarks

Chair William Duffey called the State Election Board "Board" meeting to order at approximately 9:02 a.m. A quorum was present for each Board action taken. The following Board members attended the meeting: Chair William Duffey, Matthew Mashburn, Sara Ghazal, Edward Lindsey, Dr. Janice Johnston.

### Approval of Board Meeting Minutes

The Board voted to approve the minutes of State Election Board meetings held on December 3, 2022, and December 13, 2022.

### Report on the Fulton County Performance Review

Mr. Ryan Germany, Stephen Day, and Ricky Kittle provided background and a summary of the report.

### Investigations Reports

### A. Cases Recommended to be Dismissed

*\*The Board voted to continue the following cases:*
Case No. 2020-225 Henry County (Public Viewing)
Case No. 2020-271 Fulton County (Vote Buying)
Case No. 2021-106 DeKalb County (Excess Voting)
Case No. 2021-141 Fulton County (Illegal Shredding)
Case No. 2021-177 City of Marshville (Election Irregularities)
Case No. 2022-013 Fulton County (Ballot Harvesting)

*\*The Board voted to dismiss the following cases:*
Case No. 2020-037 Lamar County (Elections Miscellaneous)
Case No. 2020-071 Burke County (Voter Fraud)
Case No. 2020-125 Screven County (Alleged Absentee Ballot Fraud)
Case No. 2020-228 Fulton County (Updating Voting Records)
Case No. 2021-057 Lowndes County (Voter Registration Fraud)
Case No. 2021-124 Deceased Voters
Case No. 2021-149 City of Jesup (Giving or Receiving Gifts or Money)
Case No. 2021-151 Fulton County (Absentee Ballot Processing)
Case No. 2021-166 Fulton County (Handicap Accessibility)

Case No. 2021-173 Chatham County (Double Voting)
Case No. 2022-027 Newton County (Voter Registration)
Case No. 2022-029 Bibb County (Voter Registration)
Case No. 2022-037 Colquitt County (Voter Registration Fraud)
Case No. 2022-041 Fulton (Absentee Ballot Processing)

**B. Violation Cases Not Recommended for Referral to the Attorney General's Office**

**Case No. 2018-084 Macon-Bibb County (Tabulation)**
After presentation and discussion of the investigative findings, the Board voted to issue to the Respondent a Letter of Instruction.
**Case No. 2020-152 Rockdale County (Polling Place Change)**
After presentation and discussion of the investigative findings, the Board voted to issue to the Respondent a Letter of Instruction.
**Case No. 2020-201 Screven County (Problem at the Polls)**
After presentation and discussion of the investigative findings, the Board voted to continue the case.
**Case No. 2021-157 Stephens County (Acceptance Test)**
After presentation and discussion of the investigative findings, the Board voted to issue to the Respondent a Letter of Instruction.
**Case No. 2022-028 Richmond County (New GA Project)**
After presentation and discussion of the investigative findings, the Board voted to dismiss the case, and to send to the Respondent a letter addressing its voter registration conduct, responsibilities, and duty to cooperate in State Election Board investigations.

**C. Violation Cases Recommended for Referral to the Attorney General's Office**

**Case No. 2020-104 Decatur County (Wrong Absentee Ballot)**
After presentation and discussion of the investigative findings, the Board voted to refer the Respondents to the Attorney General's Office.
**Case No. 2020-108 Charlton County (Unauthorized Voter Registration)**
After presentation and discussion of the investigative findings, the Board voted to refer the Respondents to the Attorney General's Office.
**Case No. 2020-122 Dougherty County (Illegal Campaigning)**
After presentation and discussion of the investigative findings, the Board voted to refer the Respondent to the Attorney General's Office. The Board voted to dismiss the case against all remaining respondents.
**Case No. 2020-190 Colquitt County (Polling Place Issue)**
After presentation and discussion of the investigative findings, the Board voted to issue to the Respondent a Letter of Instruction.
**Case No. 2021-120 Houston County (Excess Voting)**
After presentation and discussion of the investigative findings, the Board voted to refer the Respondents to the Attorney General's Office.
**Case No. 2021-126 City of Sumner (Qualification Notice)**
After presentation and discussion of the investigative findings, the Board voted to issue to the Respondent a Letter of Instruction.

**Case No. 2021-128 City of Meigs (Qualifying Issue)**
After presentation and discussion of the investigative findings, the Board voted to issue to the Respondent a Letter of Instruction.

## Attorney General Report

The Board voted to approve the action recommended by the Attorney General in the following cases:

**Consent Orders**

| | |
|---|---|
| SEB2020-112 | Henry County |
| SEB2020-221 | Worth County |
| SEB2021-098 | Troup County |

**Final Orders**

| | |
|---|---|
| SEB2021-098 | Troup County |

## Public Comment
The following individuals made public comments: Erick Christensen, Elaine Lucas, Brenda Williams, Karen Carlyle, Jennifer Lee, Ciara Franklin, Vicky Moody, and Gwen Westbrook.

## Adjournment

The Board voted to adjourn the meeting at approximately 3:21 p.m.