# EXHIBIT 108

# File Produced in Native Format

# Filename:

Dec 7 Georgia Final 2020 Presidential Recount Results _ C-SPAN.org.mp4

USA-04141