UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No. 1:21-MI-55555-JPB |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THE STATE OF GEORGIA, *et al.*, <br><br> Defendants | Civil Action No. 1:21-CV-2575-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, *et al.*, <br><br> Plaintiffs <br><br> v. <br><br> BRIAN KEMP; *et al.*, <br><br> Defendants | Civil Action No. 1:21-CV-01284-JPB |
| THE NEW GEORGIA PROJECT, *et al.*, <br><br> Plaintiffs <br><br> v. | Civil Action No. 1:21-CV-01229-JPB |

| | |
|---|---|
| BRAD RAFFENSPERGER, *et al.*, <br><br> Defendants | |
| GEORGIA STATE CONFERENCE OF THE NAACP, *et al.*, <br><br> Plaintiffs <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.,* <br><br> Defendants | Civil Action No. <br> 1:21-CV-01259-JPB |
| THE CONCERNED BLACK CLERGY OF METROPOLITAN ATLANTA, INC., *et al.*, <br><br> Plaintiffs <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.,* <br><br> Defendants | Civil Action No. <br> 1:21-CV-01728-JPB |

**[PROPOSED] ORDER**

Pursuant to Federal Rule of Civil Procedure 65 and upon consideration of the Motion for a Preliminary Injunction filed May 30, 2023, by the United States and four groups of Private Plaintiffs, their memorandum in support, and the exhibits thereto, and Defendants' response, the Court finds that the Plaintiffs are entitled to the relief requested and GRANTS the Motion for a Preliminary Injunction.

Defendants are hereby ENJOINED as follows regarding certain provisions of Georgia Senate Bill 202 (2021):

(1) From enforcing limitations on the number of drop boxes a county is permitted to use to collect absentee ballots, and other limitations on the use of drop boxes outdoors and during non-early voting hours (Section 26);

(2) From enforcing the provisions criminalizing non-partisan line relief of food and water to voters waiting in line to vote (Section 33);

(3) From enforcing the provisions that prohibit voters from requesting absentee ballots up to four days before Election Day (Section 25);

(4) From enforcing the prohibition on counting out-of-precinct provisional ballots cast before 5:00 p.m. on Election Day (Section 34); and

(5) From preventing voters who request an absentee ballot from confirming their identity with the last four digits of their Social Security number on their absentee ballot application in lieu of providing a driver's license or State identification card number, or a copy of an alternative identification (Section 25).

SO ORDERED.

Date: _____, 2023

_____
**THE HONORABLE J.P. BOULEE**
UNITED STATES DISTRICT JUDGE