IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |

**STATE DEFENDANTS' CONSENT MOTION TO EXTEND DEADLINE TO FILE OPPOSITION TO PLAINTIFFS' JOINT MOTION FOR PRELIMINARY INJUNCTION**

State Defendants respectfully request that the Court extend their deadline to respond to Plaintiffs' Joint Motion for Preliminary Injunction. [Doc. No. 566] ("Joint Motion"). That Motion, which Plaintiffs filed on May 30, 2023, is 65 pages long with nearly 3,000 pages of exhibits. *See id.* In light of the other preliminary-injunction motions to which State Defendants must also respond, *see* [Doc. Nos. 535, 537, 546, 547, 548], State Defendants require additional time to review this voluminous motion and provide the Court with a thorough response. Accordingly, State Defendants request that the Court extend their opposition deadline to July 27, 2023. The parties have conferred and Plaintiffs consent to the requested relief, provided that their deadline to file a reply is extended to August 17, 2023. Additionally, Intervenor-Defendants consent and request that their deadline to respond to the Joint Motion also be extended until July 27, 2023.

There is good cause to grant this motion. The Court recently granted State Defendants' request to file oppositions to the other pending preliminary-injunction motions on three consecutive weeks in June, with the final opposition being due by June 29, 2023. [Doc. No. 565]. And, as State Defendants already demonstrated, it will take an extraordinary amount of work to meet that schedule.

Additionally, during this same time, State Defendants will continue to be actively engaged in discovery in the related *CGG* case, in which discovery closes on June 16, 2023, and motions for summary judgment are due by July 17, 2023, and the *Vote.org* case, in which discovery recently opened, and the parties are now exchanging written discovery. Accordingly, State Defendants must devote their efforts to these other deadlines before they can fully develop and complete their response to the Joint Motion.

Even then, it will require substantial time to respond adequately to the Joint Motion, as State Defendants must wade through nearly 3,000 pages of exhibits and examine the extensive discovery record in this case.

For the foregoing reasons, State Defendants respectfully request that the Court extend the deadline for all responses to the Joint Motion until July 27, 2023, and the deadline for Plaintiffs' reply until August 17, 2023.

Respectfully submitted this 1st day of June, 2023.

Christopher M. Carr
Attorney General
Georgia Bar No. 112505
Bryan K. Webb
Deputy Attorney General
Georgia Bar No. 743580
Russell D. Willard
Senior Assistant Attorney General
Georgia Bar No. 760280
Elizabeth Vaughan
Assistant Attorney General
Georgia Bar No. 762715
**State Law Department**
40 Capitol Square, S.W.
Atlanta, Georgia 30334

*/s/ Gene C. Schaerr*
Gene C. Schaerr*
Special Assistant Attorney General
Erik Jaffe*
H. Christopher Bartolomucci*
Brian J. Field*
Cristina Martinez Squiers*
Edward H. Trent*
Nicholas P. Miller*
Joshua J. Prince*
Annika Boone Barkdull*
**SCHAERR | JAFFE LLP**
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com

*Admitted pro hac vice*

Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411

3

btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com.
Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
**Taylor English Duma LLP**
1600 Parkwood Circle
Suite 200
Atlanta, Georgia 30339
(678) 336-7249

*Counsel for State Defendants*