# Exhibit 33

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 1

1                IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF GEORGIA
2                        ATLANTA DIVISION
3      IN RE: GEORGIA SENATE BILL 202    MASTER CASE NO.
                                         1:12-MI-55555-JPB
4
       GEORGIA STATE CONFERENCE OF
5      THE NAACP, et al.,
                   Plaintiffs,
6                                        CASE NO.
       vs.                               1:21-CV-01259-JPB
7
       BRAD RAFFENSPERGER, in his
8      official capacity as the
       Secretary of the State for
9      the State of Georgia, et al.,
                   Defendants.
10
       --------------------------------
11
       SIXTH DISTRICT OF THE
12     AFRICAN METHODIST EPISCOPAL
       CHURCH, et al.,
13                     Plaintiffs,
                                         CASE NO.
14     vs.                               1:21-CV-01284-JPB
15     BRIAN KEMP, Governor of the
16     State of Georgia, in his
16     official capacity, et al.,
                   Defendants.
17
18
                   VIDEOTAPED ZOOM DEPOSITION OF
19                  STEPHEN PETTIGREW, Ph.D.
                          May 5, 2023
20               TIME 9:41 a.m. to 3:54 p.m.
21
22

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

                                                    Page 2

1      ASIAN AMERICANS ADVANCING
       JUSTICE-ATLANTA, et al.,

2                      Plaintiffs,

                                         CASE NO.
3      vs.                               1:21-CV-01333-JPB

4      BRAD RAFFENSPERGER, in his
       official capacity as the

5      Secretary of the State,
       et al.,

6                      Defendants.
       ----------------------------

7

       THE CONCERNED BLACK CLERGY
8      OF METROPOLITAN ATLANTA,
       INC., et al.,

9                      Plaintiffs,

                                         CASE NO.
10     vs.                               1:21-CV-01728-JPB

11     BRAD RAFFENSPERGER, in his
       official capacity as the

12     Secretary of the State,
       et al.,

13                     Defendants.

14

15

16

17

18

19

20

21

22

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 3

1                    APPEARANCES OF COUNSEL

2       On behalf of The Concerned Black Clergy of

        Metropolitan Atlanta, Inc., Plaintiffs and the

3       Witness:

4            WILL TUCKER, ESQ. (Via Zoom)

5            Crowell & Moring LLP

6            1001 Pennsylvania Avenue, N.W.

7            Washington, D.C. 20004

8            202-624-2500

9            czatz@crowell.com

10

        On behalf of the State Defendants:

11

12           H. CHRISTOPHER BARTOLOMUCCI, ESQ.

13           AARON SCOTT GORDON, ESQ.

14           Schaerr Jaffe

15           1717 K Street

16           Suite 900

17           Washington, D.C. 20006

18           202-787-1060

19           nmiller@schaerr-jaffe.com

20

21

22

Page 4

1                      APPEARANCES OF COUNSEL

2        On behalf of the United States Department of

         Justice:

3

4             ERNEST MCFARLAND, ESQ. (Via Zoom)

5             DANIEL DAVARI, ESQ.

6             Civil Rights Division

7             U.S. Department of Justice

8             Constitution Square

9             150 M St., NE

10            Washington, DC 20530

11            202-532-5421

12            ernest.a.mcfarland@usdoj.gov

13

         On behalf of the Macon and Bibb County Defendants:

14

15            JACOB WILSON, ESQ. (Via Zoom)

16            Noland Law Firm, LLC

17            5400 Riverside Drive

18            Suite 205

19            Macon, Georgia 31210

20            478-621-4980

21            jacob@nolandlawfirmllc.com

22

Stephen Pettigrew , PhD                              May 5, 2023
Georgia Senate Bill 202, In Re

Page 5

1                          APPEARANCES

2      On behalf of the DeKalb County Defendants:

3            IRENE VANDER ELS, ESQ. (Via Zoom)

4            DeKalb County Law Department

5            1300 Commerce Drive

6            Fifth Floor

7            Decatur, Georgia 30030

8            ivanderels@dekalbcountyga.gov

9      On behalf of the Georgia and the related MP

       Plaintiff Group:

10

11           JULIE HOUK, ESQ. (Via Zoom)

12           Lawyers' Committee for Civil Rights Under Law

13           1500 K Street, Northwest, Suite 900

14           Washington, D.C. 20005

15           jhouk@lawyerscommittee.org

16     On behalf of the Fulton County Defendants:

17           DAVID LOWMAN, ESQ. (Via Zoom)

18           Fulton County Attorney's Office

19           141 Pryor Street

20           Suite 4038

21           Atlanta, Georgia 30303

22           david.lowman@fultoncountyga.gov

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 6

```
 1                    APPEARANCES OF COUNSEL

 2        On behalf of the RNC, NRSC, NRCC, and Georgia GOP:

 3             STUART SUMNER, ESQ. (Via Zoom)

 4             Hall Booth Smith

 5             191 Peachtree Street NE Suite 2900

 6             Atlanta, Georgia 30303

 7             404-954-5000

 8             ssumner@hallboothsmith.com

 9        Sixth District of the African Methodist Episcopal

10        Church, Plaintiffs:

11             DAVIN ROSBOROUGH, ESQ.

12             American Civil Liberties Union

13             915 15th Street, Northwest

14             Washington, D.C. 20005

15             drosborough@aclu.org

16        The Intervenors:

17             CONOR WOODFIN, ESQ.

18             Consovoy McCarthy

19             1600 Wilson Building

20             Arlington, Virginia

21        Also Present:

22             Gene Aronov, Videographer
```

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

1                    C O N T E N T S

2        EXAMINATION BY:                              PAGE

3            Counsel for Defendants                   12

4            Counsel for Plaintiffs                   270

5              PETTIGREW DEPOSITION EXHIBITS

6      NO.  DESCRIPTION                               PAGE

7    Exhibit 1    Notice of Deposition of Stephen       14

8              Pettigrew, Ph.D.

9    Exhibit 2    Stephen Pettigrew, University of       16

10             Pennsylvania

11   Exhibit 3    Electoral Studies article             27

12   Exhibit 4    Expert report of Dr. Stephen Pettigrew  44

13   Exhibit 5    The American Voting Experience:  Report  57

14             and Recommendations of the Presidential

15             Commission on Election Administration

16   Exhibit 6    % of GA Voters Waiting in Line More than  117

17             30 Minutes to Cast In-Person Ballot

18   Exhibit 7    Average Time Spend by GA Voters Waiting  128

19             in Line to Vote (Pettigrew Data + 2022

20             CES)

21   Exhibit 8    White Voters/Voters of Color Gaps in   132

22             Avg. Wait Times in GA (Pettigrew Data +

Stephen Pettigrew , PhD                          May 5, 2023
Georgia Senate Bill 202, In Re

1          2022 CES)

2     Exhibit 9     2022 Georgia Post-Election Survey,          135

3             January 17, 2023

4     Exhibit 10    Post-Election Voter Satisfaction Survey,    146

5             November 2022

6     Exhibit 11   % of 2022 Midterm Voters in Georgia who      152

7             were...

8     Exhibit 12    Social media post                           245

9     Exhibit 13    Social media post                           248

10    Exhibit 14    Social media post                           250

11    Exhibit 15    Excerpt of Expert Report of Justin          263

12            Grimmer, Ph.D.

13

14

15

16

17

18

19

20

21

22

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 9

1               P R O C E E D I N G S

2                    *  *  *  *  *  *

3               VIDEOGRAPHER:  Good morning.  We are

4      going on the record at 9:41 a.m. on May 5th, 2023.

5      Please note that the microphones are sensitive and

6      may pick up whispering and private conversations.

7      Please mute your phones at this time.  Audio and

8      video recording will continue to take place unless

9      all parties agree to go off the record.

10               This is Media Unit 1 of the

11      video-record deposition of Dr. Stephen Pettigrew

12      taken by counsel for Defendant in the matter of

13      In Re:  Georgia Senate Bill 202, filed in the

14      United States District Court for the Northern

15      District of Georgia, Atlanta Division, Case No.

16      1:21-MI-55555-JPB.

17               The location of this deposition is

18      Wilmer Hale, 2100 Pennsylvania Avenue,

19      Washington, D.C.

20               My name is Gene Aronov,

21      representing Veritext.  And I'm the videographer.

22      The court reporter is Felicia Newland from the

Stephen Pettigrew , PhD                              May 5, 2023
Georgia Senate Bill 202, In Re

Page 10

1    firm Veritext.

2                        I'm not authorized to administer an

3    oath, I'm not related to any party in this

4    action, nor am I financially interested in the

5    outcome.  If there are any objections to

6    proceeding, please state them at the time of your

7    appearance.

8                        Counsel and all present, including

9    remotely, will now state your appearances and

10   affiliations for the record, beginning with the

11   noticing attorney.

12                       MR. BARTOLOMUCCI:  My name is

13   Christopher Bartolomucci.  I'm with the Schaerr

14   Jaffe law firm.  And we represent the Defendants in

15   this case.

16                       MR. ROSBOROUGH:  Good morning, Davin

17   Rosborough with the American Civil Liberties Union

18   Foundation.  I represent the Sixth District of the

19   African Methodist Episcopal Church, Plaintiffs.

20                       VIDEOGRAPHER:  Will the people on

21   Zoom like to introduce themselves?

22                       MR. TUCKER:  Sure.  Thank you.

Stephen Pettigrew , PhD                May 5, 2023
Georgia Senate Bill 202, In Re

Page 11

1           This is Will Tucker with Crowell &

2     Moring, LLP, representing the Concerned Black

3     Clergy Plaintiff Group.

4           MS. HOUK:  Good morning.  This is

5     Julie Houk representing the Georgia and the related

6     MP Plaintiff Group, Lawyers' Committee for Civil

7     Rights Under Law.

8           MR. WOODFIN:  Good morning.  This is

9     Conor Woodfin from Consovoy McCarthy representing

10     the Intervenors.

11           MR. WILSON:  Good morning.  Jacob

12     Wilson from Noland Law Firm representing Macon Bibb

13     County Defendants.

14           MR. GORDON:  Good morning.  Aaron

15     Gordon from Schaerr Jaffee representing the

16     Defendants, along with Mr. Bartolomucci.

17           MR. LOWMAN:  This is David Lowman of

18     the Office of the Fulton County Attorney

19     representing the Fulton County Defendant.

20           MS. VANDER ELS:  This is Irene Vander

21     Else representing the DeKalb County Defendants with

22     the DeKalb County Law Department.

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 12

1                    MR. MCFARLAND:  This is Ernest

2        McFarland and Daniel Davari [sp], representing the

3        United States of America.

4                    VIDEOGRAPHER:  Is this everyone?

5                    Will the court reporter please

6        swear in the witness, then counsel may proceed?

7                         *  *  *  *  *  *

8        Whereupon,

9                    STEPHEN PETTIGREW, PH.D.

10       was called as a witness and, having been first duly

11       sworn, was examined and testified as follows:

12                 EXAMINATION BY COUNSEL FOR DEFENDANTS

13       BY MR. BARTOLOMUCCI:

14            Q    Well, good morning, Dr. Pettigrew.

15            A    Good morning.

16            Q    As you know, we're here to take your

17       deposition in connection with the SB202 litigation.

18                    Have you ever been deposed before?

19            A    I have not.

20            Q    Well, let me just briefly give you

21       some of the rules of the road here.  I'll -- I'll

22       be asking you questions, of course, and our court

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 13

1     reporter will take down your answers.  So it's

2     important that we not speak over each other.  So I

3     will promise to do my best not to cut you off

4     before you finished an answer and ask another

5     question if -- if you will try not to start your

6     answer until I've finished my -- my question.  And

7     that will leave us with a nice, clean transcript.

8                    Second, if -- if you don't understand

9     any question I ask you, you know, please let me

10    know, because if -- if you don't say something like

11    that, I'll assume that you understood it and -- and

12    you didn't have any -- any issues with -- with the

13    question.  If at any point you need to take a

14    break, just speak up and we'll -- we'll step out

15    for a while.

16                    Is there any reason why you would

17    have trouble participating in this deposition

18    today?

19                    For example, have -- are you taking

20    any -- any medication that would impair your

21    ability to participate in this deposition?

22              A     No.

Stephen Pettigrew , PhD                        May 5, 2023
Georgia Senate Bill 202, In Re

Page 14

1          Q      Okay.

2                        MR. BARTOLOMUCCI:  Well, let's go

3      ahead and mark our first exhibit, the -- the notice

4      of deposition.

5                        (Pettigrew Deposition Exhibit Number 1

6                    marked for identification.)

7                        MR. BARTOLOMUCCI:  Here's one for

8      you.

9                        MR. ROSEBOROUGH:  Thank you.

10     BY MR. BARTOLOMUCCI:

11         Q      Okay.  So this will be Exhibit 1.

12                        Dr. Pettigrew, have you ever seen

13     this before?

14         A      Not this specific document, no.

15         Q      No.  You never received it from

16     counsel any -- this notice of deposition?

17         A      Thinking about it, I may have

18     received this as an e-mail.  I don't -- I don't

19     specifically remember.  I probably did if -- if it

20     was sent to me.

21         Q      Okay.  Do you think -- do you think

22     you read it --

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

                                                        Page 15

1           A     Yes.

2           Q     -- if you received it?

3           A     If I did, I had, but I may very well

4      have quickly browsed through.  I -- I -- actually

5      thinking about it, I think I did read it.

6           Q     Okay.

7           A     Yeah.

8           Q     Very good.

9                 Did you have any discussions with

10     anyone about it?

11          A     About this specific document?

12          Q     Correct.

13          A     No.  I don't think so.

14          Q     Okay.  Well, I just wanted to

15     establish that you had received this.

16          A     Yes.

17          Q     So it sounds like --

18          A     Sorry.

19          Q     -- you did.  So I think that's all we

20     need there.

21                MR. BARTOLOMUCCI:  Let's mark as

22     Exhibit 2 this document.

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 16

```
 1              (Pettigrew Deposition Exhibit Number 2

 2              marked for identification.)

 3              THE WITNESS:  Thanks.

 4      BY MR. BARTOLOMUCCI:

 5          Q     Can you tell me what Exhibit 2 is?

 6          A     This appears to be the -- the front

 7      page of my professional website.

 8          Q     And -- and this -- this page talks a

 9      little bit about what you do currently, right?

10          A     In my -- yeah, in my -- in my job,

11      yes.

12          Q     So it -- it seems like you have

13      multiple jobs.  This says you're the director of

14      data sciences at the University of Pennsylvania

15      Program on Opinion Research and Election Studies,

16      and the Deputy Executive director of UPenn's Fox

17      Leadership Program, and that you are a senior

18      analyst for the NBC News Decision Desk and Data

19      Analytics Lab.  Is --

20          A     Correct.

21          Q     -- all of that correct?

22          A     Yeah.  It's all kind of one job, but
```

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 17

1          I have multiple roles through the -- through the

2      job.

3                  Q      Okay.  Well, why don't we talk about

4      each of these three aspects of --

5                  A      Sure.

6                  Q      -- your job.

7                         It looks like the acronym for the

8      Program on Opinion Research and Election Studies is

9      PORES.

10                 A      That's right.

11                 Q      So can you tell me what the -- what

12     the PORES Program is?

13                 A      Yeah.  So the PORES Program is at

14     Penn.  It's a -- it's a center with the political

15     science department -- or it's a program within the

16     political science department.  We basically oversee

17     the data -- the data science and survey research

18     minor degree for Penn undergrads in the college.

19     And so we do a variety of things.  We teach, you

20     know -- for the minor, we teach them a variety of

21     data science and statistics and programming

22     classes.  We also oversee a fellowship program

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 18

1        where undergrads, they apply to work with faculty

2        or with other researchers on research for a

3        semester for the summer.  And it's an opportunity

4        for them to kind of get hands-on experience with --

5        with research and with playing with data, because

6        there -- we do other things, we do speaker series,

7        and whatnot, but those are kind of the -- the main

8        things we do through PORES.

9              Q      And what are your responsibilities as

10       director of data sciences --

11             A      Yeah.

12             Q      -- PORES?

13             A      Yeah.  There's -- there's a variety

14       of things that I do.  I teach, so I -- I teach one

15       of the courses in the required kind of core

16       sequence of classes that we -- that folks who are

17       doing -- students who are doing the data science

18       minor take.  I -- I work with students, so I -- in

19       addition to kind of mentoring-type roles.  I

20       also -- I think -- I think in every semester that

21       I've been at in Penn, I've had at least one student

22       working with me as a research fellow.

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 19

1                          I also kind of -- I'm involved in a

2            bit of curriculum development that we've -- we've

3            done.  In the past I -- in terms of the -- the data

4            science program that we do.  And then, you know,

5            just, in general, when we have events or

6            conferences, that sort of thing, I'm involved in

7            organizing or planning or overseeing those sorts of

8            things.

9                  Q     So you said you teach one course,

10           right?

11                 A     This past semester, yeah, I taught

12           one course.

13                 Q     Okay.  Do you tend to teach one

14           course every semester?

15                 A     It -- it sort of depends on what our

16           needs are.  It's -- typically, yeah.  I typically

17           have one class that I -- that I teach each

18           semester.

19                 Q     And is that the -- most recently, was

20           that the applied data science course?

21                 A     That's right, yeah, that's the one

22           that I just finished up with this semester.

Stephen Pettigrew , PhD                          May 5, 2023
Georgia Senate Bill 202, In Re

Page 20

```
 1            Q      And now -- so what are your duties as
 2      a deputy executive director of the Fox Leadership
 3      Program?
 4                   And maybe you should tell us what
 5      the --
 6            A      Sure.
 7            Q      -- Fox Leadership Program is.
 8            A      Yeah.  So -- it's -- it's funny, if
 9      you ask any of my colleagues, it's a little -- the
10      lines between these different programs are a little
11      bit blurry, but -- but the Fox Leadership Program
12      is kind of a broader kind of program within the
13      university that is also involved in kind of giving
14      students experiential learning opportunities.
15      Oftentimes more outside of sort of academic
16      research sorts of things.
17                   So, for example, we partner with
18      nonprofit organizations and other -- other folks
19      like that to have students spend a semester doing
20      work with them, whether it's service work or -- or
21      sometimes even doing data work with them or for
22      them.  There's a lot of other things the Fox
```

Stephen Pettigrew , PhD                  May 5, 2023
Georgia Senate Bill 202, In Re

Page 21

1      Leadership Program does in addition to that in

2      terms of programming and conferences and speakers,

3      that sort of thing.

4                So those are kind of the big -- the

5      big things.  But there's -- there's quite a bit of

6      overlap.  And many -- many of the responsibilities

7      I mentioned with the PORES Program, kind of overlap

8      or -- or, you know, are similar to what I do with

9      the Fox -- the Robert Fox Leadership Program.

10               Q     Now, at -- at UPenn, do you have the

11     title of professor?

12               A     I do not.

13               Q     Is -- is your position, or positions,

14     say, a tenure-track position?

15               A     It's not.

16               Q     Have you ever -- well, you got your

17     Ph.D. from Harvard in 2017, correct?

18               A     Correct.

19               Q     So that's about six years ago?

20               A     That's right.

21               Q     Since you graduated from Harvard,

22     have you applied for any tenure-track positions?

Stephen Pettigrew , PhD                         May 5, 2023
Georgia Senate Bill 202, In Re

Page 22

1        A     Since I graduated from Harvard, no.

2        Q     Is that something you intend to do in

3    the future?

4        A     No.

5        Q     All right.  Let me ask you about the

6    other job with -- with the NBC News Decision Desk.

7        A     Uh-huh.

8        Q     First of all, what -- what percentage

9    of your time, and maybe it spikes seasonally --

10       A     Yeah.

11       Q     -- do you spend with NBC?

12       A     It -- it definitely spikes

13   seasonally.  It really depends on the election

14   cycle.  In a year like 2023, it's been -- it's hard

15   to put an exact percentage on it, but -- but a

16   considerably smaller percentage than it was in

17   2020, for example, or -- or what I'm expecting in

18   2024, with all the presidential primary elections

19   and -- and the -- the big general election in

20   November.

21       Q     So it's more demanding in election

22   years?

Stephen Pettigrew , PhD                                 May 5, 2023
Georgia Senate Bill 202, In Re

Page 23

1          A       Of course, yeah.

2          Q       And so tell us what you do exactly

3     for NBC.

4          A       So there's a couple -- I sort of

5     think of my -- my role in two ways.  So there's --

6     there's sort of what goes on on election night and,

7     you know, increasing in the days after an election,

8     and -- and the runup to it as well.  I'm one of the

9     folks -- we have a fairly small team of about eight

10    or ten of us who -- who constitute kind of the --

11    the main decision desk group.  On election night,

12    we're the team that -- we're getting -- as -- as

13    votes come in, votes are reported from states and

14    counties in basically every federal office, many

15    statewide offices.  We're seeing those results at

16    the same time that everybody sees them on TV or

17    online, but we're running them through different

18    proprietary statistical models and other tools that

19    we've built out for ourselves.

20              And our basic goal, in addition to

21    kind of providing guidance to on-air talent in

22    terms of like what we're seeing and if they have

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 24

1     questions or -- or aren't understanding something,

2     we help understand those, but our main

3     responsibility is basically putting in the

4     checkmarks that -- that people see when they're

5     watching TV.  So when -- when you get the little,

6     you know, on the chyron or when they have the

7     little graphic play on TV and says NBC News

8     projects so-and-so wins this election, probably

9     about five seconds earlier is when -- when we, as a

10    group, decided that we were certain that there was

11    no way the second place candidate would be able to

12    catch up and we -- we were certain of -- of the

13    winner in that role.  So it's kind of, like, the

14    election and right around election

15    responsibilities.

16              In addition to that, I am extremely

17    involved in doing statistical model development,

18    software development, user interface development

19    for election night.  So -- so as an example, you

20    know, one of the big things that changed in the

21    2020 election that we saw was that you had huge

22    changes to how people were voting, whether they

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 25

```
 1       were voting by mail, voting in person, voting
 2       early, that sort of thing.
 3                    And -- and since those -- and we've
 4       also seen, as any applicable observer has become
 5       aware, that in 2020 people who voted by mail voted
 6       very differently than people who voted on election
 7       day.  And so -- so as an example, developing out
 8       models that try to account for those nuances better
 9       than -- you know, we didn't -- we didn't need to
10       have those nuances built into our model, but
11       developing new statistical models that account for
12       new -- new detail of data, as well as just these --
13       these sort of changing dynamics of elections that
14       are just constantly evolving.
15               Q     And just so I'm clear, the NBC job is
16       separate from your work at UPenn, isn't it?
17               A     Yeah.  It's -- it's separate.  The
18       linking factor is that my boss at Penn is the
19       director of elections at NBC, so he sort of has a
20       dual role, and so a lot of the folks that I work
21       with at Penn also do NBC work.  And, frankly, vice
22       versa, we have colleagues at NBC come in and do
```

Stephen Pettigrew , PhD                                        May 5, 2023
Georgia Senate Bill 202, In Re

Page 26

1        talks or -- or work with students at -- at Penn.

2                Q      But Penn doesn't pay you to work for

3        NBC, right?

4                A      Correct.

5                Q      NBC --

6                A      Yeah, there's -- yeah, NBC -- I'm

7        sorry.  I stepped on you.

8                Q      That's okay.

9                A      Yeah, I -- I have my full-time role

10       at Penn, NBC.  It's -- I'm -- I'm a consultant.

11               Q      Okay.  Now, I also see on -- on your

12       web page that you are a proud Bulldog and graduate

13       of the University of Georgia?

14               A      Yes, sir.

15               Q      What -- what years were you at the

16       University of Georgia?

17               A      I was there from 2007 through 2011.

18               Q      And -- and what degrees did you

19       receive in that period?

20               A      I received a -- let me make sure I

21       get this right.  I received a bachelor of arts in

22       political science and a bachelor of arts in history

Stephen Pettigrew , PhD                          May 5, 2023
Georgia Senate Bill 202, In Re

Page 27

1       and a master of arts in political science.

2                Q        Apart from the period 2007 through

3       2011, have you ever lived in the state of Georgia?

4                A        Shortly after graduating, I moved

5       away from Georgia and haven't moved back there

6       since, no.

7                Q        While you were in Georgia for -- to

8       attend the University of Georgia, did you vote in

9       the elections in Georgia?

10               A        I did, yes.

11               Q        And presumably you stopped voting in

12      Georgia after you left the state?

13               A        I did.  Yeah, I stopped.

14                        MR. BARTOLOMUCCI:  Let's mark this as

15      Exhibit 3.

16                        THE WITNESS:  Thanks.

17                   (Pettigrew Deposition Exhibit Number 3

18                    marked for identification.)

19      BY MR. BARTOLOMUCCI:

20               Q        Okay.  Dr. Pettigrew, can you tell us

21      what Exhibit 3 is?

22               A        Yes.  So this is a research paper I

Stephen Pettigrew , PhD                          May 5, 2023
Georgia Senate Bill 202, In Re

Page 28

1    published a couple of years ago in the journal

2    Electoral Studies.  It's a paper that looks at long

3    lines to vote and asks the question of whether

4    waiting in a long line in one election is -- has

5    an -- has an effect on whether people turn out to

6    vote in subsequent elections.  And this -- this

7    paper was part of my Ph.D. dissertation.

8         Q     So you would have prepared a version

9    of this for your -- for your Ph.D. and then later

10   perhaps you --

11        A     Yeah.

12        Q     -- revised it and it was published?

13        A     Exactly.

14        Q     And was this a -- did this go through

15   a peer-review process?

16        A     It did.

17        Q     Would you say that this is sort of

18   your marquee publication to date?

19        A     I'm -- I'm proud of most of the stuff

20   that I've published.  I -- I don't know.  I

21   don't -- I don't know that I ever thought of

22   ranking my papers in that way, but -- but this is

Stephen Pettigrew , PhD                           May 5, 2023
Georgia Senate Bill 202, In Re

Page 29

```
1     work that I'm -- that I'm happy about and feel that

2     it is good -- good quality.

3            Q     So why don't you start by just giving

4     me a summary of -- of what you found or -- or

5     concluded in this -- in this paper?

6            A     Yeah.   I mean, there's -- to be

7     honest, it's been a little while since I've -- I've

8     read this word for word, but just sort of browsing

9     the abstract.  The basic finding is that -- let

10    me -- let me just -- as I said, the basic finding

11    is that the people who waited in lines, people who

12    are in precincts have longer lines, people who

13    experience longer lines to vote, are less likely to

14    vote in a subsequent election.

15                 Now, I can -- there's specifics on

16    the numbers here.  I have right here.  I

17    demonstrate that for every additional hour a voter

18    waits in line to vote, their probability of voting

19    in the subsequent election drops by one percentage

20    point.

21                 I have a variety of different --

22    different approaches to -- to causally identifying
```

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 30

1        that effect size.  And they all kind of -- the

2        different datasets, different -- different

3        statistical approaches, but they all point in the

4        same direction and point to similarly sized

5        effects.  And so that's -- that's kind of the main

6        finding here.

7              Q      Now, you just used the phrase

8        "causally identify" --

9              A      Uh-huh.

10             Q      -- correct?

11             A      That's right.

12             Q      Now, as a social scientist, what does

13       it mean to causally identify something?

14             A      In my -- in my applied data science

15       classes something -- something that I teach a bit

16       in how we think about what it means for something

17       to cause something else.  There's -- so there's

18       lots of different sort of statistical and

19       analytical approaches to estimating a causal

20       effect.  But -- but, generally, the idea is that

21       you are -- the effect of A on B, the way we think

22       of it is if -- it's the difference in what happens

Stephen Pettigrew , PhD                May 5, 2023
Georgia Senate Bill 202, In Re

Page 31

1    in B if A happens versus if A does not happen.

2                  So in the case of this paper, it's

3    the difference between how long -- or it's the

4    difference in chances somebody turns out, the

5    outcome, between if I wait in a long line, in this

6    case I'm looking at either 30 or 60 minutes, if I

7    wait in a line that long versus waiting in a line

8    that's, I think, the control group that I use here

9    is waiting less than 15 minutes.

10          Q      As a social scientist, do you demand

11   a certain quality or quantity of evidence in order

12   to make a claim in -- in a peer-reviewed

13   publication that A causes B?

14                 MR. ROSEBOROUGH:  I object to the

15   form.

16                 THE WITNESS:  I should go ahead and

17   answer?

18   BY MR. BARTOLOMUCCI:

19          Q      You should still answer.

20          A      Okay.

21          Q      When your counsel objects --

22          A      Yeah, okay.

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 32

1          Q      -- you should still answer unless he

2     tells you --

3          A      Okay.

4          Q      -- not to answer, which hopefully

5     won't happen today.

6          A      Yeah.  Could you repeat the question

7     just so that I --

8                 MR. BARTOLOMUCCI:  Could you read it

9     back?

10                THE WITNESS:  Thank you.

11           (The reporter read as requested.)

12                THE WITNESS:  Could you clarify a

13    little bit?  I guess, yeah.

14    BY MR. BARTOLOMUCCI:

15         Q      Yeah.

16         A      That would be helpful.

17         Q      To make a claim that A causes B,

18    what -- what process do you go -- go through before

19    you reach that conclusion?

20         A      I mean, as I -- as I mentioned,

21    there's -- there's a whole variety of different

22    empirical techniques that -- that people can use.

Stephen Pettigrew , PhD                          May 5, 2023
Georgia Senate Bill 202, In Re

Page 33

1      I mean, I can speak to the specific paper and the

2      approach I take, but there's -- there's lots of

3      different approaches.  There's -- for example, in

4      some circumstances, it's possible to run a

5      randomized experiment.  And -- and those can be

6      helpful in establishing a causal effect.  But --

7      but, frankly -- and this is something that I teach

8      in my classes -- there's lots of circumstances,

9      election often being one of them, where for

10     logistical or ethical, or whatever reasons, you

11     can't run experiments to understand some of the

12     things that we often care about to answer some of

13     the questions that we care about.  So there's other

14     techniques that are out there for estimating causal

15     effects in the absence of like a controlled

16     randomized experiment.  And -- yeah.  And so I use

17     a couple of different approaches in this paper to

18     do that.

19              Q      We'll -- we'll talk about that.

20              A      Uh-huh.

21              Q      But is it fair to say that -- that

22     conducting a controlled randomized experiment is

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 34

1      sort of the gold standard for research in this

2      area?

3              A     The gold standard language -- this

4      has actually been an interesting discussion in --

5      in recent years among people who study -- who do

6      social science research and who do causal -- causal

7      inference research.

8                   I think people are shying away from

9      that idea of there being a gold standard because,

10     as I said, there's a whole lot of circumstances

11     where you just can't run a randomized experiment.

12     One -- one good one that I use with my students

13     is -- is that, to my knowledge, there's never been

14     a circumstance -- there's never been an experiment

15     run where people are randomly assigned to become a

16     smoker or not to become a smoker, but we know that

17     smoking causes cancer.  And that's because we have

18     these other tools that -- that help us to establish

19     the causal link between smoking cigarettes and lung

20     cancer, for example.  So yeah, I mean, experiments

21     are one tool that can be helpful in -- in

22     identifying causal effects, but they're not the

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 35

1    only tool.

2           Q    But would you agree it's -- it's

3    traditionally been thought of as a very good tool

4    for studying causation?

5                 MR. ROSEBOROUGH:  I object to the

6    form.

7                 THE WITNESS:  It's -- it's a -- it's

8    a tool that -- it's -- it's one of many tools, I

9    guess, is -- is what I would say.  If you have --

10   if you're studying the question where you -- you

11   have the ability, the luxury, to run an experiment,

12   you have the funding, because often they're very

13   expensive, then -- then great, it can be very

14   helpful.  But -- but it -- it -- not having a

15   randomized experiment doesn't mean that you can't

16   establish causal links between different --

17   different variables.

18          Q    Well, turning back to your -- your

19   publication.

20          A    Uh-huh.

21          Q    I wanted to draw your attention to

22   the sentence that starts at the bottom of page 1

Page 36

1      and carries over to the top of page 2.

2                   Do you see that?

3          A      Yeah.

4          Q      And -- and you've written that, "I

5      employ three empirical strategies to show that for

6      each additional hour or waiting in line, turnout in

7      the next election diminishes by about one

8      percentage point."

9                   Did I read that correctly?

10         A      Yes.

11         Q      All right.  So what do you -- do you

12     mean by "three empirical strategies"?

13         A      So -- so this paper basically has

14     three different analyses using -- if I'm

15     remembering correctly -- and I'll flip through to

16     make sure -- but three different analyses using

17     three different datasets where each -- each

18     analysis that I perform leads to a similar

19     conclusion that there's this relationship between

20     waiting in a long line in one election and being

21     less likely to turn out in a subsequent election.

22         Q      Do you think you can briefly describe

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

1      what those three empirical strategies were that you

2      considered in this --

3                A      Sure.

4                Q      -- this article?

5                A      Sure.  Yeah.

6                       Again, as I said, I don't -- it's

7      been a little while since I've read this specific

8      article, so some of the specific details, I -- I

9      may not be precise on.  But the main analysis here,

10     and kind of the bulk of the paper, is using data

11     about how long people waited in line coupled with

12     voter file data, so public administrative records

13     on whether or not people turn out to vote.

14                      And basically it -- it takes voters

15     and it -- it pairs together voters.  So I use it in

16     an empirical strategy called matching.  And the

17     idea with matching is that you take somebody from

18     the control group.  In my case, I use as the

19     control group, I think, people who waited less than

20     ten minutes to vote.  And I find somebody who's in

21     the treatment group.  So I have a few different

22     treatment groups in this paper, but, just for sake

Stephen Pettigrew , PhD                          May 5, 2023
Georgia Senate Bill 202, In Re

Page 38

1      of an example, say all the people who waited longer

2      than 30 minutes to vote.

3                     And I basically find somebody in the

4      control group who matches somebody in the treatment

5      group in terms of, for example, their -- and

6      there's -- the list is in here, I don't remember

7      precisely, but I pair together people to say,

8      "These people have the same race, they have the

9      same income, they have -- they're the same gender,

10     they have other demographic features, they're from

11     the same state."  Those sorts of things.  And they

12     may even be within the same county, although, I'm

13     not certain of that.

14                     And I -- and I observe.  I say, okay,

15     well, these two people are very similar on lots of

16     factors that we know affects turnout, but one

17     experienced a long line to wait and the other did

18     not.  And then we look and we see, okay.  I think

19     in this case it's two years later in the next

20     general election, did the person -- did each

21     person -- did the individual in each of these two

22     groups, this matched pair, did they -- did they

Stephen Pettigrew , PhD                                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 39

1    both vote?  Did they both not vote?  Did one vote

2    not -- and the other one not?  And what I find is

3    that the people who are in the treatment group are

4    about an hour less likely to -- to vote.

5              So that's kind of the main analysis.

6    There's other pieces in here where I look at, you

7    know, take -- instead of taking the outcome as, did

8    you vote at all, I look also at whether people in

9    the treatment group, people who experienced a long

10   line are more likely to switch the way that they're

11   voting, so most often switching to voting by mail.

12   And I find an effect there that -- that a bad

13   experience on election day in one election, for

14   many people it turns them off from the process at

15   all, but other people changed the mechanism in the

16   way that they vote with.

17             I'm trying to think if there are

18   other aspects.  I use a -- so another -- sort of

19   another empirical strategy I use in here is what we

20   call placebo tests.  So what I -- what I look at

21   is -- and -- and I can get into the details of

22   why -- why this is helpful, but basically I perform

Stephen Pettigrew , PhD                              May 5, 2023
Georgia Senate Bill 202, In Re

Page 40

1        that same analysis, I do that same matching

2        approach, except instead of pairing together people

3        I know who voted in person and I know how long the

4        lines were in their neighborhood, I pair together

5        people in those same neighborhoods who voted by

6        mail.  So people who it shouldn't be possible that

7        the length of the line in an election had any

8        effect on them because they voted by mail.

9                    I use that as a placebo test.  And I

10       show that for those people, for those matched

11       pairs, you don't see differences in the future.  So

12       that was another piece of this empirical strategy.

13                   And then the last -- the last couple

14       of analyses, I looked at data from the city of

15       Boston as well as the entire state of Florida,

16       where the empirical strategy is slightly different.

17       I don't have -- I used precinct-level data, so what

18       I had was the amount -- I had what time polls

19       actually closed.  So in -- as far as I know

20       basically every state, you -- so I know that you

21       have -- there's a poll close time that's mandated

22       off usually by law or by statute.  If voters are in

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 41

1      line when the poll close time hits, they're allowed

2      to vote as long as they stay in line.

3                 And so researchers who study long

4      lines have used the actual closing time of -- the

5      actual closing time of a precinct as kind of a

6      proxy measure for how long the lines were.  At

7      least at the end of the day, but they've been shown

8      to be strongly correlated and the lines the whole

9      day.  And so I have that data in Boston as well as

10     in Florida.

11                And what I find in comparing places

12     where longer lines in Boston or within Florida to

13     places with shorter lines, you -- I find that there

14     are -- there's a dropoff in turnout that's -- that

15     is similar to the -- the matching analysis that I

16     did at the individual voter level.

17        Q     So as I understand it, you started by

18     looking at particular voters --

19        A     Uh-huh.

20        Q     -- and you assessed how long they

21     waited in line to vote in a particular election,

22     right?

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 42

1            And then you went and tried to

2      determine whether they voted in the next election

3      or -- or how they voted in the next election.  Is

4      that correct?

5                  MR. ROSEBOROUGH:  I object to the

6      form.

7                  THE WITNESS:  It's a little more

8      nuanced than that.  So -- so I have administrative

9      records of basically everybody in the country, or

10     close -- close to everybody in the country and

11     their voting behavior.  I don't know how long every

12     voter in the country actually waited, but what I

13     do -- what I do use is I use data that -- that

14     gives us an indication of how long lines were

15     within -- within voter ZIP Codes.

16                  So -- so we don't -- one of the

17     challenges with -- with studying lines is -- is

18     that, you know, it would be -- I would love to

19     have a dataset where I know how long every single

20     person in the country waited.  That would be a

21     great way to study this stuff, but that doesn't

22     exist, and so -- so what I have is -- is

Stephen Pettigrew , PhD                        May 5, 2023
Georgia Senate Bill 202, In Re

Page 43

1       estimates of how long lines are within

2       neighborhoods, essentially within ZIP Codes, you

3       can think of as.  And so I -- I take voters

4       within a ZIP Code and say, these are ZIP Codes

5       where the lines were longer versus ZIP Codes

6       where the lines were shorter, but yeah.

7               Q       And -- and for a person like me,

8       who's not a social scientist or a statistician --

9               A       Uh-huh.

10              Q       -- what's -- what's a good definition

11      of the -- of the term "empirical"?

12              A       That's a hard word to define.  I

13      think evidence based maybe is a good -- good way to

14      think of it.

15              Q       And by that, do you mean evidence

16      from, you know, actual events in the real world?

17      Is that fair?

18              A       I'm not sure what the alternative

19      would be to -- to -- to that.

20              Q       But is an empirical study a study

21      of -- of things that have happened in -- in the

22      past?

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 44

1              A      Oh, I -- I see.  Not necessarily.

2      There are -- you can do an empirical study that

3      builds a predictive model of what might happen in

4      the future, you can do an empirical study using

5      simulations that kind of are based on data from the

6      past that can be used to understand what might

7      happen in the future, that sort of thing.  And to

8      me, all of those sort of -- all those things fall

9      under the umbrella of empirical studies.

10             Q      Okay.

11                    MR. BARTOLOMUCCI:  Why don't we go

12     ahead and mark your expert report as exhibit --

13     this is Exhibit 4.

14                    (Pettigrew Deposition Exhibit Number 4

15                    marked for identification.)

16     BY MR. BARTOLOMUCCI:

17             Q      Dr. Pettigrew, can you tell us what

18     Exhibit 4 is?

19             A      This is the -- it appears to be the

20     expert report that I filed in this case back in

21     January, I believe, January '23.

22             Q      It looks like toward the end it says

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 45

1    it was executed on January 13, 2023.

2              A    Okay.  Yeah --

3              Q    Would that be right?

4              A    That sounds right.

5              Q    Were you working on this report up

6    until January 13th or was it finished at some point

7    before then?

8              A    I think -- I was certainly -- I was

9    doing edits up until January 13th, including

10   particularly, I know I have a section in here that

11   uses data from the runoff election in December of

12   2022.  And so obviously, you know, that data

13   analysis came later in December and early in

14   January.

15             Q    You had submitted another report, I

16   think, in the -- in the summer of '22.  Am I right

17   about that?

18             A    That's right, for the -- for a

19   preliminary injunction hearing.

20             Q    And is this report an -- an outgrowth

21   of -- of that report?

22             A    Yeah, essentially.  You'll see that a

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 46

1       lot of the text is word for word the same.

2               Q       Are there any, you know, opinions

3       stated in the earlier report that didn't make their

4       way into the final report here?

5               A       No, not that I can think of.

6               Q       So as long as I have your 2023

7       report, I don't really need to concern myself with

8       a report prepared for the preliminary injunction

9       proceeding?

10              A       I think that's true.  I -- it's --

11      it's hard for me to remember the specific changes

12      that I made, but -- but I think -- I think the main

13      takeaways are all the same.

14              Q       And I think you also authored what is

15      titled as a surrebuttal report?

16              A       That's correct.

17              Q       And okay.  We'll get that into the --

18      into the record later.  But -- but -- but your --

19      your main report here is the one from -- from

20      January of 2023?

21              A       Correct.

22              Q       And you said you were working on this

Stephen Pettigrew , PhD                     May 5, 2023
Georgia Senate Bill 202, In Re

Page 47

1    up through the runoff election and into January of

2    2023?

3              A      Correct.

4              Q      Okay.  And to oversimplify, this is a

5    report about the time that voters spend waiting in

6    line.  Is that fair?

7              A      The broad topic is yeah, how -- how

8    long do voters wait in line in Georgia and what

9    effect might SB202 have on that.

10             Q      And -- and it's your opinion that, as

11   a general matter, the lines in Georgia are long?

12             A      From my analysis of data from Georgia

13   over the past 10 or 15 years, it's a pretty

14   consistent pattern that Georgia has among some of

15   the worst lines in the country, and that in

16   particular, black vote Georgia -- black voters in

17   Georgia tend to be -- tend to experience longer

18   wait times than white voters in Georgia.

19             Q      Now, in -- in reading your report, I

20   was surprised not to see an account or explanation

21   of, you know, why long lines exist in -- in Georgia

22   or elsewhere.  Was that topic not covered in your

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 48

1      report or did I just miss it?

2              A      I was asked to do some specific

3      things by the -- the lawyers that hired me.

4      Getting into the specific reasons why lines are

5      long was not one of the things I was asked to do.

6              Q      And -- and even though you weren't

7      asked to -- to write on that topic, you didn't

8      think it was important to spell out for the reader

9      why lines are long?  What the causes of long lines

10     are?

11                     MR. ROSEBOROUGH:  Object to the form.

12                     THE WITNESS:  It's -- it's a very

13     complicated system.  It's -- the -- the -- the

14     issue of long lines at polling places and the --

15     the full gamut of things that can affect that,

16     that's -- that would have been a much more in-depth

17     report than -- or much longer report than -- than

18     is available here.  And, frankly, one of the

19     challenges with studying this topic is -- is that

20     of data availability.  And -- and a lot of the -- a

21     lot of the sorts of things that might be helpful in

22     understanding why lines are long are just not the

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 49

1    sorts of things that -- that there are data

2    available about.

3    BY MR. BARTOLOMUCCI:

4         Q    Is there any academic or other

5    literature on -- on why lines may be long?

6         A    So there is.  I've -- in fact,

7    I've -- I've -- some of my own published work

8    has -- has attempted to address some of the pieces

9    of that puzzle, yes.

10        Q    So let me just ask you directly.

11   Like what are, you know, the main reasons -- some

12   of the major reasons why lines can be long?

13        A    So as I said, it's kind of a -- it's

14   a complicated system.  You know, any -- any social

15   science question like this is often more

16   complicated than I could probably summarize in a

17   short period here.

18             I think when I -- when I explain this

19   work or these ideas to either colleagues or, you

20   know, other political scientists, or other folks

21   who are interested in my research, I tend to fall

22   back to -- to explaining the -- the basic ideas of

Stephen Pettigrew , PhD                                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 50

1        what's call queuing theory, which is it's -- it's

2        an approach to understanding broadly, you know,

3        sort of, generally speaking, like systems where you

4        have inputs that need to be processed and then you

5        see how long it takes them to be -- to be

6        completed.  And I say that in a very generic way I

7        put, because the queuing theory research has been

8        applied to things like computer processors that are

9        like -- that are taking a set of tasks and seeing

10       how long it takes them to process.  But they've

11       also been applied to instances of -- of human

12       beings waiting in line.

13                    So you can -- you can think -- and I

14       actually think in my report I maybe make some of

15       those analogies.  But you can think of traffic on

16       the highway as a system, as -- a -- queuing theory

17       can be applied to that.  You can think of waiting

18       in line at a grocery store.  But you also -- in a

19       lot of work on this specific topic, you can apply

20       it to a polling place, a precinct, where you

21       have -- where the inputs are voters, they need to

22       be -- they need to check in, they need to use a

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 51

1    machine to cast their ballots, in some states

2    there's a process after they filled out their

3    ballot where they -- they put their ballot through

4    a counting machine.

5                Queuing theory is helpful to -- to

6    understand kind of the -- the -- how these

7    different dynamics are at play.  And what queuing

8    theory tells us is that systems like this are

9    largely -- the amount of time a person waits in

10   line is largely explained by just a couple kind of

11   general factors.  One of those is just how many

12   people are getting into a line.

13               So I don't think it would surprise

14   anybody that when you have more people who are

15   showing up to vote, it's more likely that lines

16   will be longer.  More people means long lines, with

17   everything else held constant.

18               The other pieces though in the

19   context of elections that are -- that are relevant

20   to explaining why lines can be long, are kind of

21   the -- the resources available within the precinct.

22   And in particular, the two -- the two that -- you

Stephen Pettigrew , PhD                                  May 5, 2023
Georgia Senate Bill 202, In Re

1      know, that tend to be the easiest to think about

2      are the poll workers and voting machines.  And by

3      voting machines, I mean both sort of the -- the

4      check-in stations, where you first go up and, you

5      know, give the person your name and they verify

6      your registration, but also in -- in states like

7      Georgia, where they vote on electronic voting

8      machines, that's another -- another resource.

9                    And so -- and the idea there is when

10     you have fewer points of service, when you have

11     fewer machines, then it makes -- it has the

12     potential to make lines longer.  Unsurprisingly, if

13     you have -- if you think of a grocery store, if

14     there's only one lane open, the line is going to be

15     longer, but if they open a second or a third lane,

16     then it sort of makes everybody move through the

17     system much more quickly.

18                    And so I -- I think -- I tend to

19     think of this question of what causes lines to be

20     long, what are the determinates, come back to those

21     main factors; how many people are -- are showing up

22     and how many resources does the polling place have

Stephen Pettigrew , PhD                May 5, 2023
Georgia Senate Bill 202, In Re

Page 53

1        available to process those people.

2                Q      Now, I know in your report, you use a

3        certain benchmark --

4                A      Uh-huh.

5                Q      -- for what a long line is.

6                A      Uh-huh.

7                Q      And I believe that the benchmark you

8        use is if a voter has to wait in a line more than

9        30 minutes.

10                       Do I have that right?

11                A      That's correct.

12                Q      And -- and that -- that 30-minute

13        benchmark, I believe, you took from a report

14        prepared by the Presidential Commission.  Is that

15        right?

16                A      Yeah, it was -- it was a -- it was a

17        benchmark that, I believe, even prior to that

18        Commission.  To be specific, in 2012, I believe it

19        was, maybe 2013, there was this President's

20        Commission on election administration.  And it was

21        a commission of election experts, folks who helped

22        to run elections.  And they got a lot of input from

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 54

1      practitioners as well as researchers, academics,

2      political scientists, about a variety of issues in

3      how we run elections in the United States.  And

4      long lines was one of the things that they

5      specifically addressed.

6                     That Commission's report has a

7      specific recommendation saying that states and

8      counties, that 30 minutes should be the threshold

9      that you should be -- be working toward.  Sort of

10     that's the maximum reasonable amount of time that

11     anybody should be waiting to vote.

12            Q    Now -- now, this was a commission

13     report that came out in 2014.  Is that right?

14            A    I don't remember.  It -- I would -- I

15     think it was maybe 2013, although it's sometime in

16     that time period, yeah.

17            Q    But obviously social scientists were

18     studying long lines before 2013 or 2014, right?

19            A    They were.

20            Q    And -- and was there some consensus

21     on what, you know, a good benchmark would be for a

22     long line, you know, prior to this report coming

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 55

1      out?

2              A     So they were studying it before this

3      point, but -- but it's important to -- to note that

4      basically -- I don't really know of any data prior

5      to maybe 2006, and frankly 2008, the 2006/2008

6      elections, that specifically sought to even study

7      how long people waited in line.  So it's not as if

8      there's been -- you know, there's been a long --

9      decades-long history of this.

10                    But yeah, in the -- in the few years

11     where there's published work between when people

12     really -- when academics started to really study

13     this question and -- and when this commission

14     report came out.  The work that -- that was done in

15     that time period used, you know, a couple

16     different -- different metrics, but the -- the

17     30-minute threshold was -- was one that is

18     certainly in a lot of that research as well.

19              Q     What -- what were some of the other

20     metrics that were used in that -- in that research?

21              A     Well, there was a -- there was sort

22     of a formal and informal discussion among academics

Stephen Pettigrew , PhD                               May 5, 2023
Georgia Senate Bill 202, In Re

Page 56

1      of sort of what threshold that should be.  Should

2      it be 30 minutes?  Should it be 15?  Should it be

3      60?

4                  So you'll see papers before and after

5      the commission report that -- that show -- show --

6      you know, use different thresholds.  And my work as

7      well.  You know, as good researchers, we like to

8      show that our findings are robust to different

9      decisions that we make with the data.  And,

10     frankly, deciding that 30 minutes is the cutoff is

11     a decision that -- that we make, but it's helpful

12     to show that our substantive conclusions don't

13     change if we switch to using 60 minutes as the

14     threshold or something different.

15                 In addition to that -- and this is

16     both before and after the commission report,

17     seemingly almost any paper that -- that studies

18     elections works to not just use sort of as the

19     outcome of interest, like, what percentage of

20     people waited in a long line, but instead

21     quantified it in terms of minutes.

22                 A lot of social -- I think the best

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 57

1        social science work does a good job of making the

2        things that they study easily digestible to --

3        to -- to their readers.  Everybody can, you know,

4        understand minutes and seconds.  It's sort of an

5        intuitive part of how we go about our days.  And

6        so -- so a lot of the work before and after,

7        including my own, also uses statistical techniques

8        to -- to turn the data sources that we have into

9        minutes and seconds and -- and studies -- studies

10       the data that way.

11                    MR. BARTOLOMUCCI:  Let's mark this as

12       Exhibit 5.

13                    (Pettigrew Deposition Exhibit Number 5

14                    marked for identification.)

15                    THE WITNESS:  Thanks.

16       BY MR. BARTOLOMUCCI:

17             Q     Do you recognize what Exhibit 5 is?

18             A     I -- this appears to be a -- a small

19       snippet from that commission report that I was just

20       talking about.

21             Q     And you're right, it's just a few

22       pages from it.  And, unfortunately, I didn't have

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 58

1    the whole report to bring with me, but I do have a

2    few pages here.

3              A      Uh-huh.

4              Q      So this is the Report and

5    Recommendations of the Presidential Commission on

6    Election Administration, dated January of 2014.  Is

7    that right?

8              A      Correct.

9              Q      And on the next page of the document

10   it -- it lists the members of the commission?

11             A      Correct.

12             Q      And that -- ten people?

13             A      Yeah, I count ten as well.

14             Q      The next page I have included, the

15   last paragraph, notes that Daron Shaw was one of

16   the academic experts on election administration who

17   helped the Commission with -- with research.  Is

18   that right?

19             A      I see that, yes.

20             Q      And Shaw is actually an expert for

21   the Defendants in this case, right?

22             A      I -- it's my understanding.  Yes.

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 59

1          Q     Okay.  If we can go to the next page,

2    this is page 13 of the report, that -- and there's

3    a subheading, "Addressing Long Lines and the

4    Standard for Judging What is 'Long'."

5                 Do you see that?

6          A     I do.

7          Q     In the -- in the second paragraph

8    under that subheading, the paragraph starts off,

9    quote, The problem of long Election Day lines, it

10   should be emphasized, is a problem largely limited

11   to Presidential elections, end quote.

12                Do you agree with that statement?

13         A     I would say that lines tend to be the

14   worst in presidential elections, but that doesn't

15   mean that there aren't long lines in other

16   elections.

17         Q     But do you disagree with the

18   statement that long lines are a problem largely

19   limited to presidential elections?

20                MR. ROSEBOROUGH:  Object to the form.

21                THE WITNESS:  I think it comes down

22   to how you define largely.  So it's hard for me to

Stephen Pettigrew , PhD                      May 5, 2023
Georgia Senate Bill 202, In Re

Page 60

1        say whether I -- I -- it seems like it's sort of a

2        semantic distinction here.  It -- it tends to be

3        the case that for a given jurisdiction, be it a

4        state or a county, lines tend to be the longest

5        when the most people show up.  As I mentioned, you

6        know, what queuing theory tells us, it tends to be

7        the case that presidential elections are when the

8        most people show up.  But that isn't always the

9        case.

10                   So, as an example, in 2020, turnout

11       in the runoff election in Georgia, in the senate

12       runoff in January of '21, was almost exactly the

13       same as it was in -- in the November election a

14       couple of months earlier and -- and lines were

15       similar in that election.

16            Q    Well, the next sentence in that same

17       paragraph says, quote, Even in Presidential

18       elections, a small share of jurisdictions, and

19       typically a small share of polling places, within

20       problem jurisdictions experience long lines, end

21       quote.

22                   Do you agree with that statement?

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 61

1          A      Again, I -- it depends on how you

2     define small, but it -- it is the case when we look

3     at polling data.  When we ask folks how long they

4     waited in line to vote, I don't believe it's a

5     majority of people, but the largest group

6     nationwide is people who say they didn't wait at

7     all.  The most common experience that people have

8     is that they show up at their polling place and

9     they kind of breeze right through.  But there

10    are -- there are areas where states, counties,

11    polling places, where lines tend to be long, and in

12    particular, they tend to be chronically long.  And

13    what I mean by that is places that have long lines

14    in one election tend to be the places that in the

15    next election will also have long lines.

16         Q      I think you just told me that the

17    most common response people give is that they just

18    breeze right through.  Is that what you said?

19         A      They -- that's what I said.

20    Specifically they -- they indicate that they waited

21    no time at all on -- on survey responses.

22         Q      And -- and is that true for every

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 62

1        state in the country?

2                A        I don't know the answer to that.

3                Q        But that's true nationally?

4                A        It is true nationally in the -- yeah,

5        in the elections that I've studied.

6                Q        All right.  The next paragraph down

7        says, quote, The causes of long lines are not

8        uniform across jurisdictions that have experienced

9        them.  One line may be the result of a poorly

10       laid-out polling place, down the street the line

11       may be due to equipment malfunction, across town a

12       strong personality conflict among poll workers

13       where disagreement on process can create a

14       bottleneck, end quote.

15               Did I read that correctly?

16               A        Yes.

17               Q        And -- and do you agree with -- with

18       that paragraph?

19               A        I think those are -- those are some

20       of the things that can -- that can affect long

21       lines.  It's not the exhaustive list of things that

22       can cause lines to be long.

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 63

1          Q     Well, if we continue the page to page

2     14, the commission report talks about some other --

3     some other causes of -- of long lines.  And it

4     says, quote, this is at the top of the page,

5     Lengthy propositions and constitutional amendments

6     can clog the ballot.  Poor methodology and resource

7     allocation or turnout forecasting can lead to

8     shortages of staff and machines where they are most

9     needed.  Inadequate facilitates or insufficiently

10    trained poll workers can increase the transaction

11    time for each voter as can an inaccurate voter list

12    that leads more voters to cast provisional ballots,

13    end quote.

14               Did I read that correctly?

15          A     Yes.

16          Q     And do you agree with those sentences

17    in the report?

18          A     Again, yeah, those are -- that's a

19    set of things that can potentially impact lines.

20          Q     Now, the next paragraph down, we --

21    we -- we come to where the Commission has something

22    to say about the -- about the 30-minute standard.

Stephen Pettigrew , PhD                May 5, 2023
Georgia Senate Bill 202, In Re

Page 64

1      And the quotation is, quote, The Commission has

2      concluded that as a general rule, no voter should

3      have to wait for more than half an hour in order to

4      have an opportunity to vote, end quote.

5                    Was that what the -- the Commission

6      said?

7            A      That is what it said.

8                    Do you mind if I amend my -- what I

9      said in the last question?

10           Q      Of course.

11           A      I -- I think it's important to

12     note -- you did read from the top of that page, you

13     read the first couple of sentences.  Where you left

14     off, it adds, "The more limited the opportunities

15     to vote, the greater will be the number of voters

16     who will vote during constricted hours of a single

17     election day."

18                    So I think it's important to point

19     out, because that's, I think, sort of the key thing

20     in -- among this -- this set of items that can

21     affect long lines that is relevant to -- to my

22     report.  So I just wanted to point out that it does

Stephen Pettigrew , PhD                          May 5, 2023
Georgia Senate Bill 202, In Re

Page 65

1    indicate that more voters voting in person is going

2    to have an effect on long lines.

3         Q    Going back to the Commission's

4    statement about the -- about half an hour.  They

5    describe that as -- as a general rule, correct?

6         A    That is the language that they use.

7         Q    And would you agree with me that this

8    seems to be an aspirational standard, they -- they

9    say, "No voter should have to wait more than half

10   an hour"?

11                MR. ROSEBOROUGH:  I object to the

12   form.

13                THE WITNESS:  This is a -- local

14   election officials -- my understanding is that

15   local election officials use this as the -- the

16   sort of the top -- the benchmark that they want to

17   make sure they're under.  The language here -- this

18   Commission -- you know, the word "should" is sort

19   of -- the purpose of this commission was to make

20   recommendations for these sorts of benchmarks, and

21   that -- that local election officials can use to --

22   to understand whether they're doing a good job or

Stephen Pettigrew , PhD                     May 5, 2023
Georgia Senate Bill 202, In Re

Page 66

1    not.  And so this idea that they're recommending

2    that no voter should have to wait that long is --

3    is in line with the goals of this Commission, or

4    this commission was.

5    BY MR. BARTOLOMUCCI:

6         Q     So is it fair to say that the

7    Commission is saying that election administrators,

8    you know, should strive to let voters cast their

9    ballot within 30 minutes?

10        A     Yeah, that's my understanding, that

11   should be their -- their goal.

12        Q     Are you aware of any states or other

13   jurisdictions that have adopted this as -- as law,

14   that -- that voters should get to vote within 30

15   minutes or --

16        A     I -- I don't know that I know of any

17   that have encoded it into the law, this standard.

18        Q     Have any states or jurisdictions

19   encoded into law some other standard for line

20   length?

21        A     Not that I'm familiar with, but it's

22   possible that it exists.

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

                                                    Page 67

1                    MR. BARTOLOMUCCI:  We've been going

2        at this for a bit, why don't we take a short --

3        short break.

4                    THE WITNESS:  Sounds good.

5                    MR. BARTOLOMUCCI:  Maybe 10 or 15

6        minutes?

7                    THE WITNESS:  Sure.

8                    MR. ROSEBOROUGH:  Sounds great.

9                    VIDEOGRAPHER:  We're going off the

10       record.  This is the end of Media Unit 1.  The time

11       is 10:44 a.m.

12                 (Recess from 10:44 a.m. to 10:59 a.m.)

13                    VIDEOGRAPHER:  We're back on the

14       record.  This is the beginning of Media Unit 2.

15       The time is 10:59 a.m.

16       BY MR. BARTOLOMUCCI:

17             Q     Okay.  We're back on the record.

18                   If I could have you go back to

19       Exhibit 4, your 2023 report.  And let's turn to

20       page 3.  This is where you start talking about data

21       and methods, right?

22             A     Uh-huh.

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 68

1           Q      And to present information about line

2      length nationally, and in the state of Georgia, you

3      talk about surveys conducted by the Cooperative

4      Election Study or CES?

5           A      Correct.

6           Q      Could you -- could you hum a few bars

7      about what CES is and what it does?

8           A      Sure.

9           So the -- the CES -- or until -- I

10      think until 2020, it was the Cooperative

11      Congressional Election Study, the CCES.  So this is

12      a big academic project that's been going on since

13      2004, maybe 2006.  It's -- it's a -- it's possibly

14      the biggest election-specific survey that happens

15      every two years in terms of just number of survey

16      respondents.

17           The basic idea is that there's a set

18      of -- there's -- there's two waves to the polls, so

19      they -- they poll people in the lead-up to the

20      election in the few weeks in October, early

21      November, leading into election day.  And then they

22      follow up with those same people after election day

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 69

1          to -- to glean more information about, you know,

2          who they actually voted for, that sort of thing.

3                    And -- and so yes, it's -- it's a

4          very big poll.  It's -- I don't remember what the

5          number is in 2022, but in 2020, I believe there

6          were about 80,000 people who responded to the poll.

7          And it's one that's -- it's -- it's run -- the --

8          the -- it has a unique sort of setup in the way

9          that it works in that academics, it -- anywhere in

10         the country or in the world can basically buy in to

11         the poll, contribute money so that they had more

12         respondents to the poll, but then they also get to

13         have a random sample of -- of the broader sample,

14         where they get to ask whatever questions they want

15         so they get a short little module of questions.

16         And yeah, it's been a -- it's a survey that's used

17         to study a whole lot of stuff in political science

18         and in social science.

19                    Q     And how was the survey done?

20                    Is it a telephone survey or -- or

21         some other method used?

22                    A     My recollection is that it's an

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 70

1     online survey where -- I don't remember all the

2     technical details, but my understanding is it's --

3     it's an online survey run by, I believe, YouGov is

4     the firm that does it.  And they use their --

5     whatever methodology they have for recruiting folks

6     to take the poll.

7              Q     Now, I remember hearing that

8     telephone surveys tend to be better than online

9     surveys because there's live interaction between

10    the two people on the phone, whereas, people who do

11    online surveys sometimes just sort of click through

12    and aren't paying as close attention as -- is --

13    is -- is that a fair statement?

14             A     I -- I don't actually think it is.

15    The -- the highest quality surveys nowadays

16    there's -- there's a lot of different methods

17    for -- for -- for running polls.  I think for a

18    long time telephone surveys were -- were regarded

19    as like a high-quality survey.  Not -- not

20    specifically for the reason you noted, though, like

21    interacting with a human being, because there's --

22    there's a lot of research on that.  And -- and it's

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 71

1       very mixed as to whether that matters or not.

2                    But more specifically back in the day

3       when everybody had a landline and nobody had Caller

4       ID, you could use this technique of sampling called

5       random digit dialing, where basically you could get

6       a random sample of Americans by randomly dialing

7       phone numbers back in the day when people actually

8       picked up their phone and talked to people who they

9       didn't know.  It worked really well.  But in the

10      '90s, and into the 2000s, the 2010s, that -- that

11      flavor of telephone polling basically has died.

12      It's -- you have to dial huge numbers of -- huge --

13      a huge number of telephone numbers in order to get

14      even a single person to answer the phone.  And

15      those -- so that approach, that kind of what used

16      to be referred to as a gold-standard approach has

17      been replaced, I would say, largely with online

18      surveys like this, as well as other methodologies.

19             Q     Now -- now, you -- you regard the --

20      CES as a high-quality survey?

21             A     I do.

22             Q     And that's why you've relied on it in

Stephen Pettigrew , PhD                      May 5, 2023
Georgia Senate Bill 202, In Re

Page 72

1      your report?

2              A      Yeah.

3              Q      What was the time period of the CES

4      data that you studied for this report?

5              A      The time -- you mean in terms of like

6      what years of data did I use?  Is that what you

7      mean?

8              Q      Yes.

9                     What -- what election years are

10     included in the -- the data you studied?

11             A      So I -- most of my analysis is using

12     a question about where folks were asked how long

13     they waited to vote.  That question was on the

14     CCES, I believe in every -- from 2006 to 2020,

15     every two years, I think with the exception of

16     2010, I don't think that question was on the -- on

17     the polling in 2010, so I don't have data from that

18     year.

19             Q      Okay.  So 2020 is -- is the last year

20     that -- of data that you studied?

21             A      That's the last year of data, yeah,

22     in this report.

Stephen Pettigrew , PhD                                     May 5, 2023
Georgia Senate Bill 202, In Re

Page 73

1          Q      Okay.  I see at the top of page 4 you

2     wrote that the 2022 version of the study is not

3     available yet.  Is that -- is that what you wrote?

4          A      At the writing of -- yeah, when I

5     wrote this report, that was true.

6          Q      Is it true now?

7          A      There's a preliminary version of the

8     2022 data that's out there, yes.

9          Q      Have you conducted any study of that

10    2022 data?

11         A      Not -- not in the context of this

12    report or in any of this work, but this is

13    something that I studied in my -- my academic work.

14    And so I have -- I played around with that data a

15    little bit, but haven't -- haven't done anything --

16    I guess I -- I've done a fair bit, but I haven't --

17    I haven't written anything with that data or

18    anything like that.

19         Q      But you looked at that data, the 2022

20    data, for purposes unrelated to this report or this

21    lawsuit?

22         A      I wasn't asked to analyze that data

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 74

1      for this lawsuit.  I've been spending a lot of time

2      thinking about the -- the aspects of this case, so

3      I did -- I did specifically look at, like, what

4      Georgia's data looked like in 2022, which is

5      something I probably wouldn't have done had I not

6      been involved in this, but just did I sort of terms

7      of my curiosity -- my intellectual curiosity, I

8      looked at that data in 2022.

9              Q    You haven't written about the 2022

10     data in connection with this lawsuit?

11             A    I haven't been asked to do that, no.

12             Q    And so you're not planning to do

13     that?

14             A    If I'm -- if I'm asked to, then I

15     would certainly probably be willing to, but that

16     isn't something that I've done.

17             Q    Now -- I mean, this case is about, of

18     course, Georgia's election law SB202, right?

19             A    Correct.

20             Q    And that was adopted in early 2021.

21     Am I right?

22             A    Yeah, I -- yeah, I don't remember the

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 75

1    exact date, but sometime in 2021.

2            Q    So the range that you studied that

3    ended in 2020, covers a time period before SB202

4    went into effect, right?

5            A    That's correct.

6            Q    And conversely the 2022 data is -- is

7    data in the time period in which SB202 was

8    operational, right?

9            A    2022 -- yeah, the 2022 election was

10    after the bill was -- or the law was put into

11    effect.

12            Q    Okay.  So in an ideal world, you

13    would have had that 2022 data when you were

14    preparing this report, right?

15            A    It would have -- yeah, it would have

16    been nice, although, I'm -- you know, as of -- as a

17    good statistician, data scientist, one year of data

18    is probably not going to be enough to draw super

19    precise conclusions about the effect of something

20    like SB202, if we're just talking about one

21    election year.  But -- but yeah, it -- it would

22    have been -- had -- had the data existed when I was

Stephen Pettigrew , PhD                                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 76

1    preparing the meat of this report, then I -- I

2    suspect I would have ended up analyzing it.

3              Q     Since the report is about -- or some

4    of the report is about the effects or likely

5    effects of SB202, right?

6              A     It is, yes.

7              Q     So you would what to -- again, were

8    the data available, you would want to study data

9    from the time period after SB202 took effect?

10             A     Ideally.  But, again, as I said, like

11   one year of data is not -- is never going to be

12   enough to draw firm conclusions as to what

13   happened, because it -- there's a whole lot of

14   things happening in any one particular election

15   that could be affecting something like long lines

16   and attributing it to specifically to SB202 or not

17   to SB202 is pretty tough with one data point

18   essentially.

19             Q     Okay.  Well, your report has then,

20   you know, zero data points about the post-SB202

21   period, right?

22                   MR. ROSEBOROUGH:  I object to the

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 77

1      form.

2                      THE WITNESS:  I do not analyze the

3      2022 CCES in my report.

4      BY MR. BARTOLOMUCCI:

5          Q     So would you agree that it's

6      difficult to make a -- a firm conclusion about

7      SB202, you know, given the limited or non-existed

8      data about elections after 202's implementation?

9          A     No.

10                     MR. ROSBOROUGH:  Object to the form.

11                     THE WITNESS:  No, I -- I don't agree

12     with that.  I think there's -- there's plenty of

13     data, there's plenty of research and -- and

14     evidence that in -- in my published work and the

15     work of others that -- that can help us to draw

16     pretty -- pretty clear conclusions about what the

17     effects of SB202 are likely to be.

18     BY MR. BARTOLOMUCCI:

19         Q     Now, the -- the CES data is based on

20     surveys of -- of voters, right?

21         A     Correct.

22         Q     It -- it asks them --

Stephen Pettigrew , PhD                May 5, 2023
Georgia Senate Bill 202, In Re

Page 78

1           A      Sorry.  Voters, and there's nonvoters

2      are in there as well.

3           Q      Okay.

4           A      Yeah.

5           Q      But when you're studying line length,

6      are we talking about voters who voted after waiting

7      in line?

8           A      Can you say that another way?

9           Q      Yeah.  That was poorly phrased.

10     Sorry about that.

11                 If you ask a voter, "How long did you

12     wait in line before you voted," that means that

13     they -- if they give you an answer, that means

14     they -- they did vote, right?

15          A      I'm not -- I'm still not quite sure

16     what you're asking.  I -- I'd be happy to explain

17     sort of how -- where that question falls in like

18     the sequence --

19          Q      Yeah.  Let me try it --

20          A      -- of the survey.

21          Q      So it's possible for voters to wait

22     in line and then vote or to wait in line and then

Stephen Pettigrew , PhD                          May 5, 2023
Georgia Senate Bill 202, In Re

Page 79

1     decide not to vote and leave the line, right?

2                      So those are two different

3     phenomenon?

4              A      That's correct.

5              Q      Okay.  And -- and what -- what you

6     studied is the first, how long people waited -- had

7     to wait before they got to vote, according to their

8     survey responses?

9              A      Yeah.  The -- the survey -- the way

10    the survey works is people indicate if they voted,

11    they also indicate how they voted in terms of, "Did

12    you vote by mail?  Did you vote early?  In person?

13    On election day?"

14                     For the people who voted in person,

15    because it's an online poll, then the -- the poll

16    itself sort of -- subsequently the computer code

17    knows that you said you voted in person and then it

18    asks you this question of how long you waited --

19    you know, how long you waited to vote in person.

20    But that's only of the people who asked -- it's

21    only of the people who indicated that they voted in

22    person.

Stephen Pettigrew , PhD                          May 5, 2023
Georgia Senate Bill 202, In Re

Page 80

1          Q      Now, the CES survey asks people how

2     long they waited in line in various time bands,

3     right?

4          A      That's correct.

5          Q      So what -- what are those -- those

6     time bands?

7          A      Let me look for that.  I know I --

8     somewhere in here I have the specific wording of

9     these groups.  Actually, yeah, here on page 4 of my

10    report.  So -- so the first full paragraph of the

11    top there, the -- the in-person voters are asked,

12    "Approximately how long did you wait in line to

13    vote?"  Voters are given the option to respond,

14    "Not at all, less than 10 minutes, 10 to 30

15    minutes, 31 minutes to one hour, or more than one

16    hour."

17              And I'll also add that for people who

18    said they waited more than an hour, then given a

19    follow-up where they can sort of open-endedly

20    answer the amount of time that they waited, type it

21    in.

22          Q      But for folks who reported less than

Stephen Pettigrew , PhD                May 5, 2023
Georgia Senate Bill 202, In Re

Page 81

1      ten minutes, 10 to 30 minutes, 31 minutes to an

2      hour, the survey doesn't ask them to be more

3      specific about how long they waited?

4              A      It doesn't.  It does not follow up to

5      be more specific.

6              Q      They only ask the follow-up question

7      to the respondents who said more than an hour?

8              A      Correct.

9              Q      And I assume not every respondent

10     answers that question?

11             A      Not every -- what are you -- every --

12             Q      If you said more than an hour --

13             A      Uh-huh.

14             Q      -- and you're a respondent and you

15     said more than an hour, and then the follow-up

16     question is --

17             A      I see.

18             Q      -- you know, "How long did you wait?"

19             A      Yeah.

20             Q      I assume that not every respondent

21     answers the followed-up --

22             A      Not every --

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 82

```
 1              Q      -- follow-up question?

 2              A      Not every person who said they waited

 3       longer than a hour fills out the follow-up

 4       question?  That's correct, not everybody does.  I

 5       don't know the specific numbers, but it's

 6       actually -- it's a -- I -- if I had to guess, I

 7       would say at least 80 or 90 percent of people give

 8       some sort of response there.  It's -- it's --

 9       it's -- it's a very high percentage.

10              Q      Now, there's a place in your report,

11       I think it's on page 7, that -- that explains that

12       in the CES, and actually other similar surveys,

13       you -- you get more respondents who say they voted

14       than appears to be actually true, right?

15                     Could you -- could you talk about

16       that?

17              A      Sure.  Yeah.

18                     This is -- this is sort of a finding

19       of polling research that goes back to the earliest

20       days of polling back in the sort of 1930s, 1940s.

21       Voting is a -- most Americans view voting as like

22       something they're supposed to do, so -- so there
```

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 83

1        are people who -- who didn't vote who indicated

2        that they did when they were asked because it's

3        sort of the socially desirable thing to say.  And

4        so that's -- that's the case in -- in lots of --

5        lots of data.  It's -- it's the case in the CES,

6        you see a little bit of that.  But the CES has a --

7        has a mechanism for -- for dealing with that, to --

8        to get around that issue.

9                Q        Well, before we get to that --

10               A        Sure.

11               Q        -- you point out on page 7 that for

12       the 2020 CES, 91 percent of respondents indicated

13       they had voted, although the turnout in Georgia in

14       that election was -- was 68 percent.  Is that the

15       data?

16               A        That's -- that's correct.

17               Q        So --

18               A        I -- go ahead.

19               Q        No, after you.

20               A        I'll -- I'll just -- I'll just add

21       that this level of response isn't -- isn't atypical

22       of -- of surveys of this type.

Stephen Pettigrew , PhD                                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 84

1          Q     So is -- is the suggestion that, you

2     know, perhaps 23 percent of the respondents who

3     said they voted, you know, didn't really vote?

4          A     No.  That -- that -- so that's --

5     that's sort of where I was thinking of going with

6     my last answer.  So it isn't necessarily the case

7     that 23 percent of these people didn't vote,

8     it's -- it's more likely that -- that the percent

9     of people who didn't vote were just less likely to

10    have taken the poll.

11               So the way you have to think about it

12    is this 91 percent, the denominator there is all

13    the people who took the poll.  One of the things

14    that polling researchers has found is that people

15    who don't care about politics don't tend to want to

16    take polls about politics.  And they also are less

17    likely to vote.

18               And so -- so this 91 percent seems

19    high because we're missing a lot of people who --

20    we were missing the opinions of people who didn't

21    vote who don't care as much about politics.  If

22    those people were in there, then that 91 percent

Stephen Pettigrew , PhD                      May 5, 2023
Georgia Senate Bill 202, In Re

Page 85

```
 1        of -- that 91 percent would be much closer to

 2        the -- the actual 68-percent number.

 3              Q     But this is a limitation of surveys

 4        like CES, isn't it?

 5              A     It depends --

 6                    THE WITNESS:  Sorry.

 7                    MR. ROSEBOROUGH:  I object to the

 8        form.

 9                    THE WITNESS:  It depends on what

10        you're using it for.  When I'm -- when I'm using it

11        to -- if -- if I'm not specifically interested

12        in -- if the nonvoters aren't relevant to the

13        analysis that I'm doing, which in my case they

14        aren't because all I care about is people who voted

15        and who waited in line or potentially could have

16        waited in line, then -- then the size of the

17        nonvoter group doesn't matter.

18        BY MR. BARTOLOMUCCI:

19              Q     Now, you alluded to CES having a -- a

20        way of -- of addressing this issue.  Is that the --

21        the voter verification process?

22              A     Yeah, that is what I was mentioning.
```

Stephen Pettigrew , PhD                                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 86

1          Q     Okay.  So why -- why don't you tell
2     us about voter verification.
3          A     Yeah.  So -- so this poll happens --
4     as I mentioned earlier, the poll happens.  There's
5     a wave before the election and then a -- and then
6     people are followed up or -- respondents are
7     followed up with -- in the couple of weeks after
8     election day.  The -- so the research -- as a
9     researcher, I don't know who the actual people are
10    taking the survey.  I don't know their name or
11    their address or anything like that.  But the
12    polling company has that private information, and
13    they use it -- they -- they work with -- so there's
14    a bunch of firms out there that collect public
15    voter files from across the country.
16               So in almost every state, it's --
17    it's public information as to whether or not
18    somebody voted and so -- so the -- so the survey
19    company, which in this case is YouGov, they take
20    their set of people who -- who took the survey,
21    they work with one of these voter file companies, I
22    don't remember which one it is in this case, but

Stephen Pettigrew , PhD                                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 87

1    they work with one of them to identify, "Hey, this

2    person, you know, Stephen, who lives at this

3    address, took the -- took our poll.  Let's find him

4    in the Pennsylvania voter file and see if he

5    actually voted or not."

6                   They did -- that process takes a

7    little while to do so.  And I mentioned that the

8    preliminary version of the 2022 data is out there.

9    It's the version that doesn't have the vote

10   verification stuff added in yet, but I suspect

11   usually it's sometime in the summer.  The vote

12   verification information gets added in, so you

13   actually know from administrative records, you know

14   a -- you have a decent picture of who voted and who

15   doesn't.

16                   There's -- I could go into it more if

17   it's -- if it's of interest, but it's not a perfect

18   process because failing to identify somebody in the

19   voter file doesn't necessarily mean they didn't

20   vote, it just -- it could potentially mean that

21   like they just had -- they -- the address was off

22   or something like that.  But it's a -- it's a

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 88

1      pretty decent process for identifying folks,

2      particularly ones who did vote.

3            Q     So the CES survey asked the

4      respondent to identify themselves by -- by name?

5            A     I don't -- I don't know the exact

6      process.  There's -- the documentation for the CES

7      details this, I think, but I don't -- I don't

8      really know the answer to that.  I don't -- I don't

9      think the CES survey itself asks.  I think people

10     are recruited into YouGov sort of universe of

11     possible survey respondents on anything that they

12     work on, which is politics, but it's also lots of

13     other issues.

14                 And in the process of becoming sort

15     of part of that universe of potential survey

16     respondents, YouGov, I believe, collects this other

17     information of them.  But it's not anything that's

18     revealed to the people who study the CCES.

19           Q     I'm just wondering how you -- you

20     match a respondent to a --

21           A     Yeah.

22           Q     -- to whether they voted --

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 89

1              A      Yeah.

2              Q      -- unless you are able to identify

3      who the respondent --

4              A      Yes.

5              Q      -- is.

6              A      So yes.  I -- they -- YouGov, the

7      company running the survey, does know that

8      information, but it's not a question that's asked

9      on the CCES, as far as I know.  They -- those

10     people have potentially participated in other polls

11     with YouGov.  YouGov has that information separate

12     of the questionnaire that's specific to the CES.

13     So they -- they have that information, but it's not

14     part of the CES, which is what I think you asked.

15             Q      Okay.  So it's not reported as a

16     survey response?

17             A      It's not -- yeah, it's not asked as

18     part of the survey and it's not reported to the

19     researchers.

20             Q      But they -- but they collect

21     identifying information about the survey

22     respondents so -- so they know who gave particular

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 90

 1    responses?

 2              A     That -- yeah, that's my

 3    understanding.  I don't know the nitty-gritty of

 4    exactly how this works, but that's my

 5    understanding.

 6              Q     Will CES accept a survey response

 7    from someone who wants to be anonymous?

 8              A     I have no idea.  I don't know how

 9    YouGov handles that.

10              Q     Because obviously you wouldn't be

11    able to match someone if they were --

12              A     Sure.

13              Q     -- fully anonymous, right?

14              A     It -- it would be difficult.

15              Q     Now, let's go back to these -- these

16    time bands we were talking about --

17              A     Uh-huh.

18              Q     -- that the CES respondents can check

19    less than 10 minutes, 10 to 30 minutes, 31 minutes

20    to an hour.

21              A     Uh-huh.

22              Q     So unless they answered the follow-up

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 91

1    question to more than one hour, the CES data

2    wouldn't give you an exact number for how long the

3    respondent believed they -- they waited in line,

4    right?

5           A     We would know a window that they --

6    of how long they waited, but we wouldn't know down

7    to the minutes and seconds how long they waited

8    based on their survey responses, except for the

9    people who said they waited longer than an hour

10   and -- and explicitly told us how long that was.

11          Q     So in your report, you -- you dealt

12   with that issue by adopting a midpoint approach,

13   right?

14          A     I do a variety -- I use this data in

15   a variety of different ways.  One of those ways was

16   I used what's referred to as midpoint imputation to

17   try to turn these bins of the survey responses into

18   something interpretable as minutes and seconds.

19   But I also take the data as it is and -- and use it

20   to analyze what percentage of people waited longer

21   than 30 minutes.  I don't remember -- I don't

22   recall if I have longer than 60 minutes in here as

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 92

1      well.  I don't -- maybe I don't, but --

2              Q      But for some purposes, at least if

3      the -- if the survey respondent said 10 to 30

4      minutes, you would treat that as them saying 15

5      minutes?

6              A      If they said 10 to 30 minutes I would

7      put that in as 20 minutes, yeah, the mid --

8              Q      Twenty minutes, I'm sorry.

9              A      Yeah.  Yes.

10             Q      Math is not my strong suit.

11             A      That's fair.

12             Q      Okay.  So -- so 10 to 30 minutes

13     becomes 20?

14             A      Uh-huh.

15             Q      And 31 minutes to an hour becomes 45

16     minutes?

17             A      Correct.

18             Q      And less than ten minutes becomes

19     five --

20             A      Five.

21             Q      -- minutes?

22             A      Five, correct.

Stephen Pettigrew , PhD                May 5, 2023
Georgia Senate Bill 202, In Re

Page 93

1           Q     But it's -- it's entirely possible,

2      of course, that someone who said, you know, less

3      than ten minutes, they -- they might have waited

4      one minute or they might have waited nine minutes,

5      right?

6           A     That's right.

7           Q     Okay.  But -- but the way you code

8      that, at least for some purposes, is five minutes,

9      the midpoint?

10          A     This is -- I -- I just want to be

11     clear that -- so my approach, this midpoint

12     imputation approach, it's not -- it's an approach I

13     use, it's not one that I came up with.  It's --

14     it's standard in, let's say, almost all published

15     academic work that studies lines that does this

16     sort of thing takes that approach.  So I'm just

17     using the standard that other researchers and other

18     peer-reviewed work have -- have taken to study

19     these sorts of things.

20          Q     But it -- you will admit, it does,

21     you know, inject some uncertainty in the process

22     since -- since you don't know what -- what the

Stephen Pettigrew , PhD                      May 5, 2023
Georgia Senate Bill 202, In Re

Page 94

1    survey respondent would have said if -- if you

2    asked them, "Hey, was it -- was it one minute?  Was

3    it nine minutes?  Was it four," since you haven't

4    asked that, you're making an assumption that it was

5    in the -- in the middle of the range?

6                    MR. ROSEBOROUGH:  I object to the

7    form.

8                    THE WITNESS:  When you say -- what do

9    you mean by "inject uncertainty"?

10                   You said, "It injects uncertainty

11   into this process," what do you mean by that?

12   BY MR. BARTOLOMUCCI:

13        Q    Well, it's not as accurate, right, as

14   if you had specific numbers from each respondent in

15   terms of the number of minutes they waited?

16        A    So I'm going to ask you to define

17   accurate, because to -- there's different --

18   there's a technical definition of what accurate

19   means and there's sort of the colloquial

20   definition, and I'm curious what you're --

21        Q    Well, if -- if the respondent said

22   less than then minutes, you would treat that as

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 95

1    five, but you haven't asked the respondent

2    whether -- you know, for the exact number of

3    minutes?

4         A     I have not -- it doesn't ask, yeah,

5    the exact number of minutes.  But that doesn't --

6    let me -- let me -- so in statistics, there's --

7    there's sort of two -- when you're -- when you're

8    taking data to estimate something, there's the idea

9    of estimating something without bias, so that means

10   that -- I think a simple way to explain it is the

11   estimator that you're using, so in this case I'm

12   using midpoint imputation as my estimator, the

13   estimator that doesn't have bias means that this

14   isn't a strict -- I'm not going to give like a

15   super technical precise explanation here, but the

16   idea is that -- is that the -- the estimator you're

17   using gets you to the correct answer in

18   expectation, sort of on average, it gets you to the

19   true answer if we were able to measure it in

20   minutes, seconds and milliseconds.  There's a

21   separate issue of variability variance in

22   estimation.  And -- and sometimes people kind of

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 96

1        conflate these two ideas.

2                    Using midpoint imputation here does

3        provide, I think what you mean -- when you're

4        asking does it provide accurate estimates, it's an

5        unbiased estimator that -- that gets you to -- to

6        the true underlying -- if we had this sort of

7        continuous measure, the minutes, seconds, and

8        milliseconds of everybody, it gets you an accurate

9        picture of -- of what that is based on these

10       responses, which is something I know we haven't

11       gotten to it yet, but in my -- it's called my

12       surrebuttal, where I use -- I do use data from

13       continuous measures of how long lines are.  And I

14       show that this midpoint imputation gets you really

15       strong unbiased estimates of how long people waited

16       and differences between groups.

17               Q      Now, another issue, of course, is

18       that this data is based upon how long the

19       respondents said they waited, which may or may not

20       be the actual time that they waited, right?

21               A      It's possible.  There -- and this

22       was -- in the early kind of -- I mentioned that

Stephen Pettigrew , PhD                              May 5, 2023
Georgia Senate Bill 202, In Re

Page 97

1      people weren't studying long lines earlier than the

2      22000s, or so, one of the early -- this was one of

3      the early questions that people had is, "Can we

4      really trust these survey responses that people are

5      giving?"  And there's actually really good reason

6      to think that we should.  So I -- so I know of

7      three or four different studies that specifically

8      test the validity of these survey-based methods

9      against data about long lines that are collected in

10     a different way.  So -- so one of them is the

11     Bipartisan Policy Commission in 2016, they worked

12     with state and local election officials, huge

13     sample of -- of -- of jurisdictions across the

14     country.  They had poll workers throughout the day,

15     poll workers or local election officials actually

16     recording in polling places how long the lines

17     were.

18                     So this is sort of a just to clear

19     how many people are in line at this moment.  You

20     can use that to estimate how -- like the average

21     wait time.  What you find, when you compare -- that

22     measure that's done non-survey base, when you

Stephen Pettigrew , PhD                     May 5, 2023
Georgia Senate Bill 202, In Re

Page 98

1    compare that to the survey-based estimates that you

2    get for those areas, there's a really strong

3    correlation.

4                    Similarly, there's -- there's another

5    study that where academics, they -- across the

6    country -- I don't remember, it was 20 or 30

7    different universities, they went to polling places

8    that were within a driving distance of -- of where

9    they were.  They recorded -- they also sort of

10   in-person were recording how long lines were.  That

11   data also has a strong correlation with the

12   survey-based methods.

13                    In North Carolina, I think it was --

14   I'm pretty sure it was North Carolina -- and I'll

15   mention, so one of the projects that I -- I worked

16   on in the past, the Election Performance Index

17   Project is a -- it was a project that the SPAE

18   Research Center started and -- and now works

19   with -- is run through the MIT Election Lab, that

20   project is meant to sort of score states and

21   counties by states specifically, score them how

22   well they run different aspects of election

Stephen Pettigrew , PhD                          May 5, 2023
Georgia Senate Bill 202, In Re

Page 99

1      administration, long lines being one of them.

2                    The -- the sort of technical

3      appendix, the methodology to that report, which is

4      something I wrote the first draft of a few years

5      back, takes these survey-based methods and looks

6      specifically in North Carolina, where North

7      Carolina -- I believe it was in 2014 election,

8      although I'm not certain of that, North Carolina

9      had their own little study where they had local

10     election officials, or precinct people, reporting

11     the length of lines.  Another example where you see

12     a strong correlation between the survey-based

13     method and these other estimates.

14                    And the fourth one, the last one I'll

15     mention, is the researchers, some of the work

16     that -- that it -- the reports that I responded to

17     in my surrebuttal, particularly I believe it was

18     Dr. Grimmer's report, he uses data from an

19     economist Chen, I don't remember his -- his first

20     name.  But in that research paper, they use

21     cellphone tracking data to -- to get rough

22     estimates of -- of how long -- how long people

Stephen Pettigrew , PhD                          May 5, 2023
Georgia Senate Bill 202, In Re

Page 100

```
 1      waited in line to vote.
 2                  I -- in my response, I -- I think
 3      there's some issues with that data, but the paper
 4      published out of it, they explicitly corroborate
 5      the findings of -- of using survey-based methods,
 6      including specifically mentioning some of my work
 7      and saying that they're basically with this
 8      different method coming to the same conclusions.
 9      So we do actually have really good evidence that
10      this survey-based method works.
11           Q     Are any of the studies that you just
12      mentioned in your previous answer cited in your
13      2023 report?
14           A     Yes.
15           Q     Where is that?
16           A     Let's see, so I know certainly
17      this -- the Chen study, I certainly cite in -- in
18      the surrebuttal.  On page 7 I have a citation to --
19      so Footnote 18, this Stein et al. paper is the
20      paper -- or is the -- is the research that is
21      related to the political scientists putting people
22      in polling places.
```

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 101

1            Footnote 19, this Weil, Harper,

2      Stewart, and Thomas paper -- actually, no, I take

3      that back.  The -- the next one, Fortier, Weil,

4      Stewart, Harper and Pettigrew 2018, this is that

5      Bipartisan Policy Center report that I mentioned,

6      where local election officials provided us with a

7      lot of data about how long lines were.

8            The Chen paper I mentioned, actually

9      here is in Footnote 20.  I have this cite -- I

10     guess when I prepared this report, it hadn't yet

11     been published, but it's been published very

12     recently, so I have that citation here.  And then

13     actually it's all on the same page, Footnote 17, I

14     reference the Election Performance Index

15     Methodology Report, which has in it the information

16     about the North Carolina study.

17            MR. BARTOLOMUCCI:  I think there's

18     someone who wants to come into the room here, so

19     why -- why don't we take a short break --

20            THE WITNESS:  Sure.

21            MR. BARTOLOMUCCI:  -- and let her do

22     that.

Stephen Pettigrew , PhD    May 5, 2023
Georgia Senate Bill 202, In Re

Page 102

```
 1                    VIDEOGRAPHER:  We are going off the
 2      record.  The time is 11:34 a.m.
 3                    (Recess from 11:34 a.m. to 12:16 p.m.)
 4                    VIDEOGRAPHER:  We are back on the
 5      record.  This is the beginning of Media Unit 3.
 6      The time is 12:16 p.m.
 7      BY MR. BARTOLOMUCCI:
 8             Q     Okay.  Dr. Pettigrew, we're back
 9      after our little lunch break.
10             A     Uh-huh.
11             Q     I wanted to ask you about a couple of
12      things that you wrote on pages 5 and 6 of your
13      report about midpoint imputation.
14             A     Sure.
15             Q     In Footnote 13, you wrote that, "The
16      midpoint imputation approach may estimate group
17      average wait times that are too high."  And then on
18      page 6, in the second paragraph you wrote, "This
19      midpoint imputation approach underestimates gaps
20      between groups."
21             A     Yeah.
22             Q     So am I understanding you to say
```

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 103

1      that, you know, there can be issues in both

2      directions?

3              A      It's -- it's sort of two separate

4      things.  So the Footnote 13, what -- so the

5      footnote says, "This simulation analysis highlights

6      that in some cases midpoint imputation may estimate

7      group average wait times that are too high."  So

8      that's thinking about, you know, for one specific

9      group.  So, say, for one particular state, the

10     simulation at least suggests that you may end up

11     with group averages that are a little bit too high.

12             But then I go on to mention that,

13     "For this reason I focus on comparing -- comparing

14     between groups."  So comparing one state, Georgia,

15     to different states, so the extent to which they're

16     overestimated is kind of subtracted out when you're

17     comparing between the two -- the two groups.

18             The note that I have on the next

19     page, in that paragraph 2, is specifically

20     commenting on when you're estimating differences

21     between groups, that -- let me find the exact

22     quote, that midpoint imputation underestimates gaps

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 104

1      between groups.  So that's specifically thinking

2      about the difference between the two groups.

3              Q      Uh-huh.

4              A      And it's actually they're related

5      because -- because when you are -- the -- it's

6      going to be hard to explain precisely why they're

7      related, but basically it's two separate issues

8      that when we're thinking about one specific group,

9      there's -- there's -- there's -- there's evidence

10     from the simulation that -- that it may tend to

11     provide estimates that are too high, but then when

12     you're comparing between groups, that actually

13     might underestimate gaps between the groups.

14             Q      Okay.  I think I got it.

15                    On -- on page 7 --

16             A      Uh-huh.

17             Q      -- there's some discussion about the

18     vote verification process.

19             A      Uh-huh.

20             Q      And -- and you decided not to limit

21     your data to vote-verified data, right?

22             A      That's right.  I -- I -- in the main

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 105

1      analysis in the paper, that's what I do; although,

2      every analysis I did, I -- I also ran the same

3      analysis using the verified vote to -- to subset my

4      data and find the same conclusions, but -- but what

5      I provide in the main analysis here is -- is based

6      on self-reported turnout.

7              Q      And now on page 8, you observed

8      that -- you say, quote, I'm restricting my focus

9      for Georgia where there were only 2,002 people who

10     responded to the CES in 2020.

11             And you go on to say, quote,

12     restricting to verify Georgia voters cuts this

13     number to 1,160, the sample diminishes further when

14     we consider that only 290 of those verified voters

15     were black --

16             A      Uh-huh.

17             Q      -- end quote.

18             A      Okay.

19             Q      So was it your -- your view that

20     limiting the analysis to verified voters would --

21     would make the -- the sample size too small?

22             A      That's -- that's roughly the idea

Stephen Pettigrew , PhD                                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 106

1          here; although, it's a little bit more than that.
2          So as I -- when we're talking about vote
3          verification earlier, I mentioned that the -- the
4          process they go through for people who are
5          identified as a verified vote that's -- that's
6          generally the case that they did, in fact, vote.
7          But not identifying somebody in the voter file is
8          not necessarily evidence that they didn't vote.
9          And -- and this -- these numbers here actually kind
10         of corroborate that, because what we see is we had
11         about 2,000 people in Georgia who said that they
12         voted and about is 1,100, 1,200 who were verified
13         as having voted, that 50 percent dropoff is not --
14         when we think about people overreporting having
15         voted, we're talking about maybe 3 to 5 percent of
16         people who are sort misrepresenting having voted,
17         not close to 50 percent of people.
18                     And so -- so my -- part of my reason
19         for -- for using the self-reported vote is that
20         it's -- it's basically guaranteed that some of
21         those 900 people who said they voted, but weren't
22         verified as having voted, did vote, but we just --

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 107

1      they just didn't find the administrative record to

2      match.  And -- and it is -- it is true to your

3      point that it's helpful to have largest sample

4      sizes when you're doing statistical analyses like

5      these.

6              Q    Now, you reported number of verified

7      black voters as 290 --

8              A    Uh-huh.

9              Q    -- but I -- I don't think you

10     indicated the number of the 2,002 voters who -- who

11     were black.  Do you know that figure?

12             A    Oh, I don't.  I certainly don't off

13     the top of my head.  It's possible it's in here

14     somewhere.  I mean, in Georgia, I can tell you, in

15     the 2020 election, I was looking at this data a

16     couple of days ago, roughly, just from the actual

17     like turnout numbers from the Secretary of State, I

18     want to say there were about four million white

19     voters and about two million black voters.  And so

20     it stands to reason that maybe about a third of

21     those 2,000 were black, but I -- I don't have that

22     specific number here.

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 108

1          Q      Okay.  That's fine.

2          A      Yeah.

3          Q      So if we turn over to page 11, we're

4    looking at Section 3, "Wait times in recent

5    elections in Georgia."

6          A      Uh-huh.

7          Q      And the -- the first paragraph talks

8    about elections between 2006 and 2020, right?

9          A      Correct.

10         Q      And you reported that 24.6 percent of

11   early in-person and election-day voters in Georgia

12   waited in line for longer than the PCEA recommended

13   30-minute maximum --

14         A      That's right.

15         Q      -- right?

16         A      That's the President's Commission,

17   that's the abbreviation there.

18         Q      The PCEA is the --

19         A      Yes, the Presidents --

20         Q      -- Presidents Commission --

21         A      -- Commission --

22         Q      -- Administration, correct?

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 109

1          A     Yeah.

2          Q     And -- and, again, that's -- that's

3    a -- the 24.6 figure is based on elections between

4    2006 and 2020?

5          A     I actually believe that's specific to

6    the 2020 election.  The sentence before says, "In

7    the November 2020 election, 900,000 Georgia voters

8    waited longer than 30 minutes to cast their ballots

9    in all 24 percent of early in-person election

10   voters.  So I think the 24 percent number is

11   relating to November 2020 specifically.

12         Q     Okay.  So that's -- that's obviously

13   pre-SB202, right?

14         A     That is.

15         Q     So whatever -- whatever else you

16   might say about the -- the cause of that, you know,

17   wait time, you can't blame it on SB202?

18         A     Yeah, SB202 wasn't in effect in the

19   2020 election.

20         Q     In the next paragraph you say, "In

21   terms of minutes, the average Georgia voter in --

22   in 2020 waited 27.4 minutes to cast their ballot."

Stephen Pettigrew , PhD                May 5, 2023
Georgia Senate Bill 202, In Re

Page 110

1       Is -- is that right?

2                A       That's right.

3                Q       Now, that is less than the 30-minute

4       benchmark, right?

5                A       The 30-minute benchmark says that no

6       voter should wait less than -- no voter should wait

7       longer than 30 minutes.  This 27-minute is the

8       average amount of time.  And it's one of the

9       highest in the country.  If you -- if the average

10      wait is 27 minutes, then you've got, what this says

11      here, you've got 24.6 percent of people, 900,000

12      Georgia voters waiting longer than 30 minutes.  The

13      recommendation is not that the average should be

14      under 30, it's that no voter should wait under

15      30 -- or over 30.

16               Q       But, again, the recommendation said,

17      as a general matter, it should be 30 minutes or

18      less?

19                       MR. ROSEBOROUGH:  I object to the

20      form.

21                       THE WITNESS:  I don't remember the

22      exact wording, but to me, one in four voters --

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 111

1    in-person voters waiting longer than 30 minutes

2    certainly exceeds like the -- the -- the -- the

3    sort of the -- the -- what am I looking for? -- the

4    spirit of what the PCEA was recommending.

5    BY MR. BARTOLOMUCCI:

6         Q     Not to belabor the point, but even in

7    2020, which is pre-SB202, if you were the average

8    Georgia voter, you waited less than the 30-

9    benchmark?

10        A     I don't -- I don't know what you mean

11    by the average Georgia voter.

12        Q     Well, you -- you wrote that the

13    average Georgia voter --

14        A     Okay.

15        Q     -- in 2020 waited 27.4 minutes?

16        A     I guess, my -- my language should

17    have been -- instead of saying "the average," I

18    should have said, on average Georgia voters in 2020

19    waited 27 minutes.  That's maybe a little more

20    specific.  It's the idea of what is an average

21    voter isn't -- I don't know of a human being I can

22    point to as the average voter, yeah.

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 112

```
 1              Q      Okay.  But these were you words --
 2              A      Yes.
 3              Q      -- the average Georgia voter?
 4              A      Yeah.  I -- I probably could have
 5       swapped that language a tiny bit there.
 6                     Can I add something to my last?
 7              Q      Sure.
 8              A      I'll just add, later in that
 9       paragraph I note that, to your point, for nonwhite
10       voters in Georgia, the average wait time was above
11       that 30-minute threshold.  So whatever you think of
12       as an average non-white voter in Georgia, their --
13       their wait time on average was -- is higher than
14       that 34 minutes.  And the percentage of them above
15       30 minutes was quite high.
16              Q      Now, 2020 was an unusual election in
17       a number of respects, was it not?
18              A      It certainly was, yes.
19              Q      It was deep in the throes of COVID?
20              A      That's right.
21              Q      So is it fair to question how
22       representative 2020 is of -- of other elections?
```

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

                                                        Page 113

1          A    I mean, certainly 2020 was unusual in

2     more ways than we can list right here, but that's

3     why the rest of my analysis uses data from 2006,

4     '8, '12, '14, '16, '18, and '20, because 2020 was

5     unusual.  But I -- I highlighted 2020 here because

6     it was the most repeat data -- the most recent year

7     we had it from.

8          Q    But, again, we've -- we've covered

9     this, but you -- you didn't have 2022 data when

10    you --

11         A    Yeah --

12         Q    -- wrote --

13         A    -- when I wrote this, the 20 -- the

14    2022 data, just for reference, was only made public

15    three weeks ago --

16         Q    Right.

17         A    -- something like that, very

18    recently.

19         Q    I want to ask you a question about

20    something that you wrote on page 23.

21         A    Okay.

22         Q    In -- in the -- in the first full

Stephen Pettigrew , PhD                     May 5, 2023
Georgia Senate Bill 202, In Re

Page 114

```
 1      paragraph you wrote that, "The results from pooling
 2      all election years does find evidence of a
 3      significant racial gap in wait times, although the
 4      magnitude of this effect is -- is not enormous."
 5                   So could you give the context for
 6      that statement --
 7           A      Yeah.
 8           Q      -- and then explain what you meant by
 9      the magnitude of this effect is not enormous?
10           A      Yeah.  Let me -- let me just make
11      sure I have the context correct here.  Yeah.  So --
12      so this is specifically discussing midterm
13      elections.  So -- so Figure 3.10 above is what I'm
14      discussing in that sentence.  And -- and what I --
15      what that figure shows is that people of color,
16      specifically black voters, in Georgia, waited more
17      than three and a half minutes longer on average
18      than white voters did.  And that difference is like
19      a statistically significant difference.
20                   And so what I'm -- what I'm
21      highlighting here is that because midterm
22      elections -- largely because you have fewer people
```

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 115

1        voting in midterm elections, the -- the environment

2        for having long lines is just not as much there as

3        it is in presidential years.  And so we -- so we do

4        see this sizeable gap.

5                    And I don't -- I don't know if I have

6        the table right here, but I think that -- that

7        3.6-minute difference between white and black

8        voters in Georgia, for reference, I -- I think the

9        baseline for white voters -- do I have that one of

10       these pages?  I think I do somewhere.  We're

11       talking about a baseline for white voters that's

12       probably around 12 minutes or so.

13                   So -- so that -- I don't -- the

14       number is in here somewhere, I'm not exactly sure

15       where -- where it is.  But we're talking about a

16       difference -- a three-minute increase over

17       something that was only 12 minutes to start with.

18       That's meaningful.  But the point I'm making here

19       is the -- the magnitude of this effect isn't as big

20       as it is when we look at presidential elections

21       when lines are long -- lines in Georgia are much

22       longer.

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 116

```
 1          Q      I think that's something that the

 2    Presidential Commission said, is that long lines

 3    are more common in presidential elections than in

 4    midterms?

 5          A      That's right, yeah.  And it's largely

 6    owing to the fact that more people vote in

 7    presidential elections than in any other election

 8    typically.

 9          Q      Now, the -- the 3.64-minute figure

10    that you cited --

11          A      Uh-huh.

12          Q      -- that's for black voters, correct?

13          A      That's -- well, so that's -- it's not

14    that black voters wait 3.64 minutes, it's that they

15    wait 3.64 minutes longer than white voters.  The --

16    the vertical axis here says the average difference

17    compared to white voters.

18          Q      But my question is, that's a figure

19    that relates to black voters as opposed to all

20    people of color --

21          A      Correct.

22          Q      -- which is --
```

Stephen Pettigrew , PhD                May 5, 2023
Georgia Senate Bill 202, In Re

Page 117

1          A      Yeah.

2          Q      -- 2 point, that's a smaller number,

3      2.79?

4          A      Yeah.  When you -- when you add in

5      Hispanic voters and voters who are not white, but

6      also not black or Hispanic, then -- then it's 2.79

7      minutes.

8          Q      Okay.

9          A      That's right.

10              MR. BARTOLOMUCCI:  Let's mark this as

11      Exhibit 6.

12              THE WITNESS:  Thanks.

13              (Pettigrew Deposition Exhibit Number 6

14                marked for identification.)

15              THE WITNESS:  Thanks.

16      BY MR. BARTOLOMUCCI:

17          Q      Now, you haven't seen this before,

18      but I -- I will tell you that this is a chart that

19      counsel for Defendants created.

20          A      Okay.

21          Q      And it uses some of that newly

22      available 2022 CES data.

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 118

1          A      Okay.

2          Q      And in 2022, the CES data that we

3     retrieved said the following:  That the percentage

4     of white voters who waited more than a half hour,

5     it was 4.7 percent.  The percentage of all voters

6     of color who waited more than 30 minutes was

7     6.3 percent.  And the percentage of black voters

8     who waited more than 30 minutes was -- was

9     6.9 percent.

10               Again, I know you haven't pulled

11    these -- these data yourself --

12         A      Yeah.

13         Q      -- but that's what -- what --

14         A      What it shows --

15         Q      -- my team found.

16         A      Yeah, that's what it shows, but I

17    already see an error in this, which I -- I should

18    point out.

19         Q      Please tell me.

20         A      Yeah.  So in the top table it shows

21    that 6.1 percent of black voters waited 31 minutes

22    to an hour, and .8 percent waited longer than an

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 119

1       hour.  Adding those together should get you the

2       percent that waited longer than 30 minutes.  So it

3       should be 6.9 percent waiting longer than 30

4       minutes.  The table down -- or the -- the figure

5       down below underestimates that.  This figure is

6       wrong.  It says 6.3 -- 6.3 percent.  And so either

7       the table in the top or the figure down below is

8       wrong.

9              Q      Well, down below, the 6.3 figure is

10      for all voters of color, which you get --

11             A      Oh, okay.

12             Q      -- by dividing 5.4 plus 0.9.  So --

13             A      You are right.

14             Q      So the table --

15             A      You're right.  You're right.

16             Q      The table below doesn't have a -- you

17      know, a black-only column.

18             A      You're right.  I misread it.

19             Q      Okay.

20             A      Apologies.

21             Q      I mean, do you have -- I know you

22      haven't studied this, but you did say you did take

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 120

1    a peek at the 202 data.

2              A       I did.

3              Q       Does this -- does this happen --

4              A       Yeah, I --

5              Q       -- data that you looked at?

6              A       This -- yeah, this seems to be --

7    this seems to be similar to what I saw.

8    Particularly what stood out to me was seeing

9    that -- that black voters were, you know -- white

10   voters, 4.7 percent of them, waited longer than 30

11   minutes, among black voters, almost 7 percent.  So

12   we're talking about more than a 50 percent increase

13   in -- in the rate between white and black voters.

14   So -- so the pattern that we saw earlier are in

15   previous midterm elections still exists here.

16             Q       Well, what stood out to me, which is

17   shown in the -- in the table at the bottom, is that

18   the percentage of -- of white voters, and of all

19   voters of color, who had to wait more than 30

20   minutes in -- in the 2022 election was -- was less

21   than in prior elections.

22             A       Not necessarily.  So -- so one of --

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 121

1          there's a couple of things going on here.  So one

2          is that this -- this figure is -- it I'm -- I'm --

3          I'm not really sure why they didn't do this, but

4          for some reason, this figure is not broken out by

5          early in-person versus election day as my figure

6          is, which is an interesting choice.  I'm not really

7          sure why they didn't do that since I think it would

8          have been pretty straightforward to do.  So it

9          sort -- in some ways it makes it a little bit

10          apples to oranges.

11                    But the other thing that is worth

12          noting is they have the confidence intervals down

13          below, but whoever made this figure opted to not

14          include the confidence intervals in the graph

15          itself as -- as I did in my graph.  And just --

16          just looking at what the confidence intervals are,

17          you -- if -- if you had put them on the graph, you

18          would see that the confidence intervals from 2022,

19          just from my eyeballing it, and I feel very certain

20          of this, would be overlapping with the confidence

21          intervals from previous years, which suggests there

22          wasn't a statistically different -- there wasn't --

there weren't statistically significant differences in how long lines were in 2022 versus the midterms prior.

Q All right. Does anything else strike you about these data or the chart?

A I -- I think it's noteworthy, if we look at the table at the top, that -- that -- that "not at all" category, you had 37, about 38, percent of white voters saying they didn't vote -- they didn't wait at all. That number for -- for people of color was 22.8, and for black voters, it was 21.6. There's a huge difference in the proportion of people who -- who breezed through, to use the language I used earlier.

And then as I noted, there's -- there's meaningful differences in the -- the white and black rates among people who waited longer than 30 minutes.

Q But your -- your benchmark really is the 30-minute threshold, right?

A That's the -- that's what I used in my analysis, is that 30-minute threshold.

Stephen Pettigrew , PhD                May 5, 2023
Georgia Senate Bill 202, In Re

Page 123

1              Q     So whether -- whether a voter had to
2        wait not at all or less than 10 minutes, we don't
3        worry so much about voters with that experience,
4        right?
5                          MR. ROSEBOROUGH:  I object to the
6        form.
7                          THE WITNESS:  It's not meaningless.
8        It's not -- it's not -- I don't -- I don't use that
9        as a metric in my analysis, but -- but when you
10       see, you know, almost 20 percentage points of
11       difference in that category, it's -- it's
12       eye-opening, because the consequence that's going
13       to have, and something they didn't do here is take
14       these numbers and estimate, you know, turn them
15       into -- into minutes and seconds using midpoint
16       imputation.
17                         And -- and when you do that, if you
18       have twice as many people in the not at all
19       category, you're going to see pretty
20       consequential differences in the number of
21       minutes white voters are waiting versus
22       non-white.

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 124

```
 1                      And I'll also add that -- I was
 2          going to say this earlier and I forgot.  I should
 3          also add that it's important to -- to put this in
 4          context comparing to other states.  So -- so they
 5          don't have the overall estimate of -- of what --
 6          what the average wait time was for all voters in
 7          Georgia.  But that was something that I looked
 8          at.  And what I found is that consistent with
 9          previous years, Georgia was -- I don't remember
10          the exact ranking it was overall, but it was
11          among the worst five or six states or so in terms
12          of the various metrics that I looked at in 2022.
13                      And in particular, I found -- I do
14          specifically remember that for early in-person
15          voters, which in Georgia is a huge, huge chunk of
16          people who vote, Georgia had the second
17          longest -- the second longest lines of any state.
18          And so, you know, it's -- it's -- it's nice that
19          we have some data from 2022.  One election year
20          is not going to be enough to get a very great --
21          a great estimate of the effective of this law
22          necessarily, but -- but I -- I think it's
```

Stephen Pettigrew , PhD                                May 5, 2023
Georgia Senate Bill 202, In Re

Page 125

1    important to point out that -- that Georgia

2    remained one of the worst states in 2022, even if

3    all overall nationwide lines were short of 2020

4    because of all of the issues that we saw in 2020

5    yes.

6            Q     I was going to ask you about your,

7    you know, intrastate comparisons.  If -- if the

8    wait time in Georgia is X, the fact that Georgia is

9    first or last or in the middle among states, it

10   doesn't change what your wait time is, right?

11           A     It doesn't change what the wait time

12   is, but it's -- what you see -- turnout in midterm

13   and presidential elections tends to ebb and flow

14   nationally.  The 2014 midterm, for example, was at

15   a historically low level of the turnout.  2018,

16   2020, those were historically high levels of

17   turnout.

18                 And that's going to have an effect

19   kind of everywhere on how long the lines are.  And

20   so it's important to contextualize where Georgia

21   falls relative to other states.  In order to

22   understand is -- is Georgia -- are the wait times

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 126

1        in Georgia longer this year because they're --

2        something's going wrong in Georgia specifically or

3        is it a pattern overall.  So that contextualization

4        is really important.

5                        And what I find is that in -- in the

6        appendix of my -- of my report has these graphs.

7        And I flipped right to them.  If you look at

8        Figures A6 and, I think, A7, A5, 6, and 7 in my

9        report, and Figure 8, shows where Georgia ranks in

10       terms of comparing to other states.  And what you

11       see is in 2008, Georgia was second worst, in 2012,

12       Georgia was sixth worst, 2016, Georgia was fifth

13       worst.  So it's a consistent pattern of Georgia

14       being among the worst states regardless of the ebb

15       and flow from year to year of turnout patterns

16       nationally.

17                Q     Well, when you're assessing the, you

18       know, possible effects of SB202 on -- on future

19       elections --

20                A     Uh-huh.

21                Q     -- where Georgia, you know, ranks

22       among the states doesn't affect the analysis,

Stephen Pettigrew , PhD                May 5, 2023
Georgia Senate Bill 202, In Re

Page 127

1    right?

2            A      I'm -- if -- I'm not sure I quite

3    follow.

4            Q      Well, if you're studying what you

5    believe to be the -- you know, the effect of SB202

6    on wait times, the fact that Georgia is 50th or

7    1st, wouldn't matter to your analysis?

8            A      If -- if a state passes a law that

9    makes long lines completely go away, then, yeah,

10   that's going to have an effect on where they are in

11   the rank ordering of states.  If a state passes a

12   law that makes the line for everybody 50 hours

13   long, that's also going to have an effect on where

14   they rank in the rank ordering of states.  So I'm

15   not quite sure how that wouldn't be tied together.

16           Q      So are you saying what you would want

17   to do is -- is study, you know, where Georgia

18   ranked before SB202 and then where it ranked after

19   SB202?

20                  MR. ROSEBOROUGH:  Object to the form.

21                  THE WITNESS:  So that's -- that's not

22   specifically what I'm doing here.  All I'm trying

Stephen Pettigrew , PhD                        May 5, 2023
Georgia Senate Bill 202, In Re

Page 128

1        to provide is a -- in my report trying to provide a

2        contextualization to show that not only are there a

3        lot of Georgia voters who wait a lot longer than

4        this 30-minute threshold, which I establish in my

5        report, it's also the case that Georgia is one of

6        the worse states along that metrics.  So it's not

7        that nationwide in 2020, a quarter of voters were

8        waiting longer than 30 minutes, it's that

9        nationwide in 2020, a much smaller percent were

10       waiting longer than -- than -- than 30 minutes, but

11       in Georgia specifically, a quarter of voters waited

12       that long.  I have the -- those specific figures

13       are in here, but so I'd be happy to -- to pull them

14       out if that's of interest.

15                Q    Well, I want you to look at this --

16       this exhibit.

17                     MR. BARTOLOMUCCI:  This will be

18       No. 7.

19                     THE WITNESS:  Okay.  Thank you.

20                (Pettigrew Deposition Exhibit Number 7

21                     marked for identification.)

22

Stephen Pettigrew , PhD                                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 129

1      BY MR. BARTOLOMUCCI:

2              Q      And this is another chart we've

3      created, you know, combining the data that -- that

4      you presented for 2020 and earlier elections --

5              A      Uh-huh.

6              Q      -- with data pulled from the 2022

7      CES.

8              A      Okay.

9              Q      And so the -- the information on the

10     right-hand side shows 2022.  And this is average

11     time spent by Georgia voters waiting in line to

12     vote --

13             A      Uh-huh.

14             Q      -- for -- for white voters, you had

15     8.2 minutes in 2022 elections --

16             A      Uh-huh.

17             Q      -- and for voters of color.  So I

18     think that's probably, you know, all nonwhite --

19             A      Yeah.

20             Q      -- it's 11.7.

21             A      Uh-huh.

22             Q      Are those figures consistent with

Stephen Pettigrew , PhD                        May 5, 2023
Georgia Senate Bill 202, In Re

Page 130

1        your limited review of the 2022 data?

2                A      I don't -- I -- to be honest, I don't

3        remember the specific levels, the specific numbers

4        in terms of minutes, but I -- I -- as I said

5        earlier, I do recall finding that overall, Georgia

6        was still one of the -- had among the longest lines

7        of any state in the country.  It was the fact that

8        in 2022, lines were shorter everywhere for reasons

9        unrelated to SB202, but lines were shorter across

10       the country in 2022, compared to, for example,

11       2018.  And -- and Georgia, lines were a bit shorter

12       there just like everywhere else, but Georgia was

13       still among one of the worst in the country.

14               Q      So if -- if these figures are -- are

15       correct, the wait times, the average -- the average

16       time in 2022, was -- was a lot less than in 2020,

17       right?

18               A      The -- the average -- among white

19       voters, the average wait in 2020 was 24 minutes and

20       in 2022, it was eight minutes.  But -- but, again,

21       as I mentioned, it's really like not the best --

22       not the best form to compare presidential to a

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 131

1    midterm year, because just -- particularly 2020

2    being weird as we've talked about.

3        Q    Okay.  And you mentioned the white

4    comparison.  But also for the voters of color --

5        A    Yeah.

6        Q    -- 2020 was 34.2, and 2022 was 11.7.

7    So that's down a lot.

8        A    It's down a lot, but it's not a --

9    but comparing a presidential to a midterm year

10   isn't something that you would typically do an

11   analysis like this.

12       Q    Well, the figures are also below the

13   2018 figures, right?

14       A    They are below the 2018 figures, but

15   the -- but the racial gap is larger than in 2018.

16   So in 2018, there was only a gap of about 1.2

17   minutes between white and non-white voters, but in

18   2022, that gap is three and a half minutes.

19       Q    The gap is bigger, but -- but in

20   terms of the average time spent, that number is --

21   is down quite a bit?

22       A    It's -- it's lower than 2018.

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 132

1           Q      Yeah.

2                  MR. BARTOLOMUCCI:  Yeah, I've got one

3      more of these charts.  I think this will be

4      Exhibit 8.

5                  THE WITNESS:  Thanks.

6                  (Pettigrew Deposition Exhibit Number 8

7                  marked for identification.)

8      BY MR. BARTOLOMUCCI:

9           Q      Now, Exhibit 8, you know, once again

10     is a chart prepared by -- by the Defendants using

11     2022 CES data.  And -- and this chart looks at the

12     gap between white voters wait time --

13          A      Uh-huh.

14          Q      -- and persons of color wait time.

15          A      Uh-huh.

16          Q      And so what -- what we see for 2022

17     is that the -- the gap was -- I think those are

18     percentage points --

19          A      Yeah.

20          Q      -- 3.5 percent?

21          A      I think these are -- it appears to be

22     that's the average minutes, so three and a half

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 133

1        minutes.

2                Q      Average minutes?

3                A      Yeah.

4                Q      Okay.  So your average minutes in

5        2022 -- well, this is the gap though, so this is

6        the, I think --

7                A      The difference -- the difference in

8        average minutes, I assume, between white and

9        non-white voters.

10               Q      Right.

11               A      Yeah.

12               Q      Right.  So I -- I think it was 11.7

13       minutes for non-white, 8.2 for white --

14               A      Correct.

15               Q      -- resulting in a gap of 3.5 minutes?

16               A      Correct.

17               Q      So -- so that gap number, 3.5, is

18       down a lot from 2022, correct?

19               A      What I see when I look at this graph

20       is that 2022 had the largest gap of any midterm

21       election where we have data, that -- that 2022 was

22       actually the worst year that Georgia has had in its

Stephen Pettigrew , PhD                              May 5, 2023
Georgia Senate Bill 202, In Re

Page 134

1    gap between white and black -- or white and

2    non-white I should say, when you look at in this

3    graphic, specifically the orange bars comparing to

4    other midterm years.  But -- but it is down -- to

5    your point, it is down from 2020, but, again, you

6    know, you generally don't compare midterms to

7    presidential years.

8            Q    Although some of the data you present

9    lumps in all elections whether they're --

10           A    I --

11           Q    -- midterm or not?

12           A    I think -- I think typically in my

13   report I lumped -- if I lumped them together, then

14   I subsequently do a similar chart breaking them

15   apart into the two.

16                MR. ROSEBOROUGH:  Counsel, can I just

17   ask for clarification?

18                For those three charts, when it

19   says average, was this done using midpoint

20   imputation to reach the average for 2022?

21                MR. BARTOLOMUCCI:  I don't know the

22   answer off --

Stephen Pettigrew , PhD                May 5, 2023
Georgia Senate Bill 202, In Re

Page 135

1                    MR. ROSBOROUGH:  All right.

2                    MR. BARTOLOMUCCI:  -- the top of my

3        head.

4                    MR. ROSEBOROUGH:  All right.

5                    MR. BARTOLOMUCCI:  Sorry.  And that

6        ends your deposition of me.

7        BY MR. BARTOLOMUCCI:

8             Q     Now, the -- the next thing I wanted

9        to ask about was this survey done by the University

10       of Georgia --

11            A     Uh-huh.

12            Q     -- about the 2022 election.  You're

13       familiar with that, aren't you?

14            A     I reviewed it in -- in responding to

15       the Defense's witnesses and their use of that data.

16                   MR. BARTOLOMUCCI:  This is going to

17       be Exhibit 9, I believe.  There you go.

18                   THE WITNESS:  Thanks.

19                   MR. ROSEBOROUGH:  Thanks.

20             (Pettigrew Deposition Exhibit Number 9

21              marked for identification.)

22

Stephen Pettigrew , PhD                                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 136

```
 1     BY MR. BARTOLOMUCCI:

 2             Q     So let's start with some basics.

 3     So -- so this was done by the University of Georgia

 4     School of Public & International Affairs, Survey

 5     Research Center, right?

 6             A     It's my understanding, yes.

 7             Q     Okay.  And is that a -- is that a

 8     well-regarded research center?

 9             A     To the extent I'm aware of it, I --

10     I -- I -- my understanding of their methodology of

11     their surveys, I don't -- I don't really have any,

12     but I know that they have, you know, been doing

13     some media polling and other election polling in

14     recent years.

15             Q     And this was a survey of -- of voters

16     in the 2022 midterm election, right?

17             A     It indicates that it's a survey of

18     Georgia voters conducted from November 13th to

19     December 6th -- there's a typo there -- 2022.  And

20     it -- it is of people who self-reported as having

21     voted in the 2020 general election.

22             Q     And you've -- you've seen this
```

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 137

1          document before, haven't you?

2                  A      I -- I did -- in reviewing -- in

3          responding to the Defendants' rebuttal reports,

4          they had used these data, so -- so I did go out and

5          had looked at the PDF version of this was on the

6          UGA website or whatever website it was on.

7                  Q      Okay.  So unfortunately the -- it's

8          not paged numbered --

9                  A      That's right.

10                 Q      -- let's -- if you could flip to the

11         third page that has the caption "Wait Time" --

12                 A      Uh-huh.

13                 Q      -- "In-Person Voters."

14                 A      Yes.

15                 Q      Now, there's -- there's a column for

16         white voters and a column for black voters.

17                 A      Uh-huh.

18                 Q      And if -- if you add together the

19         figures for white voters who waited between 31

20         minutes and an hour and -- and the white voters who

21         said they waited more than an hour, you get

22         4.8 percent, right?

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

                                              Page 138

1            A      That's correct, adding 3.6 to 1.2

2      gets to 4.8, yeah.

3            Q      And that represents the percentage of

4      white voters who said they -- they waited more than

5      a half hour?

6            A      That represents this specific polls'

7      estimate of that figure.

8            Q      Sure.

9            A      Yeah.

10            Q      That's -- that's what --

11            A      Yeah.

12            Q      -- that's what the --

13            A      Yeah.

14            Q      -- was reported?

15            A      But it's different from the other

16      data that we were looking at a minute ago from the

17      CCES, so it's a different estimate.

18            Q      This is their own --

19            A      Correct.

20            Q      -- results of their own --

21            A      Yes.

22            Q      -- polling or survey --

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 139

1           A       Yeah.

2           Q       -- as we call it?

3                   This is the result of --

4           A       Yeah, this SPIA poll.

5           Q       The SPIA, yeah --

6           A       Yes.

7           Q       -- so --

8           A       That's right.

9                   MR. BARTOLOMUCCI:  SPIA, SPIA.

10    BY MR. BARTOLOMUCCI:

11          Q       So the SPIA survey reported that, you

12    know, of those who responded, you had 4.8 percent

13    of white voters who said they -- they waited more

14    than a half hour.  Is that right?

15          A       That -- that is what those numbers

16    add up to.  Whether we can use that to say that --

17    say that -- when you do a poll, you ask a small

18    number of people in order to gauge -- you ask a

19    small number of people questions in order to gauge

20    the opinions of a broader number of people where

21    the experiences, in this case the wait times, a

22    broader number of people.

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 140

1             In order for the numbers in the poll

2       to correspond with that broader population, the

3       poll needs to look like -- the composition of the

4       poll after you apply survey waits, and that sort of

5       thing, needs to look like the broader population of

6       people.

7             So -- so I actually take exception

8       with the idea that these estimates in this table

9       are -- are good estimates of that broader

10      population because in my examination of this data,

11      there were a whole bunch of things in the data that

12      didn't jell with the actual numbers in terms of

13      turnout and other things that the Secretary of

14      State had provided.

15            So, for example, I found that -- that

16      the -- if we -- actually I guess -- well, on the --

17      one of these other pages, if we go back to the

18      first page of -- page of -- the first page with the

19      table -- numbers in the table, I found that the

20      racial -- or I'm sorry, the -- the -- the age

21      composition of this poll was dramatically different

22      from -- from the actual age composition of voters

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 141

1    as provided by the Secretary of State.  Even

2    outside the margin of error of this poll, it was

3    significantly different.

4                        And also, importantly for this

5    question of white versus non-white voters, I found

6    that -- it's -- it's -- the specifics of it are in

7    my surrebuttal, but I found that the racial

8    composition of this poll was well outside the

9    margin of error of what we know to be the truth

10   based on actual voting records.

11                       So -- so to the question of whether

12   this 4.8 estimate for white voters is -- that's the

13   number coming out of this poll, that's correct, but

14   the idea that that gives us a good picture of what

15   is happening more broadly, I am not as comfortable

16   saying that.

17              Q    Well -- so the 4.8 number comes out

18   of this poll for white voters --

19              A    Uh-huh.

20              Q    -- and the comparable number for

21   black voters is only 4.0, correct?

22              A    Again, with the same caveats that I

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 142

1    said before, that is what the numbers add up to,

2    correct.

3          Q     Right.  But if -- if someone were to,

4    you know, deem this survey to be reliable or useful

5    or probative, it would show that the percentage of

6    white voters who waited more than half an hour was

7    actually greater in 2022 than it was for black

8    voters?

9          A     I think the "if" at the beginning of

10   your statement is carrying a lot of weight there,

11   because to me, if -- if I were -- if I were

12   reviewing -- so as far as I know, I haven't seen

13   this data other than like a press release and maybe

14   media reports, I haven't seen this data used in any

15   academic research, as far as I know.

16              If I were reviewing a paper as a --

17   as a, you know, an academic who reviews

18   peer-reviewed articles for journals, if I were

19   reviewing a paper, I don't see this data as --

20   as -- as standing up to the standard of academic

21   rigor that would allow us to draw scientifically

22   valid conclusions.

Stephen Pettigrew , PhD                May 5, 2023
Georgia Senate Bill 202, In Re

Page 143

1              I should also add out there, in

2      addition to kind of the top lines of this poll

3      being and the demographic composition being outside

4      the margin of error of the truth.  It's also worth

5      pointing out that this poll -- so it's mentioned,

6      we already said earlier, this poll was run

7      November 13th through December 6th.  The runoff in

8      the senate race in Georgia was December, I -- it

9      may have been December 6th, I don't -- it's the

10     first week of December, whatever Tuesday that was.

11     So if I were reviewing this paper, I would --

12     even -- even if the survey respondents were told to

13     express their -- you know, their opinions or their

14     experiences from the November election, it seems

15     almost impossible to me that of all of these people

16     who were responding to this poll fit -- none of

17     them may have contaminated the data by talking

18     about their experience from the runoff election,

19     because it's very possible that some of the people

20     in this poll had actually -- potentially -- you

21     know, this -- this poll was conducted through the

22     entirety of early voting, for the runoff, through

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 144

1    maybe election day.  I don't remember the precise

2    date of election day.

3                So it seems very possible that there

4    are people who took this poll on the same day or

5    the day after they voted in the runoff and may very

6    well have reported their experiences then.  And it

7    just muddies the water so much that I would not

8    feel confident in the quality of these data -- from

9    an academic standpoint, the quality of these data

10   to reflect what was happening in November 2022

11   specifically.

12               So lots -- lots of caveats that I

13   have, but --

14         Q      Yeah.

15         A      Yeah.  Go ahead.

16         Q      You said a lot there.  So one thing

17   you said is that you weren't aware of it being

18   cited in any academic literature, but this survey

19   came out in -- on January 17th of 2023, right, so

20   it's pretty new?

21         A      It is, yeah.  Yeah.  But it wasn't

22   been held up to the peer-review process --

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 145

1          Q      Yeah.

2          A      -- as far as I know.

3          Q      As far as you know, yeah.

4                 Now, the point you were just making

5      about whether respondents were confusing the -- the

6      general election with the runoff election.

7          A      Uh-huh.

8          Q      Do you know what questions the

9      respondents were asked?

10         A      Do you mean the questionnaire itself?

11         Q      Yeah.

12         A      I don't recall if the

13     questionnaire -- I -- I -- I feel like I had seen

14     the questionnaire in here, although I'm not seeing

15     it in this document, but I do believe -- I -- I

16     feel like I saw somewhere where it indicated maybe

17     at the very beginning that respondents were

18     instructed -- sort of in a block of text about the

19     poll in general, they were instructed to answer

20     regarding their experiences in the general

21     election.  But as I said, people don't always read

22     those word for word.  They see that it's a poll

Stephen Pettigrew , PhD          May 5, 2023
Georgia Senate Bill 202, In Re

Page 146

1      about elections, it seems very reasonable to me

2      that some of the respondents may have, you know,

3      responded with data that wasn't reflective of that,

4      so it's hard to say.

5              Q     Well, I've -- I've got a copy of the

6      questionnaire, so why don't we --

7              A     Great.

8              Q     -- put that in the record as Exhibit

9      10.

10             A     Great.

11             (Pettigrew Deposition Exhibit Number 10

12             marked for identification.)

13     BY MR. BARTOLOMUCCI:

14             Q     Okay.  Have you seen this before?

15     Does this refresh your recollection?

16             A     I don't remember honestly.  If you

17     had asked me if I -- I just -- I don't remember if

18     I've seen this specific questionnaire or not.  And

19     if it wasn't publicly out there on the internet,

20     then I -- I have not seen it.

21             Q     Well, I'll point out that on the

22     first page here in all caps --

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

                                        Page 147

1              A      Uh-huh.

2              Q      -- and in red it says, "IMPORTANT

3     NOTE TO INTERVIEWERS:  WE ARE ASKING ABOUT VOTER

4     EXPERIENCES FROM THE NOVEMBER 8TH MIDTERM, NOT THE

5     DECEMBER 6TH RUNOFF."

6                     Do you see that?

7              A      I do see that.

8              Q      So the -- the folks who designed this

9     survey were emphasizing to the persons, you know,

10    conducting the survey that this is about the -- the

11    general -- the midterm general election and not the

12    runoff, right?

13                    MR. ROSEBOROUGH:  I object to the

14    form.

15                    THE WITNESS:  It -- it indicates that

16    interviewers were instructed that they're meant to

17    be asking about the November 18th midterm, but with

18    the exception of the next -- the very next

19    question, none of the question texts that actually

20    was said to the -- the people -- you know, the

21    respondents to the survey indicated that it was

22    about November 8th.

Stephen Pettigrew , PhD                May 5, 2023
Georgia Senate Bill 202, In Re

Page 148

1                      And in particular, when you get to

2          the line length question, it's four items later,

3          which possibly could be several minutes later,

4          and so it -- it -- it -- the interviewers also

5          were not instructed to hammer home the point that

6          it's -- we're talking about the November 8th

7          election, not the December 6th one, they just

8          were -- they just -- their structures are to read

9          the text and presumably, if -- if a respondent is

10         confused, they can clarify.

11                 Q     They put it in all caps and in red.

12                 A     But it's not something that's read to

13         the respondent.

14                 Q     No, but it's --

15                 A     The interviewers are getting that

16         message, but you don't know what's going on in the

17         respondent's head.

18                 Q     Now, the question -- the specific

19         question they asked was, "Did you vote in the

20         midterm election just held on November 8th, 2022?"

21                      Do you see that?

22                 A     I --

Stephen Pettigrew , PhD                  May 5, 2023
Georgia Senate Bill 202, In Re

Page 149

```
 1                    MR. ROSEBOROUGH:  Object to the form.

 2                    THE WITNESS:  Yes, I do.

 3          BY MR. BARTOLOMUCCI:

 4              Q     So isn't that a clear question?

 5              A     That, in particular is, but we don't

 6          get to the line length question until multiple

 7          items later.

 8              Q     It's -- it's two questions later.

 9              A     Three.  We're talking about question

10          two versus question five.

11              Q     Well -- so your -- your view that the

12          respondents, you know, may have been confused into

13          thinking about the runoff versus the midterm that's

14          totally surmise on your part?

15                    MR. ROSBOROUGH:  I object to the

16          form.

17                    THE WITNESS:  I'm not sure what you

18          mean by surmise.

19          BY MR. BARTOLOMUCCI:

20              Q     Do you have any evidence that

21          happened?

22              A     If I -- what I can say is that if I
```

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 150

1    were reviewing work on this that was using this

2    data, and this was the primary data source that

3    they were using, I would not accept this -- this

4    paper -- these -- these data in the peer-review

5    process because of this concern.

6              Q      And that concern is not alleviated by

7    the fact that the question was, "Did you vote in

8    the midterm election just held on November 8th,

9    2022"?

10             A      Again, that's --

11                   MR. ROSEBOROUGH:  I object to the

12   form.

13                   THE WITNESS:  That's four items

14   before they were asked about their wait time.

15   You're specifically analyzing about wait times,

16   then it's very possible that -- I'm not suggesting

17   that 90 percent of people made this mistake, but I

18   would be surprised if of the 1,000 or 1,100 people

19   would took this poll, if there weren't -- there

20   wasn't a single one who in their heads in

21   responding to the wait-time question conflated

22   their experience a day or two earlier, or maybe

Stephen Pettigrew , PhD                May 5, 2023
Georgia Senate Bill 202, In Re

Page 151

1    that same day, with what had happened a month

2    earlier.

3    BY MR. BARTOLOMUCCI:

4         Q    And your concern is not alleviated by

5    the fact that in all caps and in red it emphasized

6    to the interviewers that we're not talking about

7    the runoff, we're talking about the midterm?

8              MR. ROSEBOROUGH:  I object to the

9    form.

10              THE WITNESS:  It's emphasized to the

11    interviewers, not the respondents.  The -- it's

12    very possible that the interviewer didn't say a

13    word about this red text to the actual people

14    taking the poll.

15    BY MR. BARTOLOMUCCI:

16         Q    Now, you may have just answered

17    this --

18         A    Uh-huh.

19         Q    -- but let me -- and I could have

20    just immediately forgotten it, but when you wrote

21    your surrebuttal report --

22         A    Uh-huh.

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

                                                    Page 152

1             Q      -- had you seen this document?

2             A      I don't recall if I had not.

3             Q      Okay.

4             A      I don't -- yeah.

5             Q      So as you sit here today, do you have

6        any recollection of seeing this before?

7                    MR. ROSEBOROUGH:  I object to the

8        form.

9                    THE WITNESS:  I -- I don't think I've

10       seen this before.  The red text in particular, I

11       don't remember seeing.

12       BY MR. BARTOLOMUCCI:

13             Q      Okay.

14                    MR. BARTOLOMUCCI:  Let's make this

15       Exhibit 11.

16                    (Pettigrew Deposition Exhibit Number 11

17                    marked for identification.)

18                    MR. BARTOLOMUCCI:  Well, we'll do it

19       in a second.  Now we'll make it Exhibit 11.

20                    THE WITNESS:  Thank you.

21       BY MR. BARTOLOMUCCI:

22             Q      So this is a Defense-counsel-created

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 153

1          table that addresses your -- your point about the

2          discrepancy between the SPIA data --

3                    A       Uh-huh.

4                    Q       -- from 2022 --

5                    A       Uh-huh.

6                    Q       -- and the data on the Georgia

7          Secretary of State website from 2022.  And what

8          this chart does is it throws in the new 2022 data

9          from CES.

10                   A       Okay.

11                   Q       So as I understood your point, you --

12         you thought that the reliability of the SPIA survey

13         was undermined by the fact it had numbers that were

14         in variance with the Secretary of State's numbers?

15                           MR. ROSEBOROUGH:  I object to the

16         form.

17                           THE WITNESS:  That was -- yeah, that

18         was --

19         BY MR. BARTOLOMUCCI:

20                   Q       One of them?

21                   A       -- one of the things that I --

22                   Q       Yeah, one of them?

Page 154

1          A      Yeah.

2          Q      So what this chart aims to show is

3     that, in fact, the SPIA numbers are very close to

4     the CES numbers.  Now, both of those numbers are at

5     some variance with the Secretary of State numbers,

6     but the CES numbers and the SPIA numbers are -- are

7     pretty close, aren't they?

8                MR. ROSBOROUGH:  I object to the

9     form.

10               THE WITNESS:  I think in every case

11    here -- again, so this is only three demographic

12    groups, this is sort of a small cherrypicking of

13    demographic groups.  But in each of these cases,

14    the SPIA number is further away from the -- the

15    truth per the Secretary of State than the CES data.

16    BY MR. BARTOLOMUCCI:

17         Q      Now, these -- these three demographic

18    categories, they were also the ones that you looked

19    at to make your point?

20         A      They were ones that I mentioned, yes.

21         Q      Okay.  So, you know, whether or not

22    they're -- they're further away from the Secretary

Stephen Pettigrew , PhD                 May 5, 2023
Georgia Senate Bill 202, In Re

Page 155

```
1        of State, and I'm not sure that's -- that's true

2        really in -- with respect to Categories 2 and 3,

3        but you would agree with me that these numbers

4        are -- are very close to the CES numbers?

5                A    They're -- I mean, very close is sort

6        of an arbitrary scale, but --

7                Q    Well, let's --

8                A    -- that's hard.

9                Q    -- look at the "Under the age 30."

10               A    Uh-huh.

11               Q    So SPIA said 15.2 percent.

12               A    Uh-huh.

13               Q    CES said 14.3 to 15.3.  So the SPIA

14       number falls within that range, right?

15               A    I'm having trouble understanding why

16       there would be a range in the CES data.  There just

17       is a -- in the data there is a percentage of people

18       who took the CES in 2022, who were Georgia voters

19       and who were under 30.  I don't know why whoever

20       made this table put that in a range.  I also don't

21       know why there isn't a range for white.  So it's

22       really -- this is -- this is odd.  I just don't
```

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 156

1       know what to make of that, but I -- to your

2       question, 15.2 is between the numbers of 14.3 and

3       15.3.

4               Q       And, likewise, the 2022 SPIA data for

5       age 65 or older, which is 25.5, is -- is just

6       slightly above the top end of the range in the 2022

7       CES data?

8                       MR. ROSEBOROUGH:  I object to the

9       form.

10                      THE WITNESS:  Sorry.

11                      But again, I don't -- I don't know

12      why there's a range on that.  It's also worth

13      pointing out that this isn't -- you know,

14      there's -- there's no indication here of the

15      sizes of the margin of error of each of these

16      polls.  I don't know offhand what -- the SPIA

17      document indicates what their margin of error is.

18      And based on that, this -- this second column of

19      numbers is outside the margin of error of the

20      Secretary of State page.  It's very possible, I

21      don't know for certain, that the CES provides

22      a -- a wider margin of error and, in fact, is not

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 157

```
 1      outside the margin of error of the truth.
 2      BY MR. BARTOLOMUCCI:
 3            Q    Well, let's go back to exhibit -- I
 4      can't remember, it's the SPIA survey.
 5            A    Yes.  It's 9.
 6            Q    9.  All right.  Thank you.
 7                 MR. ROSEBOROUGH:  Oh, I'm sorry, the
 8      questionnaire or the results?
 9                 MR. BARTOLOMUCCI:  Oh, the --
10                 MR. ROSEBOROUGH:  9.  Yeah.
11      BY MR. BARTOLOMUCCI:
12            Q    Okay.  So we're going back to the
13      Exhibit 9, the SPIA survey.  And, again, I wish it
14      had been page numbered.  But let's -- so if you
15      start at the wait time page and then go -- one,
16      two -- three in.
17            A    Uh-huh.
18            Q    This is -- this was the question, you
19      know, "At a personal level how would you rate your
20      overall experience voting in this election?"
21            A    I see that, yes.
22            Q    You've got that page?
```

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 158

1          A     Yeah.

2          Q     Okay.  So this -- the excellent or

3    good response for black and white voters is very

4    similar, isn't it?

5          A     The numbers are -- yeah, for white,

6    72.7, for black, 72.6.

7          Q     That's -- that's the excellent.  And

8    then for good, 23.3 for whites and 23.6 for blacks,

9    right?

10          A     Those are the numbers there, yes.

11          Q     Okay.  So if -- if -- you know, if

12    you aggregated them, you know, the percentage for

13    blacks would be -- of excellent or good would be

14    slightly higher than white, wouldn't it?

15          A     Yeah.  If you added them together,

16    the -- the sums for the column for black voters

17    would be higher than --

18          Q     Yeah.

19          A     -- the sum for the white voters.

20          Q     And you had 0 percent for blacks

21    reporting a poor experience versus .9 for -- for

22    whites, right?

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 159

1           A      Those are the numbers here.  But,

2     again, they're -- that difference -- given that the

3     poll has a margin of error of a couple points,

4     that's not a significant difference.

5                  I think it's also worth pointing out

6     that, you know, to -- something that I was speaking

7     to earlier, the voting experience within a precinct

8     tends to be consistent across years, right, that

9     polling places that have long lines in one year

10    tend to have long lines in subsequent years.

11                 And so when you -- when you look at

12    information like this, it's -- it's -- it's -- in

13    some ways it's hard to -- what we may -- what we --

14    what we may be seeing here is that black voters are

15    expressing this level of contentment about their

16    overall experience because they're used to waiting

17    in longer lines more than white voters are and

18    things may -- maybe things weren't noticeably worse

19    this time around and so then they weren't going to

20    say that their experience is -- you know, was bad.

21                 The question asks, "What was your

22    overall experience," but when you ask survey

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 160

```
 1        respondents questions like this, they're inevitably
 2        going to be making a comparison in terms of like,
 3        well, is it better or is it worse than other times?
 4        How is it relative to the broad spectrum that I'm
 5        familiar with how voting experiences go?
 6                     So just because one group is -- two
 7        groups are given similar levels of satisfaction,
 8        doesn't mean that their actual lived experiences
 9        are the same.
10             Q    But -- but the question as stated was
11        not, "How was your experience in this election as
12        compared to prior elections," it was, "Rate your
13        overall experience voting in this election."
14             A    But I'm saying that -- that is the
15        text of the question.  But what I'm saying is that
16        what survey research finds is that when you
17        answer -- so -- so there's a political scientist
18        who wrote a book, John Zaller, he wrote a book
19        about public opinion.  And -- and the basic idea,
20        the basic framework of how he explains it -- and
21        this is -- this is the framework that I think most
22        survey researchers think about polling, is that
```

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 161

1          when you're asked a question like that, you've got
2          a whole bunch of things bouncing around in your
3          head that you're going to poll from in -- in
4          responding.
5                    And so the notion that your response
6          is necessarily reflective of some overall objective
7          measure of how good your experience was, just isn't
8          how people's brains work.  People cognitively are
9          going to be evaluating -- they're going to be
10         taking into account all the experiences they have,
11         all the different ideas bouncing around in their
12         head and they're going to be making comparisons
13         regardless of what the questions asks.  And so it
14         could very well be that -- I mean, what -- what
15         we've seen, what the data has shown, is that black
16         voters wait longer to vote in Georgia.
17                    The PCEA says that you -- that nobody
18         should wait longer than 30 minutes.  And black
19         voters are -- are more likely to wait longer than
20         30 minutes.  Whether or not that translates into
21         their overall satisfaction is beside the point
22         because there's probably a lot of voters in these

Stephen Pettigrew , PhD                     May 5, 2023
Georgia Senate Bill 202, In Re

Page 162

1      data that have never -- particularly black voters

2      have never experienced a line longer than 30

3      minutes, because lines are chronic within certain

4      counties or certain polling places.

5                  And so the idea that you can separate

6      out and -- and that anybody can objectively say

7      the -- that this is my experience relative to the

8      experience of people that I don't know, just

9      doesn't really stand up.

10            Q    Well, let me ask you this:  What is

11     your -- what do you claim to be your field of

12     expertise in this case?

13            A    I was --

14                 MR. ROSEBOROUGH:  I object to the

15     form.

16                 THE WITNESS:  So I was retained to --

17     to speak to my knowledge of -- of election

18     administration broadly, public opinion, and -- and

19     very specifically my work on long lines to vote.

20     BY MR. BARTOLOMUCCI:

21            Q    Are you an expert in human

22     psychology?

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 163

1                    MR. ROSEBOROUGH:  I object to the

2         form.

3                    THE WITNESS:  By "expert," what do

4         you mean?

5         BY MR. BARTOLOMUCCI:

6              Q     Do you have expertise in the area of

7         human psychology?

8              A     In areas that relate to public

9         opinion, yes.

10             Q     Do you have a degree in human

11        psychology?

12             A     I don't know of any university that

13        gives a degree in human psychology.

14             Q     Do you have a degree in psychology?

15             A     I do not have a degree in psychology.

16             Q     Are such degrees concerned with the

17        psychology of humans?

18             A     Sure.

19             Q     Okay.

20             A     Let me add though that I do have

21        expertise in polling and in survey research.  And I

22        published on polling and survey research.  And --

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 164

1      and survey research is, by definition, a

2      psychological study.  So to the extent that I have

3      expertise in polling and survey research, I do have

4      expertise in one area of psychology.  I can't speak

5      to neuroscience or something like that.

6                     MR. BARTOLOMUCCI:  All right.  I

7      think this would be a good point to take a little

8      break.

9                     MR. ROSEBOROUGH:  All right.  Sounds

10     good.

11                    MR. BARTOLOMUCCI:  Let's see what

12     time it is --

13                    MR. ROSBOROUGH:  Ten minutes?

14                    MR. BARTOLOMUCCI:  Yeah, let's do ten

15     minutes.

16                    MR. ROSEBOROUGH:  Be back at 1:30?

17                    MR. BARTOLOMUCCI:  Yeah.

18                    THE WITNESS:  Cool.

19                    VIDEOGRAPHER:  We're going off the

20     record.  This is the end of Media Unit 3.  The time

21     is 1:20 p.m.

22                    (Recess from 1:20 p.m. to 1:34 p.m.)

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 165

1                    VIDEOGRAPHER:  We are back on the

2          record.  This is the beginning of Media Unit 4.

3          The time is 1:34 p.m.

4          BY MR. BARTOLOMUCCI:

5                    Q    Okay.  We're back on the record.

6                         I had, I think, one more question

7          about the SPIA survey and then we'll go onto

8          something else.

9                    A    Sure.

10                    Q    You know, your view is that some of

11          the survey respondents may have been confused about

12          whether the question was talking about the -- the

13          midterm or -- or the runoff, right?

14                    A    Yeah.

15                    MR. ROSEBOROUGH:  I object to the

16          form.

17                    THE WITNESS:  That's possible, yeah.

18          BY MR. BARTOLOMUCCI:

19                    Q    Yeah.

20                         Is there -- do you have any reason to

21          believe that one racial group or the other would be

22          more confused by that question?

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 166

```
 1              A      Not -- not -- no, I don't -- I don't
 2        think so.  It just muddies the water in general.
 3              Q      But it -- but if we -- if it's fair
 4        to assume that whatever confusion was equal for all
 5        races, then sort of comparing the two numbers
 6        shouldn't be affected by your criticism?
 7                     MR. ROSEBOROUGH:  I object to the
 8        form.
 9                     THE WITNESS:  I would need to do a
10        little more thinking about that, but -- but yeah, I
11        don't have any reason to think at least, you know,
12        in the --
13        BY MR. BARTOLOMUCCI:
14              Q      Okay.
15              A      -- in the last few minutes, I don't
16        have any reason to think that one group would be
17        likely than the other.
18              Q      All right.  Let's go back to your
19        report.  This was Exhibit 4.
20              A      Uh-huh.
21              Q      Section 4 starts on page 26.  And
22        this is about the impact of the gift ban on -- on
```

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 167

1    wait times.

2              A      Uh-huh.

3              Q      So am I right that SB202 has -- has a

4    provision that makes it unlawful to give any money

5    or gifts, including food or -- or -- or drink to a

6    voter within 150 feet of the polling place or

7    within 25 feet of any voter standing in line?

8                     MR. ROSEBOROUGH:  I object to the

9    form.

10                    THE WITNESS:  I don't have the

11   specific provision in front of me, but I -- I --

12   that sounds to me like the way -- the way that you

13   characterized it sounds like my understanding of

14   the law.

15   BY MR. BARTOLOMUCCI:

16             Q      Okay.  Because -- because reading

17   your report, I think, you know, one could be

18   forgiven if they drew the conclusion that it only

19   applies to food or drink.  But, you know, would you

20   agree with me that the provision is phrased in

21   terms, you know, money or gifts including food or

22   drink?

Stephen Pettigrew , PhD                      May 5, 2023
Georgia Senate Bill 202, In Re

                                                        Page 168

1                    MR. ROSBOROUGH:  I object to the

2          form.

3                    THE WITNESS:  In reviewing the law, I

4          was curious as to what -- so basically every state

5          has -- has laws against vote -- buying vote bribery

6          and those sorts of things.  I was curious what --

7          what Georgia's rule said, and -- and my reading of

8          what was on the books prior to SB202 and what is

9          now on the books is that SB202 specifically is --

10         is geared toward things that weren't already

11         covered in the law, food and water, and in

12         particular changes the rules around not just a

13         buffer zone around the physical polling place

14         itself, but also around the sort of amorphous

15         location of where the line actually is.

16         BY MR. BARTOLOMUCCI:

17                   Q     Well, if I tell you that the

18         provision at issue, you know, expressly applies to

19         money or gifts, do you have any reason to doubt me?

20                   A     I'd need to look at the specific

21         language of the bill.

22                   Q     Okay.  Now, in -- in terms of food

Stephen Pettigrew , PhD                      May 5, 2023
Georgia Senate Bill 202, In Re

Page 169

1      and water, I think you -- you make the point that

2      voters who were standing in a long line, you know,

3      particularly if it's hot, may -- may want water.

4      Well, I mean, that's right, that's your -- your

5      view?

6              A      Yeah, if you're waiting for a really

7      long time, you might get hungry or thirsty.

8              Q      Now, is line length in Georgia

9      something that is well known?

10                      MR. ROSEBOROUGH:  Object to the form.

11                      THE WITNESS:  What do you mean?

12      BY MR. BARTOLOMUCCI:

13              Q      Is it well known in Georgia that

14      sometimes the lines are long?

15              A      Well known by who?

16              Q      Voters.

17              A      It depends on which voters you talk

18      to.  Many voters in any state, and some voters in

19      Georgia, never experience long lines.  So it's

20      possible there would be voters who would be

21      surprised to learn that some people wait in a long

22      line.

Stephen Pettigrew , PhD                May 5, 2023
Georgia Senate Bill 202, In Re

Page 170

1          Q     There's no prohibition on bringing

2     your own food or -- or drink to -- when you go to

3     vote, is there?

4          A     Not that I'm familiar with, but it

5     would -- but -- but this provision would make it

6     illegal to share it with anybody, including, for

7     example, a spouse.

8          Q     It's also the -- the case that the

9     poll workers can set up a self-service water stand

10     where people can draw water, right?

11          A     That's always been the case.  That's

12     not a change SB202, to my knowledge.

13          Q     So prior to SB202, why -- why don't

14     we talk about the 2020 election.

15          A     Okay.

16          Q     What -- what groups were passing out

17     food and water in 2020?

18          A     I don't know the answer to that.

19          Q     Do you know how many groups were

20     passing out food and water in 2020?

21          A     I do not know.  It's beyond the scope

22     of what I was asked to look into.

Stephen Pettigrew , PhD                May 5, 2023
Georgia Senate Bill 202, In Re

Page 171

1          Q      Do you know what percentage of

2     polling locations had groups passing out food and

3     water?

4          A      Again, it wasn't in the scope of what

5     I was asked to look at.

6          Q      Now, your analysis of the -- of

7     the -- of the gift ban covers pages 26 to 28.  Is

8     that right?

9          A      That seems to be right, yeah.

10         Q      All right.  So what -- what evidence,

11    if any, did you cite for the proposition that

12    passing out food or drink will make people more

13    likely to stay in line?

14         A      That was not -- that is not something

15    that I claim in my report.  Let me -- let me be

16    specific about what I -- about what this section is

17    meant to emphasize.  So the heading here is that

18    SB202 places new burdens on voters waiting in line.

19    I make no claim as to whether the -- the ban on

20    line warming, providing water, food, that sort of

21    thing, I make no claim as to whether it is going to

22    encourage people to stay in line or, you know, make

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 172

1       people more or less likely to -- to vote, but I

2       view it -- so there is evidence -- I make no claim,

3       but there is evidence that, from some of my

4       published work and the work of others, that the

5       experience that people have when voting has an

6       effect on whether they vote in subsequent

7       elections.

8                   So -- so there is reason to think the

9       directionality might be there, although I don't

10      make any claim as to like the size of that effect

11      for something like this.  But I think more

12      important is just the emphasis that my analysis

13      here of this provision specifically ties back to

14      my -- the stuff that we talked about earlier this

15      morning and -- and earlier in the report where it

16      is the case that Georgia has some of the longest

17      lines in the country.  Those lines in particular

18      are more likely to afflict a black voter versus a

19      white voter.

20                  So a provision like this, as a

21      consequence, is likely to make the voting

22      experience worse for people who are more likely to

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 173

1    experience a long line.  In Georgia, it's the case

2    that that -- that black voters that that's the

3    case.  And so this is just an added kind of burden.

4    It's a -- it's a not -- not having the opportunity

5    to -- for a nonprofit organization or something

6    like that to provide line relief to people waiting

7    in long lines, just makes the whole process more

8    uncomfortable for people who are waiting in those

9    lines.

10        Q    Now -- now, you said that the

11   experience one has voting --

12        A    Uh-huh.

13        Q    -- can affect whether they vote in

14   subsequent elections right?

15        A    Uh-huh.

16        Q    And is that referenced in your

17   examination of the consequence of line length on

18   future voting?

19        A    The -- yeah, the paper that we talked

20   about very early on today --

21        Q    Yeah.

22        A    -- yeah, it is a reference to that.

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 174

1        I -- I find that the language of that paper

2        describes that election officials don't like using

3        this terminology, but one way you can think of it

4        as is the customer service experience that you get

5        when voting as an effect on whether you want to

6        come back and do it again.  And -- and that's --

7        customer service is a -- you know, a broad general

8        term that encompasses a lot of things, but one of

9        those things is how long you wait and how pleasant

10        an experience that was for you.

11               Q     Your study was specifically about the

12        effect of long lines -- of long wait times --

13               A     That's correct.

14               Q     -- on future voting?

15               A     That's correct.

16               Q     So your -- your study had -- had no

17        reference to whether third-party organizations can

18        pass out food and water?

19               A     That paper -- the specific analysis

20        in that paper focused on how long people waited to

21        vote.  There is other research out there about

22        other things related to voting.  And then when you

Stephen Pettigrew , PhD                     May 5, 2023
Georgia Senate Bill 202, In Re

Page 175

1      make the voting process more difficult or more

2      uncomfortable, those other pieces of research find

3      that it has a detrimental effect on -- on people's

4      turnout subsequently.

5                    As far as I know, I mean, I -- as far

6      as I know, I don't know of any state that has a

7      provision this restrictive as Georgia does, and so

8      as a result, I don't know of any academic research

9      on this specific piece of this law because it's

10     a -- a pretty unique one.

11               Q     But you -- you don't cite any studies

12     that deal with passing out food and water to folks

13     in line?

14               A     Again, I know of no state that has --

15     that has created -- it's possible since the passage

16     of SB202 other states have mimicked this law.

17     But -- but through 2020, I know of no state that

18     has a law that specifically bans any kind of line

19     relief within a distance of -- within a certain

20     distance of anybody standing in line.  Every -- and

21     I've gone through the -- the, you know, election

22     law to -- to explore this.

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 176

1              Every state that I've encountered or

2       that I've looked at, they have bans of this sort.

3       Often -- often these are referred to as like

4       electioneering bans, so things like passing out

5       pamphlets and that sort thing, but also bans -- I

6       mean, every state has bans on like political

7       bribery, electoral bribery.  But when those bans

8       are specifically dealing with a polling place,

9       those are always casted in terms of a radius around

10      the physical polling place.  And usually there's a

11      specific definition of the front door of that place

12      or the -- or the building itself.

13              This provision in Georgia is unique

14      in that it not only does that sort of ban, but it

15      also extends the ban to within 25 feet of anybody

16      standing in line.  So it's a moving target all day

17      as the line grows or shrinks.

18              And I know of no other state that has

19      a provision like that, and so as a result I don't

20      know of any research that's looked at that.  I --

21      I -- before this bill went into effect, I hadn't

22      even considered the possibility that a state would

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 177

```
 1      do something like that.  And I don't know that

 2      other researchers had ever considered that

 3      possibility.

 4             Q      And -- and you, yourself, didn't

 5      conduct any study of the effect of the -- of the

 6      line warming rule?

 7             A      I mean, I think my whole report

 8      speaks to the implications of the line warming.

 9             Q      Well, maybe "test" is a better word.

10      You haven't conducted any tests?

11             A      Can you be more specific?

12             Q      Did you do any sort of experiment to

13      assess the effect of the -- of the line warming

14      position on voter behavior?

15             A      I didn't.  And, again, I don't make a

16      claim as to the -- the specific effect that it will

17      have.  The only claim that I'm making is that lines

18      tend to be worse for non-white voters in Georgia,

19      and as a -- and -- and this provision specifically

20      has the biggest impact on people who are in a long

21      line, therefore this provision has a bigger impact

22      on people who wait in long lines who tend to be
```

Stephen Pettigrew , PhD    May 5, 2023
Georgia Senate Bill 202, In Re

Page 178

1      non-white.

2              Q    But -- but the notion that it has a

3      bigger impact on people in long lines, that's your

4      intuition, it's not based on any academic

5      literature?

6              A    It's hard for me to see how a -- a

7      provision that bans line warming in the case of a

8      line that extends more than 150 feet from a polling

9      place would not affect people who are waiting in

10     long lines.  I don't know of any other possible

11     circumstance that that could be relevant except for

12     people who are waiting in long lines.

13             Q    Do you think it would be proper for

14     someone to go up to a -- a voter standing in line

15     and just give them a hundred dollars?

16                  MR. ROSEBOROUGH:  I object to the

17     form.

18                  THE WITNESS:  I think -- a hundred

19     dollars for what?

20     BY MR. BARTOLOMUCCI:

21             Q    Here's a hundred dollars.

22             A    I haven't really thought about it.  I

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 179

1    guess it depends if -- if it's -- it depends on a

2    lot more things than the scenario that you gave me

3    just there.  If it's, you know, I'm standing in

4    line and my wife comes and gives me a hundred bucks

5    because I needed some cash for something I was

6    doing after voting, that's different than other

7    circumstances, so it's hard to say.

8            Q    No, let's say that someone from, you

9    know, a nonprofit organization, you know,

10   approaches a voter who's standing in line and says,

11   "Done leave the line, you know, here's a hundred

12   dollars, stay in line"?

13           A    I think -- I think if that were the

14   specific thing that they said, my understanding of

15   the law is that that would be an illegal act

16   under -- under -- before SB202 to explicitly pay

17   somebody in that fashion for -- I'm -- I'm not

18   certain of this, but my understanding is that that

19   pre-SB202 would have been illegal anyway.

20           Q    Do you think that voters who see

21   other persons, you know, around the polling place

22   approach other voters and give them something of

Stephen Pettigrew , PhD                          May 5, 2023
Georgia Senate Bill 202, In Re

                                          Page 180

1          value, do you think that, you know, the observing

2          voter could have concerns about what's going on?

3                    A       By observe --

4                         MR. ROSEBOROUGH:   I object -- I

5          object to the form.

6                         THE WITNESS:   By observing voter, you

7          mean?

8          BY MR. BARTOLOMUCCI:

9                    Q       The voter who watches someone else,

10         you know, receive a gift from a -- from a third

11         party while they're in line, do you think that

12         raises legitimate concerns for -- for voters?

13                        MR. ROSBOROUGH:   Same question --

14         same objection.

15                        THE WITNESS:   I'm fortunate enough

16         that I haven't lived somewhere where lines are

17         long.  No, I actually take that back.  When I lived

18         in Georgia, lines were long.  But it's the one

19         place that I've lived of all the three states I

20         voted in, Georgia is the one place that I stood in

21         a long line.  But I will say I've never been

22         somewhere where there were these sort of

Stephen Pettigrew , PhD                May 5, 2023
Georgia Senate Bill 202, In Re

Page 181

1        line-relief activities going on.

2                    My impression of how they work is

3        that it's typically somebody with water,

4        sometimes maybe slices of pizza, that sort of

5        thing, just going down the line and -- and

6        providing it to anybody in line.  I -- I don't

7        know, I don't -- again, I haven't had that as a

8        firsthand experience fortunately, but it doesn't

9        strike me that when this sort of thing happens,

10       they're -- they're providing these things to

11       specific voters in line.

12                   It's a -- it's a resource, it's

13       a -- it's line relief that's available to anybody

14       in line.  And so because that -- you know, if

15       that's the case, which I, impressionistically,

16       believe it to be.  But, again, I've never stood

17       in one of these long lines.  If that's the case,

18       then I don't think any voter in the line would --

19       would -- would believe what sort of the way

20       you're construing it because it's something

21       that's being provided to anybody.

22              Q    Well, pre-SB202, there was no

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 182

1          requirement that water be offered to everybody in

2          line, right?

3                          MR. ROSEBOROUGH:  I object to the

4          form.

5                          THE WITNESS:  Pre-SB202 there was

6          no -- could you say that again?

7          BY MR. BARTOLOMUCCI:

8                  Q      Before SB202, was there any

9          requirement that said nonprofit organizations have

10         to offer the water to everybody in line?

11                 A      I don't --

12                         MR. ROSEBOROUGH:  I object to the

13         form.

14                         THE WITNESS:  My understanding is

15         that the -- the law before SB202 didn't make any

16         claim or requirement of -- of anything related to

17         this activity.

18         BY MR. BARTOLOMUCCI:

19                 Q      Exactly.

20                         So if a group wanted to, they could

21         offer water to only people of a certain race or age

22         group, right?

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 183

1              A      I have --

2                     MR. ROSEBOROUGH:  I object to the

3      form.

4                     THE WITNESS:  I have no idea whether

5      that would be legal or not.  But --

6      BY MR. BARTOLOMUCCI:

7              Q      Well, you just said that before

8      SB202, there was no rule.

9                     MR. ROSEBOROUGH:  I object to the

10     form.

11                    THE WITNESS:  As far as I know, but

12     yeah.  I'll add that -- I lost my train of thought.

13     Why don't you ask --

14     BY MR. BARTOLOMUCCI:

15             Q      You can add it later.

16             A      Yeah.  Thanks.  Yeah.

17             Q      So is there anything that SB202 that

18     stops a group from going to the end of the line and

19     standing 26 feet away from the end of the line and

20     offering water to anyone, you know, who wants to

21     come over and get it before they join the line?

22             A      The letter of the law suggests that

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 184

1    that would be legal.  But -- but what I describe in

2    my report is why that's just not feasible.  The end

3    of line is something that's constantly moving.  So

4    for example, you know, if -- if you're -- you're

5    providing water, then necessarily you're bringing a

6    cooler or something like that.  You may have a

7    little table set up 26 feet away from the line, but

8    as the line gets longer, you potentially go from a

9    circumstance where you are legally set up far

10   enough away from the line and now you have to move

11   and you have to move again.  It's a constantly

12   moving target which makes this, you know,

13   particularly tricky for -- for somebody providing

14   line relief to -- to deal with.

15                    The other thing that I'll say is

16   that, and as I talk specifically in my report, you

17   can set up that line-relief table, but you can't

18   bring the water to anybody.  So somebody has to get

19   out of line to go get that water.  If I -- if

20   somebody gets out of line, there's nothing in the

21   law that says that they have -- they have to be

22   allowed their spot back.  Right?  The people around

Stephen Pettigrew , PhD                May 5, 2023
Georgia Senate Bill 202, In Re

Page 185

1      them could raise a ruckus and say, "No, this person

2      got out of line."  I mean, people are grumpy

3      sometimes and so --

4              Q    You could also turn to your neighbor

5      and say, "Hey, I'm really thirsty, I'm going to go

6      get a bottle of water.  Will you hold my spot for

7      me?  Sure.  No problem.  Go get the water."  It

8      could happen.

9              A    It -- it certainly could.  And I

10     would hope that more people would be like that than

11     others, but it -- it isn't the case that everybody

12     is going to be like that.

13                  Importantly, there's two other things

14     here that -- that haven't come up.  One is that if,

15     for example, I'm in line with my wife, everybody

16     around me says, "Great, go ahead, go grab water," I

17     go get water.  The letter of the law, if I come

18     back with a cup of water or a bottle of water and I

19     share it with my life, I have just broken the law.

20     It is illegal for me, for anybody, to share -- it's

21     I'm giving her a gift of water.  The law is very

22     explicit in saying anybody who does this within 25

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 186

1    feet is breaking this law.

2              The other piece that is important too

3    is thinking about what happens at the end of the

4    day.  So -- so I mentioned earlier, in, as far as I

5    know every state, if you are in line when it's poll

6    close time, as long as you stay in line, you're

7    allowed to cast your ballot.  At the end of the

8    day, it is -- somebody who -- somebody who's

9    waiting in a long line, and potentially has been

10   there for quite a long time, there are people in

11   Georgia who have waited hours to vote, if they get

12   out of the line to get water, in that circumstance,

13   they have just forfeited their right to vote.  No

14   questions asked.  They've gotten out of line after

15   poll closed to get water, this law makes it so that

16   they would not be able to vote if they got out of

17   the line for water or any other line relief.

18         Q    Do you know of any actual instances

19   in which that's happened?

20         A    So I -- so in 2022, I don't know of

21   any specific instances, although it's not actually

22   something that I've looked into.  I will say that

Stephen Pettigrew , PhD                                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 187

1       given sort of the political contentiousness of

2       Georgia, the -- the dividedness of the state, and I

3       think the level of political heat that we're likely

4       to see in 2024, and the fact that lines are going

5       to be longer in 2024 than they were in 2022, it

6       will surprise me if there is not an instance of

7       this happening in 2024.

8               Q      But that's speculation?

9               A      The 2024 election hasn't happened

10      yet, so it's -- it's based on -- based on my

11      understanding of politics and the provision of this

12      law, I think there will be something -- if this law

13      is in effect in 2024, there will be some sort of

14      media reports of something of this sort happening.

15              Q      And, again, that's a prediction or

16      speculation?

17              A      It's an educated prediction.

18              Q      You just said lines will be longer in

19      2024.  And you're saying that because that's a

20      presidential election year, right?

21              A      It's pretty much always the case that

22      lines are longer in presidential years than

Stephen Pettigrew , PhD    May 5, 2023
Georgia Senate Bill 202, In Re

Page 188

1       midterms.

2               Q     Do you know of any prosecutions of a

3       person for giving water to a family member?

4               A     I -- as far as I know, I am not

5       familiar with any.  But under the law, that would

6       be -- to my reading, that -- that's possible.

7               Q     Now, on page 28 of your report,

8       heading 4.2 is, "SB202 will negatively affect wait

9       times."

10              A     That's right.

11              Q     Are you saying that it will, in fact,

12      have that causal effect?

13              A     I --

14                    MR. ROSEBOROUGH:  I object to the

15      form.

16                    THE WITNESS:  What do you mean by

17      causal effect here?

18      BY MR. BARTOLOMUCCI:

19              Q     Well, we spent a lot of time talking

20      about what --

21              A     Sure.

22              Q     -- causation is.  As a social

Stephen Pettigrew , PhD                May 5, 2023
Georgia Senate Bill 202, In Re

Page 189

1      scientist, are -- are you saying that there is

2      sufficient evidence for you to offer the opinion

3      that SB202 will, in fact, have an effect upon wait

4      times in the future?

5              A    Yes, I think that lines will be

6      longer in Georgia under SB202 than they would have

7      been if SB202 were not in effect.

8              Q    And what's your basis for saying

9      that?

10             A    So I have a bunch of things that I

11     discuss in here, several sections, but the -- the

12     main crux of it comes down to one of the things

13     that we talked about earlier, which is that queuing

14     theory tells us that if you have more people show

15     up to vote, all things equal, lines are going to

16     get longer.

17             SB202 has several provisions in it

18     that that the litany of -- or a whole bunch of

19     academic research, my own as well as others,

20     indicates will result in more people either not

21     turning out to vote at all or potentially turning

22     out to vote in person, which is going to have an

Stephen Pettigrew , PhD                              May 5, 2023
Georgia Senate Bill 202, In Re

Page 190

1        effect on how long the lines are.

2                Q       And these are the things listed in

3        4.21, 4.22 --

4                A       That's right.

5                Q       -- and 4.23?

6                A       That's right.  The main -- the main

7        ones here are changes to mail voting, which is

8        going to encourage people to vote in person,

9        changes to the runoff schedule.  And then I -- you

10       know, there's some provisions in here that SB202

11       changes things related to early voting, but I

12       address why those aren't going to solve this

13       problem.

14               Q       All right.  So 4.21 is about mail

15       voting restrictions?

16               A       Uh-huh.

17               Q       That section goes from page 29 to 33?

18               A       That's right.

19               Q       Do you cite any academic studies in

20       that section?

21               A       In fact, I -- that specific section,

22       I don't, although perhaps it's poor form because

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

                                        Page 191

1     I'm relying on work -- papers that I've cited in

2     other pieces of the -- of the report, including

3     some of my own.

4           Q     Have you done any tests or

5     experiments to assess the effect of mail voting

6     provisions in SB202?

7           A     So in SP202, I -- again have only

8     been one election cycle, and I -- I didn't do any

9     sort of experiment around that, but my conclusions

10    here are drawn from -- for example, some of my work

11    that I talked about earlier where I find that when

12    the -- when the -- you make it more difficult to

13    vote by one mode of voting, people either don't

14    vote at all or they switch to a different mode of

15    voting.  So in that context, I show that when

16    people wait in a long line, very -- they're more

17    likely to not turn out at all, but they also turn

18    to voting by mail.

19                The changes to -- so there's plenty

20    of other academic research out there that shows

21    that making aspects of voting more onerous, more

22    difficult, just -- just adding layers to the

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 192

1     process makes people less apt to engage with those

2     new layers, those new burdens.  And in this

3     context, when we see changes to the mail voting

4     regime, so, for example, limiting nonprofit

5     organization's ability to send out the form

6     required to request a mail ballot, changes to those

7     rules, changes to drop box availability, changes to

8     identification requirements with mail ballots, all

9     of those things, the academic research that's out

10    there suggests that just -- I mean, you can just

11    say at a minimum, they're not going to make people

12    more likely to vote.

13                  In fact, the directionality suggests

14    that they're going to make them less likely to

15    either vote at all or -- or they'll still vote, but

16    they'll go vote in person.  So I make no claim -- I

17    make no, like, specific numeric estimate of these

18    effects, but the literature is pretty unequivocal

19    in telling us the directionality that this will

20    have an effect.

21          Q     So you think it will have an effect,

22    but you can't tell me what that effect will be

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 193

1    precisely?

2             A    One election is not going to be

3    enough to -- you know, I -- I could do a study of

4    2022, but in order to establish a -- a causally

5    identified point estimate of this effect, I'm going

6    to -- you need more data than just one -- one

7    year's election.

8             Q    Okay.  But you -- you did not study

9    2022.  Is that right?

10                 MR. ROSEBOROUGH:  I object to the

11    form.

12                 THE WITNESS:  The data was not

13    available when I -- when I wrote the meat of this

14    paper.  Although, I will say I did study the second

15    piece that I -- I guess maybe we'll get into.

16    Related to runoff voting, I did study data around

17    runoff voting.  And -- and can see that SB202,

18    things were quite bad during runoff -- during the

19    runoff early voting period under SB202.

20    BY MR. BARTOLOMUCCI:

21             Q    And you think it's fine to study 2022

22    for that purpose, that that --

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 194

1          A     Had -- had the 2022 general election

2     data been available to me when I wrote this report,

3     I would have analyzed it.  And I would have had the

4     same conclusions as I have today, it just wasn't

5     available then.  The runoff data was -- was

6     available to me because it was data that I

7     collected and so I was able to analyze that.

8          Q     If you were writing this paper, you

9     know, not to submit as an expert report in this

10    litigation, but to try to publish something in a

11    reputable journal --

12         A     Uh-huh.

13         Q     -- would you have waited until you

14    had 2022 data so that you could look at that?

15              MR. ROSEBOROUGH:  I object to the

16    form.

17              THE WITNESS:  I was asked to

18    analyze -- I was asked these questions in writing

19    this report:  I was asked to analyze what are the

20    historical patterns of long lines in Georgia, how

21    long are they, do they have an effect on certain

22    racial groups versus other racial groups, how do

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 195

```
 1        they compare to other states; I was asked to make

 2        my expert evaluation of how I think SB202 might

 3        affect long lines; and I was asked to evaluate --

 4        or not evaluate, just sort of discuss the

 5        literature and what the literature tells us about

 6        the consequences that long lines have on voters.

 7                    When I worked on this report, the

 8        2022 -- I did the bulk of this report before the

 9        2020 general election had even happened, so it

10        just wasn't possible.  If I were -- if I were

11        trying to publish a paper providing a -- a

12        numeric point estimate of -- of how much of an

13        effect this has, then certainly I would have used

14        data from -- from under the SB202 regime.  But

15        that wasn't the -- the purpose of this report.

16        That wasn't what I was asked to do.

17        BY MR. BARTOLOMUCCI:

18             Q     Okay.  But the answer to, you know,

19        would you have waited for 2022 data if you were

20        writing an article as opposed to an expert report,

21        the answer to that is yes, you would have waited?

22             A     I probably would have waited -- I
```

Page 196

1    mean, if we want a precisely estimated effect of

2    SB202, we need more than one election.  We need

3    several elections.  And -- and so -- I mean, in an

4    ideal world, if SB202 is in effect for the next

5    hundred years, I would love to be hundred years

6    from now and have a hundred years of data to -- to

7    its effect, but that's not -- you know, that's not

8    the world that we live in so yeah.

9         Q    You just did the best you could

10   because you needed this report by January of 2023,

11   and you didn't have, you know, any 2022 data to

12   use?

13        A    I was not asked to provide a point

14   estimate of -- of how big of an effect SB202 was

15   going to have on long lines, largely because it's

16   not necessary.  We know from the established

17   research the directionality of how long -- or the

18   directionality of the effect.  These -- these

19   restrictions -- these things that make mail voting

20   more difficult are not going to make people more

21   likely to vote by mail.  The shortening of the --

22   of the redistrict -- or sorry, the shortening of

Stephen Pettigrew , PhD                May 5, 2023
Georgia Senate Bill 202, In Re

Page 197

1    the runoff window from two months, eight or ten

2    weeks before, to just four weeks, and as a

3    consequence of shortening the early voting period

4    from three weeks to five days, that's not going to

5    make lines shorter during the early voting period.

6    Those things are very clear.  You don't need a

7    point estimate to know the directionality.  The

8    research is very clear on that.

9         Q    So you talk about several of the

10   provisions that you say will push voters toward

11   voting in person or -- or not at all.

12        A    Uh-huh.

13        Q    One of them is the provision about

14   third-party organizations sending mail ballot

15   applications to a voter if the voter has already

16   requested an application, right?

17        A    (Moving head up and down.)

18        Q    So can you point me to any academic

19   literature on the effect of a provision like that?

20        A    Do you mean on a provision related to

21   sending mail ballot applications or this extra

22   nuance of but only for people who haven't requested

Stephen Pettigrew , PhD                May 5, 2023
Georgia Senate Bill 202, In Re

                                        Page 198

1     one?

2              Q     Exactly that.  Has there been any

3     academic research on a law that says if a voter has

4     already requested a -- a ballot application, a

5     third-party organization may not send them another

6     one?

7              A     There is research.  There's --

8     there's experiments that show that sending mail

9     ballot applications to voters encourage and result

10    in them using mail ballots at higher rates.  I --

11    and so I don't know of a study that -- that zooms

12    in even further than that and studies the specific

13    provision, although -- yeah, it's -- the research

14    is very clear that this is a way that nonprofits,

15    even local election officials in some states,

16    can -- can send these mail ballot applications out

17    to everybody.  And it has a positive impact on how

18    many people vote by mail, and as a consequence,

19    fewer people are slowing up to vote in person.

20              It's important to remember that for a

21    local election official, mail ballot -- mail

22    ballots are one of their best tools for solving the

Stephen Pettigrew , PhD          May 5, 2023
Georgia Senate Bill 202, In Re

Page 199

1      problem of long lines.  The more people that a

2      jurisdiction can get voting by mail means fewer

3      people are voting on election day or early in

4      person, and lines become less of a problem when you

5      have few people --

6              Q     Now, we're talking about voters who

7      have already, on their own initiative, requested a

8      mail -- a mail ballot application, right?

9              A     That's -- yeah, that's -- yeah, your

10     characterization --

11             Q     So --

12             A     -- with the --

13             Q     Yeah, I'm just --

14             A     -- seems to be what the -- yeah, what

15     we have here.

16             Q     So, I mean, it's not obvious to me

17     that a restriction on sending a second or third --

18             A     Uh-huh.

19             Q     -- application to the same voter --

20             A     I see.

21             Q     -- is going to affect whether they

22     decide to go vote in person or -- or send in an

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 200

1      application.  So I want --

2                A      Yes.

3                Q      -- to know --

4                A      Yeah.

5                Q      -- what academic literature speaks to

6      that scenario.

7                A      So I think the key thing here is

8      thinking through the circumstances here of how

9      these organizations and how they actually go about

10     these -- you know, sending out these mail ballots,

11     right?

12                     This specific nuance to this law

13     means that any organization that might be

14     interested in making this process easier by sending

15     out mail ballots to everybody in a neighborhood,

16     everybody on their mailing list, whatever it is,

17     everybody in the county if they wanted, it

18     discourages those organizations from doing that,

19     because if there's even one person out there who

20     maybe had already requested a mail ballot and --

21     and that organization hadn't taken them off that

22     list, they would be breaking the law.

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 201

1          It's just adding -- adding a -- a

2     barrier to those organizations' ability to use this

3     tool to encourage people to vote by mail by having

4     this extra nuance.  And, frankly, the nuance is --

5     is, from a practical perspective, from the

6     perspective of preventing people from applying

7     twice, right?

8          We're not even talking here about

9     casting two ballots.  We're just talking about

10    somebody potentially getting a form to apply for a

11    mail ballot twice.  If a county gets a second mail

12    ballot request from a voter, it doesn't matter,

13    they'll just throw it in the trash if they've

14    already -- if they've already processed the first

15    one.

16          So -- so, to me, this provision,

17    the -- the reason this provision has a consequence,

18    and what the literature suggests, is that it's good

19    for -- it -- it -- more people vote by mail when

20    you encourage them to vote by mail by sending out

21    these forms.  This provision, my understanding

22    of -- of the law and my understanding of the

Stephen Pettigrew , PhD                May 5, 2023
Georgia Senate Bill 202, In Re

                                        Page 202

1    literature, my conclusion would be this is going to

2    discourage those organizations from taking those

3    actions and, thereby, have less of a likely that --

4    that folks would vote by mail.

5             Q     But you cite no data for that here,

6    right?

7             A     Some of the -- some of the other

8    research that I cite in here, I believe, speaks

9    to -- speaks to this idea.  On this specific

10   paragraph, I don't have a citation, that's correct.

11            Q     Now, on page 30, paragraph 2, you

12   say, "While it is beyond the scope of this report

13   to estimate the exact impact that these changes

14   will have on how many voters cast a mail ballot, it

15   is reasonable to assume that these changes will not

16   increase the rates of voting by mail and are much

17   more likely to decrease mail voting rates."

18            A     That's right.

19            Q     So you stand by that?

20            A     I do.  And -- and that's based on my

21   assessment of, again, what I said the literature

22   that's out there about these sorts of provisions.

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 203

1           Q      And you go on to say that these

2      changes, you know, I think you say, mean that it

3      may have a small impact on mail ballot rates in

4      Georgia.  Is that fair?

5           A      That's not exactly what I'm saying

6      here.  What I'm -- what I'm saying here, and what I

7      do subsequently throughout this section, is

8      illustrating that to the extent that there is this

9      effect, even when it's small, it can have huge

10     impacts on long lines, particularly in places that

11     already are afflicted by long lines.  So I'm not

12     suggesting that the effect is small, what I am

13     saying is that even if the effect is small, it can

14     have a huge downstream consequence on long lines.

15          Q      Now -- now, what is this simulation

16     on pages 31 and 32?

17          A      Do you want me to explain -- can you

18     say a little more of what you want me to explain?

19          Q      Well, is this simulation based on any

20     empirical data or is --

21          A      Yes.

22          Q      -- this a thought experiment?  What

Stephen Pettigrew , PhD                May 5, 2023
Georgia Senate Bill 202, In Re

Page 204

1      is this?

2              A      Yeah.  So -- so the -- the purpose

3      here is just to illustrate this point that when you

4      have -- you have two polling places, one of the

5      polling places has, you know, relatively few people

6      waiting longer than 30 minutes, the average wait

7      time is quite small.  You have a different one that

8      has -- you know, where lines are problematic.

9              What this -- what the purpose of this

10     simulation is just to illustrate that if you had

11     equal numbers of people to each of those polling

12     places, say in this case just ten extra people or

13     20 extra people, it has a little bit of an effect

14     on the polling place that didn't have a long line,

15     but it has a much bigger effect in terms of average

16     wait time, in terms of people waiting longer than

17     30 minutes on that polling place where lines were

18     long.

19              And to your question of whether this

20     is driven by data, this is a simulation study,

21     which is a -- a common thing that focus do in -- in

22     studying, for example, the effect of a law where we

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 205

1       don't have good data yet.  This is grounded in

2       data.  Right?  So I -- I looked at -- and I -- I

3       don't recall if --

4               Q     But you said it's for when you don't

5       have good data yet.

6               A     So I'm saying when -- when we don't

7       have like, for example, data from -- let me -- let

8       me be clear.

9               Q     2022?

10              A     Yeah, let me -- let me be clear.  You

11      use a simulation study like this when you don't

12      have lots of years of empirical, you know,

13      historical data that you can use to assess the

14      effect of a law.  This -- this simulation is driven

15      by data insofar as when you set up a simulation

16      like this, you have different parameters that go

17      into the simulation.

18                      And I -- I follow -- I don't say it

19      here, it's -- it's earlier in the report, I follow

20      some of the work that people who do queuing theory

21      work and people who specifically look at long

22      lines, where, for example, the MIT Election Lab as

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 206

1      a tool that election officials can use to -- they

2      put in how many voters do I have, how many machines

3      do I have, how -- you know, like how long -- how

4      often do we think voters are going to be arriving.

5      And that can help a local election official to

6      figure out how long the lines are likely to be.

7                I use that exact same method here to

8      set up a situation where we have a -- we have two

9      polling places of 200 voters, but one has a lot

10     longer lines than the other, and just show using

11     those same empirical, those same simulation methods

12     more specifically, that when you add small amounts

13     of voters to each of these polling places, the

14     results are huge in -- in the -- in the polling

15     place where lines were already long.

16                So if you look at Table 4.1, if you

17     have a polling -- if -- if you have a polling

18     place, so -- so Table 4.1 is the polling place

19     where there aren't -- where, let's say, the lines

20     aren't that long.  There's -- there's -- well,

21     the -- I guess not to say that lines aren't long,

22     but where the line is shorter, I should be more

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 207

1    specific.  So a polling place where 6 percent of

2    people are waiting longer than 30 minutes compared

3    to a polling place where 40 percent of people are

4    waiting longer than 30 minutes.  And -- and that's

5    database.  These are -- I'm just not making up

6    these numbers, there exists polling places in

7    Georgia and elsewhere where that's the reality.

8              This simulation asks the question,

9    "What if we add ten more people to those -- to

10   those same polling places?"  When you had ten

11   people to the polling place with the shorter lines,

12   the percentage of people who are waiting a long

13   time goes up a little bit.  It goes up from 6

14   percent to 8 and a half percent.  When you add

15   those same ten people to the polling place that has

16   the longer lines, you go from about 40 percent of

17   people waiting in long lines to 50 percent of

18   people waiting in a long line.

19             So -- so that's the -- that's the

20   purpose of this analysis, is just to illustrate

21   that in order for something like mail balloting to

22   have an effect on line length, you don't need to

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 208

1    have mail ballot rates crater.  You know, it

2    doesn't have to be that you go from -- I -- I don't

3    know what the number is off the top of my head,

4    but, for example, you don't need it for -- to go

5    from 20 percent of people voting by mail to 0

6    percent.  Just a small change can have huge effects

7    in places where lines are the longest.  And -- and

8    as I show earlier, in Georgia, those tend to be

9    black neighborhoods, blacks precincts.

10           Q     But you -- you offer no estimate

11    of -- of the magnitude of the change in mail voting

12    due to SB202, right?

13                 So the -- the number of voters that

14    will be added to any precinct, that's not a topic

15    you weigh in on?

16           A     I don't, but I -- you know, I chose

17    the -- in this stimulation, I chose -- you know, I

18    started with very small increments of, you know, if

19    it just has this very small effect.  And this --

20    this case, in the order of, you know, ten voters,

21    we see this -- this huge change in -- in the effect

22    on the long lines.

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 209

1          Q     This sounds more like a hypothesis

2     that, you know, needs to be examined with data from

3     the future.  Is that fair?

4                    MR. ROSEBOROUGH:  I object to the

5     form.

6                    THE WITNESS:  Well, this isn't --

7     hypothesis is a very different thing.  This is --

8     this is a simulation study, again, that -- that is

9     standard practice in the -- in the field of --

10    in -- in studying wait times at polling places.  As

11    I mentioned, there is a tool online that -- that

12    local election officials use to get a sense of how

13    long the lines are likely to be under different --

14    different assumptions.  And I'm using a similar

15    method here to -- to evaluate in a world where mail

16    balloting has a small effect on the actual behavior

17    of a handful of people, how big of a consequence

18    can that have.

19    BY MR. BARTOLOMUCCI:

20         Q     You don't have any tool that lets you

21    estimate the number of -- of voters who would go to

22    the polls when otherwise they would vote by mail?

Stephen Pettigrew , PhD   May 5, 2023
Georgia Senate Bill 202, In Re

Page 210

1                    MR. ROSEBOROUGH:  I object to the

2          form.

3                    THE WITNESS:  As I said earlier, I

4          wasn't asked to provide a point estimate of

5          precisely how many voters will change their

6          behavior as a result of SB202, but as I discussed

7          earlier, my research, the research of others, tells

8          us that it's going to have a negative effect on --

9          it's -- it's extremely likely to have a negative

10         effect on mail -- mail ballot rates in the --

11         compared to if SB202 were not in -- in place.

12         BY MR. BARTOLOMUCCI:

13             Q     I think you said that simulations

14         like this are -- are standard procedure, standard

15         practice --

16             A     They're common.

17             Q     -- but are they commonly used to

18         assess the effect in the real world of a newly

19         enacted law?

20                    MR. ROSEBOROUGH:  I object to the

21         form.

22                    THE WITNESS:  They -- they

Page 211

1    certainly -- they can be in some circumstances.  It
2    depends on the circumstance.  I mean, a lot of --
3    in a lot of instances, when researchers are asking
4    the question of what effect a law has on X, Y, or
5    Z, usually they will wait, you know, some amount of
6    time to -- so that there's actually data from when
7    that law was in effect, enough data to do, you
8    know, something that isn't a simulation study like
9    this.  But -- but in this circumstance, obviously
10   this law has only been in effect for one election
11   cycle and those tools weren't available to anybody.
12   BY MR. BARTOLOMUCCI:
13        Q    Now, in Section 4.2.2 --
14        A    Uh-huh.
15        Q    -- where you talk about shortening
16   the runoff schedule.
17        A    Uh-huh.
18        Q    This analysis is based on 2022 data.
19   Is that right?
20        A    This was -- yeah, this was some data
21   I was able to collect during the runoff in 2022.
22        Q    Okay.  But you -- you looked at data

Stephen Pettigrew , PhD                     May 5, 2023
Georgia Senate Bill 202, In Re

Page 212

1      from only five counties, right?

2              A       I looked at data from every county

3      that made available basically a public tool online

4      where voters could look up how long wait times were

5      currently at their polling place.  I collected that

6      data from all the counties where that was made

7      available and that's what I analyzed here.

8              Q       And that was five counties?

9              A       I -- I -- five, yeah, that sounds

10     right.  I thought it was six, but maybe it must be

11     five.

12             Q       Clayton, Cobb, DeKalb, Fulton,

13     Gwinnett?

14             A       Yeah, that seems to be what's in the

15     graph.

16             Q       Now, how many counties are there in

17     Georgia?

18             A       One hundred fifty-nine.  As a

19     Georgian, I knew that one.

20             Q       So you've got -- you've got 5 out of

21     159 down?

22             A       I do.  Although, I point out in here

Page 213

1    that these five counties make up -- let me find

2    exactly --

3            Q     It's a big chunk?

4            A     It's a very big chunk.  It's --

5    they're five of the six most populous counties in

6    the state makes up a third of all the voters in the

7    state.  So yeah, Georgia just has a lot of counties

8    and a lot of them don't have a lot of people in

9    them.  But these are some of the biggest and -- and

10   yeah, where a huge chunk of Georgia voters live.

11           Q     Now, on page 35 you say, "It is

12   difficult to overstate the impact that these

13   changes could have on line length for runoff

14   elections."

15           Now, I -- I -- I know you're careful

16   with the words you choose, so you --

17           A     Uh-huh.

18           Q     -- said "these changes could have" --

19           A     Yeah.

20           Q     -- so that's -- that doesn't sound

21   like -- like you're certain about the effect.

22           A     Well, I'm -- you know, I'm sort of --

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 214

1    the pros that I'm writing here is saying, well,

2    that changes -- let be clear about what the changes

3    are, because in -- previously the way the runoff

4    schedule worked was that you had a full period of

5    early voting.  So I believe three weeks of -- of

6    weekday voting and two -- two weekends in between.

7    Under SB202, counties are only required five days

8    of only weekday voting, no required weekend voting.

9              And -- and basically what I -- what I

10   describe leading up to that sentence that you asked

11   about is -- is pointing out that when you crunch

12   the early voting period from 17, 19, something like

13   that, mandated days, down to five, one of two

14   things has to happen, either turnout stays the same

15   and you crunch 17 days worth of people into five

16   days and lines are going to be horrible on those

17   five days, or people don't vote at all or, I guess,

18   they can vote with a different mechanism.  But if

19   they -- if they vote on election day, then you're

20   just adding people to the election-day voting.

21              And so -- so -- you know, I set that

22   up here.  And then I say, "Yeah, it's difficult to

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 215

1          overestimate the effect of these -- that these

2          provisions could have, now let's look at some data

3          that we have from 2022, and it points in the

4          direction that we expect."

5                          I'm not claiming with my analysis

6          here that I have provided a definite point estimate

7          of the effect of this, but it's -- it's not just in

8          the direction we would expect, these numbers are --

9          are pretty remarkable.  We're talking about, I

10         have -- I don't -- there's how many polling places

11         I have -- do I have the exact number of polling

12         places in here?  I think 66 different early voting

13         places in these counties.  Of those 66, about

14         two-thirds of them had a line -- they -- their

15         state website -- or the county website reported a

16         line of at least an hour at some point.  And many

17         of them never reported a time of under an hour

18         waiting.

19                          So -- so, again, I'm not providing a

20         point estimate of these effects, but -- but this

21         data is highly illustrative of the fact that the

22         directionality of this effect is very clear.

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 216

```
 1            Q     Now, is there any mail-in voting
 2      during runoff elections?
 3            A     There is, although the mail-in period
 4      is -- is very compressed and it makes it honestly
 5      nearly impossible to vote by mailing because of the
 6      scheduling and how long it takes for mail ballots
 7      to get processed and whatnot.
 8            Q     Are you saying no one voted by
 9      mail --
10            A     No, I'm not.
11            Q     -- in the runoff?
12            A     I'm not.
13            Q     You said it was almost impossible.
14      Is that --
15            A     It's --
16            Q     You're overstating?
17            A     It's -- that was a bit of an
18      exaggeration.  There were a lot of people who voted
19      by mail in the runoff, but -- but the window of
20      time is -- is very narrow compared to the general.
21            Q     But if it was -- if it was important
22      to a voter to not vote in person during the runoff,
```

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 217

1      they -- they could vote by mail?

2                    MR. ROSEBOROUGH:  I object to the

3      form.

4                    THE WITNESS:  It is harder under

5      SP202 for them to vote by -- if we're just thinking

6      about the compressed schedule, it's harder for a

7      voter to vote by mail under SB202 than if SB202

8      were not in effect.

9      BY MR. BARTOLOMUCCI:

10                   Q    Now, this whole section 4.2.2 only

11     applies to runoff elections, right?

12                   A    That was -- yeah, that -- this --

13     this -- this section is specific to compressing the

14     early voting period during runoffs.

15                   Q    So the analysis here doesn't apply to

16     primary elections or to general elections?

17                   A    Primary -- it would apply to primary

18     runoffs elections, which is the thing in Georgia,

19     but for -- but for general elections or sort of the

20     first round of primary voting, then it would not.

21                   MR. BARTOLOMUCCI:  How about we take

22     a five-minute break here --

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 218

1                    MR. ROSBOROUGH:  Sure.

2                    MR. BARTOLOMUCCI:  Five or -- make it

3        ten.

4                    MR. ROSEBOROUGH:  Ten?

5                    THE WITNESS:  Either way, let's do

6        it.

7                    VIDEOGRAPHER:  We are going off the

8        record.  This is the end of Media Unit 4.  The time

9        is 2:30 p.m.

10                   (Recess from 2:30 p.m. to 2:41 p.m.)

11                   VIDEOGRAPHER:  We're back on the

12       record.  This is the beginning of Media Unit 5.

13       The time is 2:41 p.m.

14       BY MR. BARTOLOMUCCI:

15            Q    All right.  We're back on the record.

16                 Dr. Pettigrew, let's -- let's turn to

17       Section 4.2.3 of your report.

18            A    Okay.

19            Q    Page 36.

20            A    Uh-huh.

21            Q    Now, I was going to read that first

22       paragraph into the record --

Stephen Pettigrew , PhD                                May 5, 2023
Georgia Senate Bill 202, In Re

Page 219

1          A      Okay.

2          Q      -- but instead I'm going to ask you

3    to do it because it's so long.  So could you --

4          A      Okay.

5          Q      Could you do us a favor of reading

6    that paragraph?

7          A      Yes, I would be happy to.

8                 "Another major administrative change

9    in SB202 is its rules on when early voting sites

10   must be open.  Previously local election officials

11   had more discretion in the days and hours that

12   voters could cast a ballot prior to election day.

13   Under SB202, counties are now required to offer

14   early voting on every weekend -- weekday and

15   Saturday, beginning 22 days prior to election day

16   and ending on the Friday before election day.

17   During these days advanced voting locations must be

18   open from 9:00 a.m. through 5:00 p.m.  And

19   officials have the option to open them from 7:00

20   a.m. to 7:00 p.m.  Sunday voting is not required

21   under SB202, although county officials have the

22   option of opening polling places on Sundays during

Stephen Pettigrew , PhD                May 5, 2023
Georgia Senate Bill 202, In Re

Page 220

1       the early voting period."

2                  Q       Okay.  So that's what you wrote?

3                  A       I did.

4                  Q       And you -- it's correct?

5                  A       To my -- to my reading of the law,

6       yes.

7                  Q       And you will admit that -- that these

8       changes in SB202 are aimed at the long-line issue?

9                  MR. ROSEBOROUGH:  I object to the

10      form.

11                 THE WITNESS:  I don't know what the

12      goal of these changes were necessarily.

13      BY MR. BARTOLOMUCCI:

14                 Q       Doesn't the law itself say that these

15      are designed to shorten the line length?

16                 A       I honestly don't recall what it says

17      to that regard.

18                 Q       Now, it's at least possible that --

19      that these changes will, in fact, have an effect of

20      shortening lines, isn't it?

21                 A       No.  As -- as my analysis after the

22      paragraph I read shows, the places where lines are

Stephen Pettigrew , PhD                 May 5, 2023
Georgia Senate Bill 202, In Re

Page 221

```
 1      long in Georgia already had, in many cases, more
 2      hours of early voting than this law requires.  The
 3      places that -- there's -- there's a small number of
 4      Georgia counties that in prior elections were not
 5      already abiding by the requirements of this law.
 6      Those places are small, there's a very small number
 7      of voters that vote there.  There also were places
 8      that don't tend to have long lines anyway.  So --
 9      so the effect -- the possible effect that this
10      provision could have on long lines is -- is nil.
11              Q     Well, that's your opinion?
12              A     Well, it's -- it's -- it's not
13      possible for -- take a county like Fulton Country,
14      for example Fulton County was already offering more
15      hours of early voting than this law requires.  The
16      law cannot -- that provision of the law can't
17      affect lines in that way if Fulton County -- if the
18      law doesn't change anything that Fulton County is
19      doing.  It's not possible.  If the law doesn't have
20      an effect on a county's behavior in terms of how
21      many hours they're offering, then, therefore, the
22      law can't affect wait times through -- through that
```

Stephen Pettigrew , PhD                     May 5, 2023
Georgia Senate Bill 202, In Re

Page 222

1    mechanism.

2              Q      All right.  Isn't it true that SB202

3    also requires counties to report wait times to the

4    state?

5              A      That's my understanding, yes.

6              Q      And a provision like that can have an

7    effect upon -- upon wait times, right, because it

8    exposes the counties as kind of a Sunshine

9    provision?

10             A      The -- the collection of data itself

11   won't affect wait times, but -- but it's -- it's

12   tackling this problem, it can be helpful to have

13   more information about wait times.

14             Q      But it also shines a spotlight on

15   counties that are not doing well with respect to

16   wait times, right?

17             A      It -- it certainly could, although we

18   already have data on -- to that effect but . . .

19             Q      And because it requires them to

20   report their -- their wait times, it could, you

21   know, motivate them to -- to do better with their

22   lines to avoid embarrassment, no?

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 223

1          A     I disagree with that because I think

2     the implication of your question is that local

3     county -- county officials, polling place workers,

4     aren't already motivated to do a good job to make

5     the voting experience as positive for people as

6     possible.  You know, having -- in my work and

7     conferences that I attend where these folks go,

8     these people care a lot about doing a -- you know,

9     making the experience as positive for everybody as

10    they can, and so the idea that -- that this is

11    going to motivate them even further, I don't -- I

12    don't really buy that.

13         Q     So are you saying that counties with

14    long lines can't do anything to shorten those

15    lines, that they're doing everything that they can

16    and there's nothing else they could do to shorten

17    the lines?

18         A     The -- that question actually speaks

19    to some -- the -- I don't actually remember if we

20    talked about this specific paper, but a paper that

21    I published a while back related to -- specifically

22    it speaks to resource allocation for -- for

Stephen Pettigrew , PhD                May 5, 2023
Georgia Senate Bill 202, In Re

Page 224

1     election technology.

2                    So in my interactions, and in survey

3     data and other data that's out there from local

4     election officials, they -- their -- the most

5     common thing that they state is like the toughest

6     part of their job is not having enough money to run

7     elections, not having -- not having an easy job of

8     recruiting poll workers.

9                    I think that local officials are

10    doing as much as they possibly can given the

11    constraints that they have, particularly money.  If

12    they were handed a bunch of money, if the State or

13    Federal Government gave them money and said,

14    "Hey" -- this would be an insane amount of money,

15    but, "Hey, buy one voting machine for every voter

16    in the -- in the entire place," they would take

17    that money and they -- they would -- I mean, that

18    would effectively solve the line problem if you

19    could figure out where to put all the machines.

20                   So those county officials are doing

21    as much as they possibly can, but they're being

22    constrained -- they're being resource constrained

Stephen Pettigrew , PhD                May 5, 2023
Georgia Senate Bill 202, In Re

Page 225

1      in ways that kind of are above their -- their,

2      like, level of being able to directly impact.

3           Q    So what evidence can you point me to

4      to establish that county election officials are

5      doing everything that they can with the resources

6      they have to combat line length and that there's

7      nothing else they can do with the resources they

8      have?

9                MR. ROSEBOROUGH:  I object to the

10     form.

11               THE WITNESS:  I -- so that statement

12     is -- is reflective of my interacting with these

13     folks and the expertise that I built up over years

14     of -- of working on this issue.  I'll -- I'll also

15     add though that there is empirical data on this.

16     So every -- every jurisdiction in the country, by

17     federal law, is required to fill out basically a

18     survey, a census, every two weeks called the EAVS,

19     the Election Administration and Voting Survey.

20     It's run by the Election Assistance Commission,

21     which is within the Federal Government.  They're

22     required by law to report data about voter

Stephen Pettigrew , PhD          May 5, 2023
Georgia Senate Bill 202, In Re

Page 226

1      registration, things like mail and overseas --

2      overseas and military ballots, provisional ballots,

3      et cetera.

4                   But one of the things that's in

5      there is there are opportunities for local

6      election officials to express -- sort of

7      open-endedly express their feelings about like,

8      you know, for example, what would make it easier

9      for them to -- to -- for them to do their job?

10                  And one of the most common things

11     that comes up is resource constraints.  So -- so

12     this is -- you know, I'm -- I'm gleaning this

13     idea that resource constraints is -- is a really

14     important fact here, both based on my personal

15     interactions through my professional capacity

16     with those folks, but also based on that data

17     that shows, for example, that they -- they really

18     struggle with recruiting poll workers or -- or

19     having enough money to procure voting machines.

20     BY MR. BARTOLOMUCCI:

21          Q     When you talk about your personal

22     interactions with election officials, are you

Stephen Pettigrew , PhD                              May 5, 2023
Georgia Senate Bill 202, In Re

Page 227

1          talking about county officials in Georgia?

2                   A      In some cases, yes.  So -- so I --

3          I -- I work -- so there's an academic conference,

4          it happens every summer, it's happened for the last

5          several years, I don't know, called ESRA, the

6          Election Science and Reform -- Election Science

7          Reform and Administrative conference, I believe.

8          This conference is an academic conference that we

9          invite a lot of state and local election officials

10         to come to.  And a lot of them do.  And so this is

11         a conference that we hosted at Penn in 2019.

12                   I believe it was in that year.  We

13         actually had some Georgia folks come to it.  I

14         interacted with -- you know, last year it was in

15         North Carolina.  A lot of the North Carolina

16         election officials came.  So -- so I had

17         interactions with folks from across the country,

18         but I -- I actually can say specifically that I've

19         interacted with Georgia election officials in the

20         past.

21                   Q      Can you -- can you name any of them?

22                   A      I don't remember their names or

Stephen Pettigrew , PhD          May 5, 2023
Georgia Senate Bill 202, In Re

Page 228

1       their --

2               Q       Can you estimate how many you've

3       talked to?

4               A       In Georgia specifically?

5               Q       Yeah.

6               A       Just a couple, but I will -- I will

7       actually add that this summer the conference is

8       being held at UGA and expect to interact with a lot

9       more of them.

10              Q       And -- and the couple of -- of

11      Georgians, did you talk to them about line length

12      in Georgia?

13              A       I don't recall.  It was -- it was --

14      it's been a few years.  COVID, yeah.  Conference,

15      yeah, it didn't happen -- it happened online for a

16      couple of years during COVID, so it's been a couple

17      of years.

18              Q       Those online conferences are so much

19      fun.

20              A       Yeah.  Yeah, not the same.

21              Q       If we would take a peek at page 40

22      your report.

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 229

1              A      Uh-huh.

2              Q      There's a sentence that reads, "While

3    setting minimum thresholds for early voting hours

4    in Georgia is a welcome change to the law, I see no

5    evidence in the data to suggest that this change

6    will make a noticeable dent in the long wait times

7    experienced by -- by Georgia voters."

8                   Is there any data on this either way?

9              A      Again, I'll reference back to what I

10   said earlier, Georgia -- through SB202, Georgia

11   encoded in the law a schedule, a timetable for when

12   early voting has to happen.  That timetable is one

13   that -- I don't know the exact number, but a huge

14   percentage of Georgia's counties were already

15   abiding by those -- by those -- sort of by that

16   schedule.  So in those places, it's not possible

17   that SB202 could make lines shorten because they

18   were already meeting the minimum threshold that

19   this law required.

20                   My analysis shows that the places

21   that do -- where it does have an impact and, in

22   fact, you can see on Table 4.3, that we're talking

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 230

1    about 52 -- or sorry, what am I looking at here?

2    We're looking at roughly half a million of

3    Georgia's 7 million registered voters live in

4    counties where -- where the law is going to force

5    the county to add more than, say, an hour or so to

6    early voting, an hour or two to early voting.

7                    The vast majority of voters in

8    Georgia, six out of seven million already live in a

9    place where they provide at least as many hours as

10   SB202 requires.  And so in those places, SB202

11   can't possibly have an impact from the perspective

12   of voters' experience.

13                   And what I show in Table 4.4 is that

14   the places where there will be some -- some amount

15   of hours needed to be added, those are the places

16   where lines were already short.  Those -- frankly,

17   those tend to be very small counties where there

18   aren't a lot of voters and the lines were already

19   kind of short.  And so the -- the overall impact on

20   statewide wait times from this provision just can't

21   possibly be large.

22         Q      All right.  Let's go down to 4.2.4.

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 231

1         A       Uh-huh.

2         Q       It starts off by saying, quote,

3    Another provision of SB202 that relates to line

4    length is the requirement that a precinct be split

5    apart if it had more than 2,000 voters in a line

6    that persisted at least one hour past poll closing

7    time.  While it seems logical that smaller polling

8    places translate into shorter lines, this provision

9    is unlikely to have the desired effect on line

10   length and may actually exacerbate the problem, end

11   quote.

12             So tell me if I'm wrong, but this

13   sounds like an inconclusive statement.  It's --

14   it's the logical effect is it would shorten lines,

15   but you then say it's unlikely it'll do that and

16   maybe it'll make it course.  So --

17        A       Well, I mean, I go on in the next

18   three paragraphs to explain why I -- I come to that

19   conclusion.  So my own work, the paper I published

20   in 2016, as well as the work of others, as well as

21   queuing theory in general, tells us that -- that

22   what matters when it comes to long lines isn't the

Stephen Pettigrew , PhD                            May 5, 2023
Georgia Senate Bill 202, In Re

Page 232

1       sheer size of a polling place, because you could

2       have a polling place with, just to take my example

3       from earlier, you could have a massive polling

4       place with 10,000 voters in it, but if you got

5       10,000 poll workers and 10,000 voting machines, the

6       line can be short.

7                    Just changing the size of the polling

8       place would -- what my research, and others, show

9       isn't a magic wand that's going to fix the problem.

10      And, in fact, because of the resource constraints I

11      talked about, you can actually exacerbate the

12      problem.  And -- and what I mean by that is -- you

13      know, I have an example here where if you imagine a

14      polling place where there's, you know, three

15      check-in stations, three spots who voters could

16      verify their registration status, if you split that

17      polling place in half, one polling place gets one

18      machine and one polling place gets two machines.

19      And so you actually make worse the ratio of voters

20      to -- to -- to voting machines or check-in

21      machines.

22                    And as a result, what -- what queuing

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 233

1    theory tells us, what my research tells us, is that

2    actually you can -- you can make the average amount

3    of time that all of these people in these two new

4    split precincts, the average could actually end up

5    being worse because it's so much worse in one of

6    those precincts.  So just splitting them apart as

7    this provision -- as this provision suggests, it's

8    not going to -- it's not a -- a magic wand.

9         Q    I was recalling the words of the

10   Presidential Commission on page 13 of their report

11   where they talk about the causes of long lines.

12   And they say, you know, one line may be the result

13   of a poorly laid-out polling place.

14        A    Uh-huh.

15        Q    So if you split a precinct --

16        A    Uh-huh.

17        Q    -- maybe one is poorly laid out

18   and -- and the other isn't.  So that would help the

19   line move for those voters who go to the -- to the

20   second polling place, right?

21        A    Can you say that again?  Sorry.

22        Q    Sure.

Stephen Pettigrew , PhD          May 5, 2023
Georgia Senate Bill 202, In Re

Page 234

1                     So the Commission says, you know, one

2          line may be the result of a poorly laid-out polling

3          place --

4                     A     Uh-huh.

5                     Q     -- if you split the precinct into two

6          polling places --

7                     A     Uh-huh.

8                     Q     -- maybe one is -- is -- is better

9          laid out than -- than the other and so instead of

10         everyone being affected by a poor -- poorly

11         laid-out polling place --

12                    A     Uh-huh.

13                    Q     -- half of them are in a better

14         designed location --

15                    A     Uh-huh.

16                    Q     -- and the effect of the line is only

17         on half of the voters?

18                    A     So the PCEA report does specifically

19         talk about the layout of -- of polling places.  And

20         that -- that matters to some extent.  But -- but

21         what -- what research has shown is that it really

22         comes down to just the resources themselves, the

Stephen Pettigrew , PhD    May 5, 2023
Georgia Senate Bill 202, In Re

Page 235

1        number of poll workers, the number of working

2        machines.  And -- and when you start thinking about

3        splitting precinct -- splitting polling places into

4        multiple precincts, multiple locations, what --

5        what ends up happening is that you have to divide,

6        in some cases, these indivisible resources.  You

7        can't take an odd number of check-in machines and

8        cut one in half and give equal numbers to both.

9                    And that's -- that's the crux of

10       this, is that -- is that you have the potential

11       that -- in the example I gave, of a polling place

12       that initially had three stations to check in and

13       now it's going to have one and two.  The lines in

14       that -- the ratio of voters to machines in -- in

15       that one precinct will actually be so much worse

16       that the average line length, when you -- it's --

17       it's going to be really bad in that precinct, it's

18       going to probably be a little bit better in the --

19       in the first precinct, but adding it all together,

20       it's going to -- polling -- or the queuing theory

21       tells us that lines grow exponentially and so it's

22       going to be -- it's going to tend to be so much

Stephen Pettigrew , PhD                     May 5, 2023
Georgia Senate Bill 202, In Re

Page 236

```
 1      worse in -- in that first precinct, that overall,

 2      adding all the voters together, the average wait

 3      time may actually go up.

 4            Q    Now, the Commission also wrote, "Down

 5      the street the line may be due to equipment

 6      malfunction."

 7                 So if you split the precinct only one

 8      the two precincts is affected by the equipment

 9      malfunction, right, and -- and the other precinct,

10      they're not affected by it at all?

11            A    I'd say that's actually worse.  If

12      you're -- you're talking about a polling place

13      that, you know -- if you have a polling place that

14      has three machines and one of them goes down, it

15      seems more attractable to deal with that then if

16      you have a polling place where you have one machine

17      and it stops working, nobody is going through the

18      line in your circumstance.  And so --

19            Q    What polling place has only one

20      machine?

21            A    It -- many of the polling places that

22      I've voted in various states, including Georgia,
```

Stephen Pettigrew , PhD                May 5, 2023
Georgia Senate Bill 202, In Re

Page 237

1        that can happen.  I'm talking about -- when we're

2        talking about voting machines, we're talking

3        about -- I'm conceptualizing like the check-in

4        machine, not necessarily the -- the vote-casting

5        machine.  Maybe that's our disconnect.

6               Q      I was thinking of the --

7               A      The ballot --

8               Q      -- vote-casting machine.

9               A      Sure.

10              Q      The manual --

11              A      Sure.  Sure.

12              Q      And just, lastly, the Commission

13       says, "A strong personality conflict amongst poll

14       workers or a disagreement on process can create a

15       bottleneck."

16                     So if you have a -- you know, a bad

17       personality working at -- at a precinct, if you

18       split it, that person is only causing a problem in

19       one of the two?

20              A      I mean, you come up with little

21       idiosyncratic examples.  But -- but when you -- I

22       think more important from this -- from the PCIA

Stephen Pettigrew , PhD                                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 238

1     report is they characterize -- the paragraph you're

2     speaking to, they characterize those as sort of

3     isolated instances.  Those are things, you know, a

4     machine breaks, a poll worker is a jerk, those

5     sorts of things, it's -- it's not great when they

6     happen, but those are just sort of a reality of

7     how -- how elections work.  But -- but when we

8     think about systematic problems, which they talk

9     about in the next paragraph, those are the things

10    where we have -- where -- where there's more levers

11    for state and local officials to try to address the

12    issue.

13         Q     Have you cited any academic

14    literature on the effect of shrinking precincts?

15         A     I'm not -- I'm not sure that I do

16    look at that specifically.  There is work I allude

17    to -- let me see if I have it in here.  Yeah.  So I

18    allude, although, I -- to your point, I don't -- I

19    don't cite on this page, although I'm pretty sure

20    it's somewhere else in here, I say in that big

21    paragraph on page 41, I say, "On top of all that,

22    research has shown that drawing new precinct

Stephen Pettigrew , PhD    May 5, 2023
Georgia Senate Bill 202, In Re

Page 239

1    boundaries can create voter confusion."  So I do

2    speak to another aspect that I haven't really

3    addressed today, is that when -- there is good

4    research showing that when voters are put into new

5    precincts, creates confusion.  People -- people

6    might show up at their old polling place, end up

7    needing to -- you know, they waited in a long line

8    there and then realize they can't vote and they

9    either vote on a provisional ballot or, under

10   SB202, at a certain point in the day they're not

11   allowed to vote on a provisional ballot.  So --

12        Q    Well, you haven't --

13        A    -- that can make the problem longer.

14        Q    You -- you haven't cited any of that

15   research though, have you?

16        A    On this page, no.

17        Q    Elsewhere?

18        A    I am not certain.  I need to -- to

19   scour through this, although it strikes me that

20   I -- that's something I would have cited somewhere

21   in here because it applies to a variety of aspects

22   in my report.

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 240

1          Q     Georgia is not the first state to try

2      to shorten lines by splitting the precincts, is it?

3          A     I don't know whether there's been a

4      state that's -- I -- I just don't know either way

5      whether there's been a state that's had a provision

6      like this put into its law.  I'm not sure.

7          Q     So that must mean that you're not

8      aware of any studies on the effect -- on the effect

9      of splitting precincts, the effect that has on --

10      on line length?

11          A     Again, just because something hasn't

12      been tried before doesn't mean that we can't have

13      good expectations of the effect that it will have.

14      And in this case, research related to this,

15      research from queuing theory tells us -- gives us a

16      pretty strong expectation of -- of what can happen.

17          Q     But one type of evidence that is a

18      study of a jurisdiction that actually shrunk

19      precincts in order to reduce line length, you're

20      not able to point me to any literature like that?

21          A     This is a -- this is a different

22      thing we're talking about here.  We're not talking

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 241

1    about a county adding polling places and shrinking

2    the size, we're talking about a specific instance

3    where you have a polling place of 2,000 registered

4    voters and also has had lines longer than an hour

5    in the past.  It's like a very specific thing.

6    SB202 doesn't mandate that all polling places of a

7    certain size Or re apart.  SB202 doesn't provide

8    the resources necessary to -- to -- to not just

9    staff and resource those new polling places, but --

10   but just to identify where they can -- what sort of

11   physical buildings you can put them in.

12            So -- so to your question, there's

13   a -- there is research out there about things

14   related to, you know, voters being assigned to new

15   polling places, that sort of thing.  But this

16   specific provision of when you have these

17   conditions of large polling place, long -- like

18   a -- at least some evidence of a history of long

19   lines, I don't know that anybody, any state, has

20   ever done that before and as a result, I don't know

21   of any -- any research to that specific provision.

22            Q    Well, am I right, that on the

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 242

1        question whether SB202's effort to shrink precincts

2        will increase lines or shorten lines, you're not

3        offering any definitive point estimate to -- to use

4        a phrase you've used before?

5               A     I don't provide a point estimate,

6        but -- but I -- I -- I don't provide a point

7        estimate of what effect that's going to have.  But

8        it's important to remember that this provision only

9        affects precincts that have at least 2,000 people.

10       Of all the precincts in Georgia that have long

11       lines, not every one of them has 2,000 registered

12       voters in them.

13              I don't know the percentage, but my

14       guess is that it's, frankly, probably less than

15       half of them have that many.  And -- and so this

16       provision can't -- can't even begin to address that

17       problem in those precincts.

18              Q     Will you agree with me that the --

19       the data and methods you've used in your expert

20       report are -- are not rigorous in the way that data

21       and methods were used in your -- your published

22       article on line length?

Stephen Pettigrew , PhD          May 5, 2023
Georgia Senate Bill 202, In Re

Page 243

```
 1              A      No.  I used the exact same
 2       methodology for the two.
 3              Q      But you don't use empirical data
 4       about elections held under SB202 except in the case
 5       of the runoff?
 6              A      That data didn't exist, but I used
 7       the same methodology that I used in -- in my
 8       academic research.
 9              Q      But in -- in that academic research,
10       you -- you looked at actual data from past
11       elections under the -- under the conditions you
12       were -- you were trying to study?
13              A      I looked at the same data in that
14       research -- much of the same data in that research
15       as I looked at in -- in this report.
16              Q      Are you -- are you planning to try to
17       publish the -- the substance of your expert report
18       as an article in a journal?
19              A      It's not -- I haven't -- I haven't
20       given it any thought actually.  I'm not sure.  In
21       my -- in my role at Penn, unlike other folks, I
22       don't have like the -- the need to be constantly
```

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 244

1      publishing work and -- and whatnot, so -- so I'm

2      not sure.

3              Q      What is -- when was the last time you

4      published something?

5              A      Last year in -- I have a -- I know

6      the paper we were looking at earlier was -- was

7      dated in 2021, I published an -- an article about

8      public opinion around mail voting -- mail-in

9      voting.  I think that was published in 2022.  I'm

10     currently working on other research related to

11     other aspects of election administration.

12             Q      And so you still publish --

13             A      I do.

14             Q      -- and you're still interested in

15     publishing?

16             A      I do, yeah.

17             Q      But you haven't submitted this

18     analysis of SB202 to any publication?

19             A      I have not.

20             Q      I want to ask you about some of your

21     social media posts --

22             A      Sure.

Stephen Pettigrew , PhD          May 5, 2023
Georgia Senate Bill 202, In Re

Page 245

```
1              Q     -- or at least I think they're your

2       social --

3              A     Sure.

4              Q     -- media posts.  Let's find out.

5              A     Okay.

6                    MR. BARTOLOMUCCI:  So let's -- let's

7       mark this as Exhibit 12.

8                    (Pettigrew Deposition Exhibit Number 12

9                     marked for identification.)

10      BY MR. BARTOLOMUCCI:

11             Q     So looking at that -- the top post,

12      is that -- is that a tweet you put out?

13             A     It's not a tweet that I put out, no.

14             Q     What is it?

15                   Is it a re-tweet?

16             A     Yeah, it appears to be a re-tweet.

17             Q     Okay.  And -- and you re-tweeted a

18      tweet from -- from Bernie Sanders?

19             A     That's right.

20             Q     Okay.  Why were you interested in

21      re-tweeting that?

22             A     I follow politics and he's a
```

Stephen Pettigrew , PhD          May 5, 2023
Georgia Senate Bill 202, In Re

Page 246

1       prominent political figure.

2               Q     Were you -- were you a Bernie Sanders

3       supporter at that time?

4               A     It's not a question I'm that

5       comfortable talking about, but the answer is no.

6               Q     The -- the content of the tweet is,

7       "We must come together to defeat the most dangerous

8       president in modern history."

9                     Is that -- is that a view you shared

10      with -- with Mr. Sanders?

11                    MR. ROSEBOROUGH:  I object to the

12      form.

13                    THE WITNESS:  It's hard for me to say

14      exactly what I was feeling on April 13th when I --

15      in 2020, when I re-tweeted this.

16      BY MR. BARTOLOMUCCI:

17              Q     But there was something about it that

18      appealed to you or otherwise you wouldn't have

19      re-tweeted it, right?

20              A     No.

21                    MR. ROSEBOROUGH:  I object to the

22      form.

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 247

1              THE WITNESS:  No.  I have been known

2       to re-tweet -- there are -- there are lots of folks

3       out there who -- who re-tweet things not

4       necessarily as an endorsement of -- of the message,

5       but -- but simply as, you know, putting the message

6       out there, if that makes sense.

7       BY MR. BARTOLOMUCCI:

8              Q    Well, in this case were you endorsing

9       the message?

10             A    I don't remember what my -- what my

11      thinking was at the time.

12             Q    So you may or may not have been

13      feeling the Bern?

14             MR. ROSEBOROUGH:  I object to the

15      form.

16             THE WITNESS:  Yeah, I need you to

17      define what that means exactly but --

18      BY MR. BARTOLOMUCCI:

19             Q    We'll move on.

20             A    Sure.

21             MR. BARTOLOMUCCI:  All right.  Let's

22      mark the next one as Exhibit 13.

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 248

1          (Pettigrew Deposition Exhibit Number 13

2              marked for identification.)

3              THE WITNESS:  Thank you.

4      BY MR. BARTOLOMUCCI:

5          Q     So are these several tweets from you?

6          A     They appear to be, yeah.

7          Q     Now, I'm interested in the one at the

8      bottom.  It --

9          A     Okay.

10         Q     -- looks like it was from July 20 of

11     2020.  You wrote, "It seems to me that if the Dems

12     win in November and the Senate Republicans feel a

13     SCOTUS vacancy during the lame duck session, the

14     Democrats will have the political cover to add four

15     seats to the Court by January" --

16         A     February.

17         Q     I'm sorry, "by February."

18             So why did you -- why did you tweet

19     that out?

20         A     I, again, in my work, my professional

21     work, I follow politics a lot.  It strikes me that

22     given these circumstances I laid out in July of

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 249

1    2020, that it was sort of a prediction of, hey,

2    maybe the democrats will try to do this.

3         Q    Did you want the democrats to add

4    four seats to the Supreme Court?

5         A    I think the content of this tweet,

6    it's not really relevant what I -- I'm not making

7    a -- a -- this tweet is not about what I want or

8    think should happen, this tweet is just about,

9    like, what I think the democrats would have

10   political cover to -- to be able to do what they

11   wanted to do.

12        Q    But my question was and is:  Did you

13   actually want the democrats to add four seats to

14   the Court?

15             MR. ROSEBOROUGH:  I object to the

16   form.

17             THE WITNESS:  I think that -- I think

18   that -- that there's a lot of good healthy

19   discussion in academic circles around the

20   composition of the Supreme Court, and particularly

21   the way that nominations work.  I think that

22   from -- from the perspective of good representative

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 250

1       government, you know, accountability and different

2       branches of government, I think that there's

3       probably better ways for -- for -- for us as a

4       country to approach Supreme Court nominations.  I

5       don't -- I don't know specifically -- I -- I don't

6       think specifically I -- I wanted the democrats to

7       add four seats, it was just -- this tweet was just

8       sort of a speculative of, "Hey, they might do

9       this."

10                      MR. BARTOLOMUCCI:  All right.  Let's

11      make this Exhibit 14.

12                      (Pettigrew Deposition Exhibit Number 14

13                       marked for identification.)

14                      THE WITNESS:  Uh-huh.

15      BY MR. BARTOLOMUCCI:

16              Q       Okay.  So are these other tweets you

17      put out?

18              A       Yeah.  They appear to be, yes.

19              Q       And the one at the top says, "Here's

20      my proposal for how to reform the Supreme Court.

21      Following the presidential election every four

22      years, the president-elect gets to make three

Page 251

1      nominations to the court.  Retiring/dead Justices

2      don't get replaced unless the total size of the

3      court falls below (say) 11 members."

4                     Was that your proposal?

5           A     Yeah.  That's what I have in the

6      tweet here.

7           Q     So under this proposal, President

8      Biden, upon coming into office, you know, would

9      have been able to make three nominations to the

10     court?

11          A     I tweeted this in 2020, so we'd be

12     talking about the 2024 election, if Biden were --

13     if this were put into place today and Biden were

14     reelected, then yeah, he would get three -- three

15     nominations.  If a republican gets elected, they

16     would get three nominations.

17          Q     And why are you interested in

18     increasing the size of the Supreme Court like this?

19          A     So as I mentioned --

20                     MR. ROSEBOROUGH:  I object to the

21     form.

22                     THE WITNESS:  So as I mentioned,

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 252

1     there's a lot of discussion in academic political

2     science, sort of, election law legal circles about

3     the Supreme Court and -- and particularly, you

4     know, there's -- there's been a very healthy

5     discussion over term limits for justices and -- and

6     other federal judges.  It -- it -- it strikes me

7     that this discussion over term limits is sort of a

8     nonstarter given that changing that would require a

9     constitutional amendment, it's pretty unlikely to

10    happen.  But what Congress and what, you know, the

11    President in signing laws, has the ability to do is

12    change the way we nominate -- the way we

13    nominate -- the way we handle Supreme Court

14    nominations.

15            To me, you know, I think that --

16    that having good representative government,

17    having good accountable government is important,

18    and -- and it strikes me that -- you know, for

19    example, we didn't have a nomination to -- we

20    didn't have a new member of the Supreme Court

21    between -- for about a 12-year period, from 1993

22    or so until 2005 or so.  We had multiple

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 253

1    presidential elections.  And in some sense, the

2    voters in those elections had no ability to -- to

3    impact -- have any say in the -- in the direction

4    that the Supreme Court might go.

5                    And so, to me, it seems like a

6    proposal like this, where in every presidential

7    election voters know there are three seats on the

8    line in this election.  And, you know, you put

9    this -- you put this law into place and you don't

10   know who's going to win the next election.  We

11   have no idea who's going to win in 2024.  You put

12   this law into place and you say, "Hey voters, you

13   get to know that every time you vote, there's

14   going to be three new justices going on the

15   court."

16                    To me, I felt like that was -- that

17   was an interesting sort of academic take or an

18   interesting proposal I hadn't seen other people

19   put out there.  I think -- I think it's a -- a --

20   I think it's an interesting idea.  I can't say

21   that I absolutely positively think this is the

22   best idea to do -- to do something with the

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 254

1    judiciary, but -- but it's a proposal that I --

2    that I had and I -- I hadn't seen others

3    discussing, so I was curious what people thought.

4           Q    Did you say no new member was added

5    to the court between 1993 and some other date?

6           A    Something like that.  Yeah, there was

7    a long gap between -- I think it was Breyer's

8    confirmation and, I guess, it would have been Alito

9    or maybe Roberts.

10          Q    Well, Justice Ginsburg was nominated

11   and confirmed in that period, wasn't she?

12          A    Maybe she -- I thought Breyer came

13   after Ginsburg.  '93/'94, sometime in there.

14          Q    But she -- she would have been '93,

15   because Clinton -- Clinton took office in January

16   of '93?

17          A    Yeah, and Breyer was also nominated

18   by Clinton.

19          Q    Yeah, so that's -- that's two within

20   that range.  And what was the end of the range?

21          A    I'm sorry, I'm saying from when they

22   were nominated, whichever one of them was second,

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

                                                    Page 255

1        which I think was in 1993, until I believe it was

2        2005 when George W. Bush nominated Roberts and then

3        Alito, and then kind of Roberts again for chief.

4                Q      Yeah.

5                A      Yeah, so there was about a 10- or

6        12-year window.

7                Q      Yeah.

8                A      I don't remember exactly --

9                Q      Well, Clinton got two -- two

10       appointments?

11               A      He did --

12               Q      Yeah.

13               A      -- yeah.

14               Q      And I think Bush got two.

15               A      He did.

16               Q      So -- but now you characterize this

17       as your proposal.  So this is something you thought

18       about and -- right?

19               A      Yeah, I do characterize it as a

20       proposal, my proposal.

21               Q      And you put it out there on Twitter

22       to see what folks might -- might think about it?

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 256

1           A       Yeah.

2           Q       And what is -- what is the problem

3       that this proposal aims to solve?

4           A       I think -- I think the better way to

5       think of it is this isn't necessarily solving a

6       specific problem.  I'm engaging in an academic

7       discussion that was going on at the time where

8       people were talking about term limits, people were

9       talking about -- you know, there was the political

10      discussion over packing the Supreme Court, those

11      sorts of -- the political rhetoric out there.

12      And -- and I was sort of providing a take on, you

13      know, one potential way to -- to more explicitly

14      give -- give American -- the American people say

15      over the composition of the Supreme Court by

16      directly tying into the outcome of elections.

17          Q       Now, the date of this tweet is -- is

18      June 30th, 2022 --

19          A       Uh-huh.

20          Q       -- was this tweet a reaction to

21      decisions made by the Supreme Court not long before

22      that date, such as --

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 257

```
 1            A     I honestly don't recall.  This is --
 2      I -- I can remember talking about this in years
 3      prior, all the way back to grad school, this idea
 4      just sort of talking with friends about different
 5      ways that, you know, the -- to change things.  So
 6      this wasn't a new idea I had on June 30th, 2022.
 7            Q     Well, let's look at what you say --
 8            A     Uh-huh.
 9            Q     -- on the next page at the top.
10            A     Uh-huh.
11            Q     This is also from June 30.  Quote,
12      Sure, the size of the court will grow, but if the
13      average Justice tends to -- tends to serve 25
14      years, say, 45 to 70 years old, then on average the
15      court would have about 19 members."
16            A     Uh-huh.
17            Q     "That doesn't seem like an insane
18      size to me."
19            A     Uh-huh.
20            Q     So 19 justices doesn't seem like an
21      insane size for the Supreme Court?
22            A     Over the majority of American -- the
```

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 258

1     Supreme Court being nine members has only been the

2     case for the last century.

3          Q     Has it ever been larger than nine?

4          A     I actually believe it has, although,

5     I'm uncertain.  I believe at one point it was 11,

6     but I'm not certain of that.

7          Q     Has it ever been 19?

8          A     It hasn't, but there's nothing sacred

9     about the number nine.

10          Q     Now, do you think -- do you think the

11     functioning of the court would be impaired by

12     having 19 as opposed to 9 justices?

13          A     I think -- I think there's actually

14     good reason to think that the court would work

15     better.  One of -- one of the things that -- again,

16     you all probably are more scholars in this than I

17     am, but my understanding is that there's a lot more

18     cases brought to the Supreme Court nowadays than

19     there has been in decades past, and so -- but they

20     have increased their caseload, and so -- so the

21     notion of having a Supreme Court that both is

22     larger and potentially could hear cases rather than

Stephen Pettigrew , PhD                May 5, 2023
Georgia Senate Bill 202, In Re

Page 259

```
1       all justices hearing every case, you could
2       potential live in a world where they have panels of
3       justices, like happens in the appellate system.  I
4       think it's something worth thinking about because,
5       you know, it -- in the appellate courts, we have --
6       they don't have a locked-in number in necessarily
7       every court.  It's -- and every case isn't heard by
8       every single member necessarily.  And there's -- to
9       me, it's -- it's a discussion worth -- worth
10      having, the -- the notion that the court needs to
11      be nine people just seems arbitrary to me.
12              Q     Before you got your -- your Harvard
13      Ph.D., did you have to give a -- what do they call
14      it, an oral defense of your dissertation?
15              A     I did, yes.
16              Q     And you were asked questions by
17      facility members?
18              A     Yeah, members of my dissertation
19      committee.
20              Q     Okay.  How many people was that?
21              A     Three of them.
22              Q     Three?
```

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 260

1              A      Yes.

2              Q      How would you have liked to get

3      questions from 19 people?

4              A      I feel like the quality of my

5      research is good, I would have been happy to do it.

6              Q      Okay.

7                     MR. BARTOLOMUCCI:  Why don't we take

8      a break here.  I don't think I have too much more,

9      so let me --

10                    MR. ROSBOROUGH:  Okay.

11                    MR. BARTOLOMUCCI:  -- go over my

12     notes and stuff and we may be done fairly soon.

13                    THE WITNESS:  Sure.

14                    MR. ROSBOROUGH:  Sounds good.

15                    THE WITNESS:  Can I add one thing

16     real quick?

17                    MR. BARTOLOMUCCI:  Sure.

18                    THE WITNESS:  A small moment to one

19     of the very first things we talked about.  You

20     asked -- I went -- just in talking about UGA, and I

21     said I went to UGA from 2007 to 2011.  You asked a

22     follow-up and asked if I lived in after UGA,

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 261

```
1        although it's possible I misheard.  I wanted to
2        just clarify that I did live in Georgia prior to
3        going to UGA.  I've lived in Georgia from, like,
4        age nine through college.  So I don't know -- I
5        just wanted to throw that out for full clarity.  I
6        did live in Georgia for 12 years or so, 13-ish.
7                        MR. BARTOLOMUCCI:  Okay.
8                        THE WITNESS:  That's all.
9                        MR. BARTOLOMUCCI:  But you would have
10       been of voting age --
11                       THE WITNESS:  Voting age for only a
12       few years --
13                       MR. BARTOLOMUCCI:  -- of maybe --
14                       THE WITNESS:  -- that's right.
15                       MR. BARTOLOMUCCI:  -- five, six
16       years?
17                       THE WITNESS:  Yes, something like
18       that.  Probably like -- yeah, it was less than that
19       because I left not long after undergrad, so yeah.
20                       MR. BARTOLOMUCCI:  Okay.  All right.
21       Thank you.
22                       THE WITNESS:  I just wanted to make
```

Stephen Pettigrew , PhD                              May 5, 2023
Georgia Senate Bill 202, In Re

Page 262

1    that one clear.

2                   MR. BARTOLOMUCCI:  No, thank you for

3    that clarification.  All right.  So now we'll take

4    a break.

5                   THE WITNESS:  All right.

6                   VIDEOGRAPHER:  We are going off the

7    record.  This is the end of Media Unit 5.  The time

8    is 3:26 p.m.

9              (Recess from 3:26 p.m. to 3:46 p.m.)

10                  VIDEOGRAPHER:  We're going back on

11   the record.  This is the beginning of Media Unit 6.

12   The time is 3:46 p.m.

13   BY MR. BARTOLOMUCCI:

14        Q    Okay.  Dr. Pettigrew, just a few more

15   questions and then we'll let you catch your -- your

16   train home.

17        A    Great.

18        Q    So on the topic of whether SB202

19   might cause a -- a decrease in mail voting in -- in

20   elections under -- under SB202.  I was looking at

21   the report prepared by Justin Grimmer.

22        A    Uh-huh.

Stephen Pettigrew , PhD                May 5, 2023
Georgia Senate Bill 202, In Re

                                              Page 263

 1          Q      And I only brought one copy of it, so

 2      we'll make this exhibit, but let's do it this way,

 3      I'll give it to you --

 4          A      Okay.

 5          Q      -- and then we'll give it to the

 6      court reporter when you're done --

 7          A      Okay.

 8          Q      -- so just don't scribble on it.

 9          A      Sure.  I don't even have a pen.

10          Q      All right.  Good.

11                 MR. ROSEBOROUGH:  And this is just

12      excerpts, I'm guessing, based on the size?

13                 MR. BARTOLOMUCCI:  Well, it's like a

14      300-page report.

15                 MR. ROSEBOROUGH:  I know, that's why

16      I just want to clarify.

17                 MR. BARTOLOMUCCI:  I'm only including

18      pages 41 and 42.

19                 MR. ROSBOROUGH:  Okay.

20                 THE WITNESS:  Yeah.

21              (Pettigrew Deposition Exhibit Number 15

22                 marked for identification.)

Stephen Pettigrew , PhD                May 5, 2023
Georgia Senate Bill 202, In Re

Page 264

1      BY MR. BARTOLOMUCCI:

2              Q      And what I see in his Table 7 is data

3      obtained from the Secretary of State's office.  I

4      think it says that on page 41.  And -- and the data

5      he cites shows that mail voting was up between 2018

6      and 2022.  I -- I have it as -- as 5.6 percent --

7              A      Uh-huh.

8              Q      -- did mail-in voting in 2018, and

9      then that was up to 6.2 percent in 2022.

10             A      Uh-huh.

11             Q      Do you have any reason to -- to doubt

12     those -- those figures?

13             A      Yeah, I see that here.  I don't have

14     any reason to doubt them.

15             Q      Okay.  But -- but it does provide

16     some evidence, maybe not conclusive evidence, but

17     some evidence about the effect of SB202 on mail

18     voting?

19             A      No.  I -- I actually wouldn't agree

20     with that.  So -- so, as I mentioned, the way we

21     think about the effect of a law is -- is thinking

22     about what happens if the law is in place versus

Stephen Pettigrew , PhD                May 5, 2023
Georgia Senate Bill 202, In Re

Page 265

1      the counterfactual world where the law isn't in

2      place.  Just saying that mail voting was higher in

3      2022 than it was in 2018 doesn't establish that

4      SB202 had anything to do with that.  It's very

5      possible it would have been even higher in the

6      absence of SB202.

7                     It's also worth pointing out that,

8      you know, obviously the anomaly in this table is

9      2020, where mail voting was through the roof, as we

10     all probably remember, because of COVID that a lot

11     of people were voting by mail.  So there's actually

12     good reason -- there's good research out there

13     showing that -- that people's voting habits are

14     sticky.  What I mean by that is that once somebody

15     votes for the first time, they're more likely to

16     vote subsequently.  Also once somebody votes by a

17     new mode of voting, they're -- they're more likely

18     to stick with that voting mode.  Once it becomes

19     more familiar, they stick with it.

20                     So 2020, what you saw nationwide with

21     lots more people voting by mail, a lot of people

22     became more familiar with that -- that mode of

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 266

1      voting.  Frankly, it would have surprised me in the

2      absence of SB202, or with or without, it would have

3      actually -- it would actually surprise me if we saw

4      mail voting rates in 2022 being lower than 2018,

5      simply because you had a quarter of all Georgians

6      voting by mail in 2020, many of whom for the first

7      time, and so maybe that becomes part of their

8      habit.  But -- but just the increase here isn't

9      evidence that SB202 -- we -- we can't say what that

10     rate would have been had SB202 not been -- been in

11     place in 2022.

12          Q    Well, that was going to be my next

13     question.

14          A    Uh-huh.

15          Q    If -- if 6.2 percent of voters voted

16     by mail in 2022 --

17          A    Uh-huh.

18          Q    -- what would that number have been

19     in the nonexistent world when SB202 didn't exist

20     in --

21          A    Yes.

22          Q    -- 2022?

Stephen Pettigrew , PhD                      May 5, 2023
Georgia Senate Bill 202, In Re

Page 267

```
 1          A     So this is getting back to -- to the
 2    questioning earlier where you asked if I had a
 3    point estimate, a numeric estimate, of this
 4    exact -- of this exact effect.  Such a point
 5    estimate would -- would be able -- would allow me
 6    to answer that specific question, but that's not
 7    something that I was -- I was asked to provide
 8    here, so I can't provide -- I can't really answer
 9    that question.
10          Q     Okay.  Just a couple more --
11          A     Uh-huh.
12          Q     -- questions I think.
13          A     Uh-huh.
14          Q     Can you name for me any Georgia voter
15    who was unable to cast a ballot because of SB202?
16                MR. ROSEBOROUGH:  I object to the
17    form.
18                THE WITNESS:  By un -- can you say a
19    little more by what you mean by unable?
20    BY MR. BARTOLOMUCCI:
21          Q     Can you name for me any Georgia voter
22    who was prevented from casting a ballot because of
```

Stephen Pettigrew , PhD                                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 268

1      SB202?

2              A      I can't give you a specific name of

3      somebody, no.

4              Q      Are you claiming that SB202 will

5      prevent some number of Georgia voters from casting

6      a ballot?

7                    MR. ROSEBOROUGH:  I object to the

8      form.

9      BY MR. BARTOLOMUCCI:

10             Q      Do you want me to have that read back

11     to you?  I see you --

12             A      Yeah, could you --

13             Q      -- pondering.

14             A      Could you read it back?

15                    COURT REPORTER:  Sure.

16            (Court reporter read back as requested.)

17                    THE WITNESS:  I think that as a

18     consequence of SB202, there will be some people who

19     otherwise would have voted by mail who are going to

20     show up in person.  That's going to have an effect

21     on the lines.  As to whether there will be people

22     who won't vote -- who -- who SB202 will prevent

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 269

1      them from voting.  There's a difference here

2      between the law preventing somebody from voting and

3      the law making it more onerous and as a result some

4      people just opt to not participate.

5                  I haven't given much thought as to

6      whether the law will actually bar people -- make

7      it impossible for people to vote.  I don't -- I

8      don't -- I'm not sure that there's anything in

9      there that makes it impossible, but the law puts

10     barriers to -- to certain aspects of voting that

11     for some people who still decide to vote, they

12     will have potentially a less -- a worse

13     experience, whether it's a longer line or more

14     onerous mail ballot rules or potentially it --

15     it -- they end up saying, "Not for me this time,

16     I'm not going to -- I'm not going to vote."

17                 MR. BARTOLOMUCCI:  Okay.  No further

18     questions unless you start asking questions, then I

19     have to come back.

20                 MR. ROSEBOROUGH:  I may have probably

21     two questions.

22                 MR. BARTOLOMUCCI:  All right.  We'll

Page 270

1       see how it goes.

2                    MR. ROSEBOROUGH:  Does anyone --

3       first, does anybody on Zoom intend on asking any

4       questions before I jump in and ask a couple?

5                    Okay.  I'll take that as a no.

6            EXAMINATION BY COUNSEL FOR PLAINTIFFS

7       BY MR. ROSBOROUGH:

8            Q     Okay.  I have just a couple of

9       questions for you, Dr. Pettigrew.

10                   There's been some discussion about

11      the results of the 2022 CES survey preliminary

12      data.

13           A     Uh-huh.

14           Q     From your review and analysis you've

15      conducted so far, does that change any of your

16      opinions that you've expressed in this case?

17           A     It does not change any of my

18      opinions.

19           Q     If you were asked to supplement your

20      reports to address that, would you be willing to do

21      so?

22           A     I would be happy to.

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 271

1                              MR. ROSEBOROUGH:  That's all the

2          questions I have.

3                              MR. BARTOLOMUCCI:  Okay.  Nothing

4          else.

5                              MR. ROSEBOROUGH:  All right.

6                              VIDEOGRAPHER:  Finished?  We're

7          finished right?

8                              We're off the record at 3:54 p.m.

9          And this concludes today's testimony given by Dr.

10         Stephen Pettigrew.  The total number of media

11         units used was six and will be retained by

12         Veritext.

13                              (Whereupon, at 3:54 p.m., the deposition

14                              o STEPHEN PETTIGREW, Ph.D. was concluded;

15                              signature reserved.)

16

17

18

19

20

21

22

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

Page 272

1                 CERTIFICATE OF NOTARY PUBLIC

2           I, FELICIA A. NEWLAND, CSR, the officer before

3    whom the foregoing videotaped deposition was taken,

4    do hereby certify that the witness whose testimony

5    appears in the foregoing deposition was duly sworn

6    by me; that the testimony of said witness was taken

7    by me in stenotype and thereafter reduced to

8    typewriting under my direction; that said deposition

9    is a true record of the testimony given by said

10   witness; that I am neither counsel for, related to,

11   nor employed by any of the parties to the action in

12   which this deposition was taken; and, further, that

13   I am not a relative or employee of any counsel or

14   attorney employed by the parties hereto, nor

15   financially or otherwise interested in the outcome

16   of this action.

17

18

19                        _____

20                        FELICIA A. NEWLAND, CSR

                          Notary Public

21

     My commission expires:

22   September 15, 2024

Stephen Pettigrew , PhD                          May 5, 2023
Georgia Senate Bill 202, In Re

Page 273

1               A C K N O W L E D G E M E N T   O F

2                       D E P O N E N T

3

4        I, STEPHEN PETTIGREW, Ph.D., do hereby acknowledge I

5        have read and examined the foregoing pages of

6        testimony, and the same is a true, correct and

7        complete transcription of the testimony given by me,

8        and any changes or corrections, if any, appear in

9        the attached errata sheet signed by me.

10

11

12

13

14

         _____            _____

15       Date                       STEPHEN PETTIGREW, Ph.D.

16

17

18

19

20

21

22

Stephen Pettigrew , PhD                              May 5, 2023
Georgia Senate Bill 202, In Re

Page 274

1       In Re:  Georgia Senate Bill 202

2                   STEPHEN PETTIGREW, Ph.D.

3       INSTRUCTIONS TO THE WITNESS:

4           Please read your deposition over carefully and

5       make any necessary corrections.  You should state

6       the reason in the appropriate space on the errata

7       sheet for any corrections that are made.

8           After doing so, please sign the errata sheet

9       and date it.

10          You are signing same subject to the changes you

11      have noted on the errata sheet, which will be

12      attached to your deposition.

13          It is imperative that you return the original

14      errata sheet to the deposing attorney within thirty

15      (30) days of receipt of the deposition transcript by

16      you.  If you fail to do so, the deposition

17      transcript may be deemed to be accurate and may be

18      used in court.

19

20

21

22

Stephen Pettigrew , PhD                                      May 5, 2023
Georgia Senate Bill 202, In Re

                                                        Page 275

1      Veritext Legal Solutions

       1250 Eye Street, N.W., Suite 350

2      Washington, DC 20005

       (202) 857-DEPO

3

4                    E R R A T A   S H E E T

5      Case Name:  In Re: Georgia Senate Bill 202

6      Witness Name:  STEPHEN PETTIGREW, Ph.D.

7      Deposition Date:  May 5, 2023

8      Page No.  Line No.   Change/Reason for Change

9

10

11

12

13

14

15

16

17

18

19

20

       _____          _____

21     Signature                         Date

22

Stephen Pettigrew , PhD                                    May 5, 2023
Georgia Senate Bill 202, In Re

**[& - 2006/2008]**                                            Page 1

| & |
|---|
| **&** 3:5 11:1 136:4 |

| 0 |
|---|
| **0** 158:20 208:5 |
| **0.9.** 119:12 |
| **01259** 1:6 |
| **01284** 1:14 |
| **01333** 2:3 |
| **01728** 2:10 |

| 1 |
|---|
| **1** 7:7 9:10 14:5 14:11 35:22 67:10 |
| **1,000** 150:18 |
| **1,100** 106:12 150:18 |
| **1,160** 105:13 |
| **1,200** 106:12 |
| **1.2** 131:16 138:1 |
| **10** 8:4 47:13 67:5 80:14,14 81:1 90:19,19 92:3,6,12 123:2 146:9,11 255:5 |
| **10,000** 232:4,5 232:5 |
| **1001** 3:6 |
| **10:44** 67:11,12 |
| **10:59** 67:12,15 |
| **11** 8:6 108:3 152:15,16,19 |

251:3 258:5
**11.7** 133:12
**11.7.** 129:20 131:6
**117** 7:16
**11:34** 102:2,3
**12** 7:3 8:8 113:4 115:12 115:17 245:7,8 252:21 255:6 261:6
**1250** 275:1
**128** 7:18
**12:16** 102:3,6
**13** 8:9 45:1 59:2 102:15 103:4 233:10 247:22 248:1 261:6
**1300** 5:5
**132** 7:21
**135** 8:2
**13th** 45:6,9 136:18 143:7 246:14
**14** 7:7 8:10 63:2 113:4 250:11,12
**14.3** 155:13 156:2
**141** 5:19
**146** 8:4
**14754** 272:17
**15** 8:11 31:9 47:13 56:2

67:5 92:4 263:21 272:22
**15.2** 155:11 156:2
**15.3.** 155:13 156:3
**150** 4:9 167:6 178:8
**1500** 5:13
**152** 8:6
**159** 212:21
**15th** 6:13
**16** 1:15 7:9 113:4
**1600** 6:19
**17** 8:3 101:13 214:12,15
**1717** 3:15
**17th** 144:19
**18** 100:19 113:4
**18th** 147:17
**19** 101:1 214:12 257:15 257:20 258:7 258:12 260:3
**191** 6:5
**1930s** 82:20
**1940s** 82:20
**1993** 252:21 254:5 255:1
**1:12** 1:3
**1:20** 164:21,22
**1:21** 1:6,14 2:3 2:10 9:16

**1:30** 164:16
**1:34** 164:22 165:3
**1st** 127:7

| 2 |
|---|
| **2** 7:9 15:22 16:1,5 36:1 67:14 103:19 117:2 155:2 202:11 |
| **2,000** 106:11 107:21 231:5 241:3 242:9,11 |
| **2,002** 105:9 107:10 |
| **2.79** 117:3,6 |
| **20** 92:7,13 98:6 101:9 113:4,13 123:10 204:13 208:5 248:10 |
| **200** 206:9 |
| **20004** 3:7 |
| **20005** 5:14 6:14 275:2 |
| **20006** 3:17 |
| **2000s** 71:10 |
| **2004** 68:13 |
| **2005** 252:22 255:2 |
| **2006** 55:5 68:13 72:14 108:8 109:4 113:3 |
| **2006/2008** 55:5 |

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

**[2007 - 290]**                                                    Page 2

| | | | |
|---|---|---|---|
| **2007** 26:17 | **2020** 22:17 | 130:1,8,10,16 | **21** 60:12 |
| 27:2 260:21 | 24:21 25:5 | 130:20 131:6 | **21.6.** 122:12 |
| **2008** 55:5 | 60:10 68:10 | 131:18 132:11 | **2100** 9:18 |
| 126:11 | 69:5 72:14,19 | 132:16 133:5 | **22** 45:16 |
| **2010** 72:16,17 | 75:3 83:12 | 133:18,20,21 | 219:15 |
| **2010s** 71:10 | 105:10 107:15 | 134:20 135:12 | **22.8** 122:11 |
| **2011** 26:17 | 108:8 109:4,6 | 136:16,19 | **22000s** 97:2 |
| 27:3 260:21 | 109:7,11,19,22 | 142:7 144:10 | **23** 44:21 84:2,7 |
| **2012** 53:18 | 111:7,15,18 | 148:20 150:9 | 113:20 |
| 126:11 | 112:16,22 | 153:4,7,8 | **23.3** 158:8 |
| **2013** 53:19 | 113:1,4,5 | 155:18 156:4,6 | **23.6** 158:8 |
| 54:15,18 | 125:3,4,16 | 186:20 187:5 | **24** 109:9,10 |
| **2014** 54:13,18 | 128:7,9 129:4 | 193:4,9,21 | 130:19 |
| 58:6 99:7 | 130:16,19 | 194:1,14 195:8 | **24.6** 108:10 |
| 125:14 | 131:1,6 134:5 | 195:19 196:11 | 109:3 110:11 |
| **2016** 97:11 | 136:21 170:14 | 205:9 211:18 | **245** 8:8 |
| 126:12 231:20 | 170:17,20 | 211:21 215:3 | **248** 8:9 |
| **2017** 21:17 | 175:17 195:9 | 244:9 256:18 | **25** 167:7 |
| **2018** 101:4 | 246:15 248:11 | 257:6 264:6,9 | 176:15 185:22 |
| 125:15 130:11 | 249:1 251:11 | 265:3 266:4,11 | 257:13 |
| 131:13,14,15 | 265:9,20 266:6 | 266:16,22 | **25.5** 156:5 |
| 131:16,22 | **2021** 74:20 | 270:11 | **250** 8:10 |
| 264:5,8 265:3 | 75:1 244:7 | **2023** 1:19 8:3 | **26** 166:21 |
| 266:4 | **2022** 7:19 8:1,2 | 9:4 22:14 45:1 | 171:7 183:19 |
| **2019** 227:11 | 8:5,6 45:12 | 46:6,20 47:2 | 184:7 |
| **202** 1:3 9:13 | 69:5 73:2,8,10 | 67:19 100:13 | **263** 8:11 |
| 120:1 274:1 | 73:19 74:4,8,9 | 144:19 196:10 | **27** 7:11 110:7 |
| 275:2,5 | 75:6,9,9,13 | 275:7 | 110:10 111:19 |
| **202's** 77:8 | 77:3 87:8 | **2024** 22:18 | **27.4** 109:22 |
| **202-532-5421** | 113:9,14 | 187:4,5,7,9,13 | 111:15 |
| 4:11 | 117:22 118:2 | 187:19 251:12 | **270** 7:4 |
| **202-624-2500** | 120:20 121:18 | 253:11 272:22 | **28** 171:7 188:7 |
| 3:8 | 122:2 124:12 | **205** 4:18 | **29** 190:17 |
| **202-787-1060** | 124:19 125:2 | **20530** 4:10 | **290** 105:14 |
| 3:18 | 129:6,10,15 | | 107:7 |

Stephen Pettigrew , PhD                                May 5, 2023
Georgia Senate Bill 202, In Re

**[2900 - 6th]**                                              Page 3

| | | | |
|---|---|---|---|
| **2900**  6:5 | 204:6,17 207:2 | **4.2**  188:8 | **5.4**  119:12 |
| **2:30**  218:9,10 | 207:4 257:11 | **4.2.2**  211:13 | **5.6**  264:6 |
| **2:41**  218:10,13 | 274:15 | 217:10 | **50**  106:13,17 |
| **3** | **300**  263:14 | **4.2.3**  218:17 | 120:12 127:12 |
| **3**  7:11 27:15,17 | **30030**  5:7 | **4.2.4.**  230:22 | 207:17 |
| 27:21 67:20 | **30303**  5:21 6:6 | **4.21**  190:3,14 | **50th**  127:6 |
| 102:5 106:15 | **30th**  256:18 | **4.22**  190:3 | **52**  230:1 |
| 108:4 155:2 | 257:6 | **4.23**  190:5 | **5400**  4:17 |
| 164:20 | **31**  80:15 81:1 | **4.3**  229:22 | **55555**  1:3 9:16 |
| **3.10**  114:13 | 90:19 92:15 | **4.4**  230:13 | **57**  7:13 |
| **3.5**  132:20 | 118:21 137:19 | **4.7**  118:5 | **5:00**  219:18 |
| 133:15,17 | 203:16 | 120:10 | **5th**  9:4 |
| **3.6**  115:7 138:1 | **31210**  4:19 | **4.8**  137:22 | **6** |
| **3.64**  116:9,14 | **32**  203:16 | 138:2 139:12 | **6**  7:16 102:12 |
| 116:15 | **33**  190:17 | 141:12,17 | 102:18 117:11 |
| **30**  7:17 31:6 | **34**  112:14 | **40**  207:3,16 | 117:13 126:8 |
| 38:2 53:9,12 | **34.2**  131:6 | 228:21 | 207:1,13 |
| 54:8 55:17 | **35**  213:11 | **4038**  5:20 | 262:11 |
| 56:2,10 63:22 | **350**  275:1 | **404-954-5000** | **6.1**  118:21 |
| 66:9,14 80:14 | **36**  218:19 | 6:7 | **6.2**  264:9 |
| 81:1 90:19 | **37**  122:8 | **41**  238:21 | 266:15 |
| 91:21 92:3,6 | **38**  122:8 | 263:18 264:4 | **6.3**  118:7 119:6 |
| 92:12 98:6 | **3:26**  262:8,9 | **42**  263:18 | 119:6,9 |
| 108:13 109:8 | **3:46**  262:9,12 | **44**  7:12 | **6.9**  118:9 119:3 |
| 110:3,5,7,12,14 | **3:54**  1:20 271:8 | **45**  92:15 | **60**  31:6 56:3,13 |
| 110:15,15,17 | 271:13 | 257:14 | 91:22 |
| 111:1,8 112:11 | **4** | **478-621-4980** | **65**  156:5 |
| 112:15 118:6,8 | **4**  7:12 44:13,14 | 4:20 | **66**  215:12,13 |
| 119:2,3 120:10 | 44:18 67:19 | **5** | **68**  83:14 85:2 |
| 120:19 122:18 | 73:1 80:9 | **5**  1:19 7:13 | **6th**  136:19 |
| 122:20,22 | 165:2 166:19 | 57:12,13,17 | 143:7,9 147:5 |
| 128:4,8,10 | 166:21 218:8 | 102:12 106:15 | 148:7 |
| 155:9,19 | **4.0**  141:21 | 212:20 218:12 | |
| 161:18,20 | **4.1**  206:16,18 | 262:7 275:7 | |
| 162:2 202:11 | | | |

Stephen Pettigrew , PhD
Georgia Senate Bill 202, In Re
May 5, 2023

[7 - actually]

Page 4

| 7 |
| --- |
| **7**   7:18 82:11 |
| 83:11 100:18 |
| 104:15 120:11 |
| 126:8 128:18 |
| 128:20 230:3 |
| 264:2 |
| **70**   257:14 |
| **72.6.**   158:6 |
| **72.7**   158:6 |

| 8 |
| --- |
| **8**   7:21 105:7 |
| 113:4 118:22 |
| 126:9 132:4,6 |
| 132:9 207:14 |
| **8.2**   129:15 |
| 133:13 |
| **80**   82:7 |
| **80,000**   69:6 |
| **857**   275:2 |
| **8th**   147:4,22 |
| 148:6,20 150:8 |

| 9 |
| --- |
| **9**   8:2 135:17,20 |
| 157:5,6,10,13 |
| 158:21 258:12 |
| **90**   82:7 150:17 |
| **900**   3:16 5:13 |
| 106:21 |
| **900,000**   109:7 |
| 110:11 |
| **90s**   71:10 |
| **91**   83:12 84:12 |
| 84:18,22 85:1 |

**915**   6:13
**93**   254:13,14,16
**94**   254:13
**9:00**   219:18
**9:41**   1:20 9:4

| a |
| --- |
| **a.m.**   1:20 9:4 |
| 67:11,12,12,15 |
| 102:2,3 219:18 |
| 219:20 |
| **a5**   126:8 |
| **a6**   126:8 |
| **a7**   126:8 |
| **aaron**   3:13 |
| 11:14 |
| **abbreviation** |
| 108:17 |
| **abiding**   221:5 |
| 229:15 |
| **ability**   13:21 |
| 35:11 192:5 |
| 201:2 252:11 |
| 253:2 |
| **able**   24:11 89:2 |
| 90:11 95:19 |
| 186:16 194:7 |
| 211:21 225:2 |
| 240:20 249:10 |
| 251:9 267:5 |
| **above**   112:10 |
| 112:14 114:13 |
| 156:6 225:1 |
| **absence**   33:15 |
| 265:6 266:2 |

**absolutely**
253:21
**abstract**   29:9
**academic**   20:15
49:4 58:16
68:12 73:13
93:15 142:15
142:17,20
144:9,18 175:8
178:4 189:19
190:19 191:20
192:9 197:18
198:3 200:5
227:3,8 238:13
243:8,9 249:19
252:1 253:17
256:6
**academics**   54:1
55:12,22 69:9
98:5
**accept**   90:6
150:3
**account**   25:8
25:11 47:20
161:10
**accountability**
250:1
**accountable**
252:17
**accurate**   94:13
94:17,18 96:4
96:8 274:17
**acknowledge**
273:4

**aclu.org**   6:15
**acronym**   17:7
**act**   179:15
**action**   10:4
272:11,16
**actions**   202:3
**activities**   181:1
**activity**   182:17
**actual**   41:4,5
43:16 85:2
86:9 96:20
107:16 140:12
140:22 141:10
151:13 160:8
186:18 209:16
243:10
**actually**   15:4
34:4 40:19
42:12 50:14
58:20 69:2
70:14 71:7
80:9 82:6,12
82:14 87:5,13
97:5,15 100:9
101:2,8,13
104:4,12 106:9
109:5 133:22
140:7,16 142:7
143:20 147:19
168:15 180:17
186:21 200:9
211:6 223:18
223:19 227:13
227:18 228:7
231:10 232:11

Stephen Pettigrew , PhD
Georgia Senate Bill 202, In Re
May 5, 2023

**[actually - american]**                                                    Page 5

232:19 233:2,4
235:15 236:3
236:11 240:18
243:20 249:13
258:4,13
264:19 265:11
266:3,3 269:6
**add** 80:17
83:20 112:6,8
117:4 124:1,3
137:18 139:16
142:1 143:1
163:20 183:12
183:15 206:12
207:9,14
225:15 228:7
230:5 248:14
249:3,13 250:7
260:15
**added** 87:10,12
158:15 173:3
208:14 230:15
254:4
**adding** 119:1
138:1 191:22
201:1,1 214:20
235:19 236:2
241:1
**addition** 18:19
21:1 23:20
24:16 56:15
143:2
**additional**
29:17 36:6

**address** 49:8
86:11 87:3,21
190:12 238:11
242:16 270:20
**addressed** 54:5
239:3
**addresses**
153:1
**addressing**
59:3 85:20
**adds** 64:14
**administer**
10:2
**administration**
7:15 53:20
58:6,16 99:1
108:22 162:18
225:19 244:11
**administrative**
37:12 42:8
87:13 107:1
219:8 227:7
**administrators**
66:7
**admit** 93:20
220:7
**adopted** 66:13
74:20
**adopting** 91:12
**advanced**
219:17
**advancing** 2:1
**affairs** 136:4
**affect** 48:15
62:20 64:21

126:22 173:13
178:9 188:8
195:3 199:21
221:17,22
222:11
**affected** 166:6
234:10 236:8
236:10
**affecting** 76:15
**affects** 38:16
242:9
**affiliations**
10:10
**afflict** 172:18
**afflicted** 203:11
**african** 1:12
6:9 10:19
**age** 140:20,22
155:9 156:5
182:21 261:4
261:10,11
**aggregated**
158:12
**ago** 21:19 28:1
107:16 113:15
138:16
**agree** 9:9 35:2
59:12 60:22
62:17 63:16
65:7 77:5,11
155:3 167:20
242:18 264:19
**ahead** 14:3
31:16 44:12
83:18 144:15

185:16
**aimed** 220:8
**aims** 154:2
256:3
**air** 23:21
**al** 1:5,9,12,16
2:1,5,8,12
100:19
**alito** 254:8
255:3
**alleviated**
150:6 151:4
**allocation** 63:7
223:22
**allow** 142:21
267:5
**allowed** 41:1
184:22 186:7
239:11
**allude** 238:16
238:18
**alluded** 85:19
**alternative**
43:18
**amend** 64:8
**amendment**
252:9
**amendments**
63:5
**america** 12:3
**american** 6:12
7:13 10:17
256:14,14
257:22

Stephen Pettigrew , PhD                                    May 5, 2023
Georgia Senate Bill 202, In Re

**[americans - aronov]**                                                    Page 6

| | | | |
|---|---|---|---|
| **americans** 2:1 71:6 82:21 | **analyze** 73:22 77:2 91:20 194:7,18,19 | **anyway** 179:19 221:8 | **applies** 167:19 168:18 217:11 239:21 |
| **amorphous** 168:14 | **analyzed** 194:3 212:7 | **apart** 27:2 134:15 231:5 233:6 241:7 | **apply** 18:1 50:19 140:4 201:10 217:15 217:17 |
| **amount** 40:18 51:9 54:10 80:20 110:8 211:5 224:14 230:14 233:2 | **analyzing** 76:2 150:15 | **apologies** 119:20 | **applying** 201:6 |
| | **anomaly** 265:8 | **appealed** 246:18 | **appointments** 255:10 |
| | **anonymous** 90:7,13 | **appear** 248:6 250:18 273:8 | **approach** 33:2 40:2 50:2 71:15,16 91:12 93:11,12,12,16 102:16,19 179:22 250:4 |
| **amounts** 206:12 | **answer** 13:4,6 31:17,19 32:1 32:4 33:12 62:2 71:14 78:13 80:20 84:6 88:8 95:17,19 100:12 134:22 145:19 160:17 170:18 195:18 195:21 246:5 267:6,8 | **appearance** 10:7 | |
| **analogies** 50:15 | | **appearances** 3:1 4:1 5:1 6:1 10:9 | |
| **analyses** 36:14 36:16 40:14 107:4 | | **appears** 16:6 44:19 57:18 82:14 132:21 245:16 272:5 | |
| **analysis** 36:18 37:9 39:5 40:1 41:15 45:13 47:12 72:11 85:13 103:5 105:1,2,3,5,20 113:3 122:22 123:9 126:22 127:7 131:11 171:6 172:12 174:19 207:20 211:18 215:5 217:15 220:21 229:20 244:18 270:14 | | **appellate** 259:3 259:5 | **approaches** 29:22 30:3,19 33:3,17 179:10 |
| | | **appendix** 99:3 126:6 | **appropriate** 274:6 |
| | **answered** 90:22 151:16 | **apples** 121:10 | **approximately** 80:12 |
| | **answers** 13:1 81:10,21 | **applicable** 25:4 | **april** 246:14 |
| | **anybody** 51:14 54:11 162:6 170:6 175:20 176:15 181:6 181:13,21 184:18 185:20 185:22 211:11 241:19 270:3 | **application** 197:16 198:4 199:8,19 200:1 | **apt** 192:1 |
| | | **applications** 197:15,21 198:9,16 | **arbitrary** 155:6 259:11 |
| **analyst** 16:18 | | **applied** 19:20 21:22 30:14 50:8,11,17 | **area** 34:2 163:6 164:4 |
| **analytical** 30:19 | | | **areas** 61:10 98:2 163:8 |
| **analytics** 16:19 | | | **arlington** 6:20 |
| | | | **aronov** 6:22 9:20 |

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

**arriving**  206:4
**article**  7:11
  37:4,8 195:20
  242:22 243:18
  244:7
**articles**  142:18
**arts**  26:21,22
  27:1
**asian**  2:1
**asked**  48:2,5,7
  72:12 73:22
  74:11,14 79:20
  80:11 83:2
  88:3 89:8,14
  89:17 94:2,4
  95:1 145:9
  146:17 148:19
  150:14 161:1
  170:22 171:5
  186:14 194:17
  194:18,19
  195:1,3,16
  196:13 210:4
  214:10 259:16
  260:20,21,22
  267:2,7 270:19
**asking**  12:22
  78:16 96:4
  147:3,17 211:3
  269:18 270:3
**asks**  28:3 77:22
  79:18 80:1
  88:9 159:21
  161:13 207:8

**aspect**  239:2
**aspects**  17:4
  39:18 74:2
  98:22 191:21
  239:21 244:11
  269:10
**aspirational**
  65:8
**assess**  177:13
  191:5 205:13
  210:18
**assessed**  41:20
**assessing**
  126:17
**assessment**
  202:21
**assigned**  34:15
  241:14
**assistance**
  225:20
**assume**  13:11
  81:9,20 133:8
  166:4 202:15
**assumption**
  94:4
**assumptions**
  209:14
**atlanta**  1:2 2:1
  2:8 3:2 5:21
  6:6 9:15
**attached**  273:9
  274:12
**attempted**  49:8
**attend**  27:8
  223:7

**attention**  35:21
  70:12
**attorney**  10:11
  11:18 272:14
  274:14
**attorney's**  5:18
**attractable**
  236:15
**attributing**
  76:16
**atypical**  83:21
**audio**  9:7
**authored**  46:14
**authorized**
  10:2
**availability**
  48:20 192:7
**available**  48:18
  49:2 51:21
  53:1 73:3 76:8
  117:22 181:13
  193:13 194:2,5
  194:6 211:11
  212:3,7
**avenue**  3:6 9:18
**average**  7:18
  95:18 97:20
  102:17 103:7
  109:21 110:8,9
  110:13 111:7
  111:11,13,17
  111:18,20,22
  112:3,10,12,13
  114:17 116:16
  124:6 129:10

  130:15,15,18
  130:19 131:20
  132:22 133:2,4
  133:8 134:19
  134:20 204:6
  204:15 233:2,4
  235:16 236:2
  257:13,14
**averages**
  103:11
**avg**  7:22
**avoid**  222:22
**aware**  25:5
  66:12 136:9
  144:17 240:8
**axis**  116:16

**b**

**b**  30:21 31:1,13
  32:17
**bachelor**  26:21
  26:22
**back**  27:5 32:9
  35:18 44:20
  49:22 52:20
  65:3 67:13,17
  67:18 71:2,7
  82:19,20 90:15
  99:5 101:3
  102:4,8 140:17
  157:3,12
  164:16 165:1,5
  166:18 172:13
  174:6 180:17
  184:22 185:18
  218:11,15

Stephen Pettigrew , PhD                                May 5, 2023
Georgia Senate Bill 202, In Re

**[back - beings]**                                                      Page 8

223:21 229:9
257:3 262:10
267:1 268:10
268:14,16
269:19
**bad** 39:12
159:20 193:18
235:17 237:16
**ballot** 7:17 51:3
51:3 63:6 66:9
109:22 186:7
192:6 197:14
197:21 198:4,9
198:16,21
199:8 200:20
201:11,12
202:14 203:3
208:1 210:10
219:12 237:7
239:9,11
267:15,22
268:6 269:14
**balloting**
207:21 209:16
**ballots** 51:1
63:12 109:8
192:8 198:10
198:22 200:10
200:15 201:9
216:6 226:2,2
**ban** 166:22
171:7,19
176:14,15
**bands** 80:2,6
90:16

**bans** 175:18
176:2,4,5,6,7
178:7
**bar** 269:6
**barrier** 201:2
**barriers** 269:10
**bars** 68:6 134:3
**bartolomucci**
3:12 10:12,13
11:16 12:13
14:2,7,10
15:21 16:4
27:14,19 31:18
32:8,14 44:11
44:16 49:3
57:11,16 66:5
67:1,5,16 77:4
77:18 85:18
94:12 101:17
101:21 102:7
111:5 117:10
117:16 128:17
129:1 132:2,8
134:21 135:2,5
135:7,16 136:1
139:9,10
146:13 149:3
149:19 151:3
151:15 152:12
152:14,18,21
153:19 154:16
157:2,9,11
162:20 163:5
164:6,11,14,17
165:4,18

166:13 167:15
168:16 169:12
178:20 180:8
182:7,18 183:6
183:14 188:18
193:20 195:17
209:19 210:12
211:12 217:9
217:21 218:2
218:14 220:13
226:20 245:6
245:10 246:16
247:7,18,21
248:4 250:10
250:15 260:7
260:11,17
261:7,9,13,15
261:20 262:2
262:13 263:13
263:17 264:1
267:20 268:9
269:17,22
271:3
**base** 97:22
**based** 43:13
44:5 77:19
91:8 96:9,18
97:8 98:1,12
99:5,12 100:5
100:10 105:5
109:3 141:10
156:18 178:4
187:10,10
202:20 203:19
211:18 226:14

226:16 263:12
**baseline** 115:9
115:11
**basic** 23:20
29:9,10 49:22
68:17 160:19
160:20
**basically** 17:16
23:14 24:3
36:13 37:14
38:3 39:22
40:20 42:9
55:4 69:10
71:5,11 100:7
104:7 106:20
168:4 212:3
214:9 225:17
**basics** 136:2
**basis** 189:8
**becoming**
88:14
**beginning**
10:10 67:14
102:5 142:9
145:17 165:2
218:12 219:15
262:11
**behalf** 3:2,10
4:2,13 5:2,9,16
6:2
**behavior** 42:11
177:14 209:16
210:6 221:20
**beings** 50:12

Stephen Pettigrew , PhD
Georgia Senate Bill 202, In Re

May 5, 2023

**[belabor - broadly]**

Page 9

**belabor** 111:6
**believe** 44:21
53:7,13,17,18
61:4 69:5 70:3
72:14 88:16
99:7,17 109:5
127:5 135:17
145:15 165:21
181:16,19
202:8 214:5
227:7,12 255:1
258:4,5
**believed** 91:3
**benchmark**
53:3,7,13,17
54:21 65:16
110:4,5 111:9
122:19
**benchmarks**
65:20
**bern** 247:13
**bernie** 245:18
246:2
**best** 13:3 56:22
130:21,22
196:9 198:22
253:22
**better** 25:8
70:8 160:3
177:9 222:21
234:8,13
235:18 250:3
256:4 258:15
**beyond** 170:21
202:12

**bias** 95:9,13
**bibb** 4:13 11:12
**biden** 251:8,12
251:13
**big** 21:4,5
22:19 24:20
68:12 69:4
115:19 196:14
209:17 213:3,4
238:20
**bigger** 131:19
177:21 178:3
204:15
**biggest** 68:14
177:20 213:9
**bill** 1:3 9:13
75:10 168:21
176:21 274:1
275:5
**bins** 91:17
**bipartisan**
97:11 101:5
**bit** 16:9 19:2
20:11 21:5
30:15 32:13
67:2 73:15,16
83:6 103:11
106:1 112:5
121:9 130:11
131:21 204:13
207:13 216:17
235:18
**black** 2:7 3:2
11:2 47:16,16
105:15 107:7

107:11,19,21
114:16 115:7
116:12,14,19
117:6 118:7,21
119:17 120:9
120:11,13
122:11,17
134:1 137:16
141:21 142:7
158:3,6,16
159:14 161:15
161:18 162:1
172:18 173:2
208:9
**blacks** 158:8,13
158:20 208:9
**blame** 109:17
**block** 145:18
**blurry** 20:11
**book** 160:18,18
**books** 168:8,9
**booth** 6:4
**boss** 25:18
**boston** 40:15
41:9,12
**bottle** 185:6,18
**bottleneck**
62:14 237:15
**bottom** 35:22
120:17 248:8
**bouncing** 161:2
161:11
**boundaries**
239:1

**box** 192:7
**brad** 1:7 2:4,11
**brains** 161:8
**branches** 250:2
**break** 13:14
67:3 101:19
102:9 164:8
217:22 260:8
262:4
**breaking**
134:14 186:1
200:22
**breaks** 238:4
**breeze** 61:9,18
**breezed** 122:13
**breyer** 254:12
254:17
**breyer's** 254:7
**brian** 1:15
**bribery** 168:5
176:7,7
**briefly** 12:20
36:22
**bring** 58:1
184:18
**bringing** 170:1
184:5
**broad** 47:7
160:4 174:7
**broader** 20:12
69:13 139:20
139:22 140:2,5
140:9
**broadly** 50:2
141:15 162:18

Stephen Pettigrew , PhD                                May 5, 2023
Georgia Senate Bill 202, In Re

**[broken - certain]**                                                           Page 10

| | | | |
|---|---|---|---|
| **broken** 121:4 185:19 | 96:11 225:18 227:5 | 162:12 170:8 170:11 172:16 | 188:12,17 **causally** 29:22 |
| **brought** 258:18 263:1 | **caller** 71:3 **cancer** 34:17 | 173:1,3 178:7 181:15,17 | 30:8,13 193:4 **causation** 35:4 |
| **browsed** 15:4 | 34:20 | 185:11 187:21 | 188:22 |
| **browsing** 29:8 | **candidate** 24:11 | 204:12 208:20 240:14 243:4 | **cause** 30:17 62:22 109:16 |
| **bucks** 179:4 | **capacity** 1:8,16 | 247:8 258:2 | 262:19 |
| **buffer** 168:13 | 2:4,11 226:15 | 259:1,7 270:16 | **causes** 31:13 |
| **building** 6:19 176:12 | **caps** 146:22 148:11 151:5 | 275:5 **caseload** | 32:17 34:17 48:9 52:19 |
| **buildings** 241:11 | **caption** 137:11 | 258:20 | 62:7 63:3 233:11 |
| **builds** 44:3 | **care** 33:12,13 | **cases** 103:6 | **causing** 237:18 |
| **built** 23:19 25:10 225:13 | 84:15,21 85:14 223:8 | 154:13 221:1 227:2 235:6 | **caveats** 141:22 144:12 |
| **bulk** 37:10 195:8 | **careful** 213:15 **carefully** 274:4 | 258:18,22 **cash** 179:5 | **cces** 68:11 72:14 77:3 |
| **bulldog** 26:12 | **carolina** 98:13 | **cast** 7:17 51:1 | 88:18 89:9 |
| **bunch** 86:14 140:11 161:2 | 98:14 99:6,7,8 101:16 227:15 | 63:12 66:8 109:8,22 186:7 | 138:17 **cellphone** |
| 189:10,18 224:12 | 227:15 **carries** 36:1 | 202:14 219:12 267:15 | 99:21 **census** 225:18 |
| **burden** 173:3 | **carrying** 142:10 | **casted** 176:9 | **center** 17:14 |
| **burdens** 171:18 192:2 | **case** 1:3,6,13 2:2,9 9:15 | **casting** 201:9 237:4,8 267:22 | 98:18 101:5 136:5,8 |
| **bush** 255:2,14 | 10:15 31:2,6 | 268:5 | **century** 258:2 |
| **buy** 69:10 223:12 224:15 | 37:18 38:19 44:20 58:21 | **catch** 24:12 262:15 | **certain** 24:10 24:12 31:11 |
| **buying** 168:5 | 60:3,7,9 61:2 74:2,17 83:4,5 | **categories** 154:18 155:2 | 38:13 53:3 99:8 121:19 |
| **c** | 84:6 85:13 86:19,22 95:11 | **category** 122:8 123:11,19 | 156:21 162:3,4 175:19 179:18 |
| **c** 7:1 9:1 273:1 **call** 39:20 50:1 | 106:6 128:5 139:21 154:10 | **causal** 30:19 33:6,14 34:6,6 | 182:21 194:21 213:21 239:10 |
| 139:2 259:13 **called** 12:10 37:16 71:4 | | 34:19,22 35:16 | |

Stephen Pettigrew , PhD
Georgia Senate Bill 202, In Re

May 5, 2023

**[certain - clayton]**                                                                                    Page 11

239:18 241:7
258:6 269:10
**certainly** 45:8
55:18 74:15
100:16,17
107:12 111:2
112:18 113:1
185:9 195:13
211:1 222:17
**certificate**
272:1
**certify** 272:4
**ces** 7:20 8:1
68:4,7,9 71:20
72:3 77:19
80:1 82:12
83:5,6,12 85:4
85:19 88:3,6,9
89:12,14 90:6
90:18 91:1
105:10 117:22
118:2 129:7
132:11 153:9
154:4,6,15
155:4,13,16,18
156:7,21
270:11
**cetera** 226:3
**challenges**
42:17 48:19
**chances** 31:4
**change** 56:13
125:10,11
170:12 208:6
208:11,21

210:5 219:8
221:18 229:4,5
252:12 257:5
270:15,17
275:8,8
**changed** 24:20
39:15
**changes** 24:22
46:11 168:12
190:7,9,11
191:19 192:3,6
192:7,7 202:13
202:15 203:2
213:13,18
214:2,2 220:8
220:12,19
273:8 274:10
**changing** 25:13
232:7 252:8
**characterizati...**
199:10
**characterize**
238:1,2 255:16
255:19
**characterized**
167:13
**chart** 117:18
122:5 129:2
132:10,11
134:14 153:8
154:2
**charts** 132:3
134:18
**check** 50:22
52:4 90:18

232:15,20
235:7,12 237:3
**checkmarks**
24:4
**chen** 99:19
100:17 101:8
**cherrypicking**
154:12
**chief** 255:3
**choice** 121:6
**choose** 213:16
**chose** 208:16
208:17
**christopher**
3:12 10:13
**chronic** 162:3
**chronically**
61:12
**chunk** 124:15
213:3,4,10
**church** 1:12
6:10 10:19
**chyron** 24:6
**cigarettes**
34:19
**circles** 249:19
252:2
**circumstance**
34:14 178:11
184:9 186:12
211:2,9 236:18
**circumstances**
33:4,8 34:10
179:7 200:8
211:1 248:22

**citation** 100:18
101:12 202:10
**cite** 100:17
101:9 171:11
175:11 190:19
202:5,8 238:19
**cited** 100:12
116:10 144:18
191:1 238:13
239:14,20
**cites** 264:5
**city** 40:14
**civil** 4:6 5:12
6:12 10:17
11:6
**claim** 31:12
32:17 162:11
171:15,19,21
172:2,10
177:16,17
182:16 192:16
**claiming** 215:5
268:4
**clarification**
134:17 262:3
**clarify** 32:12
148:10 261:2
263:16
**clarity** 261:5
**class** 19:17
**classes** 17:22
18:16 30:15
33:8
**clayton** 212:12

Stephen Pettigrew , PhD
Georgia Senate Bill 202, In Re
May 5, 2023

**[clean - computer]**

Page 12

| | | | |
|---|---|---|---|
| **clean** 13:7 | **collected** 97:9 | **coming** 54:22 | **comparable** |
| **clear** 25:15 | 194:7 212:5 | 100:8 141:13 | 141:20 |
| 77:16 93:11 | **collection** | 251:8 | **compare** 97:21 |
| 97:18 149:4 | 222:10 | **commenting** | 98:1 130:22 |
| 197:6,8 198:14 | **collects** 88:16 | 103:20 | 134:6 195:1 |
| 205:8,10 214:2 | **college** 17:18 | **commerce** 5:5 | **compared** |
| 215:22 262:1 | 261:4 | **commission** | 116:17 130:10 |
| **clergy** 2:7 3:2 | **colloquial** | 7:15 53:14,18 | 160:12 207:2 |
| 11:3 | 94:19 | 53:20,21 54:12 | 210:11 216:20 |
| **click** 70:11 | **color** 7:21 | 55:13 56:5,16 | **comparing** |
| **clinton** 254:15 | 114:15 116:20 | 57:19 58:5,10 | 41:11 103:13 |
| 254:15,18 | 118:6 119:10 | 58:17 63:2,21 | 103:13,14,17 |
| 255:9 | 120:19 122:11 | 64:1,5 65:18 | 104:12 124:4 |
| **clog** 63:6 | 129:17 131:4 | 65:19 66:3,4,7 | 126:10 131:9 |
| **close** 40:21 | 132:14 | 97:11 108:16 | 134:3 166:5 |
| 41:1 42:10,10 | **column** 119:17 | 108:20,21 | **comparison** |
| 70:12 106:17 | 137:15,16 | 116:2 225:20 | 131:4 160:2 |
| 154:3,7 155:4 | 156:18 158:16 | 233:10 234:1 | **comparisons** |
| 155:5 186:6 | **combat** 225:6 | 236:4 237:12 | 125:7 161:12 |
| **closed** 40:19 | **combining** | 272:21 | **complete** 273:7 |
| 186:15 | 129:3 | **commission's** | **completed** 50:6 |
| **closer** 85:1 | **come** 23:13 | 54:6 65:3 | **completely** |
| **closing** 41:4,5 | 25:22 52:20 | **committee** 5:12 | 127:9 |
| 231:6 | 63:21 101:18 | 11:6 259:19 | **complicated** |
| **cobb** 212:12 | 174:6 183:21 | **common** 61:7 | 48:13 49:14,16 |
| **code** 43:4 79:16 | 185:14,17 | 61:17 116:3 | **composition** |
| 93:7 | 227:10,13 | 204:21 210:16 | 140:3,21,22 |
| **codes** 42:15 | 231:18 237:20 | 224:5 226:10 | 141:8 143:3 |
| 43:2,4,5 | 246:7 269:19 | **commonly** | 249:20 256:15 |
| **cognitively** | **comes** 59:21 | 210:17 | **compressed** |
| 161:8 | 141:17 179:4 | **companies** | 216:4 217:6 |
| **colleagues** 20:9 | 189:12 226:11 | 86:21 | **compressing** |
| 25:22 49:19 | 231:22 234:22 | **company** 86:12 | 217:13 |
| **collect** 86:14 | **comfortable** | 86:19 89:7 | **computer** 50:8 |
| 89:20 211:21 | 141:15 246:5 | | 79:16 |

Stephen Pettigrew , PhD                          May 5, 2023
Georgia Senate Bill 202, In Re

**[conceptualizing - controlled]**                          Page 13

conceptualizi...
 237:3
**concern**  46:7
 150:5,6 151:4
**concerned**  2:7
 3:2 11:2
 163:16
**concerns**  180:2
 180:12
**concluded**  29:5
 64:2 271:14
**concludes**
 271:9
**conclusion**
 32:19 36:19
 77:6 167:18
 202:1 231:19
**conclusions**
 56:12 75:19
 76:12 77:16
 100:8 105:4
 142:22 191:9
 194:4
**conclusive**
 264:16
**conditions**
 241:17 243:11
**conduct**  177:5
**conducted**  68:3
 73:9 136:18
 143:21 177:10
 270:15
**conducting**
 33:22 147:10

**conference**  1:4
 227:3,7,8,8,11
 228:7,14
**conferences**
 19:6 21:2
 223:7 228:18
**confidence**
 121:12,14,16
 121:18,20
**confident**  144:8
**confirmation**
 254:8
**confirmed**
 254:11
**conflate**  96:1
**conflated**
 150:21
**conflict**  62:12
 237:13
**confused**
 148:10 149:12
 165:11,22
**confusing**
 145:5
**confusion**
 166:4 239:1,5
**congress**
 252:10
**congressional**
 68:11
**connection**
 12:17 74:10
**conor**  6:17 11:9
**consensus**
 54:20

**consequence**
 123:12 172:21
 173:17 197:3
 198:18 201:17
 203:14 209:17
 268:18
**consequences**
 195:6
**consequential**
 123:20
**consider**
 105:14
**considerably**
 22:16
**considered**
 37:2 176:22
 177:2
**consistent**
 47:14 124:8
 126:13 129:22
 159:8
**consovoy**  6:18
 11:9
**constant**  51:17
**constantly**
 25:14 184:3,11
 243:22
**constitute**
 23:10
**constitution**
 4:8
**constitutional**
 63:5 252:9
**constrained**
 224:22,22

**constraints**
 224:11 226:11
 226:13 232:10
**constricted**
 64:16
**construing**
 181:20
**consultant**
 26:10
**contaminated**
 143:17
**content**  246:6
 249:5
**contentiousn...**
 187:1
**contentment**
 159:15
**context**  51:19
 73:11 114:5,11
 124:4 191:15
 192:3
**contextualiza...**
 126:3 128:2
**contextualize**
 125:20
**continue**  9:8
 63:1
**continuous**
 96:7,13
**contribute**
 69:11
**control**  31:8
 37:18,19 38:4
**controlled**
 33:15,22

Stephen Pettigrew , PhD
Georgia Senate Bill 202, In Re

May 5, 2023

**[conversations - crowell.com]**                                                Page 14

conversations
  9:6
conversely  75:6
cool  164:18
cooler  184:6
cooperative
  68:3,10
copy  146:5
  263:1
core  18:15
correct  15:12
  16:20,21 21:17
  21:18 26:4
  30:10 42:4
  46:16,21 47:3
  53:11 58:8,11
  65:5 68:5
  74:19 75:5
  77:21 79:4
  80:4 81:8 82:4
  83:16 92:17,22
  95:17 108:9,22
  114:11 116:12
  116:21 130:15
  133:14,16,18
  138:1,19
  141:13,21
  142:2 174:13
  174:15 202:10
  220:4 273:6
corrections
  273:8 274:5,7
correctly  36:9
  36:15 62:15
  63:14

correlated  41:8
correlation
  98:3,11 99:12
correspond
  140:2
corroborate
  100:4 106:10
counsel  3:1 4:1
  6:1 7:3,4 9:12
  10:8 12:6,12
  14:16 31:21
  117:19 134:16
  152:22 270:6
  272:10,13
count  58:13
counterfactual
  265:1
counties  23:14
  54:8 61:10
  98:21 162:4
  212:1,6,8,16
  213:1,5,7
  214:7 215:13
  219:13 221:4
  222:3,8,15
  223:13 229:14
  230:4,17
counting  51:4
country  42:9
  42:10,12,20
  47:15 62:1
  69:10 86:15
  97:14 98:6
  110:9 130:7,10
  130:13 172:17

221:13 225:16
  227:17 250:4
county  4:13 5:2
  5:4,16,18
  11:13,18,19,21
  11:22 38:12
  60:4 200:17
  201:11 212:2
  215:15 219:21
  221:13,14,17
  221:18 223:3,3
  224:20 225:4
  227:1 230:5
  241:1
county's
  221:20
couple  23:4
  28:1 33:17
  40:13 51:10
  55:15 60:14
  64:13 86:7
  102:11 107:16
  121:1 159:3
  228:6,10,16,16
  267:10 270:4,8
coupled  37:11
course  12:22
  19:9,12,14,20
  23:1 64:10
  74:18 93:2
  96:17 231:16
courses  18:15
court  1:1 9:14
  9:22 12:5,22
  248:15 249:4

249:14,20
  250:4,20 251:1
  251:3,10,18
  252:3,13,20
  253:4,15 254:5
  256:10,15,21
  257:12,15,21
  258:1,11,14,18
  258:21 259:7
  259:10 263:6
  268:15,16
  274:18
courts  259:5
cover  248:14
  249:10
covered  47:22
  113:8 168:11
covers  75:3
  171:7
covid  112:19
  228:14,16
  265:10
crater  208:1
create  62:13
  237:14 239:1
created  117:19
  129:3 152:22
  175:15
creates  239:5
criticism  166:6
crowell  3:5
  11:1
crowell.com
  3:9

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

[crunch - decades]                                              Page 15

| | | | |
|---|---|---|---|
| **crunch** 214:11 | 25:12 30:14 | 143:17 144:8,9 | **davari** 4:5 12:2 |
| 214:15 | 37:10,12 40:14 | 146:3 150:2,2 | **david** 5:17 |
| **crux** 189:12 | 40:17 41:9 | 150:4 153:2,6 | 11:17 |
| 235:9 | 42:13 44:5 | 153:8 154:15 | **david.lowman** |
| **csr** 272:2,20 | 45:11,12 47:12 | 155:16,17 | 5:22 |
| **cup** 185:18 | 48:20 49:1 | 156:4,7 161:15 | **davin** 6:11 |
| **curiosity** 74:7,7 | 55:4 56:9 57:8 | 162:1 193:6,12 | 10:16 |
| **curious** 94:20 | 57:10 61:3 | 193:16 194:2,5 | **day** 25:7 39:13 |
| 168:4,6 254:3 | 67:20 72:4,6 | 194:6,14 | 41:7,9 59:9 |
| **currently** 16:9 | 72:10,17,20,21 | 195:14,19 | 64:17 68:21,22 |
| 212:5 244:10 | 73:8,10,14,17 | 196:6,11 202:5 | 71:2,7 79:13 |
| **curriculum** | 73:19,20,22 | 203:20 204:20 | 86:8 97:14 |
| 19:2 | 74:4,8,10 75:6 | 205:1,2,5,7,13 | 108:11 121:5 |
| **customer** 174:4 | 75:7,13,17,17 | 205:15 209:2 | 144:1,2,4,5 |
| 174:7 | 75:22 76:8,8 | 211:6,7,18,20 | 150:22 151:1 |
| **cut** 13:3 235:8 | 76:11,17,20 | 211:22 212:2,6 | 176:16 186:4,8 |
| **cutoff** 56:10 | 77:8,13,19 | 215:2,21 | 199:3 214:19 |
| **cuts** 105:12 | 83:5,15 87:8 | 222:10,18 | 214:20 219:12 |
| **cv** 1:6,14 2:3,10 | 91:1,14,19 | 224:3,3 225:15 | 219:15,16 |
| **cycle** 22:14 | 95:8 96:12,18 | 225:22 226:16 | 239:10 |
| 191:8 211:11 | 97:9 98:11 | 229:5,8 242:19 | **days** 23:7 57:5 |
| **czatz** 3:9 | 99:18,21 100:3 | 242:20 243:3,6 | 82:20 107:16 |
| **d** | 101:7 104:21 | 243:10,13,14 | 197:4 214:7,13 |
| | 104:21 105:4 | 264:2,4 270:12 | 214:15,16,17 |
| **d** 9:1 273:1,2 | 107:15 113:3,6 | **database** 207:5 | 219:11,15,17 |
| **d.c.** 3:7,17 5:14 | 113:9,14 | **dataset** 42:19 | 274:15 |
| 6:14 9:19 | 117:22 118:2 | **datasets** 30:2 | **dc** 4:10 275:2 |
| **dangerous** | 118:11 120:1,5 | 36:17 | **dead** 251:1 |
| 246:7 | 122:5 124:19 | **date** 28:18 75:1 | **deal** 175:12 |
| **daniel** 4:5 12:2 | 129:3,6 130:1 | 144:2 254:5 | 184:14 236:15 |
| **daron** 58:15 | 132:11 133:21 | 256:17,22 | **dealing** 83:7 |
| **data** 7:19,22 | 134:8 135:15 | 273:15 274:9 | 176:8 |
| 16:14,18 17:17 | 137:4 138:16 | 275:7,21 | **dealt** 91:11 |
| 17:17,21 18:5 | 140:10,11 | **dated** 58:6 | **decades** 55:9 |
| 18:10,17 19:3 | 142:13,14,19 | 244:7 | 258:19 |
| 19:20 20:21 | | | |

Case 1:21-mi-55555-JPB    Document 574-35    Filed 06/09/23    Page 292 of 346
Stephen Pettigrew , PhD
Georgia Senate Bill 202, In Re
May 5, 2023

[decatur - difference]                                                    Page 16

**decatur** 5:7
**december**
  45:11,13
  136:19 143:7,8
  143:9,10 147:5
  148:7
**decent** 87:14
  88:1
**decide** 79:1
  199:22 269:11
**decided** 24:10
  104:20
**deciding** 56:10
**decision** 16:18
  22:6 23:11
  56:11
**decisions** 56:9
  256:21
**decrease**
  202:17 262:19
**deem** 142:4
**deemed** 274:17
**deep** 112:19
**defeat** 246:7
**defendant** 9:12
  11:19
**defendants** 1:9
  1:16 2:6,13
  3:10 4:13 5:2
  5:16 7:3 10:14
  11:13,16,21
  12:12 58:21
  117:19 132:10
  137:3

**defense** 152:22
  259:14
**defense's**
  135:15
**define** 43:12
  59:22 61:2
  94:16 247:17
**definite** 215:6
**definitely** 22:12
**definition**
  43:10 94:18,20
  164:1 176:11
**definitive** 242:3
**degree** 17:18
  163:10,13,14
  163:15
**degrees** 26:18
  163:16
**dekalb** 5:2,4
  11:21,22
  212:12
**dekalbcounty...**
  5:8
**demand** 31:10
**demanding**
  22:21
**democrats**
  248:14 249:2,3
  249:9,13 250:6
**demographic**
  38:10 143:3
  154:11,13,17
**demonstrate**
  29:17

**dems** 248:11
**denominator**
  84:12
**dent** 229:6
**department** 4:2
  4:7 5:4 11:22
  17:15,16
**depends** 19:15
  22:13 61:1
  85:5,9 169:17
  179:1,1 211:2
**depo** 275:2
**deposed** 12:18
**deposing**
  274:14
**deposition** 1:18
  7:5,7 9:11,17
  12:17 13:17,21
  14:4,5,16 16:1
  27:17 44:14
  57:13 117:13
  128:20 132:6
  135:6,20
  146:11 152:16
  245:8 248:1
  250:12 263:21
  271:13 272:3,5
  272:8,12 274:4
  274:12,15,16
  275:7
**depth** 48:16
**deputy** 16:16
  20:2
**describe** 36:22
  65:5 184:1

214:10
**describes** 174:2
**description** 7:6
**designed** 147:8
  220:15 234:14
**desirable** 83:3
**desired** 231:9
**desk** 16:18 22:6
  23:11
**detail** 25:12
**details** 37:8
  39:21 70:2
  88:7
**determinates**
  52:20
**determine** 42:2
**detrimental**
  175:3
**developing**
  25:7,11
**development**
  19:2 24:17,18
  24:18
**dial** 71:12
**dialing** 71:5,6
**died** 71:11
**difference**
  30:22 31:3,4
  104:2 114:18
  114:19 115:7
  115:16 116:16
  122:12 123:11
  133:7,7 159:2
  159:4 269:1

Stephen Pettigrew , PhD                                    May 5, 2023
Georgia Senate Bill 202, In Re

**[differences - drink]**                                                Page 17

**differences**
40:11 96:16
103:20 122:1
122:16 123:20
**different**  20:10
23:17 29:21,22
30:2,2,2,18
32:21 33:3,17
35:16,17 36:14
36:16,17 37:21
40:16 51:7
55:16,16 56:6
56:8,14 70:16
79:2 91:15
94:17 97:7,10
98:7,22 100:8
103:15 121:22
138:15,17
140:21 141:3
161:11 179:6
191:14 204:7
205:16 209:7
209:13,14
214:18 215:12
240:21 250:1
257:4
**differently**  25:6
**difficult**  77:6
90:14 175:1
191:12,22
196:20 213:12
214:22
**digestible**  57:2
**digit**  71:5

**diminishes**
36:7 105:13
**direction**  30:4
215:4,8 253:3
272:8
**directionality**
172:9 192:13
192:19 196:17
196:18 197:7
215:22
**directions**
103:2
**directly**  49:10
225:2 256:16
**director**  16:13
16:16 18:10
20:2 25:19
**disagree**  59:17
223:1
**disagreement**
62:13 237:14
**disconnect**
237:5
**discourage**
202:2
**discourages**
200:18
**discrepancy**
153:2
**discretion**
219:11
**discuss**  189:11
195:4
**discussed**  210:6

**discussing**
114:12,14
254:3
**discussion**  34:4
55:22 104:17
249:19 252:1,5
252:7 256:7,10
259:9 270:10
**discussions**
15:9
**dissertation**
28:7 259:14,18
**distance**  98:8
175:19,20
**distinction**  60:2
**district**  1:1,1
1:11 6:9 9:14
9:15 10:18
**divide**  235:5
**dividedness**
187:2
**dividing**  119:12
**division**  1:2 4:6
9:15
**document**
14:14 15:11,22
58:9 137:1
145:15 152:1
156:17
**documentation**
88:6
**doing**  18:17,17
20:19,21 24:17
45:9 65:22
85:13 107:4

127:22 136:12
179:6 200:18
221:19 222:15
223:8,15
224:10,20
225:5 274:8
**dollars**  178:15
178:19,21
179:12
**door**  176:11
**doubt**  168:19
264:11,14
**downstream**
203:14
**dr**  7:12 9:11
12:14 14:12
27:20 44:17
99:18 102:8
218:16 262:14
270:9 271:9
**draft**  99:4
**dramatically**
140:21
**draw**  35:21
75:18 76:12
77:15 142:21
170:10
**drawing**
238:22
**drawn**  191:10
**drew**  167:18
**drink**  167:5,19
167:22 170:2
171:12

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

**[drive - election]**                                    Page 18

| | | | |
|---|---|---|---|
| **drive** 4:17 5:5 | 208:8 210:3,7 | 75:11,19 76:9 | **effectively** |
| **driven** 204:20 | 229:10 232:3 | 109:18 114:4,9 | 224:18 |
| 205:14 | 244:6 267:2 | 115:19 125:18 | **effects** 30:5 |
| **driving** 98:8 | **earliest** 82:19 | 127:5,10,13 | 33:15 34:22 |
| **drop** 192:7 | **early** 25:2 | 172:6,10 174:5 | 76:4,5 77:17 |
| **dropoff** 41:14 | 45:13 68:20 | 174:12 175:3 | 126:18 192:18 |
| 106:13 | 74:20 79:12 | 176:21 177:5 | 208:6 215:20 |
| **drops** 29:19 | 96:22 97:2,3 | 177:13,16 | **effort** 242:1 |
| **drosborough** | 108:11 109:9 | 187:13 188:12 | **eight** 23:9 |
| 6:15 | 121:5 124:14 | 188:17 189:3,7 | 130:20 197:1 |
| **dual** 25:20 | 143:22 173:20 | 190:1 191:5 | **either** 31:6 |
| **duck** 248:13 | 190:11 193:19 | 192:20,21,22 | 49:19 119:6 |
| **due** 62:11 | 197:3,5 199:3 | 193:5 194:21 | 189:20 191:13 |
| 208:12 236:5 | 214:5,12 | 195:13 196:1,4 | 192:15 214:14 |
| **duly** 12:10 | 215:12 217:14 | 196:7,14,18 | 218:5 229:8 |
| 272:5 | 219:9,14 220:1 | 197:19 203:9 | 239:9 240:4 |
| **duties** 20:1 | 221:2,15 229:3 | 203:12,13 | **elect** 250:22 |
| **dynamics** | 229:12 230:6,6 | 204:13,15,22 | **elected** 251:15 |
| 25:13 51:7 | **easier** 200:14 | 205:14 207:22 | **election** 7:15 |
| | 226:8 | 208:19,21 | 8:2,4 16:15 |
| **e** | **easiest** 52:1 | 209:16 210:8 | 17:8 22:13,19 |
| **e** 7:1 9:1,1 | **easily** 57:2 | 210:10,18 | 22:21 23:6,7 |
| 14:18 273:1,1 | **easy** 224:7 | 211:4,7,10 | 23:11 24:8,14 |
| 273:1,2,2 | **eavs** 225:18 | 213:21 215:1,7 | 24:14,19,21 |
| 275:4,4,4 | **ebb** 125:13 | 215:22 217:8 | 25:6 28:4 |
| **earlier** 24:9 | 126:14 | 220:19 221:9,9 | 29:14,19 33:9 |
| 46:3 60:14 | **economist** | 221:20 222:7 | 36:7,20,21 |
| 86:4 97:1 | 99:19 | 222:18 231:9 | 38:20 39:13,13 |
| 106:3 120:14 | **edits** 45:9 | 231:14 234:16 | 40:7 41:21 |
| 122:14 124:2 | **educated** | 238:14 240:8,8 | 42:2,3 45:11 |
| 129:4 130:5 | 187:17 | 240:9,13 242:7 | 47:1 53:20,21 |
| 143:6 150:22 | **effect** 28:5 30:1 | 264:17,21 | 58:6,16 59:9 |
| 151:2 159:7 | 30:20,21 33:6 | 267:4 268:20 | 60:11,13,15 |
| 172:14,15 | 39:12 40:8 | **effective** | 61:14,15 64:17 |
| 186:4 189:13 | 47:9 65:2 75:4 | 124:21 | 65:14,15,21 |
| 191:11 205:19 | | | |

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

[election - error]                                              Page 19

66:7 68:4,11
68:14,20,21,22
72:9 74:18
75:9,21 76:14
79:13 83:14
86:5,8 97:12
97:15 98:16,19
98:22 99:7,10
101:6,14
107:15 108:11
109:6,7,9,19
112:16 114:2
116:7 120:20
121:5 124:19
133:21 135:12
136:13,16,21
143:14,18
144:1,2 145:6
145:6,21
147:11 148:7
148:20 150:8
157:20 160:11
160:13 162:17
170:14 174:2
175:21 187:9
187:20 191:8
193:2,7 194:1
195:9 196:2
198:15,21
199:3 205:22
206:1,5 209:12
211:10 214:19
214:20 219:10
219:12,15,16
224:1,4 225:4

225:19,20
226:6,22 227:6
227:6,9,16,19
244:11 250:21
251:12 252:2
253:7,8,10
**electioneering**
176:4
**elections** 22:18
25:13,19 27:9
28:6 51:19
53:22 54:3
55:6 56:18
59:11,14,16,19
60:7,18 62:5
77:8 108:5,8
109:3 112:22
114:13,22
115:1,20 116:3
116:7 120:15
120:21 125:13
126:19 129:4
129:15 134:9
146:1 160:12
172:7 173:14
196:3 213:14
216:2 217:11
217:16,16,18
217:19 221:4
224:7 238:7
243:4,11 253:1
253:2 256:16
262:20
**electoral** 7:11
28:2 176:7

**electronic** 52:7
**els** 5:3 11:20
**embarrassment**
222:22
**emphasis**
172:12
**emphasize**
171:17
**emphasized**
59:10 151:5,10
**emphasizing**
147:9
**empirical** 32:22
36:5,12 37:1
37:16 39:19
40:12,16 43:11
43:20 44:2,4,9
203:20 205:12
206:11 225:15
243:3
**employ** 36:5
**employed**
272:11,14
**employee**
272:13
**enacted** 210:19
**encoded** 66:17
66:19 229:11
**encompasses**
174:8
**encountered**
176:1
**encourage**
171:22 190:8
198:9 201:3,20

**ended** 75:3
76:2
**endedly** 80:19
226:7
**endorsement**
247:4
**endorsing**
247:8
**ends** 135:6
235:5
**engage** 192:1
**engaging** 256:6
**enormous**
114:4,9
**entire** 40:15
224:16
**entirely** 93:1
**entirety** 143:22
**environment**
115:1
**episcopal** 1:12
6:9 10:19
**equal** 166:4
189:15 204:11
235:8
**equipment**
62:11 236:5,8
**ernest** 4:4 12:1
**ernest.a.mcfa...**
4:12
**errata** 273:9
274:6,8,11,14
**error** 118:17
141:2,9 143:4
156:15,17,19

Stephen Pettigrew , PhD                                    May 5, 2023
Georgia Senate Bill 202, In Re

[error - exhibit]                                                    Page 20

156:22 157:1
159:3
**esq**  3:4,12,13
4:4,5,15 5:3,11
5:17 6:3,11,17
**esra**  227:5
**essentially**  43:2
45:22 76:18
**establish**  15:15
34:18 35:16
128:4 193:4
225:4 265:3
**established**
196:16
**establishing**
33:6
**estimate**  95:8
97:20 102:16
103:6 123:14
124:5,21 138:7
138:17 141:12
192:17 193:5
195:12 196:14
197:7 202:13
208:10 209:21
210:4 215:6,20
228:2 242:3,5
242:7 267:3,3
267:5
**estimated**
196:1
**estimates**  43:1
96:4,15 98:1
99:13,22
104:11 140:8,9

**estimating**
30:19 33:14
95:9 103:20
**estimation**
95:22
**estimator**
95:11,12,13,16
96:5
**et**  1:5,9,12,16
2:1,5,8,12
100:19 226:3
**ethical**  33:10
**evaluate**  195:3
195:4 209:15
**evaluating**
161:9
**evaluation**
195:2
**events**  19:5
43:16
**everybody**
23:16 42:9,10
52:16 57:3
71:3 82:4 96:8
127:12 182:1
182:10 185:11
185:15 198:17
200:15,16,17
223:9
**evidence**  31:11
43:13,15 77:14
100:9 104:9
106:8 114:2
149:20 171:10
172:2,3 189:2

225:3 229:5
240:17 241:18
264:16,16,17
266:9
**evolving**  25:14
**exacerbate**
231:10 232:11
**exact**  22:15
75:1 88:5 91:2
95:2,5 103:21
110:22 124:10
202:13 206:7
215:11 229:13
243:1 267:4,4
**exactly**  23:2
28:13 60:12
90:4 115:14
182:19 198:2
203:5 213:2
246:14 247:17
255:8
**exaggeration**
216:18
**examination**
7:2 12:12
140:10 173:17
270:6
**examined**
12:11 209:2
273:5
**example**  13:19
20:17 22:17
24:19 25:7
33:3 34:20
38:1,5 60:10

99:11 125:14
130:10 140:15
170:7 184:4
185:15 191:10
192:4 204:22
205:7,22 208:4
221:14 226:8
226:17 232:2
232:13 235:11
252:19
**examples**
237:21
**exceeds**  111:2
**excellent**  158:2
158:7,13
**except**  40:2
91:8 178:11
243:4
**exception**
72:15 140:7
147:18
**excerpt**  8:11
**excerpts**
263:12
**executed**  45:1
**executive**  16:16
20:2
**exhaustive**
62:21
**exhibit**  7:7,9,11
7:12,13,16,18
7:21 8:2,4,6,8,9
8:10,11 14:3,5
14:11 15:22
16:1,5 27:15

Stephen Pettigrew , PhD                                    May 5, 2023
Georgia Senate Bill 202, In Re

**[exhibit - fact]**                                                    Page 21

27:17,21 44:12
44:13,14,18
57:12,13,17
67:19 117:11
117:13 128:16
128:20 132:4,6
132:9 135:17
135:20 146:8
146:11 152:15
152:16,19
157:3,13
166:19 245:7,8
247:22 248:1
250:11,12
263:2,21
**exhibits** 7:5
**exist** 42:22
47:21 243:6
266:19
**existed** 75:22
77:7
**exists** 66:22
120:15 207:6
**expect** 215:4,8
228:8
**expectation**
95:18 240:16
**expectations**
240:13
**expecting**
22:17
**expensive**
35:13
**experience** 7:13
18:4 29:13

39:13 47:17
60:20 61:7
123:3 143:18
150:22 157:20
158:21 159:7
159:16,20,22
160:11,13
161:7 162:7,8
169:19 172:5
172:22 173:1
173:11 174:4
174:10 181:8
223:5,9 230:12
269:13
**experienced**
38:17 39:9
62:8 162:2
229:7
**experiences**
139:21 143:14
144:6 145:20
147:4 160:5,8
161:10
**experiential**
20:14
**experiment**
33:5,16,22
34:11,14 35:11
35:15 177:12
191:9 203:22
**experiments**
33:11 34:20
191:5 198:8
**expert** 7:12
8:11 44:12,20

58:20 162:21
163:3 194:9
195:2,20
242:19 243:17
**expertise**
162:12 163:6
163:21 164:3,4
225:13
**experts** 53:21
58:16
**expires** 272:21
**explain** 49:18
78:16 95:10
104:6 114:8
203:17,18
231:18
**explained**
51:10
**explaining**
49:22 51:20
**explains** 82:11
160:20
**explanation**
47:20 95:15
**explicit** 185:22
**explicitly** 91:10
100:4 179:16
256:13
**explore** 175:22
**exponentially**
235:21
**exposes** 222:8
**express** 143:13
226:6,7

**expressed**
270:16
**expressing**
159:15
**expressly**
168:18
**extends** 176:15
178:8
**extent** 103:15
136:9 164:2
203:8 234:20
**extra** 197:21
201:4 204:12
204:13
**extremely**
24:16 210:9
**eye** 123:12
275:1
**eyeballing**
121:19

**f**

**f** 273:1
**facilitates** 63:9
**facility** 259:17
**fact** 49:6 106:6
116:6 125:8
127:6 130:7
150:7 151:5
153:13 154:3
156:22 187:4
188:11 189:3
190:21 192:13
215:21 220:19
226:14 229:22
232:10

Stephen Pettigrew , PhD                          May 5, 2023
Georgia Senate Bill 202, In Re

**[factor - flip]**                                                    Page 22

| | | | |
|---|---|---|---|
| **factor** 25:18 | **federal** 23:14 | 246:1 | 271:6,7 |
| **factors** 38:16 | 224:13 225:17 | **figures** 126:8 | **firm** 4:16 10:1 |
| 51:11 52:21 | 225:21 252:6 | 128:12 129:22 | 10:14 11:12 |
| **faculty** 18:1 | **feel** 29:1 121:19 | 130:14 131:12 | 70:4 76:12 |
| **fail** 274:16 | 144:8 145:13 | 131:13,14 | 77:6 |
| **failing** 87:18 | 145:16 248:12 | 137:19 264:12 | **firms** 86:14 |
| **fair** 33:21 | 260:4 | **file** 37:12 86:21 | **first** 12:10 14:3 |
| 43:17 47:6 | **feeling** 246:14 | 87:4,19 106:7 | 22:8 52:4 |
| 66:6 70:13 | 247:13 | **filed** 9:13 44:20 | 64:13 79:6 |
| 73:16 92:11 | **feelings** 226:7 | **files** 86:15 | 80:10 99:4,19 |
| 112:21 166:3 | **feet** 167:6,7 | **fill** 225:17 | 108:7 113:22 |
| 203:4 209:3 | 176:15 178:8 | **filled** 51:2 | 125:9 140:18 |
| **fairly** 23:9 | 183:19 184:7 | **fills** 82:3 | 140:18 143:10 |
| 260:12 | 186:1 | **final** 46:4 | 146:22 201:14 |
| **fall** 44:8 49:21 | **felicia** 9:22 | **financially** 10:4 | 217:20 218:21 |
| **falls** 78:17 | 272:2,20 | 272:15 | 235:19 236:1 |
| 125:21 155:14 | **fellow** 18:22 | **find** 37:20 38:3 | 240:1 260:19 |
| 251:3 | **fellowship** | 39:2,12 41:11 | 265:15 266:6 |
| **familiar** 66:21 | 17:22 | 41:13 87:3 | 270:3 |
| 135:13 160:5 | **felt** 253:16 | 97:21 103:21 | **firsthand** 181:8 |
| 170:4 188:5 | **fewer** 52:10,11 | 105:4 107:1 | **fit** 143:16 |
| 265:19,22 | 114:22 198:19 | 114:2 126:5 | **five** 24:9 92:19 |
| **family** 188:3 | 199:2 | 174:1 175:2 | 92:20,22 93:8 |
| **far** 40:19 89:9 | **field** 162:11 | 191:11 213:1 | 95:1 124:11 |
| 142:12,15 | 209:9 | 245:4 | 149:10 197:4 |
| 145:2,3 175:5 | **fifth** 5:6 126:12 | **finding** 29:9,10 | 212:1,8,9,11 |
| 175:5 183:11 | **fifty** 212:18 | 30:6 82:18 | 213:1,5 214:7 |
| 184:9 186:4 | **figure** 107:11 | 130:5 | 214:13,15,17 |
| 188:4 270:15 | 109:3 114:13 | **findings** 56:8 | 217:22 218:2 |
| **fashion** 179:17 | 114:15 116:9 | 100:5 | 261:15 |
| **favor** 219:5 | 116:18 119:4,5 | **finds** 160:16 | **fix** 232:9 |
| **feasible** 184:2 | 119:7,9 121:2 | **fine** 108:1 | **flavor** 71:11 |
| **features** 38:10 | 121:4,5,13 | 193:21 | **flip** 36:15 |
| **february** | 126:9 138:7 | **finished** 13:4,6 | 137:10 |
| 248:16,17 | 206:6 224:19 | 19:22 45:6 | |

**flipped**  126:7
**floor**  5:6
**florida**  40:15
  41:10,12
**flow**  125:13
  126:15
**focus**  103:13
  105:8 204:21
**focused**  174:20
**folks**  18:16
  20:18 23:9
  25:20 49:20
  53:21 61:3
  70:5 72:12
  80:22 88:1
  147:8 175:12
  202:4 223:7
  225:13 226:16
  227:13,17
  243:21 247:2
  255:22
**follow**  68:22
  80:19 81:4,6
  81:15 82:1,3
  90:22 127:3
  205:18,19
  245:22 248:21
  260:22
**followed**  81:21
  86:6,7
**following**  118:3
  250:21
**follows**  12:11
**food**  167:5,19
  167:21 168:11

168:22 170:2
170:17,20
171:2,12,20
174:18 175:12
**footnote**  100:19
  101:1,9,13
  102:15 103:4,5
**force**  230:4
**forecasting**
  63:7
**foregoing**
  272:3,5 273:5
**forfeited**
  186:13
**forgiven**
  167:18
**forgot**  124:2
**forgotten**
  151:20
**form**  31:15
  35:6 42:6
  48:11 59:20
  65:12 77:1,10
  85:8 94:7
  110:20 123:6
  127:20 130:22
  147:14 149:1
  149:16 150:12
  151:9 152:8
  153:16 154:9
  156:9 162:15
  163:2 165:16
  166:8 167:9
  168:2 169:10
  178:17 180:5

182:4,13 183:3
183:10 188:15
190:22 192:5
193:11 194:16
201:10 209:5
210:2,21 217:3
220:10 225:10
246:12,22
247:15 249:16
251:21 267:17
268:8
**formal**  55:22
**forms**  201:21
**fortier**  101:3
**fortunate**
  180:15
**fortunately**
  181:8
**found**  29:4
  84:14 118:15
  124:8,13
  140:15,19
  141:5,7
**foundation**
  10:18
**four**  94:3 97:7
  107:18 110:22
  148:2 150:13
  197:2 248:14
  249:4,13 250:7
  250:21
**fourth**  99:14
**fox**  16:16 20:2
  20:7,11,22
  21:9,9

**framework**
  160:20,21
**frankly**  25:21
  33:7 48:18
  55:5 56:10
  201:4 230:16
  242:14 266:1
**friday**  219:16
**friends**  257:4
**front**  16:6
  167:11 176:11
**full**  26:9 48:15
  80:10 113:22
  214:4 261:5
**fully**  90:13
**fulton**  5:16,18
  11:18,19
  212:12 221:13
  221:14,17,18
**fultoncounty...**
  5:22
**fun**  228:19
**functioning**
  258:11
**funding**  35:12
**funny**  20:8
**further**  105:13
  154:14,22
  198:12 223:11
  269:17 272:12
**future**  22:3
  40:11 44:4,7
  126:18 173:18
  174:14 189:4
  209:3

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

**[g - go]**                                                    Page 24

| g | | | |
|---|---|---|---|

**g**  9:1 273:1
**ga**  7:16,18,22
**gamut**  48:15
**gap**  114:3
  115:4 131:15
  131:16,18,19
  132:12,17
  133:5,15,17,20
  134:1 254:7
**gaps**  7:21
  102:19 103:22
  104:13
**gauge**  139:18
  139:19
**geared**  168:10
**gender**  38:9
**gene**  6:22 9:20
**general**  19:5
  22:19 38:20
  47:11 51:11
  64:2 65:5
  110:17 136:21
  145:6,19,20
  147:11,11
  166:2 174:7
  194:1 195:9
  216:20 217:16
  217:19 231:21
**generally**  30:20
  50:3 106:6
  134:6
**generic**  50:6
**george**  255:2

**georgia**  1:1,3,4
  1:9,15 4:19 5:7
  5:9,21 6:2,6
  8:2,6 9:13,15
  11:5 26:13,16
  27:3,5,7,8,9,12
  47:8,11,12,14
  47:16,17,18,21
  52:7 60:11
  68:2 83:13
  103:14 105:9
  105:12 106:11
  107:14 108:5
  108:11 109:7
  109:21 110:12
  111:8,11,13,18
  112:3,10,12
  114:16 115:8
  115:21 124:7,9
  124:15,16
  125:1,8,8,20,22
  126:1,2,9,11,12
  126:12,13,21
  127:6,17 128:3
  128:5,11
  129:11 130:5
  130:11,12
  133:22 135:10
  136:3,18 143:8
  153:6 155:18
  161:16 169:8
  169:13,19
  172:16 173:1
  175:7 176:13
  177:18 180:18

  180:20 186:11
  187:2 189:6
  194:20 203:4
  207:7 208:8
  212:17 213:7
  213:10 217:18
  221:1,4 227:1
  227:13,19
  228:4,12 229:4
  229:7,10,10
  230:8 236:22
  240:1 242:10
  261:2,3,6
  267:14,21
  268:5 274:1
  275:5
**georgia's**  74:4
  74:18 168:7
  229:14 230:3
**georgian**
  212:19
**georgians**
  228:11 266:5
**getting**  23:12
  48:4 51:12
  148:15 201:10
  267:1
**gift**  166:22
  171:7 180:10
  185:21
**gifts**  167:5,21
  168:19
**ginsburg**
  254:10,13

**give**  12:20 52:5
  61:17 78:13
  82:7 91:2
  95:14 114:5
  167:4 178:15
  179:22 235:8
  256:14,14
  259:13 263:3,5
  268:2
**given**  60:3 77:7
  80:13,18 159:2
  160:7 187:1
  224:10 243:20
  248:22 252:8
  269:5 271:9
  272:9 273:7
**gives**  42:14
  141:14 163:13
  179:4 240:15
**giving**  20:13
  29:3 97:5
  185:21 188:3
**glean**  69:1
**gleaning**
  226:12
**go**  9:9 14:2
  28:14 31:16
  32:18,18 44:11
  52:4 57:5 59:1
  67:18 83:18
  87:16 90:15
  103:12 105:11
  106:4 127:9
  135:17 137:4
  140:17 144:15

Stephen Pettigrew , PhD                                    May 5, 2023
Georgia Senate Bill 202, In Re

**[go - groups]**                                                        Page 25

| | | | |
|---|---|---|---|
| 157:3,15 160:5 | 164:19 171:21 | 100:9 140:9 | **graphs** 126:6 |
| 165:7 166:18 | 180:2 181:1,5 | 141:14 158:3,8 | **great** 35:13 |
| 170:2 178:14 | 183:18 185:5 | 158:13 161:7 | 42:21 67:8 |
| 184:8,19 185:5 | 185:12 187:4 | 164:7,10 | 124:20,21 |
| 185:7,16,16,17 | 189:15,22 | 201:18 205:1,5 | 146:7,10 |
| 192:16 199:22 | 190:8,12 | 223:4 239:3 | 185:16 238:5 |
| 200:9 203:1 | 192:11,14 | 240:13 249:18 | 262:17 |
| 205:16 207:16 | 193:2,5 196:15 | 249:22 252:16 | **greater** 64:15 |
| 208:2,4 209:21 | 196:20 197:4 | 252:17 258:14 | 142:7 |
| 223:7 230:22 | 199:21 202:1 | 260:5,14 | **grimmer** 8:12 |
| 231:17 233:19 | 206:4 210:8 | 263:10 265:12 | 262:21 |
| 236:3 253:4 | 214:16 218:7 | 265:12 | **grimmer's** |
| 260:11 | 218:21 219:2 | **gop** 6:2 | 99:18 |
| **goal** 23:20 | 223:11 230:4 | **gordon** 3:13 | **gritty** 90:3 |
| 66:11 220:12 | 232:9 233:8 | 11:14,15 | **grocery** 50:18 |
| **goals** 66:3 | 235:13,17,18 | **gotten** 96:11 | 52:13 |
| **goes** 23:6 82:19 | 235:20,22,22 | 186:14 | **grounded** |
| 190:17 207:13 | 236:17 242:7 | **government** | 205:1 |
| 207:13 236:14 | 253:10,11,14 | 224:13 225:21 | **group** 5:9 11:3 |
| 270:1 | 253:14 256:7 | 250:1,2 252:16 | 11:6 23:11 |
| **going** 9:4 52:14 | 261:3 262:6,10 | 252:17 | 24:10 31:8 |
| 65:1,3 67:1,9 | 266:12 268:19 | **governor** 1:15 | 37:18,19,21 |
| 68:12 75:18 | 268:20 269:16 | **grab** 185:16 | 38:4,5 39:3,9 |
| 76:11 84:5 | 269:16 | **grad** 257:3 | 61:5 85:17 |
| 94:16 95:14 | **gold** 34:1,3,9 | **graduate** 26:12 | 102:16 103:7,9 |
| 102:1 104:6 | 71:16 | **graduated** | 103:11 104:8 |
| 121:1 123:12 | **good** 9:3 10:16 | 21:21 22:1 | 160:6 165:21 |
| 123:19 124:2 | 11:4,8,11,14 | **graduating** | 166:16 182:20 |
| 124:20 125:6 | 12:14,15 15:8 | 27:4 | 182:22 183:18 |
| 125:18 126:2 | 29:2,2 34:12 | **graph** 121:14 | **groups** 37:22 |
| 127:10,13 | 35:3 43:10,13 | 121:15,17 | 38:22 80:9 |
| 135:16 148:16 | 43:13 54:21 | 133:19 212:15 | 96:16 102:20 |
| 157:12 159:19 | 56:7 57:1 | **graphic** 24:7 | 103:14,17,21 |
| 160:2 161:3,9 | 65:22 67:4 | 134:3 | 104:1,2,12,13 |
| 161:9,12 | 75:17 97:5 | | 154:12,13 |

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

**[groups - historical]**                                      Page 26

160:7 170:16
170:19 171:2
194:22,22
**grow** 235:21
257:12
**grows** 176:17
**grumpy** 185:2
**guaranteed**
106:20
**guess** 32:13
35:9 73:16
82:6 101:10
111:16 140:16
179:1 193:15
206:21 214:17
242:14 254:8
**guessing**
263:12
**guidance** 23:21
**gwinnett**
212:13

**h**

**h** 3:12 275:4
**habit** 266:8
**habits** 265:13
**hale** 9:18
**half** 64:3 65:4,9
114:17 118:4
131:18 132:22
138:5 139:14
142:6 207:14
230:2 232:17
234:13,17
235:8 242:15

**hall** 6:4
**hallboothsmi...**
6:8
**hammer** 148:5
**hand** 129:10
**handed** 224:12
**handful** 209:17
**handle** 252:13
**handles** 90:9
**hands** 18:4
**happen** 31:1
32:5 44:3,7
120:3 185:8
214:14 228:15
229:12 237:1
238:6 240:16
249:8 252:10
**happened**
43:21 76:13
149:21 151:1
186:19 187:9
195:9 227:4
228:15
**happening**
76:14 141:15
144:10 187:7
187:14 235:5
**happens** 30:22
31:1 68:14
86:3,4 181:9
186:3 227:4
259:3 264:22
**happy** 29:1
78:16 128:13
219:7 260:5

270:22
**hard** 22:14
43:12 46:11
59:22 104:6
146:4 155:8
159:13 178:6
179:7 246:13
**harder** 217:4,6
**harper** 101:1,4
**harvard** 21:17
21:21 22:1
259:12
**head** 107:13
135:3 148:17
161:3,12
197:17 208:3
**heading** 171:17
188:8
**heads** 150:20
**healthy** 249:18
252:4
**hear** 258:22
**heard** 259:7
**hearing** 45:19
70:7 259:1
**heat** 187:3
**held** 51:17
144:22 148:20
150:8 228:8
243:4
**help** 24:2 34:18
77:15 206:5
233:18
**helped** 53:21
58:17

**helpful** 32:16
33:6 34:21
35:14 39:22
48:21 51:5
56:11 107:3
222:12
**hereto** 272:14
**hey** 87:1 94:2
185:5 224:14
224:15 249:1
250:8 253:12
**high** 70:19
71:20 82:9
84:19 102:17
103:7,11
104:11 112:15
125:16
**higher** 112:13
158:14,17
198:10 265:2,5
**highest** 70:15
110:9
**highlighted**
113:5
**highlighting**
114:21
**highlights**
103:5
**highly** 215:21
**highway** 50:16
**hired** 48:3
**hispanic** 117:5
117:6
**historical**
194:20 205:13

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

**[historically - illustrating]**                                    Page 27

| | | | |
|---|---|---|---|
| **historically** 125:15,16 | **hours** 64:16 127:12 186:11 219:11 221:2 221:15,21 229:3 230:9,15 | 197:12 199:18 211:14,17 213:17 218:20 229:1 231:1 | 253:11,20,22 257:3,6 |

**historically**
  125:15,16
**history** 26:22
  55:9 241:18
  246:8
**hits** 41:1
**hold** 185:6
**home** 148:5
  262:16
**honest** 29:7
  130:2
**honestly**
  146:16 216:4
  220:16 257:1
**hope** 185:10
**hopefully** 32:4
**horrible** 214:16
**hosted** 227:11
**hot** 169:3
**houk** 5:11 11:4
  11:5
**hour** 29:17
  36:6 39:4 64:3
  65:4,10 80:15
  80:16,18 81:2
  81:7,12,15
  82:3 90:20
  91:1,9 92:15
  118:4,22 119:1
  137:20,21
  138:5 139:14
  142:6 215:16
  215:17 230:5,6
  231:6 241:4

**hours** 64:16
  127:12 186:11
  219:11 221:2
  221:15,21
  229:3 230:9,15
**huge** 24:21
  71:12,12,13
  97:12 122:12
  124:15,15
  203:9,14
  206:14 208:6
  208:21 213:10
  229:13
**huh** 22:7 30:9
  33:20 35:20
  41:19 43:9
  53:4,6 58:3
  67:22 81:13
  90:17,21 92:14
  102:10 104:3
  104:16,19
  105:16 107:8
  108:6 116:11
  126:20 129:5
  129:13,16,21
  132:13,15
  135:11 137:12
  137:17 141:19
  145:7 147:1
  151:18,22
  153:3,5 155:10
  155:12 157:17
  166:20 167:2
  173:12,15
  190:16 194:12

197:12 199:18
  211:14,17
  213:17 218:20
  229:1 231:1
  233:14,16
  234:4,7,12,15
  250:14 256:19
  257:8,10,16,19
  262:22 264:7
  264:10 266:14
  266:17 267:11
  267:13 270:13
**hum** 68:6
**human** 50:11
  70:21 111:21
  162:21 163:7
  163:10,13
**humans** 163:17
**hundred**
  178:15,18,21
  179:4,11 196:5
  196:5,6 212:18
**hungry** 169:7
**hypothesis**
  209:1,7

**i**

**idea** 30:20 34:9
  37:17 52:9
  66:1 68:17
  90:8 95:8,16
  105:22 111:20
  140:8 141:14
  160:19 162:5
  183:4 202:9
  223:10 226:13

253:11,20,22
  257:3,6
**ideal** 75:12
  196:4
**ideally** 76:10
**ideas** 49:19,22
  96:1 161:11
**identification**
  14:6 16:2
  27:18 44:15
  57:14 117:14
  128:21 132:7
  135:21 146:12
  152:17 192:8
  245:9 248:2
  250:13 263:22
**identified**
  106:5 193:5
**identify** 30:8
  30:13 87:1,18
  88:4 89:2
  241:10
**identifying**
  29:22 34:22
  88:1 89:21
  106:7
**idiosyncratic**
  237:21
**illegal** 170:6
  179:15,19
  185:20
**illustrate** 204:3
  204:10 207:20
**illustrating**
  203:8

Stephen Pettigrew , PhD                                    May 5, 2023
Georgia Senate Bill 202, In Re

**[illustrative - interaction]**                                    Page 28

| | | | |
|---|---|---|---|
| **illustrative** 215:21 | **importantly** 141:4 185:13 | **increased** 258:20 | **initiative** 199:7 |
| **imagine** 232:13 | **impossible** 143:15 216:5 | **increasing** 23:7 251:18 | **inject** 93:21 94:9 |
| **immediately** 151:20 | 216:13 269:7,9 | **increments** 208:18 | **injects** 94:10 |
| **impact** 63:19 166:22 177:20 | **impression** 181:2 | **index** 98:16 101:14 | **injunction** 45:19 46:8 |
| 177:21 178:3 198:17 202:13 | **impressionist...** 181:15 | **indicate** 61:20 65:1 79:10,11 | **input** 53:22 |
| 203:3 213:12 225:2 229:21 | **imputation** 91:16 93:12 | **indicated** 79:21 83:1,12 107:10 | **inputs** 50:4,21 |
| 230:11,19 253:3 | 95:12 96:2,14 102:13,16,19 | 145:16 147:21 | **insane** 224:14 257:17,21 |
| **impacts** 203:10 | 103:6,22 | **indicates** 136:17 147:15 | **insofar** 205:15 |
| **impair** 13:20 | 123:16 134:20 | 156:17 189:20 | **instance** 187:6 241:2 |
| **impaired** 258:11 | **inaccurate** 63:11 | **indication** 42:14 156:14 | **instances** 50:11 186:18,21 |
| **imperative** 274:13 | **inadequate** 63:9 | **individual** 38:21 41:16 | 211:3 238:3 |
| **implementati...** 77:8 | **include** 121:14 | **indivisible** 235:6 | **instructed** 145:18,19 |
| **implication** 223:2 | **included** 58:14 72:10 | **inevitably** 160:1 | 147:16 148:5 |
| **implications** 177:8 | **including** 10:8 45:9 57:7 | **inference** 34:7 | **instructions** 274:3 |
| **important** 13:2 48:8 55:3 | 100:6 167:5,21 170:6 191:2 | **informal** 55:22 | **insufficiently** 63:9 |
| 64:11,18 124:3 125:1,20 126:4 | 236:22 263:17 | **information** 68:1 69:1 | **intellectual** 74:7 |
| 147:2 172:12 186:2 198:20 | **income** 38:9 | 86:12,17 87:12 88:17 89:8,11 | **intend** 22:2 270:3 |
| 216:21 226:14 237:22 242:8 | **inconclusive** 231:13 | 89:13,21 101:15 129:9 | **interact** 228:8 |
| 252:17 | **increase** 63:10 115:16 120:12 | 159:12 222:13 | **interacted** 227:14,19 |
| | 202:16 242:2 266:8 | **initially** 235:12 | **interacting** 70:21 225:12 |
| | | | **interaction** 70:9 |

Stephen Pettigrew , PhD                                    May 5, 2023
Georgia Senate Bill 202, In Re

**[interactions - know]**                                              Page 29

**interactions**
224:2 226:15
226:22 227:17
**interest**  56:19
87:17 128:14
**interested**  10:4
49:21 85:11
200:14 244:14
245:20 248:7
251:17 272:15
**interesting**
34:4 121:6
253:17,18,20
**interface**  24:18
**international**
136:4
**internet**  146:19
**interpretable**
91:18
**intervals**
121:12,14,16
121:18,21
**intervenors**
6:16 11:10
**interviewer**
151:12
**interviewers**
147:3,16 148:4
148:15 151:6
151:11
**intrastate**
125:7
**introduce**
10:21

**intuition**  178:4
**intuitive**  57:5
**invite**  227:9
**involved**  19:1,6
20:13 24:17
74:6
**irene**  5:3 11:20
**ish**  261:6
**isolated**  238:3
**issue**  48:14
83:8 85:20
91:12 95:21
96:17 168:18
220:8 225:14
238:12
**issues**  13:12
54:2 88:13
100:3 103:1
104:7 125:4
**it'll**  231:15,16
**items**  64:20
148:2 149:7
150:13
**ivanderels**  5:8

**j**

**jacob**  4:15,21
11:11
**jaffe**  3:14 10:14
**jaffe.com**  3:19
**jaffee**  11:15
**january**  8:3
44:21,21 45:1
45:6,9,14
46:20 47:1
58:6 60:12

144:19 196:10
248:15 254:15
**jell**  140:12
**jerk**  238:4
**jhouk**  5:15
**job**  16:10,22
17:2,6 22:6
25:15 57:1
65:22 223:4
224:6,7 226:9
**jobs**  16:13
**john**  160:18
**join**  183:21
**journal**  28:1
194:11 243:18
**journals**
142:18
**jpb**  1:3,6,14 2:3
2:10 9:16
**judges**  252:6
**judging**  59:4
**judiciary**  254:1
**julie**  5:11 11:5
**july**  248:10,22
**jump**  270:4
**june**  256:18
257:6,11
**jurisdiction**
60:3 199:2
225:16 240:18
**jurisdictions**
60:18,20 62:8
66:13,18 97:13
**justice**  2:1 4:2
4:7 254:10

257:13
**justices**  251:1
252:5 253:14
257:20 258:12
259:1,3
**justin**  8:11
262:21

**k**

**k**  3:15 5:13
273:1
**kemp**  1:15
**key**  64:19 200:7
**kind**  16:22 18:4
18:7,15,19
19:1 20:12,12
20:13 21:4,7
23:10,21 24:13
30:1,5 37:10
39:5 41:5 44:5
49:13 51:6,10
51:20 61:9
71:15 95:22
96:22 103:16
106:9 125:19
143:2 173:3
175:18 222:8
225:1 230:19
255:3
**knew**  212:19
**know**  12:16
13:9,10 17:20
19:4 21:8 23:7
24:6,20 25:9
28:20,21 34:16
38:16 39:7

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

**[know - law]**                                                    Page 30

40:3,3,19,20
42:11,18,19
43:16 45:10,12
46:2 47:21
49:11,14,20
50:2 52:1,5
53:2 54:21,22
55:4,8,15 56:6
56:7 57:3 60:6
62:2 65:18
66:8,16,16
69:1 71:9
75:16 76:20
77:7 79:19
80:7 81:18
82:5 84:2,3
86:9,10 87:2
87:13,13 88:5
88:8 89:7,9,22
90:3,8 91:5,6
93:2,21,22
95:2 96:10
97:6 100:16
103:1,8 107:11
109:16 111:10
111:21 115:5
118:10 119:17
119:21 120:9
123:10,14
124:18 125:7
126:18,21
127:5,17 129:3
129:18 132:9
134:6,21
136:12,12

139:12 141:9
142:4,12,15,17
143:13,21
145:2,3,8
146:2 147:9,20
148:16 149:12
154:21 155:19
155:21 156:1
156:11,13,16
156:21 157:19
158:11,12
159:6,20 162:8
163:12 165:10
166:11 167:17
167:19,21
168:18 169:2
170:18,19,21
171:1,22 174:7
175:5,6,6,8,14
175:17,21
176:18,20
177:1 178:10
179:3,9,9,11,21
180:1,10 181:7
181:14 183:11
183:20 184:4
184:12 186:5
186:18,20
188:2,4 190:10
193:3 194:9
195:18 196:7
196:11,16
197:7 198:11
200:3,10 203:2
204:5,8 205:12

206:3 208:1,3
208:16,17,18
208:20 209:2
211:5,8 213:15
213:22 214:21
220:11 222:21
223:6,8 226:8
226:12 227:5
227:14 229:13
232:13,14
233:12 234:1
236:13 237:16
238:3 239:7
240:3,4 241:14
241:19,20
242:13 244:5
247:5 250:1,5
251:8 252:4,10
252:15,18
253:7,8,10,13
256:9,13 257:5
259:5 261:4
263:15 265:8
**knowledge**
34:13 162:17
170:12
**known**   169:9
169:13,15
247:1
**knows**   79:17

**l**

**l**   273:1
**lab**   16:19 98:19
205:22

**laid**   62:10
233:13,17
234:2,9,11
248:22
**lame**   248:13
**landline**   71:3
**lane**   52:14,15
**language**   34:3
65:6,17 111:16
112:5 122:14
168:21 174:1
**large**   230:21
241:17
**largely**   51:9,10
59:10,18,22
71:17 114:22
116:5 196:15
**larger**   131:15
258:3,22
**largest**   61:5
107:3 133:20
**lastly**   237:12
**law**   4:16 5:4,12
10:14 11:7,12
11:22 40:22
66:13,17,19
74:18 75:10
124:21 127:8
127:12 167:14
168:3,11 175:9
175:16,18,22
179:15 182:15
183:22 184:21
185:17,19,21
186:1,15

Stephen Pettigrew , PhD                                    May 5, 2023
Georgia Senate Bill 202, In Re

**[law - line]**                                                    Page 31

| | | | |
|---|---|---|---|
| 187:12,12 | **learn**  169:21 | **liberties**  6:12 | 52:14 53:5,8 |
| 188:5 198:3 | **learning**  20:14 | 10:17 | 54:22 55:7 |
| 200:12,22 | **leave**  13:7 79:1 | **life**  185:19 | 56:20 61:4 |
| 201:22 204:22 | 179:11 | **liked**  260:2 | 62:9,10 66:3 |
| 205:14 210:19 | **left**  27:12 64:13 | **likely**  29:13 | 66:19 68:1 |
| 211:4,7,10 | 261:19 | 36:21 39:4,10 | 78:5,7,12,22,22 |
| 220:5,14 221:2 | **legal**  183:5 | 51:15 76:4 | 79:1 80:2,12 |
| 221:5,15,16,16 | 184:1 252:2 | 77:17 84:8,9 | 85:15,16 91:3 |
| 221:18,19,22 | 275:1 | 84:17 161:19 | 97:19 100:1 |
| 225:17,22 | **legally**  184:9 | 166:17 171:13 | 108:12 127:12 |
| 229:4,11,19 | **legitimate** | 172:1,18,21,22 | 129:11 148:2 |
| 230:4 240:6 | 180:12 | 187:3 191:17 | 149:6 162:2 |
| 252:2 253:9,12 | **length**  40:7 | 192:12,14 | 167:7 168:15 |
| 264:21,22 | 66:20 68:2 | 196:21 202:3 | 169:2,8,22 |
| 265:1 269:2,3 | 78:5 99:11 | 202:17 206:6 | 171:13,18,20 |
| 269:6,9 | 148:2 149:6 | 209:13 210:9 | 171:22 173:1,6 |
| **laws**  168:5 | 169:8 173:17 | 265:15,17 | 173:17 175:13 |
| 252:11 | 207:22 213:13 | **likewise**  156:4 | 175:18,20 |
| **lawsuit**  73:21 | 220:15 225:6 | **limit**  104:20 | 176:16,17 |
| 74:1,10 | 228:11 231:4 | **limitation**  85:3 | 177:6,8,13,21 |
| **lawyers**  5:12 | 231:10 235:16 | **limited**  59:10 | 178:7,8,14 |
| 11:6 48:3 | 240:10,19 | 59:19 64:14 | 179:4,10,11,12 |
| **lawyerscom...** | 242:22 | 77:7 130:1 | 180:11,21 |
| 5:15 | **lengthy**  63:5 | **limiting**  105:20 | 181:1,5,6,11,13 |
| **layers**  191:22 | **letter**  183:22 | 192:4 | 181:14,18 |
| 192:2 | 185:17 | **limits**  252:5,7 | 182:2,10 |
| **layout**  234:19 | **level**  40:17 | 256:8 | 183:18,19,21 |
| **lead**  63:7 68:19 | 41:16 83:21 | **line**  7:16,19 | 184:3,7,8,10,14 |
| **leadership** | 125:15 157:19 | 28:4 29:18 | 184:17,19,20 |
| 16:17 20:2,7 | 159:15 187:3 | 31:5,7,7 36:6 | 185:2,15 186:5 |
| 20:11 21:1,9 | 225:2 | 36:20 37:11 | 186:6,9,12,14 |
| **leading**  68:21 | **levels**  125:16 | 38:17 39:10 | 186:17,17 |
| 214:10 | 130:3 160:7 | 40:7 41:1,2,21 | 191:16 204:14 |
| **leads**  36:18 | **levers**  238:10 | 47:6,8 50:12 | 206:22 207:18 |
| 63:12 | | 50:18 51:10,12 | 207:22 213:13 |

Stephen Pettigrew , PhD                            May 5, 2023
Georgia Senate Bill 202, In Re

**[line - long]**                                                      Page 32

215:14,16
220:8,15
224:18 225:6
228:11 231:3,5
231:9 232:6
233:12,19
234:2,16
235:16 236:5
236:18 239:7
240:10,19
242:22 253:8
269:13 275:8
**lines**   20:10 28:3
29:11,12,13
40:4 41:4,6,8
41:12,13 42:14
42:17 43:1,5,6
47:11,15,21
48:4,9,9,14,22
49:5,12 51:15
51:16,20 52:12
52:19 54:4,18
59:3,9,13,15,18
60:4,14,20
61:11,13,15
62:7,21,22
63:3,19 64:21
65:2 76:15
93:15 96:13
97:1,9,16
98:10 99:1,11
101:7 115:2,21
115:21 116:2
122:2 124:17
125:3,19 127:9

130:6,8,9,11
143:2 159:9,10
159:17 162:3
162:19 169:14
169:19 172:17
172:17 173:7,9
174:12 177:17
177:22 178:3
178:10,12
180:16,18
181:17 187:4
187:18,22
189:5,15 190:1
194:20 195:3,6
196:15 197:5
199:1,4 203:10
203:11,14
204:8,17
205:22 206:6
206:10,15,19
206:21 207:11
207:16,17
208:7,22
209:13 214:16
220:20,22
221:8,10,17
222:22 223:14
223:15,17
229:17 230:16
230:18 231:8
231:14,22
233:11 235:13
235:21 240:2
241:4,19 242:2
242:2,11

268:21
**link**   34:19
**linking**   25:18
**links**   35:16
**list**   38:6 62:21
63:11 113:2
200:16,22
**listed**   190:2
**lists**   58:10
**litany**   189:18
**literature**   49:5
144:18 178:5
192:18 195:5,5
197:19 200:5
201:18 202:1
202:21 238:14
240:20
**litigation**   12:17
194:10
**little**   16:9 20:9
20:10 24:5,7
29:7 32:13
37:7 42:7
69:15 73:15
83:6 87:7 99:9
102:9 103:11
106:1 111:19
121:9 164:7
166:10 184:7
203:18 204:13
207:13 235:18
237:20 267:19
**live**   70:9 196:8
213:10 230:3,8
259:2 261:2,6

**lived**   27:3
160:8 180:16
180:17,19
260:22 261:3
**lives**   87:2
**llc**   4:16
**llp**   3:5 11:2
**local**   65:13,15
65:21 97:12,15
99:9 101:6
198:15,21
206:5 209:12
219:10 223:2
224:3,9 226:5
227:9 238:11
**location**   9:17
168:15 234:14
**locations**   171:2
219:17 235:4
**locked**   259:6
**logical**   231:7
231:14
**logistical**   33:10
**long**   28:2,4
31:3,5,7 36:20
37:11 38:17
39:9 40:3 41:2
41:3,6,20
42:11,14,19
43:1 46:6 47:8
47:11,21 48:5
48:9,9,14,22
49:5,12 50:5
50:10 51:16,20
52:20 53:5

Stephen Pettigrew , PhD                                          May 5, 2023
Georgia Senate Bill 202, In Re

**[long - lower]**                                                      Page 33

| | | | |
|---|---|---|---|
| 54:4,18,22 | 203:11,14 | 239:13 241:4 | 132:11 248:10 |
| 55:7,8,9 56:20 | 204:14,18 | 269:13 | **lost** 183:12 |
| 59:3,4,9,15,18 | 205:21 206:3,6 | **longest** 60:4 | **lot** 20:22 25:20 |
| 60:20 61:3,11 | 206:15,20,21 | 124:17,17 | 34:10 46:1 |
| 61:12,13,15 | 207:12,17,18 | 130:6 172:16 | 48:20,21 50:19 |
| 62:7,20,22 | 208:22 209:13 | 208:7 | 53:22 55:18 |
| 63:3 64:21 | 212:4 216:6 | **look** 38:18 39:6 | 56:22 57:6 |
| 65:2 66:2 | 219:3 220:8 | 39:8,20 61:2 | 69:17 70:16,22 |
| 70:18 72:12 | 221:1,8,10 | 74:3 80:7 | 74:1 76:13 |
| 76:15 78:11 | 223:14 229:6 | 115:20 122:7 | 84:19 101:7 |
| 79:6,18,19 | 231:22 233:11 | 126:7 128:15 | 128:3,3 130:16 |
| 80:2,12 81:3 | 239:7 241:17 | 133:19 134:2 | 131:7,8 133:18 |
| 81:18 91:2,6,7 | 241:18 242:10 | 140:3,5 155:9 | 142:10 144:16 |
| 91:10 96:13,15 | 254:7 256:21 | 159:11 168:20 | 161:22 174:8 |
| 96:18 97:1,9 | 261:19 | 170:22 171:5 | 179:2 188:19 |
| 97:16 98:10 | **longer** 29:12,13 | 194:14 205:21 | 206:9 211:2,3 |
| 99:1,22,22 | 38:1 41:12 | 206:16 212:4 | 213:7,8,8 |
| 101:7 115:2,21 | 43:5 47:17 | 215:2 238:16 | 216:18 223:8 |
| 116:2 122:2 | 48:17 51:16 | 257:7 | 227:9,10,15 |
| 125:19 127:9 | 52:12,15 82:3 | **looked** 40:14 | 228:8 230:18 |
| 127:13 128:12 | 91:9,20,22 | 73:19 74:4,8 | 248:21 249:18 |
| 159:9,10 | 108:12 109:8 | 120:5 124:7,12 | 252:1 258:17 |
| 162:19 169:2,7 | 110:7,12 111:1 | 137:5 154:18 | 265:10,21 |
| 169:14,19,21 | 114:17 115:22 | 176:2,20 | **lots** 30:18 33:2 |
| 173:1,7 174:9 | 116:15 118:22 | 186:22 205:2 | 33:8 38:15 |
| 174:12,12,20 | 119:2,3 120:10 | 211:22 212:2 | 83:4,5 88:12 |
| 177:20,22 | 122:17 126:1 | 243:10,13,15 | 144:12,12 |
| 178:3,10,12 | 128:3,8,10 | **looking** 31:6 | 205:12 247:2 |
| 180:17,18,21 | 159:17 161:16 | 41:18 107:15 | 265:21 |
| 181:17 186:6,9 | 161:18,19 | 108:4 111:3 | **love** 42:18 |
| 186:10 190:1 | 162:2 184:8 | 121:16 138:16 | 196:5 |
| 191:16 194:20 | 187:5,18,22 | 230:1,2 244:6 | **low** 125:15 |
| 194:21 195:3,6 | 189:6,16 204:6 | 245:11 262:20 | **lower** 131:22 |
| 196:15,17 | 204:16 206:10 | **looks** 17:7 28:2 | 266:4 |
| 199:1 203:10 | 207:2,4,16 | 44:22 99:5 | |

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

**[lowman - marquee]**                                      Page 34

| | | | |
|---|---|---|---|
| **lowman** 5:17 | **mail** 14:18 25:1 | **major** 49:12 | 192:1 213:6 |
| 11:17,17 | 25:5 39:11 | 219:8 | 216:4 247:6 |
| **lumped** 134:13 | 40:6,8 79:12 | **majority** 61:5 | 269:9 |
| 134:13 | 190:7,14 191:5 | 230:7 257:22 | **making** 57:1 |
| **lumps** 134:9 | 191:18 192:3,6 | **make** 26:20 | 94:4 115:18 |
| **lunch** 102:9 | 192:8 196:19 | 31:12 32:17 | 145:4 160:2 |
| **lung** 34:19 | 196:21 197:14 | 36:16 46:3 | 161:12 177:17 |
| **luxury** 35:11 | 197:21 198:8 | 50:14 52:12 | 191:21 200:14 |
| **m** | 198:10,16,18 | 56:9,11 65:17 | 207:5 223:9 |
| | 198:21,21 | 65:19 77:6 | 249:6 269:3 |
| **m** 4:9 273:1 | 199:2,8,8 | 105:21 114:10 | **malfunction** |
| **machine** 51:1,4 | 200:10,15,20 | 152:14,19 | 62:11 236:6,9 |
| 224:15 232:18 | 201:3,11,11,19 | 154:19 156:1 | **mandate** 241:6 |
| 236:16,20 | 201:20 202:4 | 169:1 170:5 | **mandated** |
| 237:4,5,8 | 202:14,16,17 | 171:12,19,21 | 40:21 214:13 |
| 238:4 | 203:3 207:21 | 171:22 172:2 | **manual** 237:10 |
| **machines** 52:2 | 208:1,5,11 | 172:10,21 | **margin** 141:2,9 |
| 52:3,8,11 63:8 | 209:15,22 | 175:1 177:15 | 143:4 156:15 |
| 206:2 224:19 | 210:10,10 | 182:15 191:12 | 156:17,19,22 |
| 226:19 232:5 | 216:1,3,6,9,19 | 192:11,14,16 | 157:1 159:3 |
| 232:18,20,21 | 217:1,7 226:1 | 192:17 195:1 | **mark** 14:3 |
| 235:2,7,14 | 244:8,8 262:19 | 196:19,20 | 15:21 27:14 |
| 236:14 237:2 | 264:5,8,17 | 197:5 213:1 | 44:12 57:11 |
| **macon** 4:13,19 | 265:2,9,11,21 | 218:2 223:4 | 117:10 245:7 |
| 11:12 | 266:4,6,16 | 226:8 229:6,17 | 247:22 |
| **made** 46:12 | 268:19 269:14 | 231:16 232:19 | **marked** 14:6 |
| 113:14 121:13 | **mailing** 200:16 | 233:2 239:13 | 16:2 27:18 |
| 150:17 155:20 | 216:5 | 250:11,22 | 44:15 57:14 |
| 212:3,6 256:21 | **main** 18:7 | 251:9 261:22 | 117:14 128:21 |
| 274:7 | 23:11 24:2 | 263:2 269:6 | 132:7 135:21 |
| **magic** 232:9 | 30:5 37:9 39:5 | 274:5 | 146:12 152:17 |
| 233:8 | 46:12,19 49:11 | **makes** 52:11,16 | 245:9 248:2 |
| **magnitude** | 52:21 104:22 | 121:9 127:9,12 | 250:13 263:22 |
| 114:4,9 115:19 | 105:5 189:12 | 167:4 173:7 | **marquee** 28:18 |
| 208:11 | 190:6,6 | 184:12 186:15 | |

Stephen Pettigrew , PhD                                  May 5, 2023
Georgia Senate Bill 202, In Re

**[massive - midpoint]**                                           Page 35

| | | | |
|---|---|---|---|
| **massive** 232:3 | 155:5 160:8 | **media** 8:8,9,10 | **message** 148:16 |
| **master** 1:3 27:1 | 161:14 163:4 | 9:10 67:10,14 | 247:4,5,9 |
| **match** 88:20 | 169:4,11 175:5 | 102:5 136:13 | **method** 69:21 |
| 90:11 107:2 | 176:6 177:7 | 142:14 164:20 | 99:13 100:8,10 |
| **matched** 38:22 | 180:7 185:2 | 165:2 187:14 | 206:7 209:15 |
| 40:10 | 188:16 192:10 | 218:8,12 | **methodist** 1:12 |
| **matches** 38:4 | 196:1,3 197:20 | 244:21 245:4 | 6:9 10:19 |
| **matching** 37:16 | 199:16 203:2 | 262:7,11 | **methodologies** |
| 37:17 40:1 | 211:2 224:17 | 271:10 | 71:18 |
| 41:15 | 231:17 232:12 | **medication** | **methodology** |
| **math** 92:10 | 237:20 240:7 | 13:20 | 63:6 70:5 99:3 |
| **matter** 9:12 | 240:12 265:14 | **meeting** 229:18 | 101:15 136:10 |
| 47:11 85:17 | 267:19 | **member** 188:3 | 243:2,7 |
| 110:17 127:7 | **meaningful** | 252:20 254:4 | **methods** 67:21 |
| 201:12 | 115:18 122:16 | 259:8 | 70:16 97:8 |
| **matters** 71:1 | **meaningless** | **members** 58:10 | 98:12 99:5 |
| 231:22 234:20 | 123:7 | 251:3 257:15 | 100:5 206:11 |
| **maximum** | **means** 30:16 | 258:1 259:17 | 242:19,21 |
| 54:10 108:13 | 51:16 78:12,13 | 259:18 | **metric** 123:9 |
| **mccarthy** 6:18 | 94:19 95:9,13 | **mention** 98:15 | **metrics** 55:16 |
| 11:9 | 199:2 200:13 | 99:15 103:12 | 55:20 124:12 |
| **mcfarland** 4:4 | 247:17 | **mentioned** 21:7 | 128:6 |
| 12:1,2 | **meant** 98:20 | 32:20 60:5 | **metropolitan** |
| **mean** 29:6 | 114:8 147:16 | 86:4 87:7 | 2:8 3:2 |
| 30:13 32:20 | 171:17 | 96:22 100:12 | **mi** 1:3 9:16 |
| 33:1 34:20 | **measure** 41:6 | 101:5,8 106:3 | **microphones** |
| 35:15 36:12 | 95:19 96:7 | 130:21 131:3 | 9:5 |
| 43:15 52:3 | 97:22 161:7 | 143:5 154:20 | **mid** 92:7 |
| 59:15 61:13 | **measures** 96:13 | 186:4 209:11 | **middle** 94:5 |
| 72:5,7 74:17 | **meat** 76:1 | 251:19,22 | 125:9 |
| 87:19,20 94:9 | 193:13 | 264:20 | **midpoint** 91:12 |
| 94:11 96:3 | **mechanism** | **mentioning** | 91:16 93:9,11 |
| 107:14 111:10 | 39:15 83:7 | 85:22 100:6 | 95:12 96:2,14 |
| 113:1 119:21 | 214:18 222:1 | **mentoring** | 102:13,16,19 |
| 145:10 149:18 | | 18:19 | 103:6,22 |

Stephen Pettigrew , PhD                                   May 5, 2023
Georgia Senate Bill 202, In Re

**[midpoint - name]**                                              Page 36

| | | | |
|---|---|---|---|
| 123:15 134:19 | 122:20,22 | 161:18,20 | **moring**  3:5 |
| **midterm**  8:6 | 128:4 138:16 | 162:3 164:13 | 11:2 |
| 114:12,21 | 217:22 | 164:15 166:15 | **morning**  9:3 |
| 115:1 120:15 | **minutes**  7:17 | 204:6,17 207:2 | 10:16 11:4,8 |
| 125:12,14 | 31:6,9 37:20 | 207:4 | 11:11,14 12:14 |
| 131:1,9 133:20 | 38:2 53:9 54:8 | **misheard**  261:1 | 12:15 172:15 |
| 134:4,11 | 56:2,10,13,21 | **misread**  119:18 | **motivate** |
| 136:16 147:4 | 57:4,9 66:9,15 | **misrepresenti...** | 222:21 223:11 |
| 147:11,17 | 67:6 80:14,15 | 106:16 | **motivated** |
| 148:20 149:13 | 80:15 81:1,1,1 | **missing**  84:19 | 223:4 |
| 150:8 151:7 | 90:19,19,19 | 84:20 | **move**  52:16 |
| 165:13 | 91:7,18,21,22 | **mistake**  150:17 | 184:10,11 |
| **midterms** | 92:4,5,6,7,8,12 | **mit**  98:19 | 233:19 247:19 |
| 116:4 122:2 | 92:15,16,18,21 | 205:22 | **moved**  27:4,5 |
| 134:6 188:1 | 93:3,4,8 94:3 | **mixed**  71:1 | **moving**  176:16 |
| **military**  226:2 | 94:15,22 95:3 | **mode**  191:13 | 184:3,12 |
| **million**  107:18 | 95:5,20 96:7 | 191:14 265:17 | 197:17 |
| 107:19 230:2,3 | 109:8,21,22 | 265:18,22 | **mp**  5:9 11:6 |
| 230:8 | 110:7,10,12,17 | **model**  24:17 | **muddies**  144:7 |
| **milliseconds** | 111:1,15,19 | 25:10 44:3 | 166:2 |
| 95:20 96:8 | 112:14,15 | **models**  23:18 | **multiple**  16:13 |
| **mimicked** | 114:17 115:12 | 25:8,11 | 17:1 149:6 |
| 175:16 | 115:17 116:14 | **modern**  246:8 | 235:4,4 252:22 |
| **mind**  64:8 | 116:15 117:7 | **module**  69:15 | **mute**  9:7 |
| **minimum** | 118:6,8,21 | **moment**  97:19 | |
| 192:11 229:3 | 119:2,4 120:11 | 260:18 | **n** |
| 229:18 | 120:20 122:18 | **money**  69:11 | |
| **minor**  17:18,20 | 123:2,15,21 | 167:4,21 | **n**  7:1,1 9:1 |
| 18:18 | 128:8,10 | 168:19 224:6 | 273:1,1,2,2 |
| **minute**  53:12 | 129:15 130:4 | 224:11,12,13 | **n.w.**  3:6 275:1 |
| 55:17 63:22 | 130:19,20 | 224:14,17 | **naacp**  1:5 |
| 93:4 94:2 | 131:17,18 | 226:19 | **name**  9:20 |
| 108:13 110:3,5 | 132:22 133:1,2 | **month**  151:1 | 10:12 52:5 |
| 110:7 112:11 | 133:4,8,13,15 | **months**  60:14 | 86:10 88:4 |
| 115:7,16 116:9 | 137:20 148:3 | 197:1 | 99:20 227:21 |
| | | | 267:14,21 |
| | | | 268:2 275:5,6 |

Stephen Pettigrew , PhD                        May 5, 2023
Georgia Senate Bill 202, In Re

**[names - notes]**                                              Page 37

names  227:22
narrow  216:20
nationally  62:3
  62:4 68:2
  125:14 126:16
nationwide
  61:6 125:3
  128:7,9 265:20
nbc  16:18 22:6
  22:11 23:3
  24:7 25:15,19
  25:21,22 26:3
  26:5,6,10
ne  4:9 6:5
nearly  216:5
necessarily
  44:1 84:6
  87:19 106:8
  120:22 124:22
  161:6 184:5
  220:12 237:4
  247:4 256:5
  259:6,8
necessary
  196:16 241:8
  274:5
need  13:13
  15:20 25:9
  46:7 50:4,21
  50:22,22 166:9
  168:20 193:6
  196:2,2 197:6
  207:22 208:4
  239:18 243:22
  247:16

needed  63:9
  179:5 196:10
  230:15
needing  239:7
needs  19:16
  140:3,5 209:2
  259:10
negative  210:8
  210:9
negatively
  188:8
neighbor  185:4
neighborhood
  40:4 200:15
neighborhoods
  40:5 43:2
  208:9
neither  272:10
neuroscience
  164:5
never  14:15
  34:13,14 76:11
  162:1,2 169:19
  180:21 181:16
  215:17
new  25:11,12
  25:12 144:20
  153:8 171:18
  192:2,2 233:3
  238:22 239:4
  241:9,14
  252:20 253:14
  254:4 257:6
  265:17

newland  9:22
  272:2,20
newly  117:21
  210:18
news  16:18
  22:6 24:7
nice  13:7 75:16
  124:18
night  23:6,11
  24:19
nil  221:10
nine  93:4 94:3
  212:18 258:1,3
  258:9 259:11
  261:4
nitty  90:3
nmiller  3:19
noland  4:16
  11:12
nolandlawfir...
  4:21
nominate
  252:12,13
nominated
  254:10,17,22
  255:2
nomination
  252:19
nominations
  249:21 250:4
  251:1,9,15,16
  252:14
non  77:7 97:22
  112:12 123:22
  131:17 133:9

  133:13 134:2
  141:5 177:18
  178:1
nonexistent
  266:19
nonprofit
  20:18 173:5
  179:9 182:9
  192:4
nonprofits
  198:14
nonstarter
  252:8
nonvoter  85:17
nonvoters  78:1
  85:12
nonwhite  112:9
  129:18
north  98:13,14
  99:6,6,8
  101:16 227:15
  227:15
northern  1:1
  9:14
northwest  5:13
  6:13
notary  272:1
  272:20
note  9:5 55:3
  64:12 103:18
  112:9 147:3
noted  70:20
  122:15 274:11
notes  58:15
  260:12

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

**[noteworthy - offhand]**                                    Page 38

**noteworthy**
  122:6
**notice**  7:7 14:3
  14:16
**noticeable**
  229:6
**noticeably**
  159:18
**noticing**  10:11
**noting**  121:12
**notion**  161:5
  178:2 258:21
  259:10
**november**  8:5
  22:20 60:13
  68:21 109:7,11
  136:18 143:7
  143:14 144:10
  147:4,17,22
  148:6,20 150:8
  248:12
**nowadays**
  70:15 258:18
**nrcc**  6:2
**nrsc**  6:2
**nuance**  197:22
  200:12 201:4,4
**nuanced**  42:8
**nuances**  25:8
  25:10
**number**  14:5
  16:1 27:17
  44:14 57:13
  64:15 68:15
  69:5 71:13

85:2 91:2
94:15 95:2,5
105:13 107:6
107:10,22
109:10 112:17
115:14 117:2
117:13 122:10
123:20 128:20
131:20 132:6
133:17 135:20
139:18,19,20
139:22 141:13
141:17,20
146:11 152:16
154:14 155:14
208:3,13
209:21 215:11
221:3,6 229:13
235:1,1,7
245:8 248:1
250:12 258:9
259:6 263:21
266:18 268:5
271:10
**numbered**
137:8 157:14
**numbers**  29:16
71:7,12,13
82:5 94:14
106:9 107:17
123:14 130:3
139:15 140:1
140:12,19
142:1 153:13
153:14 154:3,4

154:4,5,6,6
155:3,4 156:2
156:19 158:5
158:10 159:1
166:5 204:11
207:6 215:8
235:8
**numeric**  192:17
195:12 267:3

**o**

**o**  7:1 9:1
  271:14 273:1,1
  273:2
**oath**  10:3
**object**  31:14
  35:5 42:5
  48:11 59:20
  65:11 76:22
  77:10 85:7
  94:6 110:19
  123:5 127:20
  147:13 149:1
  149:15 150:11
  151:8 152:7
  153:15 154:8
  156:8 162:14
  163:1 165:15
  166:7 167:8
  168:1 169:10
  178:16 180:4,5
  182:3,12 183:2
  183:9 188:14
  193:10 194:15
  209:4 210:1,20
  217:2 220:9

225:9 246:11
246:21 247:14
249:15 251:20
267:16 268:7
**objection**
180:14
**objections**  10:5
**objective**  161:6
**objectively**
  162:6
**objects**  31:21
**observe**  38:14
  180:3
**observed**  105:7
**observer**  25:4
**observing**
  180:1,6
**obtained**  264:3
**obvious**  199:16
**obviously**
  45:12 54:17
  90:10 109:12
  211:9 265:8
**october**  68:20
**odd**  155:22
  235:7
**offer**  182:10,21
  189:2 208:10
  219:13
**offered**  182:1
**offering**  183:20
  221:14,21
  242:3
**offhand**  156:16

Case 1:21-mi-55555-JPB     Document 574-35     Filed 06/09/23     Page 315 of 346
Stephen Pettigrew , PhD                                       May 5, 2023
Georgia Senate Bill 202, In Re

[office - outcome]                                                    Page 39

| | | | |
|---|---|---|---|
| **office** 5:18 | 76:19 78:3 | **older** 156:5 | 173:4 |
| 11:18 23:14 | 79:5 86:1 | **once** 132:9 | **opposed** 116:19 |
| 251:8 254:15 | 89:15 92:12 | 265:14,16,18 | 195:20 258:12 |
| 264:3 | 93:7 102:8 | **onerous** 191:21 | **opt** 269:4 |
| **officer** 272:2 | 104:14 105:18 | 269:3,14 | **opted** 121:13 |
| **offices** 23:15 | 108:1 109:12 | **ones** 88:2 | **option** 80:13 |
| **official** 1:8,16 | 111:14 112:1 | 154:18,20 | 219:19,22 |
| 2:4,11 198:21 | 113:21 117:8 | 190:7 | **oral** 259:14 |
| 206:5 | 117:20 118:1 | **online** 23:17 | **orange** 134:3 |
| **officials** 65:14 | 119:11,19 | 70:1,3,8,11 | **oranges** 121:10 |
| 65:15,21 97:12 | 128:19 129:8 | 71:17 79:15 | **order** 31:11 |
| 97:15 99:10 | 131:3 133:4 | 209:11 212:3 | 64:3 71:13 |
| 101:6 174:2 | 136:7 137:7 | 228:15,18 | 125:21 139:18 |
| 198:15 206:1 | 146:14 152:3 | **open** 52:14,15 | 139:19 140:1 |
| 209:12 219:10 | 152:13 153:10 | 80:19 219:10 | 193:4 207:21 |
| 219:19,21 | 154:21 157:12 | 219:18,19 | 208:20 240:19 |
| 223:3 224:4,9 | 158:2,11 | 226:7 | **ordering** |
| 224:20 225:4 | 163:19 165:5 | **opening** 123:12 | 127:11,14 |
| 226:6,22 227:1 | 166:14 167:16 | 219:22 | **organization** |
| 227:9,16,19 | 168:22 170:15 | **operational** | 173:5 179:9 |
| 238:11 | 193:8 195:18 | 75:8 | 198:5 200:13 |
| **oftentimes** | 211:22 218:18 | **opinion** 16:15 | 200:21 |
| 20:15 | 219:1,4 220:2 | 17:8 47:10 | **organization's** |
| **oh** 44:1 107:12 | 245:5,17,20 | 160:19 162:18 | 192:5 |
| 119:11 157:7,9 | 248:9 250:16 | 163:9 189:2 | **organizations** |
| **okay** 14:1,11 | 259:20 260:6 | 221:11 244:8 | 20:18 174:17 |
| 14:21 15:6,14 | 260:10 261:7 | **opinions** 46:2 | 182:9 197:14 |
| 17:3 19:13 | 261:20 262:14 | 84:20 139:20 | 200:9,18 201:2 |
| 26:8,11 27:20 | 263:4,7,19 | 143:13 270:16 | 202:2 |
| 31:20,22 32:3 | 264:15 267:10 | 270:18 | **organizing** |
| 38:14,18 44:10 | 269:17 270:5,8 | **opportunities** | 19:7 |
| 45:2 46:17 | 271:3 | 20:14 64:14 | **original** 274:13 |
| 47:4 59:1 | **old** 239:6 | 226:5 | **outcome** 10:5 |
| 67:17 72:19 | 257:14 | **opportunity** | 31:5 39:7 |
| 73:1 75:12 | | 18:3 64:4 | 56:19 256:16 |

Stephen Pettigrew , PhD                                              May 5, 2023
Georgia Senate Bill 202, In Re

**[outcome - particularly]**                                         Page 40

272:15

**outgrowth**
45:20

**outside** 20:15
141:2,8 143:3
156:19 157:1

**overall** 124:5
124:10 125:3
126:3 130:5
157:20 159:16
159:22 160:13
161:6,21
230:19 236:1

**overestimate**
215:1

**overestimated**
103:16

**overlap** 21:6,7

**overlapping**
121:20

**overreporting**
106:14

**overseas** 226:1
226:2

**oversee** 17:16
17:22

**overseeing** 19:7

**oversimplify**
47:4

**overstate**
213:12

**overstating**
216:16

**owing** 116:6

**own** 49:7 57:7
99:9 138:18,20
170:2 189:19
191:3 199:7
231:19

**p**

**p** 9:1 273:2
**p.m.** 1:20 102:3
102:6 164:21
164:22,22
165:3 218:9,10
218:10,13
219:18,20
262:8,9,9,12
271:8,13

**packing** 256:10
**page** 7:2,6 16:7
16:8 26:12
35:22 36:1
58:9,14 59:1,2
63:1,1,4 64:12
67:20 73:1
80:9 82:11
83:11 100:18
101:13 102:18
103:19 104:15
105:7 108:3
113:20 137:11
140:18,18,18
146:22 156:20
157:14,15,22
166:21 188:7
190:17 202:11
213:11 218:19
228:21 233:10

238:19,21
239:16 257:9
263:14 264:4
275:8

**paged** 137:8

**pages** 57:22
58:2 102:12
115:10 140:17
171:7 203:16
263:18 273:5

**pair** 38:7,22
40:4

**pairing** 40:2

**pairs** 37:15
40:11

**pamphlets**
176:5

**panels** 259:2

**paper** 27:22
28:2,7 29:5
31:2 33:1,17
36:13 37:10,22
56:17 99:20
100:3,19,20
101:2,8 105:1
142:16,19
143:11 150:4
173:19 174:1
174:19,20
193:14 194:8
195:11 223:20
223:20 231:19
244:6

**papers** 28:22
56:4 191:1

**paragraph**
58:15 59:7,8
60:17 62:6,18
63:20 80:10
102:18 103:19
108:7 109:20
112:9 114:1
202:10,11
218:22 219:6
220:22 238:1,9
238:21

**paragraphs**
231:18

**parameters**
205:16

**part** 28:7 57:5
88:15 89:14,18
106:18 149:14
224:6 266:7

**participate**
13:21 269:4

**participated**
89:10

**participating**
13:17

**particular**
41:18,21 47:16
51:22 61:12
76:14 89:22
103:9 124:13
148:1 149:5
152:10 168:12
172:17

**particularly**
45:10 88:2

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

**[particularly - percent]**                                    Page 41

99:17 120:8
131:1 162:1
169:3 184:13
203:10 224:11
249:20 252:3
**parties** 9:9
272:11,14
**partner** 20:17
**party** 10:3
174:17 180:11
197:14 198:5
**pass** 174:18
**passage** 175:15
**passes** 127:8,11
**passing** 170:16
170:20 171:2
171:12 175:12
176:4
**past** 19:3,11
43:22 44:6
47:13 98:16
227:20 231:6
241:5 243:10
258:19
**pattern** 47:14
120:14 126:3
126:13
**patterns**
126:15 194:20
**pay** 26:2
179:16
**paying** 70:12
**pcea** 108:12,18
111:4 161:17
234:18

**pcia** 237:22
**pdf** 137:5
**peachtree** 6:5
**peek** 120:1
228:21
**peer** 28:15
31:12 93:18
142:18 144:22
150:4
**pen** 263:9
**penn** 17:14,18
18:21 25:18,21
26:1,2,10
227:11 243:21
**pennsylvania**
3:6 7:10 9:18
16:14 87:4
**people** 10:20
24:4,22 25:5,6
28:5 29:11,11
29:12 32:22
34:5,8,15
37:11,13,19
38:1,7,8,15
39:3,8,9,14,15
40:2,5,6,10
51:12,14,16
52:21 53:1
55:7,11 56:20
58:12 60:5,8
61:5,6,7,17
68:19,22 69:6
70:10,10 71:7
71:8 79:6,10
79:14,20,21

80:1,17 82:7
83:1 84:7,9,13
84:14,19,20,22
85:14 86:6,9
86:20 88:9,18
89:10 91:9,20
95:22 96:15
97:1,3,4,19
99:10,22
100:21 105:9
106:4,11,14,16
106:17,21
110:11 114:15
114:22 116:6
116:20 122:11
122:13,17
123:18 124:16
136:20 139:18
139:19,20,22
140:6 143:15
143:19 144:4
145:21 147:20
150:17,18
151:13 155:17
161:8 162:8
169:21 170:10
171:12,22
172:1,5,22
173:6,8 174:20
177:20,22
178:3,9,12
182:21 184:22
185:2,10
186:10 189:14
189:20 190:8

191:13,16
192:1,11
196:20 197:22
198:18,19
199:1,3,5
201:3,6,19
204:5,11,12,13
204:16 205:20
205:21 207:2,3
207:9,11,12,15
207:17,18
208:5 209:17
213:8 214:15
214:17,20
216:18 223:5,8
233:3 239:5,5
242:9 253:18
254:3 256:8,8
256:14 259:11
259:20 260:3
265:11,21,21
268:18,21
269:4,6,7,11
**people's** 161:8
175:3 265:13
**percent** 82:7
83:12,14 84:2
84:7,8,12,18,22
85:1,2 106:13
106:15,17
108:10 109:9
109:10 110:11
118:5,7,9,21,22
119:2,3,6
120:10,11,12

Stephen Pettigrew , PhD                                    May 5, 2023
Georgia Senate Bill 202, In Re

**[percent - places]**                                                  Page 42

122:9 128:9
132:20 137:22
139:12 150:17
155:11 158:20
207:1,3,14,14
207:16,17
208:5,6 264:6
264:9 266:15
**percentage**
22:8,15,16
29:19 36:8
56:19 82:9
91:20 112:14
118:3,5,7
120:18 123:10
132:18 138:3
142:5 155:17
158:12 171:1
207:12 229:14
242:13
**perfect** 87:17
**perform** 36:18
39:22
**performance**
98:16 101:14
**period** 26:19
27:2 49:17
54:16 55:15
72:3 75:3,7
76:9,21 193:19
197:3,5 214:4
214:12 216:3
217:14 220:1
252:21 254:11

**persisted** 231:6
**person** 7:17
25:1 38:20,21
40:3 42:20
43:7 51:9 52:5
65:1 71:14
79:12,14,17,19
79:22 80:11
82:2 87:2
98:10 108:11
109:9 111:1
121:5 124:14
137:13 185:1
188:3 189:22
190:8 192:16
197:11 198:19
199:4,22
200:19 216:22
237:18 268:20
**personal**
157:19 226:14
226:21
**personality**
62:12 237:13
237:17
**persons** 132:14
147:9 179:21
**perspective**
201:5,6 230:11
249:22
**pettigrew** 1:19
7:5,8,9,12,19
7:22 9:11 12:9
12:14 14:5,12
16:1 27:17,20

44:14,17 57:13
101:4 102:8
117:13 128:20
132:6 135:20
146:11 152:16
218:16 245:8
248:1 250:12
262:14 263:21
270:9 271:10
271:14 273:4
273:15 274:2
275:6
**ph.d.** 1:19 7:8
8:12 12:9
21:17 28:7,9
259:13 271:14
273:4,15 274:2
275:6
**phenomenon**
79:3
**phone** 70:10
71:7,8,14
**phones** 9:7
**phrase** 30:7
242:4
**phrased** 78:9
167:20
**physical** 168:13
176:10 241:11
**pick** 9:6
**picked** 71:8
**picture** 87:14
96:9 141:14
**piece** 40:12
175:9 186:2

193:15
**pieces** 39:6
49:8 51:18
175:2 191:2
**pizza** 181:4
**place** 9:8 24:11
50:20 52:22
61:8 62:10
82:10 167:6
168:13 176:8
176:10,11
178:9 179:21
180:19,20
204:14,17
206:15,18,18
207:1,3,11,15
210:11 212:5
223:3 224:16
230:9 232:1,2
232:4,8,14,17
232:17,18
233:13,20
234:3,11
235:11 236:12
236:13,16,19
239:6 241:3,17
251:13 253:9
253:12 264:22
265:2 266:11
**placebo** 39:20
40:9
**places** 41:11,13
48:14 60:19
61:11,13,14
97:16 98:7

Stephen Pettigrew , PhD                                    May 5, 2023
Georgia Senate Bill 202, In Re

**[places - pooling]**                                              Page 43

| | | | |
|---|---|---|---|
| 100:22 159:9 | 36:8 45:6 55:3 | 246:1 248:14 | 98:7 100:22 |
| 162:4 171:18 | 64:18,22 76:17 | 249:10 252:1 | 136:13,13 |
| 203:10 204:4,5 | 83:11 107:3 | 256:9,11 | 138:22 159:9 |
| 204:12 206:9 | 111:6,22 112:9 | **politics** 84:15 | 160:22 162:4 |
| 206:13 207:6 | 115:18 117:2 | 84:16,21 88:12 | 163:21,22 |
| 207:10 208:7 | 118:18 125:1 | 187:11 245:22 | 164:3 167:6 |
| 209:10 215:10 | 134:5 145:4 | 248:21 | 168:13 171:2 |
| 215:12,13 | 146:21 148:5 | **poll** 40:21 41:1 | 176:8,10 178:8 |
| 219:22 220:22 | 153:1,11 | 52:2 62:12 | 179:21 204:4,5 |
| 221:3,6,7 | 154:19 161:21 | 63:10 68:19 | 204:11,14,17 |
| 229:16,20 | 164:7 169:1 | 69:4,6,11,12 | 206:9,13,14,17 |
| 230:10,14,15 | 193:5 195:12 | 70:6 79:15,15 | 206:17,18 |
| 231:8 234:6,19 | 196:13 197:7 | 84:10,13 86:3 | 207:1,3,6,10,11 |
| 235:3 236:21 | 197:18 204:3 | 86:4 87:3 | 207:15 209:10 |
| 241:1,6,9,15 | 210:4 212:22 | 97:14,15 139:4 | 212:5 215:10 |
| **plaintiff** 5:9 | 215:6,16,20 | 139:17 140:1,3 | 215:11 219:22 |
| 11:3,6 | 225:3 238:18 | 140:4,21 141:2 | 223:3 231:7 |
| **plaintiffs** 1:5 | 239:10 240:20 | 141:8,13,18 | 232:1,2,3,7,14 |
| 1:13 2:2,9 3:2 | 242:3,5,6 | 143:2,5,6,16,20 | 232:17,17,18 |
| 6:10 7:4 10:19 | 258:5 267:3,4 | 143:21 144:4 | 233:13,20 |
| 270:6 | **pointing** 143:5 | 145:19,22 | 234:2,6,11,19 |
| **planning** 19:7 | 156:13 159:5 | 150:19 151:14 | 235:3,11,20 |
| 74:12 243:16 | 214:11 265:7 | 159:3 161:3 | 236:12,13,16 |
| **play** 24:7 51:7 | **points** 52:10 | 170:9 186:5,15 | 236:19,21 |
| **played** 73:14 | 76:20 123:10 | 224:8 226:18 | 239:6 241:1,3 |
| **playing** 18:5 | 132:18 159:3 | 231:6 232:5 | 241:6,9,15,17 |
| **pleasant** 174:9 | 215:3 | 235:1 237:13 | **polls** 40:18 |
| **please** 9:5,7 | **policy** 97:11 | 238:4 | 68:18 70:17 |
| 10:6 12:5 13:9 | 101:5 | **polling** 48:14 | 84:16 89:10 |
| 118:19 274:4,8 | **political** 17:14 | 50:20 52:22 | 138:6 156:16 |
| **plenty** 77:12,13 | 17:16 26:22 | 60:19 61:3,8 | 209:22 |
| 191:19 | 27:1 49:20 | 61:11 62:10 | **pondering** |
| **plus** 119:12 | 54:2 69:17 | 71:11 72:17 | 268:13 |
| **point** 13:13 | 100:21 160:17 | 82:19,20 84:14 | **pooling** 114:1 |
| 29:20 30:3,4 | 176:6 187:1,3 | 86:12 97:16 | |

Stephen Pettigrew , PhD
Georgia Senate Bill 202, In Re                                    May 5, 2023

**[poor - preventing]**                                                Page 44

poor   63:6
  158:21 190:22
  234:10
poorly   62:9
  78:9 233:13,17
  234:2,10
population
  140:2,5,10
populous   213:5
pores   17:9,12
  17:13 18:8,12
  21:7
position   21:13
  21:14 177:14
positions   21:13
  21:22
positive   198:17
  223:5,9
positively
  253:21
possibility
  176:22 177:3
possible   33:4
  40:6 66:22
  78:21 88:11
  93:1 96:21
  107:13 126:18
  143:19 144:3
  150:16 151:12
  156:20 165:17
  169:20 175:15
  178:10 188:6
  195:10 220:18
  221:9,13,19
  223:6 229:16

  261:1 265:5
possibly   68:13
  148:3 224:10
  224:21 230:11
  230:21
post   8:2,4,8,9
  8:10 76:20
  245:11
posts   244:21
  245:4
potential   52:12
  88:15 235:10
  256:13 259:2
potentially
  63:19 85:15
  87:20 89:10
  143:20 184:8
  186:9 189:21
  201:10 258:22
  269:12,14
practical   201:5
practice   209:9
  210:15
practitioners
  54:1
pre   109:13
  111:7 179:19
  181:22 182:5
precinct   40:17
  41:5 50:20
  51:21 99:10
  159:7 208:14
  231:4 233:15
  234:5 235:3,15
  235:17,19

  236:1,7,9
  237:17 238:22
precincts   29:12
  208:9 233:4,6
  235:4 236:8
  238:14 239:5
  240:2,9,19
  242:1,9,10,17
precise   37:9
  75:19 95:15
  144:1
precisely   38:7
  104:6 193:1
  196:1 210:5
prediction
  187:15,17
  249:1
predictive   44:3
preliminary
  45:19 46:8
  73:7 87:8
  270:11
prepared   28:8
  46:8 53:14
  101:10 132:10
  262:21
preparing
  75:14 76:1
present   6:21
  10:8 68:1
  134:8
presented
  129:4
president   246:8
  250:22 251:7

  252:11
president's
  53:19 108:16
presidential
  7:14 22:18
  53:14 58:5
  59:11,14,19
  60:7,17 115:3
  115:20 116:2,3
  116:7 125:13
  130:22 131:9
  134:7 187:20
  187:22 233:10
  250:21 253:1,6
presidents
  108:19,20
press   142:13
presumably
  27:11 148:9
pretty   47:13
  76:17 77:16,16
  88:1 98:14
  121:8 123:19
  144:20 154:7
  175:10 187:21
  192:18 215:9
  238:19 240:16
  252:9
prevent   268:5
  268:22
prevented
  267:22
preventing
  201:6 269:2

Stephen Pettigrew , PhD                                    May 5, 2023
Georgia Senate Bill 202, In Re

**[previous - provisional]**                                    Page 45

| | | | |
|---|---|---|---|
| **previous** | 232:9,12 | 20:12 21:1,7,9 | 128:1,1 173:6 |
| 100:12 120:15 | 237:18 239:13 | **programming** | 196:13 210:4 |
| 121:21 124:9 | 242:17 256:2,6 | 17:21 21:2 | 230:9 241:7 |
| **previously** | **problematic** | **programs** | 242:5,6 264:15 |
| 214:3 219:10 | 204:8 | 20:10 | 267:7,8 |
| **primary**  22:18 | **problems**  238:8 | **prohibition** | **provided**  101:6 |
| 150:2 217:16 | **procedure** | 170:1 | 140:14 141:1 |
| 217:17,17,20 | 210:14 | **project**  68:12 | 181:21 215:6 |
| **prior**  53:17 | **proceed**  12:6 | 98:17,17,20 | **provides** |
| 54:22 55:4 | **proceeding** | **projects**  24:8 | 156:21 |
| 120:21 122:3 | 10:6 46:9 | 98:15 | **providing** |
| 160:12 168:8 | **process**  28:15 | **prominent** | 23:21 171:20 |
| 170:13 219:12 | 32:18 39:14 | 246:1 | 181:6,10 184:5 |
| 219:15 221:4 | 50:10 51:2 | **promise**  13:3 | 184:13 195:11 |
| 257:3 261:2 | 53:1 62:13 | **proper**  178:13 | 215:19 256:12 |
| **private**  9:6 | 85:21 87:6,18 | **proportion** | **provision**  167:4 |
| 86:12 | 88:1,6,14 | 122:13 | 167:11,20 |
| **probability** | 93:21 94:11 | **proposal** | 168:18 170:5 |
| 29:18 | 104:18 106:4 | 250:20 251:4,7 | 172:13,20 |
| **probably**  14:19 | 144:22 150:5 | 253:6,18 254:1 | 175:7 176:13 |
| 24:8 49:16 | 173:7 175:1 | 255:17,20,20 | 176:19 177:19 |
| 74:5,15 75:18 | 192:1 200:14 | 256:3 | 177:21 178:7 |
| 112:4 115:12 | 237:14 | **proposition** | 187:11 197:13 |
| 129:18 161:22 | **processed**  50:4 | 171:11 | 197:19,20 |
| 195:22 235:18 | 201:14 216:7 | **propositions** | 198:13 201:16 |
| 242:14 250:3 | **processors**  50:8 | 63:5 | 201:17,21 |
| 258:16 261:18 | **procure**  226:19 | **proprietary** | 221:10,16 |
| 265:10 269:20 | **professional** | 23:18 | 222:6,9 230:20 |
| **probative** | 16:7 226:15 | **pros**  214:1 | 231:3,8 233:7 |
| 142:5 | 248:20 | **prosecutions** | 233:7 240:5 |
| **problem**  59:9 | **professor**  21:11 | 188:2 | 241:16,21 |
| 59:10,18 60:20 | **program**  16:15 | **proud**  26:12 | 242:8,16 |
| 185:7 190:13 | 16:17 17:8,12 | 28:19 | **provisional** |
| 199:1,4 222:12 | 17:13,15,22 | **provide**  96:3,4 | 63:12 226:2 |
| 224:18 231:10 | 19:4 20:3,7,11 | 104:11 105:5 | 239:9,11 |

Stephen Pettigrew , PhD
Georgia Senate Bill 202, In Re
May 5, 2023

**[provisions - quote]**

Page 46

| | | | |
|---|---|---|---|
| **provisions** 189:17 190:10 191:6 197:10 202:22 215:2 | **publishing** 244:1,15 | **quantity** 31:11 | **questions** 12:22 24:1 33:13 69:14,15 97:3 |
| **proxy** 41:6 | **pull** 128:13 | **quarter** 128:7 128:11 266:5 | 139:19 145:8 149:8 160:1 |
| **pryor** 5:19 | **pulled** 118:10 129:6 | **question** 13:5,6 13:9,13 28:3 | 161:13 186:14 194:18 259:16 |
| **psychological** 164:2 | **purpose** 65:19 193:22 195:15 204:2,9 207:20 | 32:6 35:10 49:15 52:19 55:13 64:9 | 260:3 262:15 267:12 269:18 269:18,21 |
| **psychology** 162:22 163:7 163:11,13,14 163:15,17 164:4 | **purposes** 73:20 92:2 93:8 | 72:12,13,16 78:17 79:18 81:6,10,16 | 270:4,9 271:2 |
| | **push** 197:10 | 82:1,4 89:8 | **queuing** 50:1,7 50:16 51:5,7 60:6 189:13 |

**public** 37:12 86:14,17 113:14 136:4 160:19 162:18 163:8 212:3 244:8 272:1,20

**put** 22:15 50:7 51:3 75:10 92:7 121:17 124:3 146:8 148:11 155:20 206:2 224:19 239:4 240:6 241:11 245:12 245:13 250:17 251:13 253:8,9 253:11,19 255:21

91:1 112:21 113:19 116:18 141:5,11 147:19,19 148:2,18,19 149:4,6,9,10 150:7,21 156:2 157:18 159:21 160:10,15 161:1 165:6,12 165:22 180:13 204:19 207:8 211:4 223:2,18 241:12 242:1 246:4 249:12 266:13 267:6,9

205:20 231:21 232:22 235:20 240:15

**publication** 28:18 31:13 35:19 244:18

**quick** 260:16

**quickly** 15:4 52:17

**publicly** 146:19

**puts** 269:9

**publish** 194:10 195:11 243:17 244:12

**putting** 24:3 100:21 247:5

**questioning** 267:2

**quite** 21:5 78:15 112:15 127:2,15 131:21 186:10 193:18 204:7

**puzzle** 49:9

**published** 28:1 28:12,20 49:7 55:11 77:14 93:14 100:4 101:11,11 163:22 172:4 223:21 231:19 242:21 244:4,7 244:9

**q**

**quality** 29:2 31:11 70:15,19 71:20 144:8,9 260:4

**questionnaire** 89:12 145:10 145:13,14 146:6,18 157:8

**quotation** 64:1

**quote** 59:9,11 60:17,21 62:7 62:14 63:4,13 64:1,4 103:22 105:8,11,17 231:2,11 257:11

**quantified** 56:21

Stephen Pettigrew , PhD                                    May 5, 2023
Georgia Senate Bill 202, In Re

**[r - recommending]**                                                      Page 47

| r | | | |
|---|---|---|---|
| **r** 9:1 275:4,4 | **rate** 120:13 | **realize** 239:8 | **recall** 91:22 |
| **race** 38:8 143:8 | 157:19 160:12 | **really** 22:13 | 130:5 145:12 |
| 182:21 | 266:10 | 46:7 55:4,12 | 152:2 205:3 |
| **races** 166:5 | **rates** 122:17 | 55:12 71:9 | 220:16 228:13 |
| **racial** 114:3 | 198:10 202:16 | 84:3 88:8 | 257:1 |
| 131:15 140:20 | 202:17 203:3 | 96:14 97:4,5 | **recalling** 233:9 |
| 141:7 165:21 | 208:1 210:10 | 98:2 100:9 | **receipt** 274:15 |
| 194:22,22 | 266:4 | 121:3,6 122:19 | **receive** 26:19 |
| **radius** 176:9 | **rather** 258:22 | 126:4 130:21 | 180:10 |
| **raffensperger** | **ratio** 232:19 | 136:11 155:2 | **received** 14:15 |
| 1:7 2:4,11 | 235:14 | 155:22 162:9 | 14:18 15:2,15 |
| **raise** 185:1 | **reach** 32:19 | 169:6 178:22 | 26:20,21 |
| **raises** 180:12 | 134:20 | 185:5 223:12 | **recent** 34:5 |
| **ran** 105:2 | **reaction** 256:20 | 226:13,17 | 108:4 113:6 |
| **random** 69:13 | **read** 14:22 15:5 | 234:21 235:17 | 136:14 |
| 71:5,6 | 29:8 32:8,11 | 239:2 249:6 | **recently** 19:19 |
| **randomized** | 36:9 37:7 | 267:8 | 101:12 113:18 |
| 33:5,16,22 | 62:15 63:14 | **reason** 13:16 | **recess** 67:12 |
| 34:11 35:15 | 64:12,13 | 70:20 97:5 | 102:3 164:22 |
| **randomly** | 145:21 148:8 | 103:13 106:18 | 218:10 262:9 |
| 34:15 71:6 | 148:12 218:21 | 107:20 121:4 | **recognize** |
| **range** 75:2 94:5 | 220:22 268:10 | 165:20 166:11 | 57:17 |
| 155:14,16,20 | 268:14,16 | 166:16 168:19 | **recollection** |
| 155:21 156:6 | 273:5 274:4 | 172:8 201:17 | 69:22 146:15 |
| 156:12 254:20 | **reader** 48:8 | 258:14 264:11 | 152:6 |
| 254:20 | **readers** 57:3 | 264:14 265:12 | **recommendat...** |
| **rank** 127:11,14 | **reading** 47:19 | 274:6 275:8 | 54:7 110:13,16 |
| 127:14 | 167:16 168:7 | **reasonable** | **recommendat...** |
| **ranked** 127:18 | 188:6 219:5 | 54:10 146:1 | 7:14 58:5 |
| 127:18 | 220:5 | 202:15 | 65:20 |
| **ranking** 28:22 | **reads** 229:2 | **reasons** 33:10 | **recommended** |
| 124:10 | **real** 43:16 | 48:4 49:11,12 | 108:12 |
| **ranks** 126:9,21 | 210:18 260:16 | 130:8 | **recommending** |
| | **reality** 207:7 | **rebuttal** 137:3 | 66:1 111:4 |
| | 238:6 | | |

Stephen Pettigrew , PhD                May 5, 2023
Georgia Senate Bill 202, In Re

**[record - report]**

Page 48

| | | | |
|---|---|---|---|
| **record**  9:4,9,11<br>10:10 46:18<br>67:10,14,17<br>102:2,5 107:1<br>146:8 164:20<br>165:2,5 218:8<br>218:12,15,22<br>262:7,11 271:8<br>272:9<br>**recorded**  98:9<br>**recording**  9:8<br>97:16 98:10<br>**records**  37:12<br>42:9 87:13<br>141:10<br>**recruited**  88:10<br>**recruiting**  70:5<br>224:8 226:18<br>**red**  147:2<br>148:11 151:5<br>151:13 152:10<br>**redistrict**<br>196:22<br>**reduce**  240:19<br>**reduced**  272:7<br>**reelected**<br>251:14<br>**reference**<br>101:14 113:14<br>115:8 173:22<br>174:17 229:9<br>**referenced**<br>173:16<br>**referred**  71:16<br>91:16 176:3 | **reflect**  144:10<br>**reflective**  146:3<br>161:6 225:12<br>**reform**  227:6,7<br>250:20<br>**refresh**  146:15<br>**regard**  71:19<br>220:17<br>**regarded**  70:18<br>136:8<br>**regarding**<br>145:20<br>**regardless**<br>126:14 161:13<br>**regime**  192:4<br>195:14<br>**registered**<br>230:3 241:3<br>242:11<br>**registration**<br>52:6 226:1<br>232:16<br>**relate**  163:8<br>**related**  5:9 10:3<br>11:5 100:21<br>104:4,7 174:22<br>182:16 190:11<br>193:16 197:20<br>223:21 240:14<br>241:14 244:10<br>272:10<br>**relates**  116:19<br>231:3<br>**relating**  109:11 | **relationship**<br>36:19<br>**relative**  125:21<br>160:4 162:7<br>272:13<br>**relatively**  204:5<br>**release**  142:13<br>**relevant**  51:19<br>64:21 85:12<br>178:11 249:6<br>**reliability**<br>153:12<br>**reliable**  142:4<br>**relied**  71:22<br>**relief**  173:6<br>175:19 181:1<br>181:13 184:14<br>184:17 186:17<br>**relying**  191:1<br>**remained**  125:2<br>**remarkable**<br>215:9<br>**remember**<br>14:19 38:6<br>46:11 54:14<br>69:4 70:1,7<br>74:22 86:22<br>91:21 98:6<br>99:19 110:21<br>124:9,14 130:3<br>144:1 146:16<br>146:17 152:11<br>157:4 198:20<br>223:19 227:22<br>242:8 247:10 | 255:8 257:2<br>265:10<br>**remembering**<br>36:15<br>**remotely**  10:9<br>**repeat**  32:6<br>113:6<br>**replaced**  71:17<br>251:2<br>**report**  7:12,13<br>8:11 44:12,20<br>45:5,15,20,21<br>46:3,4,7,8,15<br>46:19 47:5,19<br>48:1,17,17<br>50:14 53:2,13<br>54:6,13,22<br>55:14 56:5,16<br>57:19 58:1,4<br>59:2 63:2,17<br>64:22 67:19<br>72:1,4,22 73:5<br>73:12,20 75:14<br>76:1,3,4,19<br>77:3 80:10<br>82:10 91:11<br>99:3,18 100:13<br>101:5,10,15<br>102:13 126:6,9<br>128:1,5 134:13<br>151:21 166:19<br>167:17 171:15<br>172:15 177:7<br>184:2,16 188:7<br>191:2 194:2,9 |

Stephen Pettigrew , PhD                                    May 5, 2023
Georgia Senate Bill 202, In Re

**[report - responding]**                                            Page 49

| | | | |
|---|---|---|---|
| 194:19 195:7,8 | 12:2 | 55:18,20 58:17 | 232:10 241:9 |
| 195:15,20 | **represents** | 70:22 77:13 | **resources** |
| 196:10 202:12 | 138:3,6 | 82:19 86:8 | 51:21 52:22 |
| 205:19 218:17 | **republican** | 98:18 99:20 | 225:5,7 234:22 |
| 222:3,20 | 251:15 | 100:20 136:5,8 | 235:6 241:8 |
| 225:22 228:22 | **republicans** | 142:15 160:16 | **respect**  155:2 |
| 233:10 234:18 | 248:12 | 163:21,22 | 222:15 |
| 238:1 239:22 | **reputable** | 164:1,3 174:21 | **respects**  112:17 |
| 242:20 243:15 | 194:11 | 175:2,8 176:20 | **respond**  80:13 |
| 243:17 262:21 | **request**  192:6 | 189:19 191:20 | **responded**  69:6 |
| 263:14 | 201:12 | 192:9 196:17 | 99:16 105:10 |
| **reported**  23:13 | **requested** | 197:8 198:3,7 | 139:12 146:3 |
| 80:22 89:15,18 | 32:11 197:16 | 198:13 202:8 | **respondent** |
| 105:6 106:19 | 197:22 198:4 | 210:7,7 232:8 | 81:9,14,20 |
| 107:6 108:10 | 199:7 200:20 | 233:1 234:21 | 88:4,20 89:3 |
| 136:20 138:14 | 268:16 | 238:22 239:4 | 91:3 92:3 94:1 |
| 139:11 144:6 | **require**  252:8 | 239:15 240:14 | 94:14,21 95:1 |
| 215:15,17 | **required**  18:15 | 240:15 241:13 | 148:9,13 |
| **reporter**  9:22 | 192:6 214:7,8 | 241:21 243:8,9 | **respondent's** |
| 12:5 13:1 | 219:13,20 | 243:14,14 | 148:17 |
| 32:11 263:6 | 225:17,22 | 244:10 260:5 | **respondents** |
| 268:15,16 | 229:19 | 265:12 | 68:16 69:12 |
| **reporting** | **requirement** | **researcher**  86:9 | 81:7 82:13 |
| 99:10 158:21 | 182:1,9,16 | **researchers** | 83:12 84:2 |
| **reports**  99:16 | 231:4 | 18:2 41:3 54:1 | 86:6 88:11,16 |
| 137:3 142:14 | **requirements** | 56:7 84:14 | 89:22 90:18 |
| 187:14 270:20 | 192:8 221:5 | 89:19 93:17 | 96:19 143:12 |
| **represent** | **requires**  221:2 | 99:15 160:22 | 145:5,9,17 |
| 10:14,18 | 221:15 222:3 | 177:2 211:3 | 146:2 147:21 |
| **representative** | 222:19 230:10 | **reserved** | 149:12 151:11 |
| 112:22 249:22 | **research**  16:15 | 271:15 | 160:1 165:11 |
| 252:16 | 17:8,17 18:2,5 | **resource**  52:8 | **responding** |
| **representing** | 18:22 20:16 | 63:6 181:12 | 135:14 137:3 |
| 9:21 11:2,5,9 | 27:22 34:1,6,7 | 223:22 224:22 | 143:16 150:21 |
| 11:12,15,19,21 | 49:21 50:7 | 226:11,13 | 161:4 |

Stephen Pettigrew , PhD                                    May 5, 2023
Georgia Senate Bill 202, In Re

**[response - rosborough]**                                  Page 50

| | | | |
|---|---|---|---|
| **response** 61:17 | 270:11 | 78:14 79:1 | 199:8 200:11 |
| 82:8 83:21 | **retained** | 80:3 82:14 | 201:7 202:6,18 |
| 89:16 90:6 | 162:16 271:11 | 90:13 91:4,13 | 205:2 208:12 |
| 100:2 158:3 | **retiring** 251:1 | 93:5,6 94:13 | 211:19 212:1 |
| 161:5 | **retrieved** 118:3 | 96:20 104:21 | 212:10 217:11 |
| **responses** | **return** 274:13 | 104:22 108:8 | 218:15 222:2,7 |
| 61:21 79:8 | **revealed** 88:18 | 108:14,15 | 222:16 230:22 |
| 90:1 91:8,17 | **review** 28:15 | 109:13 110:1,2 | 233:20 236:9 |
| 96:10 97:4 | 130:1 144:22 | 110:4 112:20 | 241:22 245:19 |
| **responsibilities** | 150:4 270:14 | 113:2,16 115:6 | 246:19 247:21 |
| 18:9 21:6 | **reviewed** 31:12 | 116:5 117:9 | 250:10 255:18 |
| 24:15 | 93:18 135:14 | 119:13,15,15 | 261:14,20 |
| **responsibility** | 142:18 | 119:18 122:4 | 262:3,5 263:10 |
| 24:3 | **reviewing** | 122:20 123:4 | 269:22 271:5,7 |
| **rest** 113:3 | 137:2 142:12 | 125:10 126:7 | **rights** 4:6 5:12 |
| **restricting** | 142:16,19 | 127:1 129:10 | 11:7 |
| 105:8,12 | 143:11 150:1 | 130:17 131:13 | **rigor** 142:21 |
| **restriction** | 168:3 | 133:10,12 | **rigorous** |
| 199:17 | **reviews** 142:17 | 135:1,4 136:5 | 242:20 |
| **restrictions** | **revised** 28:12 | 136:16 137:9 | **riverside** 4:17 |
| 190:15 196:19 | **rhetoric** 256:11 | 137:22 139:8 | **rnc** 6:2 |
| **restrictive** | **right** 16:9 | 139:14 142:3 | **road** 12:21 |
| 175:7 | 17:10 19:10,21 | 144:19 147:12 | **robert** 21:9 |
| **result** 62:9 | 21:20 22:5 | 155:14 157:6 | **roberts** 254:9 |
| 139:3 175:8 | 24:14 26:3,21 | 158:9,22 159:8 | 255:2,3 |
| 176:19 189:20 | 29:16 30:11 | 164:6,9 165:13 | **robust** 56:8 |
| 198:9 210:6 | 36:11 41:22 | 166:18 167:3 | **role** 23:5 24:13 |
| 232:22 233:12 | 45:3,4,16,18 | 169:4 170:10 | 25:20 26:9 |
| 234:2 241:20 | 53:10,15 54:13 | 171:8,9,10 | 243:21 |
| 269:3 | 54:18 57:21 | 173:14 182:2 | **roles** 17:1 |
| **resulting** | 58:7,18,21 | 182:22 184:22 | 18:19 |
| 133:15 | 61:9,18 62:6 | 186:13 187:20 | **roof** 265:9 |
| **results** 23:15 | 67:21 74:18,21 | 188:10 190:4,6 | **room** 101:18 |
| 114:1 138:20 | 75:4,8,14 76:5 | 190:14,18 | **rosborough** |
| 157:8 206:14 | 76:21 77:20 | 193:9 197:16 | 6:11 10:16,17 |

77:10 135:1
149:15 154:8
164:13 168:1
180:13 218:1
260:10,14
263:19 270:7
**roseborough**
14:9 31:14
35:5 42:5
48:11 59:20
65:11 67:8
76:22 85:7
94:6 110:19
123:5 127:20
134:16 135:4
135:19 147:13
149:1 150:11
151:8 152:7
153:15 156:8
157:7,10
162:14 163:1
164:9,16
165:15 166:7
167:8 169:10
178:16 180:4
182:3,12 183:2
183:9 188:14
193:10 194:15
209:4 210:1,20
217:2 218:4
220:9 225:9
246:11,21
247:14 249:15
251:20 263:11
263:15 267:16

268:7 269:20
270:2 271:1,5
**rough** 99:21
**roughly** 105:22
107:16 230:2
**round** 217:20
**ruckus** 185:1
**rule** 64:2 65:5
168:7 177:6
183:8
**rules** 12:21
168:12 192:7
219:9 269:14
**run** 33:4,11
34:11,15 35:11
53:22 54:3
69:7 70:3
98:19,22 143:6
224:6 225:20
**running** 23:17
70:17 89:7
**runoff** 45:11
47:1 60:11,12
143:7,18,22
144:5 145:6
147:5,12
149:13 151:7
165:13 190:9
193:16,17,18
193:19 194:5
197:1 211:16
211:21 213:13
214:3 216:2,11
216:19,22
217:11 243:5

**runoffs** 217:14
217:18
**runup** 23:8

**s**

**s** 7:1 9:1 275:4
**sacred** 258:8
**sake** 37:22
**sample** 69:13
69:13 71:6
97:13 105:13
105:21 107:3
**sampling** 71:4
**sanders** 245:18
246:2,10
**satisfaction** 8:4
160:7 161:21
**saturday**
219:15
**saw** 24:21
120:7,14 125:4
145:16 265:20
266:3
**saying** 54:7
66:7 92:4
100:7 111:17
122:9 127:16
141:16 160:14
160:15 185:22
187:19 188:11
189:1,8 203:5
203:6,13 205:6
214:1 216:8
223:13 231:2
254:21 265:2
269:15

**says** 16:13 24:7
44:22 60:17
62:7 63:4
103:5 109:6
110:5,10
116:16 119:6
134:19 147:2
161:17 179:10
184:21 185:16
198:3 220:16
234:1 237:13
250:19 264:4
**sb202** 12:17
47:9 74:18
75:3,7,20 76:5
76:9,16,17,20
77:7,17 109:13
109:17,18
111:7 126:18
127:5,18,19
130:9 167:3
168:8,9 170:12
170:13 171:18
175:16 179:16
179:19 181:22
182:5,8,15
183:8,17 188:8
189:3,6,7,17
190:10 191:6
193:17,19
195:2,14 196:2
196:4,14
208:12 210:6
210:11 214:7
217:7,7 219:9

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

**[sb202 - semester]**                                          Page 52

219:13,21
220:8 222:2
229:10,17
230:10,10
231:3 239:10
241:6,7 243:4
244:18 262:18
262:20 264:17
265:4,6 266:2
266:9,10,19
267:15 268:1,4
268:18,22
**sb202's** 242:1
**scale** 155:6
**scenario** 179:2
200:6
**schaerr** 3:14,19
10:13 11:15
**schedule** 190:9
211:16 214:4
217:6 229:11
229:16
**scheduling**
216:6
**scholars** 258:16
**school** 136:4
257:3
**science** 17:15
17:16,17,21
18:17 19:4,20
26:22 27:1
30:14 34:6
49:15 57:1
69:17,18 227:6
227:6 252:2

**sciences** 16:14
18:10
**scientifically**
142:21
**scientist** 30:12
31:10 43:8
75:17 160:17
189:1
**scientists** 49:20
54:2,17 100:21
**scope** 170:21
171:4 202:12
**score** 98:20,21
**scott** 3:13
**scotus** 248:13
**scour** 239:19
**scribble** 263:8
**seasonally** 22:9
22:13
**seats** 248:15
249:4,13 250:7
253:7
**second** 13:8
24:11 52:15
59:7 102:18
124:16,17
126:11 152:19
156:18 193:14
199:17 201:11
233:20 254:22
**seconds** 24:9
57:4,9 91:7,18
95:20 96:7
123:15

**secretary** 1:8
2:5,12 107:17
140:13 141:1
153:7,14 154:5
154:15,22
156:20 264:3
**section** 45:10
108:4 166:21
171:16 190:17
190:20,21
203:7 211:13
217:10,13
218:17
**sections** 189:11
**see** 24:4 26:11
36:2 38:18
40:11 44:1
45:22 47:20
50:5 56:4
58:19 59:5
73:1 81:17
83:6 87:4
99:11 100:16
106:10 115:4
118:17 121:18
123:10,19
125:12 126:11
132:16 133:19
142:19 145:22
147:6,7 148:21
157:21 164:11
178:6 179:20
187:4 192:3
193:17 199:20
208:21 229:4

229:22 238:17
255:22 264:2
264:13 268:11
270:1
**seeing** 23:15,22
50:9 120:8
145:14 152:6
152:11 159:14
**seem** 257:17,20
**seemingly**
56:17
**seems** 16:12
60:1 65:8
84:18 120:6,7
143:14 144:3
146:1 171:9
199:14 212:14
231:7 236:15
248:11 253:5
259:11
**seen** 14:12 25:4
117:17 136:22
142:12,14
145:13 146:14
146:18,20
152:1,10
161:15 253:18
254:2
**sees** 23:16
**self** 105:6
106:19 136:20
170:9
**semantic** 60:2
**semester** 18:3
18:20 19:11,14

Stephen Pettigrew , PhD                                    May 5, 2023
Georgia Senate Bill 202, In Re

**[semester - simulation]**                                              Page 53

19:18,22 20:19
**senate**  1:3 9:13
   60:11 143:8
   248:12 274:1
   275:5
**send**  192:5
   198:5,16
   199:22
**sending**  197:14
   197:21 198:8
   199:17 200:10
   200:14 201:20
**senior**  16:17
**sense**  209:12
   247:6 253:1
**sensitive**  9:5
**sent**  14:20
**sentence**  35:22
   60:16 109:6
   114:14 214:10
   229:2
**sentences**  63:16
   64:13
**separate**  25:16
   25:17 89:11
   95:21 103:3
   104:7 162:5
**september**
   272:22
**sequence**  18:16
   78:18
**series**  18:6
**serve**  257:13
**service**  20:20
   52:10 170:9

174:4,7
**session**  248:13
**set**  50:9 63:19
   64:20 68:17
   86:20 170:9
   184:7,9,17
   205:15 206:8
   214:21
**setting**  229:3
**setup**  69:8
**seven**  230:8
**several**  148:3
   189:11,17
   196:3 197:9
   227:5 248:5
**share**  60:18,19
   170:6 185:19
   185:20
**shared**  246:9
**shaw**  58:15,20
**sheer**  232:1
**sheet**  273:9
   274:7,8,11,14
**shines**  222:14
**short**  49:17
   67:2,3 69:15
   101:19 125:3
   230:16,19
   232:6
**shortages**  63:8
**shorten**  220:15
   223:14,16
   229:17 231:14
   240:2 242:2

**shortening**
   196:21,22
   197:3 211:15
   220:20
**shorter**  41:13
   43:6 130:8,9
   130:11 197:5
   206:22 207:11
   231:8
**shortly**  27:4
**show**  36:5
   40:10 56:5,5,8
   56:12 60:5,8
   61:8 96:14
   128:2 142:5
   154:2 189:14
   191:15 198:8
   206:10 208:8
   230:13 232:8
   239:6 268:20
**showing**  51:15
   52:21 239:4
   265:13
**shown**  41:7
   120:17 161:15
   234:21 238:22
**shows**  114:15
   118:14,16,20
   126:9 129:10
   191:20 220:22
   226:17 229:20
   264:5
**shrink**  242:1
**shrinking**
   238:14 241:1

**shrinks**  176:17
**shrunk**  240:18
**shying**  34:8
**side**  129:10
**sign**  274:8
**signature**
   271:15 272:17
   275:21
**signed**  273:9
**significant**
   114:3,19 122:1
   159:4
**significantly**
   141:3
**signing**  252:11
   274:10
**similar**  21:8
   36:18 38:15
   41:15 60:15
   82:12 120:7
   134:14 158:4
   160:7 209:14
**similarly**  30:4
   98:4
**simple**  95:10
**simply**  247:5
   266:5
**simulation**
   103:5,10
   104:10 203:15
   203:19 204:10
   204:20 205:11
   205:14,15,17
   206:11 207:8
   209:8 211:8

Stephen Pettigrew , PhD    May 5, 2023
Georgia Senate Bill 202, In Re

**[simulations - sp202]**                                          Page 54

| | | | |
|---|---|---|---|
| **simulations** | 204:7 206:12 | 265:14,16 | 140:4 145:18 |
| 44:5 210:13 | 208:6,18,19 | 268:3 269:2 | 154:12 155:5 |
| **single**  42:19 | 209:16 221:3,6 | **something's** | 166:5 168:14 |
| 64:16 71:14 | 221:6 230:17 | 126:2 | 171:20 176:2,5 |
| 150:20 259:8 | 260:18 | **soon**  260:12 | 176:14 177:12 |
| **sir**  26:14 | **smaller**  22:16 | **sorry**  15:18 | 180:22 181:4,9 |
| **sit**  152:5 | 117:2 128:9 | 26:7 78:1,10 | 181:19 187:1 |
| **sites**  219:9 | 231:7 | 85:6 92:8 | 187:13,14 |
| **situation**  206:8 | **smith**  6:4 | 135:5 140:20 | 191:9 195:4 |
| **six**  21:19 | **smoker**  34:16 | 156:10 157:7 | 213:22 217:19 |
| 124:11 212:10 | 34:16 | 196:22 230:1 | 226:6 229:15 |
| 213:5 230:8 | **smoking**  34:17 | 233:21 248:17 | 238:2,6 241:10 |
| 261:15 271:11 | 34:19 | 254:21 | 241:15 249:1 |
| **sixth**  1:11 6:9 | **snippet**  57:19 | **sort**  19:6,15 | 250:8 252:2,7 |
| 10:18 126:12 | **social**  8:8,9,10 | 20:15 21:3 | 253:17 256:12 |
| **size**  30:1 85:16 | 30:12 31:10 | 23:4,6 25:2,13 | 257:4 |
| 105:21 172:10 | 34:6 43:8 | 25:19 28:17 | **sorts**  19:7 |
| 232:1,7 241:2 | 49:14 54:17 | 29:8 30:18 | 20:16 38:11 |
| 241:7 251:2,18 | 56:22 57:1 | 34:1 39:18 | 48:21 49:1 |
| 257:12,18,21 | 69:18 188:22 | 44:7,8 50:3 | 65:20 93:19 |
| 263:12 | 244:21 245:2 | 52:3,16 54:9 | 168:6 202:22 |
| **sizeable**  115:4 | **socially**  83:3 | 55:21 56:1,18 | 238:5 256:11 |
| **sized**  30:4 | **software**  24:18 | 57:4 60:1 | **sought**  55:6 |
| **sizes**  107:4 | **solutions**  275:1 | 64:19 65:16,18 | **sound**  213:20 |
| 156:15 | **solve**  190:12 | 69:2,8 70:11 | **sounds**  15:17 |
| **slices**  181:4 | 224:18 256:3 | 74:6 78:17 | 45:4 67:4,8 |
| **slightly**  40:16 | **solving**  198:22 | 79:16 80:19 | 164:9 167:12 |
| 156:6 158:14 | 256:5 | 82:8,18,20 | 167:13 209:1 |
| **slowing**  198:19 | **somebody**  31:4 | 83:3 84:5 | 212:9 231:13 |
| **small**  23:9 | 37:17,20 38:3 | 88:10,14 93:16 | 260:14 |
| 57:18 60:18,19 | 38:4 86:18 | 94:19 95:7,18 | **source**  150:2 |
| 61:2 105:21 | 87:18 106:7 | 96:6 97:18 | **sources**  57:8 |
| 139:17,19 | 179:17 181:3 | 98:9,20 99:2 | **sp**  12:2 |
| 154:12 203:3,9 | 184:13,18,20 | 103:3 106:16 | **sp202**  191:7 |
| 203:12,13 | 186:8,8 201:10 | 111:3 121:9 | 217:5 |

Case 1:21-mi-55555-JPB    Document 574-35    Filed 06/09/23    Page 331 of 346
Stephen Pettigrew , PhD                                    May 5, 2023
Georgia Senate Bill 202, In Re

[space - state]                                                   Page 55

space  274:6
spae  98:17
speak  13:2,14
  33:1 162:17
  164:4 239:2
speaker  18:6
speakers  21:2
speaking  50:3
  159:6 238:2
speaks  177:8
  200:5 202:8,9
  223:18,22
specific  14:14
  15:11 33:1
  37:7,8 46:11
  48:2,4 50:19
  53:18 54:7
  68:14 80:8
  81:3,5 82:5
  89:12 94:14
  103:8 104:8
  107:22 109:5
  111:20 128:12
  130:3,3 138:6
  146:18 148:18
  167:11 168:20
  171:16 174:19
  175:9 176:11
  177:11,16
  179:14 181:11
  186:21 190:21
  192:17 198:12
  200:12 202:9
  207:1 217:13
  223:20 241:2,5

241:16,21
256:6 267:6
268:2
specifically
  14:19 54:5
  55:6 61:20
  70:20 71:2
  74:3 76:16
  85:11 97:7
  98:21 99:6
  100:6 103:19
  104:1 109:11
  114:12,16
  124:14 126:2
  127:22 128:11
  134:3 144:11
  150:15 162:19
  168:9 172:13
  174:11 175:18
  176:8 177:19
  184:16 205:21
  206:12 223:21
  227:18 228:4
  234:18 238:16
  250:5,6
specifics  29:15
  141:6
spectrum  160:4
speculation
  187:8,16
speculative
  250:8
spell  48:8
spend  7:18
  20:19 22:11

47:5
spending  74:1
spent  129:11
  131:20 188:19
spia  139:4,5,9,9
  139:11 153:2
  153:12 154:3,6
  154:14 155:11
  155:13 156:4
  156:16 157:4
  157:13 165:7
spikes  22:9,12
spirit  111:4
split  231:4
  232:16 233:4
  233:15 234:5
  236:7 237:18
splitting  233:6
  235:3,3 240:2
  240:9
spot  184:22
  185:6
spotlight
  222:14
spots  232:15
spouse  170:7
square  4:8
ssumner  6:8
st  4:9
staff  63:8 241:9
stand  162:9
  170:9 202:19
standard  34:1
  34:3,9 59:4
  63:22 65:8

66:17,19 71:16
93:14,17
142:20 209:9
210:14,14
standing
  142:20 167:7
  169:2 175:20
  176:16 178:14
  179:3,10
  183:19
standpoint
  144:9
stands  107:20
start  13:5 29:3
  67:20 115:17
  136:2 157:15
  235:2 269:18
started  41:17
  55:12 98:18
  208:18
starts  35:22
  59:8 166:21
  231:2
state  1:4,8,9,15
  2:5,12 3:10
  10:6,9 27:3,12
  38:11 40:15,20
  60:4 62:1 68:2
  86:16 97:12
  103:9,14
  107:17 124:17
  127:8,11 130:7
  140:14 141:1
  153:7 154:5,15
  155:1 156:20

Stephen Pettigrew , PhD                                May 5, 2023
Georgia Senate Bill 202, In Re

**[state - studying]**                                              Page 56

168:4 169:18
175:6,14,17
176:1,6,18,22
186:5 187:2
213:6,7 215:15
222:4 224:5,12
227:9 238:11
240:1,4,5
241:19 274:5
**state's**  153:14
264:3
**stated**  46:3
160:10
**statement**
59:12,18 60:22
65:4 70:13
114:6 142:10
225:11 231:13
**states**  1:1 4:2
9:14 12:3
23:13 51:1
52:6 54:3,7
61:10 66:12,18
98:20,21
103:15 124:4
124:11 125:2,9
125:21 126:10
126:14,22
127:11,14
128:6 175:16
180:19 195:1
198:15 236:22
**statewide**  23:15
230:20

**stations**  52:4
232:15 235:12
**statistical**
23:18 24:17
25:11 30:3,18
57:7 107:4
**statistically**
114:19 121:22
122:1
**statistician**
43:8 75:17
**statistics**  17:21
95:6
**status**  232:16
**statute**  40:22
**stay**  41:2
171:13,22
179:12 186:6
**stays**  214:14
**stein**  100:19
**stenotype**
272:7
**step**  13:14
**stephen**  1:19
7:7,9,12 9:11
12:9 87:2
271:10,14
273:4,15 274:2
275:6
**stepped**  26:7
**stewart**  101:2,4
**stick**  265:18,19
**sticky**  265:14
**stimulation**
208:17

**stood**  120:8,16
180:20 181:16
**stopped**  27:11
27:13
**stops**  183:18
236:17
**store**  50:18
52:13
**straightforward**
121:8
**strategies**  36:5
36:12 37:1
**strategy**  37:16
39:19 40:12,16
**street**  3:15 5:13
5:19 6:5,13
62:10 236:5
275:1
**strict**  95:14
**strike**  122:4
181:9
**strikes**  239:19
248:21 252:6
252:18
**strive**  66:8
**strong**  62:12
92:10 96:15
98:2,11 99:12
237:13 240:16
**strongly**  41:8
**structures**
148:8
**struggle**  226:18
**stuart**  6:3

**student**  18:21
**students**  18:17
18:18 20:14,19
26:1 34:12
**studied**  62:5
72:4,10,20
73:13 75:2
79:6 119:22
**studies**  7:11
16:15 17:8
28:2 44:9
56:17 57:9,9
93:15 97:7
100:11 175:11
190:19 198:12
240:8
**study**  34:5 41:3
42:21 43:20,20
44:2,4 55:6,12
57:2 68:4,11
69:17 73:2,9
76:8 88:18
93:18 98:5
99:9 100:17
101:16 127:17
164:2 174:11
174:16 177:5
193:3,8,14,16
193:21 198:11
204:20 205:11
209:8 211:8
240:18 243:12
**studying**  35:4
35:10 42:17
48:19 54:18

**[studying - suspect]**                                    Page 57

55:2 78:5 97:1
127:4 204:22
209:10
**stuff**  28:19
42:21 69:17
87:10 172:14
260:12
**subheading**
59:3,8
**subject**  274:10
**submit**  194:9
**submitted**
45:15 244:17
**subsequent**
28:6 29:14,19
36:21 159:10
172:6 173:14
**subsequently**
79:16 134:14
175:4 203:7
265:16
**subset**  105:3
**substance**
243:17
**substantive**
56:12
**subtracted**
103:16
**sufficient**  189:2
**suggest**  229:5
**suggesting**
150:16 203:12
**suggestion**  84:1
**suggests**  103:10
121:21 183:22

192:10,13
201:18 233:7
**suit**  92:10
**suite**  3:16 4:18
5:13,20 6:5
275:1
**sum**  158:19
**summarize**
49:16
**summary**  29:4
**summer**  18:3
45:16 87:11
227:4 228:7
**sumner**  6:3
**sums**  158:16
**sunday**  219:20
**sundays**  219:22
**sunshine**  222:8
**super**  75:18
95:15
**supplement**
270:19
**supporter**
246:3
**supposed**  82:22
**supreme**  249:4
249:20 250:4
250:20 251:18
252:3,13,20
253:4 256:10
256:15,21
257:21 258:1
258:18,21
**sure**  10:22 17:5
20:6 26:20

36:16 37:3,5
43:18 65:17
67:7 68:8
78:15 82:17
83:10 90:12
98:14 101:20
102:14 112:7
114:11 115:14
121:3,7 127:2
127:15 138:8
149:17 155:1
163:18 165:9
185:7 188:21
218:1 233:22
237:9,11,11
238:15,19
240:6 243:20
244:2,22 245:3
247:20 257:12
260:13,17
263:9 268:15
269:8
**surmise**  149:14
149:18
**surprise**  51:13
187:6 266:3
**surprised**
47:20 150:18
169:21 266:1
**surrebuttal**
46:15 96:12
99:17 100:18
141:7 151:21
**survey**  8:2,4
17:17 61:21

68:14,15 69:16
69:19,20 70:1
70:3,19 71:20
78:20 79:8,9
79:10 80:1
81:2 86:10,18
86:20 88:3,9
88:11,15 89:7
89:16,18,21
90:6 91:8,17
92:3 94:1 97:4
97:8,22 98:1
98:12 99:5,12
100:5,10 135:9
136:4,15,17
138:22 139:11
140:4 142:4
143:12 144:18
147:9,10,21
153:12 157:4
157:13 159:22
160:16,22
163:21,22
164:1,3 165:7
165:11 224:2
225:18,19
270:11
**surveys**  68:3
70:8,9,11,15,18
71:18 77:20
82:12 83:22
85:3 136:11
**suspect**  76:2
87:10

Stephen Pettigrew , PhD                         May 5, 2023
Georgia Senate Bill 202, In Re

**[swapped - tend]**                                    Page 58

| | | | |
|---|---|---|---|
| swapped 112:5 | 101:2,19 | 78:6 90:16 | technology |
| swear 12:6 | 119:22 123:13 | 106:2,15 | 224:1 |
| switch 39:10 | 140:7 164:7 | 115:11,15 | telephone |
| 56:13 191:14 | 180:17 217:21 | 120:12 143:17 | 69:20 70:8,18 |
| switching | 221:13 224:16 | 148:6 149:9 | 71:11,13 |
| 39:11 | 228:21 232:2 | 151:6,7 165:12 | tell 16:5 17:11 |
| sworn 12:11 | 235:7 253:17 | 188:19 199:6 | 20:4 23:2 |
| 272:5 | 256:12 260:7 | 201:8,9 215:9 | 27:20 44:17 |
| system 48:13 | 262:3 270:5 | 227:1 229:22 | 86:1 107:14 |
| 49:14 50:16 | takeaways | 236:12 237:1,2 | 117:18 118:19 |
| 52:17 259:3 | 46:13 | 237:2 240:22 | 168:17 192:22 |
| systematic | taken 9:12 | 240:22 241:2 | 231:12 |
| 238:8 | 84:10 93:18 | 246:5 251:12 | telling 192:19 |
| systems 50:3 | 200:21 272:3,6 | 256:8,9 257:2 | tells 32:2 51:8 |
| 51:8 | 272:12 | 257:4 260:20 | 60:6 189:14 |
| **t** | takes 37:14 | talks 16:8 26:1 | 195:5 210:7 |
| t 7:1,1 273:1,2 | 50:5,10 87:6 | 63:2 108:7 | 231:21 233:1,1 |
| 275:4,4 | 93:16 99:5 | target 176:16 | 235:21 240:15 |
| table 115:6 | 216:6 | 184:12 | ten 23:10 37:20 |
| 118:20 119:4,7 | talent 23:21 | tasks 50:9 | 58:12,13 81:1 |
| 119:14,16 | talk 17:3 33:19 | taught 19:11 | 92:18 93:3 |
| 120:17 122:7 | 68:3 82:15 | teach 17:19,20 | 164:13,14 |
| 140:8,19,19 | 169:17 170:14 | 18:14,14 19:9 | 197:1 204:12 |
| 153:1 155:20 | 184:16 197:9 | 19:13,17 30:15 | 207:9,10,15 |
| 184:7,17 | 211:15 226:21 | 33:7 | 208:20 218:3,4 |
| 206:16,18 | 228:11 233:11 | team 23:9,12 | tend 19:13 |
| 229:22 230:13 | 234:19 238:8 | 118:15 | 47:17,17 49:21 |
| 264:2 265:8 | talked 71:8 | technical 70:2 | 52:1,18 59:13 |
| tackling 222:12 | 131:2 172:14 | 94:18 95:15 | 60:4 61:11,12 |
| take 9:8 12:16 | 173:19 189:13 | 99:2 | 61:14 70:8 |
| 13:1,13 18:18 | 191:11 223:20 | technique 71:4 | 84:15 104:10 |
| 33:2 37:17 | 228:3 232:11 | techniques | 159:10 177:18 |
| 39:7 43:3 67:2 | 260:19 | 32:22 33:14 | 177:22 208:8 |
| 70:6 84:16 | talking 57:20 | 57:7 | 221:8 230:17 |
| 86:19 91:19 | 67:20 75:20 | | 235:22 |

Stephen Pettigrew , PhD                                May 5, 2023
Georgia Senate Bill 202, In Re

**[tends - think]**                                                      Page 59

| | | | |
|---|---|---|---|
| **tends**  60:2,6 | **thank**  10:22 | 48:21 49:1 | 54:15 56:22 |
| 125:13 159:8 | 14:9 32:10 | 50:8 54:4 57:2 | 59:21 61:16 |
| 257:13,13 | 128:19 152:20 | 62:20,21 63:19 | 62:19 64:11,18 |
| **tenure**  21:14,22 | 157:6 248:3 | 76:14 84:13 | 64:19 68:10 |
| **term**  43:11 | 261:21 262:2 | 93:19 102:12 | 70:14,17 72:15 |
| 174:8 252:5,7 | **thanks**  16:3 | 103:4 121:1 | 72:16 77:12 |
| 256:8 | 27:16 57:15 | 140:11,13 | 82:11 84:11 |
| **terminology** | 117:12,15 | 153:21 159:18 | 88:7,9,9 89:14 |
| 174:3 | 132:5 135:18 | 159:18 161:2 | 95:10 96:3 |
| **terms**  19:3 21:2 | 135:19 183:16 | 168:6,10 174:8 | 97:6 98:13 |
| 23:22 38:5 | **theory**  50:1,7 | 174:9,22 176:4 | 100:2 101:17 |
| 56:21 68:15 | 50:16 51:5,8 | 179:2 181:10 | 104:14 106:14 |
| 72:5 74:6 | 60:6 189:14 | 185:13 189:10 | 107:9 109:10 |
| 79:11 94:15 | 205:20 231:21 | 189:12,15 | 112:11 115:6,8 |
| 109:21 124:11 | 233:1 235:20 | 190:2,11 192:9 | 115:10 116:1 |
| 126:10 130:4 | 240:15 | 193:18 196:19 | 121:7 122:6 |
| 131:20 140:12 | **thing**  19:6 21:3 | 197:6 214:14 | 124:22 126:8 |
| 160:2 167:21 | 25:2 44:7 | 226:1,4,10 | 129:18 132:3 |
| 168:22 176:9 | 64:19 69:2 | 238:3,5,9 | 132:17,21 |
| 204:15,16 | 83:3 93:16 | 241:13 247:3 | 133:6,12 |
| 221:20 | 121:11 135:8 | 257:5 258:15 | 134:12,12 |
| **test**  40:9 97:8 | 140:5 144:16 | 260:19 | 142:9 152:9 |
| 177:9 | 171:21 176:5 | **think**  14:21,21 | 154:10 159:5 |
| **testified**  12:11 | 179:14 181:5,9 | 15:5,13,19 | 160:21,22 |
| **testimony** | 184:15 200:7 | 18:20,20 23:5 | 164:7 165:6 |
| 271:9 272:4,6 | 204:21 209:7 | 30:16,21 31:8 | 166:2,11,16 |
| 272:9 273:6,7 | 217:18 224:5 | 34:8 36:22 | 167:17 169:1 |
| **tests**  39:20 | 240:22 241:5 | 37:19 38:18 | 172:8,11 174:3 |
| 177:10 191:4 | 241:15 260:15 | 39:17 43:3,13 | 177:7 178:13 |
| **text**  46:1 | **things**  17:19 | 43:14 45:8,16 | 178:18 179:13 |
| 145:18 148:9 | 18:6,8,14 19:8 | 46:5,10,12,12 | 179:13,20 |
| 151:13 152:10 | 20:16,22 21:5 | 46:14 48:8 | 180:1,11 |
| 160:15 | 24:20 33:12 | 49:18 50:13,14 | 181:18 187:3 |
| **texts**  147:19 | 38:11 43:21 | 50:15,17 51:13 | 187:12 189:5 |
| | 44:8 48:3,5,15 | 52:1,13,18,19 | 192:21 193:21 |

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

**[think - told]**                                                    Page 60

| | | | |
|---|---|---|---|
| 195:2 200:7 | **thomas** 101:2 | **throws** 153:8 | 256:7 262:7,12 |
| 203:2 206:4 | **thought** 28:21 | **tied** 127:15 | 265:15 266:7 |
| 210:13 215:12 | 35:3 153:12 | **ties** 172:13 | 269:15 |
| 223:1 224:9 | 178:22 183:12 | **time** 1:20 7:18 | **times** 7:22 |
| 237:22 238:8 | 203:22 212:10 | 9:7 10:6 22:9 | 47:18 102:17 |
| 244:9 245:1 | 243:20 254:3 | 23:16 26:9 | 103:7 108:4 |
| 249:5,8,9,17,17 | 254:12 255:17 | 40:18,21 41:1 | 114:3 125:22 |
| 249:21 250:2,6 | 269:5 | 41:4,5 47:5 | 127:6 130:15 |
| 252:15 253:19 | **three** 17:4 36:5 | 51:9 54:10,16 | 139:21 150:15 |
| 253:19,20,21 | 36:12,14,16,17 | 55:15 61:21 | 160:3 167:1 |
| 254:7 255:1,14 | 37:1 97:7 | 63:11 67:10,15 | 174:12 188:9 |
| 255:22 256:4,4 | 113:15 114:17 | 70:18 72:3,5 | 189:4 209:10 |
| 256:5 258:10 | 115:16 131:18 | 74:1 75:3,7 | 212:4 221:22 |
| 258:10,13,13 | 132:22 134:18 | 76:9 80:2,6,20 | 222:3,7,11,13 |
| 258:14 259:4 | 149:9 154:11 | 90:16 96:20 | 222:16,20 |
| 260:8 264:4,21 | 154:17 157:16 | 97:21 102:2,6 | 229:6 230:20 |
| 267:12 268:17 | 180:19 197:4 | 109:17 110:8 | **timetable** |
| **thinking** 14:17 | 214:5 231:18 | 112:10,13 | 229:11,12 |
| 15:5 74:2 84:5 | 232:14,15 | 124:6 125:8,10 | **tiny** 112:5 |
| 103:8 104:1,8 | 235:12 236:14 | 125:11 129:11 | **title** 21:11 |
| 149:13 166:10 | 250:22 251:9 | 130:16 131:20 | **titled** 46:15 |
| 186:3 200:8 | 251:14,14,16 | 132:12,14 | **today** 13:18 |
| 217:5 235:2 | 253:7,14 | 137:11 150:14 | 32:5 152:5 |
| 237:6 247:11 | 259:21,22 | 150:21 157:15 | 173:20 194:4 |
| 259:4 264:21 | **threshold** 54:8 | 159:19 164:12 | 239:3 251:13 |
| **third** 52:15 | 55:17 56:1,14 | 164:20 165:3 | **today's** 271:9 |
| 107:20 137:11 | 112:11 122:20 | 169:7 186:6,10 | **together** 37:15 |
| 174:17 180:10 | 122:22 128:4 | 188:19 204:7 | 38:7 40:2,4 |
| 197:14 198:5 | 229:18 | 204:16 207:13 | 119:1 127:15 |
| 199:17 213:6 | **thresholds** 56:6 | 211:6 215:17 | 134:13 137:18 |
| **thirds** 215:14 | 229:3 | 216:20 218:8 | 158:15 235:19 |
| **thirsty** 169:7 | **throes** 112:19 | 218:13 231:7 | 236:2 246:7 |
| 185:5 | **throw** 201:13 | 233:3 236:3 | **told** 61:16 |
| **thirty** 274:14 | 261:5 | 244:3 246:3 | 91:10 143:12 |
| | | 247:11 253:13 | |

Stephen Pettigrew , PhD
May 5, 2023
Georgia Senate Bill 202, In Re

**[took - two]**

Page 61

| | | | |
|---|---|---|---|
| **took** 53:13 76:9 | **tracking** 99:21 | **trust** 97:4 | **tweet** 245:12 |
| 84:13 86:20 | **traditionally** | **truth** 141:9 | 245:13,15,16 |
| 87:3,3 144:4 | 35:3 | 143:4 154:15 | 245:18 246:6 |
| 150:19 155:18 | **traffic** 50:15 | 157:1 | 247:2,3 248:18 |
| 254:15 | **train** 183:12 | **try** 13:5 25:8 | 249:5,7,8 |
| **tool** 34:21 35:1 | 262:16 | 78:19 91:17 | 250:7 251:6 |
| 35:3,8 201:3 | **trained** 63:10 | 194:10 238:11 | 256:17,20 |
| 206:1 209:11 | **transaction** | 240:1 243:16 | **tweeted** 245:17 |
| 209:20 212:3 | 63:10 | 249:2 | 246:15,19 |
| **tools** 23:18 | **transcript** 13:7 | **trying** 39:17 | 251:11 |
| 34:18 35:8 | 274:15,17 | 127:22 128:1 | **tweeting** |
| 198:22 211:11 | **transcription** | 195:11 243:12 | 245:21 |
| **top** 36:1 63:4 | 273:7 | **tucker** 3:4 | **tweets** 248:5 |
| 64:12 65:16 | **translate** 231:8 | 10:22 11:1 | 250:16 |
| 73:1 80:11 | **translates** | **tuesday** 143:10 | **twenty** 92:8 |
| 107:13 118:20 | 161:20 | **turn** 28:5 36:21 | **twice** 123:18 |
| 119:7 122:7 | **trash** 201:13 | 37:13 57:8 | 201:7,11 |
| 135:2 143:2 | **treat** 92:4 | 67:19 91:17 | **twitter** 255:21 |
| 156:6 208:3 | 94:22 | 108:3 123:14 | **two** 23:5 38:15 |
| 238:21 245:11 | **treatment** | 185:4 191:17 | 38:19,21 51:22 |
| 250:19 257:9 | 37:21,22 38:4 | 191:17 218:16 | 51:22 68:15,18 |
| **topic** 47:7,22 | 39:3,9 | **turning** 35:18 | 70:10 72:15 |
| 48:7,19 50:19 | **tricky** 184:13 | 189:21,21 | 79:2 95:7 96:1 |
| 208:14 262:18 | **tried** 42:1 | **turnout** 36:6 | 103:3,17,17 |
| **total** 251:2 | 240:12 | 38:16 41:14 | 104:2,7 107:19 |
| 271:10 | **trouble** 13:17 | 60:10 63:7 | 134:15 149:8 |
| **totally** 149:14 | 155:15 | 83:13 105:6 | 149:10 150:22 |
| **tough** 76:17 | **true** 46:10 | 107:17 125:12 | 157:16 160:6 |
| **toughest** 224:5 | 61:22 62:3,4 | 125:15,17 | 166:5 185:13 |
| **toward** 44:22 | 73:5,6 82:14 | 126:15 140:13 | 197:1 201:9 |
| 54:9 168:10 | 95:19 96:6 | 175:4 214:14 | 204:4 206:8 |
| 197:10 | 107:2 155:1 | **turns** 31:4 | 214:6,6,13 |
| **town** 62:11 | 222:2 272:9 | 39:14 | 215:14 225:18 |
| **track** 21:14,22 | 273:6 | **tv** 23:16 24:5,7 | 230:6 232:18 |
| | | | 233:3 234:5 |

Stephen Pettigrew , PhD                    May 5, 2023
Georgia Senate Bill 202, In Re

**[two - university]**                                                    Page 62

| | | | |
|---|---|---|---|
| 235:13 236:8 | 137:17 141:19 | 110:14 155:9 | 136:10 155:15 |
| 237:19 243:2 | 145:7 147:1 | 155:19 179:16 | 167:13 179:14 |
| 254:19 255:9,9 | 151:18,22 | 179:16 188:5 | 179:18 182:14 |
| 255:14 269:21 | 153:3,5 155:10 | 189:6 193:19 | 187:11 201:21 |
| **tying** 256:16 | 155:12 157:17 | 195:14 209:13 | 201:22 222:5 |
| **type** 18:19 | 166:20 167:2 | 214:7 215:17 | 258:17 |
| 80:20 83:22 | 173:12,15 | 217:4,7 219:13 | **understood** |
| 240:17 | 190:16 194:12 | 219:21 239:9 | 13:11 153:11 |
| **typewriting** | 197:12 199:18 | 243:4,11,11 | **unequivocal** |
| 272:8 | 211:14,17 | 251:7 262:20 | 192:18 |
| **typically** 19:16 | 213:17 218:20 | 262:20 272:8 | **unfortunately** |
| 19:16 60:19 | 229:1 231:1 | **underestimate** | 57:22 137:7 |
| 116:8 131:10 | 233:14,16 | 104:13 | **uniform** 62:8 |
| 134:12 181:3 | 234:4,7,12,15 | **underestimates** | **union** 6:12 |
| **typo** 136:19 | 250:14 256:19 | 102:19 103:22 | 10:17 |

| u | 257:8,10,16,19 | 119:5 | **unique** 69:8 |
|---|---|---|---|
| | 262:22 264:7 | **undergrad** | 175:10 176:13 |
| **u.s.** 4:7 | 264:10 266:14 | 261:19 | **unit** 9:10 67:10 |
| **uga** 137:6 | 266:17 267:11 | **undergrads** | 67:14 102:5 |
| 228:8 260:20 | 267:13 270:13 | 17:18 18:1 | 164:20 165:2 |
| 260:21,22 | **umbrella** 44:9 | **underlying** | 218:8,12 262:7 |
| 261:3 | **un** 267:18 | 96:6 | 262:11 |
| **uh** 22:7 30:9 | **unable** 267:15 | **undermined** | **united** 1:1 4:2 |
| 33:20 35:20 | 267:19 | 153:13 | 9:14 12:3 54:3 |
| 41:19 43:9 | **unbiased** 96:5 | **understand** | **units** 271:11 |
| 53:4,6 58:3 | 96:15 | 13:8 24:2 | **universe** 88:10 |
| 67:22 81:13 | **uncertain** | 33:11 41:17 | 88:15 |
| 90:17,21 92:14 | 258:5 | 44:6 51:6 57:4 | **universities** |
| 102:10 104:3 | **uncertainty** | 65:22 125:22 | 98:7 |
| 104:16,19 | 93:21 94:9,10 | **understanding** | **university** 7:9 |
| 105:16 107:8 | **uncomfortable** | 24:1 48:22 | 16:14 20:13 |
| 108:6 116:11 | 173:8 175:2 | 50:2 58:22 | 26:13,16 27:8 |
| 126:20 129:5 | **under** 5:12 | 65:14 66:10 | 135:9 136:3 |
| 129:13,16,21 | 11:7 44:9 59:8 | 70:2 90:3,5 | 163:12 |
| 132:13,15 | 65:17 110:14 | 102:22 136:6 | |
| 135:11 137:12 | | | |

Stephen Pettigrew , PhD                                    May 5, 2023
Georgia Senate Bill 202, In Re

**[unlawful - vote]**                                                    Page 63

| | | | |
|---|---|---|---|
| **unlawful** 167:4 | 195:13 210:17 | **variety** 17:19 | **video** 9:8,11 |
| **unrelated** | 242:4,19,21 | 17:20 18:13 | **videographer** |
| 73:20 130:9 | 243:1,6,7 | 29:21 32:21 | 6:22 9:3,21 |
| **unsurprisingly** | 271:11 274:18 | 54:2 91:14,15 | 10:20 12:4 |
| 52:12 | **useful** 142:4 | 239:21 | 67:9,13 102:1 |
| **unusual** 112:16 | **user** 24:18 | **various** 80:2 | 102:4 164:19 |
| 113:1,5 | **uses** 45:11 57:7 | 124:12 236:22 | 165:1 218:7,11 |
| **upenn** 21:10 | 99:18 113:3 | **vast** 230:7 | 262:6,10 271:6 |
| 25:16 | 117:21 | **verification** | **videotaped** |
| **upenn's** 16:16 | **using** 36:14,16 | 85:21 86:2 | 1:18 272:3 |
| **usdoj.gov** 4:12 | 37:10 44:4 | 87:10,12 | **view** 82:21 |
| **use** 31:8 32:22 | 56:13 72:11 | 104:18 106:3 | 105:19 149:11 |
| 33:16 34:12 | 85:10,10 93:17 | **verified** 104:21 | 165:10 169:5 |
| 37:15,18 39:18 | 95:11,12,17 | 105:3,14,20 | 172:2 246:9 |
| 39:19 40:9 | 96:2 100:5 | 106:5,12,22 | **virginia** 6:20 |
| 42:13,13 50:22 | 105:3 106:19 | 107:6 | **vote** 7:19 27:8 |
| 53:2,8 56:6,18 | 123:15 132:10 | **verify** 52:5 | 28:3,6 29:13 |
| 65:6,15,21 | 134:19 150:1,3 | 105:12 232:16 | 29:14,18 37:13 |
| 70:4 71:4 72:6 | 174:2 198:10 | **veritext** 9:21 | 37:20 38:2 |
| 86:13 91:14,19 | 206:10 209:14 | 10:1 271:12 | 39:1,1,1,4,8,16 |
| 93:13 96:12,12 | **usually** 40:22 | 275:1 | 41:2,21 47:16 |
| 97:20 99:20 | 87:11 176:10 | **versa** 25:22 | 51:15 52:7 |
| 122:14 123:8 | 211:5 | **version** 28:8 | 54:11 61:4 |
| 135:15 139:16 | | 73:2,7 87:8,9 | 64:4,15,16 |
| 196:12 201:2 | **v** | 137:5 | 66:14 72:13 |
| 205:11,13 | | **versus** 31:1,7 | 78:14,22 79:1 |
| 206:1,7 209:12 | **vacancy** 248:13 | 43:5 121:5 | 79:7,12,12,19 |
| 242:3 243:3 | **valid** 142:22 | 122:2 123:21 | 80:13 83:1 |
| **used** 30:7 40:17 | **validity** 97:8 | 141:5 149:10 | 84:3,7,9,17,21 |
| 41:4 44:6 | **value** 180:1 | 149:13 158:21 | 87:9,11,20 |
| 55:15,20 69:16 | **vander** 5:3 | 172:18 194:22 | 88:2 100:1 |
| 69:21 71:15 | 11:20,20 | 264:22 | 104:18,21 |
| 91:16 122:14 | **variability** | **vertical** 116:16 | 105:3 106:2,5 |
| 122:21 137:4 | 95:21 | **vice** 25:21 | 106:6,8,19,22 |
| 142:14 159:16 | **variables** 35:17 | | 116:6 122:9 |
| | **variance** 95:21 | | |
| | 153:14 154:5 | | |

Stephen Pettigrew , PhD
Georgia Senate Bill 202, In Re
May 5, 2023

**[vote - voting]**

Page 64

124:16 129:12
148:19 150:7
161:16 162:19
168:5,5 170:3
172:1,6 173:13
174:21 186:11
186:13,16
189:15,21,22
190:8 191:13
191:14 192:12
192:15,15,16
196:21 198:18
198:19 199:22
201:3,19,20
202:4 209:22
214:17,18,19
216:5,22 217:1
217:5,7 221:7
237:4,8 239:8
239:9,11
253:13 265:16
268:22 269:7
269:11,16
**voted**   25:5,5,6
40:3,5,8 42:2,3
69:2 78:6,12
79:10,11,14,17
79:21 82:13
83:13 84:3
85:14 86:18
87:5,14 88:22
106:12,13,15
106:16,21,22
136:21 144:5
180:20 216:8

216:18 236:22
266:15 268:19
**voter**   8:4 29:17
37:12 41:16
42:12,15 53:8
63:11,11 64:2
65:9 66:2
78:11 85:21
86:2,15,21
87:4,19 106:7
109:21 110:6,6
110:14 111:8
111:11,13,21
111:22 112:3
112:12 123:1
147:3 167:6,7
172:18,19
177:14 178:14
179:10 180:2,6
180:9 181:18
197:15,15
198:3 199:19
201:12 216:22
217:7 224:15
225:22 239:1
267:14,21
**voters**   7:16,18
7:21,21 8:6
37:14,15 40:22
41:18 43:3
47:5,8,16,18
50:21 63:12
64:15 65:1
66:8,14 77:20
78:1,6,21

80:11,13
105:12,14,20
107:7,10,19,19
108:11 109:7
109:10 110:12
110:22 111:1
111:18 112:10
114:16,18
115:8,9,11
116:12,14,15
116:17,19
117:5,5 118:4
118:5,7,21
119:10 120:9
120:10,11,13
120:18,19
122:9,11 123:3
123:21 124:6
124:15 128:3,7
128:11 129:11
129:14,17
130:19 131:4
131:17 132:12
133:9 136:15
136:18 137:13
137:16,16,19
137:20 138:4
139:13 140:22
141:5,12,18,21
142:6,8 155:18
158:3,16,19
159:14,17
161:16,19,22
162:1 169:2,16
169:17,18,18

169:20 171:18
173:2 177:18
179:20,22
180:12 181:11
195:6 197:10
198:9 199:6
202:14 206:2,4
206:9,13
208:13,20
209:21 210:5
212:4 213:6,10
219:12 221:7
229:7 230:3,7
230:12,18
231:5 232:4,15
232:19 233:19
234:17 235:14
236:2 239:4
241:4,14
242:12 253:2,7
253:12 266:15
268:5
**votes**   23:13,13
265:15,16
**voting**   7:13
24:22 25:1,1,1
27:11 29:18
39:11,11 42:11
52:2,3,7 65:1
82:21,21 115:1
141:10 143:22
157:20 159:7
160:5,13 172:5
172:21 173:11
173:18 174:5

Stephen Pettigrew , PhD                              May 5, 2023
Georgia Senate Bill 202, In Re

**[voting - water]**                                              Page 65

| | | | |
|---|---|---|---|
| 174:14,22 | 78:22 79:7 | 79:6,18,19 | **waits** 29:18 |
| 175:1 179:6 | 80:12 81:18 | 80:2,18,20 | 51:9 140:4 |
| 190:7,11,15 | 97:21 102:17 | 81:3 82:2 | **wand** 232:9 |
| 191:5,13,15,18 | 103:7 108:4 | 85:15,16 91:3 | 233:8 |
| 191:21 192:3 | 109:17 110:6,6 | 91:6,7,9,20 | **want** 65:16 |
| 193:16,17,19 | 110:10,14 | 93:3,4 94:15 | 69:14 76:8 |
| 196:19 197:3,5 | 112:10,13 | 96:15,19,20 | 84:15 93:10 |
| 197:11 199:2,3 | 114:3 116:14 | 100:1 108:12 | 107:18 113:19 |
| 202:16,17 | 116:15 120:19 | 109:8,22 111:8 | 127:16 128:15 |
| 208:5,11 214:5 | 122:10 123:2 | 111:15,19 | 169:3 174:5 |
| 214:6,8,8,12,20 | 124:6 125:8,10 | 114:16 118:4,6 | 196:1 200:1 |
| 215:12 216:1 | 125:11,22 | 118:8,21,22 | 203:17,18 |
| 217:14,20 | 127:6 128:3 | 119:2 120:10 | 244:20 249:3,7 |
| 219:9,14,17,20 | 130:15,19 | 122:17 128:11 | 249:13 263:16 |
| 220:1 221:2,15 | 132:12,14 | 137:19,21 | 268:10 |
| 223:5 224:15 | 137:11 139:21 | 138:4 139:13 | **wanted** 15:14 |
| 225:19 226:19 | 150:14,15,21 | 142:6 174:20 | 35:21 64:22 |
| 229:3,12 230:6 | 157:15 161:16 | 186:11 194:13 | 102:11 135:8 |
| 230:6 232:5,20 | 161:18,19 | 195:19,21,22 | 182:20 200:17 |
| 237:2 244:8,9 | 167:1 169:21 | 239:7 | 249:11 250:6 |
| 261:10,11 | 174:9,12 | **waiting** 7:16,18 | 261:1,5,22 |
| 262:19 264:5,8 | 177:22 188:8 | 28:4 31:7,9 | **wants** 90:7 |
| 264:18 265:2,9 | 189:3 191:16 | 36:6,20 47:5 | 101:18 183:20 |
| 265:11,13,17 | 204:6,16 | 50:12,17 54:11 | **warming** |
| 265:18,21 | 209:10 211:5 | 78:6 110:12 | 171:20 177:6,8 |
| 266:1,4,6 | 212:4 221:22 | 111:1 119:3 | 177:13 178:7 |
| 269:1,2,10 | 222:3,7,11,13 | 123:21 128:8 | **washington** 3:7 |
| **vs** 1:6,14 2:3,10 | 222:16,20 | 128:10 129:11 | 3:17 4:10 5:14 |
| **w** | 229:6 230:20 | 159:16 169:6 | 6:14 9:19 |
| | 236:2 | 171:18 173:6,8 | 275:2 |
| **w** 255:2 273:1 | **waited** 29:11 | 178:9,12 186:9 | **watches** 180:9 |
| **wait** 7:22 31:5 | 37:11,19 38:1 | 204:6,16 207:2 | **watching** 24:5 |
| 31:7 38:17 | 41:21 42:12,20 | 207:4,12,17,18 | **water** 144:7 |
| 47:8,18 53:8 | 55:7 56:20 | 215:18 | 166:2 168:11 |
| 61:6 64:3 65:9 | 61:4,20 72:13 | | 169:1,3 170:9 |
| 66:2 78:12,21 | | | |

Stephen Pettigrew , PhD
Georgia Senate Bill 202, In Re
May 5, 2023

**[water - witness]**

Page 66

| | | | |
|---|---|---|---|
| 170:10,17,20 | **we've**  19:2,2 | 112:12 114:18 | **wins**  24:8 |
| 171:3,20 | 23:19 25:3 | 115:7,9,11 | **wish**  157:13 |
| 174:18 175:12 | 67:1 113:8,8 | 116:15,17 | **witness**  3:3 |
| 181:3 182:1,10 | 129:2 131:2 | 117:5 118:4 | 12:6,10 16:3 |
| 182:21 183:20 | 161:15 | 120:9,13,18 | 27:16 31:16 |
| 184:5,18,19 | **web**  26:12 | 122:9,16 | 32:10,12 35:7 |
| 185:6,7,16,17 | **website**  16:7 | 123:21,22 | 42:7 48:12 |
| 185:18,18,21 | 137:6,6 153:7 | 129:14 130:18 | 57:15 59:21 |
| 186:12,15,17 | 215:15,15 | 131:3,17,17 | 65:13 67:4,7 |
| 188:3 | **week**  143:10 | 132:12 133:8,9 | 77:2,11 85:6,9 |
| **wave**  86:5 | **weekday**  214:6 | 133:13,13 | 94:8 101:20 |
| **waves**  68:18 | 214:8 219:14 | 134:1,1,2 | 110:21 117:12 |
| **way**  24:11 | **weekend**  214:8 | 137:16,19,20 | 117:15 123:7 |
| 28:22 30:21 | 219:14 | 138:4 139:13 | 127:21 128:19 |
| 39:10,16 42:21 | **weekends** | 141:5,5,12,18 | 132:5 135:18 |
| 43:13 46:4 | 214:6 | 142:6 155:21 | 147:15 149:2 |
| 50:6 57:10 | **weeks**  68:20 | 158:3,5,14,19 | 149:17 150:13 |
| 69:8 78:8 79:9 | 86:7 113:15 | 159:17 172:19 | 151:10 152:9 |
| 84:11 85:20 | 197:2,2,4 | 177:18 178:1 | 152:20 153:17 |
| 93:7 95:10 | 214:5 225:18 | **whites**  158:8,22 | 154:10 156:10 |
| 97:10 167:12 | **weigh**  208:15 | **wider**  156:22 | 162:16 163:3 |
| 167:12 174:3 | **weight**  142:10 | **wife**  179:4 | 164:18 165:17 |
| 181:19 198:14 | **weil**  101:1,3 | 185:15 | 166:9 167:10 |
| 214:3 218:5 | **weird**  131:2 | **willing**  74:15 | 168:3 169:11 |
| 221:17 229:8 | **welcome**  229:4 | 270:20 | 178:18 180:6 |
| 240:4 242:20 | **went**  42:1 75:4 | **wilmer**  9:18 | 180:15 182:5 |
| 249:21 252:12 | 98:7 176:21 | **wilson**  4:15 | 182:14 183:4 |
| 252:12,13 | 260:20,21 | 6:19 11:11,12 | 183:11 188:16 |
| 256:4,13 257:3 | **whatnot**  18:7 | **win**  248:12 | 193:12 194:17 |
| 263:2 264:20 | 216:7 244:1 | 253:10,11 | 209:6 210:3,22 |
| **ways**  23:5 | **whichever** | **window**  91:5 | 217:4 218:5 |
| 91:15,15 113:2 | 254:22 | 197:1 216:19 | 220:11 225:11 |
| 121:9 159:13 | **whispering**  9:6 | 255:6 | 246:13 247:1 |
| 225:1 250:3 | **white**  7:21 | **winner**  24:13 | 247:16 248:3 |
| 257:5 | 47:18 107:18 | | 249:17 250:14 |

Stephen Pettigrew , PhD                                    May 5, 2023
Georgia Senate Bill 202, In Re

**[witness - yeah]**                                                    Page 67

251:22 260:13
260:15,18
261:8,11,14,17
261:22 262:5
263:20 267:18
268:17 272:4,6
272:10 274:3
275:6
**witnesses**
135:15
**wondering**
88:19
**woodfin** 6:17
11:8,9
**word** 29:8,8
43:12 46:1,1
65:18 145:22
145:22 151:13
177:9
**wording** 80:8
110:22
**words** 112:1
213:16 233:9
**work** 18:1,18
20:20,20,21
25:16,20,21
26:1,2 29:1
49:7,19 50:19
55:11,14 56:6
57:1,6 73:12
73:13 77:14,15
86:13,21 87:1
88:12 93:15,18
99:15 100:6
150:1 161:8

162:19 172:4,4
181:2 191:1,10
205:20,21
223:6 227:3
231:19,20
238:7,16 244:1
248:20,21
249:21 258:14
**worked** 71:9
97:11 98:15
195:7 214:4
**worker** 238:4
**workers** 52:2
62:12 63:10
97:14,15 170:9
223:3 224:8
226:18 232:5
235:1 237:14
**working** 18:22
45:5 46:22
54:9 225:14
235:1 236:17
237:17 244:10
**works** 56:18
69:9 79:10
90:4 98:18
100:10
**world** 43:16
69:10 75:12
196:4,8 209:15
210:18 259:2
265:1 266:19
**worry** 123:3
**worse** 128:6
159:18 160:3

172:22 177:18
232:19 233:5,5
235:15 236:1
236:11 269:12
**worst** 47:15
59:14 124:11
125:2 126:11
126:12,13,14
130:13 133:22
**worth** 121:11
143:4 156:12
159:5 214:15
259:4,9,9
265:7
**write** 48:7
**writing** 73:4
194:8,18
195:20 214:1
**written** 36:4
73:17 74:9
**wrong** 119:6,8
126:2 231:12
**wrote** 73:2,3,5
99:4 102:12,15
102:18 111:12
113:12,13,20
114:1 151:20
160:18,18
193:13 194:2
220:2 236:4
248:11

| x |
| --- |
| **x** 125:8 211:4 |

| y |
| --- |
| **y** 211:4 |

**yeah** 15:7
16:10,22 17:13
18:11,13 19:11
19:16,21 20:8
22:10 23:1
25:17 26:6,6,9
27:13 28:11
29:6 31:22
32:6,13,15
33:16 34:20
36:3 37:5 43:6
45:2,22 47:7
53:16 54:16
55:10 58:13
62:4 63:18
66:10 69:16
72:2,21 73:4
74:22,22 75:9
75:15,21 78:4
78:9,19 79:9
80:9 81:19
82:17 85:22
86:3 88:21
89:1,17 90:2
92:7,9 95:4
102:21 108:2
109:1,18
111:22 112:4
113:11 114:7
114:10,11
116:5 117:1,4
118:12,16,20
120:4,6 127:9

Stephen Pettigrew , PhD                     May 5, 2023
Georgia Senate Bill 202, In Re

**[yeah - zooms]**                                                    Page 68

| | | z |
|---|---|---|
| 129:19 131:5 | 264:13 268:12 | **z** 211:5 |
| 132:1,2,19 | **year** 22:14 | **zaller** 160:18 |
| 133:3,11 138:2 | 72:18,19,21 | **zero** 76:20 |
| 138:9,11,13 | 75:17,21 76:11 | **zip** 42:15 43:2 |
| 139:1,4,5 | 113:6 124:19 | 43:4,4,5 |
| 144:14,15,21 | 126:1,15,15 | **zone** 168:13 |
| 144:21 145:1,3 | 131:1,9 133:22 | **zoom** 1:18 3:4 |
| 145:11 152:4 | 159:9 187:20 | 4:4,15 5:3,11 |
| 153:17,22 | 227:12,14 | 5:17 6:3 10:21 |
| 154:1 157:10 | 244:5 252:21 | 270:3 |
| 158:1,5,15,18 | 255:6 | **zooms** 198:11 |
| 164:14,17 | **year's** 193:7 | |
| 165:14,17,19 | **years** 21:19 | |
| 166:10 169:6 | 22:22 26:15 | |
| 171:9 173:19 | 28:1 34:5 | |
| 173:21,22 | 38:19 47:13 | |
| 183:12,16,16 | 55:10 68:15 | |
| 196:8 198:13 | 72:6,9,15 99:4 | |
| 199:9,9,13,14 | 114:2 115:3 | |
| 200:4 204:2 | 121:21 124:9 | |
| 205:10 211:20 | 134:4,7 136:14 | |
| 212:9,14 213:7 | 159:8,10 | |
| 213:10,19 | 187:22 196:5,5 | |
| 214:22 217:12 | 196:6 205:12 | |
| 228:5,14,15,20 | 225:13 227:5 | |
| 228:20 238:17 | 228:14,16,17 | |
| 244:16 245:16 | 250:22 257:2 | |
| 247:16 248:6 | 257:14,14 | |
| 250:18 251:5 | 261:6,12,16 | |
| 251:14 254:6 | **yougov** 70:3 | |
| 254:17,19 | 86:19 88:10,16 | |
| 255:4,5,7,12,13 | 89:6,11,11 | |
| 255:19 256:1 | 90:9 | |
| 259:18 261:18 | | |
| 261:19 263:20 | | |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

# VERITEXT LEGAL SOLUTIONS
## COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.