UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: GEORGIA SENATE BILL 202 | No. 1:21-MI-55555-JPB<br>ALL CASES |

## **ORDER**

This matter is before the Court on the parties' Joint Status Report and Proposals Regarding Summary Judgment [Doc. 571]. The Joint Status Report addressed the timing for the summary judgment briefing, the topics for the summary judgment briefing and the structure of the motions for summary judgment.

1.    **Timing**

As to the timing of the motions for summary judgment, the parties' proposals are reasonable. As such, the following deadlines shall apply:

| Event | Deadline |
|---|---|
| Motions for Summary Judgment | Nine weeks after the last reply brief is filed relating to the pending motions for preliminary injunction |
| Oppositions to Motions for Summary Judgment | Eight weeks after the motions for summary judgment are filed |
| Reply Briefs in Support of Motions for Summary Judgment | Ten weeks after the oppositions to the motions for summary judgment are filed |

**2.**     <u>**Structure**</u>

The parties' agreement as to the filing of a consolidated set of facts is

**APPROVED** and fully incorporated herein.  As to the manner of presenting the

motions to the Court, the Court finds that State Defendants' Proposal advances this

litigation in the most efficient manner.  As such, State Defendants' Proposal is

**ADOPTED** and fully incorporated herein.  Intervenor Defendants' Proposal is also

**ADOPTED** and fully incorporated herein.

**SO ORDERED** this 16th day of June, 2023.

**J. P. BOULEE**
United States District Judge