## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |

### STATE DEFENDANTS' UNOPPOSED MOTION
### TO EXTEND PAGE LIMIT

State Defendants respectfully submit this Motion to Extend the Page Limit for their opposition to AME Plaintiffs' Motion for a Preliminary Injunction. *See* [Doc. 546]. For the reasons set forth below, State Defendants request leave to file an opposition of no more than 35 pages to this motion, which is 10 pages more than the page limit established in Local Rule 7.1(D). The parties have conferred, and the Plaintiffs do not oppose the requested relief. Additionally, as reflected in the accompanying proposed order, Plaintiffs request a similar 10-page extension for their reply brief.

There is good cause to grant this motion. In responding to Plaintiffs' motion, State Defendants are addressing 21 separate exhibits totaling several hundred pages of material. And State Defendants' response will draw from the completed discovery record. To adequately address the issues raised along with the various portions of deposition testimony and new declarations offered by Plaintiffs, State Defendants will be able to fully address these issues if

permitted a maximum of 10 additional pages in their response, or up to 35 pages.

For these reasons, State Defendants respectfully request the Court grant this motion and allow them to file a 35-page brief in opposition to AME Plaintiff's Motion for Preliminary Injunction [Doc. 546].

Respectfully submitted this 27th day of June, 2023.

> Christopher M. Carr
> Attorney General
> Georgia Bar No. 112505
> Bryan K. Webb
> Deputy Attorney General
> Georgia Bar No. 743580
> Russell D. Willard
> Senior Assistant Attorney General
> Georgia Bar No. 760280
> Elizabeth Vaughan
> Assistant Attorney General
> Georgia Bar No. 762715
> **State Law Department**
> 40 Capitol Square, S.W.
> Atlanta, Georgia 30334
>
> */s/ Gene C. Schaerr*
> Gene C. Schaerr*
> Special Assistant Attorney General
> Erik Jaffe*
> H. Christopher Bartolomucci*
> Donald M. Falk*
> Brian J. Field*
> Edward H. Trent*
> Cristina Martinez Squiers*
> Nicholas P. Miller*
> Joshua J. Prince*

Annika Boone Barkdull*
**SCHAERR | JAFFE LLP**
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com
*Admitted pro hac vice*

Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Diane Festin LaRoss
Georgia Bar No. 430830
Deborah A. Ausburn
Georgia Bar No. 028610
Daniel H. Weigel
Georgia Bar No. 956419
Tobias C. Tatum, Sr.
Georgia Bar No. 307104
**Taylor English Duma LLP**
1600 Parkwood Circle
Suite 200
Atlanta, Georgia 30339
(678) 336-7249
btyson@taylorenglish.com

*Counsel for State Defendants*