**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.*,<br><br>*Defendants,*<br><br>REPUBLICAN NATIONAL COMMITTEE, *et al.*,<br><br>*Intervenor-Defendants*. | Civil Action No.: 1:21-cv-01284-JPB |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE EXCESS PAGES**

Pursuant to Local Rule 7.1(D), Plaintiffs the Sixth District of the African Methodist Episcopal Church, Delta Sigma Theta Sorority, Georgia ADAPT, Georgia Advocacy Office, Southern Christian Leadership Conference, Georgia Muslim Voter Project, Women Watch Afrika, Latino Community Fund Georgia, and The Arc of the United States (collectively, "the AME Plaintiffs") submit this motion for leave to file excess pages for their Reply in support of their Motion for

Preliminary Injunction (Dkt. 574). Plaintiffs request an additional ten (10) pages—for a total of twenty-five (25) pages—for their Reply.

There is good cause for the granting of this motion. The issues presented in the AME Plaintiffs' Motion for a Preliminary Injunction and in Defendants' and Intervenors' Oppositions to the Motion (Dkt. 608, 610)—which numbered 25 and 20 pages, respectively—are important and, as in any election-related case, require careful analysis and discussion of complex legal doctrines and sets of facts. Given these considerations, an additional ten (10) pages are necessary to enable Plaintiffs to respond fully to Defendants' and Intervenors' 25-page and 20-page memoranda.

In this case and in similar election-related cases, courts in this district (including this Court) have routinely found good cause for page extensions and thus granted leave to file excess pages. *See, e.g.*, *Fair Fight Action v. Raffensperger*, No. 1:18-cv-05391-SCJ (N.D. Ga. July 10, 2020) (order granting motion for leave to file excess pages in voting rights case relating to the administration of the 2018 election); *Cooper v. Raffensperger*, No. 1:20-cv-01312-ELR (N.D. Ga. May 1, 2020) (order granting in part for good cause motion for page limit extension in ballot access case).

Prior to filing this Motion for Leave to File Excess Pages, counsel for the AME Plaintiffs informed counsel for both the State Defendants and Intervenor Defendants of their intent to do so. Counsel for State Defendants confirmed that

they do not oppose the relief sought in this motion. Counsel for Intervenor Defendants has not responded to Plaintiffs' request for consent.

Accordingly, the AME Plaintiffs seek an additional ten (10) pages—for a total of twenty-five (25) pages —for their Reply.

Respectfully submitted, this August 19, 2023.

*/s/ Pichaya Poy Winichakul*
Bradley E. Heard (Bar No. 342209)
bradley.heard@splcenter.org
Pichaya Poy Winichakul (Bar 246858)
poy.winichakul@splcenter.org
Matletha N. Bennette*
matletha.bennette@splcenter.org
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, Georgia 30031-1287
Telephone: (404) 521-6700
Facsimile: (404) 221-5857

Jess Unger*
jess.unger@splcenter.org
Sabrina S. Khan*
sabrina.khan@splcenter.org
SOUTHERN POVERTY
LAW CENTER
1101 17th Street NW, Suite 705
Washington, DC 20036
Telephone: (202) 728-9557

*/s/ Adam S. Sieff*
Adam S. Sieff*
adamsieff@dwt.com
Daniel Leigh**
*danielleigh@dwt.com*

*/s/ Leah C. Aden*
Leah C. Aden*
laden@naacpldf.org
Alaizah Koorji*
akoorji@naacpldf.org
John S. Cusick*
jcusick@naacpldf.org
NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, New York 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592

Anuja Thatte*
athatte@naacpldf.org
NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.
700 14th Street, NW
Washington, DC 20005
Telephone: (202) 682-1300

*/s/ Sophia Lin Lakin*
Sophia Lin Lakin*
slakin@aclu.org
Davin M. Rosborough*
drosborough@aclu.org
Jonathan Topaz*
jtopaz@aclu.org

Brittni A. Hamilton*
brittnihamilton@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899

Matthew R. Jedreski*
mjedreski@dwt.com
Grace Thompson*
gracethompson@dwt.com
Danielle E. Kim*
daniellekim@dwt.com
Shontee Pant*
ShonteePant@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

David M. Gossett*
davidgossett@dwt.com
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500
Washington, D.C. 20005-7048
Telephone: (202) 973-4288
Facsimile: (202) 973-4499

Attorneys for Plaintiffs Georgia Muslim Voter Project, Women Watch Afrika, Latino Community Fund Georgia, and The Arc of the United States

*Admitted pro hac vice*
**Application to be admitted pro hac vice forthcoming*

*/s/ Tania Faransso*
Debo P. Adegbile*
debo.adegbile@wilmerhale.com
Alexandra Hiatt*
alexandra.hiatt@wilmerhale.com
WILMER CUTLER PICKERING

Dayton Campbell-Harris*
dcampbell-harris@aclu.org
Casey Smith*
csmith@aclu.org
ACLU FOUNDATION, INC.
125 Broad Street, 18th Floor
New York, New York 10004
Telephone: (212) 519-7836
Facsimile: (212) 549-2539

Susan P. Mizner*
smizner@aclu.org
ACLU FOUNDATION, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0781

Brian Dimmick*
bdimmick@aclu.org
ACLU FOUNDATION, INC.
915 15th Street NW
Washington, D.C. 20005
Telephone: (202) 731-2395

Rahul Garabadu (Bar 553777)
rgarabadu@acluga.org
Caitlin May (Bar 602081)
cmay@acluga.org
Cory Isaacson (Bar 983797)
cisaacson@acluga.org
ACLU FOUNDATION OF GEORGIA, INC.
P.O. Box 570738
Atlanta, Georgia 30357
Telephone: (678) 981-5295
Facsimile: (770) 303-0060

George P. Varghese*
george.varghese@wilmerhale.com
Stephanie Lin*
stephanie.lin@wilmerhale.com
Arjun K. Jaikumar*
arjun.jaikumar@wilmerhale.com
Mikayla C. Foster*
mikayla.foster@wilmerhale.com
Sofie C. Brooks*
sofie.brooks@wilmerhale.com

HALE AND DORR LLP
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

Lucas L. Fortier
lucas.fortier@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Tania C. Faransso*
tania.faransso@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, D.C. 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Nana Wilberforce*
nana.wilberforce@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

*Admitted pro hac vice

Attorneys for Plaintiffs
Sixth District of the African Methodist Episcopal Church, Delta Sigma Theta Sorority, Georgia ADAPT, Georgia Advocacy Office, and Southern Christian Leadership Conference

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1**

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

/s/ Tania Faransso

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused to be served the foregoing **PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel or parties of record on the service list.

This 19th day of August, 2023.

                                                 */s/ Tania Faransso*