IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No. 1:21-MI-55555-JPB |

**INTERVENOR DEFENDANTS' MOTION FOR THE USE OF ELECTRONIC EQUIPMENT DURING THE SEPTEMBER 22, 2023 HEARING**

Intervenor Defendants and Intervenor Defendants' counsel move for entry of an Order authorizing their counsel to bring electronic equipment into the Federal Courthouse on Friday, September 22, 2023, for an 8:30 a.m. hearing before the Honorable J.P. Boulee in Courtroom 1908.

Specifically, Intervenor Defendants request that Conor Woodfin, Gilbert Dickey, Baxter Drennon, and William Bradley Carver be allowed to bring in laptop computers, iPads, iPhones, cellular phones (personal, which will be turned off in the courtroom), and accompanying accessories (chargers, mice, etc.).

The basis for this request is that it will enable Intervenor Defendants' counsel to present their case clearly, fully, and easily during the hearing. State Defendants' proposed order is attached hereto.

Respectfully submitted this 18th day of September, 2023.

*/s/William Bradley Carver*
William Bradley Carver
Georgia Bar No. 319090
Baxter Drennon
Georgia Bar No. 241446
**Hall Booth Smith, P.C.**
191 Peachtree St. Ste. 2900
Atlanta, Georgia  30303
(404) 954- 5000
(404) 954- 5020 (fax)

Gilbert Dickey
Conor Woodfin*
**CONSOVOY MCCARTHY, PLLC**
1600 Wilson Boulevard
Arlington, VA. 22209
(703) 243-9423
gilbert@consovoymccarthy.com
<mailto:gschaerr@schaerr-jaffe.com>
**Admitted pro hac vice*

2

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), I certify that this document has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

/s/ William Bradley Carver, Sr.

William Bradley Carver, Sr.