UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-mi-55555-JPB |

## NOTICE OF APPEAL

Intervenor-Defendants the Republican National Committee, the National Republican Senatorial Committee, the Georgia Republican Party, Inc., and the National Republican Congressional Committee provide this notice of appeal to the U.S. Court of Appeals for the Eleventh Circuit from this Court's orders entered on August 18, 2023, granting Plaintiffs' Motion for a Preliminary Injunction Based on Immaterial Voting Requirements, *see* ECF 613, and granting Plaintiffs' Motions for a Preliminary Injunction regarding the Penalty Provision, *see* ECF 614.

1

Dated: September 18, 2023

Cameron T. Norris*
Gilbert C. Dickey*
Conor D. Woodfin*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, Virginia 22209
(703) 243-9423

Tyler R. Green*
CONSOVOY MCCARTHY PLLC
222 S. Main Street, 5th Floor
Salt Lake City, UT 84101
(703) 243-9423

*admitted pro hac vice

Respectfully submitted,

*/s/ William Bradley Carver*

John E. Hall, Jr.
   Georgia Bar No. 319090
William Bradley Carver, Sr.
   Georgia Bar No. 115529
Baxter D. Drennon
   Georgia Bar No. 241446
Stuart Sumner
   Georgia Bar No. 353355
HALL BOOTH SMITH, P.C.
191 Peachtree Street NE, Suite 2900
Atlanta, Georgia 30303
(404) 954-5000
(404) 954-5020 (Fax)

*Counsel for Intervenors*

**CERTIFICATE OF SERVICE**

      On September 18, 2023, I e-filed this document on ECF, which will email everyone requiring service.

                                                       /s/ *William Bradley Carver*