# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF
# GEORGIA ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.:<br>1:21-MI- 55555-JPB |
| THE CONCERNED BLACK CLERGY OF METROPOLITAN ATLANTA, INC., a Georgia nonprofit corporation, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.*,<br><br>*Defendants*,<br><br>REPUBLICAN NATIONAL COMMITTEE, *et al.*,<br><br>*Intervenor-Defendants*. | Civil Action No.:<br>1:21-CV- 01728-JPB |

### [PROPOSED] ORDER GRANTING CBC PLAINTIFFS' MOTION FOR AN ORDER PERMITTING ELECTRONIC EQUIPMENT IN THE COURTROOM FOR HEARING ON <u>MOTION FOR PRELIMINARY INJUNCTION</u>

THIS MATTER comes before the Court on the CBC Plaintiffs' Motion for an Order Permitting Electronic Equipment in the Courtroom for Hearing on Motion for Preliminary Injunction.

**IT IS HEREBY ORDERED THAT:**

1. On behalf of the CBC Plaintiffs, the following persons are permitted to enter the courthouse with personal or laptop computers and cellular telephones that

may contain cameras:

**Clifford J. Zatz**
**William Tucker**
**DaWuan Norwood**
**Carey Lamprecht**

2. Proper identification will be required upon entering the security station.

This Order shall be effective for September 22, 2023.

SO ORDERED this __ day of September, 2023.

_____
The Honorable J.P. Boulee
UNITED STATES DISTRICT JUDGE