# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

IN RE GEORGIA SENATE BILL 202

Master Case No.
1:21-MI-55555-JPB

## ORDER

Intervenor Defendants' counsel may bring electronic equipment into the Federal Courthouse on Friday, September 22, 2023, for a hearing before the Honorable J.P. Boulee. All equipment shall be subject to inspection.

Specifically, Conor Woodfin, Gilbert Dickey, Baxter Drennon, and William Bradley Carver are allowed to bring in laptop computers, iPads, iPhones, cellular phones (personal, which will be turned off in the courtroom), and accompanying accessories (chargers, mice, etc.).

Proper identification is required upon entering the security station on the Plaza or Lower Level Plaza.

SO ORDERED this 20th day of September, 2023.

J. P. BOULEE
United States District Judge