IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
GEORGIA ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No. 1:21-MI-55555-JPB |

**JOINT STIPULATION REGARDING**
**HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

For purposes of Plaintiffs' Motion for Preliminary Injunction (Doc. No. 566) only, the United States and Defendants agree to waive objections to the qualifications of experts Dr. Barry Burden and Dr. Justin Grimmer, PROVIDED the expert is available at hearing for examination and cross examination.

The parties reserve, and do not waive, the right to object to the admissibility of expert testimony on other grounds. As this stipulation is for purposes of Plaintiffs' Motion for Preliminary Injunction only, the parties reserve, and do not waive, the right to object to the admissibility of expert testimony on the basis that the expert is not qualified at trial. This agreement shall not be used in any way to support or oppose the admission of any other evidence regarding Plaintiffs' Motion for Preliminary Injunction or at trial.

Dated: September 21, 2023

                              Respectfully submitted,

1

| | |
|---|---|
| RYAN K. BUCHANAN<br>United States Attorney Northern<br>District of Georgia | KRISTEN CLARKE<br>Assistant Attorney General<br>  Civil Rights Division |
| */s/ Aileen Bell Hughes*<br>AILEEN BELL HUGHES<br>Georgia Bar No. 375505 Assistant<br>U.S. Attorney<br>Office of the United States Attorney 600<br>U.S. Courthouse<br>75 Ted Turner Drive, SW Atlanta,<br>GA 30303<br>Phone: (404) 581-6000<br>Fax: (404) 581-6181 | */s/ Elizabeth M. Ryan*<br>T. CHRISTIAN HERREN, JR.<br>JOHN A. RUSS IV<br>JASMYN G. RICHARDSON<br>RACHEL R. EVANS<br>ERNEST A. MCFARLAND<br>MAURA EILEEN O'CONNOR<br>J. ERIC RICH<br>ELIZABETH M. RYAN<br>SEJAL JHAVERI<br>Attorneys, Voting Section<br>Civil Rights Division<br>U.S. Department of Justice<br>4 Constitution Square<br>150 M Street NE, Room 8.923<br>Washington, D.C. 20530<br>Phone: (800) 253-3931<br>Fax: (202) 307-3961<br>john.russ@usdoj.gov |
| *Counsel for the United States of America* | |
| | Christopher M. Carr<br>Attorney General<br>Georgia Bar No. 112505<br>Bryan K. Webb<br>Deputy Attorney General<br>Georgia Bar No. 743580<br>Russell D. Willard<br>Senior Assistant Attorney General<br>Georgia Bar No. 760280<br>Elizabeth Vaughan<br>Assistant Attorney General |

Georgia Bar No. 762715
**State Law Department**
40 Capitol Square, S.W.
Atlanta, Georgia 30334

<u>/s/ *Gene C. Schaerr*</u>
Gene C. Schaerr*
Special Assistant Attorney General
Erik Jaffe*
H. Christopher Bartolomucci*
Donald M. Falk*
Brian J. Field*
Edward H. Trent*
Cristina Martinez Squiers*
Nicholas P. Miller*
Annika Boone Barkdull*
SCHAERR|JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com
**Admitted pro hac vice*

Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Donald P. Boyle, Jr.
Georgia Bar No. 073519
dboyle@taylorenglish.com
Deborah A. Ausburn
Georgia Bar No. 028610
dausburn@taylorenglish.com
Daniel H. Weigel

                        Georgia Bar No. 956419
                        dweigel@taylorenglish.com
                        Tobias C. Tatum, Sr.
                        Georgia Bar No. 307104
                        ttatum@taylorenglish.com
                        **Taylor English Duma LLP**
                        1600 Parkwood Circle
                        Suite 200
                        Atlanta, Georgia 30339
                        (678) 336-7249

                        *Counsel for State Defendants*

                        <u>*/s/ William Bradley Carver, Sr.*</u>

| | |
|---|---|
| Cameron T. Norris* | John E. Hall, Jr. |
| Gilbert C. Dickey* |    Georgia Bar No. 319090 |
| Conor D. Woodfin* | William Bradley Carver, Sr. |
| CONSOVOY MCCARTHY PLLC |    Georgia Bar No. 115529 |
| 1600 Wilson Boulevard, Suite 700 | Baxter D. Drennon |
| Arlington, Virginia 22209 |    Georgia Bar No. 241446 |
| (703) 243-9423 | Jake Evans |
| |    Georgia Bar No. 797018 |
| Tyler R. Green* | HALL BOOTH SMITH, P.C. |
| CONSOVOY MCCARTHY PLLC | 191 Peachtree Street NE, Suite 2900 |
| 222 S. Main Street, 5th Floor | Atlanta, Georgia 30303 |
| Salt Lake City, UT 84101 | (404) 954-5000 |
| (703) 243-9423 | (404) 954-5020 (Fax) |

*admitted pro hac vice

                        *Counsel for Intervenors*

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(D)**

Pursuant to Local Rule 7.1(D), I certify that the foregoing document was prepared in Times New Roman 14-point font in compliance with Local Rule 5.1(C).

*/s/ Aileen Bell Hughes*
AILEEN BELL HUGHES
Assistant U.S. Attorney
Office of the United States Attorney
U.S. Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2023, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send notification of this filing to counsel of record.

                                                          */s/ Aileen Bell Hughes*
                                                          AILEEN BELL HUGHES
                                                          Assistant U.S. Attorney
                                                          Office of the United States Attorney
                                                          U.S. Department of Justice