# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:21-mi-55555-JPB**
**IN RE GEORGIA SENATE BILL 202**
**Honorable J. P. Boulee**

Minute Sheet for proceedings held In Open Court on 09/22/2023.

TIME COURT COMMENCED: 8:30 A.M.
TIME COURT CONCLUDED: 6:35 P.M.        COURT REPORTER: Penny Coudriet
TIME IN COURT: 9:00                    DEPUTY CLERK: Jennifer Lee
OFFICE LOCATION: Atlanta

ATTORNEYS        James Banter representing Clarke County Board of Election and Voter
PRESENT:         Registration
                 James Banter representing Adam Shirley
                 James Banter representing Ann Till
                 James Banter representing Charlotte Sosebee
                 James Banter representing Hunaid Qadir
                 James Banter representing Rocky Raffle
                 James Banter representing Willa Jean Fambrough
                 H. Bartolomucci representing The Georgia State Election Board
                 H. Bartolomucci representing The State of Georgia
                 H. Bartolomucci representing Brad Raffensperger
                 H. Bartolomucci representing Brian Kemp
                 H. Bartolomucci representing Edward Lindsey
                 H. Bartolomucci representing Janice W. Johnston
                 H. Bartolomucci representing Matthew Mashburn
                 H. Bartolomucci representing Sara Tindall Ghazal
                 Jordan Bell representing Columbia County Board of Elections
                 Jordan Bell representing Columbia County Board of Registrars
                 Jordan Bell representing Ann Cushman
                 Jordan Bell representing Larry Wiggins
                 Jordan Bell representing Nancy L. Gay
                 Jordan Bell representing Wanda Duffie
                 Kristin Bloodworth representing Hall County Board of Elections and Registration
                 Kristin Bloodworth representing Craig Lutz
                 Kristin Bloodworth representing David Kennedy
                 Kristin Bloodworth representing Gala Sheats
                 Kristin Bloodworth representing Jack Noa
                 Kristin Bloodworth representing Johnny Varner
                 Kristin Bloodworth representing Ken Cochran
                 Kristin Bloodworth representing Lori Wurtz

Kristin Bloodworth representing Tom Smiley
Brad Bowman representing Keith Gammage
Gilbert Dickey representing Georgia Republican Party, Inc.
Gilbert Dickey representing National Republican Congressional Committee
Gilbert Dickey representing National Republican Senatorial Committee
Gilbert Dickey representing Republican National Committee
Gilbert Dickey representing The Republican National Committee
Baxter Drennon representing Georgia Republican Party, Inc.
Baxter Drennon representing National Republican Congressional Committee
Baxter Drennon representing National Republican Senatorial Committee
Baxter Drennon representing Republican National Committee
Baxter Drennon representing The Republican National Committee
Rachel Evans representing The United States of America
Tania Faransso representing Delta Sigma Theta Sorority, Inc.
Tania Faransso representing Georgia Adapt
Tania Faransso representing Georgia Advocacy Office
Tania Faransso representing Sixth District of the African Methodist Episcopal
Church
Tania Faransso representing Southern Christian Leadership Conference
Brian Field representing The Georgia State Election Board
Brian Field representing The State of Georgia
Brian Field representing Brad Raffensperger
Brian Field representing Edward Lindsey
Brian Field representing Janice W. Johnston
Brian Field representing Matthew Mashburn
Brian Field representing Sara Tindall Ghazal
Matthew Fogelson representing Exousia Lighthouse International C.M., Inc.
Matthew Fogelson representing Faith in Action Network
Matthew Fogelson representing First Congregational Church, United Church of
Christ Incorporated
Matthew Fogelson representing Georgia Latino Alliance for Human Rights, Inc.
Matthew Fogelson representing Greater Works Ministries Network, Inc.
Matthew Fogelson representing Metropolitan Atlanta Baptist Ministers Union, Inc.
Matthew Fogelson representing The Concerned Black Clergy of Metropolitan
Atlanta, Inc.
Matthew Fogelson representing The Justice Initiative, Inc.
Julie Houk representing Common Cause
Julie Houk representing Galeo Latino Community Development Fund, Inc.
Julie Houk representing Georgia Coalition for the People's Agenda, Inc.
Julie Houk representing Georgia State Conference of the NAACP
Julie Houk representing League of Women Voters of Georgia, Inc.
Julie Houk representing Lower Muskogee Creek Tribe
Sejal Jhaveri representing The United States of America
David Lowman representing Fulton County Registration and Elections Board
David Lowman representing Aaron Johnson
David Lowman representing Cathy Woolard
David Lowman representing Kathleen Ruth
David Lowman representing Mark Wingate
David Lowman representing Teresa Crawford
Rachel Mack representing Richmond County Board of Elections
Rachel Mack representing Issac McAdams
Rachel Mack representing Marcia Brown
Rachel Mack representing Sherry T. Barnes
Rachel Mack representing Terence Dicks
Rachel Mack representing Tim McFalls

