IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No. 1:21-MI-55555-JPB |

**UNITED STATES' NOTICE OF ERRATA TO PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION (ECF NO. 566-1) AND REPLY BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION (ECF NO. 617)**

Plaintiff the United States of America respectfully submits the following errata to substitute citations to the deposition testimony of Mrs. Helen H. Lockette for the two citations to Mrs. Lockette's declaration in Plaintiffs' opening and reply briefs in support of their Motion for Preliminary Injunction. Pursuant to the Parties' agreement during the Hearing on Plaintiffs' Motion for Preliminary Injunction, the United States has withdrawn Exhibit 16 (Declaration of Mrs. Helen H. Lockette) and is providing substitute citations to Mrs. Lockette's deposition in lieu of the two citations to her declaration in Plaintiffs' briefing. *See* ECF No. 659.

Attached hereto is substitute page 36 to Plaintiffs' Memorandum in Support of Their Motion for Preliminary Injunction (ECF No. 566-1) (Attachment A), substitute page 33 to Plaintiffs' Reply in Support of Their Motion for Preliminary Injunction (ECF No. 617) (Attachment B), and new Exhibit 150 in support of their

1

Motion for Preliminary Injunction, which contains the cited excerpts of the Deposition of Helen H. Lockette, taken April 14, 2023 (Attachment C).

Date: September 26, 2023

                                                        Respectfully submitted,

| | |
|---|---|
| RYAN K. BUCHANAN<br>United States Attorney<br>Northern District of Georgia | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| */s/ Aileen Bell Hughes*<br>AILEEN BELL HUGHES<br>Georgia Bar No. 375505<br>Assistant U.S. Attorney<br>Office of the United States Attorney<br>600 U.S. Courthouse<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303<br>Phone: (404) 581-6000<br>Fax: (404) 581-6181 | */s/ Rachel R. Evans*<br>T. CHRISTIAN HERREN, JR.<br>JOHN A. RUSS IV<br>JASMYN G. RICHARDSON<br>RACHEL R. EVANS<br>ERNEST A. MCFARLAND<br>MAURA EILEEN O'CONNOR<br>ELIZABETH M. RYAN<br>SEJAL JHAVERI<br>J. ERIC RICH<br>Attorneys, Voting Section<br>Civil Rights Division<br>U.S. Department of Justice<br>4 Constitution Square<br>150 M Street NE, Room 8.137<br>Washington, D.C. 20530<br>Phone: (800) 253-3931<br>Fax: (202) 307-3961<br>rachel.evans@usdoj.gov |

*Attorneys for the United States of America*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(D)

Pursuant to Local Rule 7.1(D), I certify that the foregoing document was prepared in Times New Roman 14-point font in compliance with Local Rule 5.1(C).

*/s/ Rachel R. Evans*
RACHEL R. EVANS
Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2023, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send notification of this filing to counsel of record.

*/s/ Rachel R. Evans*
RACHEL R. EVANS
Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
