# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| GEORGIA STATE CONFERENCE OF THE NAACP, *et al.*, <br>     *Plaintiffs,* <br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br>     *Defendants,* <br><br> REPUBLICAN NATIONAL COMMITTEE, *et al.*, <br>     *Intervenor-Defendants.* | Civil Action No.: 1:21-cv-01259-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, *et al.*, <br>     *Plaintiffs,* <br> v. <br><br> BRIAN KEMP, *et al.*, <br>     *Defendants,* <br><br> REPUBLICAN NATIONAL COMMITTEE, *et al.*, <br>     *Intervenor-Defendants.* | Civil Action No.: 1:21-cv-01284-JPB |

**GEORGIA NAACP PLAINTIFFS' AND AME PLAINTIFFS'
NOTICE OF CROSS-APPEAL**

Pursuant to 28 U.S.C. § 1292(a)(1) and Rule 4(a)(3) of the Federal Rules of Appellate Procedure, Plaintiffs Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, Inc., League of Women Voters of Georgia, Inc., GALEO Latino Community Development Fund, Inc., Common Cause, and the Lower Muskogee Creek Tribe ("Georgia NAACP Plaintiffs") and Plaintiffs Sixth District of the African Methodist Episcopal Church, Delta Sigma Theta Sorority, Georgia ADAPT, Georgia Advocacy Office, and Southern Christian Leadership Conference ("AME Plaintiffs") hereby give notice of their cross-appeal to the United States Court of Appeals for the Eleventh Circuit from the Order entered by the District Court on August 18, 2023, Granting in Part and Denying in Part Plaintiffs' Motion for a Preliminary Injunction Based on Immaterial Voting Requirements.  *See* ECF No. 613 (Exhibit 1).

//
//
//
//
//
//
//

Respectfully submitted, this 2nd day of October, 2023.

| | |
|---|---|
| /s/ Bryan L. Sells  <br>Bryan L. Sells  <br>Georgia Bar No. 635562  <br>THE LAW OFFICE OF BRYAN SELLS, LLC  <br>PO Box 5493 Atlanta, Georgia 31107  <br>Tel: (404) 480-4212  <br>Email: bryan@bryansellslaw.com  <br>  <br>Jon Greenbaum*  <br>Ezra D. Rosenberg*  <br>Julie M. Houk*  <br>Jennifer Nwachukwu*  <br>Heather Szilagyi*  <br>jgreenbaum@lawyerscommittee.org  <br>erosenberg@lawyerscommittee.org  <br>jhouk@lawyerscommittee.org  <br>jnwachukwu@lawyerscommittee.org  <br>hszilagyi@lawyerscommittee.org  <br>LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW  <br>1500 K Street NW, Suite 900  <br>Washington, D.C. 20005  <br>Telephone: (202) 662-8600  <br>Facsimile: (202) 783-0857  <br>  <br>Vilia Hayes*  <br>Neil Oxford*  <br>Gregory Farrell*  <br>HUGHES HUBBARD & REED LLP  <br>One Battery Park Plaza New York, New York 10004-1482  <br>Telephone: (212) 837-6000  <br>Facsimile: (212) 422-4726 | /s/ Laurence F. Pulgram  <br>Laurence F. Pulgram*  <br>lpulgram@fenwick.com  <br>Molly Melcher*  <br>mmelcher@fenwick.com  <br>Armen Nercessian*  <br>anercessian@fenwick.com  <br>Ethan Thomas*  <br>ethomas@fenwick.com  <br>FENWICK & WEST LLP  <br>555 California Street  <br>San Francisco, CA  94104  <br>Telephone: (415) 875-2300  <br>  <br>Joseph S. Belichick*  <br>jbelichick@fenwick.com  <br>FENWICK & WEST LLP  <br>Silicon Valley Center  <br>801 California Street  <br>Mountain View, CA 94041-2008  <br>Telephone: (650) 988-8500  <br>  <br>Catherine McCord*  <br>cmccord@fenwick.com  <br>FENWICK & WEST LLP  <br>902 Broadway, Suite 14  <br>New York, NY  10010  <br>Telephone: (212) 430-2690  <br>  <br>*Attorneys for Plaintiffs Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, Inc., League of Women Voters of Georgia, Inc., GALEO Latino Community Development Fund, Inc., Common Cause, and the Lower Muskogee Creek Tribe* |

