IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |

**PLAINTIFFS' OPPOSITION TO STATE DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE MOTIONS FOR SUMMARY JUDGMENT**

Plaintiffs[1] respectfully oppose the State Defendants' Motion for Extension of Time to File Motions for Summary Judgment. ECF No. 663. There is no good cause to grant the requested relief, which would prejudice Plaintiffs by severely disrupting the long-set holiday schedule in this matter, with no indispensable need to do so.

State Defendants' proposed one-week change would have an outsized and unnecessary adverse impact on Plaintiffs and their counsel. The timing of the motions for summary judgment was carefully negotiated by the parties (ECF No. 571) and ordered by this Court on June 16, 2023 (ECF No. 580). Plaintiffs sought

---

[1] The Plaintiffs refer to plaintiffs in *Georgia State Conference of the NAACP, et al. v. Raffensperger, et al.*, 1:21-cv-01259-JPB; *Sixth District of the African Methodist Episcopal Church, et al. v. Kemp, et al.*, 1:21-cv-01284-JPB; *The Concerned Black Clergy of Metropolitan Atlanta, Inc., et al. v. Raffensperger, et al.*, 1:21-cv-01728-JPB; and *Asian Americans Advancing Justice-Atlanta, et al. v. Raffensperger, et al.*, 1:21-cv-01333-JPB.

both to avoid interfering with the December holidays and other work obligations and to prevent excessive delay of the briefing schedule and ultimately trial. Thus, although State Defendants have had 19 weeks since the schedule was set before their summary judgment papers are due (currently on October 26), Plaintiffs agreed to file their oppositions eight weeks thereafter.[2] Instead of Plaintiffs' proposed six weeks, State Defendants requested and received ten weeks for their replies. ECF No. 580.

Plaintiffs' current due date for their opposition is December 21—which already saddles Plaintiffs with work on these matters over the Thanksgiving holiday but permits completion before Christmas and the New Year. State Defendants' proposal to extend their own deadline by a week makes Plaintiffs' oppositions due on December 28, 2023. This would greatly interfere with holiday, family, and travel plans that have been scheduled for months around the schedule the Court ordered. Some offices shut down and witnesses become unavailable over the holidays. Plaintiffs will be required to coordinate across six pending cases to submit the single

---

[2] State Defendants' filing date of October 26 is determined by adding nine weeks after the filing of the final reply brief on preliminary injunction motions. Discovery closed, however, on May 19, 2023, and State Defendants have been able to shift work to their motions as suited their schedules since then. State Defendants' proposal here would drop additional burdens on Plaintiffs' schedule when they are not in a position to shift other obligations, and at the single most disruptive season of the year.

opposition statement of the facts, magnifying the difficulty of individual scheduling issues. The proposed relief would unquestionably impose real, personal, and unnecessary detriment to many of Plaintiffs' counsel in these six cases, their staffs, their families, and their clients, all without justification.

Moreover, State Defendants' offer to extend Plaintiffs' opposition deadline into January does not cure the holiday problems and would raise others. Plaintiffs and their counsel would still have the opposition hanging over their holidays and families, not just over Christmas week but through the New Year. A longer extension would interfere with Plaintiffs' other pre-existing conflicts and commitments for other cases and deadlines that have been scheduled around the demands in this case in the new year, while extending the completion of summary judgment briefing and further delaying the time to trial.

State Defendants assert that they need a week extension because they had to divert attention to the September 22, 2023 preliminary injunction hearing. ECF No. 663 at 2. But Plaintiffs requested an evidentiary hearing on May 30, 2023 (ECF No. 566-1), before the parties completed negotiations for and submitted their proposed summary judgment schedule that the Court adopted. ECF No. 571. Knowing that there might be a hearing, State Defendants have also had since the close of expert

3

discovery in May to work on their summary judgment motions when they wished. State Defendants also state that they desire an extension because they are "preparing seven motions . . . [which] will span nearly 300 pages" as well as a "statement of material facts with up to 1,000 paragraphs." *Id.* But this task is entirely of State Defendants' making, as they are the ones that proposed the structure of the briefing that the Court ultimately adopted. ECF No. 571 at 7-10.

