**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-mi-55555-JPB |

**INTERVENORS' MOTION FOR EXTENSION OF TIME TO FILE MOTIONS FOR SUMMARY JUDGMENT**

Intervenors move for an extension of time to respond to Plaintiffs' motions for preliminary injunctions. On October 4, this Court extended the State Defendants' deadline for filing summary judgment motions through October 30, 2023. *See* ECF No. 675. Intervenors' original deadline corresponded with the State's on October 26. Given their pledge to reduce duplicative briefing, Intervenors respectfully request that their summary judgment be extended through October 30. This extension will permit Intervenors to better coordinate with the State, and it will ensure that Plaintiffs do not have to manage different response dates.

Intervenors have heard from counsel for the State Defendants, the United States, and the AME, GA NAACP, CBC, and NGP plaintiff groups, all of whom consent to the requested extension.

Dated: October 11, 2023

Respectfully submitted,

*/s/ William Bradley Carver*

| | |
|---|---|
| Cameron T. Norris* | John E. Hall, Jr. |
| Gilbert C. Dickey* |   Georgia Bar No. 319090 |
| Conor D. Woodfin* | William Bradley Carver, Sr. |
| CONSOVOY MCCARTHY PLLC |   Georgia Bar No. 115529 |
| 1600 Wilson Boulevard, Suite 700 | Baxter D. Drennon |
| Arlington, Virginia 22209 |   Georgia Bar No. 241446 |
| (703) 243-9423 | Jake Evans |
| |   Georgia Bar No. 797018 |
| Tyler R. Green* | HALL BOOTH SMITH, P.C. |
| CONSOVOY MCCARTHY PLLC | 191 Peachtree Street NE, Suite 2900 |
| 222 S. Main Street, 5th Floor | Atlanta, Georgia 30303 |
| Salt Lake City, UT 84101 | (404) 954-5000 |
| (703) 243-9423 | (404) 954-5020 (Fax) |

*admitted pro hac vice

*Counsel for Intervenors*

2

## CERTIFICATE OF COMPLIANCE

This document complies with Local Rule 5.1(B) because it uses 13-point Century Schoolbook.

/s/ *Gilbert C. Dickey*

## CERTIFICATE OF SERVICE

On October 11, 2023, I e-filed this document on ECF, which will email everyone requiring service.

/s/ *Gilbert C. Dickey*