Rachel Mack representing Travis Doss
Grace Martin representing Bibb County Board of Elections
Grace Martin representing Bibb County Board of Registrars
Grace Martin representing Darius Maynard
Grace Martin representing Herbert Spangler
Grace Martin representing Joel Hazard
Grace Martin representing Karen Evans-Daniel
Grace Martin representing Mike Kaplan
Grace Martin representing Robert Abbott
Grace Martin representing Thomas Ellington
Grace Martin representing Thomas Gillon
Grace Martin representing Veronica Seals
Ernest McFarland representing The United States of America
Sandy Milord representing Fulton County Registration and Elections Board
Sandy Milord representing Aaron Johnson
Sandy Milord representing Kathleen Ruth
Sandy Milord representing Mark Wingate
James Rich representing The United States of America
John Russ representing The United States of America
Elizabeth Ryan representing The United States of America
Gene Schaerr representing Georgia State Election Board
Gene Schaerr representing The Georgia State Election Board
Gene Schaerr representing The State of Georgia
Gene Schaerr representing Brad Raffensperger
Gene Schaerr representing Brian Kemp
Gene Schaerr representing Edward Lindsey
Gene Schaerr representing Gregory W. Edwards
Gene Schaerr representing Janice W. Johnston
Gene Schaerr representing Matthew Mashburn
Gene Schaerr representing Sara Tindall Ghazal
Heather Szilagyi representing Common Cause
Heather Szilagyi representing Galeo Latino Community Development Fund, Inc.
Heather Szilagyi representing Georgia Coalition for the People's Agenda, Inc.
Heather Szilagyi representing Georgia State Conference of the NAACP
Heather Szilagyi representing League of Women Voters of Georgia, Inc.
Heather Szilagyi representing Lower Muskogee Creek Tribe
Jonathan Topaz representing Delta Sigma Theta Sorority, Inc.
Jonathan Topaz representing Georgia Adapt
Jonathan Topaz representing Georgia Advocacy Office
Jonathan Topaz representing Sixth District of the African Methodist Episcopal Church
Jonathan Topaz representing Southern Christian Leadership Conference
Edward Trent representing Brad Raffensperger
Edward Trent representing Brian Kemp
Edward Trent representing Edward Lindsey
Edward Trent representing Janice W. Johnston
Edward Trent representing Matthew Mashburn
Edward Trent representing Sara Tindall Ghazal
Bryan Tyson representing Georgia State Election Board
Bryan Tyson representing The Georgia State Election Board
Bryan Tyson representing The State of Georgia
Bryan Tyson representing Brad Raffensperger
Bryan Tyson representing Brian Kemp
Bryan Tyson representing Edward Lindsey
Bryan Tyson representing Gregory W. Edwards

Bryan Tyson representing Janice W. Johnston
Bryan Tyson representing Matthew Mashburn
Bryan Tyson representing Sara Tindall Ghazal
George Varghese representing Delta Sigma Theta Sorority, Inc.
George Varghese representing Sixth District of the African Methodist Episcopal Church
Daniel White representing Cobb County Board of Elections and Registration
Daniel White representing Charles Dave
Daniel White representing Don DiStefano
Daniel White representing Janine Eveler
Daniel White representing Jennifer Mosbacher
Daniel White representing Jessica M. Brooks
Daniel White representing Karen Murray
Daniel White representing Pat Gartland
Daniel White representing Stephen F. Bruning
Daniel White representing Steven Bruning
Daniel White representing Tori Silas
Daniel White representing Zurich Deshazior
Conor Woodfin representing Georgia Republican Party, Inc.
Conor Woodfin representing National Republican Congressional Committee
Conor Woodfin representing National Republican Senatorial Committee

*As well as other individual case participants via Zoom audio.*

| | |
|---|---|
| PROCEEDING CATEGORY: | Motion Hearing(PI or TRO Hearing-Evidentiary); |
| MINUTE TEXT: | The Court conducted an evidentiary hearing on the [566] Motion for Preliminary Injunction. Plaintiffs' witnesses Senator Harold Jones, Dr. Barry Burden, Helen Lockette (via video deposition) and Mark Burns testified. Defendants' witnesses Ryan Germany and Dr. Justin Grimmer testified. Plaintiffs' exhibits 1-5 were admitted without objection. After Defendant moved to exclude the declaration of Ms. Lockett, the United States agreed to withdraw it. The Court will take the [566] Motion under advisement and issue an order after further review. |
| HEARING STATUS: | Hearing Concluded |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerk's Office. |