*/s/ Pichaya Poy Winichakul*
Bradley E. Heard (Bar No. 342209)
bradley.heard@splcenter.org
Pichaya Poy Winichakul (Bar 246858)
poy.winichakul@splcenter.org
Nancy G. Abudu (Bar 001471)
nancy.abudu@splcenter.org
Matletha N. Bennette*
matletha.bennette@splcenter.org
SOUTHERN POVERTY
LAW CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, Georgia 30031-1287
Telephone: (404) 521-6700
Facsimile: (404) 221-5857

Jess Unger*
jess.unger@splcenter.org
Sabrina S. Khan*
sabrina.khan@splcenter.org
SOUTHERN POVERTY
LAW CENTER
1101 17th Street NW, Suite 705
Washington, DC 20036
Telephone: (202) 728-9557

*/s/ Leah C. Aden*
Leah C. Aden*
laden@naacpldf.org
Alaizah Koorji*
akoorji@naacpldf.org
John S. Cusick*
jcusick@naacpldf.org
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, New York 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592

Anuja Thatte*
athatte@naacpldf.org
NAACP LEGAL DEFENSE AND
EDUCATION FUND, INC.
700 14th Street, NW
Washington, DC 20005
Telephone: (202) 682-1300

/s/ Debo P. Adegbile
Debo P. Adegbile*
debo.adegbile@wilmerhale.com
Alexandra Hiatt*
alexandra.hiatt@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

George P. Varghese*
george.varghese@wilmerhale.com
Stephanie Lin*
stephanie.lin@wilmerhale.com
Arjun K. Jaikumar*
arjun.jaikumar@wilmerhale.com

Mikayla C. Foster*
mikayla.foster@wilmerhale.com
Sofia C. Brooks*
sofie.brooks@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Tania C. Faransso*
tania.faransso@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

/s/ Sophia Lin Lakin
Sophia Lin Lakin*
slakin@aclu.org
Davin M. Rosborough*
drosborough@aclu.org
Jonathan Topaz*
jtopaz@aclu.org
Dayton Campbell-Harris*
dcampbell-harris@aclu.org
Casey Smith*
csmith@aclu.org
ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
Telephone: (212) 519-7836
Facsimile: (212) 549-2539

Susan P. Mizner*
smizner@aclu.org
ACLU FOUNDATION, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0781

Brian Dimmick*
bdimmick@aclu.org
ACLU FOUNDATION, INC.
915 15th Street NW
Washington, D.C. 20005
Telephone: (202) 731-2395

| | |
|---|---|
| Nana Wilberforce* | Rahul Garabadu (Bar 553777) |
| nana.wilberforce@wilmerhale.com | rgarabadu@acluga.org |
| WILMER CUTLER PICKERING HALE AND DORR LLP | Caitlin May (Bar 602081) |
| | cmay@acluga.org |
| 350 South Grand Avenue, Suite 2400 | Cory Isaacson (Bar 983797) |
| Los Angeles, California 90071 | cisaacson@acluga.org |
| Telephone: (213) 443-5300 | ACLU FOUNDATION OF GEORGIA, INC. |
| Facsimile: (213) 443-5400 | P.O. Box 570738 |
| | Atlanta, Georgia 30357 |
| | Telephone: (678) 981-5295 |
| | Facsimile: (770) 303-0060 |

*Attorneys for Plaintiffs*
*Sixth District of the African Methodist Episcopal Church, Delta Sigma Theta Sorority, Georgia ADAPT, Georgia Advocacy Office, and Southern Christian Leadership Conference*

*Admitted pro hac vice