And while State Defendants' proposed relief would impose unilateral disruption on the Plaintiffs' schedule, they have shown no necessity for it. State Defendants do not contend that they are unable to meet the current schedule if held to it. Rather, they implicitly concede that they can meet the current schedule, requesting that, if the Court denies this motion, it do so "quickly enough to allow the parties to prepare their summary judgment motions." ECF 663 at 4-5. Any inconvenience to State Defendants of retaining the present schedule cannot outweigh the disruption to Plaintiffs.

Accordingly, Plaintiffs respectfully request that the Court retain the existing briefing schedule for summary judgment. If the Court determines there is good cause to disrupt the schedule at this time (which it should not), Plaintiffs suggest that any order at most extend only the date for the moving papers by one week.

Thereafter, upon seeing those filings, Plaintiffs can advise whether and what extension for the opposition is needed.

Respectfully submitted this 3rd day of October, 2023.

| | |
|---|---|
| /s/ Leah C. Aden<br>Leah C. Aden (pro hac vice)<br>laden@naacpldf.org<br>Alaizah Koorji (pro hac vice)<br>akoorji@naacpldf.org<br>John S. Cusick (pro hac vice)<br>jcusick@naacpldf.org<br>NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.<br>40 Rector Street, 5th Floor<br>New York, New York 10006<br>Telephone: (212) 965-2200<br>Facsimile: (212) 226-7592<br><br>Rahul Garabadu (Bar 553777)<br>rgarabadu@acluga.org<br>Caitlin May (Ga. Bar No. 602081)<br>cmay@acluga.org<br>Cory Isaacson (Ga. Bar No. 983797)<br>cisaacson@acluga.org<br>ACLU FOUNDATION OF GEORGIA, INC.<br>P.O. Box 77208<br>Atlanta, Georgia 30357<br>Telephone: (678) 981-5295<br>Facsimile: (770) 303-0060<br><br>Sophia Lin Lakin (pro hac vice)<br>slakin@aclu.org | Davin M. Rosborough (pro hac vice)<br>drosborough@aclu.org<br>Jonathan Topaz (pro hac vice)<br>jtopaz@aclu.org<br>Dayton Campbell-Harris (pro hac vice)<br>dcampbell-harris@aclu.org<br>ACLU FOUNDATION<br>125 Broad Street, 18th Floor<br>New York, New York 10004<br>Telephone: (212) 519-7836<br>Facsimile: (212) 549-2539<br><br>Susan P. Mizner (pro hac vice)<br>smizner@aclu.org<br>ACLU FOUNDATION, INC.<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 343-0781<br><br>Brian Dimmick (pro hac vice)<br>bdimmick@aclu.org<br>ACLU FOUNDATION, INC.<br>915 15th Street NW<br>Washington, D.C. 20005<br>Telephone: (202) 731-2395<br><br>Debo P. Adegbile (pro hac vice)<br>debo.adegbile@wilmerhale.com |

WILMER CUTLER PICKERING
HALE AND DORR LLP
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

George P. Varghese (pro hac vice)
*george.varghese@wilmerhale.com*
Stephanie Lin (pro hac vice)
*stephanie.lin@wilmerhale.com*
Mikayla Foster (pro hac vice)
*mikayla.foster@wilmerhale.com*
Sofia C. Brooks (pro hac vice)
sofie.brooks@wilmerhale.com
Lucas L. Fortier (pro hac vice)
lucas.fortier@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Tania Faransso (pro hac vice)
*tania.faransso@wilmerhale.com*
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, D.C. 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Nana Wilberforce (pro hac vice)
*nana.wilberforce@wilmerhale.com*

WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

*Attorneys for Plaintiffs Sixth District of the African Methodist Episcopal Church, Delta Sigma Theta Sorority, Georgia ADAPT, Georgia Advocacy Office, and Southern Christian Leadership Conference*

*/s/ Kurt Kastorf*
Kurt Kastorf (GA Bar No. 315315)
kurt@kastorflaw.com
KASTORF LAW, LLC
1387 Iverson Street, N.E., Suite 100
Atlanta, GA 30307
Telephone: 404-900-0330

Judith Browne Dianis (pro hac vice)
JBrowne@advancementproject.org
Angela Groves (pro hac vice)
AGroves@advancementproject.org
Matthew A. Fogelson (pro hac vice)
MFogelson@advancementproject.org
ADVANCEMENT PROJECT
1220 L Street, N.W., Suite 850
Washington, DC 20005
Telephone: (202) 728-9557

Joseph J. Wardenski (pro hac vice)
joe@wardenskilaw.com

WARDENSKI P.C.
195 Plymouth Street, Suite 519
Brooklyn, NY 11201
Tel: (347) 913-3311
Fax: (347) 467-7237

Clifford J. Zatz (pro hac vice)
CZatz@crowell.com
Justin D. Kingsolver (pro hac vice)
JKingsolver@crowell.com
William Tucker (pro hac vice)
WTucker@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 624-2500

Jordan Ludwig (pro hac vice)
JLudwig@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: (213) 443-5524


*Attorneys for Plaintiffs The Concerned Black Clergy of Metropolitan Atlanta, Inc., The Justice Initiative, Inc., Metropolitan Atlanta Baptist Ministers Union, Inc., First Congregational Church, United Church of Christ Incorporated, Georgia Latino Alliance for Human Rights, Inc., Faith in Action Network, Greater Works Ministries Network,* *Inc., Exousia Lighthouse International C.M., Inc.*

/s/ *Bryan L. Sells*
Bryan L. Sells
Georgia Bar No. 635562
THE LAW OFFICE OF BRYAN SELLS, LLC
PO Box 5493 Atlanta, Georgia 31107
Tel: (404) 480-4212
Email: bryan@bryansellslaw.com

Jon Greenbaum (pro hac vice)
jgreenbaum@lawyerscommittee.org
Ezra D. Rosenberg (pro hac vice)
erosenberg@lawyerscommittee.org
Julie M. Houk (pro hac vice)
jhouk@lawyerscommittee.org
Jennifer Nwachukwu (pro hac vice)
jnwachukwu@lawyerscommittee.org
Heather Szilagyi (pro hac vice)
hszilagyi@lawyerscommittee.org
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857

Vilia Hayes (pro hac vice)
vilia.hayes@hugheshubbard.com
Neil Oxford (pro hac vice)
neil.oxford@hugheshubbard.com
Gregory Farrell (pro hac vice)
gregory.farrell@hugheshubbard.com

7

Mana Ameri
mana.ameri@hugheshubbard.com
William Beausoleil
william.beausoleil@hugheshubbard.com
James Henseler (pro hac vice)
james.henseler@hugheshubbard.com
HUGHES HUBBARD & REED LLP
One Battery Park Plaza New York,
New York 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

/s/ Laurence F. Pulgram
Laurence F. Pulgram (pro hac vice)
lpulgram@fenwick.com
Molly Melcher (pro hac vice)
mmelcher@fenwick.com
Armen Nercessian (pro hac vice)
Anercessian@fenwick.com
Ethan Thomas (pro hac vice)
EThomas@fenwick.com
FENWICK & WEST LLP
555 California Street
San Francisco, CA  94104
Telephone:     (415) 875-2300

Joseph S. Belichick (pro hac vice)
jbelichick@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041-2008
Telephone:  (650) 988-8500

Catherine McCord (pro hac vice)
cmccord@fenwick.com
FENWICK & WEST LLP
902 Broadway, Suite 14
New York, NY  10010
Telephone: (212) 430-2690

*Attorneys for Plaintiffs Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, Inc., League of Women Voters of Georgia, Inc., GALEO Latino Community Development Fund, Inc., Common Cause, and the Lower Muskogee Creek*

/s/ Pichaya Poy Winichakul
Pichaya Poy Winichakul (Bar 246858)
poy.winichakul@splcenter.org
Bradley E. Heard (Bar 342209)
bradley.heard@splcenter.org
Matletha N. Bennette (pro hac vice)
matletha.bennette@splcenter.org
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, Georgia 30031-1287
Telephone: (404) 521-6700
Facsimile: (404) 221-5857

Jess Unger (pro hac vice)
jess.unger@splcenter.org
Sabrina S. Khan (pro hac vice)
sabrina.khan@splcenter.org

8

SOUTHERN POVERTY LAW CENTER
1101 17th Street NW, Suite 705
Washington, DC 20036
Telephone: (202) 728-9557

/s/ Adam Sieff
Adam S. Sieff (pro hac vice)
adamsieff@dwt.com
Brittni Hamilton (pro hac vice)
brittnihamilton@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899

Matthew Jedreski (pro hac vice)
mjedreski@dwt.com
Grace Thompson (pro hac vice)
gracethompson@dwt.com
Danielle Eun Kim (pro hac vice)
daniellekim@dwt.com
Kate Kennedy
katekennedy@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

David M. Gossett (pro hac vice)
davidgossett@dwt.com
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500
Washington, D.C. 20005-7048

Telephone: (202) 973-4288
Facsimile: (202) 973-4499

*Attorneys for Plaintiffs Georgia Muslim Voter Project, Women Watch Afrika, Latino Community Fund Georgia, and The Arc of the United States*

/s/ Meredyth L. Yoon
Meredyth L. Yoon (GA Bar No. 204566)
myoon@advancingjustice-atlanta.org
Laura Murchie (pro hac vice)
lmurchie@advancingjustice-atlanta.org
ASIAN AMERICANS ADVANCING JUSTICE-ATLANTA
5680 Oakbrook Parkway, Suite 148
Norcross, Georgia 30093
(404) 585 8446 (Telephone)
(404) 890 5690 (Facsimile)

/s/ Eileen Ma
Eileen Ma (pro hac vice)
eileenm@advancingjustice-alc.org
Kimberly Leung (pro hac vice)
kimberlyl@advancingjustice-alc.org
ASIAN AMERICANS ADVANCING JUSTICE-ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, CA 94111
(415) 896 1701 (Telephone)
(415) 896 1702 (Facsimile)

...

/s/ Niyati Shah
Niyati Shah (pro hac vice)
nshah@advancingjustice-aajc.org
Terry Ao Minnis (pro hac vice)
tminnis@advancingjustice-aajc.org
ASIAN AMERICANS
ADVANCING JUSTICE-AAJC
1620 L Street, NW, Suite 1050
Washington, DC 20036
(202) 815 1098 (Telephone)
(202) 296 2318 (Facsimile)

/s/ R. Adam Lauridsen
Leo L. Lam (pro hac vice)
llam@keker.com
R. Adam Lauridsen (pro hac vice)
alauridsen@keker.com
Connie P. Sung (pro hac vice)
csung@keker.com
Candice Mai Khanh Nguyen (pro hac vice)
cnguyen@keker.com
Luis G. Hoyos (pro hac vice)
lhoyos@keker.com
Rylee Kercher Olm (pro hac vice)
rolm@keker.com
Emily Hasselberg (pro hac vice)
ehasselberg@keker.com
Zainab Ramahi (pro hac vice)
zramahi@keker.com
Emily Wang (pro hac vice)
ewang@keker.com
Niharika Sachdeva (pro hac vice)
nsachdeva@keker.com
KEKER, VAN NEST AND PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
(415) 391 5400 (Telephone)
(415) 397 7188 (Facsimile)

*Attorneys for Plaintiffs Asian Americans Advancing Justice–Atlanta, Steven J. Paik, Nora Aquino, Thuy Hang Tran, and Anjali Enjeti-Sydow*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing Plaintiffs' Opposition to State Defendants' Motion for Extension of Time to File Motions for Summary Judgment, has been prepared in Times New Roman 14, a font and type selection approved by the Court in L.R. 5.1(C).  I further certify that on October 3, 2023, the forgoing was filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record in this case.

                                            */s/ Catherine McCord*
                                            Catherine McCord