**In the Matter Of:**

GEORGIA SENATE BILL 202

1:21:MI-55555-JPB

---

**JOSEPH BLAKE EVANS**

*February 23, 2023*

---



800.211.DEPO (3376)
*EsquireSolutions.com*

```
 1                IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF GEORGIA
 2

 3

 4   IN RE:                      )
                                 )
 5      GEORGIA SENATE BILL 202  )
                                 )
 6          Plaintiff,           )
     vs.                         ) Civil Action No.
 7                               ) 1:21:MI-55555-JPB
                                 )
 8          Defendants.          )
                                 )
 9   - - - - - - - - - - - - - - -)

10

11                     DEPOSITION OF

12                  JOSEPH BLAKE EVANS

13

14        Thursday, February 23, 2023, 9:02 a.m.(EST)

15

16

17

18

19

20        HELD AT:

21           Taylor English Duma LLP
             1600 Parkwood Circle, Suite 200
22           Atlanta, Georgia  30339

23
        ----------------------------------------------
24        WANDA L. ROBINSON, CRR, CCR, No. B-1973
        Certified Shorthand Reporter/Notary Public
25
```



```
 1                  APPEARANCES OF COUNSEL

 2

 3   Appearing on Behalf of the Plaintiff United States:

 4       ELIZABETH RYAN, ESQUIRE
         SEJAL JHAVERI, ESQUIRE
 5       JENNIFER WEST, Paralegal
         U.S. Department of Justice
 6       950 Pennsylvania Avenue, NW
         Room 7273 NWB
 7       Washington, D.C.  20530
         T:  202.305.2526  F:  202.307.3961
 8       E-mail:  elizabeth.ryn@usdoj.gov
                  Sejal.jhaveri@usdoj.gov
 9                jennifer.west@usdoj.gov

10

11   Appearing on Behalf of the Sixth District AME
     Plaintiffs:
12
         DAVIN ROSBOROUGH, ESQUIRE
13       American Civil Liberties Union Foundation
         Voting Rights Project
14       125 Broad Street, 18th Floor
         New York, New York  10004
15       T:  212.549.2613
         E-mail:  drosborough@aclu.org
16

17   Appearing on Behalf of the Defendants and The
     Witness:
18
         BRYAN TYSON, ESQUIRE
19       Taylor English Duma LLP
         1600 Parkwood Circle, Suite 200
20       Atlanta, Georgia  30339
         T:  770.434.6868  F:  770.434.7376
21       E-mail:  btyson@taylorenglish.com
                  - and -
22       BRIAN FIELD, ESQUIRE
         Schaerr Jaffe LLP
23       1717 K Street, N.W., Suite 900
         Washington, DC  20006
24       T:  202.787.1060
         E-mail:  bfield@schaerr-jaffe.com

25
```



```
 1              APPEARANCES OF COUNSEL (BY ZOOM)

 2

 3   Appearing on Behalf of the Sixth District AME
     Plaintiffs:
 4
          MIKAYLA FOSTER, ESQUIRE
 5        ARJUN JAIKUMAR, ESQUIRE
          WilmerHale
 6        60 State Street
          Boston, Massachusetts  02109
 7        T:  617.526.6427   F:  617.526.5000
          E-mail:  Mikayla.Foster@wilmerhale.com
 8                  Arjun.jaikumar@wilmerhale.com

 9        DAYTON CAMPBELL-HARRIS, ESQUIRE
          SANIA CUANDRANI, ESQUIRE
10        ACLU Voting Rights Project
          125 Broad Street, 18th Floor
11        New York, New York  10004
          T:  212.549.2613
12        E-mail:  dcampbell-harris@aclu.org

13

14   Appearing on Behalf of the Concerned Black Clergy
     Plaintiffs:
15
          CLIFFORD J. ZATZ, ESQUIRE
16        Crowell & Moring LLP
          1001 Pennsylvania Avenue, N.W.
17        Washington, D.C.  20004
          T:  703.216.1608
18        E-mail:  czatz@crowell.com

19

20   Appearing on Behalf of the GA NAACP Plaintiffs:

21        JAMES HENSELER, ESQUIRE
          Hughes Hubbard & Reed
22        One Battery Park Plaza
          New York, New York  10004
23        T:  212.837.6000   F:  212.422.4726
          E-mail:  james.henseler@hugheshubbard.com
24

25
```



1              APPEARANCES OF COUNSEL (BY ZOOM)

2    Appearing on Behalf of the New Georgia Project
     Plaintiffs:
3
          SAMUEL T. WARD-PACKARD, ESQUIRE
4         Elias Law Group LLP
          250 Massachusettes Avenue, N.W., Suite 400
5         Washington, D.C.  20001
          Email:  swardpackard@elias.law
6

7

8    Appearing on Behalf of Athens-Clarke County
     Defendants:
9
          JAMES BANTER, ESQUIRE
10        James Bates Brannan Groover LLP
          231 Riverside Drive
11        Macon, Georgia  31201
          T:  478.742.4280
12        Email:  jbanter@jamesbatesllp.com

13

14   Appearing on Behalf of Columbia County Defendants:

15
          THOMAS CATHEY, ESQUIRE
16        Hull Barrett, PC
          801 Broad Street, 7th Floor
17        Augusta, Georgia  30901
          T:  706.828.2059   F:  706.722.9779
18        E-mail:  TCathey@hullbarrett.com

19

20   Appearing on Behalf of DeKalb County Defendants:

21        SHELLEY D. MOMO, ESQUIRE
          IRENE VANDER ELS, ESQUIRE
22        DeKalb County Law Department
          1300 Commerce Drive, 5th Floor
23        Decatur, Georgia  30030
          T:  404.371.3011   F:  404.371.3024
24        Email:  sdmomo@dekalbcountyga.gov
                  ivanderels@dekalbcountyga.gov
25



1                    APPEARANCES OF COUNSEL (BY ZOOM)

2

3    Appearing on Behalf of Gwinnett County Defendants:

4

5         MELANIE F. WILSON, ESQUIRE
          Law Department - Gwinnett County Government
          75 Langley Drive
6         Lawrenceville, Georgia  30046
          T:  770.822.8713
7         E-mail:  Melanie.Wilson@gwinnettcounty.com

8

9
     Appearing on Behalf of Macon-Bibb County
10   Defendants:

11        GRACE SIMMS MARTIN, ESQUIRE
          Noland Law Firm, LLC
12        5400 Riverside Drive, Suite 205
          Macon, Georgia  31210
13        T:  478.621.4980  F:  478.621.4982
          Email:  grace@nolandlawfirmllc.com

14

15

16

17

18

19

20

21

22   ALSO PRESENT:

23        ZACHARY MANIFOLD

24

25



JOSEPH BLAKE EVANS                                    February 23, 2023
GEORGIA SENATE BILL 202                                             6

1                    INDEX OF EXAMINATIONS

2

3    JOSEPH BLAKE EVANS

4    By Mr. Jhaveri                               Page 9

5    By Mr. Rosborough                            Page 163

6

7                      INDEX OF EXHIBITS

8    NO.                 DESCRIPTION                   PAGE

9    PLAINTIFF'S

10   Exhibit 155    September 9, 2022 Transcript of      17
11                  Blake Evans

11   Exhibit 156    January 12, 2023 Videotaped          18
12                  Deposition of Joseph Blake Evans

13   Exhibit 157    Drop Box Ballot Transfer Form        46
14                  USA-BACON-000006.001

15   Exhibit 158    12/22/2020 Email Thread From Blake   49
16                  Evans To Nathan Smith
                    CDR00043725 - CDR00043726

17   Exhibit 159    12/23/2020 Email Thread From Blake   50
18                  Evans To Brenna Thomas
                    CDR00175069

19   Exhibit 160    11/20/2020 Email Thread From Hayley  56
20                  McCloud To Blake Evans
                    GA-VA00001665 - GA-VA00001667

21   Exhibit 161    1/11/2021 Email Thread From Ryan     67
22                  Germany To Recipients
                    CDR00509009 - CDR00509011

23   Exhibit 162    1/29/2021 Email Thread From Ryan     91
24                  Germany To Keith Williams
                    CDR00480664

25



```
1              INDEX OF EXHIBITS (CONTINUED)

2     NO.                  DESCRIPTION                  PAGE

3     PLAINTIFF'S

4     Exhibit 163    1/29/2021 Email Thread From Keval     92
                     Patel To Blake Evans
5                    CDR00172053 - CDR00172055

6     Exhibit 164    2/1/2021 Email Thread From Blake      98
                     Evans To Ryan Germany
7                    CDR00110571

8     Exhibit 165    2/5/2021 Email Thread From Ryan       101
                     Germany To Evans, Jackson, An
9                    CDR00526683

10    Exhibit 166    3/1/2021 Email Thread From Blake      109
                     Evans To Qiana Felder
11                   With Attached Spreadsheet
                     CDR00044825 - CDR00044829
12
      Exhibit 167    3/11/2021 Email Thread From Blake     114
13                   Evans To Gabriel Sterling
                     CDR00044686
14
      Exhibit 168    3/25/2021 Email Thread From Blake     125
15                   Evans To Germany, Sterling
                     With Attached Spreadsheet
16                   CDR00044731 - CDR00044732

17    Exhibit 169    5/5/2021 Email Thread From Blake      132
                     Evans To Keval Patel
18                   With Attached Spreadsheet
                     CDR00001758 - CDR00001759
19
20    Exhibit 170    5/12/2021 Email Thread From Keval     136
                     Patel To Blake Evans
21                   With Attached Spreadsheet
                     CDR00001799 - CDR00001801
22
      Exhibit 171    3/15/2021 Email Thread From Keval     139
23                   Patel To Blake Evans
                     With Attached Spreadsheet
24                   CDR00110928 - CDR00110930

25
```



INDEX OF EXHIBITS (CONTINUED)

NO.                    DESCRIPTION                    PAGE

PLAINTIFF'S

Exhibit 172    Application for Georgia Official    147
               Absentee Ballot

Exhibit 173    4/16/2021 Email Thread From Blake   153
               Evans To Johnny Manning
               CDR00044678 - CDR00044680

Exhibit 174    8/23/2021 Email Thread From Blake   162
               Evans To Donna Tuite, Dan Stueck
               CDR000491224

Exhibit 175    1/4/2021 Email Thread From Blake    166
               Evans To Chris Harvey
               CDR00110398 - CDR00110401

Exhibit 176    July 21st, 2022 WABE News Article   170

Exhibit 177    October 26th, 2022 News            182
               Announcement from SOS

Exhibit 178    Expert Report of Lynn Bailey        184

Exhibit 179    State and County Relationship       190
               PowerPoint - June 2021

Exhibit 180    9/19/2012 Email Thread From         193
               Richard Barron To Jessica Corbitt

Exhibit 181    January 17, 2023 University of       199
               Georgia Survey Research Center
               2022 Georgia Post-Election Survey

Exhibit 182    Initial MVP Page                    211


        INDEX OF EXHIBITS (PREVIOUSLY MARKED)
NO.                    DESCRIPTION                    PAGE
PLAINTIFF'S


Exhibit 85     1/12/2021 Email From Horvath         73



```
 1                  - - - - - - -

 2                  JOSEPH BLAKE EVANS,

 3   being duly sworn, was examined and testified as

 4   follows:

 5                  - - - - - - -

 6         MS. JHAVERI:  Good morning.  We're here

 7      today for the deposition of Blake Evans in In

 8      Re Georgia Senate Bill 202, U.S. District Court

 9      for the Northern District of Georgia, Docket

10      No. 1:21:MI-55555-JPB.

11   EXAMINATION

12   BY MS. JHAVERI:

13      Q    Please state your name for the record.

14      A    Joseph Blake Evans.

15      Q    My name is Sejal Jhaveri.  I'm an attorney

16   for the Department of Justice, and my colleague

17   Elizabeth Ryan is here, as well as Jennifer West,

18   who is a paralegal in our office.

19         MS. JHAVERI:  We are joined today by

20      counsel from the other plaintiff groups,

21      defendants, defendant intervenors, and some of

22      the county defendants.

23         I'll ask everyone in the room to introduce

24      themselves first, and then we'll go ahead to

25      the Zoom.
```



 1        So, Davin, I'll start with you.

 2        MR. ROSBOROUGH:  Davin Rosborough from the

 3   AME plaintiffs.

 4        MR. TYSON:  Good morning.  Bryan Tyson for

 5   the defendants.

 6        MR. FIELD:  Brian Field, also for the

 7   defendants.

 8        MS. JHAVERI:  We will move to the Zoom.  I

 9   will start with any other attorneys or any

10   attorneys from the AAAJ Plaintiffs?

11        (No Response.)

12        MS. JHAVERI:  Looks like none.

13        Any other attorneys for the AME plaintiff

14   group?

15        MS. FOSTER:  Good morning.  Mikayla Foster

16   on behalf of plaintiff AME.

17        MS. JHAVERI:  Ms. Momo, I believe you are

18   muted.

19        We'll move on to the CBC plaintiff group.

20        MR. ZATZ:  Good morning, Cliff Zatz,

21   Crowell Moring, for the Concerned Black Clergy

22   of Metropolitan Atlanta plaintiffs.

23        MS. JHAVERI:  Next we'll have the Georgia

24   NAACP plaintiff group.

25        MR. HENSELER:  James Henseler from Hughes



 1 │ Hubbard & Reed for the Georgia NAACP group.
 2 │     MS. JHAVERI:  And we'll have the NGP
 3 │ plaintiff group.
 4 │     MR. WARD-PACKARD:  Good morning.  Samuel
 5 │ Ward-Packard from the Elias Law Group,
 6 │ representing the New Georgia Project
 7 │ plaintiffs.
 8 │     MS. JHAVERI:  Any other attorneys for the
 9 │ state defendants?
10 │     (No response.)
11 │     MS. JHAVERI:  Intervenor defendants?
12 │     (No response.)
13 │     MS. JHAVERI:  And county defendants?
14 │     MR. BANTER:  Good morning.  James Banter
15 │ on behalf the Athens-Clarke defendants.
16 │     MR. CATHEY:  This is Tom Cathey.  I'm here
17 │ this morning on behalf of the Columbia County
18 │ defendants.
19 │     MS. MOMO:  Good morning.  Shelley Momo and
20 │ Irene Vander Els here on behalf of the DeKalb
21 │ County defendants.
22 │     MS. MARTIN:  Grace Martin on behalf of the
23 │ Macon-Bibb County defendants.
24 │     MS. RICHARDSON:  Is there anyone else on
25 │ the Zoom that has not introduced themselves?



1              (No response.)

2              MS. JHAVERI:  Hearing none, we will

3         proceed.

4    BY MS. JHAVERI:

5         Q    Good morning.  Today will be a question

6    and answer deposition.  The court reporter will

7    prepare a transcript of everything that is said

8    today.

9              So because of that, you need to speak up

10   and use words in your answer.  I know sometimes we

11   use nods, things like that, but make sure that you

12   are not using gestures and you are answering

13   verbally.

14             Do you understand that?

15        A    Yes.

16        Q    I may ask you a question that you don't

17   understand.  If you don't understand the question,

18   please ask me to restate.

19             Does that make sense?

20        A    Yes.

21        Q    If you don't understand a question, please

22   ask me rather than your counsel for clarifications,

23   definitions, or explanations of any words, questions

24   or documents presented during the course of the

25   deposition.



```
 1              Do you understand?

 2      A    Yes.

 3      Q    If any attorney makes an objection, still

 4  answer the question unless an attorney instructs you

 5  not to.

 6              Do you understand?

 7      A    Yes.

 8      Q    If you need a break at any time, tell me

 9  or your attorney.  We will make sure that you finish

10  an answer if the question is pending, but otherwise

11  I'm happy to take a break at your convenience.

12              Does that make sense?

13      A    Yes.

14      Q    Okay.  And we'll handle breaks, water,

15  coffee after questions.  Does that make sense?

16      A    Yes.

17      Q    If you would like to talk to your

18  attorney, that's fine, but if there's a question

19  pending or you're in the middle of an answer, finish

20  that up.

21              Do you understand?

22      A    Yes.

23      Q    Sometimes later in the day you'll remember

24  things that you didn't earlier in the day when

25  answering a question.  If that happens, let me know
```



1   while it's on your mind, and we'll add it to the
2   record.
3            Will you do that?
4        A    Yes.
5        Q    And I'll try to give you regular chances
6   to do that as well.  Do you understand?
7        A    Yes.
8        Q    Sometimes after we've been talking for a
9   while, you realize a prior answer was not entirely
10  accurate.  If you realize that, will you let me know
11  so that we can correct the record?
12       A    Yes.
13       Q    Sometimes while you are answering you may
14  think of a document that will help you remember or
15  help you answer more accurately.  If you do, let me
16  know.  We may have that document here, and if not,
17  we may be able to get it for you.
18            Do you understand?
19       A    Yes.
20       Q    Is there any reason you can think of why
21  you will not be able to answer my questions fully
22  and accurately today?
23       A    No.
24       Q    Do you have any questions so far?
25       A    No.



JOSEPH BLAKE EVANS                                    February 23, 2023
GEORGIA SENATE BILL 202                                             15

1     Q    So I'm going to go through and read a set

2  of definitions.  If you have any questions on those,

3  please raise them as I'm going through.  Okay?

4     A    Sounds good.

5     Q    Okay.  So SB 202 refers to Senate Bill 202

6  as ratified by the Georgia General Assembly and

7  signed by the Georgia Governor on March 25th, 2021,

8  also known as the Election Integrity Act of 2021.

9          HB 531 refers to House Bill 531, which was

10 introduced in the Georgia General Assembly on

11 February 18, 2021, and passed by the Georgia House

12 of Representatives on March 1st, 2021.

13         SB 241 refers to Senate Bill 241, which

14 was introduced in the Georgia General Assembly on

15 February 23rd, 2021, and passed by the Georgia

16 Senate on March 8th, 2021.

17         Minority voters are voters of color, so

18 anyone who is black, Hispanic, Latin X, Asian

19 American and Pacific Islander, or is a member of any

20 other racial minority group who is registered or

21 able to register to vote in Georgia.

22         Early in-person voting, or advance voting,

23 refers to voting at an early voting location in

24 advance of Election Day as authorized by O.C.G.A.

25 Section 21-2-385(d).



1              Out-of-precinct voting refers to the

2    process by which a voter who appears in the wrong

3    precinct in their county to vote may still cast a

4    provisional ballot after a certain time, and any

5    subsequent validation of that provisional ballot,

6    pursuant to O.C.G.A. Section 21-2-418, and O.C.G.A.

7    Section 21-2-419.

8              Drop boxes, a secure box provided by

9    county election officials where voters can

10   physically return an absentee ballot in a sealed

11   envelope pursuant to O.C.G.A. Section 21-2-385(c).

12             Mail-in absentee voting, the process by

13   which an elector may cast a mail ballot pursuant to

14   O.C.G.A. Section 21-2-385.

15             And finally, 2021 legislative session, the

16   first session of the 2021 to 2022 legislative term

17   which began on January 11, 2021 and concluded 40

18   legislative days later on April 1st, 2021, pursuant

19   to Georgia Constitution, Article III, Section 4,

20   Paragraph 1(a).

21             Do you have any questions?

22        A    No.

23        Q    We're going to move on a little bit to

24   some background.

25             You have been deposed in election-related



1  cases previously, correct?

2        A    Yes.

3        Q    And that includes in VoteAmerica v.

4  Raffensperger, Case 1:21-CV-01390, which is a

5  litigation challenging provisions of SB-202.  Is

6  that correct?

7        A    Yes.

8        Q    And there was a transcript created in that

9  deposition, correct?

10       A    Yes.

11            MS. JHAVERI:  You're going to be handed a

12       copy of that transcript, which will be marked

13       Exhibit 155.

14            (WHEREUPON, Plaintiff's Exhibit-155 was

15        marked for identification.)

16  BY MS. JHAVERI:

17       Q    Please take a look at Exhibit 155.

18            Is this a copy of the deposition

19  transcript in the VoteAmerica litigation we were

20  just discussing?

21       A    Yes.

22       Q    To the best of your knowledge, is it a

23  true and accurate copy of that deposition

24  transcript?

25       A    Yes.



1      Q     And you were also deposed in Alpha Phi

2    Alpha Fraternity v. Raffensperger, 1:21-CV-05337,

3    regarding Georgia redistricting, correct?

4      A     Yes.

5      Q     And there was a transcript created from

6    that deposition, correct?

7      A     Yes.

8      Q     You'll be handed momentarily a copy of

9    that transcript, which will be marked as Exhibit

10   156.

11           (WHEREUPON, Plaintiff's Exhibit-156 was

12       marked for identification.)

13   BY MS. JHAVERI:

14     Q     Please review Exhibit 156.

15           Is this a copy of the deposition

16   transcript in the Alpha Phi Alpha Fraternity v.

17   Raffensperger?

18     A     Yes.

19     Q     And this is your deposition transcript,

20   correct?

21     A     Yes.

22           MR. TYSON:  If I could just note, it was

23       the 30(b)(6) where he was the designee, but

24       yes.

25           MS. JHAVERI:  Thank you.



JOSEPH BLAKE EVANS                                    February 23, 2023
GEORGIA SENATE BILL 202                                             19

1        Q    To the best of your knowledge, is this a
2   true and accurate copy of that 30(b)(6) deposition?
3        A    Yes.
4        Q    Have you been deposed in any other
5   election-related cases?
6        A    No.
7        Q    Have you ever testified in court?
8        A    No.
9        Q    Have you ever been involved in court
10  proceedings for an election-related case?
11       A    Um, no.
12       Q    Let me rephrase.
13       A    Yeah.  When you say involved --
14       Q    Let me rephrase.
15            Did you submit a declaration in the
16  Coalition for Good Governance v. Raffensperger PI
17  hearing?
18       A    I've submitted declarations before, both
19  -- I believe I did at least once during my time,
20  Fulton County Registration and Elections Department,
21  and then also since coming to The Secretary of
22  State's Office I have, but I don't remember the
23  exact cases of those before.
24       Q    For the declaration you submitted while at
25  Fulton County, do you remember what the case was



1  about?

2      A    I don't remember.

3      Q    Do you remember approximately when it was?

4      A    I was in Fulton from March of 2019 to July

5  of 2020.  So it would have been some time in that

6  time frame.

7      Q    Have you ever personally, so not in your

8  official capacity, been the plaintiff or defendant

9  in a lawsuit?

10      A    No.

11      Q    Are you represented by a lawyer here

12  today?

13      A    Yes.

14      Q    And who is that?

15      A    Bryan Tyson and also Brian Field.

16      Q    What did you do to prepare for this

17  deposition?

18      A    So to prepare for this deposition, I

19  quickly skimmed over the VoteAmerica deposition

20  transcript, and reviewed SB 202, and then I did have

21  a meeting with my attorneys.

22      Q    Did you speak with anyone else aside from

23  your attorneys in preparation for this deposition?

24      A    Ryan Germany, who was the former general

25  counsel for the Secretary of State.



1      Q    And for about how long did you speak with

2   Mr. Germany?

3      A    It would have been three, 3-1/2 hours.

4   Probably four hours.

5      Q    And what did you discuss with Mr. Germany?

6          MR. TYSON:  I'll just object here to the

7      extent it calls for attorney-client privileged

8      information.  Mr. Germany was acting on behalf

9      of counsel in the deposition preparation

10     meeting.

11          So I think you can talk about general

12     topics but not the specifics of what was

13     discussed.

14     A    So SB 202 and absentee ballot processes

15   were the main things.

16     Q    Let me clarify.  The meetings or

17   discussions that you had with Mr. Germany, were they

18   meetings that Mr. Tyson or Mr. Field were also a

19   part of?

20     A    Yes.

21     Q    So you said you discussed SB 202

22   generally?

23     A    Uh-hum.  (Affirmative.)

24     Q    Please verbalize your answer.

25     A    Oh, yes.  Sorry.



1       Q     And the absentee ballot process?

2       A     Yes.

3       Q     Were there any other general topics that

4  you discussed in that meeting?

5       A     We discussed advance voting.

6             We discussed in-person voting generally,

7  and the effects of SB 202 on those processes.

8       Q     When you were talking a minute ago you

9  mentioned reviewing the VoteAmerica deposition

10 transcript in preparation for this deposition.  Is

11 that correct?

12      A     Yes.

13      Q     And you also mentioned reviewing a copy of

14 SB 202.  Is that correct?

15      A     Yes.

16      Q     Were there any other documents that you

17 reviewed in preparation for this deposition?

18      A     No.

19      Q     And aside from Mr. Tyson, Mr. Field, and

20 Mr. Germany, did you speak with anyone else in

21 preparation for this deposition?

22      A     To a very small extent, just to prepare

23 for like the timing of the deposition, that kind of

24 thing, deputy general counsel Steven Ellis, but not

25 so much on the content.



1            He helped me schedule the day.

2       Q    Understood.  So your discussions with Mr.

3  Ellis were limited to scheduling?

4       A    Yes.

5       Q    So now we're going to talk a little bit

6  more about you, Mr. Evans.

7            How long have you resided in Georgia?

8       A    Since March of 2019.

9       Q    And you live in Fayetteville, Georgia,

10  correct?

11      A    Correct.

12      Q    How long have you lived in Fayetteville?

13      A    March of 2019.

14      Q    And you attended Auburn University for

15  your bachelor's degree, correct?

16      A    Yes.

17      Q    And you also attended Auburn University

18  for your master's in public administration, correct?

19      A    Yes.

20      Q    You graduated in 2015 with your master's

21  degree, correct?

22      A    Yes.

23      Q    Prior to your job with The Secretary of

24  State's Office, you were an elections supervisor in

25  Escambia County, Florida, correct?



1      A     Elections chief.  So I worked under

2   elections director, the department director, Richard

3   Barron.

4           So the way the Fulton County Registration

5   and Elections Department was divided, there was an

6   elections section and a registration section.  And

7   so I would have been under Director Barron, the

8   supervisor of the elections section.

9      Q     Thank you.  We will talk more about Fulton

10  County momentarily.

11          I actually want to start with your

12  previous job you had in Escambia County, Florida?

13     A     Okay.

14     Q     When you were there, you were elections

15  supervisor, correct?

16     A     So, um, when I first took that job -- so

17  that would have been -- that would have been August

18  of 2015.  I think the first title I held was

19  election analyst.

20          From August of 2015 to around January of

21  2017, and then I think the title changed to

22  elections coordinator.  That's when I did get

23  supervisory duties at that point, and then I kept

24  that position until March of 2019, when I

25  transitioned to Fulton.



1      Q     And now going ahead to Fulton, your title

2   at Fulton was elections chief, I believe you said;

3   is that correct?

4      A     Yes, that's right.

5      Q     Prior to your role at The Secretary of

6   State's Office, have you held any other position

7   related to elections aside from the two that we've

8   just spoken about?

9      A     When I was at Auburn, in the master's

10  program, I did do some internship work related to

11  elections, mainly working as a graduate assistant

12  and helping with the involvement that we had with

13  the elections center.

14         The elections center is the National

15  Association of Elections Officials.  So as part of

16  my internship I helped with various projects,

17  including helping with the administration of

18  training classes and that sort of thing.

19     Q     Let's go back to your time with Fulton

20  County.

21         How long were you the Fulton County

22  elections chief?

23     A     From March of 2019 to July 2020.

24     Q     Can you describe your responsibilities in

25  that role?



1        A     Yes.   So you have the Fulton County
2   Registration and Elections Department.   You had the
3   two sections; one was registration and then one was
4   elections.
5             And so the elections section was primarily
6   responsible for Election Day activities and advance
7   in-person voting activities.
8             Those things included selection of polling
9   places, training of poll workers, requirement of
10  poll workers, and that sort of thing.
11       Q     And then moving to your role, your job at
12  The Secretary of State's Office, how long were you a
13  deputy election director with The Secretary of
14  State's Office?
15       A     I was deputy director from July of 2020,
16  when I got there, through basically July of 2021,
17  and then formally became elections director I think
18  effective August 1 of 2021.
19       Q     Can you generally describe your
20  responsibilities as deputy election director?
21       A     Sure.   So I worked under then State
22  Elections Director Chris Harvey, and so I supervised
23  the, supervised the liaisons who were in our office,
24  liaison deposition is, as it sounds, liaison between
25  our office and county election officials.



1          I helped with special projects that were

2     part of the administration, or part of our

3     overseeing of the 2020 elections.

4          I would periodically assist with trainings

5     for county elections officials.

6          Those are kind of the high level

7     activities.

8     Q    And so you said you periodically

9     participated in trainings.  Is that like once a

10    month?  Once every two months?

11    A    So it was really on an as-needed basis,

12    especially as we -- if I'm thinking back as we got

13    into -- closer to November 2020 general election,

14    counties were very busy conducting the election, and

15    so there were different things that would pop up.

16         Like we had, if I remember correctly, a

17    new absentee ballot portal.  So we had to -- and we

18    were assisting counties with like mass mailings of

19    absentee ballots and that sort of thing.

20         So as part of that we had to hold a

21    training for county election officials about, you

22    know, how to issue ballots properly.  Because we

23    were assisting with some of the printing of absentee

24    ballots.  So how to issue ballots properly in the

25    system so we would know to issue the ballots.



1           So it was kind of as needing -- as needed,

2    that I would participate in those trainings.

3       Q    So the majority of the trainings were done

4    by the liaisons that you supervised; is that

5    correct?

6       A    So we actually had a training

7    administrator whose role was really the development

8    of training curriculum.

9           And then also in addition to the liaisons,

10   there was a systems manager that I supervised.  He,

11   by the time I got there, was an interim systems

12   manager who held the position, so who worked with

13   our IT Department to maintain the statewide voter

14   registration system.

15          So if we had, you know, changes to that

16   system, that would impact how a county might process

17   paperwork or applications.  Then I could assist with

18   -- I would assist with those trainings.

19          But we did have a training administrator

20   who was primarily responsible for training,

21   curriculum, and setting trainings.

22      Q    And who was that training administrator in

23   2020?

24      A    So when I got there, it was Breanna

25   Thomas.



```
 1        Q    And who is the current training
 2   administrator?
 3        A    Currently, we have restructured since then
 4   and divided those duties amongst multiple people, so
 5   that we're structured differently than we were then.
 6   So there's no longer the training administrator
 7   role.
 8        Q    Going back to that systems manager role,
 9   you mentioned that it was someone who was interim
10   during that time in 2020.  Who was that?
11        A    His name is Brian Hill.
12        Q    Who is the current systems manager?
13        A    Nicolas Northen.
14        Q    You mentioned the state voter registration
15   system.  So in your role as deputy election
16   director, did you work with the state voter
17   registration system?
18        A    Yes.  I oversaw the systems manager.  And
19   so I supervised that responsibility, and then as
20   needed would get more granular in my work if he
21   needed assistance with it.
22        Q    Did you ever directly enter data into that
23   system?
24        A    Could you kind of expand on what you mean?
25        Q    You noted that you had mostly a supervisor
```



 1  role?

 2       A    Uh-hum.  (Affirmative.)

 3       Q    But were you working directly with the

 4  system at any point entering information?

 5       A    Generally, counties are the ones who are

 6  entering the information, processing applications.

 7  There are times when there might be certain tasks

 8  that we have to complete, that we have to enter

 9  data, but I don't recall a specific instance right

10  now where I entered data directly into the system.

11       Q    Did you ever pull reports from that

12  system?

13       A    Yes.

14       Q    What kind of reports did you pull from the

15  system?

16       A    So in 2020 I would oftentimes be pulling

17  absentee voter reports, rollover list reports, which

18  include voters on the absentee ballot list.

19            I may have pulled like advance voting

20  location reports to get a listing of county advance

21  voting locations.

22            And those would be the more common ones,

23  but there are several reports.  I could have ran

24  more and probably did run more.

25       Q    What is the absentee voter report?



1        A    So the absentee voter report is one that

2   is generally accessible to the public.  We would

3   post it nightly on our website, and it's a report

4   that lists by county the voters who have -- the

5   voter records that have been reported as being

6   issued an absentee ballot or submitting an absentee

7   ballot request.  They'll indicate whether or not

8   that application, that absentee ballot request

9   application, was accepted or rejected.

10             The voter report, absentee voter report

11  shows the date that the county entered when the

12  ballot was issued.  It will show the date the county

13  entered for which the ballot was returned, if the

14  ballot was returned.

15             It will show whether or not the ballot was

16  accepted or rejected or spoiled or cancelled.

17             It will show other data points, like the

18  districts for the voter.

19             It also shows, it shows data for advance

20  in-person voters as well.

21             So that's high level what the report is.

22        Q    And you said that is the public report,

23  the one that The Secretary of State's Office posts

24  online, correct?

25        A    Yes.  That's a publicly available report.



1          Generally, it would be updated nightly.

2    The only difference between running it in the system

3    or what we posted publicly, maybe one or two

4    columns, but really the only one main column that

5    would be a difference is -- it's a column that shows

6    designation of a voter.  So it will show like

7    whether voters are UOCAVA or if they are elderly or

8    disabled, and that column is not posted publicly.

9         Q    So you described one column that's not

10   posted publicly.  I thought I heard you say there

11   were a couple of columns not posted publicly; is

12   that correct?

13        A    It may just be the one.  That's the one

14   that I know for sure is not posted publicly.

15        Q    Let's talk now about your current role at

16   The Secretary of State's Office.

17          You are the election director at the

18   Georgia Secretary of State's Office, correct?

19        A    Correct.

20        Q    Can you generally describe your role and

21   responsibilities in that position?

22        A    Sure.  So our Elections Division is

23   divided up into a couple of sections now.  We have a

24   deputy director of election systems, and then we

25   have a deputy director of election services.



1        Starting with the deputy director of

2   election services, Dr. Jesse Harris, he oversees all

3   four of our training liaisons.  Each training

4   liaison has a region that they serve, that they

5   communicate with.  They're oftentimes for

6   communication the liaison between us and counties.

7        He also oversees our front desk operation

8   for when people come in to -- we house the Great

9   Seal for the State of Georgia.  So if somebody is

10  coming in to certify paperwork they need for an

11  adoption or something like that, we do that.

12       And he oversees our -- generally the

13  development of our training curriculums.

14       And then if you go over to the deputy

15  director of election systems, that is Michael

16  Barnes, and underneath him you have voting systems,

17  which include our Dominion voting equipment.  So

18  that would include the ballot marking devices, our

19  scanners, high speed scanners, the maintenance of

20  those equipment.  It's also the team that trains on

21  that equipment.

22       And then you have also underneath Michael

23  is our voter registration system, and then that

24  would include the maintenance of the system that he

25  would oversee.



1     Q    In your role as elections director, do you

2  do any training for counties -- for county election

3  officials?  Excuse me.

4     A    So our office does training and I

5  participate in those trainings, I would say, on an

6  as-needed basis.

7     Q    Are you a member of any professional

8  associations?

9     A    Yes.  So I'm part of the National

10 Association of State Election Directors, and --

11 well, that's the main one, yeah.

12    Q    And can you tell me what that organization

13 does?

14    A    Sure.  So it -- the National Association

15 of the Election Directors for the country.  So we

16 have a couple of conferences a year.  We get

17 together and -- and, you know, it can also be a good

18 opportunity for networking, information sharing,

19 best practices sharing, and that sort of thing.

20    Q    In your current position as director of

21 elections, do you have any role in giving input on

22 prospective bills related to elections?

23    A    I would say in our capacity, we're a lot

24 more on the implementation side, but there are times

25 where we might be asked for an election



1  administration perspective on the impacts of

2  potential bills.

3      Q    Do you recall any examples of being asked

4  for that perspective on bills?

5      A    Yes.

6      Q    Can you give an example?

7      A    Sure.  So just recently, the first one

8  that comes to mind was a meeting that had --

9  probably about three weeks ago or so.  It was set up

10  by the legislative director for the Secretary of

11  State's Office, and our chief of staff, Secretary's

12  chief of staff.  Legislative director Maggie Haisty,

13  chief of staff Sam Teasley, with some state senators

14  that were considering some potential election

15  legislation and dropping some bills, and they wanted

16  to get our opinion, or my opinion, on those

17  potential bills.

18          And so we had a meeting with them to just

19  kind of talk through our thoughts on what they were

20  looking at recommending, and the impacts they might

21  have to election administration.

22      Q    So you said this meeting was about three

23  weeks ago?

24      A    Yes.

25      Q    Which senators were there, do you recall?



1      A    So I remember Kate Kirkpatrick was there,

2   Max Burns was there, Marty Harbin was there, and one

3   other I believe but I don't remember his name.

4      Q    Do you recall having meetings like the one

5   you just described in previous legislative sessions,

6   specifically the 2021 legislative session?

7      A    Yes.

8      Q    During the 2021 legislative session, this

9   was when you were a deputy election director,

10   correct?

11      A    Correct.

12      Q    We will talk more about that meeting

13   momentarily.

14           Let's go back now and talk about the 2020

15   election cycle.

16      A    Okay.

17      Q    What were your main responsibilities at

18   The Secretary of State's Office for the 2020

19   election cycle?

20      A    So I got to the office in July of 2020.

21   So I was supervising the training liaisons, which

22   was the liaison for communication, outgoing and

23   incoming from our office to county election

24   officials, or vice versa, and also overseeing the

25   systems manager.



1            I can remember there were -- because at

2    that point in an elections cycle you really are very

3    focused on the task that it takes to conduct what

4    was going to be a very high turnout election,

5    November 2020.

6            So there were somewhat, I would call,

7    special projects that we had to get done in order to

8    be prepared for the election.  That concluded -- one

9    of the big projects that consumed a significant

10   portion of time at the beginning, if I recall, is we

11   were launching an absentee ballot application

12   portal.  So that required a significant amount of

13   time spent preparing the system for that and

14   launching that, so that voters would have access to

15   it.

16           And then we were also seeing very, very

17   unusually high amount, high volume of absentee

18   ballots because we were in the middle of a pandemic.

19   Many people that would typically vote in person were

20   voting by mail.

21           And as part of that, we were assisting

22   with, for many counties, the mailing of absentee

23   ballots.  So we -- one of the other special projects

24   was, as we got closer to the 2020 election, was

25   pulling those absentee voter files, based on the



1   data that counties had entered, and for counties

2   that needed our assistance in mailing, because a

3   county could have said, and some counties did, we

4   want to mail our own.  If I remember correctly.  I

5   remember -- I forget how many counties opted in,

6   but, anyway, so we would pull those files.

7            We would work with the equipment vendor

8   and print vendor to be able to get that data over so

9   the ballots could be printed and then mailed to

10  voters.  So that was -- you know, when we got to the

11  mail-in period for absentee ballots.  So that

12  consumed a significant portion of time.

13           I did participate in some trainings during

14  that time period.  I think, as I mentioned earlier,

15  trainings on -- I think I participated in a training

16  on processing absentee ballot requests that came in

17  through the new absentee ballot portal.

18           And then also I assisted with training

19  counties on how we needed the data to be entered in

20  order for us to be able to pull the absentee voter

21  report and be able to accurately read the data to

22  get ballots sent out to voters.

23           So during that time period, I would say

24  between July and really through December, because we

25  also had the January 5th special election, those



1  things, managing liaisons, managing the systems

2  manager, helping with the absentee ballot project,

3  helping with the absentee ballot portal project were

4  four things that I remember consuming a significant

5  amount of my time.

6       Q    For the 2020 election cycle, so that

7  includes the June primary, November general

8  election, and as you alluded to the January runoff

9  election, did you communicate with legislators?

10      A    So during that -- in the midst of the

11  election cycle?

12      Q    Correct.

13      A    I remember -- I remember when I was at

14  Fulton some legislators I believe -- communicating

15  with some legislators.  I remember we had a line at

16  one particular early voting site and I went on out

17  there to check on it, and there was a legislator

18  there, I believe, checking on it also.

19           The Secretary of State's Office, in the

20  midst of the cycle, I remember getting questions

21  after the cycle -- or getting questions routed to me

22  after the cycle, but I would describe any

23  communication that I had in the midst of the

24  election cycle as very limited.

25      Q    During the 2020 election cycle, did you



1  have any responsibilities related to drop boxes?

2      A    So when I was at Fulton, it was -- I

3  mentioned earlier we had the Registration Division,

4  the Elections Division.  So the Registration

5  Division oversaw voter registration at Fulton, and

6  then also mailing and processing the return of

7  absentee ballots.

8          The Elections Division did assist with the

9  pickup.  It was part -- not Elections Division but

10  the elections section did assist with the pickup of

11  absentee ballots from drop boxes, and kind of the

12  logistics of getting those ballots brought back.

13          I remember -- I remember when I was at The

14  Secretary of State's Office trying to get a count of

15  exactly how many counties had drop boxes.  I think

16  we tried to get a count of where those drop boxes

17  were.

18          So, really, the Secretary of State's

19  Office, it was more just trying to maintain an

20  inventory of the boxes.

21      Q    And how did you do that, getting a count

22  of the drop boxes?  How did you go ahead and do

23  that?

24      A    I think at first we had liaisons reach out

25  to counties, do you have a drop box.  We probably



1  looked at some websites because a lot of times

2  counties would post the information on the websites.

3          At some point, and I don't remember when

4  exactly this was, we do have a -- basically I

5  believe it's a SharePoint site called Firefly, and

6  we built in a form on Firefly where counties could

7  go in and enter in their absentee ballot drop boxes,

8  so with their address.  But I don't remember the

9  exact time that that would -- that information was

10  put in so that we could collect it in that way.

11          But I do remember liaisons reaching out to

12  counties, saying, hey, do you have a drop box.  So

13  that's generally how we would -- how I remember us

14  getting the inventory.

15     Q    So let's take that step-by-step.

16          The liaisons reaching out, approximately

17  when was that?

18     A    So I remember -- I remember getting -- we

19  probably got questions before the November 2020

20  election, and that may have prompted us to reach out

21  and make sure we were maintaining the inventory.

22          I remember we were getting questions about

23  it in December of 2020.  I don't remember for sure,

24  but I feel that it's very, very probable that we

25  were doing it, you know, like the October time frame



1    before the election.

2        Q    To the best of your knowledge, was there

3    any attempt by The Secretary of State's Office to

4    get those drop box locations before the June primary

5    election?

6        A    I'm probably not the best person to ask

7    this.  I was not at The Secretary of State's Office,

8    so I don't recall one way or the other.

9        Q    So then getting back to the November

10   general election, you alluded to the fact that you

11   thought that this tracking, using liaisons, occurred

12   before the November 2020 election.  Is that correct?

13       A    I don't remember for sure but I feel like

14   probably yes.

15       Q    And does this information still exist for

16   that November 2020 election, this list?

17       A    I think we ended up -- it might.  I

18   remember that we had a file that we were working on

19   like around the December 2020 time frame.  So there

20   may be an existing file that we could go back and

21   find.

22       Q    And then you mentioned the second part of

23   your answer previously was that there was a Firefly

24   form?

25       A    Uh-hum.  (Affirmative.)



1     Q    That allowed counties to essentially input

2    their drop box locations.  Is that a correct

3    understanding of that Firefly form?

4     A    Yes.

5     Q    And to the best of your recollection, when

6    was that Firefly form uploaded or used?

7     A    So this would be something that would be

8    easy to find in my emails.  We might have created

9    that, now that I'm thinking about it, in 2021,

10    because at the same time I think we were also

11    creating a couple of other forms, and we might have

12    just said let's go ahead and create one for drop

13    boxes so it will be an easy way to collect it.

14     Q    When you say 2021, that was for the 2021

15    municipal elections, not before the January runoff

16    election?

17     A    It would have been -- I believe it would

18    have been after the January runoff election, and the

19    intent would be to have used it for future

20    elections.

21     Q    Does that Firefly form still exist?

22     A    Yes.

23     Q    And so currently The Secretary of State's

24    Office does maintain a record of where the drop

25    boxes are located across the state?



1      A     We maintain records based on what counties

2    provided us.

3      Q     Then I want to go back to a different part

4    of your answer, where you were discussing The

5    Secretary of State's Office compiling a list of drop

6    box locations.

7            Is that the same list of drop boxes that

8    we were just discussing?

9      A     I believe so.

10     Q     To the best of your knowledge, does The

11   Secretary of State's Office play a role in deciding

12   where specific drop boxes were located for the June

13   2020 primary election?

14           MR. TYSON:  Object to form.

15           You can answer.

16     A     Can you repeat the question?

17     Q     Yes.  Based on your knowledge, do you know

18   if the Secretary of State's Office played a role in

19   deciding where specific drop boxes were located for

20   the June 2020 primary election?

21     A     No.

22     Q     And just to clarify, no, you don't know;

23   or, no, The Secretary of State's Office did not play

24   a role?

25     A     So the counties select the location of



 1  drop boxes.  To the extent, you know, a county may

 2  have called and said, hey, I don't know, you know,

 3  what a -- whether this spot I'm thinking about is an

 4  acceptable place under the law, we may have pointed

 5  them to the law to help them decide that, but we

 6  would not have, you know, helped -- we would not

 7  have picked locations for them.

 8       Q    To the best your knowledge, the Secretary

 9  of State's Office also would not have picked

10  locations for drop boxes for the November 2020

11  General Election?

12       A    Correct.

13       Q    And the same for the January 2021 runoff

14  election?

15       A    Correct.

16       Q    Going back to the calls you just referred

17  to, do you recall getting those types of calls

18  during the 2020 election cycle?

19       A    I don't recall any particular calls.

20       Q    Are you familiar with the drop box

21  transfer form used in the 2020 election cycle?

22       A    I'm familiar that there was one.  I'm a

23  little hazy on the details of what it looked like.

24       Q    No problem.  I'm going to hand you an

25  example of a drop box transfer form that will be



1   marked Exhibit 158 -- 157.  Excuse me.  And this is

2   also marked with the Bates-stamp

3   USA-BACON-000006.001.

4            (WHEREUPON, Plaintiff's Exhibit-157 was

5        marked for identification.)

6   BY MS. JHAVERI:

7        Q    Please take a moment to review this form.

8            (Witness reviews exhibit.)

9        A    Okay.

10       Q    Do you recognize this form?

11       A    Yes.

12       Q    What is it?

13       A    It is a drop box ballot transfer form that

14   was used in the November 2020 election from -- or in

15   Bacon County.

16       Q    Did you have any role in the development

17   of this form?

18       A    Not that I can recall.

19       Q    To the best of your knowledge, did The

20   Secretary of State's Office develop the drop box

21   transfer form used for the 2020 election cycle?

22       A    I'm not sure.

23       Q    Do you know who might know the answer to

24   that question?

25       A    I would imagine that somebody that was



1  there, that was at The Secretary of State's Office,

2  for the June primary might know, or might have a

3  better idea.

4      Q    So it's your understanding this was

5  developed before the June primary election?

6      A    That's -- yeah, that's what I recall.

7      Q    To the best of your knowledge, were

8  counties required to complete the drop box transfer

9  form for the June 2020 primary election?

10         MR. TYSON:  I'll object to form.

11         You can answer.

12      A    Yes.

13      Q    In and your experience -- you were at

14  Fulton County during that election, correct?

15      A    Yes.

16      Q    In your experience in Fulton County, were

17  you required to use this drop box transfer form for

18  the June 2020 primary election?

19         MR. TYSON:  Object to form.

20      A    Yes.  I remember having to use a drop box

21  ballot transfer form.  I think this was the design

22  and layout.

23      Q    To the best of your knowledge, were

24  counties required to use this drop box transfer form

25  for the November 2020 General Election?



```
1              MR. TYSON:  Object to form.
2        A    Yes.
3        Q    And also for the January 2021 runoff
4    election?
5              MR. TYSON:  Same objection.
6        A    Yes.
7        Q    For the 2020 election cycle, to the best
8    of your knowledge, do you know if counties were
9    required to return these forms or send a copy of
10   these forms to the Secretary of State's Office?
11             MR. TYSON:  Object to form.
12       A    I remember getting some forms.  I think
13   that the forms that we asked to be sent to us, I
14   don't remember for sure if it was as part of
15   investigations in the particular counties, or if we
16   asked for all counties to send us these forms.
17       Q    Do you know who might know the answer to
18   that question?
19       A    I would probably know in searching my
20   emails.
21       Q    Understood.
22             All right.  We are going to move on.  I am
23   going to show you an additional document that will
24   be marked Exhibit 158, and it is Bates-stamped
25   CDR00043725 to 726.
```



```
 1                (WHEREUPON, Plaintiff's Exhibit-158 was
 2          marked for identification.)
 3   BY MS. JHAVERI:
 4        Q    Please take a moment and review the
 5   document.
 6             Do you recognize this document?
 7             (Witness reviews exhibit.)
 8        A    Yes.
 9        Q    What is this document?
10        A    It's an email thread.  It appears to have
11   originated from Nathan Smith, Absentee Balloting and
12   Early Voting Director of The Republican National
13   Committee, to our office, Secretary of State's
14   Office.
15        Q    Okay.  You just mentioned that Nathan
16   Smith is the Absentee Ballot and Early Voting
17   Director of The Republican National Committee; is
18   that correct?
19        A    Yes.
20        Q    Is it, in your experience, normal for a
21   representative of a political party to ask for this
22   type of information?
23        A    I wouldn't describe it as unusual.
24        Q    So you're saying it was not out of the
25   norm?
```



1       A    Correct.

2       Q    And to clarify, he asked for a list of

3  updated advanced voting locations, correct?

4       A    Yes.

5       Q    Do you know why Mr. Smith wanted this

6  information?

7       A    No.

8       Q    We are going to look at another document,

9  which will be marked as Exhibit 159.

10           It is Bates-stamped CDR0017569, and is a

11  December 23rd, 2020 email.

12           (WHEREUPON, Plaintiff's Exhibit-159 was

13       marked for identification.)

14  BY MS. JHAVERI:

15       Q    Please take a look at this email.  Do you

16  recognize it?

17           (Witness reviews exhibit.)

18       A    I don't recall it but I recognize it.

19           Yeah, I mean I recognize it's an email by

20  the way it's -- it looks like I maybe typed a draft

21  to send it to Breanna, as coming from Director

22  Harvey.

23       Q    So you drafted this email, correct?

24       A    I don't remember for sure.  That appears

25  to be the case.



1      Q     You're saying it appears to be the case

2   because your signature block is on this email,

3   correct?

4      A     Correct.

5      Q     And you noted earlier Breanna Thomas was

6   the training coordinator; is that correct?

7      A     Her title was training administrator at

8   this time.

9      Q     Do you recall why it says it's from Chris

10  Harvey at the bottom?

11     A     Generally, when we would do something, you

12  know, that was -- sometimes if we were going to put

13  out mass communication, we would, as in Chris,

14  myself, wanted it to come from him, depending on

15  what it was.

16     Q     As we previously discussed, this looks

17  like it was a draft form for Ms. Thomas' review,

18  correct?

19     A     Yes.

20     Q     Do you know if some version of this email

21  ended up going out to county election officials?

22     A     I don't think we decided to conduct a risk

23  limiting audit following the January 5th election.

24  So I don't -- I don't think this recommendation ever

25  went out.



1      Q    So your recollection is that no version of
2   this email went out to the county election
3   officials?
4      A    At least the part calling for a risk
5   limiting audit.  I don't think that ever went out.
6      Q    Okay.
7      A    We may have used the rah-rah stuff, but I
8   don't recall the risk limiting audit part going out.
9      Q    And then in the very first line, and I'll
10  read it out loud:  "The finish line to an eventful
11  2020 is in our sights."
12          What did you mean by "eventful 2020"?
13     A    I meant that -- I was referencing that it
14  had been a very busy and challenging year.
15     Q    I understand the Secretary of State's
16  Office decided not to do a risk limiting audit, but
17  in this email you state:  "With a focus on providing
18  voters with the evidence they want to prove that our
19  elections are administered fairly and securely."
20          That's in the last paragraph, for your
21  reference.
22          What did you mean by that?
23     A    So if we were going to ask counties,
24  because we didn't have -- the law for risk -- or for
25  audits mandates that we do them after general



1  elections in even numbered years.  And so there

2  wouldn't be a legal requirement to complete an audit

3  after the January 5th runoff election.

4          So if we were going to put out a request

5  to do an audit after that election, we needed to put

6  out a good why, and a good reason for conducting

7  audits is audits can help build confidence.  They're

8  transparent.  Members of the public can come and

9  view a county conducting an audit.

10          So that was -- that last sentence would be

11  getting to that point, as an audit can assist in

12  proving the accuracy of machines, the accuracy of

13  the final count, the accuracy of the end result.

14      Q    To the best of your knowledge, do you know

15  why the Secretary of State's Office decided not to

16  conduct a risk limiting audit for the January 2021

17  runoff election?

18      A    I don't remember the exact conversations

19  or reasoning, but I remember there was concern about

20  the number of counties that would choose to

21  participate because we didn't have that legal

22  requirement, and then there was also concern at

23  essentially county burn-out from conducting in the

24  middle of a pandemic the 2020 election cycle.

25      Q    To the best of your knowledge, were the



 1  elections in the 2020 election cycle administered

 2  fairly and securely in Georgia?

 3      A    Yes.

 4      Q    Based on your experience in the Secretary

 5  of State's Office, was there widespread voter fraud

 6  that occurred in the November 2020 election in

 7  Georgia?

 8      A    No.

 9      Q    And what is your basis for saying that?

10      A    So there are a lot of reasons.

11           We have a good voting system.  We have a

12  good check-in process.

13           Counties following the election conducted

14  a risk limiting audit.  Risk limiting audits are

15  able to show, confirm with a high level of

16  confidence that the correct winner won the election.

17  And because the contest was so close, our risk

18  limiting audit resulted in the required that we can

19  count all ballots.

20           So we did a hand count of all ballots.

21  The outcome was confirmed, and then there was a

22  recount, machine recount after that, confirmed the

23  result again.

24           I've looked at a lot of data on, you know,

25  reconciliation data comparing voter check-ins to



1   ballots cast, voter credit to ballots cast, and it

2   all points to a fair and secure election.

3        Q    And just to clarify, you're referring to

4   the November 2020 election?

5        A    Yes.

6        Q    And these methods that you just mentioned

7   revealed that there was no widespread voter fraud

8   for the November 2020 election in Georgia, correct?

9        A    Yes.

10       Q    Prior to the passage of SB 202, were there

11  safeguards in Georgia Law to prevent voter fraud?

12            MR. TYSON:  Object to form.

13       Q    Let me reask the question.

14            To the best of your knowledge, prior to

15  the passage of SB 202, were there safeguards in

16  Georgia Law to prevent voter fraud?

17       A    Yes.

18       Q    And, to the best of your knowledge, were

19  there specific processes to prevent fraud in

20  absentee by mail vote?

21       A    Yes.

22       Q    We are going to look at another exhibit.

23            You're going to be handed what will be

24  marked Exhibit 160, and it is Bates-stamped

25  GA-VA00001665 through 1667.



```
 1              (WHEREUPON, Plaintiff's Exhibit-160 was
 2         marked for identification.)
 3    BY MS. JHAVERI:
 4         Q    Please review the document.
 5              Do you recognize this email chain?
 6              (Witness reviews exhibit.)
 7         A    Yes.
 8         Q    What is it?
 9         A    So it originated from Hayley McCloud, who
10    is our legislative director at the time, and the
11    original question that appears she got from a state
12    legislator was -- I guess it doesn't say who.  It
13    says a state rep, asking if we have a way to
14    identify if 50 to 100 ballots are sent to the same
15    address.  And then there's a thread of back and
16    forth emails.
17         Q    Right.  And the email you're referring to
18    just now is the email at Georgia VA000001667,
19    correct?
20         A    Yeah.
21         Q    Ms. McCloud's email?
22         A    Yes.
23         Q    Do you know which state rep Ms. McCloud is
24    referring to in that email dated November 20, 2020,
25    at 9:04 a.m.?
```



1      A    I do not.

2      Q    To the best of your knowledge, was this

3  type of request common after the November 2020

4  General Election?

5      A    I can't say that it was frequent.  So by

6  common, you mean frequent, then I don't recall it

7  being frequent, but it was not unusual, simply

8  because people were asking a lot of questions.

9      Q    Do you know about how many of those

10  questions came from state reps, state

11  representatives?

12      A    I don't remember.

13      Q    What did you understand the concern raised

14  by the state representative's question; so that is,

15  if there's a way to identify when 50 to 100 ballots

16  are sent to the same address?

17      A    I think the concern would be that there

18  were many -- the concern was, it appears that there

19  were many ballots, in this case 50 to 100, being

20  sent to the same address.

21          My guess is what they were concerned about

22  is if you had 50 to 100 ballots going to a location

23  where only, you know, a handful of people lived,

24  that that would create an opportunity for fraud.

25      Q    Are you aware of any instance during the



1  2020 election cycle when 50 to 100 ballots were sent

2  to the same address in Georgia?

3       A    I mean there may have been -- I'd have to

4  look at the data.  I mean you do have apartment

5  complexes and that kind of thing.

6       Q    For apartment complexes, that would be

7  differentiated by unit number, correct?

8       A    Yeah, there should be a different -- there

9  should be a unit number in there, correct.

10      Q    So it would not be the exact --

11      A    -- unit number or something like that.

12           THE COURT REPORTER:  I'm sorry.  Say it

13      again.

14      Q    So it would not be the same exact address,

15  correct?

16      A    Correct.

17      Q    To the best of your knowledge, were there

18  instances in which a voter received multiple

19  absentee ballots during the November 2020 election

20  cycle?

21      A    So there may have been very limited

22  examples of that.  You do have some examples where

23  somebody has to have a ballot reissued because

24  something happened to their first ballot.  They made

25  a mistake on their first ballot.  So get a ballot



1  reissued to them.

2       There was what I would say a significant

3  amount of confusion among people saying, you know, I

4  got multiple ballots sitting on my counter and it

5  was -- and you don't have three ballots, you have

6  three absentee ballot applications.

7       But to the extent that it actually

8  happened that somebody got multiple ballots sent to

9  them without requesting a reissue, I think that

10 would be very, very limited.

11      Q    So you would say it was not a widespread

12 issue?

13      A    Correct.

14      Q    In 2020, were there safeguards in place to

15 prevent voters from receiving more than one ballot

16 -- more than one absentee ballot?  Excuse me.

17      A    Yes.

18      Q    What were those safeguards, to the best of

19 your knowledge?

20      A    So if somebody sends in an absentee ballot

21 application for a voter -- or if the voter sends in

22 an absentee ballot application, the county would

23 look up their record, and on their record indicate

24 that the voter was requesting a ballot, the date

25 that the ballot was issued.



1          And so if that person sent in a duplicate

2    request, the county wouldn't be able to issue

3    another ballot because a ballot had already been

4    issued.

5          Q    To the best of your knowledge, do you know

6    if Ms. McCloud responded to this state

7    representative who asked this question?

8          A    I do not.

9          Q    We are going to look at a different

10   document.

11              MR. TYSON:  Before we get there, we've

12         been going for about an hour and a half.  Would

13         this be a good time for a quick break?

14              MS. JHAVERI:  Mr. Evans, it's up to you.

15              THE WITNESS:  I'm good with a short break.

16              MS. JHAVERI:  Do you want to take ten

17         minutes?

18              MR. TYSON:  10 minutes, does that work?

19              THE WITNESS:  Yes.

20              MR. TYSON:  Thanks.

21              MS. JHAVERI:  Thank you.

22              (A recess was taken at 10:29 a.m. until

23         10:41 a.m.)

24   BY MS. JHAVERI:

25         Q    Mr. Evans, before we go to a new topic,



1   actually we're going to go back to the drop boxes

2   for a moment.

3          We were talking about the drop box

4   transfer forms, the drop box ballot transfer forms.

5          How were those forms used?  How did

6   counties use those forms?

7          MR. TYSON:  Object to form.

8      Q   To the best of your knowledge, how did

9   counties use those forms?

10     A   So would you like me to kind just walk

11  through the form?

12     Q   Yes.

13     A   So the top of the document, the place for

14  the election.  So in this case, Bacon County.  They

15  put November 3rd, 2020.  County name, Bacon.

16         Drop box location, so they put 232 West

17  12th Street, Alma, Georgia, 31510.

18         They would then put the date that they

19  were picking up, the time and the collection, the

20  number of absentee ballots that were there and they

21  were picking up at the time.

22         The two names of the two-person collection

23  team, along with signatures, and then when they

24  transferred those ballots to the registrar.  In this

25  case Bacon is a relatively small county, but they



```
 1   have -- there's a place there for the time of the

 2   transfer, the printed name of the registrar, and

 3   then the signature of the registrar.

 4              And then just the way the form is laid

 5   out, you can have essentially two collections on one

 6   form.

 7              MR. TYSON:  Just so the record is year,

 8         you're referring to Exhibit 157 in that

 9         description, right?

10              THE WITNESS:  That's right.

11   BY MS. JHAVERI:

12         Q    In your description, you mentioned a

13   two-person team.  To the best of your knowledge, was

14   that team required to be two people?

15         A    Yes, as I recall.

16         Q    Then previously when we were talking about

17   drop boxes, we were talking about Secretary of

18   State's Office's efforts to get a list of drop box

19   locations.

20              To the best of your knowledge, was the

21   Secretary of State's Office ever able to get a

22   complete list of drop box locations during the 2020

23   election cycle?

24         A    I feel like we got a good count.  I don't

25   remember for certain if we like got all the
```



1   addresses of the drop boxes.

2        Q    And that good count, was that prior to the

3   November 2020 General Election?

4        A    I think so.

5        Q    Currently, does the Secretary of State's

6   Office have a list of all of the drop box locations

7   in the State of Georgia?

8             MR. TYSON:  Object to form.

9        A    We could provide -- we could generate a

10  list based on the data the counties have entered.

11       Q    Just going back to the November cycle, you

12  mentioned there may be some locations missing.  Do

13  you have a sense of if it's the majority of

14  locations are missing or just a few?

15       A    I'd have to look at the list to be able to

16  give an estimate.

17       Q    And you believe that list still exists

18  from the November 2020 election?

19       A    I think that it very well -- I think that

20  it might.

21       Q    We are going to move on and talk a little

22  bit about the 2021 legislative session.

23             To the best of your knowledge, was the

24  Secretary of State's Office involved in the

25  formulation of any election-related legislation



1  during the 2021 legislative session?

2          MR. TYSON:  Object to form.

3      A    You're asking the Secretary of State's

4  Office as a whole?

5      Q    Yes, to the best of your knowledge.

6      A    So we have a legislative director who

7  generally serves as kind of liaison between our

8  office and legislators.  I know that Ryan Germany,

9  our general counsel, was involved in providing

10  feedback and working to some extent during the

11  development phases of the bill.

12          Can you repeat the question one more time?

13      Q    Sure.  To the best of your knowledge, was

14  the Secretary of State's Office involved in the

15  formulation of any election-related legislation

16  during the 2021 legislative session?

17          MR. TYSON:  Form objection.

18      A    So when I said, to clarify, the bill, I

19  was referring to what would end up becoming SB 202.

20          So there was some involvement.  I'm not,

21  you know, sure on the extent of our involvement in

22  providing feedback on all legislation, and that kind

23  of thing.

24      Q    Did you have personally any involvement in

25  reviewing and giving feedback on bills during the



1   2021 legislative session?

2        A    So I remembered there were times when

3   Chris Harvey, who is the director, and myself would,

4   you know, read through or try to keep up with

5   potential election legislation, and we might discuss

6   it with each other, you know, or somebody might ask

7   us, Hayley or somebody else might ask us, for

8   feedback on potential legislation or early

9   legislation.

10        Q    Do you recall speaking with legislators in

11   approximately January 2021 about election-related

12   bills for that legislative session?

13        A    So I remember being a part of a meeting

14   with some legislators, and I don't remember that it

15   was about any particular bill but, as I recall,

16   there were certain subjects, that they were thinking

17   about potential legislation, and I think I was there

18   to provide an election administration perspective on

19   the impacts of potential law changes.

20        Q    Do you recall if you spoke with

21   legislators specifically about the request period

22   for absentee ballots?

23        A    So I remember one of the topics in that

24   meeting was the request period for absentee ballots.

25        Q    And specifically it was the narrowing of



1   the time frame to request absentee ballots, correct?

2        A    It was potentially making a change to that

3   window, yeah.

4        Q    To the best of your knowledge, does the

5   Secretary of State's Office suggest election-related

6   changes to the law to legislators?

7        A    When you say "suggest," what do you mean?

8        Q    Does it send ideas to legislators for

9   changes to election law?

10       A    There have been times when our office

11  might provide -- our Secretary of State's Office

12  might provide recommendations.

13       Q    Do you recall meeting with other staff

14  members at the Secretary of State's Office to

15  discuss election legislation for the 2021

16  legislative session in or around January 2021?

17       A    So I know that Chris and I would have

18  conversations periodically about potential bills or

19  drafts of bills.

20            I know that -- I'm sure I had

21  conversations with folks like our -- like Sam

22  Teasley, as mentioned earlier, and probably Gabriel

23  Sterling, Ryan Germany, those kinds of people.

24       Q    You're going to get a document that will

25  be marked Exhibit 161.



1           (WHEREUPON, Plaintiff's Exhibit-161 was
2      marked for identification.)
3   BY MS. JHAVERI:
4      Q    So the document you're receiving marked
5   Exhibit 161 is Bates-stamped CDR00509009 to 0011,
6   and is an email chain.
7           Please review the document.
8           (witness reviews exhibit.)
9      A    Okay.
10     Q    Do you recognize this document?
11     A    Yes.
12     Q    Is this an internal email chain scheduling
13  a meeting for January 12, 2021, regarding election
14  legislation?
15     A    Essentially, yes, to discuss, yeah,
16  potential -- our ideas on what we thought -- changes
17  might need to be recommended for the purposes of
18  better election administration.
19     Q    To the best of your knowledge, did this
20  meeting occur?
21     A    I don't have any reason to think that it
22  didn't.
23     Q    Let's look at the email that starts in the
24  bottom of CDR00509010, from Mr. Sterling.
25     A    Okay.



JOSEPH BLAKE EVANS                                    February 23, 2023
GEORGIA SENATE BILL 202                                            68

1      Q    Mr. Sterling writes:  "Several goals:  1)
2  This will be for us to list out the changes we know
3  internally need to be made for better election
4  administration, like tightening up the rules around
5  party questions at the county level."
6           Did I read that correctly?
7      A    Yes.
8      Q    Do you know what Mr. Sterling was
9  referring to in that sentence that I just read?
10     A    Just to read the sentence one more time:
11  "This will be for us to list out the changes we know
12  internally need to be made for better election
13  administration, like tightening up the rules around
14  party questions at the county level."
15          So, you know, to discuss maybe potential
16  items that might need to be recommended for, say, a
17  House cleaning bill, something like that, and the
18  example that he used was potentially tightening up
19  rules around party questions at the county level.
20  That was party questions.
21          I think what he's referring to there is
22  essentially straw polls that parties can place on
23  ballots, that can link them to the ballot, and it
24  really just -- straw polls.
25     Q    As you just noted, that was an example



1 | that he gave.  Do you know what other things he was
2 | referring to when he said changes for better
3 | election administration?
4 |     A    I'm not certain.
5 |     Q    So earlier you noted you had no reason not
6 | to believe that this meeting occurred.  Do you
7 | recall attending this meeting?
8 |     A    I probably did.  I remember -- I remember
9 | -- I don't know if I remember the exact meeting but
10 | I probably attended it.
11 |     Q    Let's keep looking at this email and we'll
12 | talk more about meeting.
13 |          So next Mr. Sterling writes:  "To download
14 | what we are hearing may be discussed by the
15 | legislators, who may have best of attentions but may
16 | not under the unintended consequences of some of
17 | their changes."
18 |          Did I read that correctly?
19 |     A    Yes.
20 |     Q    Do you know what Mr. Sterling was
21 | referring to in that paragraph that's designated No.
22 | 2?
23 |     A    Not specifically.
24 |     Q    Do you know how the Secretary of State's
25 | Office was hearing what legislators may be seeking



1  to address in the 2021 legislative session?

2          MR. TYSON:  Object to form.

3      A    Not definitively.  I know there were folks

4  in the office that probably had an idea what

5  concerns there were, based on questions that were

6  being asked, but not definitively.

7      Q    Which folks might that be that you're

8  referring to?

9      A    It could have been folks like Gabe and

10  Hayley and Sam.

11      Q    Moving to No. 3, he writes:  "Look for big

12  improvements that may be able to gain support."

13          Did I read that correctly?

14      A    Yes.

15      Q    Do you know what Mr. Sterling was

16  referring to in that paragraph?

17      A    Not definitively.

18      Q    To the best of your knowledge, do you know

19  whose support he was referring to in that paragraph?

20      A    I'm not certain.

21      Q    Let's look at the next paragraph.  He

22  writes:  "Have our legislative affairs team there to

23  allow them to hear our discussions and give us the

24  basic impressions of what the legislators are doing

25  and what they are thinking.  This is also a time



 1   they let" -- let us know the big questions they are

 2   getting.

 3              Excuse me.  "This is also a time they let

 4   know the big questions they are getting."

 5              Did I read that correctly?

 6       A    Yes.

 7       Q    Do you know what Mr. Sterling was

 8   referring to in this paragraph marked No. 4?

 9       A    So I know one of the things in a meeting

10   like this, by having folks from our Elections

11   Division there, would be to provide an election

12   administration perspective, and also it would be an

13   opportunity for us to get maybe a perspective on --

14   from our legislative staffers, so that they could

15   hear our perspective, we could hear their

16   perspective.

17              So I think that's what he's referring to,

18   an opportunity for that conversation to happen.

19       Q    Then after that Mr. Sterling writes:  "I

20   know it is frustrating to answer the same questions

21   repeatedly, but to gain confidence with those

22   elected officials, we need to be happy to do it.

23   Because, and I know y'all have heard me say it

24   before, our legislative strategy essentially, to

25   make a literary reference, 'Please sir, may I have



1  some more.'"

2          Did I read that correctly?

3      A    Yes.

4      Q    Do you know what Mr. Sterling was

5  referring to in that paragraph?

6      A    So we were getting a lot of questions, you

7  know, whether they be routed through Hayley.  We

8  might be getting questions from voters and sometimes

9  they were the same questions.

10         Sometimes they were maybe rooted in the

11  same ballots or same narratives, and it could get

12  frustrating at times, but I think one of the things

13  he's reminding us of is the importance of

14  recognizing that they are valid concerns, or that

15  they're -- maybe valid is not always the right word,

16  but that the people who are asking us the questions

17  are legitimately concerned.  And to not belittle or

18  dismiss their claims, but to listen.

19         So that's what I get from the first

20  sentence.

21         And because -- and with the second

22  sentence, it is important to make sure that we're

23  respecting, that we're listening to legislators,

24  that we are trying to answer the concerns that they

25  have.



1          And his last reference there, because we

2    do have to make our budget requests to them, so.

3        Q    Just to clarify one portion of your

4    answer, you said questions from Hayley.  You mean

5    questions from legislators that Hayley is sending

6    over, correct?

7        A    Correct.

8        Q    We're going to look at a different

9    document and continue talking about this.

10         We are going to refer another email marked

11   Exhibit 162.

12         MS. JHAVERI:  Excuse me.  I apologize.

13         This has previously been used in the

14         Plaintiff's Deposition and this exhibit has

15         already been marked Exhibit 85.

16         (WHEREUPON, Plaintiff's Exhibit-85 was

17          previously marked for identification.)

18   BY MS. JHAVERI:

19       Q    You're receiving the marked document

20   previously marked Exhibit 85, and is at CDR00459897,

21   and is a January 12, 2021 email, from Abigail

22   Horvath.

23         Do you recognize this document?

24       A    Yes.

25       Q    What is this email?



1       A    So this appears to be -- appears to be a

2  bullet point summary of take-aways from the meeting

3  that we presumably would have had on January the

4  12th of 2021.

5       Q    This is a meeting you would have attended?

6       A    Yes, I believe that I was there.  This

7  helps jog my memory.

8       Q    Great.  So let's look at some of these

9  bullet points.

10           Let's start at the first one, "absentee

11  ballot application deadlines to 18 days."

12           Do you recall how this topic came up in

13  that meeting?

14       A    Not specifically.

15       Q    Do you recall if this was one of your

16  suggestions?

17       A    I don't recall this being a suggestion

18  that would have originated from me.  And I don't --

19  I don't recall ever the topic of an 18-day

20  application deadline.

21       Q    So to the best of your recollection, you

22  do not recall a conversation occurring regarding the

23  18-day absentee ballot application deadline in

24  January 2021?

25       A    Yeah, I don't recall that.



1       Q    Let's look at the fourth bullet, "collapse

2    absentee ballot request from 180 days to 90 days."

3            Do you recall how this topic came up?

4       A    Not specifically.

5       Q    And to the best of your recollection, this

6    was not one of your suggestions?

7       A    Not that I remember.

8       Q    Do you recall anything about the

9    conversation regarding this topic?

10      A    Yes.

11      Q    Can you describe what you remember?

12      A    So I remember one of the issues that we

13   encountered in 2020, partly I think due to the

14   pandemic, very high volume, much more than we were

15   used to, of absentee ballots, is some amount of

16   voter confusion and whether or not they had

17   requested an absentee ballot.

18           And I believe that this topic came up

19   because of the -- as a way to address that issue

20   because people might request a ballot far out from

21   the election, forget they requested it, and then

22   have some level of confusion or concern when they

23   didn't receive the ballot.

24      Q    And how did you know there was voter

25   confusion about this topic?



JOSEPH BLAKE EVANS                                    February 23, 2023
GEORGIA SENATE BILL 202                                            76

1        A    So I do remember not specifically but

2    generally there being some level of voter complaints

3    in 2020 from ballots arriving to a voter that they

4    had forgotten they requested.

5        Q    Do you have any sense of how frequent

6    those complaints were?

7        A    I don't recall.

8        Q    Do you recall if the Secretary of State's

9    Office received input from county election officials

10   in regards to this topic?

11            MR. TYSON:  Object to form.

12       A    I don't recall.

13       Q    Did any county officials personally reach

14   out to you to request this change?

15       A    Not that I remember.

16       Q    Do you know if the Secretary of State's

17   Office did anything to promote this idea in the

18   state legislature?

19            MR. TYSON:  Object to form.

20       A    I remember this topic coming up in a

21   conversation with state legislators.

22       Q    And what conversation was that?

23       A    So it was a meeting in the conference room

24   in the Secretary of State's Office in the Capitol.

25   There were at least two legislators looking at



1   dropping a bill, and this was one of the topics that

2   they wanted to address.

3        Q    Who were the two legislators, to the best

4   of your recollection?

5        A    So the two legislators that were there the

6   whole time, I believe that one was Jan Jones, and I

7   don't remember for certain the other one.

8             I remember at one point in the

9   conversation -- I don't think he was a part of the

10  conversation but Barry Fleming did enter the room

11  for a short amount of time and then he left, if I

12  remember.

13       Q    And about when was this meeting?

14       A    I don't recall specifically.  I'm sure it

15  was around January, February time frame of 2021.

16       Q    And aside from Jan Jones and yourself, who

17  else attended this meeting, to the best of your

18  recollection?

19       A    So I believe Gabriel Sterling was there,

20  Ryan Germany was there.  My guess -- I'm trying to

21  remember if Chris Harvey was there.  But I remember

22  Gabriel and Ryan.  And it would be likely that Sam

23  and Hayley may or may not have been there.

24       Q    Would this meeting with legislators have

25  occurred after January 12th, so after this internal



1  meeting at the Secretary of State's Office?

2      A    Probably.

3      Q    So let's keep looking at this email.

4           No. 6, "photo ID for absentee applications

5  and ballots and removing signature match."

6           Do you recall how this topic came up?

7      A    I think this was another one that came

8  from us hearing general concerns about the integrity

9  of the signature match process that counties go

10  through -- or went through when they received

11  absentee ballots.

12      Q    And those were concerns coming from whom?

13      A    It's hard to pinpoint a particular group

14  on that, but I remember there were entities

15  expressing concern.

16      Q    To the best of your knowledge, was there

17  input from county election officials requesting this

18  change?

19      A    I don't remember.

20      Q    Was this a topic that came up in that

21  meeting with legislators that we were just

22  discussing?

23      A    I would not be surprised if it did, but I

24  don't remember for certain.

25      Q    Was there any discussion, to the best of



1  your recollection, of how voters would be impacted

2  by a photo ID requirement for absentee voting?

3       A    Yes.

4            MR. TYSON:  Objection to the form.

5       Q    Can you describe that discussion?

6       A    So generally I remember discussions about,

7  okay, if we were to require, say, a driver's license

8  number on the envelope, what percentage of voters

9  had driver's license numbers on record, and would it

10 -- to make sure that it was not going to have any

11 negative impact on voters.

12           So that was part of the conversation.

13           I think we found there were a 97 or 98

14 percent that had driver's license numbers or ID

15 numbers on record, and then we were able to get the

16 number up to, I believe, 99 percent.

17           So then beyond the ability to put a

18 driver's license number on the envelope, you know,

19 the conversation was generally they can -- somebody,

20 if they fall into that one percent or if they don't

21 have their number, they can provide a copy of the

22 ID.

23           And then also you have on the envelope

24 itself the ability to put the last four of your

25 social.



1           So there was of a conversation about, yes,
2    what the impact would be on voters and, you know, to
3    make sure that it would be a change that voters can
4    adapt to without a negative impact.
5           Q    So let me make sure I understand the
6    timeline on this.
7               These were discussions you recall having
8    at this meeting in January of 2021?
9           A    Which meeting?
10          Q    The meeting referred to in this email that
11   we're looking at, January 12th, 2021.
12          A    Yes.
13          Q    How did you know it was 97 or 98 percent
14   that had a driver's license number or an ID number?
15          A    So at some point, and I don't remember
16   when, I don't remember when but at some point we did
17   look at the data in the voter registration system.
18          Q    So some point before this January 12th
19   meeting?
20          A    I don't recall for sure when the data was
21   reviewed.
22          Q    Do you believe it was in January of 2021?
23          A    I don't remember.
24          Q    If it was not based on a review of the
25   voter registration database, is there another way



1   that you could have determined that 97 or 98 percent

2   of voters had driver license numbers or ID numbers?

3        A    You'd have to review the data in the voter

4   registration system.

5        Q    So you said earlier you recall that that

6   was a part of the conversation during this January

7   12th, 2021 meeting, correct?

8        A    Yes.

9        Q    So that data must have been reviewed prior

10  to the meeting, correct?

11       A    Off the top of my head, I don't remember

12  -- I don't remember off the top of my head.

13       Q    Can you describe that process?  How did

14  you pull that information from the voter

15  registration file?

16       A    Sure.

17            MR. TYSON:  Object to form.

18       A    So I think I remember specifically the

19  question that was asked originally was just -- we

20  have a vendor who can help us with querying customer

21  reports, and I believe the questioning originally

22  was -- might have been just to get a count of the

23  number of records that had driver license numbers or

24  ID numbers on their record.

25            And then at some point we did work with



1  the Department of Driver Services to take whatever

2  that delta was without ID numbers, so whether it was

3  two percent or three percent, and we worked with

4  them to do data analysis to try to identify of the

5  records that didn't have an ID on our voter

6  registration system matches in the Department of

7  Driver Services database.  So that we would then

8  take that ID number or that DL number, apply it to

9  the voter's record, and that's how we were able to

10  get the number up to 99 percent.

11      Q   So to follow up on a few things you said

12  there, you said the original request.  Who made the

13  original request?

14      A   I don't recall off the top of my head.

15      Q   Do you know when that request was made?

16      A   Not off the top of my head.

17      Q   To the best of your recollection, was it

18  prior to the passage of SB 202, which is March 25th,

19  2021?

20      A   I would say it's very likely.

21      Q   When you pulled this data that shows who

22  has a driver's license number or ID number, is there

23  racial demographic data in that pull?

24          MR. TYSON:  Object to form.

25      A   I don't recall all the data points that



1   would have been in the file that was used for

2   analysis.

3        Q    Let me take a step back.

4             We've been talking about data for a few

5   minutes.  Were you the one who was pulling this

6   data?

7        A    So -- no, I was not the one who was

8   personally querying the database.

9        Q    Who was it?

10       A    So the way that I remember is when we

11  would have been asking for counts of records, we

12  probably -- the way things probably went -- the way

13  things probably went based on our processes was we

14  would have made a request for the query to one of

15  our vendors who helps us with voter registration

16  system maintenance and support.  His name is Keval

17  Patel.  His company, I believe, is TGS, and he

18  probably would have ran the query for the comparison

19  I talked about with the Department of Driver

20  Services.

21            We had somebody on our IT team at the time

22  that would have conducted that analysis.  His name

23  was Jason Matthews.  And I don't remember for that

24  if we pulled a custom report, or what we may have

25  done is used a report that we already had being



1   generated out of the system that had the driver's

2   license data and other like name, date of birth,

3   social, that could have been used for that matching

4   process.

5        Q    At the very beginning of this deposition

6   we talked a little bit about the voter registration

7   system.

8        A    Yes.

9        Q    And you stated that you personally pulled

10  reports from that voter registration system.  Is

11  that correct?

12       A    Yes.

13       Q    So you have an understanding of what these

14  reports look like, correct?

15            MR. TYSON:  Object to form.

16       A    I would say generally yes, but I don't

17  know like off the top of my head all the columns

18  that are in every -- all the data points in every

19  report.

20       Q    Let me be more specific.

21            You have an understanding of the report

22  that would be pulled to determine whether a voter

23  has a driver's license or ID number associated with

24  their voter file, correct?

25       A    So those two examples I used.  So if we



1   were just getting a count, it probably would have

2   been that support vendor just doing a query of the

3   database to -- I'm making some presumptions here,

4   because I'm not exactly sure how he did it, but I

5   think he would just query the database to get a

6   count.

7           Then when Jason was doing his analysis, I

8   don't remember for sure if we requested a custom

9   report or if we used one that we used for something

10  else that has all the data points that were needed

11  for the project.  But the one report I'm thinking we

12  may have used is one that typically has a lot of

13  voter information in it, which is why we would have

14  been able to use it to make comparisons and matches.

15  But even then, I don't remember the exact columns in

16  that report.

17          Q    Fair enough.

18               To the best of your recollection, do you

19  know if race is one of the columns?

20          MR. TYSON:  Object to form.

21          A    I don't remember.

22          Q    Going back to the email and this January

23  12th meeting, do you recall any discussion at that

24  meeting of the racial demographics of those voters

25  who did not have driver's licenses or ID numbers in



1    their voter files?

2         A    No.

3         Q    To the best of your recollection, were you

4    ever a part of a discussion about the racial

5    demographics of voters who did not have an ID or

6    driver's license number in their voter file?

7         A    No.

8         Q    We will talk more about this coming up,

9    but let's finish up with this email.

10             MS. RYAN:   What exhibit are you still on?

11             MS. JHAVERI:   Exhibit 85.

12             MS. RYAN:   So we're clear on the record.

13        Q    We're discussing Exhibit 85, and I'm going

14   to point you to the bullet point that says, "Seek to

15   amend the code for eligibility for out of precinct

16   ballots."

17             Do you recall how this topic came up?

18        A    Yes.

19        Q    Can you describe how the topic came up?

20        A    To my memory -- if my memory serves

21   correct, I made this recommendation regarding the

22   out-of-precinct ballots.

23        Q    And what is the recommendation

24   specifically?

25        A    So to provide a little context, when I was



1  in Escambia County, Florida, on Election Day -- what

2  I was used to as an elections administrator is on

3  Election Day voters had to vote in their Election

4  Day precinct.  So I was used to that.

5          When I was in Fulton, there was the

6  ability for somebody to -- so this would have been

7  -- there was the ability for somebody to vote

8  out-of-precinct on a paper ballot, but only the

9  contests that they were eligible for in their home

10  precinct would count because the ballot hadn't come

11  back -- the provisional had to be completed, the

12  ballot had to come back, and then the ballot

13  duplicated onto a ballot that belonged to that

14  voter.

15          One of the challenges from an election

16  administration perspective is you wouldn't always

17  know how many people are going to show up at a

18  particular voting location.  So it made it more

19  difficult to be able to allocate an appropriate

20  amount of supplies to a location, because you had to

21  have paper ballots for people that came in and had

22  to vote, you know, provisional for not having ID or

23  emergency paper ballots, and if you had -- if you

24  had places where the resources had been exhausted

25  from out-of-precinct provisionals, it would make

1  that more difficult to make sure you were

2  appropriating the correct amount of supplies, or the

3  sufficient amount of supplies.

4          So in comparing my experience in Escambia

5  County, Florida, to the experience I had in Fulton,

6  that was a -- that was a challenge.

7          Then the other element of that is if

8  you're a voter and it's -- if you're a voter and you

9  can get to your home precinct, it's better because

10 then your choices down the ballot will count.  And

11 if you vote out-of-precinct, even if the

12 out-of-precinct provisional counts, when the ballot

13 gets duplicated, unless those down ballot contests

14 are on the out-of-precinct ballot that you voted,

15 the provisional, then your choices there are not

16 going to count.

17      Q    When you say better for the voter, was

18 that based on your conversations with voters?

19      A    Which part did I say better for the voter?

20      Q    In this last part of your answer, where

21 you were discussing the down ballot races, and then

22 also the duplication process.

23      A    So the duplication part is really just a

24 county kind of administrative exercise.

25          The down ballot contest, I don't recall



 1  having conversations with voters about that

 2  specifically.

 3       Q    The administrative burdens you described,

 4  that was based on your experience in Fulton County,

 5  correct?

 6       A    A combination of my experiences in Fulton

 7  and then in Escambia County.

 8       Q    But they were based on your experiences,

 9  not input from other county election officials?

10       A    Yes.

11       Q    To the best of your knowledge, did the

12  Secretary of State's Office do anything to promote

13  this idea regarding out-of-precinct provisional

14  ballots in the state legislature?

15            MR. TYSON:  Object to form.

16       A    So I know that -- I can remember that it

17  was discussed in our meeting with legislators, but

18  beyond that I'm not sure.

19       Q    And this is the same meeting we were

20  discussing earlier where at least representative Jan

21  Jones was present?

22       A    Yes.

23       Q    In this meeting was there any discussion

24  of which types of voters tended to vote

25  provisionally out-of-precinct?



1              MR. TYSON:  Object to form.

2       A     No.

3       Q     To the best of your recollection, was

4    there a discussion at any point about which types of

5    voters tended to vote out-of-precinct provisionally?

6       A     No.

7       Q     Let's talk about one last thing in Exhibit

8    85.  The second-to-last bullet says -- excuse me.

9              The third-to-last bullet says, "clarify

10   language in Georgia code about offering items to

11   people at polls."

12             To the best of your knowledge, do you

13   recall how this item came up?

14       A     I don't recall.

15       Q     Do you know what this suggestion is

16   referring to when it says, "Clarify language in

17   Georgia code about offering items to people at

18   polls"?

19       A     So what comes to my mind when I'm reading

20   that is the idea of entities at locations giving

21   items to people that are standing in line at voting

22   locations.

23       Q     Do you recall any of the discussion about

24   this topic during this meeting?

25       A     No.



1       Q    All right.  We are going to look at a
2    different document.  You're going to get a document
3    marked 162.
4              (WHEREUPON, Plaintiff's Exhibit-162 was
5        marked for identification.)
6    BY MS. JHAVERI:
7       Q    You're being handed what's being marked
8    Exhibit 162, that's at Bates CDR00480664, and is an
9    email chain.
10             Do you recognize this document?
11      A    Yes.
12      Q    What is it?
13      A    It is an email thread where I was sending
14   information data to Ryan Germany, our general
15   counsel, from a query that Keval Patel ran, and then
16   Ryan sent information to someone named Keith
17   Williams.
18      Q    Keval Patel is someone we were talking
19   about earlier, correct?
20      A    Yes.
21      Q    And he works at an outside entity that can
22   run data analysis for the Secretary of State's
23   Office; is that correct?
24      A    So they -- his vendor would have provided
25   support for what was our voter registration system



1   at the time.

2        Q    Remind me again, what was the name of the

3   vendor?

4        A    I believe TGS.

5        Q    Do you know why Mr. Germany wanted this

6   information?

7        A    I don't remember.

8        Q    So at the bottom of the page there's an

9   email from you to Mr. Germany, and the last sentence

10  says:  "The number he got was 5,643."

11            What does that number refer to, the 5,643?

12       A    So this would be -- this would be based on

13  the -- getting a count of voters that met the

14  criteria that I mentioned in 1 through 5.

15       Q    Where did you get that criteria?

16       A    I'm presuming that I got it from Ryan

17  Germany, but I don't remember for sure.

18       Q    We're going to come back to this email,

19  but I want to show you another one that maybe will

20  help a little bit with the criteria.

21            (WHEREUPON, Plaintiff's Exhibit-163 was

22       marked for identification.)

23  BY MS. JHAVERI:

24       Q    So you're being handed what has been

25  marked Exhibit 163, which is Bates-stamped



1    CDR00172053 to 55.

2           Please take a look at the email chain and

3    just look up when you're ready.

4           (Witness reviews exhibit.)

5      A    Okay.

6      Q    Do you recognize this document?

7      A    Yes.

8      Q    What is it?

9      A    An email thread between Keval Patel and me

10   about the data request.

11     Q    And the data request is the same one that

12   we were just talking about in Exhibit 162?

13     A    Yes.

14     Q    Does this help you remember where this

15   criteria came from?

16     A    I still think that I got it from Ryan

17   Germany.

18     Q    Let's go through the criteria.

19     A    Okay.

20     Q    So let's look at what's been marked

21   CDR00172054, the email at the bottom of the page,

22   which is your email to Mr. Patel?

23     A    Which one?

24     Q    It's the January 25th, 2021.

25     A    Okay.



```
 1              MS. RYAN:  163.  Exhibit 163.
 2    BY MS. JHAVERI:
 3         Q    So number one says:  "Voting absentee by
 4    mail or electronic in November 2020."
 5              What does that mean?
 6         A    So that set of criteria would mean that
 7    we're looking for a list of voters that voted
 8    absentee by mail or electronic, and that we wanted
 9    it for the November general election.
10              So the electronic designation is for
11    UOCAVA voters who can request to receive their
12    ballot electronically.
13         Q    And in No. 2 you asked for voters who had
14    never voted before the November 2020 election,
15    correct?
16         A    Yes.
17         Q    Do you know why you asked for that?
18         A    Probably because somebody asked me to get
19    the data.
20         Q    And you believe that that likely is Ryan
21    Germany?
22         A    Yes, likely.
23         Q    And No. 3 refers to only voters who did
24    not register at DDS, or the Department of Driver
25    Services, correct?
```



1      A    Yes, and the criteria is building on

2  itself, yeah.

3      Q    And what do you mean by "building on

4  itself"?

5      A    So it's all -- the voter list that I was

6  asking for had the -- in order to be on the list,

7  the record needed to meet all the criteria.

8      Q    No. 4 is voters who do not request their

9  ballot through the online absentee ballot request

10  portal; is that correct?

11      A    Yes.

12      Q    Then I want to look at the first page of

13  this exhibit.  So the email that is from you to Mr.

14  Patel on Thursday, January 28, 2021, at 8:27 a.m.

15          In this email you add a fifth criteria,

16  correct?

17      A    Yes.

18      Q    And that criteria is voters who never had

19  their driver's license matched against DDS data,

20  correct?

21      A    Yes.

22      Q    What does that mean?

23      A    So I think what we're asking for are

24  voters who had never gone through the verification

25  process that we have with the Department of Driver



1  Services, but I -- I would need to -- this would be

2  the kind of thing I would need to discuss with our

3  systems manager to clarify some of the details about

4  how that process works.

5       Q    When you say match, the standard match, is

6  that the HAVA match process?

7            MR. TYSON:  Object to form.

8       A    I'm not sure what you -- I'm not a hundred

9  percent certain what you mean.

10      Q    To the best of your knowledge, is there a

11 general process by which there is a match from voter

12 registration records to the DDS records that's like

13 an ongoing process?

14           MR. TYSON:  I'll object to form.

15      A    There is a verification process.  I think

16 it verifies a couple of things, and I -- I would

17 need to talk to my systems manager to get a little

18 bit more clarity on some of the details.

19      Q    To the best of your knowledge, is this

20 email chain about the verification process that you

21 are referring to?

22      A    As far as that fifth criteria?

23      Q    Yes.

24      A    That's my understanding of what that's

25 asking for.



JOSEPH BLAKE EVANS                                    February 23, 2023
GEORGIA SENATE BILL 202                                              97

1      Q    So let's go back to Exhibit 162 for a
2   second.  That was at CDR00480664.
3           So the 5,643 refers to the voters who met
4   all five of these criteria; is that correct?
5      A    Yes.
6      Q    Let's look at the top email.  Do you know
7   who Keith Williams is?
8      A    No.
9      Q    Based on reviewing the document, he has an
10  email at @house.ga.gov, correct?
11     A    Yes.
12     Q    To the best of your knowledge, was this
13  data requesting a response related to
14  election-related legislation considered by the
15  General Assembly in the 2021 legislative session?
16          MR. TYSON:  Object to form.
17     A    I do not know.
18     Q    Based on the document, is it correct that
19  Mr. Germany sent this data to Mr. Williams, who has
20  an @house.ga.gov email address?
21     A    Yes.
22     Q    Thank you.  We're going to shift topics a
23  little bit.
24          MS. JHAVERI:  Do you need a break, Mr.
25     Evans.



1              THE WITNESS:  We can keep going another 15

2         minutes or so.

3              MS. JHAVERI:  Let's go like 15 minutes and

4         then we can break for lunch.

5              THE WITNESS:  Cool.

6              MS. JHAVERI:  Wonderful.

7              (WHEREUPON, Plaintiff's Exhibit-164 was

8          marked for identification.)

9    BY MS. JHAVERI:

10        Q    You've just been handed what has been

11   marked Exhibit 164.  That's Bates-stamped

12   CDR00110571.

13             When you have a chance to review this

14   email, just let me know.

15             (Witness reviews exhibit.)

16        A    Okay.

17        Q    Do you recognize this email -- email

18   chain?  Excuse me.

19        A    Yes.

20        Q    Can you describe it?

21        A    So this is where Ryan is asking about

22   getting additional data, specifically percent of

23   active voters who have a driver's license number

24   associated with their record, and getting a percent

25   of people who voted absentee who have a driver's



1    license associated with their record, and

2    specifically who voted in the November 2020 election

3    and January 2021 runoff.

4         Q    So let's look at the email at the bottom

5    from Mr. Germany to you, and he says in the first

6    sentence:  "In addition to what we discussed

7    earlier."

8              Do you recall that discussion he's

9    referring to in this email?

10        A    No.

11        Q    Do you recall if you provided Mr. Germany

12   with answers to his data request?

13        A    I remember that we collected this data.

14   So probably yes.

15        Q    And would it have been through email?

16        A    Possibly.

17        Q    What other method might have you used to

18   provide him the answers?

19        A    It could have been conversation.  But I

20   know the percent of voters on our file that have

21   driver's license numbers, I know that's been written

22   down and documented.

23        Q    About half an hour ago we were talking

24   about this topic related to a January meeting that

25   you all had at the Secretary of State's Office.  Do



1   you know if this request was related to that meeting

2   in any way?

3          A    I don't know.

4          Q    Do you know why Mr. Germany asked for that

5   second portion, "Can we calculate the percent of

6   people who voted absentee who have a driver's

7   license associated with their record"?

8          A    Not with certainty.

9          Q    Do you know if it was related to proposed

10  legislation in the 2021 legislative session?

11              MR. TYSON:   Object to form.

12         A    Not with certainty.  I can assume -- I

13  don't know.

14         Q    You don't know why Mr. Germany asked you

15  for this information?

16         A    I remember -- I remember we wanted to get

17  a sense of the number of records that had ID

18  numbers, and I remember that we wanted to think

19  about what we did, that project that I mentioned

20  earlier, to increase the number that had ID numbers

21  on record.

22              So I remember, especially with potentially

23  pending legislation, that would have a connection

24  with ID numbers being placed on absentee ballot

25  envelopes and applications, we were wanting to get



 1 | the data.
 2 |     Q    To the best of your recollection, did
 3 | anyone ever ask you to look at the racial
 4 | demographics of voters who do not have a driver's
 5 | license or ID number associated with their record?
 6 |     A    No.
 7 |          (WHEREUPON, Plaintiff's Exhibit-165 was
 8 |      marked for identification.)
 9 | BY MS. JHAVERI:
10 |     Q    Have you just been and handed what is
11 | marked Exhibit 165, which is at Bates-stamp
12 | CDR00526683.
13 |          Do you recognize this email?
14 |     A    Yes.
15 |     Q    Do you know why Ryan Germany wanted this
16 | information?
17 |     A    Not with certainty.
18 |     Q    And to clarify, the information that I was
19 | referring to is his request to pull the total number
20 | of people for each election last year (primary,
21 | primary runoff, general, general runoff) who
22 | cancelled their absentee ballot and voted in person,
23 | correct?
24 |     A    Correct.
25 |     Q    To the best of your recollection, did you



1   provide a response to Mr. Germany?

2        A    Probably.

3        Q    And to the best of your recollection, how

4   did you provide that response?

5        A    I don't remember for sure.  Email would

6   have been a common way for me to provide that type

7   of data.

8        Q    To the best of your knowledge, did this

9   request originate with a legislator?

10       A    I'm not sure.

11       Q    And what would this information tell you?

12            MR. TYSON:  Object to the form.

13       A    So this would tell us the number of people

14  who would have requested an absentee ballot and then

15  for one reason or another in an election decided not

16  to vote the absentee by mail ballot that they were

17  sent and decided instead to vote in person.

18       Q    Did your office receive questions

19  regarding individuals who had cancelled absentee

20  ballot applications and voted in person?

21       A    I remember -- so in 2020 it was a

22  significant increase in the number of absentee

23  ballots that Georgia was used to, and I remember

24  that there were, especially in the primary, and I

25  think in subsequent elections that year, a



1  significant number of people that -- or at least

2  much more than normal that went to vote in person

3  and had to cancel their ballot, which includes

4  signing a form to cancel the ballot, which makes the

5  check-in process longer for a person that has to go

6  through that because there's an additional step.

7          And so I remember that there were -- that

8  contributed to lines in some places.

9          And then I also remember there was at

10  least some confusion.  I remember hearing about

11  confusion from folks who may have signed up to get

12  on the elderly or disabled list and didn't realize

13  that meant they would be getting a ballot for every

14  election in the cycle, and, you know, they would get

15  a ballot and be confused.  Because maybe they wanted

16  to go vote in person and they had requested it for

17  the primary, didn't realize they were going to get

18  it for the general, and didn't realize when they

19  showed up that they would have to cancel it.

20          So I remember those concerns,

21  conversations in 2020.

22          MS. JHAVERI:  Maybe this is a good spot to

23      break before we move to a different topic.

24          MR. TYSON:  Sure.

25          (A luncheon recess was taken at 12:12 p.m.



1    until 1:02 p.m.)

2  BY MS. JHAVERI:

3      Q    Before we jump into a new topic, I want to

4  go back to a discussion we had earlier and clarify a

5  few points.

6           So you talked previously about a meeting

7  that you were involved with with the legislators and

8  included Jan Jones as one of the legislators who was

9  there and said Barry Fleming had dropped by for some

10  portion of it.  Is that correct?

11     A    Yes.

12     Q    Is there any other legislator that you can

13  recall who was there at that meeting, even if it was

14  just for a short period of time?

15     A    So there was one other legislator there

16  with Jan Jones.  I just don't remember the name.

17     Q    Do you remember, was it a man or a woman?

18     A    Woman.

19     Q    Then talking specifically about this

20  meeting with legislators, you mentioned a couple of

21  topics that came up at that meeting and I just

22  wanted to confirm.

23           You discussed out-of-precinct provisional

24  voting at that meeting, correct?

25     A    Yes.



1     Q     Do you recall what was discussed about

2  that topic?

3     A     Just kind of the general idea that

4  somebody on Election Day would need to vote in their

5  own precinct.

6     Q     Do you recall any questions from the

7  legislators regarding out-of-precinct provisional

8  voting?

9     A     I don't recall.

10    Q     I believe you also mentioned that the ID

11  requirements for absentee voting were discussed at

12  that meeting with the legislators that included Jan

13  Jones; is that correct?

14    A     I don't recall for sure.

15    Q     So you don't recall whether IDs for

16  absentee voting or that topic was discussed at the

17  meeting with legislators?

18    A     It may have been but I don't recall

19  details.

20    Q     Do you recall anything that was discussed

21  regarding ID's for absentee voting during that

22  meeting with legislators?

23    A     Not any specific details.

24    Q     So do you recall any of the other topics

25  that were covered in that meeting with legislators



1   that included Jan Jones?

2       A    I remember the absentee ballot request

3   window being a topic that was discussed.

4            That was one of the main topics I remember

5   being discussed.

6       Q    When you talk about the request window,

7   that includes sort of the furthest out you can

8   request an absentee ballot and the final date at

9   which you could request an absentee ballot, correct?

10      A    Yes.

11      Q    Do you recall what was discussed about the

12  second part, the final date at which an absentee

13  ballot could be requested?

14      A    I remember there being a desire to make

15  the date earlier than the Friday before, and I

16  remember part of the conversation about that topic

17  in general was that from an election administration

18  standpoint a lot of effort went into processing

19  applications that came in, say, the Thursday or the

20  Friday, or the last week before the election.  That

21  had a very short time frame as far as turn-around by

22  the time the ballot gets put in the mail, gets to

23  the voter and gets turned around.

24            So I remember that being a part of the

25  conversation of potentially moving that part of the



```
 1   window to earlier.
 2        Q    And was there a proposal on what earlier
 3   time frame would be used --
 4             MR. TYSON:  Object to form.
 5        Q    -- at that meeting?
 6             MR. TYSON:  Object to form.
 7        A    I don't remember how the 11 was arrived
 8   at, the 11 days.
 9        Q    So there was a discussion of 11 days prior
10   to the election as being the last date to request an
11   absentee ballot; is that correct?
12        A    There was a discussion as to what would be
13   an appropriate deadline, but I don't remember how
14   specifically the number -- how 11 was arrived at.
15        Q    When you say 11, are you referring to part
16   of the discussion at that meeting with legislators
17   that included Jan Jones?
18        A    So I remember the -- I remember the
19   conversation was around moving the deadline earlier.
20   I don't really remember the details of that
21   conversation.
22        Q    To the best of your recollection, did the
23   legislators that were in the room have any proposals
24   on what that time frame would look like?
25             MR. TYSON:  Object to form.
```



1        A     When you say time frame --

2        Q     Excuse me.   Let me clarify.

3              To the best of your recollection, do you

4   remember the legislators proposing any time frame

5   for the last day to request an absentee ballot?

6        A     Not that I recall.

7        Q     To the best of your recollection, there

8   were no other topics that were discussed in that

9   meeting with the legislators?

10       A     I feel like there were other topics but I

11  don't remember what they were.

12       Q     Let's talk about a different meeting we

13  were discussing earlier, the January 12th meeting

14  that the internal Secretary of State's Office staff

15  had?

16             And if you need recollection, you can go

17  ahead and look back at what was previously marked as

18  Exhibit 85.

19             We talked about this a little bit earlier,

20  but do you recall at the time of this meeting,

21  January 2021, whether you had seen data on which

22  individuals lacked driver's license number and ID

23  number in their voter files?

24       A     I don't recall.

25       Q     In that meeting or at any other time that



1  you can recall, do you remember a conversation

2  regarding whether a voter would be able to use a

3  social security number for absentee ballot

4  applications either along with or instead of a

5  driver's license number?

6      A    I don't recall that being a specific

7  detail of the conversation.

8      Q    Do you mean that as a specific detail of

9  the conversation on January 12th?

10     A    I don't remember that I was -- I don't

11 remember being a part of any conversations where

12 that was a detail.

13          (WHEREUPON, Plaintiff's Exhibit-166 was

14     marked for identification.)

15 BY MS. JHAVERI:

16     Q    You've just been handed what has been

17 marked Exhibit 166, which is Bates-stamped

18 CDR00044825 through 829.

19          Do you recognize this email chain and the

20 attached spreadsheet?

21          I should note, Mr. Evans, we've just

22 printed one -- the first page of the spreadsheet.

23     A    Okay.

24     Q    It is longer than that but to save trees

25 we've sort of printed the first page.  If you'd like



1  to see the whole thing, let us know.  We can pull it

2  up on a computer.

3        A    So what was your question?

4        Q    Do you recognize the email chain and the

5  attachment?

6             MS. RYAN:  Mr. Evans, do you have -- is

7        there an attachment on the copy you have?

8             MR. TYSON:  I have this one.

9             MS. RYAN:  And I will give you the one I

10       marked on.  Sorry about that.

11       A    So I recognize the email chain, and this

12  looks like something that would have came out of our

13  voter registration system.

14       Q    I'm going to start with the email on

15  what's marked Bates-stamp CDR00044827.  It's the

16  email in the middle of the page, dated Friday,

17  February 19, 2021, at 9:32 a.m.

18             Do you see that email?

19       A    Yes.

20       Q    To the best of your knowledge, does PILF

21  refer to the Public Interest Law Foundation?

22       A    Sounds right.

23       Q    Do you know who Logan Churchwell is?

24       A    No.  Well, so according to the subject, it

25  appears to be the person that's making the request.



1    Q    To the best of your recollection, were you

2    able to complete this request for a detailed extract

3    generated from your statewide voter registration

4    system that lists each active and inactive

5    registration file that does not currently contain

6    social security or driver's license numbers and are

7    instead assigned unique identifiers pursuant to 52

8    U.S.C. Section 21083(5)(A)(ii)?

9    A    What was the original question?

10        You don't have to repeat the whole thing.

11   Q    Were you able to complete this request?

12   A    Yes.

13   Q    I think you mentioned earlier that when

14   you looked at the spreadsheet attached to this

15   that's Bates-stamped CDR00044829, it was a report

16   from the voter registration database.  Is that

17   correct?

18   A    This -- yeah, it appears like a report

19   that would have come out of the voter registration

20   database.

21   Q    So then this spreadsheet would reflect

22   individuals registered to vote in Georgia but did

23   not have either a social security number or driver's

24   license number associated with their voter

25   registration record, correct?



1      A    Yes.

2      Q    This pull is sort of like at the time of

3  the pull -- the data reflects the information at the

4  time of the pull, correct?

5      A    Yes.

6      Q    So this data would have been accurate as

7  of -- I think it's March 1, 2021?

8           If you look at CDR0044825.  That's your

9  email sending the spreadsheet to Ms. Felder, dated

10 March 1st, 2021.

11     A    Yes.  So it would have been accurate as of

12 whenever it was pulled.  So in between February 26th

13 and March 1st.

14     Q    To the best of your knowledge, do you know

15 if this response was shared with anyone else aside

16 from the requester of this open records request?

17     A    I don't recall that it was.

18     Q    Do you remember whether any other person

19 or entity made a request for a list of voters who

20 did not have a driver's license associated with

21 their voter registration record?

22     A    It seems that we got multiple of those

23 requests.

24     Q    Do you know if any of those other requests

25 occurred in 2021?



1      A    I don't recall the time frame but that

2    wouldn't surprise me.

3      Q    And when you say you've had multiple of

4    these requests, is that a handful?  Sorry.

5           Is that like five, 10, 15?

6      A    Seems that -- so it seems that I remember

7    seeing multiple of these requests, like if people

8    wanted to know about folks who don't have driver's

9    license numbers.

10          I would not probably be the best person to

11   be able to give a number because I don't see all the

12   open records requests that come through.  But I feel

13   confident in saying we had multiple requests.

14     Q    You said you thought that may have been in

15   May of 2021.  Do you think they were during the

16   legislative session, so between January and April?

17     A    I don't recall.

18     Q    Do you recall if anybody else asked for a

19   list of voters who did not have social security

20   numbers associated with the voter registration

21   files?

22     A    I don't recall.

23     Q    Rather than asking for a list of voters,

24   do you know if anyone asked for the total number of

25   people who didn't have a driver's license number



1  associated with their voter registration record?

2      A    I feel like we were asked that question.

3  I feel like we had some media ask that question.

4      Q    Then rather than a list of voters, did

5  anyone ever ask you for the total number of people

6  without social security numbers associated with

7  their voter registration files?

8      A    I don't recall for sure about the social

9  security number question.

10          (WHEREUPON, Plaintiff's Exhibit-167 was

11       marked for identification.)

12  BY MS. JHAVERI:

13      Q    Mr. Evans, you've just been handed Exhibit

14  167, that is Bates-stamped CDR00044686, and is a

15  March 11, 2021 email from you.

16          Do you recognize this email?

17      A    Yes.

18      Q    What is it?

19      A    So it's data to -- provisional ballot data

20  to Gabriel Sterling.

21      Q    Do you recall why you sent this email?

22      A    He was asking for, it appears, a

23  comparison of how the number of provisional ballots

24  -- how the number of provisional ballots cast -- how

25  the number of provisional votes cast for the



1    election compared to other years.

2        Q    Do you know why he asked you for that

3    information?

4        A    I'm not sure.

5        Q    Looking at the email itself, in the first

6    sentence you say:  "Here is the provisional data

7    from ENR."

8             What is ENR?

9        A    That's the acronym we use to refer to our

10   Election Night Reporting system.

11       Q    Can you tell me a little bit more about

12   what the Election Night Reporting system is?

13       A    Yes.  So if you go to our website and you

14   want to see election results, you click on the

15   election results button, and then you can

16   essentially click on whatever election that you

17   want.  And we've been using ENR for many years at

18   this point.  You can look at the November 2022

19   general election and it pulls up what we call our

20   ENR page, so then you can just look Senate,

21   Governor, on down the list and see what the results

22   were.

23             So it's a system we use to be able to

24   aggregate results statewide and then be able to then

25   display them.



1      Q     So this specific information about

2  provisional data in ENR, is that information

3  associated with like specific voter records?

4      A     No.

5            MR. TYSON:  Object to form.

6      Q     How is this information aggregated in the

7  Election Night Reporting system?

8      A     So you can click on -- from the Election

9  Night Reporting system you can download some summary

10  reports, and it will show, say, by a contest, how

11  the votes break down by candidate for each voter

12  type.

13            So for this 2020 election, you might have,

14  you know, Donald Trump and you can see this is how

15  many votes he got for Election Day, for absentee,

16  for advance voting, provisional.  Same thing for

17  Hillary Clinton, the same thing for Joe Jorgenson.

18            And then you have like totals, where you

19  can see that way.

20      Q     So what is the original source of that

21  information?

22      A     So the way that information goes into that

23  system is counties will upload results from precinct

24  scanners, from high speed scanners into their

25  election management system, and then they'll get a



1  file off of that election management system.

2           The election management system is

3  completely air gapped, so not connected to any WiFi

4  or internet.  Completely air gapped.  They will take

5  the file that they get on some kind of media, like a

6  thumb drive, put it into their computer that is

7  connected to the internet, and then upload the file

8  into the Election Night Reporting system, and then

9  they have -- like for the 2022 election, or 2020

10 election, they have their state page, or their

11 county page where they can upload the results

12 locally.

13          And then at the state level we can

14 aggregate results across 159 counties and display

15 the aggregated results on our state page.

16     Q    And does that work the same for the

17 provisional voting data?

18     A    Yes.  So it's on that -- in the election

19 management system, it collects -- essentially

20 counties can designate, like when they're ready --

21 say they have 100 provisional ballots to scan, they

22 can run them through a scanner and tabulate them and

23 apply them to the provisional buckets so that

24 they're showing -- or the provisional category, so

25 they're showing I had 100 provisional votes and



 1  there being applied in the election management
 2  system to the provisional category.
 3          So then they can run reports out of their
 4  election management system that shows like a
 5  breakdown of votes by election day, absentee and
 6  provisional.
 7      Q    So the counties sort of mark them as
 8  provisional?
 9      A    Correct.
10      Q    Do all the counties follow the same
11  procedure?
12      A    Yes.
13          MR. TYSON:  Object to form.
14      Q    To the best of your knowledge, do all the
15  counties follow the same procedure?
16      A    Yes.  For state and federal elections,
17  they use the Election Night Reporting system.
18      Q    So going back to the numbers that are in
19  this email, is this for the entire State of Georgia?
20      A    Yes.
21      Q    Do these numbers reflect in-person and
22  absentee by mail provisional ballots?
23      A    So I think one of the things we found was
24  that there was a little inconsistency across
25  counties as to when they scanned absentee ballots



1    that had been sent to the voter as provisional

2    ballots.  Sometimes some counties might report it in

3    the absentee category and some might report them in

4    the provisional category.  They're still getting

5    reported, but what this would reflect is the totals

6    that counties apply to the provisional category,

7    that all counties applied to the provisional

8    category.  This is the sum of that.

9        Q    So this data is not necessarily specific

10   to out-of-precinct provisional voters?

11       A    Correct, it's not specific to that.

12       Q    What do you mean when you say, and this is

13   again on the first line:  "These are based on votes

14   and not ballots cast"?

15       A    So the way the reports in ENR are set up,

16   it's a lot easier to get a -- essentially what that

17   means is it doesn't include undervotes.  So you

18   basically look at the contest that got the most

19   votes.  In this case it would be president.  And

20   there were three candidates, so you look at the

21   number of provisional votes cast for each candidate

22   and add them up, and that's where I got the number.

23       Q    To the best of your knowledge, was this

24   data shared with any state legislators?

25       A    I do not know.



1    Q    To the best of your knowledge, do counties

2    track out-of-precinct provisional voters?

3    A    They would have documentation -- yeah,

4    they would have documentation of the category that

5    each provisional would be in.

6    Q    And what is the method of that

7    documentation --

8         MR. TYSON:  Object to form.

9    Q    -- to the best of your knowledge?  Excuse

10   me.

11        To the best of your knowledge, what is the

12   methods that the counties use to catalog that

13   documentation?

14   A    So there is a provisional list of voters

15   that counties collect that will show the name of the

16   provisional voter and also the reason for the

17   provisional ballot, whether it's the voter showed up

18   without an ID or voter was out-of-precinct or

19   something else.

20   Q    And that provisional list of voters, is

21   that the same thing as the numbered lists of

22   provisional voters?

23   A    Yes.

24   Q    So do the counties share the information

25   about out-of-precinct provisional voters with the



```
 1   Secretary of State's Office?
 2           MR. TYSON:  Object to form.
 3           MS. JHAVERI:  Let me withdraw that.
 4       Q    To the best of your knowledge, do the
 5   counties share information about out-of-precinct
 6   provisional voters with the Secretary of State's
 7   Office?
 8       A    I believe that is part of the
 9   documentation that is sent back to us.  We get a
10   copy of it.  I believe those forms are triplicate,
11   and I believe that we get -- or quadruplicate.  And
12   we get -- we get one of the copies, I believe.
13       Q    And when you're talking about this form,
14   you're referring to the numbered lists of
15   provisional voters?
16       A    Yes.  I think that that's one of the ones
17   we get back.
18       Q    To the best of your knowledge, the
19   numbered lists of provisional voters are shared with
20   the Secretary of State's Office?
21       A    I believe that a paper copy is, after the
22   election is over.
23       Q    In your experience, does the Secretary of
24   State's Office receive that paper copy from each
25   county after the election?
```



1        A     We should.

2        Q     So the Secretary of State's Office should

3   have a complete set of numbered lists from counties

4   across the state for each election; is that correct?

5        A     Assuming that I am right, and I'm pretty

6   sure that I am, that we collect them, then yes.  I'm

7   not a hundred percent sure where -- yes.

8        Q     So is the information that's contained in

9   the numbered lists of provisional voters shared with

10  the Secretary of State's Office in any other format,

11  to your knowledge?

12       A     I believe that when voters are -- not

13  voters.

14            When counties are giving credit to

15  provisional voters in the voter registration system,

16  they -- this is another area where there's some

17  variation across counties and how well they do it,

18  but when you're giving a voter credit for voting a

19  provisional in the voter registration system, you

20  can designate the category of provisional ballot.

21            And so we can collect it that way.  Again,

22  some counties are better than others at submitting

23  it that way.

24       Q     Going back to the numbered lists of

25  provisional voters for a moment, we discussed how



1   the counties are supposed to provide one of those

2   paper copies to the Secretary of State's Office.  To

3   the best of your knowledge, did the Secretary of

4   State's Office have a complete set of those for the

5   November 2020 General Election?

6        A     Possibly.  I'd have to review the

7   retention law on those, and to -- and then see if we

8   still have them.

9        Q     What about for the November 2022 general

10  election?

11       A     Yeah, we would still -- again, assuming

12  that I'm right, and I think that I am, we should

13  have them, at least the documentation that the

14  counties provided to us.

15             So if there were some counties that didn't

16  include them in what they sent back to us, but we

17  would have what they sent us.

18       Q     To the best of your knowledge, does the

19  Secretary of State's Office do any review to confirm

20  that it has the numbered lists of provisional voters

21  from each county after an election?

22       A     I think we have a checklist but I'm not a

23  hundred percent sure of the process of receiving

24  those documents.

25       Q     So you're not sure whether the Secretary



```
 1   of State's Office has a complete list of -- complete
 2   set of the numbered lists of provisional voters?
 3        A    Correct.
 4        Q    Do all counties record provisional voters
 5   on the numbered lists of provisional voters?
 6             MR. TYSON:  Object to form.
 7        Q    To the best of your knowledge, do all
 8   counties record provisional voters on the numbered
 9   list of provisional voters?
10        A    They should.
11        Q    Are you aware of any county that has
12   failed to log provisional voters on the numbered
13   lists for any election?
14        A    No.
15        Q    Are counties permitted to use any other
16   method to record the information about provisional
17   voters?
18             MR. TYSON:  Object to form.
19             MS. JHAVERI:  Let me rephrase that.
20        Q    To the best of your knowledge, are
21   counties permitted to use other methods to record
22   information about provisional voters?
23             MR. TYSON:  Object to form.
24        A    I'm not aware they're restricted from
25   doing it.
```



1          Does that kind of answer the question?
2   I'm not aware they're restricted from doing it.  We
3   haven't given any guidance for them to do it.
4          Q    And they're not required to provide it to
5   you, as in the Secretary of State's Office, in any
6   other form?
7          A    Correct.
8               (WHEREUPON, Plaintiff's Exhibit-168 was
9          marked for identification.)
10  BY MS. JHAVERI:
11         Q    Mr. Evans, you've just been handed what's
12  been marked Exhibit 168, which is at CDR00044731,
13  and is a March 25th, 2021 email from yourself to Mr.
14  Ari Schaffer.
15         Do you recognize this email?
16         A    Yes.
17         Q    What is it?
18         A    So it is an email from myself to Ryan
19  Germany and Gabriel Sterling and copying Ari
20  Schaffer.
21         I was going to just say explaining a
22  request made by a local journalist, Mark Niesse,
23  regarding provisional ballot data.
24         Q    So in the second sentence of your email
25  you mention provisional ballot surveys.  What are



1    the provisional ballot surveys that you refer to in
2    this email?
3         A    So we did have a -- I think it was a paper
4    ballot survey.  We did send it out to counties
5    asking them basically the numbers by category of
6    provisionals that they had.
7         Q    So these surveys are completed by the
8    counties; is that correct?
9         A    Yes.
10        Q    And you said they include the type of
11   provisional ballot that each county had?
12        A    Yes.  As shown in the attachment.
13        Q    Just to clarify, when you're referring to
14   attachment, you're referring to this spreadsheet at
15   CDR00044732?
16        A    Yes.
17        Q    And do you know who in the counties
18   completes these paper ballot surveys?
19        A    Not -- no.
20        Q    And going back to the email momentarily at
21   44731, ENR as used in this email also refers to
22   Election Night Reporting system, as we've previously
23   discussed, correct?
24        A    Yes.
25        Q    In that same line you mention:  "And the



 1   official summary reports that were sent to us."

 2              What are you referring to with that

 3   clause?

 4        A    So I believe what we did was -- so just to

 5   back up for a second.

 6              I mentioned the election management system

 7   that counties use, that's completely air gapped, to

 8   tabulate their relates.  So out of that election

 9   management system they can generate a report that is

10   essentially an official summary report.  Out of that

11   system that is the paperwork that, as far as I'm

12   aware, the counties use to certify the results.

13              It shows each contest, number of election

14   days, advance voting, absentee, provisional ballots

15   that are cast.

16              So as one of the checks, oftentimes what

17   we'll do is, since those -- election management

18   system for the results is really the source of

19   truth, we'll, you know, collect data off of those

20   election summary reports, in a spreadsheet or

21   something, to verify accuracy.

22              So probably what I'm referring to when it

23   says the official summary report shows 11,382

24   provisional ballots being cast, I'm referring to the

25   sum of all those official summary reports from



 1  counties that came out of the election management

 2  system.

 3       Q    But that is not the information that is in

 4  the ENR system?

 5       A    So it is, but that 11,382 number probably

 6  includes undervotes.

 7            So that would be -- that would be ballots

 8  cast and not necessarily votes cast.

 9       Q    Let's look at the spreadsheet that's

10  marked CDR00044732.

11            What does the table at the top show?

12       A    So total provisional ballots cast, I

13  believe that we pulled these numbers off of the

14  surveys, and so you have the different categories:

15  No Photo ID, Ineligible Elector, Registered for the

16  1st time, Extended Hours, Out of Precinct, and the

17  totals and the different general election years, and

18  then just the aggregate numbers in the table.

19       Q    So these years refer to the general

20  election held in that year, correct?

21       A    Correct.  I'm -- I believe so, yes.

22       Q    And then what does the bottom table show?

23       A    So that shows kind of summary level data

24  of how many provisionals were cast, how many of the

25  total number were accepted, and then how many were



1    rejected of the total.

2        Q    And is the data in these two tables for

3    the entire State of Georgia?

4        A    Yes.

5        Q    Does it reflect in-person and absentee by

6    mail provisional ballots?

7        A    It would reflect whatever the county

8    considered as a provisional ballot cast in their

9    county.

10       Q    Does the Secretary of State's Office have

11   a system in which it knows how each county

12   identifies the provisional ballot term for reporting

13   purposes?

14            MR. TYSON:  Object to form.

15       A    So I think where the confusion would come

16   in is there may be some counties -- I think it's in

17   the absentee by mail piece.  All counties would

18   report provisionals for advance voting or election

19   day.  I think where there might be some discrepancy

20   is on the absentee by mail piece.  I don't think all

21   counties consider those to be provisionals, and I

22   don't have any documentation as to how the counties

23   would report it.

24       Q    To the best of your knowledge, was this

25   data shared with any state legislators?



1      A    I do not know.

2      Q    Let's go back to the email, the cover

3    email, at 44731 for a moment.

4           You note in the second line that the

5    numbers differ slightly than what was reported in

6    ENR and the official summary reports that were sent

7    to us.

8           Do you know why there's a discrepancy?

9      A    So if I'm looking back at Exhibit 167, it

10   shows 11,120 as opposed to in 168 11,382.  And

11   generally I would expect that that's -- the majority

12   of that reason is due to undervotes.

13     Q    And then if we -- I apologize for making

14   you go back and forth, but if we go back to the

15   spreadsheet.

16          If you look at the second chart, the

17   bottom number with the 2020 election has 11,781 as

18   the accepted provisional ballots.  And you said this

19   was from the provisional ballot surveys that were

20   sent to the Secretary of State's Office?

21     A    Yes.  I believe this would have been

22   provisional ballot surveys.  So this number would

23   have been manually reported to us from counties.

24     Q    Just on this chart it has 17,967

25   provisional ballots cast.  That's correct, right?



1        A    17,967, yes.

2        Q    And then 11,781 were the accepted

3   provisional ballots in November 2020, correct?

4        A    Yes.

5        Q    And then if we go back to the cover email,

6   in the email itself you wrote:  "The official

7   summary reports show 11,382 provisional ballots

8   being cast."

9             Did you mean cast, or cast and accepted?

10       A    I meant -- a better way to have worded

11   that would probably have been scanned.

12       Q    Do you know why there are discrepancies

13   between these three sources?

14       A    So three sources would be 167, the number

15   in the email, and the spreadsheet?

16       Q    Got it.

17       A    Okay.  So 167 would have been just votes.

18   So it would have been just looking at the votes for

19   probably the presidential contest.

20             And then the 11,382 is probably the number

21   that was scanned ballots.  So the difference between

22   11,382 and what's in 167, 11,120, that's probably

23   the number of undervotes in the presidential

24   contest.

25             And then the difference between those two



1   numbers and 11,781, I think it goes back to, as I

2   said in the last sentence, many counties used manual

3   methods to provide data on their provisional ballot

4   surveys.  So it wouldn't be all too surprising if

5   they were, you know, a small number of counties that

6   were manually keeping track of the provisional

7   ballots cast to report on their provisional ballot

8   survey, and then that may have included the results,

9   for the tabulated results, of those ballots in a

10  different category, like absentee by mail, on their

11  official summary report.

12              (WHEREUPON, Plaintiff's Exhibit-169 was

13        marked for identification.)

14  BY MS. JHAVERI:

15      Q    So you've just been handed another

16  document that has been marked Exhibit 169, and it is

17  an email at CDR0001758, followed with an attachment

18  spreadsheet that is CDR00001759.

19              And, Mr. Evans, as I explained before,

20  this is just the first page of the spreadsheet.  It

21  is rather lengthy and we did not print out the whole

22  thing, but if you'd like to see it, we can pull it

23  up on a computer.

24              Do you recognize this email and attached

25  spreadsheet?



1        A    Yes.

2        Q    Do you remember speaking with Mr. Patel

3    about the attachment to this email?

4        A    I remember having a conversation with him

5    about these types of provisional reports.

6        Q    Do you recall why you wanted to talk to

7    him about it?

8        A    I remember trying to make sure that I

9    understood the way that the report was pulled, and

10   so that would have been why I would have asked him

11   for the phone conversation, so he could talk me

12   through it.

13       Q    So would this be an example of the type of

14   custom report that Mr. Patel was able to pull for

15   you?

16       A    Yes.

17       Q    Let's flip over and look at the

18   attachment, the spreadsheet itself.

19       A    Okay.

20       Q    What does this spreadsheet show?

21       A    So it shows, as entered by county election

22   officials, provisional information for voters.

23       Q    And this was for the November 2020 general

24   election, correct?

25       A    Based on the timing, I would assume so.



1   It could be the January 2021 election.

2        Q    If it would refresh your recollection, you

3   can look at the title of the spreadsheet, which is

4   --

5        A    Perfect.  Yeah, it does appear it's for

6   the November 2020 election.

7        Q    Were you involved in creating this

8   spreadsheet?

9        A    I probably was the one that sent the

10  request to Keval Patel, and then he would have ran

11  the query and sent me the file.

12       Q    So Mr. Patel would have been the one who

13  created this spreadsheet?

14       A    Yes.

15       Q    Do you know why then in the email you were

16  sending it to him?

17       A    He had probably sent it to me and then I

18  was probably sending it to him to tell him I needed

19  some clarification, I needed to discuss it.

20       Q    The source of the information in this

21  spreadsheet is from the surveys completed by county

22  election officials; is that correct?

23            MS. JHAVERI:  Sorry.  Let me withdraw that

24       for a second.

25



1    BY MS. JHAVERI:

2        Q    What's the source of the information in

3    this spreadsheet?

4        A    So this would be our voter registration

5    system at the time.

6        Q    Let's look at some of the headers.

7             The Registration Number field, what does

8    that mean?

9        A    So that would be the voter registration

10   number for the record.

11       Q    And the next column says, "Challenged

12   Status."  What does that mean?

13       A    So I remember, and I'm a little fuzzy on

14   the step-by-step details for assigning provisional

15   credit in what is now the legacy voter registration

16   system, but I remembered that you could designate a

17   record as, as being a provisional/challenge -- I'm

18   trying to remember the way the screen looked.

19            I think you could designate credit as

20   being provisional/challenged, and then you could say

21   that the challenge was removed, indicating that the

22   vote counted; or you could leave it as challenged

23   not removed, indicating it was a cast provisional

24   that was not counted.

25       Q    And this is information that the county



 1  enters; is that correct?

 2       A    Yes.

 3       Q    Looking at the next column, "Challenged

 4  Reason," what does Challenged Reason mean?

 5       A    So that would be the provisional reason or

 6  provisional category for the particular record.

 7       Q    Is this, to the best of your knowledge, a

 8  free text field, or is there a list of options that

 9  you can choose from?

10       A    I believe it's a list of options.

11            MS. RYAN:  This is the exhibit we sent

12       earlier that was marked.  Is that okay?

13            MR. TYSON:  Just for the record, we've

14       looked at the exhibit.  It was marked

15       Attorneys' Eyes Only.  I believe it was really

16       only confidential because of PII.

17            So we withdraw the AOE designation and

18       have it be marked confidential instead.

19            Let me amend that.  We can remove all

20       confidentiality designations.  I don't think

21       there's anything on here.

22            (WHEREUPON, Plaintiff's Exhibit-170 was

23        marked for identification.)

24  BY MS. JHAVERI:

25       Q    You've just been handed what's been marked



```
 1    Exhibit 170.  This is CDR00001799 through 1801, and
 2    includes an attachment that is an Excel list.
 3             And, Mr. Evans, the same caveats apply,
 4    it's just the first page.
 5        A    Sounds good.
 6        Q    When you've had a chance to review it, do
 7    you recognize this document?
 8        A    I do.
 9        Q    What is it?
10        A    It is an email thread discussion data with
11    Keval Patel.
12        Q    Let's start with the email that's at the
13    bottom of CDR00001800.
14             You ask Mr. Patel:  "Can you generate the
15    provisional lists as we discussed for the 2018
16    primary, 2018 general, 2020 primary, and 2020
17    general?"
18             What were you asking Mr. Patel to prepare
19    for you?
20        A    Provisional lists for those elections.
21    Provisional data reports for those elections.
22        Q    Did the data for these lists also come
23    from the voter registration database?
24        A    Yes.
25        Q    Why did you request these provisional
```



 1  lists?

 2      A    I can't remember if we were just simply

 3  trying to do cross-election comparison, or if we had

 4  been asked for them by our attorneys.

 5      Q    So if you look at your email on May 12th

 6  -- that's in the middle of CDR00001799 -- you ask

 7  Mr. Patel to generate a report like this for the

 8  January 2021 runoff, correct?

 9      A    Yes.

10      Q    Do you recall why you were asking him to

11  prepare this report?

12      A    I don't remember for sure.

13      Q    Let's look at the spreadsheet itself.

14  What does this spreadsheet show?

15      A    It shows as entered by counties

16  provisional or challenged, flagged records for

17  January 2021 election.

18      Q    Is the source of the information in this

19  spreadsheet the same as in Exhibit 169?

20      A    Yes. they're both out of the voter

21  registration system.

22      Q    So looking at this spreadsheet, I want to

23  look at the column that's titled, "Race."

24           What does the Race field represent?

25      A    For each record, the race description for



1    the record.

2        Q    To best of your recollection, did you ask

3    Mr. Patel to include this field?

4        A    I don't recall.

5        Q    If you did ask Mr. Patel to include this

6    information, why would that be the case?

7              MR. TYSON:  Object to form.

8        A    I don't recall.  We may have been asked to

9    prepare these reports for our attorneys, but I don't

10   recall for sure.

11       Q    Looking back at the email on CDR00001799,

12   at the very top, this is Mr. Patel's email to you.

13   He writes:  "Attached is the list for January 2021."

14   And in parenthesis, he writes:  "Where it does not

15   necessarily only look at the most recent ballot."

16              Do you know what that means?

17       A    I remember -- I don't remember for sure.

18              (WHEREUPON, Plaintiff's Exhibit-171 was

19         marked for identification.)

20   BY MS. JHAVERI:

21       Q    Mr. Evans, you've just been handed an

22   exhibit marked Exhibit 171.  This starts at

23   Bates-stamp CDR00110928 and goes through 110930.

24              This is an email chain and an attached

25   spreadsheet, with the same caveat that it is just



 1   the first page of the spreadsheet.

 2           Do you recognize this email chain?

 3      A    Yes.

 4      Q    What is it?

 5      A    It's a request of me -- originates with a

 6   request from me to Keval.  I say we're trying to

 7   find the absentee ballot rejection rate for November

 8   2016, and then it concludes with him sending me the

 9   data for the request.

10      Q    Looking at that original email you were

11   just referring to at CDR00110929, where you asked

12   for the absentee ballot rejection rate for the

13   November 2016, why did you want that information?

14      A    I believe we were trying to compare

15   rejection rates across elections and needed the data

16   for November 2016.

17      Q    Why were you looking to compare rejection

18   rates across elections?

19      A    I remember times -- I remember there were

20   questions that we were getting about how the

21   acceptance or rejection rates of absentee ballots

22   compared to other elections, say November 2020 to

23   other elections, and so it was not uncommon for us

24   to get the data needed to compare, or to at least

25   have the data to be able to provide it if asked.



1       Q    To the best of your recollection, were you
2    asked for this information?
3       A    I remember our office received questions
4    about it.  And then as part of, you know, as I got
5    questions, so I know that we were asked about it.
6       Q    And to the best of your knowledge, did
7    those requests to your office come from a
8    legislator?
9       A    I don't recall.
10      Q    Looking at the bottom of your email, why
11   did you need those specific columns?
12      A    Usually like to have county name because
13   that's a helpful identifier to have in most data
14   files that we get.
15           Voter ID, I need that because it's a
16   unique identifier for the record.
17           Ballot status, because we were
18   specifically asking about ballots for the status of
19   "R."
20           Ballot status reason, because that informs
21   the reason why it was rejected.  Or why it has the
22   ballot status of "R."
23           And then date, I don't, I don't remember
24   the exact reason why I asked for date.
25      Q    Let's look at the email from Mr. Patel at



1  the top of CDR00110928.  So looking at that email,

2  the 6,369 number represents the total number of

3  absentee ballots rejected in the November 2016

4  election; is that correct?

5       A    Yes.

6       Q    And that's out of 251,537 absentee ballots

7  issued for November 2016; is that correct?

8       A    Yes.

9       Q    To the best of your recollection, did you

10  pass on this information to anyone else?

11       A    Probably but I don't recall for sure.

12       Q    We are going to switch topics.  I want to

13  talk to you a little bit about the new voter

14  requirements for absentee voters under SB 202.

15            Under SB 202, a vote requesting an

16  absentee by mail ballot must provide their driver's

17  license or state ID number on the application or

18  they have to include a copy of another form of ID.

19  Correct?

20            MR. TYSON:  Object to form.

21       A    Yes.  That's one of the sections, one of

22  the required sections.

23       Q    To the best of your knowledge, when a

24  voter returns a completed absentee ballot, they have

25  to provide a driver's license or ID number if they



```
 1   have it, correct?
 2              MR. TYSON:  Object to form.
 3        A    Um, they have to return -- I'm sorry, can
 4   you say the question one more time?
 5        Q    Sure.  So we're talking about when a voter
 6   returns a completed absentee ballot, they have to
 7   provide their driver's license or ID number along
 8   with that completed ballot if they have one,
 9   correct?
10              MR. TYSON:  Object to form.
11        A    The completed application?
12        Q    The ballot.
13        A    I'm sorry, I'm -- one more time.
14        Q    Sure.  I know, we've been jumping around a
15   lot.
16              So, you know, the voter has already
17   submitted an application, has received a ballot and
18   is returning the ballot.
19        A    Got you.
20        Q    So when they return the ballot, do they
21   need to include their driver's license or state ID
22   number when they return the ballot?
23              MR. TYSON:  Object to form.
24        A    Yes.
25        Q    And if they don't have that driver's
```



```
 1   license or state ID number, they can use the last

 2   four digits of their social security number,

 3   correct?

 4        A    Yes.

 5        Q    And if they don't have any of those

 6   numbers, they can also include a copy of another

 7   form of ID, correct?

 8        A    Yes.

 9        Q    To the best of your knowledge, does the

10   driver's license number or ID card have to be

11   unexpired for a voter to use the number to request

12   an absentee ballot application?

13             MR. TYSON:  Object to form.

14        A    If the ID number on the application

15   matches the ID number that's on the voter's record,

16   then I believe the county would accept the

17   application.

18        Q    Even if the ID itself was expired?

19        A    It's one of those things if we were in the

20   office and this question came up, I would consult

21   with general counsel and my deputy director.

22             But, yes, I believe that the county would

23   accept the application.

24        Q    And now turning to the process of

25   returning a completed absentee ballot.  For that
```



1  process, does the driver's license or state ID have

2  to be unexpired for the voter to use the number to

3  accompany their completed absentee ballot?

4           MR. TYSON:  Object to form.

5      A    Again, I believe if it matches what's on

6  the record, then I believe the county would accept

7  it.

8      Q    It is your understanding the county would

9  accept it whether the ID was expired or not expired?

10     A    Correct.  Assuming everything else is

11 proper.

12          MR. TYSON:  We've been going for an hour

13     and a half.  Can we take a break for 10 minutes

14     or so?

15          MS. JHAVERI:  If you're okay, Mr. Evans --

16     well, I have about 20 more minutes and then

17     Davin is going to go ahead and take over

18     questioning.

19          We can take a break now, that's fine.

20          MR. TYSON:  Off the record.

21          (Discussion ensued off the record.)

22 BY MS. JHAVERI:

23     Q    So let's go back to the voter ID

24 requirement when a voter submits an absentee ballot

25 application.



1           Absentee ballot applications, to the best

2      of your knowledge, are processed by county election

3      offices, correct?

4           MR. TYSON:  Object to form.

5      A    Yes.

6      Q    Are you generally familiar with how

7      counties process absentee ballot applications?

8      A    Generally, yes.

9      Q    Does the Secretary of State's Office, to

10     your knowledge, issue guidance for the counties on

11     how to process absentee ballot applications?

12     A    I believe that we have had general

13     trainings, guidance on absentee ballot applications.

14          Is there an application that I could look

15     at during the conversation?

16          MS. RYAN:  We don't have one printed out

17        but I'm sure we could find one.  Actually, we

18        might pull it up on the Secretary's website.

19          THE WITNESS:  That would be fine.

20          MS. RYAN:  Would that be okay?

21          THE WITNESS:  That would be fine.

22          MS. RYAN:  Do you want to do that, Bryan?

23          MR. TYSON:  Off the record.

24          (A recess was taken at 2:27 p.m. until

25        2:40 p.m.)



1              (WHEREUPON, Plaintiff's Exhibit-172 was

2         marked for identification.)

3    BY MS. JHAVERI:

4         Q    Mr. Evans, we are going to talk about the

5    absentee ballot application and that process, and

6    you've just been handed a blank copy of the current

7    absentee ballot application that has been marked

8    Exhibit 172.

9              Can you review this and please confirm it

10   is in fact the current absentee ballot application?

11        A    Yes, it does appear to be the current.

12        Q    We discussed earlier that when an absentee

13   ballot application comes into a county that includes

14   a driver's license or ID number, the county looks to

15   match that number to the number in the voter's

16   registration file; is that correct?

17        A    On the voter registration record system.

18        Q    To the best of your knowledge, do the

19   counties have access to the driver's license

20   database?

21        A    There is a -- and I've not used this

22   before.  There's something called -- I believe it's

23   motor voter -- it's like MVC, that I think a couple

24   of people in our office have access to where if

25   there's any doubt essentially that somebody declined



1  to send their information to the voter registration

2  office, you can use that portal to view to see if

3  they did in fact decline.

4          But I think -- can you explain kind of

5  what you mean by the Department of Driver Services

6  database?  Because generally counties don't have

7  access to the Department of Driver Services

8  database.

9      Q    That's exactly what I was asking.

10     A    Okay, cool.

11     Q    So just to clear it up, you've just stated

12  the counties do not have access to the Department of

13  Driver Services database, correct?

14     A    Correct.

15     Q    Now, to the best of your knowledge, what

16  are the counties supposed to do if they receive an

17  absentee ballot application where the voter did not

18  provide the required identification number or a copy

19  of an acceptable alternative ID?

20          MR. TYSON:  Object to form.

21     A    So if we're outside the time for issuing

22  ballots, then they would issue a cure form.  If

23  we're inside the time for issuing ballots, they

24  would issue a provisional ballot with the cure form.

25          And if we're outside the time for issuing



1    ballots, they would issue the cure form, and then
2    when the time for provisional ballot -- when the
3    time for issuing ballots arrived, that voter would
4    still get a provisional ballot sent to them even if
5    they had not yet returned the cure.
6         Q    So let me clarify.  When you say outside
7    the time to issue ballots, what do mean?
8         A    For a UOCAVA voter, it's 45 to 49 days.
9    And then for a non-municipal election, non-UOCAVA
10   voter starts at 29 days out from the election.
11        Q    To the best of your knowledge, is the
12   process the same for an absentee ballot application
13   that includes a driver's license or state ID number
14   but there is a mismatch?
15             MR. TYSON:  Object to form.
16        A    Yes.
17        Q    When we were talking you mentioned a cure
18   form.  Can you tell me what that is?
19        A    So it's usually a letter explaining to the
20   voter -- it's my recollection it's a letter
21   explaining to the voter the information that was
22   wrong or that was a mismatch or inaccurate or left
23   off of their application, and then the steps they
24   need to take to cure their application so their
25   ballot counts.



1      Q    So, to the best of your knowledge, if a

2   county issues a provisional absentee ballot with a

3   cure notice, does E-Net show that the application

4   was accepted?

5      A    So to provide a little context to the

6   answer, E-Net was a voter registration system that

7   was used up until February the 6th of this year.

8   Then we transitioned -- counties are using a

9   different -- a new voter registration system.

10          The cure process was something that was a

11   little hard to track in E-Net.  It wasn't built

12   quite the way we -- we were able to make some

13   improvements to it in the new voter registration

14   system.

15          I think the way that generally most

16   counties handled it was if they got an absentee

17   ballot application back and there was something that

18   needed to be cured, I think there were many

19   instances where they would contact the voter before

20   they ever put the application into the system and

21   say, hey, you know, something is wrong, you need to

22   correct your application, and they would just get

23   the corrected application in and put the accepted

24   application in.

25          So I think that happened a lot of the



1    time.

2          I think in order to issue a ballot in

3    E-Net you had to have an accepted application on the

4    file.  I don't think you could have a rejected

5    application and then issue a provisional ballot.

6          Q    So then would the provisional nature of

7    that absentee ballot be shown anywhere in E-Net?

8          A    It would be shown -- if the county issued

9    the ballot in E-Net and they marked the ballot as

10   challenged, then in the absentee voter file it would

11   been showing as a challenged issued ballot.

12         Q    To the best of your knowledge, did all

13   counties follow that procedure of marking as

14   challenged in E-Net?

15         MR. TYSON:  Object to form.

16         A    I think it was probably inconsistent.

17         Q    So it's fair to say that the counties

18   recorded this information in different ways?

19         A    I think that's fair.

20         Q    So earlier in our discussion you talked

21   about the Secretary of State's efforts to pull more

22   driver's license information into the voter

23   registration system.  Is that correct?

24         A    Yes.  It was specifically to take whatever

25   it was, two, three percent of the people that didn't





1  have ID numbers on records and try to match them

2  against people in the Department of Drivers Services

3  database, to then be able to put those

4  identification numbers on the record.

5      Q    To the best of your knowledge, that two,

6  three percent that did not have IDs on record, when

7  is that data from?

8      A    You say when?

9      Q    Correct.

10      A    Probably would have been early 2021.

11      Q    Would it be fair to say before March 2021?

12      A    Yes.

13      Q    And this process of bringing over more ID

14  numbers for that two to three percent, to the best

15  of your recollection, when did that process occur --

16  or begin?  Excuse me.

17          MR. TYSON:  Object to form.

18      A    So there was kind of the initial phase of

19  information gathering, of just getting a count,

20  getting a percentage, and then there was the second

21  phase of executing the project.

22          So, again, this would all be things that

23  are well documented, and I could find more specific

24  dates, like in my emails and that kind of thing, but

25  as far as getting the numbers and percentage, we're



1  probably looking early 2021.  As far as executing

2  the project, we're probably looking somewhere in the

3  middle of the year.

4              (WHEREUPON, Plaintiff's Exhibit-173 was

5         marked for identification.)

6  BY MS. JHAVERI:

7      Q    You've just been handed an email chain

8  that is marked Exhibit 173.

9              This is at CDR00044678 to 44680.

10             And it is an email chain that has your

11  email to Johnny Manning at the top of the first

12  page.

13             Do recognize this email chain?

14     A    Yes.

15     Q    Can you tell us what this email chain is?

16     A    Yes.  This email thread between myself,

17  copying our director, to Jeff Smith and Johnny

18  Manning at DDS, Department of Driver Services,

19  asking them if they could get on a meeting to

20  discuss some questions we had about that driver's

21  license update project.

22     Q    Who is Jeff Smith?

23     A    I believe his title -- I believe he was

24  the CIO for DDS.

25     Q    And Johnny Manning?



1     A    I do not remember Johnny's title, but he

2    worked with data at DDS.

3     Q    Let's go to the email that's at the bottom

4    of 44679.  It's April 6, 2021, at 10:08 a.m.

5          Do you see that email?

6    A    Yes.

7     Q    Is this email part of the implementation

8    that you were just referring to?

9    A    What implementation?

10    Q    Excuse me.

11         I think you said Part 2 was executing the

12    project.  Those were your specific words.

13    A    Yes.

14    Q    I apologize.

15    A    Yeah.  This would be -- yeah, this would

16    be kind of part of that project.

17    Q    To the best of your understanding, why was

18    it important driver license numbers be updated on

19    voter records after the passage of SB 202?

20    A    Since driver's license numbers were at

21    that point, after 202, would be used on

22    applications, absentee ballot applications, and then

23    also on absentee ballot envelopes, the envelopes, we

24    felt that it was important that as many records,

25    voter records, have driver's license numbers as we



1    could get.

2        Q    What were you proposing that the two

3    agencies would do here?

4        A    So proposing that we take data from them,

5    data from us, and then compare the two.

6            If you look where I say -- where I have

7    the sentence "I am thinking that our team can use a

8    pre-hashed copy of the ERIC file."

9            So that's -- as I was mentioning a few

10   hours ago, I think I was saying I couldn't remember

11   if we took a file that was already being produced or

12   if we did a custom file.

13           The ERIC file would be a file that is --

14   that they would normally generate for us on a

15   monthly basis, and my thought in this email was that

16   we could use, so they wouldn't have to create a

17   custom file, that they could just use that file to

18   do the matching process.

19       Q    Were there any concerns you had about

20   doing this match across databases?

21       A    Sure.

22       Q    What did you do, if anything, to address

23   those concerns?

24       A    Yeah.  So I know in the -- I mean we

25   definitely didn't want to put incorrect data on



1 somebody's voter registration record.  So Jason took

2 the files and tried different variations of matching

3 criteria to ensure that we were getting tight enough

4 matches that we felt confident in them.

5          So that was probably one of the biggest

6 concerns, is just making sure we weren't putting

7 incorrect data on somebody's record.

8          One of the other things we did do, if you

9 go online to our S&T ballot request portal, there's

10 three different buttons:  There's one button to

11 download an absentee ballot application, there's

12 another button to enter the absentee ballot

13 application portal, and there's a third button to

14 just validate your driver's license number.

15          So if you just want to know, hey, before I

16 do anything, can I check and make sure this is the

17 number that's on my voter registration record,

18 that's kind of a sanity check for voters.

19          So when it goes back to this particular

20 project, doing the matching, making sure the

21 criteria was tight enough that we felt good with the

22 matches, that was probably the biggest risk that we

23 saw that we had to deal with.

24     Q    So this match process, to the best of your

25 knowledge, was a match like this attempted before SB



1   202 passed on March 25th, 2021?

2        A    You mean a match to update like driver's

3   licenses?

4        Q    Correct.

5        A    No, not to my knowledge.

6        Q    In the email above that that, from Johnny

7   Manning, he notes "its data as requested by the ERIC

8   specs."

9             What does that mean?

10       A    So ERIC is the Electronic Registration

11  Information Center, and so that organization is

12  comprised of about 32 states, plus the District of

13  Columbia, and every 30 to 60 days states that are

14  member states in that organization share hashed data

15  from the Department of Driver Services, and it's the

16  voter registration database from each of those

17  states.

18            So they have specific criteria and

19  specifications for how they need the data to be

20  incoming to them, and so he's saying that it's based

21  on essentially their needs and their specifications.

22       Q    To the best of your recollection, what

23  does that mean to be "point in time at the time of

24  the run"?

25       A    So I take that to mean that it's accurate



1  as of the time the file is run.

2      Q    If we look at the first page, 44678,

3  there's some discussion about scheduling a meeting

4  between yourself and Johnny Manning and Jeff Smith.

5          To the best of your recollection, did that

6  meeting occur?

7      A    Yes.

8      Q    Do you recall what you discussed at that

9  meeting?

10     A    I think we were just discussing things

11  relating to the file that would help Jason be able

12  to do the analysis.

13     Q    To best of your recollection, were you

14  able to do a match of the databases at this time, so

15  in April of 2021?

16     A    I feel like the project took several

17  weeks, but we were ultimately able to -- we were

18  ultimately able to update records where the record

19  did not have a DL number.

20     Q    During this match process, were you trying

21  to match all registered voters to a DDS file, or

22  just those registered voters who did not have a

23  driver's license number in the state voter

24  registration system?

25     A    So we ended up only attempting to match



1   the ones that did not have a number.  We determined

2   -- part of the thought process was it would be a

3   significant risk, perhaps too much of a risk, to try

4   to update somebody's record where there was already

5   a number there.

6        Q    Do you recall -- and so maybe it was in

7   May of 2021, when this match actually occurred --

8   what criteria was used to link the records between

9   the two databases?

10       A    So I don't recall exactly, but I know that

11  we used parts of the name, I think parts of socials,

12  I think parts of an address, like maybe ZIP code.

13  But I don't remember the exact match criteria.

14       Q    For the criteria used, did it have to be

15  an exact match?

16       A    Can you elaborate on what you mean by

17  exact?

18       Q    For example, if you used the name, did it

19  have to be the exact name -- say it was first and

20  last, the exact first and last name, or was there

21  some leeway for matching a certain number of letters

22  or something like that?

23       A    I think we tried different combinations,

24  like -- you know, again, I don't remember exactly

25  but maybe we did like last name/social/ZIP code



```
1   match, or something like that.  First

2   name/social/ZIP code match.

3            So we tried, we tried different

4   combinations, and then I remember Jason had

5   basically -- you know, if we do this criteria, which

6   is a really strong match, then we're able to match

7   this many records.  If we go still a strong match

8   but not quite as strong, then we're able to match,

9   you know, 15,000 more records or something like

10  that.

11           So we kind of had -- he tried several

12  different things and we decided what we felt most

13  confident with and updated those records.

14      Q    And those communications with Jason, were

15  they ever email?

16      A    Some of them very well might have been.

17  Some of them were also -- I remember specifically

18  some of them were in Microsoft Teams.

19      Q    What were the results of that match?

20      A    If I remember correctly, we were able to

21  update over 100,000 records, and we got the total

22  number of records that had ID numbers up to 99

23  percent.

24      Q    To the best of your knowledge, has the

25  Secretary of State's Office conducted this kind of
```



1    exercise since then?

2          A    No.

3          Q    Do you know if the Secretary of State's

4    Office has done anything else to update driver's

5    license numbers in the voter registration system

6    since May 2021?

7               MR. TYSON:  Object to form.

8          A    Not any kind of special project or

9    anything like that.

10         Q    So is it your understanding that there are

11   still some voters with an incorrect driver's license

12   number in their voter registration file?

13              Let me take that back for a second.  Let

14   me do it this way.

15              Ultimately, based on our discussion, it

16   sounds like the Secretary of State's Office did not

17   do anything to correct a voter who had an incorrect

18   driver's license number in their voter registration

19   file, correct?

20              MR. TYSON:  Object to form.

21         A    I would say we did not to anything to

22   update a report if there was already an exiting

23   value in the DL field.

24         Q    So it is possible that there are voters

25   who have an incorrect driver's license number in



 1  their voter registration record?

 2      A    It would be possible.

 3          (WHEREUPON, Plaintiff's Exhibit-174 was

 4      marked for identification.)

 5  BY MS. JHAVERI:

 6      Q    You've been handed what's been marked

 7  Exhibit 174, and it's at CDR00017411, an email chain

 8  between yourself and Donna Tuite at the Department

 9  of Driver Services.

10          What were you discussing in this email?

11          MR. TYSON:  I'll just object to the extent

12      his answer calls for anything that's

13      privileged, but relates to a different case.

14          You can give anything that's a

15      nonprivileged response to that question.

16      A    I believe in the state database we had

17  between four to five thousand records that were

18  pending citizenship, and this was a project where we

19  coordinated with the Department of Driver Services

20  to see if they had matches for those four to five

21  thousand records, four to five thousand records, and

22  then if they did, did they have (a) registration

23  numbers for those voters.  If they did, they sent

24  those back to us, and we were able to look those

25  voters up in the save database, and then from that



 1  verified that some number of them were citizens and

 2  were able to flip them from pending status to active

 3  status.

 4          MR. TYSON:  Just to clarify, 174, I think

 5       the Bates number might have been misread.  It's

 6       0491224, right?

 7          MS. JHAVERI:  Yes.  Thank you, Bryan.

 8          MR. TYSON:  Just making sure.

 9          MS. JHAVERI:  Thank you.

10          Mr. Evans, thank you so much.

11          Those are my questions, at least for now.

12       I'm going to turn it over to my colleague

13       Davin.

14          (Discussion ensued off the record.)

15  EXAMINATION

16  BY MR. ROSBOROUGH:

17       Q    Hello again, Mr. Evans.  Davin Rosborough.

18  I represent the Sixth District of the African

19  Methodist Episcopal Church, or AME plaintiffs.

20          Nice to meet you.

21          I'll try to keep things moving.  We're

22  going to jump around a little bit.

23          So you testified earlier that you attended

24  Auburn and graduated from the MPA program with a

25  Master's degree; is that correct?



1        A    Yes.

2        Q    And you mentioned that you did some work

3   as a graduate assistant; is that correct?

4        A    Yes.

5        Q    Did you work with any particular

6   professors in that role?

7        A    So, okay, as a graduate assistant, I was a

8   graduate assistant for -- it would have been Dr.

9   Mark Wilson.  I forget his title but he worked in

10  the college of liberal arts, I believe director for

11  the Caroline Marshall Draughon Center for the Arts

12  and Humanities.

13       So I was graduate assistant to him, but

14  part of my Master's would have done some internship

15  work with the Election Center.

16       Q    Okay.  Did you take any courses with Dr.

17  Bridget King?

18       A    So, actually, Dr. King, I did not, but I

19  think I remember some of the CERA classes, Election

20  Center classes, I believe I remember her teaching

21  one of those and I know of Dr. King.

22       Q    How do you know of Dr. King?

23       A    So she arrived at Auburn the same time

24  that I was in the master's program, I believe.

25       Q    Am I correct that you contributed to a



1  book that she edited at one point?

2       A    I believe that's right.

3       Q    What are your impressions of Dr. King?

4       A    I like Dr. King.  She was relatively new

5  to the program when I was there.  I think that she

6  -- I could be wrong.  I want to say she's moved out

7  and might be chair of the program or something like

8  that.

9            So I remember her teaching a CERA class I

10  was helping to administer I want to say in Sanibel,

11  in Florida, and she did a really great job.  So I

12  think she's very good, everything that I can tell,

13  very good professor.

14       Q    Switching gears a little bit, how does

15  voter confidence fit into your role as elections

16  director?

17            MR. TYSON:  Object to form.

18       A    That's a big question.  I think it plays a

19  big role in shaping how you view your work, the

20  framework that you operate within, the framework

21  that you use to make decisions.

22            You know, there's not one single decision

23  you make and you say I'm doing this for voter

24  confidence, but it shapes the way you do your work

25  and the way you do things.



1       Q    When you think about voter confidence in

2  your role, how would you define voter confidence?

3       A    I think voter confidence is the ability

4  for voters to have access to and participate in

5  elections and cast a ballot that they believe is

6  going to be counted and included in results that

7  they trust.

8       Q    I'd like to hand over --

9            MR. ROSBOROUGH:  I think the next number

10       will be 175.

11            (WHEREUPON, Plaintiff's Exhibit-175 was

12        marked for identification.)

13  BY MS. LaROSS:

14       Q    And this is Bates No. CDR00110398.

15            I'd like to, when you're ready, to focus

16  on the first email in that chain from Chris Harvey,

17  Friday, January 1st, 2021.

18            It's on the page ending in 400.

19            Do you see where I'm referring to?

20       A    Yes.

21       Q    Who's Chris Harvey -- let me walk that

22  back.

23            What was Chris Harvey's role as of January

24  1st, 2021?

25       A    He was the State Elections Director.



1        Q    Did you report to him at the time?

2        A    Yes.

3        Q    Do you recall this email exchange?

4             (Witness reviews exhibit.)

5        A    I do.

6        Q    Okay.  Looking at this initial email in

7    the chain, do you see at the top of it -- well,

8    first of all, am I correct the message, the subject

9    is "Message to counties to increase confidence on

10   and after Tuesday"?

11       A    Yes.

12       Q    And Chris Harvey says:  "I just posted

13   this on Firefly."

14            Is that correct?

15       A    Yes.

16       Q    So is it your understanding this was a

17   message he posted to county elections officials?

18       A    Yes.

19       Q    A couple of -- right under the header

20   "Post Runoff Accountability Plan," the email says:

21   "Unfilled time is a vacuum that, if not filled with

22   results and accurate information, will instead be

23   filled with conspiracy theories, ill-will,

24   misinformation, disinformation, and negativity."

25            Did I read that correctly?



1     A     Yes.

2     Q     What do you understand that to mean?

3     A     The message that I get from that, that he

4  is trying to convey on -- or that he is trying to

5  convey to county election officials is when polls

6  close on election night, make sure that you're being

7  transparent and that you're communicating to the

8  public the work you are doing to release election

9  results, and that causing unnecessary delays could

10  lead to a decrease in voter confidence.

11     Q     Do you recall if that concern was a

12  concern before 2020?

13          MR. TYSON:  Object to form.

14     A     For me or generally?

15     Q     Let's start with you in your role as an

16  elections official.

17     A     Yes.

18     Q     Looking below, a few lines down, it says:

19  "Providing accurate, timely and complete results,

20  updates, and information on election night and in

21  the following days will be a source of confidence

22  for voters and will help restore confidence in the

23  election processes and systems."

24          Did I read that correctly?

25     A     Yes.



1        Q    What do you understand Mr. Harvey to mean

2   by restoring confidence?

3        A    I think after the November general

4   election the sense was that -- I know many of us

5   felt in the office -- was that there were people in

6   the public, voters, who were not confident in the

7   system.

8        Q    Did you have a sense of, was this a

9   particular category of voter?

10       A    What do you mean?

11       Q    Were the voters that you were concerned

12  about primarily voters who you had believed had been

13  targets of disinformation campaigns?

14            MR. TYSON:   Object to the form.

15       A    I think -- I think if you look at -- let

16  me go back.

17            Whether it's concerns from voters who lack

18  confidence following 2018 general election or after

19  the 2020 general election or after the 2022 general

20  election, I think a lot of times it's from people

21  who have some misunderstandings about the process.

22  How they get to those misunderstandings I don't

23  really know.

24       Q    I'd like to pass over what we will mark as

25  Exhibit 176.



1              (WHEREUPON, Plaintiff's Exhibit-176 was

2         marked for identification.)

3    BY MR. ROSBOROUGH:

4         Q    I'll just, for the record, note this is a

5    news article from WABE, titled, "Election leaders in

6    Georgia urge openness to dispel misinformation."

7              Mr. Evans, do you recognize this article?

8         A    I do.

9         Q    And am I correct it was published on July

10   21, 2022?

11        A    Yes.  Just to clarify, this isn't a

12   complete article.  Mine cuts off at the bottom.

13             It may not be relevant to what you're

14   going to ask, but I wanted to see if the whole

15   article --

16        Q    It looks like there's a bit of cutoff

17   text.

18             Let me amend this to say this is excerpts

19   of an article but it has the parts I'm going to ask

20   you about here.

21             So do you recall being interviewed for

22   this article?

23        A    So this quote from me was pulled from a

24   panel that I was on for the National Association of

25   State Election Directors.  So it would have been a



1  panel I was on at one of their conferences.

2       Q    Do you believe you were quoted accurately

3  in this article?

4       A    Yes.

5       Q    I'd like to focus on a few different

6  parts.

7            So if you look at the second paragraph on

8  the second page, the full page of text, you're

9  quoted as saying:  "People want accuracy, speed,

10  transparency and they want their candidate to win.

11  Unfortunately, usually under that kind of formula,

12  there's going to be slightly less than half of the

13  population in a close contest that's not going to be

14  very happy with the way the results come out."

15            Is that correct?

16       A    Yes, that's what my quote says.

17       Q    So you refer there to transparency; am I

18  correct?

19       A    Yes.

20       Q    And you believe that transparency is one

21  aspect of the election process you believe can

22  contribute to voter confidence?

23       A    I do.

24       Q    In that quote you also mention people

25  wanting their candidate to win and that slightly



1  half the population in a close contest is not going

2  to be very happy with the results, correct?

3      A    Correct.

4      Q    Under my paraphrasing?

5      A    Yeah, correct.

6      Q    Do you agree based on your experience

7  there's some aspects of voter confidence that are

8  outside of the control of public officials?

9      A    Yes.

10     Q    Would you agree it's true that whether a

11 voter's preferred candidate wins can affect some

12 voter's confidence as to whether their votes were

13 counted as intended?

14     A    I think it can cause some voters to

15 question.

16     Q    I'd like to move down the article, about

17 halfway down.  It says:  "Evans said the key to

18 dispelling misinformation during the 2020 election

19 in the state was to address the false claims head

20 on, a process that included frequent news

21 conferences.

22          "'I hate to imagine a world where we

23 didn't,' Blake said of talking'" -- unquote, "Blake

24 said of talking openly by all the conspiracy

25 theories being floated in 2020.  'I think it was one



1    of most effective ways...what we tried to do was

2    just be very, very frequent with putting out facts

3    and being very, very transparent about what was

4    going on.'"

5               Did I read that correctly?

6        A    Yes.

7        Q    What did you mean by your statement there?

8        A    What I was referencing was in the

9    aftermath of the 2020 election, basically on a daily

10   basis, sometimes multiple times a day, you'd have

11   Secretary Raffensperger or Gabriel Sterling hold a

12   press conference, letting people know this is how

13   many absentee ballots we think are outstanding, that

14   are left to be included in the results.  Hey, we're

15   about to do a full hand audit of the whole contest,

16   this is what that's going to look like.  Your

17   counties are going to have locations where you can

18   go and you can view the audit, you're welcome to go,

19   we're going to hand count every single ballot.

20               And, you know, just kind of continuously

21   making yourself publicly available, letting people

22   know the work that's being done in the realm of

23   elections, to make sure that every vote gets counted

24   accurately.

25               I think doing that, because a lot of



1   people just -- I think there are a lot of voters

2   that aren't really sure what happens after election

3   day to be able to certify an election.  So I think

4   kind of for providing some insight into that helps

5   -- can help with voter confidence.

6       Q    When you referred here to all the

7   conspiracy theories being floated in 2020, what

8   specifically were you referring to?

9       A    So I didn't actually say that part.

10      Q    You're right.  I'm sorry.  So the article

11  quotes -- article refers to you as talking about all

12  the conspiracy theories being floated in 2020.

13      A    Uh-hum.  (Affirmative.)

14      Q    Is that accurate, that's what you were

15  referring to at the time?

16      A    I don't remember the exact dialogue, but I

17  do remember that, you know, we were talking about

18  misinformation, we were talking about things like

19  that.

20      Q    Do you agree that a major cause of

21  declining voter confidence in 2020 was among

22  individuals who voted for President Trump who

23  believed conspiracy theories being touted by him and

24  his associates?

25          MR. TYSON:  Object to form.



1      A    I think conspiracy theories, whether they

2  were misinformation being touted, whether it was

3  from the president or somebody else, contributed to

4  the creation of a significant amount of concern

5  amongst voters.

6      Q    And were some of those figures who were

7  touting disinformation about the results of the 2020

8  election in the Georgia legislature, to the best of

9  your knowledge?

10     A    What do you mean by touting?

11     Q    Let me revise that to say promoting.

12     A    Possibly.  To be honest with you, I didn't

13  watch a lot of the news during this time.

14     Q    You were a little busy?

15     A    Yeah.

16     Q    Do you recall President Trump -- former

17  President Trump's attorney Rudy Giuliani and others

18  testifying before a State Senate subcommittee in

19  late 2020?

20         MR. TYSON:  Objection to the form.

21     A    I recall it happening.

22     Q    Do you recall Mr. Giuliani and other

23  individuals making wide-ranging allegations of

24  large-scale voter fraud?

25     A    So I saw clips of the meeting.  I didn't



1   watch the entire meeting.  I remember parts of the
2   meeting were about different things, like ballot box
3   underneath tables in Fulton County, that kind of
4   thing.
5        Q    Do you believe that the claims made by Mr.
6   Giuliani and his associates affected voter
7   confidence in Georgia at all in late 2020?
8        A    To some degree, probably.
9        Q    Do you believe many of the efforts made to
10  restore voter confidence have focused on that
11  population of people?
12            MR. TYSON:  Object to form.
13       A    I think that -- I think that there were
14  very real concerns that voters in Georgia had not --
15  a significant part of the population of voters in
16  Georgia had, and I think some of those concerns were
17  probably, if not created, made worse by
18  disinformation, disinformation, whether it was from
19  Rudy Giuliani or somebody else.
20            And I think that some of the changes, some
21  of the doubts, some of the concerns that those folks
22  may have had about the election system have to some
23  extent been addressed.
24       Q    How do you think those concerns among that
25  group of people have been addressed, to some extent?



1           MR. TYSON:  Object to form.

2      A     So I think -- you know, one of the phrases
3   we heard a lot during that time frame was "Stop the
4   Steal."  And the amount of time that it took to get
5   a final tally following the election, and I think if
6   you look at it, we counted our ballots and had final
7   results a lot faster than a lot of other states.

8           However, I think some of the good changes
9   -- I think some adjustments that addressed that
10  concern, of maybe it's taking us to long to know how
11  many absentee ballots we have in, codifying the
12  early scanning period to allow counties to open
13  ballots, to scan ballots before Election Day, to on
14  Election Day quarantine people and close their
15  scanners so they can report advance voting results
16  faster, to by 10 o'clock on election night require
17  counties to report the number of absentee ballots
18  that they had received, I think those kinds of
19  things address the concern that some people who may
20  have been susceptible to the "Stop the Steal"
21  narrative, because it's taking a long time to count
22  ballots, I think those kinds of things can build
23  confidence and keep those people from falling into
24  susceptible same narratives later on.

25      Q     I'd like to hand over another document.



```
 1              MR. TYSON:  Do you mind if we take a
 2        five-minute break.
 3              MR. ROSBOROUGH:  That's fine.
 4              (A recess was taken at 3:44 p.m. until
 5        3:57 p.m.)
 6   BY MR. ROSBOROUGH:
 7        Q    Mr. Evans, in your experience as an
 8   election administrator, how, if at all, does the
 9   quality of somebody's in-person voting experience
10   factor into voter confidence?
11              MR. TYSON:  Object to form.
12        A    Significantly.
13        Q    And how so?
14        A    I mean I think it's -- I think it's safe
15   to say if someone has a good voting experience,
16   they're going to be more likely to believe in the
17   process and have confidence in the process.
18        Q    In your experience, what are the aspects
19   of the voting experience that could positively or
20   negatively affect someone's confidence?
21        A    Time that it takes to check-in, the
22   efficiency of the check-in process.  You know,
23   technology working at every point in the process.
24              And as far as like a personal experience,
25   I think that's -- as it pertains to in-person
```



 1 │ voting, I think that's it.  Every element in the

 2 │ process working, time that it takes to check in,

 3 │ short.  I think that's the contributing -- main

 4 │ contributing factors.

 5 │          You know, nice poll workers, well trained

 6 │ poll workers.  That factors into it.

 7 │     Q    Over the past decade or so, is it your

 8 │ experience that some places in Georgia have had

 9 │ issues with long wait times for in-person voters?

10 │     A    So I can speak to since I've been here in

11 │ 2019, but there have been occasions, and usually

12 │ it's from what I've seen at state level, it's not

13 │ statewide, but certain pockets of places that have

14 │ had lines.

15 │     Q    From your experience working as an

16 │ elections official in Fulton County, were you aware

17 │ of any long lines for voters that occurred there

18 │ during your time?

19 │     A    Yes.

20 │     Q    In your experience as an elections

21 │ official, what are the biggest causes of long lines?

22 │     A    So assigning too many people to a polling

23 │ place, too few check-in stations, enough check-in

24 │ stations but too few poll workers.  You know, in the

25 │ case of advance voting, maybe not enough advance



1  voting locations.

2           And then to some extent voter behavior.

3  You could have -- one thing we've seen, you might go

4  two and a half weeks of advance voting with very,

5  very short to no lines, but then voters -- the last

6  two days the turnout tends to pick up.  So the

7  closer you get to the very end, sometimes the lines

8  pick up a little bit.

9           So those are kind of high level things

10  that I've seen that lead to lines.

11      Q    Are you aware of --

12      A    Also -- I'm sorry to talk over you.

13      Q    Go ahead.

14      A    Sometimes you have enough check-in

15  stations but the poll workers are not trained

16  appropriately, so it's taking too long to check

17  people in.

18      Q    That's actually a good segue.

19           Actually, before we go to that, is it your

20  recollection in your role that during the senatorial

21  runoff this past late fall that there were some long

22  lines during early voting?

23      A    You mean December 2022?

24      Q    Correct.  And there might have been some

25  November dates leading up to that, but, yeah, the



1  runoff which occurred ultimately in early December

2  2022.

3       A    There were areas that saw long lines

4  during that time period.

5       Q    Based on your experience, do you believe

6  the compressed runoff period contributed to that?

7            MR. TYSON:  I'll object to form.

8       A    So I think, you know, it kind of goes

9  back.  There's multiple contributing factors.

10           I think obviously when you look at for a

11  general election you got three weeks, for a runoff

12  you have less than that.  That is to some degree a

13  factor.

14           Also, counties do select a number of

15  advance voting locations.  So as I mentioned

16  earlier, number of advance voting locations is a

17  factor.

18           But to answer your question, is the -- I

19  think you said shortened or condensed time period,

20  that would be a factor.

21       Q    I'd like to go back to the topic of

22  check-in actually that you were just mentioning as a

23  factor.

24           MR. ROSBOROUGH:  Can we mark this as

25      Exhibit 177.



1              (WHEREUPON, Plaintiff's Exhibit-177 was

2         marked for identification.)

3    BY MR. ROSBOROUGH:

4         Q    Do you recognize this document?

5         A    Yes.

6         Q    And what is it?

7         A    It is a news release that our office put

8    out about a pilot program that we conducted in 2022,

9    that I'm very excited about, that went very well, to

10   make the speed and efficiency of the check-in

11   process, particularly for advance voting, faster,

12   and I think also increases reliability and

13   efficiency, and we plan to have it completely rolled

14   out later on this year.

15        Q    Am I correct that this was initially

16   rolled out for early voting for the 2022 general

17   election in 18 counties as a pilot?

18        A    I'm trying to remember if we piloted

19   anywhere before that.  But we were piloting it in 18

20   -- it looks like some of the counties got -- I was

21   looking to check for a couple of counties.  It looks

22   like 14 and 15 got cut off.

23             We were piloting it in those counties for

24   the general election.  And then we increased it for

25   the runoff to include a few additional counties.



 1        Q     Okay, great.  I want to come back to that
 2    part of it.
 3        A     Okay.
 4        Q     But would you agree there's a quote in
 5    this release from Secretary Raffensperger that
 6    "small improvements like this cut down on wait times
 7    and help reduce the possibility of bottlenecks
 8    during the check-in process"?
 9              Did I read that correctly?
10        A     Yes.
11        Q     Do you agree with that statement as it
12    pertains to this pilot?
13        A     That is -- yeah, that is an accurate
14    quote.
15        Q     Who is Lynn Bailey?
16        A     So Lynn Bailey --
17        Q     I don't think she's in this document.
18    You're welcome to keep looking but stepping away
19    from this document.
20        A     Lynn Bailey is a former director of
21    Augusta-Richmond County.  She was director there for
22    many, many years, and when she retired from there,
23    we contracted with her so she could conduct work for
24    our office.  She's helped us tremendously with
25    training, with developing materials, helping us kind



 1   of flush out ideas and that kind of thing.

 2          That's in a nutshell who she is.

 3      Q    Are you aware she submitted an expert

 4   report in this case?

 5      A    Yes.

 6      Q    And I'm happy to provide a copy if it --

 7   let's to that, actually.  It's probably the easiest

 8   thing.

 9          I'm going to provide you a copy of -- this

10   is just some excerpts of her report.  It's not her

11   full report.

12          MR. ROSBOROUGH:  Which we'll mark as

13      Exhibit 178.

14          (WHEREUPON, Plaintiff's Exhibit-178 was

15       marked for identification.)

16          MR. TYSON:  The missing 14 and 15 from the

17      website are Morgan County and Oconee County.

18          MR. ROSBOROUGH:  Was it not on the website

19      or not in the printout?

20          MR. TYSON:  It was on the website.  I

21      pulled up the website while we were doing that.

22          MR. ROSBOROUGH:  Sorry about that.

23   BY MR. ROSBOROUGH:

24      Q    So if you could turn to Paragraph 36 in

25   this document.  Paragraph 36, Ms. Bailey refers to a



1  pilot in which 77 of 159 counties, representing

2  about 45 percent of the state's registered voters,

3  utilize cellular Poll Pads on Election Day.

4          Is that the same sort of project we were

5  just talking about with regard to early voting?

6     A    So on Election Day, since 2020, with the

7  roll-out of new equipment, the process has been that

8  a voter comes up and they check in on a poll -- one

9  of our electronic poll books that's known as a Poll

10 Pad.

11         So the voter presents their ID.  Let's

12 just say, for example, it's a driver's license.  The

13 Poll Pad can scan the driver's license, pull up the

14 voter, and then the voter ends up getting checked in

15 completely on the Poll Pad.  So it's a very quick

16 process on Election Day.

17         This 77 of 159 counties who had cellular

18 Poll Pads in 2022, the process for the voter on

19 Election Day is still the same.  The check-in speed

20 doesn't really change at all.

21         There's a little bit of difference on the

22 county side, benefit, because they're cellular Poll

23 Pads, so the counties can see things like, is the

24 Poll Pad turned on and charging, how many voters

25 have they checked in.  It helps them monitor things



1 | like supplies, to make sure they're not running out,
2 | and that kind of thing.
3 |         So to that extent it was a new feature for
4 | the counties, in the 77 counties, but the voters
5 | wouldn't really see the difference.
6 |         Where the difference comes in is for
7 | advance voting because what voters would be used to
8 | is walking into a polling place, and in some way,
9 | shape or form filling out an absentee ballot
10 | application, handing the absentee ballot application
11 | to somebody who's at a laptop.  They can then get
12 | checked in in the voter registration system, and
13 | then after they get checked into the voter
14 | registration system, either at another station, but
15 | certainly on a separate piece of hardware, encoding
16 | a card.  A poll worker has to encode the card.
17 |         So there's essentially three different
18 | steps:  Filling out the application, checking the
19 | voter in in the voter registration system, and then
20 | encoding the card in the electronic poll book.
21 |         What this pilot did in these 18 counties
22 | is it consolidated those three steps into basically
23 | one, like Election Day, to where the voters come
24 | into one station, they're getting checked in on the
25 | Poll Pad, they're getting their card issued from the



1  Poll Pad.

2       Q    And if you flip to the next page, you

3  agree with these figures, to the best of your

4  knowledge, that between counties that were using

5  this pilot, these cellular poll pads for early

6  voting, as opposed to counties that weren't, both

7  for the general election and runoff, that it cut

8  down on average check-in time by over seven minutes?

9       A    It would have cut down on check-in by

10 several minutes.  You know, I don't know if, you

11 know, six or seven minutes to be exact, but it would

12 have cut down by a significant margin.

13      Q    And these pilots were not mandated by SB

14 202, correct?

15      A    Correct.

16      Q    Are you familiar with the law passed in

17 2019 titled HB 319?

18           I'm sorry.  I misread it.  Let me try that

19 again.  I repeated the wrong number.

20           In 2019, the law known as HB 316?

21      A    Yes.

22      Q    Is it your understanding that one

23 provision of it required that electronic ballots

24 produce paper ballots, which are then marked with

25 the elector's choices in a readable format by the



```
 1  elector?

 2        A     Yes.

 3        Q     Is it also your understanding that another

 4  provision authorized Georgia to join the Electronic

 5  Registration Information Center, known as ERIC?

 6        A     Yes.

 7        Q     And is it also your understanding that a

 8  provision in there required an audit of a statewide

 9  race's results in each election cycle -- or each

10  two-year election cycle, I should say?

11        A     Following the general election, yes.

12        Q     Is it also your understanding that HB 316

13  changed the process by which a voter, an absentee

14  voter receives notice of and can cure an absentee

15  ballot envelope or an absentee ballot application as

16  well that is missing or has mismatched information?

17        A     That sounds right.

18        Q     Are you aware that Secretary Raffensperger

19  recently gave an interview where he discussed HB

20  316's positive effects on voter confidence?

21        A     Not to my knowledge.

22        Q     Do you agree that Georgia joining ERIC as

23  a result of HB 316 helped shore up the security of

24  and voter confidence in the voting process?

25              MR. TYSON:   Object to form.
```



1        A     Can you repeat the question?

2        Q     Sure.  Let me rephrase it a little.

3              Do you agree that Georgia's joining of

4    ERIC helped shore up voter confidence in the voting

5    process?

6              MR. TYSON:  Same objection.

7        A     I think it helped increase the integrity

8    of our voter rules.

9        Q     You're not sure about whether it had any

10   positive effects on voter confidence, based on your

11   experience?

12       A     I would be uncertain about that.

13       Q     Based on your experience, do you believe

14   that the provisions of HB 316 requiring a verifiable

15   paper ballot helped increase voter confidence?

16       A     Yes.

17       Q     Based on your experience, do you believe

18   that the provisions of HB 316 that required the

19   audit of one statewide race in a general election

20   every two years helped increase voter confidence?

21       A     Yes.  To clarify my answer on ERIC, I

22   think it should have increased voter confidence.

23   Whether or not it did, I don't know.

24       Q     Fair enough.

25             MR. ROSBOROUGH:  I'm going to hand over a



1    document that -- I'm skipping over a couple

2    here -- that we'll mark as Exhibit 179.  The

3    Bates number is CDR00001966.

4         (WHEREUPON, Plaintiff's Exhibit-179 was

5     marked for identification.)

6  BY MR. ROSBOROUGH:

7    Q   I'm going to ask you to take a look at

8  this but I'm going to clarify this contains only the

9  first two pages of a larger PowerPoint.

10   A   Okay.

11   Q   Do you recognize this document?  Or the

12 excerpts of this document?

13   A   I believe that this was a presentation

14 that I gave in Athens-Clarke County.

15   Q   Turning to the second page of the

16 document, there's a slide that says:  "Fair, secure,

17 transparent elections that give voters confidence

18 cannot be conducted in Georgia without healthy

19 relationships between the Secretary of State's

20 Office and counties."

21        Did I read that correctly?

22   A   Yes.

23   Q   Is that a slide that you created, to the

24 best of your recollection?

25   A   Yes.



1    Q    And do you agree with that statement?

2    A    Generally, yes.  You know, I think if

3    there's -- I think by and large we need to have

4    healthy relationships with our counties.  If

5    there's, for one reason or another, one or two that

6    needs some work, I don't think that like undermines

7    the whole system.  But generally, yes, I agree with

8    the statement.

9    Q    You've been an official both at the

10   Secretary of State's Office and in Fulton County.

11   Correct?

12   A    Yes.

13   Q    Would it be fair to say that there has

14   been at times an adversarial relationship between

15   the Secretary of State's Office and Fulton County's

16   election office?

17   A    Define adversarial.

18   Q    Would it be fair to say that there's been

19   tension in that relationship at times?

20   A    I would say -- I would say that the

21   relationship between the Elections and Registration

22   Department in Fulton and the Elections Division of

23   the Secretary of State's Office is probably better

24   -- probably a lot better than the way that the

25   relationship between Fulton County as a whole and



1   the political, you know, entity of the Secretary of

2   State's Office might appear to the public.

3        Q    Okay.  Can you elaborate on that a little

4   bit?

5        A    Sure.  When I was at Fulton County, we had

6   a good working relationship with the Secretary of

7   State's Office, and now when I'm at the Secretary of

8   State's Office we have a good working relationship

9   with Fulton County.

10       Q    When you refer to the political entity of

11   the Secretary of State's Office, what did you mean?

12       A    So I think while there might be, you know,

13   public back and forth between the Board of Fulton

14   County and the Secretary of State in media, that

15   doesn't mean that I as the elections director don't

16   have a good relationship with the elections director

17   in Fulton County.

18       Q    Understood.

19            To what do you attribute the

20   back-and-forth in the media to?

21            MR. TYSON:  Object to form.

22       A    I think -- take, for example, you know, if

23   there are long lines in Fulton County, if there are

24   longer lines in Fulton County than what we may be

25   seeing elsewhere, whoever is speaking on behalf of



 1   our office, so the spokesperson for our office will

 2   probably say there are longer lines in Fulton County

 3   than what we were seeing in other places.  And that

 4   might be a true statement.

 5            And whoever the spokesperson is for Fulton

 6   County will probably respond to that and create, you

 7   know, a public back and forth.

 8            Whereas in our division we're working with

 9   the office, hey, what's going on?  You know, how can

10   we help kind of thing.

11            So to the public it looks like there's a

12   dispute, but when we're implementing and running the

13   elections, we have a good working relationship.

14            MR. ROSBOROUGH:  I'd like to introduce

15       another exhibit.  This will be marked Exhibit

16       180.

17            (WHEREUPON, Plaintiff's Exhibit-180 was

18        marked for identification.)

19   BY MR. ROSBOROUGH:

20       Q    And this does not have a Bates marking on

21   it.  It was produced I think in a native file, but

22   I'll give you a minute to take a look at that once

23   it comes your way.

24            (Witness reviews exhibit.)

25       Q    Do you recognize this email thread?



```
 1        A    I do.

 2        Q    And are you one of the people on this

 3   email thread?

 4        A    I am.

 5        Q    At the time -- well, let me step back.

 6             This email exchange occurred on September

 7   18th and 19th, 2019.  Is that correct?

 8        A    Yes.

 9        Q    At the time you were an elections official

10   for Fulton County.  Is that right?

11        A    That's right.

12        Q    This chain starts off with Jessica Corbitt

13   emailing Richard Barron and copying you and Darryl

14   Carver, with a link to a news story.  Is that

15   correct?

16        A    Yes.  Well, you said it starts off with

17   Richard Barron to Jessica Corbitt, copying Darryl

18   Carver with --

19        Q    Sorry.  Looking at the first email in the

20   chain --

21        A    Yeah, okay.  From Jessica to Richard

22   Barron, copying Darryl Carver and me, yes.

23        Q    And the first line of the news story from

24   Fox 5 Atlanta refers to the Georgia Secretary of

25   State's Office opening an investigation into the
```



1    Fulton County election procedures after the theft of
2    so-called Express Poll computers from an Atlanta
3    polling place.  Is that correct?
4         A    Yes.
5         Q    Who is Richard Barron?
6         A    He was the director of Fulton County
7    Registration and Elections.
8         Q    Was he your boss at the time?
9         A    Yes.
10        Q    At the top of the second page it looks
11   like, am I correct, that you are first replying to
12   this email thread.  Is that correct?
13        A    Yes.
14        Q    And you said:  "That's the first I've seen
15   of the release.  I wish they coordinated with us
16   more on it.  The goal should be to support voter
17   confidence while conducting their investigation.  I
18   don't think their release achieves that."
19             Did I read that correctly?
20        A    You did.
21        Q    And when you're speaking about "their
22   investigation," are you referring to the Secretary
23   of State's Office?
24        A    Yes.
25        Q    Do you recall why you didn't believe that



1   this press release achieved the goal of supporting

2   voter confidence while conducting the investigation?

3        A    I think at the time I was concerned about

4   the amount of security at Fulton County public

5   polling locations being under question.

6        Q    Is it fair to say that you believed that

7   this press release would needlessly undermine voter

8   confidence before the results of the investigation

9   were carried out?

10            MR. TYSON:  Object to form.

11       A    That was probably my concern at the time.

12       Q    You can put that down if you want.  We're

13  going to move on.

14            Does the Georgia Secretary of State's

15  Office, to the best of your knowledge, track voter

16  confidence with any sort of metric?

17       A    So I know that we ourselves -- our office

18  is not conducting surveys, but we do periodically

19  see and pay attention to surveys that might be

20  conducted.

21       Q    Do you agree that a policy that may

22  increase the confidence of some voters may decrease

23  the confidence of other voters?

24            MR. TYSON:  Object to form.

25       A    That's possible.



1     Q     And similarly, is it your belief that a

2  factor and concern such as an election result can

3  increase confidence for some voters while decreasing

4  it for others?

5     A     I believe people are probably more likely

6  to have a higher degree of confidence if their

7  candidate wins.

8     Q     Is it your understanding in terms of SB

9  202 specifically that it has a stated legislative

10  purpose of increasing the confidence of voters in

11  Georgia?

12     A     You mean that's the purpose that's written

13  at the top of the legislation?

14     Q     Correct.

15     A     I'd have to see it.  I mean it wouldn't

16  surprise me.

17     Q     Is it your understanding based on your

18  experience that SB 202 was designed primarily to

19  target the confidence of voters who had been

20  deceived by disinformation in the 2020 election

21  cycle?

22          MR. TYSON:  Object to form.

23     A     I think it was more -- I view it as more

24  to target potential issues that we saw when the

25  system was stressed under a high turnout election,



```
 1   in the middle of a pandemic.
 2        Q     So you see it as more of a response to
 3   election administration issues as opposed to voter
 4   confidence?
 5             MR. TYSON:  Object to form.
 6        A     I think those are both factors.
 7        Q     Would it surprise you if there were large
 8   racial disparities in how SB 202 positively or
 9   negatively affected the confidence of voters?
10             MR. TYSON:  Object to form.
11        A     Can you repeat the question?
12        Q     Sure.  Would it surprise you if there were
13   large racial disparities in whether SB 202
14   positively or negatively affected voter confidence?
15             MR. TYSON:  Same objection.
16        A     Do you mean like in opinion polls?
17        Q     Sure.  Well, let's -- I'll be more
18   specific.
19             Are you aware of a recent press release
20   issued by the Secretary of State's Office regarding
21   a survey out of the University of Georgia that dealt
22   in part with voter confidence?
23        A     Yes, generally.
24        Q     Are you familiar with the survey data
25   itself?
```



 1        A    I think there was some -- if I remember

 2   correctly, there was a bullet point list in the news

 3   release, but I haven't like looked at the data set.

 4             MR. ROSBOROUGH:  I'd like to go ahead and

 5        mark this as Exhibit 181, and I'll represent

 6        this is excerpts of a 2022 Georgia

 7        post-election survey from the University of

 8        Georgia.

 9             (WHEREUPON, Plaintiff's Exhibit-181 was

10         marked for identification.)

11   BY MR. ROSBOROUGH:

12        Q    To the best of your knowledge, is this the

13   survey that the recent press release we just

14   discussed was referring to?  Or excerpts of the

15   survey, I should say?

16        A    Yes.

17        Q    Are you aware of who M.V. Hood, the III

18   is?

19        A    I believe he goes by Trey Hood.

20        Q    And what is your knowledge of Trey Hood?

21        A    Trey and I have communicated and I've met

22   him multiple times, just relating to different

23   projects that he was working on for research.

24        Q    I'd like to flip to the third and final

25   page of this survey.



1          The question posed on this page was:

2   "Last year the Georgia's legislature passed an

3   election reform bill known as SB 202.  In your

4   opinion, did the recent changes made to Georgia's

5   election laws increase or decrease your confidence

6   in the state's election system?"

7          Did I read that correctly?

8       A    Yes.

9       Q    And am I correct that it appears there

10  were five different answer options for those who

11  took the poll:  Don't know, Greatly decrease,

12  Somewhat decrease, Somewhat increase, Greatly

13  increase?

14      A    Yes.  Yeah, working from the bottom up.

15  Yeah.

16      Q    Right.  And that this provides the results

17  not only top line but broken down by a number of

18  different demographic categories?

19      A    Yes.

20      Q    And if you look at the fifth column, it

21  specifically refers to individuals who took the

22  survey who identify as black; is that correct?

23      A    Yes.

24      Q    And if you look at the results, if you add

25  the columns of somewhat decrease and greatly



 1    decrease, 48.7 percent of black Georgians who took

 2    the polls said that SB 202 decreased their

 3    confidence in the state elections system.  Is that

 4    correct?

 5         A    Say that one more time.

 6         Q    Sure.  I'm adding together the two numbers

 7    for black Georgians:  Somewhat decrease and greatly

 8    decrease.

 9              So is it correct that it appears that 48.7

10    percent of black respondents reported that SB 202

11    either somewhat or greatly decreased their

12    confidence in the state's election system?

13         A    Okay.

14         Q    And that's as opposed to 27.9 percent of

15    black respondents who said that it increased their

16    confidence in the election system, correct?

17         A    You said 27.9 percent?

18         Q    Yes.  I'm adding together somewhat and

19    greatly increase.

20         A    Yes.

21         Q    And there was 23.3 percent of black

22    respondents who said they didn't know; is that

23    correct?

24         A    Yes.

25         Q    So on a positive to negative margin, I



1    guess 20.8 percent more, percentage more of black

2    voters, there was a negative decrease in voter

3    confidence for black voters, according to this; is

4    that correct?

5        A    I have to do a lot of math in my head.

6    What did you say the net decrease was?

7        Q    Sure.  I'm subtracting 27.9 from 48.7.  So

8    net positive and net negative.  Is that correct?

9        A    Yeah, 21 percent.

10            MR. TYSON:  I'll just object.  The

11       document speaks for itself.  He can do the

12       math, but it says what it says.

13       Q    If you believe my calculations are

14   correct.

15            Does that result surprise you --

16            MR. TYSON:  I'll object to form.

17       Q    -- in your experience as an elections

18   administrator in Georgia?

19       A    I've not really thought about it before.

20   I mean as I'm sitting here thinking about it, you

21   know, I guess it's not shocking.

22       Q    Why would you say it's not shocking, that

23   there's such a stark racial disparity?

24       A    So this was without me conducting any kind

25   of research or having any --



1      Q    Based on your own experience and knowledge

2   only, yeah.

3      A    I think it's probably some public opinion

4   that -- also black voters are more likely to vote

5   democrat than republican.

6           Democrat won, republican lost.

7   Republican-led legislature passes a bill.  After

8   democrat won, republican lost.  Democrats probably

9   lose confidence as a result of the bill.

10  Republicans probably gain confidence of the result

11  of the bill.

12          That's the kind of the way I expect that

13  to go.

14     Q    What if there were a larger percentage of

15  black democrats as opposed to white democrats who

16  lost confidence as a result of the bill, does that

17  change your reaction at all?

18          MR. TYSON:  I'll object to the form.

19     A    That would be a little bit more

20  surprising.

21     Q    I'd like to switch gears a little bit.

22          Your role as elections director has

23  included overseeing some aspects at least of SB

24  202's implementation; is that correct?

25     A    Yes.



1          Q     In your role, is it fair to say that

2    you've gotten a lot of questions from county

3    officials related to absentee voting?

4          A     Yes.

5          Q     To what do you attribute that volume of

6    questions regarding absentee voting in light of SB

7    202?

8                MR. TYSON:  Object to form.

9          A     So we get a good number of questions

10   generally, but I think when you have a law change,

11   changes how you verify absentee ballot applications,

12   how you verify ballots when they come back.  You

13   know, it's not surprising that we get a significant

14   number of questions about that.

15         Q     Is it fair to say that SB 202 made major

16   changes to Georgia's election law, in your

17   experience?

18         A     Yes.

19         Q     Is it fair to say that those changes

20   happened fairly quickly, in your experience?

21               MR. TYSON:  Object to form.

22         A     So really since I've been in Georgia -- so

23   I came on in March of 2019.  So I would have been at

24   the county level for part -- well, for some of the

25   implementation of probably HB 316.  It's the first



1   time I've been at the state level for the

2   implementation of a significant piece of

3   legislation.  So I don't have a whole lot to compare

4   it to, but some of it, you know, became effective

5   like in July 1 of 2020 -- or 2021, and we were

6   getting ready for municipal elections.  So there was

7   some of it we had to move pretty quickly on.

8        Q    Is it fair to say based on your experience

9   that you got lot of questions about absentee voting

10  because of a combination of there being major

11  changes to the law and those having to be

12  implemented fairly quickly?

13       A    Those were probably contributing factors.

14       Q    For example, do you recall instances where

15  there were multiple forms of absentee ballot

16  applications that were in circulation post-SB 202?

17       A    We did -- we had to revise the

18  application.  I think we posted one version, and

19  then we would get feedback on it relative to

20  something that needed to be changed, had to go and

21  post another version.

22            So there was a period of time where there

23  were multiple versions.

24       Q    Is it correct that in August 2021, or

25  thereabouts, the Secretary of State's Office needed



```
1   to instruct some counties to reject absentee ballot
2   applications that they had received on old forms?
3           MR. TYSON:  I'll object to form.
4      A    You mean on forms that were pre-SB 202?
5      Q    Correct.
6      A    That seems accurate.
7      Q    In implementing SB 202, to the best of
8   your knowledge, your office's position is that when
9   a county refers on absentee ballot, it uses the
10  driver's license or another acceptable ID number to
11  verify it, the identity, correct?
12          MR. TYSON:  Object to form.
13     A    And then you have to -- there are other
14  required fields that you have to make sure are
15  there.
16     Q    Right.  So to rephrase, that is one of the
17  steps that a county is expected to take post-SB 202
18  in verifying the identity of the voter who is
19  submitting an absentee ballot form?
20     A    Yes.
21     Q    And is it correct that because of SB 202,
22  that the use of the ID number and date of birth
23  replaced signature matching as the primary ballot
24  verification method?
25          MR. TYSON:  Object to form.
```



1       A    Yes.

2       Q    And is it your understanding, based on

3   your role, that while SB 202 still requires the

4   presence of a signature, it does not require county

5   elections officials to check that signature against

6   the signature in the file?

7            MR. TYSON:  Object to form.

8       A    They have to make sure that the signature

9   exists.

10      Q    Right.  So just to clarify, in your

11  understanding, in light of SB 202, they have to

12  check for the presence of a signature, correct?

13      A    Yes.

14      Q    And that was the same before SB 202,

15  correct?

16           MR. TYSON:  Object to form.

17      Q    Let me clarify that.

18           Before SB 202, one of the requirements was

19  the presence of a signature as well, correct?

20      A    Yes.

21      Q    But before SB 202, county officials also

22  had to check the signature against the one in the

23  voter's record to make sure there was a match; is

24  that correct?

25      A    Yes.



1          MR. TYSON:  Object to form.

2     Q    Is it your understanding some counties

3  post-SB 202 are still conducting signature match?

4     A    I believe that some counties have decided

5  that they are still doing signature match.

6     Q    And is it your understanding that some

7  counties are rejecting ballots or applications for

8  that reason?

9     A    So my understanding as to why some might

10 still be doing signature match is to verify -- they

11 feel that that's a necessary step to verify the

12 identity of the person submitting the application.

13 And so if in checking the signature it brings into

14 doubt that it's the person submitting the

15 application that the rest of the information is for,

16 then that would be why those counties might reject

17 it.

18     Q    Has your office, to the best of your

19 knowledge, issued any guidance or directive to

20 counties concerning conducting signature match

21 post-SB 202?

22          MR. TYSON:  I'll object to form.

23     A    I don't believe that we've issued any

24 guidance about that.

25     Q    Is it your office's position, to the best



JOSEPH BLAKE EVANS                                    February 23, 2023
GEORGIA SENATE BILL 202                                            209

1   of your understanding, that signature match is no

2   longer a part of the absentee balloting process in

3   Georgia?

4           MR. TYSON:  Object to form.

5       A    I don't know that matching a signature is

6   unlawful under the current law.  But I also don't

7   think that matching a signature is necessarily

8   required.

9       Q    So is it fair to say that post-SB 202 that

10  counties are utilizing different procedures to

11  verify the identity of ballots and ballot

12  applications?

13          MR. TYSON:  Object to form.

14      A    I think it -- I think that some counties

15  in verifying the identity of the person feel that

16  it's necessary to match the signature, and others

17  check for the presence of the signature.

18      Q    I'd like to briefly come back to HB 316,

19  which we talked about before, and specifically the

20  way that, based on your understanding and knowledge,

21  HB 316 changed the process for voters to get notice

22  of and have an opportunity to cure problems with

23  their absentee ballot applications and absentee

24  ballots.

25          So is it your understanding that HB 316



1    required election officials to send a provisional

2    ballot to a voter with a cure form if the signature

3    did not match or if it was -- there was a missing

4    piece of information?  And we'll start with ballot

5    applications.

6          A    So one thing to note here is that when I

7    came to Georgia in March of 2019, and I was in

8    Fulton, I was working on the elections side.  So the

9    registration side primarily handled absentee

10   ballots.  So I probably don't have a ton of

11   knowledge, is because of when I came in March 2019

12   of what exactly it looked like before compared to

13   immediately after the passage of that bill.

14              Anyway, with that information.

15         Q    Sure.  Let me ask a little bit more

16   general of a question.

17              So based on your experience as both a

18   county and state elections official over the last

19   several years in Georgia, is it your understanding

20   that HB 316 materially changed the notice and cure

21   process for voters with respect to missing or

22   mismatched information on their absentee ballot

23   applications?

24              MR. TYSON:  Object to form.

25         A    That's my understanding.



```
 1        Q    And the same question as it relates to
 2   absentee ballot envelopes?
 3             MR. TYSON:  Same objection.
 4        A    I'm honestly not sure of that particular
 5   bill's impact, law's impact on absentee ballot
 6   envelopes.
 7        Q    I'd like to hand over a document that will
 8   be Exhibit 182.  It has a Bates No. GA-VA00040273.
 9             (WHEREUPON, Plaintiff's Exhibit-182 was
10          marked for identification.)
11   BY MR. ROSBOROUGH:
12        Q    This is a fairly -- it's a nine page
13   document.  Just for your own purposes, feel free to
14   read whatever you want, but I'm going to ask you a
15   couple of general questions about the document, and
16   then just about one specific portion on Page 3,
17   under subheading 4.
18             (Witness reviews exhibit.)
19        Q    Do you recognize this document?
20        A    No.
21        Q    I'll represent to you that you were
22   designated as the custodian of this document as it
23   was produced to us, meaning, as I understand it, it
24   came from your files.
25        A    Okay.
```



1    Q    So are you not aware of who drafted this

2    document?

3    A    No.

4    Q    Do you have any understanding of what it

5    pertains to based on your review of it right now?

6    A    So it -- I know what the My Voter Page is,

7    and that appears to be the subject of the document.

8         And MVP, My Voter Page, on Page 4, Online

9    Voter Registration System.  I know what that is.

10        Then Page 6, Absentee Ballot Portal.

11        I know generally what these -- seems like

12   the subject that's in these documents, what these

13   items are.

14   Q    I don't want to spend too much time with

15   this since this isn't a document you recognize.  I'm

16   just going to ask one or two questions.

17        On the third page, under Polling Place

18   Quadrant, you see there's a reference to -- I'll

19   just read it:  "Take out 'Precinct name' (the first

20   line that has the code) - that means nothing to the

21   voter and the counties should only be using the

22   actual facility names for precincts to stop the

23   rampant confusion that exists every election, only

24   leading to voters showing up at the wrong precinct."

25        Did I read that correctly?



1       A    Yes.

2       Q    In your experience as an elections

3    administrator, are there consistent problems with

4    voters showing up at the wrong precinct?

5       A    It happens every election, it seems like.

6       Q    Let me move back.

7            Do you recall there was some discussion

8    earlier about drop boxes, both pre- and post-SB 202?

9       A    Yes.

10      Q    I just have a couple of questions that are

11   pretty general.

12           Based on your knowledge, both as in Fulton

13   County and at the Secretary of State's Office, for

14   the November 2020 election were most drop boxes

15   located outside of a building?

16      A    I would say most were.

17      Q    And based on your experience, were a

18   majority open for greater hours than whatever

19   building it was next to was open?

20           MR. TYSON:   Object to form.

21      A    I would say most were.

22      Q    I'd like to switch gears from that, again

23   got just a couple more topics I want to cover.

24           So in your role are you generally familiar

25   with the Americans with Disabilities Act?



1        A     Yes.

2        Q     If I refer to that law as ADA, you know

3   I'm referring to the Americans with Disabilities Act

4   going forward?

5        A     Yes.

6        Q     And are you generally familiar with

7   Section 504 of the Rehabilitation Act?

8        A     I might be aware of the content of that,

9   but I can't -- I don't know what it is --

10       Q     I won't make you quote anything.

11       A     Okay.

12       Q     Is it your understanding that the

13  Secretary of State's Office has legal obligations

14  under the ADA with regard to voting?

15       A     Yes.

16       Q     And is it also your understanding that the

17  Secretary of State's Office has legal obligations

18  under the Rehabilitation Act as far as voting?

19       A     I do not know, and I think the one thing,

20  just to distinguish, I would need to review those

21  acts to be able to see exactly what responsibilities

22  fall under us and what responsibilities fall

23  directly to the counties, and then the degree to

24  which it's our responsibility to make sure those

25  counties are carrying those things out.



1          Like I remember at the county level

2    performing many ADA site surveys at polling

3    locations and that kind of thing.  So that wouldn't

4    be something our office would do, but that would be

5    something the county would do.

6          Q    I think these questions are going to be

7    fairly general.  I'm not going to quiz you about the

8    provisions of the act.

9          So are you aware one way or the other

10   whether the Secretary of State's Office receives

11   federal funds for administering elections?

12         A    Yes.

13         Q    Are you aware of what the source of those

14   funds is?

15         A    We get HAVA funds.

16         Q    And do you have an understanding of what

17   those funds are used for?

18         A    Generally, yes.

19         Q    And generally what is your understanding

20   of what they're used for?

21         A    So I know that we can use them for

22   training county election officials.  I believe that

23   2020 we also got dollars that we could distribute to

24   counties for election security grants.

25         So those are the two big umbrellas that I



1  can recall specifically, training and election

2  security.

3       Q    Does the Secretary of State's Office, to

4  your knowledge, have an ADA coordinator?

5       A    We do not have that position.

6       Q    Who, if anyone, in the Secretary of

7  State's Office, to your knowledge, has

8  responsibility for monitoring compliance with the

9  ADA and other laws pertaining to people with

10  disabilities?

11      A    So we --

12           MR. TYSON:  Object to form.

13      A    We -- go back, way back to the beginning.

14  Dr. Jesse Harris, who is our deputy director of

15  election services, he coordinates and develops a

16  significant part of our training curriculum, which

17  could include things like ADA requirements.

18           And then also to other extents, our deputy

19  director of election systems conducts training on

20  the voter -- the voting system, which includes

21  training counties how to make sure that equipment in

22  every voting location is set up for somebody who is

23  disabled or visually impaired, to be able to use

24  headphones, tactile.  You know, Braille device to be

25  able to make selections and that kind of thing.



1      Q    Who's the person currently in that role as
2   deputy director of election systems?
3      A    Michael Barnes.
4      Q    Are there any other staff in the Secretary
5   of State's Office other than the two that you've
6   mentioned that have a role in addressing the needs
7   of voters with disabilities?
8          MR. TYSON:  I'll object to form.
9      A    So I would say staff that they supervise.
10  So under Michael Barnes would be like Chris Bellew,
11  who is a voting systems coordinator, I believe is
12  his title.  So he'll oftentimes be the one that's
13  conducting the training for counties.
14          And then Dr. Harris, sometimes it's him
15  conducting the training.  Sometimes it might be,
16  underneath him, the election services manager, Leigh
17  Colmbs, or perhaps one of the four regional training
18  liaisons.
19     Q    Are you aware of any of the topics of
20  those trainings as they pertain to voters with
21  disabilities?
22     A    Not off the top of my head.
23     Q    Is there anyone in the office who
24  specifically has responsibility for -- and by the
25  office, I mean the Secretary of State's Office --



1  who has responsibility for the absentee voting

2  process?

3          MR. TYSON:  Object to form.

4      A    For -- which part of the absentee ballot

5  process?

6      Q    Let me start more specifically.  Let's say

7  as it pertains to voters with disabilities.

8          MR. TYSON:  Object to form again.

9      A    So Dr. Harris again would be one who would

10 be the one coordinating and developing training for

11 absentee -- for most parts of the absentee ballot

12 process, apart from the actual scanning and

13 equipment side.

14         So any training that we conduct would be

15 coordinated primarily by him.  Or any questions or

16 anything like that that we get would be handled by

17 one of his staff members.

18     Q    Is there anyone in the Secretary of

19 State's Office, to the best of your knowledge, who

20 has responsibility for educating the public about

21 options for people with disabilities to vote?

22     A    So we do have like folks on our

23 communications team that will -- that put out

24 messages to the public, but there's not necessarily

25 like a -- well, so we do have folks who handle like



1  kind of outreach activities and they go set up

2  tables and that kind of thing.

3       Q    Is there anyone in the Secretary of

4  State's Office, to the best of your knowledge, who's

5  responsible for handling requests for reasonable

6  accommodations for voters with disabilities or those

7  that assist them?

8            MR. TYSON:  Object to form.

9       A    So usually if a call comes in, usually

10  something like that will go to a regional training

11  liaison, or might come into our front desk and the

12  get routed to the regional liaison, if possible.  It

13  depends on what the particular issue is, as far as

14  how it's handled.

15       Q    Would the same answer be true in terms of

16  responsibility for handling any complaints or

17  grievances coming from voters with disabilities or

18  those who assist them?

19       A    Yes.  And then if it's something related

20  to a county didn't have an accessible device set up

21  at a voting location or something, that's something

22  we would coordinate with the county to fix, and it

23  could also be referred over to our investigations

24  team for an investigation in State Elections Board

25  cases.



1    Q    Is there anything else you haven't

2    mentioned in terms of the relationship between the

3    Secretary of State's Office and county election

4    officials regarding interactions to support voters

5    with disabilities?

6              MR. TYSON:  Object to form.

7    A    Not that I can recall.

8    Q    What is the Secretary of State's Office's

9    relationship, if any, with the Georgia State Office

10   of the ADA coordinator?

11             MR. TYSON:  Object to form.

12   A    So -- repeat the question one more time.

13   Q    Sure.  What is the relationship, if any,

14   between your office and the Georgia State office of

15   the ADA coordinator?

16             MR. TYSON:  Same objection.

17   A    I'm not aware that I have a relationship

18   with them.  I will say that I have spoken to members

19   of the disability community, to disability group.

20   We've gotten their feedback specifically on --

21   specifically on the voting equipment.

22             One of the particular challenges that

23   we've tried to work with them on is making it

24   accessible to be able to review a ballot after it

25   comes out of a ballot marking device.  You know, so



1  that's one example of something that we have worked

2  with the disabilities community to be able to find a

3  solution for.

4      Q   Beyond you personally, are you aware of

5  whether the Secretary of State's Office does any

6  sort of coordination with regard to voting with the

7  Georgia State office of the ADA coordinator?

8          MR. TYSON:  Object to the form.

9      A   I'm not sure.

10         MR. TYSON:  Checking my math, but I think

11      we're about five minutes out from our seven

12      hours.

13         MR. ROSBOROUGH:  We did a check.  At the

14      last break we were at four hours, 20 minutes on

15      the record.

16         MR. TYSON:  Let's go off the record.

17         (A recess was taken at 5:16 p.m. until

18      5:25 p.m.)

19  BY MR. ROSBOROUGH:

20      Q   Mr. Evans, thank you for your patience.

21         We'll just have a short little bit of

22  questions, mostly about the timing of when any

23  changes to current election procedures would need to

24  be in place.  I'm going to ask you some specific

25  questions, but that's what the rest of these



 1  questions will cover.

 2          Are you aware of proposals to move the

 3  Georgia democratic primary to February 13th, 2024?

 4      A    I'm aware that there are proposals to move

 5  the democratic primary earlier, earlier than what --

 6  in March.

 7      Q    Let's say generally, is it your

 8  understanding that because of UOCAVA deadlines,

 9  absentee ballot applications need to be ready 78

10  days before a given election?

11          MR. TYSON:  Objection to form.

12      A    When you say -- oh, yes.  So generally,

13  and that really wouldn't have anything to do with

14  like UOCAVA or anything, but just generally, yes,

15  absentee ballot applications need to be ready by

16  then.

17      Q    Exactly.  I'm combining different things

18  here.

19          So just taking the hypothetical of a

20  primary on February 13th, 2024, and accepting for

21  the purposes of the hypothetical my math that 78

22  days before that is November 27th, 2023, am I

23  correct, assuming those dates are correct, and the

24  math is correct, that that's when absentee ballot

25  applications would need to be ready to go out?



1          MR. TYSON:  Objection to form.

2     A    I would say absentee ballot application

3   changes we need to be done by then.  Under the

4   hypothetical example.

5     Q    How long before, in this hypothetical,

6   November 27th 2023, would you need those

7   applications to be ready to go to the printer, for

8   instance?

9          MR. TYSON:  I'll object to form.

10    A    So like what comes to my mind is more the

11  change -- the time that it takes to do the changes,

12  to make -- to decide on the changes to the form, so

13  the drafting of new forms, involving legal team,

14  getting their insight, and then also taking into

15  consideration municipal elections, the other special

16  elections that are held this year, and taking into

17  consideration that we have an absentee ballot

18  portal.  So we'd have to revise that so it would be

19  ready.  Takes a -- depends on the number of changes

20  that it can take us and the amount of time to make

21  code changes, and that's in the ballot portal, test

22  it, make sure applications are flowing through and

23  getting on county dashboards and the voter

24  registration system.  So it really just depends.

25          It's hard to say a set number of days it



1  takes to make particular changes, but it depends on

2  things that are occurring and the extent to which

3  the changes are drastic.

4      Q    If there was an order to revert to the

5  previous version of the absentee ballot application

6  form before SB 202, how long do you think that would

7  take your office to implement?

8          MR. TYSON:  Object to form.

9      A    So you're saying if we received a court

10  order.  So if we received a court order, the first

11  thing I would do is get with our general counsel,

12  get with our attorneys, review it and discuss with

13  them next steps.

14          It's still hard to give an exact number of

15  days because we're using a different voter

16  registration system, which means we're using a

17  different online absentee ballot request portal,

18  which means that we still have to go through code

19  changes there.

20          So, you know, I'm not a -- I'm not a

21  coder, so I don't know how long it takes to like

22  make changes to write the code that would be

23  necessary to make those changes.

24          So it's hard to put a set number of days

25  on it not knowing which changes -- well, not knowing



1   the amount of time it would take to do the code

2   changes.  I mean -- yeah.

3        Q    Is it fair to say it would take at least

4   several weeks to make those changes?

5             MR. TYSON:  Object to form.

6        A    In my experience, to make those kinds of

7   code changes, yes.

8        Q    In terms of the absentee ballot envelope,

9   when do those need to be ready to send out to voters

10  at the earliest, in advance of an election?

11            MR. TYSON:  Object to form.

12       A    Distributed to counties for -- ready to go

13  out, 45 to 49 days before an election for UOCAVA.

14       Q    And if there was a court order to change

15  those ballot envelopes back to the previous form

16  before SB 202, based on your experience what is the

17  range of time in which you think that might take?

18            MR. TYSON:  Object to form.

19       A    I would have to go find the old design

20  files, get with the printer, make sure they had the

21  paper.  I don't -- good news is I think the paper

22  shortage has gotten a little bit better.

23            In terms of what a timeline might look

24  like.  But I mean generally something like that, the

25  time you get the design file, you get the order



1  placed, you get it printed, you get it shipped, 60

2  days.

3       Q    Switching gears to drop boxes.  SB 202

4  puts in place several requirements as far as drop

5  boxes, ballot drop boxes, correct?

6       A    Yes.

7       Q    One of those portions deals with the

8  number of drop boxes that counties must and are

9  allowed to have.  Is that correct?

10      A    Yes.

11      Q    And other provisions deal with the

12  location and hours of operation of those drop boxes;

13  is that correct?

14      A    Yes.

15      Q    If the limitations on number of drop boxes

16  per county were lifted, that portion alone, is it

17  your understanding that it would be up to counties

18  whether or not to add additional drop boxes?

19           MR. TYSON:  Object to form.

20      A    So the question is not if the language

21  regarding drop boxes is repealed; it's if the

22  language regarding the number of drop boxes that a

23  county can have.

24           I'd have to get with our attorneys, figure

25  out -- we also have the State Elections Board to



JOSEPH BLAKE EVANS                                February 23, 2023
GEORGIA SENATE BILL 202                                        227

1   consider whether or not they could write rules that

2   could -- it depends on if they would want to write

3   rules.  But I mean in theory, if that were taken

4   out, counties would be able to adjust the number of

5   drop boxes they had, hypothetically.

6        Q    And is the same true with regards to the

7   physical location of the drop boxes, if that portion

8   specifically of SB 202 were eliminated, that it

9   would be up to counties whether to change the

10  location of those drop boxes or not?

11            MR. TYSON:  Object to form.

12       A    Again, depends on if the State Elections

13  Board took any action, that kind of thing.

14  Theoretically, if nothing else and the law changed,

15  then it seems like they could move the location.

16       Q    Regarding the provisions on what I'll

17  refer to as line relief, in other words, the ban on

18  providing food and water and other items of value to

19  voters who are waiting in line, do you know the

20  provision of SB 202 to which I'm referring?

21       A    Yes.

22       Q    Okay.  If a ban on providing food or water

23  to outside groups were lifted, any changes would

24  primarily be implemented by counties, correct?

25            MR. TYSON:  Object to form.



1        A     I'm not sure there's anything there for a

2   county to implement.

3        Q     Fair enough.

4              And in terms of -- are you aware of the

5   provision in SB 202 which imposed new criminal

6   penalties for ballot collection?

7        A     Yes.

8        Q     If those penalties were struck down, in

9   your experience is there anything your office would

10  need to do, apart from issuing guidance to counties?

11             MR. TYSON:  Object to form.

12       A     Not that I'm aware.

13       Q     And you're aware of the provision in SB

14  202 which changed the rules regarding the acceptance

15  of out-of-precinct provisional ballots; is that

16  right?

17       A     Yes.

18       Q     If a court were to strike down the changes

19  that SB 202 made to those provisions, based on your

20  experience what would your office need to do to

21  implement those?

22             MR. TYSON:  Object to form.

23       A     We would -- going back to the original

24  answer, I would speak with our counsel, with our

25  attorneys, and then based on their guidance we could



1   potentially issue guidance to counties.

2          MR. ROSBOROUGH:   I appreciate you-all's

3      patience.  I have no further questions.  Thank

4      you.

5          MR. TYSON:   Thank you.  No questions here.

6          (Whereupon, the deposition concluded at

7      5:38 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



JOSEPH BLAKE EVANS                                    February 23, 2023
GEORGIA SENATE BILL 202                                              230

```
 1              C E R T I F I C A T E

 2

 3   STATE OF GEORGIA:

 4   FULTON COUNTY:

 5

 6              I hereby certify that the foregoing

 7   transcript of JOSEPH BLAKE EVANS was taken down, as

 8   stated in the caption, and the questions and answers

 9   thereto were reduced by stenographic means under my

10   direction;

11              That the foregoing Pages 1 through

12   229 represent a true and correct transcript of

13   the evidence given upon said hearing;

14              And I further certify that I am not of kin

15   or counsel to the parties in this case; am not in

16   the regular employ of counsel for any of said

17   parties; nor am I in anywise interested in the

18   result of said case.

19

20              IN WITNESS WHEREOF, I have hereunto

21   subscribed my name this 3rd day of March, 2023.

22

23   _____

24        Wanda L. Robinson, CRR, CCR No. B-1973
             My Commission Expires 10/11/2023
25
```



1               D I S C L O S U R E

2   STATE OF GEORGIA  ) DEPOSITION OF
    FULTON COUNTY        JOSEPH BLAKE EVANS - 2/25/23
3                    Pursuant to Article 10.B of the Rules and

4   Regulations of the Board of Court Reporting

5   of the Judicial Council of Georgia, I make the

6   following disclosure:

7               I am a Georgia certified court reporter.

8   I am here as a representative of Esquire Deposition

9   Solutions, LLC, and Esquire Deposition Solutions,

10  LLC was contacted by the offices of U.S. Department

11  of Justice to provide court reporter services for

12  this deposition.  Esquire Deposition Solutions, LLC

13  will not be taking this deposition under any

14  contract that is prohibited by O.C.G.A. 9-11-28 (c).

15

16              Esquire Deposition Solutions, LLC has no

17  contract/agreement to provide court reporter

18  services with any party to the case, or any counsel

19  in the case, or any reporter or reporting agency

20  from whom a referral might have been made to cover

21  this deposition.

22              Esquire Deposition Solutions, LLC will

23  charge the usual and customary rates to all parties

24  in the case, and a financial discount will not be

25  given to any party to this litigation.



1                    DEPOSITION ERRATA SHEET

2

3

4    Our Assignment No. J9255355

5    Case Caption: GEORGIA SENATE BILL 202

6

7

8        DECLARATION UNDER PENALTY OF PERJURY

9         I declare under penalty of perjury

10   that I have read the entire transcript of

11   my Deposition taken in the captioned matter

12   or the same has been read to me, and

13   the same is true and accurate, save and

14   except for changes and/or corrections, if

15   any, as indicated by me on the DEPOSITION

16   ERRATA SHEET hereof, with the understanding

17   that I offer these changes as if still under

18   oath.

19         Signed on the _____ day of

20   _____, 2023.

21

22   _____

23             JOSEPH BLAKE EVANS

24

25



JOSEPH BLAKE EVANS                                    February 23, 2023
GEORGIA SENATE BILL 202                                            233

```
 1              DEPOSITION ERRATA SHEET

 2   Page No._____Line No._____Change to:_____

 3   _____

 4   Reason for change:_____

 5   Page No._____Line No._____Change to:_____

 6   _____

 7   Reason for change:_____

 8   Page No._____Line No._____Change to:_____

 9   _____

10   Reason for change:_____

11   Page No._____Line No._____Change to:_____

12   _____

13   Reason for change:_____

14   Page No._____Line No._____Change to:_____

15   _____

16   Reason for change:_____

17   Page No._____Line No._____Change to:_____

18   _____

19   Reason for change:_____

20   Page No._____Line No._____Change to:_____

21   _____

22   Reason for change:_____

23

24   SIGNATURE:_____DATE:_____

25              JOSEPH BLAKE EVANS
```



JOSEPH BLAKE EVANS
GEORGIA SENATE BILL 202

February 23, 2023
234

```
1              DEPOSITION ERRATA SHEET
2      Page No._____Line No._____Change to:_____
3      _____
4      Reason for change:_____
5      Page No._____Line No._____Change to:_____
6      _____
7      Reason for change:_____
8      Page No._____Line No._____Change to:_____
9      _____
10     Reason for change:_____
11     Page No._____Line No._____Change to:_____
12     _____
13     Reason for change:_____
14     Page No._____Line No._____Change to:_____
15     _____
16     Reason for change:_____
17     Page No._____Line No._____Change to:_____
18     _____
19     Reason for change:_____
20     Page No._____Line No._____Change to:_____
21     _____
22     Reason for change:_____
23
24     SIGNATURE:_____DATE:_____
25               JOSEPH BLAKE EVANS
```



```
─────────────────────
   Exhibits
─────────────────────

9255355 Jos
eph.
Blake Evans
 PREVIOUSLY
 MARKED.
 EXHIBIT85
  8:12
 73:15,16,
 20 86:11,
 13 90:7,8
 108:18

9255355 Jos
eph.
Blake Evans
 PLAINTIFF.
 EXHIBIT155
  6:10
 17:13,14,
 17

9255355 Jos
eph.
Blake Evans
 PLAINTIFF.
 EXHIBIT156
  6:11
 18:9,10,
 11,14

9255355 Jos
eph.
Blake Evans
 PLAINTIFF.
 EXHIBIT157
  6:13 46:4
 62:8

9255355 Jos
eph.
Blake Evans
 PLAINTIFF.
 EXHIBIT158
  6:15 46:1
 48:24
```

```
 49:1

9255355 Jos
eph.
Blake Evans
 PLAINTIFF.
 EXHIBIT159
  6:17
 50:9,12

9255355 Jos
eph.
Blake Evans
 PLAINTIFF.
 EXHIBIT160
  6:19
 55:24
 56:1

9255355 Jos
eph.
Blake Evans
 PLAINTIFF.
 EXHIBIT161
  6:21
 66:25
 67:1,5

9255355 Jos
eph.
Blake Evans
 PLAINTIFF.
 EXHIBIT162
  6:23
 73:11
 91:4,8
 93:12
 97:1

9255355 Jos
eph.
Blake Evans
 PLAINTIFF.
 EXHIBIT163
  7:4
 92:21,25
 94:1
```

```
9255355 Jos
eph.
Blake Evans
 PLAINTIFF.
 EXHIBIT164
  7:6 98:7,
 11

9255355 Jos
eph.
Blake Evans
 PLAINTIFF.
 EXHIBIT165
  7:8
 101:7,11

9255355 Jos
eph.
Blake Evans
 PLAINTIFF.
 EXHIBIT166
  7:10
 109:13,17

9255355 Jos
eph.
Blake Evans
 PLAINTIFF.
 EXHIBIT167
  7:12
 114:10,
 13,14
 130:9

9255355 Jos
eph.
Blake Evans
 PLAINTIFF.
 EXHIBIT168
  7:14
 125:8,12

9255355 Jos
eph.
Blake Evans
 PLAINTIFF.
 EXHIBIT169
  7:17
 132:12,16
```

```
 138:19

9255355 Jos
eph.
Blake Evans
 PLAINTIFF.
 EXHIBIT170
  7:20
 136:22
 137:1

9255355 Jos
eph.
Blake Evans
 PLAINTIFF.
 EXHIBIT171
  7:22
 139:18,22

9255355 Jos
eph.
Blake Evans
 PLAINTIFF.
 EXHIBIT172
  8:4
 147:1,8

9255355 Jos
eph.
Blake Evans
 PLAINTIFF.
 EXHIBIT173
  8:5
 153:4,8

9255355 Jos
eph.
Blake Evans
 PLAINTIFF.
 EXHIBIT174
  8:7
 162:3,7

9255355 Jos
eph.
Blake Evans
 PLAINTIFF.
 EXHIBIT175
  8:9
 166:11
```

```
9255355 Jos
eph.
Blake Evans
 PLAINTIFF.
 EXHIBIT176
  8:12
 169:25
 170:1

9255355 Jos
eph.
Blake Evans
 PLAINTIFF.
 EXHIBIT177
  8:13
 181:25
 182:1

9255355 Jos
eph.
Blake Evans
 PLAINTIFF.
 EXHIBIT178
  8:15
 184:13,14

9255355 Jos
eph.
Blake Evans
 PLAINTIFF.
 EXHIBIT179
  8:16
 190:2,4

9255355 Jos
eph.
Blake Evans
 PLAINTIFF.
 EXHIBIT180
  8:17
 193:15,
 16,17

9255355 Jos
eph.
Blake Evans
 PLAINTIFF.
 EXHIBIT181
  8:19
```



199:5,9

**9255355 Jos**
**eph.**
**Blake Evans**
**PLAINTIFF.**
**EXHIBIT182**
8:21
211:8,9

---

**(**

---

**(a)**
162:22

---

**0**

---

**0011**
67:5

**0491224**
163:6

---

**1**

---

**1**
26:18
68:1
92:14
112:7
205:5

**1(a)**
16:20

**10**
60:18
113:5
145:13
177:16

**100**
56:14
57:15,19,
22 58:1
117:21,25

**100,000**
160:21

**10:08**
154:4

**10:29**
60:22

**10:41**
60:23

**11**
16:17
107:7,8,
9,14,15
114:15

**11,120**
130:10
131:22

**11,382**
127:23
128:5
130:10
131:7,20,
22

**11,781**
130:17
131:2
132:1

**110930**
139:23

**12**
67:13
73:21

**12:12**
103:25

**12th**
61:17
74:4
77:25
80:11,18
81:7
85:23
108:13
109:9

138:5

**13th**
222:3,20

**14**
182:22
184:16

**15**
98:1,3
113:5
182:22
184:16

**15,000**
160:9

**155**
17:13,17

**156**
18:10,14

**157**
46:1 62:8

**158**
46:1
48:24

**159**
50:9
117:14
185:1,17

**160**
55:24

**161**
66:25
67:5

**162**
73:11
91:3,8
93:12
97:1

**163**
92:25
94:1

**164**

98:11

**165**
101:11

**166**
109:17

**1667**
55:25

**167**
114:14
130:9
131:14,
17,22

**168**
125:12
130:10

**169**
132:16
138:19

**17,967**
130:24
131:1

**170**
137:1

**171**
139:22

**172**
147:8

**173**
153:8

**174**
162:7
163:4

**175**
166:10

**176**
169:25

**177**
181:25

**178**
184:13

**179**
190:2

**18**
15:11
74:11
182:17,19
186:21

**18-day**
74:19,23

**180**
75:2
193:16

**1801**
137:1

**181**
199:5

**182**
211:8

**18th**
194:7

**19**
110:17

**19th**
194:7

**1:02**
104:1

**1:21-CV-
01390**
17:4

**1:21-CV-
05337**
18:2

**1:21:MI-
55555-JPB**
9:10

**1st**
15:12
16:18
112:10,13
128:16



166:17,24

———————

**2**

———————

**2**
69:22
94:13
154:11

**20**
56:24
145:16
221:14

**20.8**
202:1

**2015**
23:20
24:18,20

**2016**
140:8,13,
16 142:3,
7

**2017**
24:21

**2018**
137:15,16
169:18

**2019**
20:4
23:8,13
24:24
25:23
179:11
187:17,20
194:7
204:23
210:7,11

**202**
9:8 15:5
20:20
21:14,21
22:7,14
55:10,15

64:19
82:18
142:14,15
154:19,21
157:1
187:14
197:9,18
198:8,13
200:3
201:2,10
204:7,15
205:16
206:4,7,
17,21
207:3,11,
14,18,21
208:3,21
209:9
213:8
224:6
225:16
226:3
227:8,20
228:5,14,
19

**202's**
203:24

**2020**
20:5
25:23
26:15
27:3,13
28:23
29:10
30:16
36:14,18,
20 37:5,
24 39:6,
25 41:19,
23 42:12,
16,19
44:13,20
45:10,18,
21 46:14,
21 47:9,
18,25

48:7
50:11
52:11,12
53:24
54:1,6
55:4,8
56:24
57:3
58:1,19
59:14
61:15
62:22
63:3,18
75:13
76:3
94:4,14
99:2
102:21
103:21
116:13
117:9
123:5
130:17
131:3
133:23
134:6
137:16
140:22
168:12
169:19
172:18,25
173:9
174:7,12,
21 175:7,
19 176:7
185:6
197:20
205:5
213:14
215:23

**2021**
15:7,8,
11,12,15,
16 16:15,
16,17,18
26:16,18

36:6,8
43:9,14
45:13
48:3
53:16
63:22
64:1,16
65:1,11
66:15,16
67:13
70:1
73:21
74:4,24
77:15
80:8,11,
22 81:7
82:19
93:24
95:14
97:15
99:3
100:10
108:21
110:17
112:7,10,
25 113:15
114:15
125:13
134:1
138:8,17
139:13
152:10,11
153:1
154:4
157:1
158:15
159:7
161:6
166:17,24
205:5,24

**2022**
16:16
115:18
117:9
123:9
169:19

170:10
180:23
181:2
182:8,16
185:18
199:6

**2023**
222:22
223:6

**2024**
222:3,20

**21**
170:10
202:9

**21-2-385**
16:14

**21-2-385(c)**
16:11

**21-2-385(d)**
15:25

**21-2-418**
16:6

**21-2-419**
16:7

**21083(5)(a)
(ii)**
111:8

**23.3**
201:21

**232**
61:16

**23rd**
15:15
50:11

**241**
15:13

**251,537**
142:6

**25th**
15:7



JOSEPH BLAKE EVANS
GEORGIA SENATE BILL 202

February 23, 2023
Index: 26th..Abigail

82:18
93:24
125:13
157:1

**26th**
112:12

**27.9**
201:14,17
202:7

**27th**
222:22
223:6

**28**
95:14

**29**
149:10

**2:27**
146:24

**2:40**
146:25

---

**3**

3
70:11
94:23
211:16

**3-1/2**
21:3

**30**
157:13

**30(b)(6)**
18:23
19:2

**31510**
61:17

**316**
187:20
188:12,23
189:14,18

204:25
209:18,
21,25
210:20

**316's**
188:20

**319**
187:17

**32**
157:12

**36**
184:24,25

**3:44**
178:4

**3:57**
178:5

**3rd**
61:15

---

**4**

4
16:19
71:8 95:8
211:17
212:8

**40**
16:17

**400**
166:18

**44678**
158:2

**44679**
154:4

**44680**
153:9

**44731**
126:21
130:3

**45**
149:8
185:2
225:13

**48.7**
201:1,9
202:7

**49**
149:8
225:13

---

**5**

5
92:14
194:24

**5,643**
92:10,11
97:3

**50**
56:14
57:15,19,
22 58:1

**504**
214:7

**52**
111:7

**531**
15:9

**55**
93:1

**5:16**
221:17

**5:25**
221:18

**5:38**
229:7

**5th**
38:25
51:23

53:3

---

**6**

6
78:4
154:4
212:10

**6,369**
142:2

**60**
157:13
226:1

**6th**
150:7

---

**7**

726
48:25

**77**
185:1,17
186:4

**78**
222:9,21

---

**8**

829
109:18

**85**
73:15,20
86:11,13
90:8
108:18

**8:27**
95:14

**8th**
15:16

---

**9**

90
75:2

**97**
79:13
80:13
81:1

**98**
79:13
80:13
81:1

**99**
79:16
82:10
160:22

**9:04**
56:25

**9:32**
110:17

---

**@**

**@house.ga.
gov**
97:10,20

---

**A**

**a.m.**
56:25
60:22,23
95:14
110:17
154:4

**AAAJ**
10:10

**Abigail**
73:21



**ability**
79:17,24
87:6,7
166:3

**absentee**
16:10,12
21:14
22:1
27:17,19,
23 30:17,
18,25
31:1,6,8,
10 37:11,
17,22,25
38:11,16,
17,20
39:2,3
40:7,11
41:7
49:11,16
55:20
58:19
59:6,16,
20,22
61:20
65:22,24
66:1
74:10,23
75:2,15,
17 78:4,
11 79:2
94:3,8
95:9
98:25
100:6,24
101:22
102:14,
16,19,22
105:11,
16,21
106:2,8,
9,12
107:11
108:5
109:3
116:15

118:5,22,
25 119:3
127:14
129:5,17,
20 132:10
140:7,12,
21 142:3,
6,14,16,
24 143:6
144:12,25
145:3,24
146:1,7,
11,13
147:5,7,
10,12
148:17
149:12
150:2,16
151:7,10
154:22,23
156:11,12
173:13
177:11,17
186:9,10
188:13,
14,15
204:3,6,
11 205:9,
15 206:1,
9,19
209:2,23
210:9,22
211:2,5
212:10
218:1,4,
11 222:9,
15,24
223:2,17
224:5,17
225:8

**accept**
144:16,23
145:6,9

**acceptable**
45:4
148:19

206:10

**acceptance**
140:21
228:14

**accepted**
31:9,16
128:25
130:18
131:2,9
150:4,23
151:3

**accepting**
222:20

**access**
37:14
147:19,24
148:7,12
166:4

**accessible**
31:2
219:20
220:24

**accommodati
ons**
219:6

**accompany**
145:3

**Accountabil
ity**
167:20

**accuracy**
53:12,13
127:21
171:9

**accurate**
14:10
17:23
19:2
112:6,11
157:25
167:22
168:19

174:14
183:13
206:6

**accurately**
14:15,22
38:21
171:2
173:24

**achieved**
196:1

**achieves**
195:18

**acronym**
115:9

**act**
15:8
213:25
214:3,7,
18 215:8

**acting**
21:8

**action**
227:13

**active**
98:23
111:4
163:2

**activities**
26:6,7
27:7
219:1

**acts**
214:21

**actual**
212:22
218:12

**ADA**
214:2,14
215:2
216:4,9,
17

220:10,15
221:7

**adapt**
80:4

**add**
14:1
95:15
119:22
200:24
226:18

**adding**
201:6,18

**addition**
28:9 99:6

**additional**
48:23
98:22
103:6
182:25
226:18

**address**
41:8
56:15
57:16,20
58:2,14
70:1
75:19
77:2
97:20
155:22
159:12
172:19
177:19

**addressed**
176:23,25
177:9

**addresses**
63:1

**addressing**
217:6

**adjust**
227:4



adjustments
    177:9

administer
    165:10

administere
d
    52:19
    54:1

administering
ng
    215:11

administration
ion
    23:18
    25:17
    27:2
    35:1,21
    65:18
    67:18
    68:4,13
    69:3
    71:12
    87:16
    106:17
    198:3

administrative
ive
    88:24
    89:3

administrator
or
    28:7,19,
    22 29:2,6
    51:7 87:2
    178:8
    202:18
    213:3

adoption
    33:11

advance
    15:22,24
    22:5 26:6
    30:19,20

31:19
116:16
127:14
129:18
177:15
179:25
180:4
181:15,16
182:11
186:7
225:10

advanced
    50:3

adversarial
    191:14,17

affairs
    70:22

affect
    172:11
    178:20

affected
    176:6
    198:9,14

Affirmative
    21:23
    30:2
    42:25
    174:13

African
    163:18

aftermath
    173:9

agencies
    155:3

aggregate
    115:24
    117:14
    128:18

aggregated
    116:6
    117:15

agree
    172:6,10
    174:20
    183:4,11
    187:3
    188:22
    189:3
    191:1,7
    196:21

ahead
    9:24 25:1
    40:22
    43:12
    108:17
    145:17
    180:13
    199:4

air
    117:3,4
    127:7

allegations
    175:23

allocate
    87:19

allowed
    43:1
    226:9

alluded
    39:8
    42:10

Alma
    61:17

Alpha
    18:1,2,16

alternative
    148:19

AME
    10:3,13,
    16 163:19

amend
    86:15
    136:19

170:18

American
    15:19

Americans
    213:25
    214:3

amount
    37:12,17
    39:5 59:3
    75:15
    77:11
    87:20
    88:2,3
    175:4
    177:4
    196:4
    223:20
    225:1

analysis
    82:4
    83:2,22
    85:7
    91:22
    158:12

analyst
    24:19

answering
    12:12
    13:25
    14:13

answers
    99:12,18

AOE
    136:17

apartment
    58:4,6

apologize
    73:12
    130:13
    154:14

appears
    16:2

49:10
50:24
51:1
56:11
57:18
74:1
110:25
111:18
114:22
200:9
201:9
212:7

application
    31:8,9
    37:11
    59:21,22
    74:11,20,
    23 142:17
    143:11,17
    144:12,
    14,17,23
    145:25
    146:14
    147:5,7,
    10,13
    148:17
    149:12,
    23,24
    150:3,17,
    20,22,23,
    24 151:3,
    5 156:11,
    13
    186:10,18
    188:15
    205:18
    208:12,15
    223:2
    224:5

applications
s
    28:17
    30:6 59:6
    78:4
    100:25
    102:20



106:19
109:4
146:1,7,
11,13
154:22
204:11
205:16
206:2
208:7
209:12,23
210:5,23
222:9,15,
25 223:7,
22

applied
118:1
119:7

apply
82:8
117:23
119:6
137:3

appropriate
ly
180:16

appropriati
ng
88:2

approximate
ly
20:3
41:16
65:11

April
16:18
113:16
154:4
158:15

area
122:16

areas
181:3

Ari
125:14,19

arrived
107:7,14
149:3
164:23

arriving
76:3

article
16:19
170:5,7,
12,15,19,
22 171:3
172:16
174:10,11

arts
164:10,11

as-needed
27:11
34:6

Asian
15:18

aspect
171:21

aspects
172:7
178:18
203:23

Assembly
15:6,10,
14 97:15

assigned
111:7

assigning
135:14
179:22

assist
27:4
28:17,18
40:8,10
53:11

219:7,18

assistance
29:21
38:2

assistant
25:11
164:3,7,
8,13

assisted
38:18

assisting
27:18,23
37:21

associates
174:24
176:6

Association
25:15
34:10,14
170:24

association
s
34:8

assume
100:12
133:25

assuming
122:5
123:11
145:10
222:23

Athens-
clarke
11:15
190:14

Atlanta
10:22
194:24
195:2

attached
109:20

111:14
132:24
139:13,24

attachment
110:5,7
126:12,14
132:17
133:3,18
137:2

attempt
42:3

attempted
156:25

attempting
158:25

attended
23:14,17
69:10
74:5
77:17
163:23

attending
69:7

attention
196:19

attentions
69:15

attorney
9:15
13:3,4,9,
18 175:17

attorney-
client
21:7

attorneys
10:9,10,
13 11:8
20:21,23
138:4
139:9
224:12
226:24

228:25

Attorneys'
136:15

attribute
192:19
204:5

Auburn
23:14,17
25:9
163:24
164:23

audit
51:23
52:5,8,16
53:2,5,9,
11,16
54:14,18
173:15,18
188:8
189:19

audits
52:25
53:7
54:14

August
24:17,20
26:18
205:24

Augusta-
richmond
183:21

authorized
15:24
188:4

average
187:8

aware
57:25
124:11,24
125:2
127:12
179:16



180:11
184:3
188:18
198:19
199:17
212:1
214:8
215:9,13
217:19
220:17
221:4
222:2,4
228:4,12,
13

**B**

**bachelor's**
23:15

**back**
25:19
27:12
29:8
36:14
40:12
42:9,20
44:3
45:16
56:15
61:1
63:11
83:3
85:22
87:11,12
92:18
97:1
104:4
108:17
118:18
121:9,17
122:24
123:16
126:20
127:5
130:2,9,

14 131:5
132:1
139:11
145:23
150:17
156:19
161:13
162:24
166:22
169:16
181:9,21
183:1
192:13
193:7
194:5
204:12
209:18
213:6
216:13
225:15
228:23

**back-and-
forth**
192:20

**background**
16:24

**Bacon**
46:15
61:14,15,
25

**Bailey**
183:15,
16,20
184:25

**ballot**
16:4,5,
10,13
21:14
22:1
27:17
30:18
31:6,7,8,
12,13,14,
15 33:18

37:11
38:16,17
39:2,3
41:7
46:13
47:21
49:16
58:23,24,
25 59:6,
15,16,20,
22,24,25
60:3 61:4
68:23
74:11,23
75:2,17,
20,23
87:8,10,
12,13
88:10,12,
13,14,21,
25 94:12
95:9
100:24
101:22
102:14,
16,20
103:3,4,
13,15
106:2,8,
9,13,22
107:11
108:5
109:3
114:19
120:17
122:20
125:23,25
126:1,4,
11,18
129:8,12
130:19,22
132:3,7
139:15
140:7,12
141:17,
20,22
142:16,24

143:6,8,
12,17,18,
20,22
144:12,25
145:3,24
146:1,7,
11,13
147:5,7,
10,13
148:17,24
149:2,4,
12,25
150:2,17
151:2,5,
7,9,11
154:22,23
156:9,11,
12 166:5
173:19
176:2
186:9,10
188:15
189:15
204:11
205:15
206:1,9,
19,23
209:11,23
210:2,4,
22 211:2,
5 212:10
218:4,11
220:24,25
222:9,15,
24 223:2,
17,21
224:5,17
225:8,15
226:5
228:6

**balloting**
49:11
209:2

**ballots**
27:19,22,
24,25

37:18,23
38:9,11,
22 40:7,
11,12
54:19,20
55:1
56:14
57:15,19,
22 58:1,
19 59:4,
5,8
61:20,24
65:22,24
66:1
68:23
72:11
75:15
76:3
78:5,11
86:16,22
87:21,23
89:14
102:23
114:23,24
117:21
118:22,25
119:2,14
127:14,24
128:7,12
129:6
130:18,25
131:3,7,
21 132:7,
9 140:21
141:18
142:3,6
148:22,23
149:1,3,7
173:13
177:6,11,
13,17,22
187:23,24
204:12
208:7
209:11,24
210:10
228:15



**ban**
227:17,22

**Banter**
11:14

**Barnes**
33:16
217:3,10

**Barron**
24:3,7
194:13,
17,22
195:5

**Barry**
77:10
104:9

**based**
37:25
44:1,17
54:4
63:10
70:5
80:24
83:13
88:18
89:4,8
92:12
97:9,18
119:13
133:25
157:20
161:15
172:6
181:5
189:10,
13,17
197:17
203:1
205:8
207:2
209:20
210:17
212:5
213:12,17
225:16

228:19,25

**basic**
70:24

**basically**
26:16
41:4
119:18
126:5
160:5
173:9
186:22

**basis**
27:11
34:6 54:9
155:15
173:10

**Bates**
91:8
163:5
166:14
190:3
193:20
211:8

**Bates-stamp**
46:2
101:11
110:15
139:23

**Bates-stamped**
48:24
50:10
55:24
67:5
92:25
98:11
109:17
111:15
114:14

**began**
16:17

**begin**
152:16

**beginning**
37:10
84:5
216:13

**behalf**
10:16
11:15,17,
20,22
21:8
192:25

**behavior**
180:2

**belief**
197:1

**believed**
169:12
174:23
196:6

**belittle**
72:17

**Bellew**
217:10

**belonged**
87:13

**benefit**
185:22

**big**
37:9
70:11
71:1,4
165:18,19
215:25

**biggest**
156:5,22
179:21

**bill**
9:8 15:5,
9,13
64:11,18
65:15
68:17
77:1

200:3
203:7,9,
11,16
210:13

**bill's**
211:5

**bills**
34:22
35:2,4,
15,17
64:25
65:12
66:18,19

**birth**
84:2
206:22

**bit**
16:23
23:5
63:22
84:6
92:20
96:18
97:23
108:19
115:11
142:13
163:22
165:14
170:16
180:8
185:21
192:4
203:19,21
210:15
221:21
225:22

**black**
10:21
15:18
200:22
201:1,7,
10,15,21
202:1,3

203:4,15

**Blake**
9:2,7,14
172:23

**blank**
147:6

**block**
51:2

**Board**
192:13
219:24
226:25
227:13

**book**
165:1
186:20

**books**
185:9

**boss**
195:8

**bottlenecks**
183:7

**bottom**
51:10
67:24
92:8
93:21
99:4
128:22
130:17
137:13
141:10
154:3
170:12
200:14

**box**
16:8
40:25
41:12
42:4 43:2
44:6
45:20,25



46:13,20
47:8,17,
20,24
61:3,4,16
62:18,22
63:6
176:2

**boxes**
16:8
40:1,11,
15,16,20,
22 41:7
43:13,25
44:7,12,
19 45:1,
10 61:1
62:17
63:1
213:8,14
226:3,5,
8,12,15,
18,21,22
227:5,7,
10

**Braille**
216:24

**break**
13:8,11
60:13,15
97:24
98:4
103:23
116:11
145:13,19
178:2
221:14

**breakdown**
118:5

**breaks**
13:14

**Breanna**
28:24
50:21
51:5

**Brian**
10:6
20:15
29:11

**Bridget**
164:17

**briefly**
209:18

**bringing**
152:13

**brings**
208:13

**broken**
200:17

**brought**
40:12

**Bryan**
10:4
20:15
146:22
163:7

**buckets**
117:23

**budget**
73:2

**build**
53:7
177:22

**building**
95:1,3
213:15,19

**built**
41:6
150:11

**bullet**
74:2,9
75:1
86:14
90:8,9
199:2

**burdens**
89:3

**burn-out**
53:23

**Burns**
36:2

**busy**
27:14
52:14
175:14

**button**
115:15
156:10,
12,13

**buttons**
156:10

———————

C

———————

**calculate**
100:5

**calculations**
202:13

**call**
37:6
115:19
219:9

**called**
41:5 45:2
147:22

**calling**
52:4

**calls**
21:7
45:16,17,
19 162:12

**campaigns**
169:13

**cancel**

103:3,4,
19

**cancelled**
31:16
101:22
102:19

**candidate**
116:11
119:21
171:10,25
172:11
197:7

**candidates**
119:20

**capacity**
20:8
34:23

**Capitol**
76:24

**card**
144:10
186:16,
20,25

**Caroline**
164:11

**carried**
196:9

**carrying**
214:25

**Carver**
194:14,
18,22

**case**
17:4
19:10,25
50:25
51:1
57:19
61:14,25
119:19
139:6
162:13

179:25
184:4

**cases**
17:1
19:5,23
219:25

**cast**
16:3,13
55:1
114:24,25
119:14,21
127:15,24
128:8,12,
24 129:8
130:25
131:8,9
132:7
135:23
166:5

**catalog**
120:12

**categories**
128:14
200:18

**category**
117:24
118:2
119:3,4,
6,8 120:4
122:20
126:5
132:10
136:6
169:9

**Cathey**
11:16

**causing**
168:9

**caveat**
139:25

**caveats**
137:3



CBC
  10:19

CDR00001759
  132:18

CDR00001799
  137:1
  138:6
  139:11

CDR00001800
  137:13

CDR00001966
  190:3

CDR00017411
  162:7

CDR0001758
  132:17

CDR00043725
  48:25

CDR00044678
  153:9

CDR00044686
  114:14

CDR00044731
  125:12

CDR00044732
  126:15
  128:10

CDR00044825
  109:18

CDR00044827
  110:15

CDR00044829
  111:15

CDR00110398
  166:14

CDR00110571
  98:12

CDR00110928
  139:23

142:1

CDR00110929
  140:11

CDR00172053
  93:1

CDR00172054
  93:21

CDR0017569
  50:10

CDR0044825
  112:8

CDR00459897
  73:20

CDR00480664
  91:8 97:2

CDR00509009
  67:5

CDR00509010
  67:24

CDR00526683
  101:12

cellular
  185:3,17,
  22 187:5

center
  25:13,14
  157:11
  164:11,
  15,20
  188:5

CERA
  164:19
  165:9

certainty
  100:8,12
  101:17

certify
  33:10
  127:12
  174:3

chain
  56:5
  67:6,12
  91:9 93:2
  96:20
  98:18
  109:19
  110:4,11
  139:24
  140:2
  153:7,10,
  13,15
  162:7
  166:16
  167:7
  194:12,20

chair
  165:7

challenge
  88:6
  135:21

challenged
  135:11,22
  136:3,4
  138:16
  151:10,
  11,14

challenges
  87:15
  220:22

challenging
  17:5
  52:14

chance
  98:13
  137:6

chances
  14:5

change
  66:2
  76:14
  78:18
  80:3

185:20
203:17
204:10
223:11
225:14
227:9

changed
  24:21
  188:13
  205:20
  209:21
  210:20
  227:14
  228:14

charging
  185:24

chart
  130:16,24

check
  39:17
  156:16,18
  179:2
  180:16
  182:21
  185:8
  207:5,12,
  22 209:17
  221:13

check-in
  54:12
  103:5
  178:21,22
  179:23
  180:14
  181:22
  182:10
  183:8
  185:19
  187:8,9

check-ins
  54:25

checked
  185:14,25
  186:12,

13,24

checking
  39:18
  186:18
  208:13
  221:10

checklist
  123:22

checks
  127:16

chief
  24:1
  25:2,22
  35:11,12,
  13

choices
  88:10,15
  187:25

choose
  53:20
  136:9

Chris
  26:22
  51:9,13
  65:3
  66:17
  77:21
  166:16,
  21,23
  167:12
  217:10

Church
  163:19

Churchwell
  110:23

CIO
  153:24

circulation
  205:16

citizens
  163:1



citizenship
  162:18

claims
  72:18
  172:19
  176:5

clarificati
on
  134:19

clarificati
ons
  12:22

clarify
  21:16
  44:22
  50:2 55:3
  64:18
  73:3
  90:9,16
  96:3
  101:18
  104:4
  108:2
  126:13
  149:6
  163:4
  170:11
  189:21
  190:8
  207:10,17

clarity
  96:18

class
  165:9

classes
  25:18
  164:19,20

clause
  127:3

cleaning
  68:17

clear

86:12
  148:11

Clergy
  10:21

click
  115:14,16
  116:8

Cliff
  10:20

Clinton
  116:17

clips
  175:25

close
  54:17
  168:6
  171:13
  172:1
  177:14

closer
  27:13
  37:24
  180:7

Coalition
  19:16

code
  86:15
  90:10,17
  159:12,25
  160:2
  212:20
  223:21
  224:18,22
  225:1,7

coder
  224:21

codifying
  177:11

coffee
  13:15

collapse

75:1

colleague
  9:16
  163:12

collect
  41:10
  43:13
  120:15
  122:6,21
  127:19

collected
  99:13

collection
  61:19,22
  228:6

collections
  62:5

collects
  117:19

college
  164:10

Colmbs
  217:17

color
  15:17

Columbia
  11:17
  157:13

column
  32:4,5,8,
  9 135:11
  136:3
  138:23
  200:20

columns
  32:4,11
  84:17
  85:15,19
  141:11
  200:25

combination

89:6
  205:10

combination
s
  159:23
  160:4

combining
  222:17

Committee
  49:13,17

common
  30:22
  57:3,6
  102:6

communicate
  33:5 39:9

communicate
d
  199:21

communicati
ng
  39:14
  168:7

communicati
on
  33:6
  36:22
  39:23
  51:13

communicati
ons
  160:14
  218:23

community
  220:19
  221:2

company
  83:17

compare
  140:14,
  17,24

155:5
  205:3

compared
  115:1
  140:22
  210:12

comparing
  54:25
  88:4

comparison
  83:18
  114:23
  138:3

comparisons
  85:14

compiling
  44:5

complaints
  76:2,6
  219:16

complete
  30:8 47:8
  53:2
  62:22
  111:2,11
  122:3
  123:4
  124:1
  168:19
  170:12

completed
  87:11
  126:7
  134:21
  142:24
  143:6,8,
  11 144:25
  145:3

completely
  117:3,4
  127:7
  182:13
  185:15



completes
  126:18

complexes
  58:5,6

compliance
  216:8

compressed
  181:6

comprised
  157:12

computer
  110:2
  117:6
  132:23

computers
  195:2

concern
  53:19,22
  57:13,17,
  18 75:22
  78:15
  168:11,12
  175:4
  177:10,19
  196:11
  197:2

concerned
  10:21
  57:21
  72:17
  169:11
  196:3

concerns
  70:5
  72:14,24
  78:8,12
  103:20
  155:19,23
  156:6
  169:17
  176:14,
  16,21,24

concluded
  16:17
  37:8
  229:6

concludes
  140:8

condensed
  181:19

conduct
  37:3
  51:22
  53:16
  183:23
  218:14

conducted
  54:13
  83:22
  160:25
  182:8
  190:18
  196:20

conducting
  27:14
  53:6,9,23
  195:17
  196:2,18
  202:24
  208:3,20
  217:13,15

conducts
  216:19

conference
  76:23
  173:12

conferences
  34:16
  171:1
  172:21

confidence
  53:7
  54:16
  71:21
  165:15,24

166:1,2,3
167:9
168:10,
21,22
169:2,18
171:22
172:7,12
174:5,21
176:7,10
177:23
178:10,
17,20
188:20,24
189:4,10,
15,20,22
190:17
195:17
196:2,8,
16,22,23
197:3,6,
10,19
198:4,9,
14,22
200:5
201:3,12,
16 202:3
203:9,10,
16

confident
  113:13
  156:4
  160:13
  169:6

confidential
  136:16,18

confidentia
lity
  136:20

confirm
  54:15
  104:22
  123:19
  147:9

confirmed
  54:21,22

confused
  103:15

confusion
  59:3
  75:16,22,
  25
  103:10,11
  129:15
  212:23

connected
  117:3,7

connection
  100:23

consequence
s
  69:16

considerati
on
  223:15,17

considered
  97:14
  129:8

consistent
  213:3

consolidate
d
  186:22

conspiracy
  167:23
  172:24
  174:7,12,
  23 175:1

Constitutio
n
  16:19

consult
  144:20

consumed
  37:9

38:12

consuming
  39:4

contact
  150:19

contained
  122:8

content
  22:25
  214:8

contest
  54:17
  88:25
  116:10
  119:18
  127:13
  131:19,24
  171:13
  172:1
  173:15

contests
  87:9
  88:13

context
  86:25
  150:5

continue
  73:9

continuously
  173:20

contracted
  183:23

contribute
  171:22

contributed
  103:8
  164:25
  175:3
  181:6



**contributin g**
179:3,4
181:9
205:13

**control**
172:8

**convenience**
13:11

**conversatio n**
71:18
74:22
75:9
76:21,22
77:9,10
79:12,19
80:1 81:6
99:19
106:16,25
107:19,21
109:1,7,9
133:4,11
146:15

**conversatio ns**
53:18
66:18,21
88:18
89:1
103:21
109:11

**convey**
168:4,5

**cool**
98:5
148:10

**coordinate**
219:22

**coordinated**
162:19
195:15
218:15

**coordinates**
216:15

**coordinatin g**
218:10

**coordinatio n**
221:6

**coordinator**
24:22
51:6
216:4
217:11
220:10,15
221:7

**copies**
121:12
123:2

**copy**
17:12,18,
23 18:8,
15 19:2
22:13
48:9
79:21
110:7
121:10,
21,24
142:18
144:6
147:6
148:18
155:8
184:6,9

**copying**
125:19
153:17
194:13,
17,22

**Corbitt**
194:12,17

**correct**
14:11

17:1,6,9
18:3,6,20
22:11,14
23:10,11,
15,18,21,
25 24:15
25:3 28:5
31:24
32:12,18,
19 36:10,
11 39:12
42:12
43:2
45:12,15
47:14
49:18
50:1,3,23
51:3,4,6,
18 54:16
55:8
56:19
58:7,9,
15,16
59:13
66:1
73:6,7
81:7,10
84:11,14,
24 86:21
88:2 89:5
91:19,23
94:15,25
95:10,16,
20 97:4,
10,18
101:23,24
104:10,24
105:13
106:9
107:11
111:17,25
112:4
118:9
119:11
122:4
124:3
125:7

126:8,23
128:20,21
130:25
131:3
133:24
134:22
136:1
138:8
142:4,7,
19 143:1,
9 144:3,7
145:10
146:3
147:16
148:13,14
150:22
151:23
152:9
157:4
161:17,19
163:25
164:3,25
167:8,14
170:9
171:15,18
172:2,3,5
180:24
182:15
187:14,15
191:11
194:7,15
195:3,11,
12 197:14
200:9,22
201:4,9,
16,23
202:4,8,
14 203:24
205:24
206:5,11,
21
207:12,
15,19,24
222:23,24
226:5,9,
13 227:24

**corrected**
150:23

**correctly**
27:16
38:4 68:6
69:18
70:13
71:5 72:2
160:20
167:25
168:24
173:5
183:9
190:21
195:19
199:2
200:7
212:25

**counsel**
9:20
12:22
20:25
21:9
22:24
64:9
91:15
144:21
224:11
228:24

**count**
40:14,16,
21 53:13
54:19,20
62:24
63:2
81:22
85:1,6
87:10
88:10,16
92:13
152:19
173:19
177:21

**counted**
135:22,24



166:6
172:13
173:23
177:6

**counter**
59:4

**counties**
27:14,18
30:5 33:6
34:2
37:22
38:1,3,5,
19 40:15,
25 41:2,
6,12 43:1
44:1,25
47:8,24
48:8,15,
16 52:23
53:20
54:13
61:6,9
63:10
78:9
116:23
117:14,20
118:7,10,
15,25
119:2,6,7
120:1,12,
15,24
121:5
122:3,14,
17,22
123:1,14,
15 124:4,
8,15,21
126:4,8,
17 127:7,
12 128:1
129:16,
17,21,22
130:23
132:2,5
138:15
146:7,10

147:19
148:6,12,
16 150:8,
16
151:13,17
167:9
173:17
177:12,17
181:14
182:17,
20,21,23,
25 185:1,
17,23
186:4,21
187:4,6
190:20
191:4
206:1
208:2,4,
7,16,20
209:10,14
212:21
214:23,25
215:24
216:21
217:13
225:12
226:8,17
227:4,9,
24 228:10
229:1

**country**
34:15

**counts**
83:11
88:12
149:25

**county**
9:22
11:13,17,
21,23
16:3,9
19:20,25
23:25
24:4,10,

12 25:20,
21 26:1,
25 27:5,
21 28:16
30:20
31:4,11,
12 34:2
36:23
38:3 45:1
46:15
47:14,16
51:21
52:2
53:9,23
59:22
60:2
61:14,15,
25 68:5,
14,19
76:9,13
78:17
87:1
88:5,24
89:4,7,9
117:11
121:25
123:21
124:11
126:11
129:7,9,
11 133:21
134:21
135:25
141:12
144:16,22
145:6,8
146:2
147:13,14
150:2
151:8
167:17
168:5
176:3
179:16
183:21
184:17
185:22

190:14
191:10,25
192:5,9,
14,17,23,
24 193:2,
6 194:10
195:1,6
196:4
204:2,24
206:9,17
207:4,21
210:18
213:13
215:1,5,
22
219:20,22
220:3
223:23
226:16,23
228:2

**County's**
191:15

**couple**
32:11,23
34:16
43:11
96:16
104:20
147:23
167:19
182:21
190:1
211:15
213:10,23

**courses**
164:16

**court**
9:8 12:6
19:7,9
58:12
224:9,10
225:14
228:18

**cover**

130:2
131:5
213:23
222:1

**covered**
105:25

**create**
43:12
57:24
155:16
193:6

**created**
17:8 18:5
43:8
134:13
176:17
190:23

**creating**
43:11
134:7

**creation**
175:4

**credit**
55:1
122:14,18
135:15,19

**criminal**
228:5

**criteria**
92:14,15,
20 93:15,
18 94:6
95:1,7,
15,18
96:22
97:4
156:3,21
157:18
159:8,13,
14 160:5

**cross-
election**
138:3



**Crowell**
    10:21

**cure**
    148:22,24
    149:1,5,
    17,24
    150:3,10
    188:14
    209:22
    210:2,20

**cured**
    150:18

**current**
    29:1,12
    32:15
    34:20
    147:6,10,
    11 209:6
    221:23

**curriculum**
    28:8,21
    216:16

**curriculums**
    33:13

**custodian**
    211:22

**custom**
    83:24
    85:8
    133:14
    155:12,17

**customer**
    81:20

**cut**
    182:22
    183:6
    187:7,9,
    12

**cutoff**
    170:16

**cuts**
    170:12

**cycle**
    36:15,19
    37:2
    39:6,11,
    20,21,22,
    24,25
    45:18,21
    46:21
    48:7
    53:24
    54:1
    58:1,20
    62:23
    63:11
    103:14
    188:9,10
    197:21

─────────────

            **D**

─────────────

**daily**
    173:9

**Darryl**
    194:13,
    17,22

**dashboards**
    223:23

**data**
    29:22
    30:9,10
    31:17,19
    38:1,8,
    19,21
    54:24,25
    58:4
    63:10
    80:17,20
    81:3,9
    82:4,21,
    23,25
    83:4,6
    84:2,18
    85:10
    91:14,22

93:10,11
94:19
95:19
97:13,19
98:22
99:12,13
101:1
102:7
108:21
112:3,6
114:19
115:6
116:2
117:17
119:9,24
125:23
127:19
128:23
129:2,25
132:3
137:10,
21,22
140:9,15,
24,25
141:13
152:7
154:2
155:4,5,
25 156:7
157:7,14,
19 198:24
199:3

**database**
    80:25
    82:7 83:8
    85:3,5
    111:16,20
    137:23
    147:20
    148:6,8,
    13 152:3
    157:16
    162:16,25

**databases**
    155:20
    158:14

159:9

**date**
    31:11,12
    59:24
    61:18
    84:2
    106:8,12,
    15 107:10
    141:23,24
    206:22

**dated**
    56:24
    110:16
    112:9

**dates**
    152:24
    180:25
    222:23

**Davin**
    10:1,2
    145:17
    163:13,17

**day**
    13:23,24
    15:24
    23:1 26:6
    87:1,3,4
    105:4
    108:5
    116:15
    118:5
    129:19
    173:10
    174:3
    177:13,14
    185:3,6,
    16,19
    186:23

**days**
    16:18
    74:11
    75:2
    107:8,9
    127:14

149:8,10
157:13
168:21
180:6
222:10,22
223:25
224:15,24
225:13
226:2

**DDS**
    94:24
    95:19
    96:12
    153:18,24
    154:2
    158:21

**deadline**
    74:20,23
    107:13,19

**deadlines**
    74:11
    222:8

**deal**
    156:23
    226:11

**deals**
    226:7

**dealt**
    198:21

**decade**
    179:7

**deceived**
    197:20

**December**
    38:24
    41:23
    42:19
    50:11
    180:23
    181:1

**decide**
    45:5



223:12

decided
  51:22
  52:16
  53:15
  102:15,17
  160:12
  208:4

deciding
  44:11,19

decision
  165:22

decisions
  165:21

declaration
  19:15,24

declarations
  19:18

decline
  148:3

declined
  147:25

declining
  174:21

decrease
  168:10
  196:22
  200:5,11,
  12,25
  201:1,7,8
  202:2,6

decreased
  201:2,11

decreasing
  197:3

defendant
  9:21 20:8

defendants
  9:21,22

10:5,7
11:9,11,
13,15,18,
21,23

define
  166:2
  191:17

definitions
  12:23
  15:2

definitively
  70:3,6,17

degree
  23:15,21
  163:25
  176:8
  181:12
  197:6
  214:23

Dekalb
  11:20

delays
  168:9

delta
  82:2

democrat
  203:5,6,8

democratic
  222:3,5

democrats
  203:8,15

demographic
  82:23
  200:18

demographic
s
  85:24
  86:5
  101:4

department

9:16
19:20
24:2,5
26:2
28:13
82:1,6
83:19
94:24
95:25
148:5,7,
12 152:2
153:18
157:15
162:8,19
191:22

depending
  51:14

depends
  219:13
  223:19,24
  224:1
  227:2,12

deposed
  16:25
  18:1 19:4

deposition
  9:7 12:6,
  25 17:9,
  18,23
  18:6,15,
  19 19:2
  20:17,18,
  19,23
  21:9
  22:9,10,
  17,21,23
  26:24
  73:14
  84:5
  229:6

deputy
  22:24
  26:13,15,
  20 29:15

32:24,25
33:1,14
36:9
144:21
216:14,18
217:2

describe
  25:24
  26:19
  32:20
  39:22
  49:23
  75:11
  79:5
  81:13
  86:19
  98:20

description
  62:9,12
  138:25

design
  47:21
  225:19,25

designate
  117:20
  122:20
  135:16,19

designated
  69:21
  211:22

designation
  32:6
  94:10
  136:17

designation
s
  136:20

designed
  197:18

designee
  18:23

desire

106:14

desk
  33:7
  219:11

detail
  109:7,8,
  12

detailed
  111:2

details
  45:23
  96:3,18
  105:19,23
  107:20
  135:14

determine
  84:22

determined
  81:1
  159:1

develop
  46:20

developed
  47:5

developing
  183:25
  218:10

development
  28:7
  33:13
  46:16
  64:11

develops
  216:15

device
  216:24
  219:20
  220:25

devices
  33:18



dialogue
  174:16

didn't,'
  172:23

differ
  130:5

difference
  32:2,5
  131:21,25
  185:21
  186:5,6

differentia
ted
  58:7

differently
  29:5

difficult
  87:19
  88:1

digits
  144:2

directive
  208:19

directly
  29:22
  30:3,10
  214:23

director
  24:2,7
  26:13,15,
  17,20,22
  29:16
  32:17,24,
  25 33:1,
  15 34:1,
  20 35:10,
  12 36:9
  49:12,17
  50:21
  56:10
  64:6 65:3
  144:21

153:17
164:10
165:16
166:25
183:20,21
192:15,16
195:6
203:22
216:14,19
217:2

Directors
  34:10,15
  170:25

disabilitie
s
  213:25
  214:3
  216:10
  217:7,21
  218:7,21
  219:6,17
  220:5
  221:2

disability
  220:19

disabled
  32:8
  103:12
  216:23

discrepanci
es
  131:12

discrepancy
  129:19
  130:8

discuss
  21:5 65:5
  66:15
  67:15
  68:15
  96:2
  134:19
  153:20
  224:12

discussed
  21:13,21
  22:4,5,6
  51:16
  69:14
  89:17
  99:6
  104:23
  105:1,11,
  16,20
  106:3,5,
  11 108:8
  122:25
  126:23
  137:15
  147:12
  158:8
  188:19
  199:14

discussing
  17:20
  44:4,8
  78:22
  86:13
  88:21
  89:20
  108:13
  158:10
  162:10

discussion
  78:25
  79:5
  85:23
  86:4
  89:23
  90:4,23
  99:8
  104:4
  107:9,12,
  16 137:10
  145:21
  151:20
  158:3
  161:15
  163:14
  213:7

discussions
  21:17
  23:2
  70:23
  79:6 80:7

disinformat
ion
  167:24
  169:13
  175:7
  176:18
  197:20

dismiss
  72:18

disparities
  198:8,13

disparity
  202:23

dispel
  170:6

dispelling
  172:18

display
  115:25
  117:14

dispute
  193:12

distinguish
  214:20

distribute
  215:23

Distributed
  225:12

District
  9:8,9
  157:12
  163:18

districts
  31:18

divided

24:5 29:4
32:23

division
  32:22
  40:3,4,5,
  8,9 71:11
  191:22
  193:8

DL
  82:8
  158:19
  161:23

Docket
  9:9

document
  14:14,16
  48:23
  49:5,6,9
  50:8 56:4
  60:10
  61:13
  66:24
  67:4,7,10
  73:9,19,
  23 91:2,
  10 93:6
  97:9,18
  132:16
  137:7
  177:25
  182:4
  183:17,19
  184:25
  190:1,11,
  12,16
  202:11
  211:7,13,
  15,19,22
  212:2,7,
  15

documentati
on
  120:3,4,
  7,13



121:9
123:13
129:22

documented
99:22
152:23

documents
12:24
22:16
123:24
212:12

dollars
215:23

Dominion
33:17

Donald
116:14

Donna
162:8

doubt
147:25
208:14

doubts
176:21

download
69:13
116:9
156:11

draft
50:20
51:17

drafted
50:23
212:1

drafting
223:13

drafts
66:19

drastic
224:3

Draughon
164:11

drive
117:6

driver
81:2,23
82:1,7
83:19
94:24
95:25
148:5,7,
13 153:18
154:18
157:15
162:9,19

driver's
79:7,9,
14,18
80:14
82:22
84:1,23
85:25
86:6
95:19
98:23,25
99:21
100:6
101:4
108:22
109:5
111:6,23
112:20
113:8,25
142:16,25
143:7,21,
25 144:10
145:1
147:14,19
149:13
151:22
153:20
154:20,25
156:14
157:2
158:23

161:4,11,
18,25
185:12,13
206:10

Drivers
152:2

drop
16:8
40:1,11,
15,16,22,
25 41:7,
12 42:4
43:2,12,
24 44:5,
7,12,19
45:1,10,
20,25
46:13,20
47:8,17,
20,24
61:1,3,4,
16 62:17,
18,22
63:1,6
213:8,14
226:3,4,
5,8,12,
15,18,21,
22 227:5,
7,10

dropped
104:9

dropping
35:15
77:1

due
75:13
130:12

duly
9:3

duplicate
60:1

duplicated

87:13
88:13

duplication
88:22,23

duties
24:23
29:4

_____

          E

_____

E-NET
150:3,6,
11 151:3,
7,9,14

earlier
13:24
38:14
40:3 51:5
66:22
69:5 81:5
89:20
91:19
99:7
100:20
104:4
106:15
107:1,2,
19
108:13,19
111:13
136:12
147:12
151:20
163:23
181:16
213:8
222:5

earliest
225:10

early
15:22,23
39:16
49:12,16
65:8

152:10
153:1
177:12
180:22
181:1
182:16
185:5
187:5

easier
119:16

easiest
184:7

easy
43:8,13

edited
165:1

educating
218:20

effective
26:18
173:1
205:4

effects
22:7
188:20
189:10

efficiency
178:22
182:10,13

effort
106:18

efforts
62:18
151:21
176:9

elaborate
159:16
192:3

elderly
32:7
103:12



elected
  71:22

election
  15:8,24
  16:9
  24:19
  26:6,13,
  20,25
  27:13,14,
  21 29:15
  32:17,24,
  25 33:2,
  15 34:2,
  10,15,25
  35:14,21
  36:9,15,
  19,23
  37:4,8,24
  38:25
  39:6,8,9,
  11,24,25
  41:20
  42:1,5,
  10,12,16
  43:16,18
  44:13,20
  45:11,14,
  18,21
  46:14,21
  47:5,9,
  14,18,25
  48:4,7
  51:21,23
  52:2
  53:3,5,
  17,24
  54:1,6,
  13,16
  55:2,4,8
  57:4
  58:1,19
  61:14
  62:23
  63:3,18
  65:5,18
  66:9,15

  67:13,18
  68:3,12
  69:3
  71:11
  75:21
  76:9
  78:17
  87:1,3,15
  89:9
  94:9,14
  99:2
  101:20
  102:15
  103:14
  105:4
  106:17,20
  107:10
  115:1,10,
  12,14,15,
  16,19
  116:7,8,
  13,15,25
  117:1,2,
  8,9,10,18
  118:1,4,
  5,17
  121:22,25
  122:4
  123:5,10,
  21 124:13
  126:22
  127:6,8,
  13,17,20
  128:1,17,
  20 129:18
  130:17
  133:21,24
  134:1,6,
  22 138:17
  142:4
  146:2
  149:9,10
  164:15,19
  168:5,6,
  8,20,23
  169:4,18,
  19,20

  170:5,25
  171:21
  172:18
  173:9
  174:2,3
  175:8
  176:22
  177:5,13,
  14,16
  178:8
  181:11
  182:17,24
  185:3,6,
  16,19
  186:23
  187:7
  188:9,10,
  11 189:19
  191:16
  195:1
  197:2,20,
  25 198:3
  200:3,5,6
  201:12,16
  204:16
  210:1
  212:23
  213:5,14
  215:22,24
  216:1,15,
  19 217:2,
  16 220:3
  221:23
  222:10
  225:10,13

election-
related
  16:25
  19:5,10
  63:25
  64:15
  65:11
  66:5
  97:14

elections
  19:20

  23:24
  24:1,2,5,
  6,8,14,22
  25:2,7,
  11,13,14,
  15,22
  26:2,4,5,
  17,22
  27:3,5
  32:22
  34:1,21,
  22 37:2
  40:4,8,9,
  10 43:15,
  20 52:19
  53:1 54:1
  71:10
  87:2
  102:25
  118:16
  137:20,21
  140:15,
  18,22,23
  165:15
  166:5,25
  167:17
  168:16
  173:23
  179:16,20
  190:17
  191:21,22
  192:15,16
  193:13
  194:9
  195:7
  201:3
  202:17
  203:22
  205:6
  207:5
  210:8,18
  213:2
  215:11
  219:24
  223:15,16
  226:25
  227:12

elector
  16:13
  128:15
  188:1

elector's
  187:25

electronic
  94:4,8,10
  157:10
  185:9
  186:20
  187:23
  188:4

electronica
lly
  94:12

element
  88:7
  179:1

Elias
  11:5

eligibility
  86:15

eligible
  87:9

eliminated
  227:8

Elizabeth
  9:17

Ellis
  22:24
  23:3

Els
  11:20

email
  49:10
  50:11,15,
  19,23
  51:2,20
  52:2,17
  56:5,17,



18,21,24
67:6,12,
23 69:11
73:10,21,
25 78:3
80:10
85:22
86:9
91:9,13
92:9,18
93:2,9,
21,22
95:13,15
96:20
97:6,10,
20 98:14,
17 99:4,
9,15
101:13
102:5
109:19
110:4,11,
14,16,18
112:9
114:15,
16,21
115:5
118:19
125:13,
15,18,24
126:2,20,
21 130:2,
3 131:5,
6,15
132:17,24
133:3
134:15
137:10,12
138:5
139:11,
12,24
140:2,10
141:10,25
142:1
153:7,10,
11,13,15,
16 154:3,

5,7
155:15
157:6
160:15
162:7,10
166:16
167:3,6,
20 193:25
194:3,6,
19 195:12

**emailing**
194:13

**emails**
43:8
48:20
56:16
152:24

**emergency**
87:23

**encode**
186:16

**encoding**
186:15,20

**encountered**
75:13

**end**
53:13
64:19
180:7

**ended**
42:17
51:21
158:25

**ending**
166:18

**ends**
185:14

**ENR**
115:7,8,
17,20
116:2
119:15

126:21
128:4
130:6

**ensued**
145:21
163:14

**ensure**
156:3

**enter**
29:22
30:8 41:7
77:10
156:12

**entered**
30:10
31:11,13
38:1,19
63:10
133:21
138:15

**entering**
30:4,6

**enters**
136:1

**entire**
118:19
129:3
176:1

**entities**
78:14
90:20

**entity**
91:21
112:19
192:1,10

**envelope**
16:11
79:8,18,
23 188:15
225:8

**envelopes**
100:25

154:23
211:2,6
225:15

**Episcopal**
163:19

**equipment**
33:17,20,
21 38:7
185:7
216:21
218:13
220:21

**ERIC**
155:8,13
157:7,10
188:5,22
189:4,21

**Escambia**
23:25
24:12
87:1 88:4
89:7

**essentially**
43:1
53:23
62:5
67:15
68:22
71:24
115:16
117:19
119:16
127:10
147:25
157:21
186:17

**estimate**
63:16

**Evans**
9:2,7,14
23:6
60:14,25
97:25
109:21

110:6
114:13
125:11
132:19
137:3
139:21
145:15
147:4
163:10,17
170:7
172:17
178:7
221:20

**eventful**
52:10,12

**evidence**
52:18

**exact**
19:23
41:9
53:18
58:10,14
69:9
85:15
141:24
159:13,
15,17,19,
20 174:16
187:11
224:14

**EXAMINATION**
9:11
163:15

**examined**
9:3

**examples**
35:3
58:22
84:25

**Excel**
137:2

**excerpts**
170:18



184:10
190:12
199:6,14

**exchange**
167:3
194:6

**excited**
182:9

**excuse**
34:3 46:1
59:16
71:3
73:12
90:8
98:18
108:2
120:9
152:16
154:10

**executing**
152:21
153:1
154:11

**exercise**
88:24
161:1

**exhausted**
87:24

**exhibit**
17:13,17
18:9,14
46:1,8
48:24
49:7
50:9,17
55:22,24
56:6 62:8
66:25
67:5,8
73:11,14,
15,20
86:10,11,
13 90:7
91:8

92:25
93:4,12
94:1
95:13
97:1
98:11,15
101:11
108:18
109:17
114:13
125:12
130:9
132:16
136:11,14
137:1
138:19
139:22
147:8
153:8
162:7
167:4
169:25
181:25
184:13
190:2
193:15,24
199:5
211:8,18

**Exhibit-155**
17:14

**Exhibit-156**
18:11

**Exhibit-157**
46:4

**Exhibit-158**
49:1

**Exhibit-159**
50:12

**Exhibit-160**
56:1

**Exhibit-161**
67:1

**Exhibit-162**

91:4

**Exhibit-163**
92:21

**Exhibit-164**
98:7

**Exhibit-165**
101:7

**Exhibit-166**
109:13

**Exhibit-167**
114:10

**Exhibit-168**
125:8

**Exhibit-169**
132:12

**Exhibit-170**
136:22

**Exhibit-171**
139:18

**Exhibit-172**
147:1

**Exhibit-173**
153:4

**Exhibit-174**
162:3

**Exhibit-175**
166:11

**Exhibit-176**
170:1

**Exhibit-177**
182:1

**Exhibit-178**
184:14

**Exhibit-179**
190:4

**Exhibit-180**
193:17

**Exhibit-181**

199:9

**Exhibit-182**
211:9

**Exhibit-85**
73:16

**exist**
42:15
43:21

**existing**
42:20

**exists**
63:17
207:9
212:23

**exiting**
161:22

**expand**
29:24

**expect**
130:11
203:12

**expected**
206:17

**experience**
47:13,16
49:20
54:4
88:4,5
89:4
121:23
172:6
178:7,9,
15,18,19,
24 179:8,
15,20
181:5
189:11,
13,17
197:18
202:17
203:1
204:17,20

205:8
210:17
213:2,17
225:6,16
228:9,20

**experiences**
89:6,8

**expert**
184:3

**expired**
144:18
145:9

**explain**
148:4

**explained**
132:19

**explaining**
125:21
149:19,21

**explanation
s**
12:23

**Express**
195:2

**expressing**
78:15

**Extended**
128:16

**extent**
21:7
22:22
45:1 59:7
64:10,21
162:11
176:23,25
180:2
186:3
224:2

**extents**
216:18

**extract**



111:2

**Eyes**
  136:15

————————

**F**

————————

**facility**
  212:22

**fact**
  42:10
  147:10
  148:3

**factor**
  178:10
  181:13,
  17,20,23
  197:2

**factors**
  179:4,6
  181:9
  198:6
  205:13

**facts**
  173:2

**failed**
  124:12

**fair**
  55:2
  85:17
  151:17,19
  152:11
  189:24
  190:16
  191:13,18
  196:6
  204:1,15,
  19 205:8
  209:9
  225:3
  228:3

**fairly**
  52:19

54:2
204:20
205:12
211:12
215:7

**fall**
  79:20
  180:21
  214:22

**falling**
  177:23

**false**
  172:19

**familiar**
  45:20,22
  146:6
  187:16
  198:24
  213:24
  214:6

**faster**
  177:7,16
  182:11

**Fayetteville**
  23:9,12

**feature**
  186:3

**February**
  15:11,15
  77:15
  110:17
  112:12
  150:7
  222:3,20

**federal**
  118:16
  215:11

**feedback**
  64:10,22,
  25 65:8
  205:19

220:20

**feel**
  41:24
  42:13
  62:24
  108:10
  113:12
  114:2,3
  158:16
  208:11
  209:15
  211:13

**Felder**
  112:9

**felt**
  154:24
  156:4,21
  160:12
  169:5

**field**
  10:6
  20:15
  21:18
  22:19
  135:7
  136:8
  138:24
  139:3
  161:23

**fields**
  206:14

**figure**
  226:24

**figures**
  175:6
  187:3

**file**
  42:18,20
  81:15
  83:1
  84:24
  86:6
  99:20

111:5
117:1,5,7
134:11
147:16
151:4,10
155:8,11,
12,13,17
158:1,11,
21
161:12,19
193:21
207:6
225:25

**files**
  37:25
  38:6 86:1
  108:23
  113:21
  114:7
  141:14
  156:2
  211:24
  225:20

**filled**
  167:21,23

**filling**
  186:9,18

**final**
  53:13
  106:8,12
  177:5,6
  199:24

**finally**
  16:15

**find**
  42:21
  43:8
  140:7
  146:17
  152:23
  221:2
  225:19

**fine**
  13:18

145:19
146:19,21
178:3

**finish**
  13:9,19
  52:10
  86:9

**Firefly**
  41:5,6
  42:23
  43:3,6,21
  167:13

**fit**
  165:15

**five-minute**
  178:2

**fix**
  219:22

**flagged**
  138:16

**Fleming**
  77:10
  104:9

**flip**
  133:17
  163:2
  187:2
  199:24

**floated**
  172:25
  174:7,12

**Florida**
  23:25
  24:12
  87:1 88:5
  165:11

**flowing**
  223:22

**flush**
  184:1

**focus**



52:17
166:15
171:5

**focused**
37:3
176:10

**folks**
66:21
70:3,7,9
71:10
103:11
113:8
176:21
218:22,25

**follow**
82:11
118:10,15
151:13

**food**
227:18,22

**forget**
38:5
75:21
164:9

**forgotten**
76:4

**form**
41:6
42:24
43:3,6,21
44:14
45:21,25
46:7,10,
13,17,21
47:9,10,
17,19,21,
24 48:1,
11 51:17
55:12
61:7,11
62:4,6
63:8
64:2,17
70:2

76:11,19
79:4
81:17
82:24
84:15
85:20
89:15
90:1
96:7,14
97:16
100:11
102:12
103:4
107:4,6,
25 116:5
118:13
120:8
121:2,13
124:6,18,
23 125:6
129:14
139:7
142:18,20
143:2,10,
23 144:7,
13 145:4
146:4
148:20,
22,24
149:1,15,
18 151:15
152:17
161:7,20
165:17
168:13
169:14
174:25
175:20
176:12
177:1
178:11
181:7
186:9
188:25
192:21
196:10,24
197:22

198:5,10
202:16
203:18
204:8,21
206:3,12,
19,25
207:7,16
208:1,22
209:4,13
210:2,24
213:20
216:12
217:8
218:3,8
219:8
220:6,11
221:8
222:11
223:1,9,
12 224:6,
8 225:5,
11,15,18
226:19
227:11,25
228:11,22

**formally**
26:17

**format**
122:10
187:25

**forms**
43:11
48:9,10,
12,13,16
61:4,5,6,
9 121:10
205:15
206:2,4
223:13

**formula**
171:11

**formulation**
63:25
64:15

**forward**
214:4

**Foster**
10:15

**found**
79:13
118:23

**Foundation**
110:21

**fourth**
75:1

**Fox**
194:24

**frame**
20:6
41:25
42:19
66:1
77:15
106:21
107:3,24
108:1,4
113:1
177:3

**framework**
165:20

**Fraternity**
18:2,16

**fraud**
54:5
55:7,11,
16,19
57:24
175:24

**free**
136:8
211:13

**frequent**
57:5,6,7
76:5
172:20
173:2

**Friday**
106:15,20
110:16
166:17

**front**
33:7
219:11

**frustrating**
71:20
72:12

**full**
171:8
173:15
184:11

**fully**
14:21

**Fulton**
19:20,25
20:4
24:4,9,25
25:1,2,
19,21
26:1
39:14
40:2,5
47:14,16
87:5 88:5
89:4,6
176:3
179:16
191:10,
15,22,25
192:5,9,
13,17,23,
24 193:2,
5 194:10
195:1,6
196:4
210:8
213:12

**funds**
215:11,
14,15,17



**furthest**
106:7

**future**
43:19

**fuzzy**
135:13

———————

**G**

———————

**GA-**
**VA00001665**
55:25

**GA-**
**VA00040273**
211:8

**Gabe**
70:9

**Gabriel**
66:22
77:19,22
114:20
125:19
173:11

**gain**
70:12
71:21
203:10

**gapped**
117:3,4
127:7

**gathering**
152:19

**gave**
69:1
188:19
190:14

**gears**
165:14
203:21
213:22
226:3

**general**
15:6,10,
14 20:24
21:11
22:3,24
27:13
39:7
42:10
45:11
47:25
52:25
57:4 63:3
64:9 78:8
91:14
94:9
96:11
97:15
101:21
103:18
105:3
106:17
115:19
123:5,9
128:17,19
133:23
137:16,17
144:21
146:12
169:3,18,
19 181:11
182:16,24
187:7
188:11
189:19
210:16
211:15
213:11
215:7
224:11

**generally**
21:22
22:6
26:19
30:5 31:2
32:1,20
33:12

**generate**
63:9
127:9
137:14
138:7
155:14

**generated**
84:1
111:3

**Georgia**
9:8,9
10:23
11:1,6
15:6,7,
10,11,14,
15,21
16:19
18:3
23:7,9
32:18
33:9
54:2,7
55:8,11,
16 56:18
58:2
61:17

**general (cont.)**
41:13
51:11
64:7 76:2
79:6,19
84:16
130:11
146:6,8
148:6
150:15
168:14
191:2,7
198:23
204:10
212:11
213:24
214:6
215:18,19
222:7,12,
14 225:24

63:7
90:10,17
102:23
111:22
118:19
129:3
170:6
175:8
176:7,14,
16 179:8
188:4,22
190:18
194:24
196:14
197:11
198:21
199:6,8
202:18
204:22
209:3
210:7,19
220:9,14
221:7
222:3

**Georgia's**
189:3
200:2,4
204:16

**Georgians**
201:1,7

**Germany**
20:24
21:2,5,8,
17 22:20
64:8
66:23
77:20
91:14
92:5,9,17
93:17
94:21
97:19
99:5,11
100:4,14
101:15

102:1
125:19

**gestures**
12:12

**Giuliani**
175:17,22
176:6,19

**give**
14:5 35:6
63:16
70:23
110:9
113:11
162:14
190:17
193:22
224:14

**giving**
34:21
64:25
90:20
122:14,18

**goal**
195:16
196:1

**goals**
68:1

**good**
9:6 10:4,
15,20
11:4,14,
19 12:5
15:4
19:16
34:17
53:6
54:11,12
60:13,15
62:24
63:2
103:22
137:5
156:21
165:12,13



177:8
178:15
180:18
192:6,8,
16 193:13
204:9
225:21

**Governance**
19:16

**Governor**
15:7
115:21

**Grace**
11:22

**graduate**
25:11
164:3,7,
8,13

**graduated**
23:20
163:24

**grants**
215:24

**granular**
29:20

**great**
33:8 74:8
165:11
183:1

**greater**
213:18

**greatly**
200:11,
12,25
201:7,11,
19

**grievances**
219:17

**group**
10:14,19,
24 11:1,

3,5 15:20
78:13
176:25
220:19

**groups**
9:20
227:23

**guess**
56:12
57:21
77:20
202:1,21

**guidance**
125:3
146:10,13
208:19,24
228:10,25
229:1

─────────

**H**

─────────

**Haisty**
35:12

**half**
60:12
99:23
145:13
171:12
172:1
180:4

**halfway**
172:17

**hand**
45:24
54:20
166:8
173:15,19
177:25
189:25
211:7

**handed**
17:11
18:8

55:23
91:7
92:24
98:10
101:10
109:16
114:13
125:11
132:15
136:25
139:21
147:6
153:7
162:6

**handful**
57:23
113:4

**handing**
186:10

**handle**
13:14
218:25

**handled**
150:16
210:9
218:16
219:14

**handling**
219:5,16

**happen**
71:18

**happened**
58:24
59:8
150:25
204:20

**happening**
175:21

**happy**
13:11
71:22
171:14
172:2

184:6

**Harbin**
36:2

**hard**
78:13
150:11
223:25
224:14,24

**hardware**
186:15

**Harris**
33:2
216:14
217:14
218:9

**Harvey**
26:22
50:22
51:10
65:3
77:21
166:16,21
167:12
169:1

**Harvey's**
166:23

**hashed**
157:14

**hate**
172:22

**HAVA**
96:6
215:15

**Hayley**
56:9 65:7
70:10
72:7
73:4,5
77:23

**hazy**
45:23

**HB**
15:9
187:17,20
188:12,
19,23
189:14,18
204:25
209:18,
21,25
210:20

**he'll**
217:12

**head**
81:11,12
82:14,16
84:17
172:19
202:5
217:22

**header**
167:19

**headers**
135:6

**headphones**
216:24

**healthy**
190:18
191:4

**hear**
70:23
71:15

**heard**
32:10
71:23
177:3

**hearing**
12:2
19:17
69:14,25
78:8
103:10

**held**



24:18
25:6
28:12
128:20
223:16

helped
23:1
25:16
27:1 45:6
183:24
188:23
189:4,7,
15,20

helpful
141:13

helping
25:12,17
39:2,3
165:10
183:25

helps
74:7
83:15
174:4
185:25

Henseler
10:25

hey
41:12
45:2
150:21
156:15
173:14
193:9

high
27:6
31:21
33:19
37:4,17
54:15
75:14
116:24
180:9
197:25

higher
197:6

Hill
29:11

Hillary
116:17

Hispanic
15:18

hold
27:20
173:11

home
87:9 88:9

honest
175:12

honestly
211:4

Hood
199:17,
19,20

Horvath
73:22

hour
60:12
99:23
145:12

hours
21:3,4
128:16
155:10
213:18
221:12,14
226:12

house
15:9,11
33:8
68:17

Hubbard
11:1

Hughes

10:25

Humanities
164:12

hundred
96:8
122:7
123:23

hypothetica
l
222:19,21
223:4,5

hypothetica
lly
227:5

─────────────

─────────────

I

ID
78:4
79:2,14,
22 80:14
81:2,24
82:2,5,8,
22 84:23
85:25
86:5
87:22
100:17,
20,24
101:5
105:10
108:22
120:18
128:15
141:15
142:17,
18,25
143:7,21
144:1,7,
10,14,15,
18 145:1,
9,23
147:14
148:19

149:13
152:1,13
160:22
185:11
206:10,22

ID's
105:21

idea
47:3 70:4
76:17
89:13
90:20
105:3

ideas
66:8
67:16
184:1

identificat
ion
17:15
18:12
46:5 49:2
50:13
56:2 67:2
73:17
91:5
92:22
98:8
101:8
109:14
114:11
125:9
132:13
136:23
139:19
147:2
148:18
152:4
153:5
162:4
166:12
170:2
182:2
184:15
190:5

193:18
199:10
211:10

identifier
141:13,16

identifiers
111:7

identifies
129:12

identify
56:14
57:15
82:4
200:22

identity
206:11,18
208:12
209:11,15

IDS
105:15
152:6

III
16:19
199:17

ill-will
167:23

imagine
46:25
172:22

immediately
210:13

impact
28:16
79:11
80:2,4
211:5

impacted
79:1

impacts
35:1,20
65:19



impaired
    216:23

implement
    224:7
    228:2,21

implementat
ion
    34:24
    154:7,9
    203:24
    204:25
    205:2

implemented
    205:12
    227:24

implementin
g
    193:12
    206:7

importance
    72:13

important
    72:22
    154:18,24

imposed
    228:5

impressions
    70:24
    165:3

improvement
s
    70:12
    150:13
    183:6

in-person
    15:22
    22:6 26:7
    31:20
    118:21
    129:5
    178:9,25
    179:9

inaccurate
    149:22

inactive
    111:4

include
    30:18
    33:17,18,
    24 119:17
    123:16
    126:10
    139:3,5
    142:18
    143:21
    144:6
    182:25
    216:17

included
    26:8
    104:8
    105:12
    106:1
    107:17
    132:8
    166:6
    172:20
    173:14
    203:23

includes
    17:3 39:7
    103:3
    106:7
    128:6
    137:2
    147:13
    149:13
    216:20

including
    25:17

incoming
    36:23
    157:20

inconsisten
cy
    118:24

inconsisten
t
    151:16

incorrect
    155:25
    156:7
    161:11,
    17,25

increase
    100:20
    102:22
    167:9
    189:7,15,
    20 196:22
    197:3
    200:5,12,
    13 201:19

increased
    182:24
    189:22
    201:15

increases
    182:12

increasing
    197:10

indicating
    135:21,23

individuals
    102:19
    108:22
    111:22
    174:22
    175:23
    200:21

Ineligible
    128:15

information
    21:8
    30:4,6
    34:18
    41:2,9
    42:15
    49:22

50:6
    81:14
    85:13
    91:14,16
    92:6
    100:15
    101:16,18
    102:11
    112:3
    115:3
    116:1,2,
    6,21,22
    120:24
    121:5
    122:8
    124:16,22
    128:3
    133:22
    134:20
    135:2,25
    138:18
    139:6
    140:13
    141:2
    142:10
    148:1
    149:21
    151:18,22
    152:19
    157:11
    167:22
    168:20
    188:5,16
    208:15
    210:4,14,
    22

informs
    141:20

initial
    152:18
    167:6

initially
    182:15

input
    34:21

43:1 76:9
    78:17
    89:9

inside
    148:23

insight
    174:4
    223:14

instance
    30:9
    57:25
    223:8

instances
    58:18
    150:19
    205:14

instruct
    206:1

instructs
    13:4

integrity
    15:8 78:8
    189:7

intended
    172:13

intent
    43:19

interaction
s
    220:4

Interest
    110:21

interim
    28:11
    29:9

internal
    67:12
    77:25
    108:14

internally



68:3,12

**internet**
117:4,7

**internship**
25:10,16
164:14

**Intervenor**
11:11

**intervenors**
9:21

**interview**
188:19

**interviewed**
170:21

**introduce**
9:23
193:14

**introduced**
11:25
15:10,14

**inventory**
40:20
41:14,21

**investigati
on**
194:25
195:17,22
196:2,8
219:24

**investigati
ons**
48:15
219:23

**involved**
19:9,13
63:24
64:9,14
104:7
134:7

**involvement**
25:12

64:20,21,
24

**involving**
223:13

**Irene**
11:20

**Islander**
15:19

**issue**
27:22,24,
25  59:12
60:2
75:19
146:10
148:22,24
149:1,7
151:2,5
219:13
229:1

**issued**
31:6,12
59:25
60:4
142:7
151:8,11
186:25
198:20
208:19,23

**issues**
75:12
150:2
179:9
197:24
198:3

**issuing**
148:21,
23,25
149:3
228:10

**item**
90:13

**items**
68:16

90:10,17,
21  212:13
227:18

_____

          J
_____

**James**
10:25
11:14

**Jan**
77:6,16
89:20
104:8,16
105:12
106:1
107:17

**January**
16:17
24:20
38:25
39:8
43:15,18
45:13
48:3
51:23
53:3,16
65:11
66:16
67:13
73:21
74:3,24
77:15,25
80:8,11,
18,22
81:6
85:22
93:24
95:14
99:3,24
108:13,21
109:9
113:16
134:1
138:8,17
139:13

166:17,23

**Jason**
83:23
85:7
156:1
158:11
160:4,14

**Jeff**
153:17,22
158:4

**Jennifer**
9:17

**Jesse**
33:2
216:14

**Jessica**
194:12,
17,21

**Jhaveri**
9:6,12,
15,19
10:8,12,
17,23
11:2,8,
11,13
12:2,4
17:11,16
18:13,25
46:6  49:3
50:14
56:3
60:14,16,
21,24
62:11
67:3
73:12,18
86:11
91:6
92:23
94:2
97:24
98:3,6,9
101:9
103:22

104:2
109:15
114:12
121:3
124:19
125:10
132:14
134:23
135:1
136:24
139:20
145:15,22
147:3
153:6
162:5
163:7,9

**job**
23:23
24:12,16
26:11
165:11

**Joe**
116:17

**jog**
74:7

**Johnny**
153:11,
17,25
157:6
158:4

**Johnny's**
154:1

**join**
188:4

**joined**
9:19

**joining**
188:22
189:3

**Jones**
77:6,16
89:21
104:8,16



105:13
106:1
107:17

**Jorgenson**
116:17

**Joseph**
9:2,14

**journalist**
125:22

**July**
20:4
25:23
26:15,16
36:20
38:24
170:9
205:5

**jump**
104:3
163:22

**jumping**
143:14

**June**
39:7 42:4
44:12,20
47:2,5,9,
18

**Justice**
9:16

――――――
**K**
――――――

**Kate**
36:1

**keeping**
132:6

**Keith**
91:16
97:7

**Keval**
83:16

91:15,18
93:9
134:10
137:11
140:6

**key**
172:17

**kind**
22:23
27:6 28:1
29:24
30:14
35:19
40:11
58:5
61:10
64:7,22
88:24
96:2
105:3
117:5
125:1
128:23
148:4
152:18,24
154:16
156:18
160:11,25
161:8
171:11
173:20
174:4
176:3
180:9
181:8
183:25
184:1
186:2
193:10
202:24
203:12
215:3
216:25
219:1,2
227:13

**kinds**
66:23
177:18,22
225:6

**King**
164:17,
18,21,22
165:3,4

**Kirkpatrick**
36:1

**knowing**
224:25

**knowledge**
17:22
19:1 42:2
44:10,17
45:8
46:19
47:7,23
48:8
53:14,25
55:14,18
57:2
58:17
59:19
60:5 61:8
62:13,20
63:23
64:5,13
66:4
67:19
70:18
78:16
89:11
90:12
96:10,19
97:12
102:8
110:20
112:14
118:14
119:23
120:1,9,
11 121:4,
18 122:11

123:3,18
124:7,20
129:24
136:7
141:6
142:23
144:9
146:2,10
147:18
148:15
149:11
150:1
151:12
152:5
156:25
157:5
160:24
175:9
187:4
188:21
196:15
199:12,20
203:1
206:8
208:19
209:20
210:11
213:12
216:4,7
218:19
219:4

――――――
**L**
――――――

**lack**
169:17

**lacked**
108:22

**laid**
62:4

**language**
90:10,16
226:20,22

**laptop**

186:11

**large**
191:3
198:7,13

**large-scale**
175:24

**larger**
190:9
203:14

**Laross**
166:13

**late**
175:19
176:7
180:21

**Latin**
15:18

**launching**
37:11,14

**law**
11:5
45:4,5
52:24
55:11,16
65:19
66:6,9
110:21
123:7
187:16,20
204:10,16
205:11
209:6
214:2
227:14

**law's**
211:5

**laws**
200:5
216:9

**lawsuit**
20:9



lawyer
    20:11

layout
    47:22

lead
    168:10
    180:10

leaders
    170:5

leading
    180:25
    212:24

leave
    135:22

leeway
    159:21

left
    77:11
    149:22
    173:14

legacy
    135:15

legal
    53:2,21
    214:13,17
    223:13

legislation
    35:15
    63:25
    64:15,22
    65:5,8,9,
    17 66:15
    67:14
    97:14
    100:10,23
    197:13
    205:3

legislative
    16:15,16,
    18 35:10,
    12 36:5,
    6,8 56:10

63:22
64:1,6,16
65:1,12
66:16
70:1,22
71:14,24
97:15
100:10
113:16
197:9

legislator
    39:17
    56:12
    102:9
    104:12,15
    141:8

legislators
    39:9,14,
    15 64:8
    65:10,14,
    21 66:6,8
    69:15,25
    70:24
    72:23
    73:5
    76:21,25
    77:3,5,24
    78:21
    89:17
    104:7,8,
    20 105:7,
    12,17,22,
    25
    107:16,23
    108:4,9
    119:24
    129:25

legislature
    76:18
    89:14
    175:8
    200:2
    203:7

legitimatel
y

72:17

Leigh
    217:16

lengthy
    132:21

letter
    149:19,20

letters
    159:21

letting
    173:12,21

level
    27:6
    31:21
    54:15
    68:5,14,
    19 75:22
    76:2
    117:13
    128:23
    179:12
    180:9
    204:24
    205:1
    215:1

liaison
    26:24
    33:4,6
    36:22
    64:7
    219:11,12

liaisons
    26:23
    28:4,9
    33:3
    36:21
    39:1
    40:24
    41:11,16
    42:11
    217:18

liberal
    164:10

license
    79:7,9,
    14,18
    80:14
    81:2,23
    82:22
    84:2,23
    86:6
    95:19
    98:23
    99:1,21
    100:7
    101:5
    108:22
    109:5
    111:6,24
    112:20
    113:9,25
    142:17,25
    143:7,21
    144:1,10
    145:1
    147:14,19
    149:13
    151:22
    153:21
    154:18,
    20,25
    156:14
    158:23
    161:5,11,
    18,25
    185:12,13
    206:10

licenses
    85:25
    157:3

lifted
    226:16
    227:23

light
    204:6
    207:11

limitations
    226:15

limited
    23:3
    39:24
    58:21
    59:10

limiting
    51:23
    52:5,8,16
    53:16
    54:14,18

lines
    103:8
    168:18
    179:14,
    17,21
    180:5,7,
    10,22
    181:3
    192:23,24
    193:2

link
    68:23
    159:8
    194:14

list
    30:17,18
    42:16
    44:5,7
    50:2
    62:18,22
    63:6,10,
    15,17
    68:2,11
    94:7
    95:5,6
    103:12
    112:19
    113:19,23
    114:4
    115:21
    120:14,20
    124:1,9
    136:8,10
    137:2
    139:13



199:2

**listen**
72:18

**listening**
72:23

**listing**
30:20

**lists**
31:4
111:4
120:21
121:14,19
122:3,9,
24 123:20
124:2,5,
13
137:15,
20,22
138:1

**literary**
71:25

**litigation**
17:5,19

**live**
23:9

**lived**
23:12
57:23

**local**
125:22

**locally**
117:12

**located**
43:25
44:12,19
213:15

**location**
15:23
30:20
44:25
57:22

61:16
87:18,20
216:22
219:21
226:12
227:7,10,
15

**locations**
30:21
42:4 43:2
44:6
45:7,10
50:3
62:19,22
63:6,12,
14 90:20,
22 173:17
180:1
181:15,16
196:5
215:3

**log**
124:12

**Logan**
110:23

**logistics**
40:12

**long**
21:1
23:7,12
25:21
26:12
177:10,21
179:9,17,
21
180:16,21
181:3
192:23
223:5
224:6,21

**longer**
29:6
103:5
109:24

192:24
193:2
209:2

**looked**
41:1
45:23
54:24
111:14
135:18
136:14
199:3
210:12

**lose**
203:9

**lost**
203:6,8,
16

**lot**
34:23
41:1
54:10,24
57:8 72:6
85:12
106:18
119:16
143:15
150:25
169:20
173:25
174:1
175:13
177:3,7
191:24
202:5
204:2
205:3,9

**loud**
52:10

**lunch**
98:4

**luncheon**
103:25

**Lynn**

183:15,
16,20

─────────

          M

─────────

**M.V.**
199:17

**machine**
54:22

**machines**
53:12

**Macon-bibb**
11:23

**made**
58:24
68:3,12
82:12,15
83:14
86:21
87:18
112:19
125:22
176:5,9,
17 200:4
204:15
228:19

**Maggie**
35:12

**mail**
16:13
37:20
38:4
55:20
94:4,8
102:16
106:22
118:22
129:6,17,
20 132:10
142:16

**mail-in**
16:12
38:11

**mailed**
38:9

**mailing**
37:22
38:2 40:6

**mailings**
27:18

**main**
21:15
32:4
34:11
36:17
106:4
179:3

**maintain**
28:13
40:19
43:24
44:1

**maintaining**
41:21

**maintenance**
33:19,24
83:16

**major**
174:20
204:15
205:10

**majority**
28:3
63:13
130:11
213:18

**make**
12:11,19
13:9,12,
15 41:21
71:25
72:22
73:2
79:10
80:3,5
85:14



87:25
88:1
106:14
133:8
150:12
156:16
165:21,23
168:6
173:23
182:10
186:1
206:14
207:8,23
214:10,24
216:21,25
223:12,
20,22
224:1,22,
23 225:4,
6,20

makes
13:3
103:4

making
66:2 85:3
110:25
130:13
156:6,20
163:8
173:21
175:23
220:23

man
104:17

management
116:25
117:1,2,
19 118:1,
4 127:6,
9,17
128:1

manager
28:10,12
29:8,12,

18 36:25
39:2
96:3,17
217:16

managing
39:1

mandated
187:13

mandates
52:25

Manning
153:11,
18,25
157:7
158:4

manual
132:2

manually
130:23
132:6

March
15:7,12,
16 20:4
23:8,13
24:24
25:23
82:18
112:7,10,
13 114:15
125:13
152:11
157:1
204:23
210:7,11
222:6

margin
187:12
201:25

mark
118:7
125:22
164:9
169:24

181:24
184:12
190:2
199:5

marked
17:12,15
18:9,12
46:1,2,5
48:24
49:2
50:9,13
55:24
56:2
66:25
67:2,4
71:8
73:10,15,
17,19,20
91:3,5,7
92:22,25
93:20
98:8,11
101:8,11
108:17
109:14,17
110:10,15
114:11
125:9,12
128:10
132:13,16
136:12,
14,18,23,
25
139:19,22
147:2,7
151:9
153:5,8
162:4,6
166:12
170:2
182:2
184:15
187:24
190:5
193:15,18
199:10

211:10

marking
33:18
151:13
193:20
220:25

Marshall
164:11

Martin
11:22

Marty
36:2

mass
27:18
51:13

master's
23:18,20
25:9
163:25
164:14,24

match
78:5,9
96:5,6,11
147:15
152:1
155:20
156:24,25
157:2
158:14,
20,21,25
159:7,13,
15 160:1,
2,6,7,8,
19 207:23
208:3,5,
10,20
209:1,16
210:3

matched
95:19

matches
82:6
85:14

144:15
145:5
156:4,22
162:20

matching
84:3
155:18
156:2,20
159:21
206:23
209:5,7

materially
210:20

materials
183:25

math
202:5,12
221:10
222:21,24

Matthews
83:23

Max
36:2

Mccloud
56:9,23
60:6

Mccloud's
56:21

meaning
211:23

means
119:17
139:16
212:20
224:16,18

meant
52:13
103:13
131:10

media
114:3



117:5
192:14,20

meet
    163:20

meet all
    95:7

meeting
    20:21
    21:10
    22:4
    35:8,18,
    22 36:12
    65:13,24
    66:13
    67:13,20
    69:6,7,9,
    12 71:9
    74:2,5,13
    76:23
    77:13,17,
    24 78:1,
    21 80:8,
    9,10,19
    81:7,10
    85:23,24
    89:17,19,
    23 90:24
    99:24
    100:1
    104:6,13,
    20,21,24
    105:12,
    17,22,25
    107:5,16
    108:9,12,
    13,20,25
    153:19
    158:3,6,9
    175:25
    176:1,2

meetings
    21:16,18
    36:4

member

15:19
34:7
157:14

members
    53:8
    66:14
    218:17
    220:18

memory
    74:7
    86:20

mention
    125:25
    126:25
    171:24

mentioned
    22:9,13
    29:9,14
    38:14
    40:3
    42:22
    49:15
    55:6
    62:12
    63:12
    66:22
    92:14
    100:19
    104:20
    105:10
    111:13
    127:6
    149:17
    164:2
    181:15
    217:6
    220:2

mentioning
    155:9
    181:22

message
    167:8,9,
    17 168:3

messages
    218:24

met
    92:13
    97:3
    199:21

method
    99:17
    120:6
    124:16
    206:24

Methodist
    163:19

methods
    55:6
    120:12
    124:21
    132:3

metric
    196:16

Metropolita
n
    10:22

Michael
    33:15,22
    217:3,10

Microsoft
    160:18

middle
    13:19
    37:18
    53:24
    110:16
    138:6
    153:3
    198:1

midst
    39:10,20,
    23

Mikayla
    10:15

mind
    14:1 35:8
    90:19
    178:1
    223:10

Mine
    170:12

minority
    15:17,20

minute
    22:8
    193:22

minutes
    60:17,18
    83:5
    98:2,3
    145:13,16
    187:8,10,
    11
    221:11,14

misinformat
ion
    167:24
    170:6
    172:18
    174:18
    175:2

mismatch
    149:14,22

mismatched
    188:16
    210:22

misread
    163:5
    187:18

missing
    63:12,14
    184:16
    188:16
    210:3,21

mistake
    58:25

misundersta
ndings
    169:21,22

moment
    46:7 49:4
    61:2
    122:25
    130:3

momentarily
    18:8
    24:10
    36:13
    126:20

Momo
    10:17
    11:19

monitor
    185:25

monitoring
    216:8

month
    27:10

monthly
    155:15

months
    27:10

more.'
    72:1

Morgan
    184:17

Moring
    10:21

morning
    9:6 10:4,
    15,20
    11:4,14,
    17,19
    12:5

motor
    147:23



**move**
10:8,19
16:23
48:22
63:21
103:23
172:16
196:13
205:7
213:6
222:2,4
227:15

**moved**
165:6

**moving**
26:11
70:11
106:25
107:19
163:21

**MPA**
163:24

**multiple**
29:4
58:18
59:4,8
112:22
113:3,7,
13 173:10
181:9
199:22
205:15,23

**municipal**
43:15
205:6
223:15

**muted**
10:18

**MVC**
147:23

**MVP**
212:8



**N**

**NAACP**
10:24
11:1

**name/
social/zip**
159:25
160:2

**named**
91:16

**names**
61:22
212:22

**narrative**
177:21

**narratives**
72:11
177:24

**narrowing**
65:25

**Nathan**
49:11,15

**National**
25:14
34:9,14
49:12,17
170:24

**native**
193:21

**nature**
151:6

**necessarily**
119:9
128:8
139:15
209:7
218:24

**needed**
28:1

29:20,21
38:2,19
53:5
85:10
95:7
134:18,19
140:15,24
150:18
205:20,25

**needing**
28:1

**needlessly**
196:7

**negative**
79:11
80:4
201:25
202:2,8

**negatively**
178:20
198:9,14

**negativity**
167:24

**net**
202:6,8

**networking**
34:18

**news**
170:5
172:20
175:13
182:7
194:14,23
199:2
225:21

**NGP**
11:2

**nice**
163:20
179:5

**Nicolas**
29:13

**Niesse**
125:22

**night**
115:10,12
116:7,9
117:8
118:17
126:22
168:6,20
177:16

**nightly**
31:3 32:1

**nods**
12:11

**non-
municipal**
149:9

**non-uocava**
149:9

**nonprivileg
ed**
162:15

**norm**
49:25

**normal**
49:20
103:2

**Northen**
29:13

**Northern**
9:9

**note**
18:22
109:21
130:4
170:4
210:6

**noted**
29:25
51:5
68:25

69:5

**notes**
157:7

**notice**
150:3
188:14
209:21
210:20

**November**
27:13
37:5 39:7
41:19
42:9,12,
16 45:10
46:14
47:25
54:6
55:4,8
56:24
57:3
58:19
61:15
63:3,11,
18 94:4,
9,14 99:2
115:18
123:5,9
131:3
133:23
134:6
140:7,13,
16,22
142:3,7
169:3
180:25
213:14
222:22
223:6

**number**
53:20
58:7,9,11
61:20
79:8,16,
18,21
80:14

81:23
82:8,10,
22 84:23
86:6
92:10,11
94:3
98:23
100:17,20
101:5,19
102:13,22
103:1
107:14
108:22,23
109:3,5
111:23,24
113:11,
24,25
114:5,9,
23,24,25
119:21,22
127:13
128:5,25
130:17,22
131:14,
20,23
132:5
135:7,10
142:2,17,
25 143:7,
22 144:1,
2,10,11,
14,15
145:2
147:14,15
148:18
149:13
156:14,17
158:19,23
159:1,5,
21 160:22
161:12,
18,25
163:1,5
166:9
177:17
181:14,16
187:19

190:3
200:17
204:9,14
206:10,22
223:19,25
224:14,24
226:8,15,
22 227:4

numbered
53:1
120:21
121:14,19
122:3,9,
24 123:20
124:2,5,
8,12

numbers
79:9,14,
15 81:2,
23,24
82:2
85:25
99:21
100:18,
20,24
111:6
113:9,20
114:6
118:18,21
126:5
128:13,18
130:5
132:1
144:6
152:1,4,
14,25
154:18,
20,25
160:22
161:5
162:23
201:6

nutshell
184:2

O

O.C.G.A.
15:24
16:6,11,
14

object
21:6
44:14
47:10,19
48:1,11
55:12
61:7 63:8
64:2 70:2
76:11,19
81:17
82:24
84:15
85:20
89:15
90:1
96:7,14
97:16
100:11
102:12
107:4,6,
25 116:5
118:13
120:8
121:2
124:6,18,
23 129:14
139:7
142:20
143:2,10,
23 144:13
145:4
146:4
148:20
149:15
151:15
152:17
161:7,20
162:11
165:17

168:13
169:14
174:25
176:12
177:1
178:11
181:7
188:25
192:21
196:10,24
197:22
198:5,10
202:10,16
203:18
204:8,21
206:3,12,
25 207:7,
16 208:1,
22 209:4,
13 210:24
213:20
216:12
217:8
218:3,8
219:8
220:6,11
221:8
223:9
224:8
225:5,11,
18 226:19
227:11,25
228:11,22

objection
13:3 48:5
64:17
79:4
175:20
189:6
198:15
211:3
220:16
222:11
223:1

obligations
214:13,17

occasions
179:11

occur
67:20
152:15
158:6

occurred
42:11
54:6 69:6
77:25
112:25
159:7
179:17
181:1
194:6

occurring
74:22
224:2

Oconee
184:17

October
41:25

offering
90:10,17

office
9:18
19:22
23:24
25:6
26:12,14,
23,25
31:23
32:16,18
34:4
35:11
36:18,20,
23 39:19
40:14,19
42:3,7
43:24
44:5,11,
18,23
45:9
46:20



47:1
48:10
49:13,14
52:16
53:15
54:5
62:21
63:6,24
64:4,8,14
66:5,10,
11,14
69:25
70:4
76:9,17,
24 78:1
89:12
91:23
99:25
102:18
108:14
121:1,7,
20,24
122:2,10
123:2,4,
19 124:1
125:5
129:10
130:20
141:3,7
144:20
146:9
147:24
148:2
160:25
161:4,16
169:5
182:7
183:24
190:20
191:10,
15,16,23
192:2,7,
8,11
193:1,9
194:25
195:23
196:15,17

198:20
205:25
208:18
213:13
214:13,17
215:4,10
216:3,7
217:5,23,
25 218:19
219:4
220:3,9,
14 221:5,
7 224:7
228:9,20

office's
62:18
206:8
208:25
220:8

offices
146:3

official
20:8
127:1,10,
23,25
130:6
131:6
132:11
168:16
179:16,21
191:9
194:9
210:18

officials
16:9
25:15
26:25
27:5,21
34:3
36:24
51:21
52:3
71:22
76:9,13
78:17

89:9
133:22
134:22
167:17
168:5
172:8
204:3
207:5,21
210:1
215:22
220:4

oftentimes
30:16
33:5
127:16
217:12

on.'
173:4

ongoing
96:13

online
31:24
95:9
156:9
212:8
224:17

open
112:16
113:12
177:12
213:18,19

opening
194:25

openly
172:24

openness
170:6

operate
165:20

operation
33:7
226:12

opinion
35:16
198:16
200:4
203:3

opportunity
34:18
57:24
71:13,18
209:22

opposed
130:10
187:6
198:3
201:14
203:15

opted
38:5

options
136:8,10
200:10
218:21

order
37:7
38:20
95:6
151:2
224:4,10
225:14,25

organizatio
n
34:12
157:11,14

original
56:11
82:12,13
111:9
116:20
140:10
228:23

originally
81:19,21

originate
102:9

originated
49:11
56:9
74:18

originates
140:5

out-of-
precinct
16:1
86:22
87:8,25
88:11,12,
14 89:13,
25 90:5
104:23
105:7
119:10
120:2,18,
25 121:5
228:15

outcome
54:21

outgoing
36:22

outreach
219:1

outstanding
173:13

oversaw
29:18
40:5

oversee
33:25

overseeing
27:3
36:24
203:23

oversees
33:2,7,12



---

**P**

---

**p.m.**
103:25
104:1
146:24,25
178:4,5
221:17,18
229:7

**Pacific**
15:19

**Pad**
185:10,
13,15,24
186:25
187:1

**pads**
185:3,18,
23  187:5

**pages**
190:9

**pandemic**
37:18
53:24
75:14
198:1

**panel**
170:24
171:1

**paper**
87:8,21,
23
121:21,24
123:2
126:3,18
187:24
189:15
225:21

**paperwork**
28:17
33:10
127:11

**paragraph**
16:20
52:20
69:21
70:16,19,
21  71:8
72:5
171:7
184:24,25

**paralegal**
9:18

**paraphrasing**
172:4

**parenthesis**
139:14

**part**
21:19
25:15
27:2,20
34:9
37:21
40:9
42:22
44:3
48:14
52:4,8
65:13
77:9
79:12
81:6  86:4
88:19,20,
23
106:12,
16,24,25
107:15
109:11
121:8
141:4
154:7,11,
16  159:2
164:14
174:9
176:15
183:2

198:22
204:24
209:2
216:16
218:4

**participate**
28:2  34:5
38:13
53:21
166:4

**participated**
27:9
38:15

**parties**
68:22

**partly**
75:13

**parts**
159:11,12
170:19
171:6
176:1
218:11

**party**
49:21
68:5,14,
19,20

**pass**
142:10
169:24

**passage**
55:10,15
82:18
154:19
210:13

**passed**
15:11,15
157:1
187:16
200:2

**passes**

203:7

**past**
179:7
180:21

**Patel**
83:17
91:15,18
93:9,22
95:14
133:2,14
134:10,12
137:11,
14,18
138:7
139:3,5
141:25

**Patel's**
139:12

**patience**
221:20
229:3

**pay**
196:19

**penalties**
228:6,8

**pending**
13:10,19
100:23
162:18
163:2

**people**
29:4  33:8
37:19
57:8,23
59:3
62:14
66:23
72:16
75:20
87:17,21
90:11,17,
21  98:25
100:6

101:20
102:13
103:1
113:7,25
114:5
147:24
151:25
152:2
169:5,20
171:9,24
173:12,21
174:1
176:11,25
177:14,
19,23
179:22
180:17
194:2
197:5
216:9
218:21

**percent**
79:14,16,
20  80:13
81:1
82:3,10
96:9
98:22,24
99:20
100:5
122:7
123:23
151:25
152:6,14
160:23
185:2
201:1,10,
14,17,21
202:1,9

**percentage**
79:8
152:20,25
202:1
203:14

**Perfect**



134:5

**performing**
215:2

**period**
38:11,14,
23 65:21,
24 104:14
177:12
181:4,6,
19 205:22

**periodically**
27:4,8
66:18
196:18

**permitted**
124:15,21

**person**
37:19
42:6 60:1
101:22
102:17,20
103:2,5,
16 110:25
112:18
113:10
208:12,14
209:15
217:1

**personal**
178:24

**personally**
20:7
64:24
76:13
83:8 84:9
221:4

**perspective**
35:1,4
65:18
71:12,13,
15,16
87:16

**pertain**
217:20

**pertaining**
216:9

**pertains**
178:25
183:12
212:5
218:7

**phase**
152:18,21

**phases**
64:11

**Phi**
18:1,16

**phone**
133:11

**photo**
78:4 79:2
128:15

**phrases**
177:2

**physical**
227:7

**physically**
16:10

**PI**
19:16

**pick**
180:6,8

**picked**
45:7,9

**picking**
61:19,21

**pickup**
40:9,10

**piece**
129:17,20
186:15
205:2

210:4

**PII**
136:16

**PILF**
110:20

**pilot**
182:8,17
183:12
185:1
186:21
187:5

**piloted**
182:18

**piloting**
182:19,23

**pilots**
187:13

**pinpoint**
78:13

**place**
45:4
59:14
61:13
62:1
68:22
179:23
186:8
195:3
212:17
221:24
226:4

**places**
26:9
87:24
103:8
179:8,13
193:3

**plaintiff**
9:20
10:13,16,
19,24
11:3 20:8

**Plaintiff's**
17:14
18:11
46:4 49:1
50:12
56:1 67:1
73:14,16
91:4
92:21
98:7
101:7
109:13
114:10
125:8
132:12
136:22
139:18
147:1
153:4
162:3
166:11
170:1
182:1
184:14
190:4
193:17
199:9
211:9

**plaintiffs**
10:3,10,
22 11:7
163:19

**plan**
167:20
182:13

**play**
44:11,23

**played**
44:18

**plays**
165:18

**pockets**
179:13

**point**
24:23
30:4 37:2
41:3
53:11
74:2 77:8
80:15,16,
18 81:25
86:14
90:4
115:18
154:21
157:23
165:1
178:23
199:2

**pointed**
45:4

**points**
31:17
55:2 74:9
82:25
84:18
85:10
104:5

**policy**
196:21

**political**
49:21
192:1,10

**poll**
26:9,10
179:5,6,
24 180:15
185:3,8,
9,13,15,
18,22,24
186:16,
20,25
187:1,5
195:2
200:11

**polling**
26:8



179:22
186:8
195:3
196:5
212:17
215:2

polls
68:22,24
90:11,18
168:5
198:16
201:2

pop
27:15

population
171:13
172:1
176:11,15

portal
27:17
37:12
38:17
39:3
95:10
148:2
156:9,13
212:10
223:18,21
224:17

portion
37:10
38:12
73:3
100:5
104:10
211:16
226:16
227:7

portions
226:7

posed
200:1

position

24:24
25:6
28:12
32:21
34:20
206:8
208:25
216:5

positive
188:20
189:10
201:25
202:8

positively
178:19
198:8,14

possibility
183:7

Possibly
99:16
123:6
175:12

post
31:3 41:2
167:20
205:21

post-
election
199:7

post-sb
205:16
206:17
208:3,21
209:9
213:8

posted
32:3,8,
10,11,14
167:12,17
205:18

posts
31:23

potential
35:2,14,
17 65:5,
8,17,19
66:18
67:16
68:15
197:24

potentially
66:2
68:18
100:22
106:25
229:1

Powerpoint
190:9

practices
34:19

pre-
213:8

pre-hashed
155:8

pre-sb
206:4

precinct
16:3
86:15
87:4,10
88:9
105:5
116:23
128:16
212:19,24
213:4

precincts
212:22

preferred
172:11

preparation
20:23
21:9
22:10,17,

21

prepare
12:7
20:16,18
22:22
137:18
138:11
139:9

prepared
37:8

preparing
37:13

presence
207:4,12,
19 209:17

present
89:21

presentatio
n
190:13

presented
12:24

presents
185:11

president
119:19
174:22
175:3,16,
17

presidentia
l
131:19,23

press
173:12
196:1,7
198:19
199:13

presuming
92:16

presumption
s

85:3

pretty
122:5
205:7
213:11

prevent
55:11,16,
19 59:15

previous
24:12
36:5
224:5
225:15

previously
17:1
42:23
51:16
62:16
73:13,17,
20 104:6
108:17
126:22

primarily
26:5
28:20
169:12
197:18
210:9
218:15
227:24

primary
39:7 42:4
44:13,20
47:2,5,9,
18
101:20,21
102:24
103:17
137:16
206:23
222:3,5,
20

print
38:8



132:21

**printed**
38:9 62:2
109:22,25
146:16
226:1

**printer**
223:7
225:20

**printing**
27:23

**printout**
184:19

**prior**
14:9
23:23
25:5
55:10,14
63:2 81:9
82:18
107:9

**privileged**
21:7
162:13

**probable**
41:24

**problem**
45:24

**problems**
209:22
213:3

**procedure**
118:11,15
151:13

**procedures**
195:1
209:10
221:23

**proceed**
12:3

**proceedings**

19:10

**process**
16:2,12
22:1
28:16
54:12
78:9
81:13
84:4
88:22
95:25
96:4,6,
11,13,15,
20 103:5
123:23
144:24
145:1
146:7,11
147:5
149:12
150:10
152:13,15
155:18
156:24
158:20
159:2
169:21
171:21
172:20
178:17,
22,23
179:2
182:11
183:8
185:7,16,
18
188:13,24
189:5
209:2,21
210:21
218:2,5,
12

**processed**
146:2

**processes**

21:14
22:7
55:19
83:13
168:23

**processing**
30:6
38:16
40:6
106:18

**produce**
187:24

**produced**
155:11
193:21
211:23

**professiona
l**
34:7

**professor**
165:13

**professors**
164:6

**program**
25:10
163:24
164:24
165:5,7
182:8

**project**
11:6
39:2,3
85:11
100:19
152:21
153:2,21
154:12,16
156:20
158:16
161:8
162:18
185:4

**projects**
25:16
27:1
37:7,9,23
199:23

**promote**
76:17
89:12

**promoting**
175:11

**prompted**
41:20

**proper**
145:11

**properly**
27:22,24

**proposal**
107:2

**proposals**
107:23
222:2,4

**proposed**
100:9

**proposing**
108:4
155:2,4

**prospective**
34:22

**prove**
52:18

**provide**
63:9
65:18
66:11,12
71:11
79:21
86:25
99:18
102:1,4,6
123:1
125:4

132:3
140:25
142:16,25
143:7
148:18
150:5
184:6,9

**provided**
16:8 44:2
91:24
99:11
123:14

**providing**
52:17
64:9,22
168:19
174:4
227:18,22

**proving**
53:12

**provision**
187:23
188:4,8
227:20
228:5,13

**provisional**
16:4,5
87:11,22
88:12,15
89:13
104:23
105:7
114:19,
23,24,25
115:6
116:2,16
117:17,
21,23,24,
25 118:2,
6,8,22
119:1,4,
6,7,10,21
120:2,5,
14,16,17,



20,22,25
121:6,15,
19 122:9,
15,19,20,
25 123:20
124:2,4,
5,8,9,12,
16,22
125:23,25
126:1,11
127:14,24
128:12
129:6,8,
12
130:18,
19,22,25
131:3,7
132:3,6,7
133:5,22
135:14,23
136:5,6
137:15,
20,21,25
138:16
148:24
149:2,4
150:2
151:5,6
210:1
228:15

**provisional /challenge**
135:17

**provisional /challenged**
135:20

**provisionally**
89:25
90:5

**provisionals**
87:25
126:6
128:24

129:18,21

**provisions**
17:5
189:14,18
215:8
226:11
227:16
228:19

**public**
23:18
31:2,22
53:8
110:21
168:8
169:6
172:8
192:2,13
193:7,11
196:4
203:3
218:20,24

**publicly**
31:25
32:3,8,
10,11,14
173:21

**published**
170:9

**pull**
30:11,14
38:6,20
81:14
82:23
101:19
110:1
112:2,3,4
132:22
133:14
146:18
151:21
185:13

**pulled**
30:19
82:21

83:24
84:9,22
112:12
128:13
133:9
170:23
184:21

**pulling**
30:16
37:25
83:5

**pulls**
115:19

**purpose**
197:10,12

**purposes**
67:17
129:13
211:13
222:21

**pursuant**
16:6,11,
13,18
111:7

**put**
41:10
51:12
53:4,5
61:15,16,
18 79:17,
24 106:22
117:6
150:20,23
152:3
155:25
182:7
196:12
218:23
224:24

**puts**
226:4

**putting**
156:6

173:2

_____

**Q**
_____

**Quadrant**
212:18

**quadruplicate**
121:11

**quality**
178:9

**quarantine**
177:14

**query**
83:14,18
85:2,5
91:15
134:11

**querying**
81:20
83:8

**question**
12:5,16,
17,21
13:4,10,
18,25
44:16
46:24
48:18
55:13
56:11
57:14
60:7
64:12
81:19
110:3
111:9
114:2,3,9
125:1
143:4
144:20
162:15
165:18

172:15
181:18
189:1
196:5
198:11
200:1
210:16
211:1
220:12
226:20

**questioning**
81:21
145:18

**questions**
12:23
13:15
14:21,24
15:2
16:21
39:20,21
41:19,22
57:8,10
68:5,14,
19,20
70:5
71:1,4,20
72:6,8,9,
16 73:4,5
102:18
105:6
140:20
141:3,5
153:20
163:11
204:2,6,
9,14
205:9
211:15
212:16
213:10
215:6
218:15
221:22,25
222:1
229:3,5



quick
    60:13
    185:15

quickly
    20:19
    204:20
    205:7,12

quiz
    215:7

quote
    170:23
    171:16,24
    183:4,14
    214:10

quoted
    171:2,9

quotes
    174:11

——————————

——— R ———
——————————

race
    85:19
    138:23,
    24,25
    189:19

race's
    188:9

races
    88:21

racial
    15:20
    82:23
    85:24
    86:4
    101:3
    198:8,13
    202:23

Raffensperg
er
    17:4
    18:2,17

    19:16
    173:11
    183:5
    188:18

rah-rah
    52:7

raise
    15:3

raised
    57:13

rampant
    212:23

ran
    30:23
    83:18
    91:15
    134:10

range
    225:17

rate
    140:7,12

rates
    140:15,
    18,21

ratified
    15:6

reach
    40:24
    41:20
    76:13

reaching
    41:11,16

reaction
    203:17

read
    15:1
    38:21
    52:10
    65:4
    68:6,9,10
    69:18

    70:13
    71:5 72:2
    167:25
    168:24
    173:5
    183:9
    190:21
    195:19
    200:7
    211:14
    212:19,25

readable
    187:25

reading
    90:19

ready
    93:3
    117:20
    166:15
    205:6
    222:9,15,
    25 223:7,
    19 225:9,
    12

real
    176:14

realize
    14:9,10
    103:12,
    17,18

realm
    173:22

reask
    55:13

reason
    14:20
    53:6
    67:21
    69:5
    102:15
    120:16
    130:12
    136:4,5

    141:20,
    21,24
    191:5
    208:8

reasonable
    219:5

reasoning
    53:19

reasons
    54:10

recall
    30:9
    35:3,25
    36:4
    37:10
    42:8
    45:17,19
    46:18
    47:6
    50:18
    51:9 52:8
    57:6
    62:15
    65:10,15,
    20 66:13
    69:7
    74:12,15,
    17,19,22,
    25 75:3,8
    76:7,8,12
    77:14
    78:6
    80:7,20
    81:5
    82:14,25
    85:23
    86:17
    88:25
    90:13,14,
    23 99:8,
    11 104:13
    105:1,6,
    9,14,15,
    18,20,24
    106:11

    108:6,20,
    24 109:1,
    6 112:17
    113:1,17,
    18,22
    114:8,21
    133:6
    138:10
    139:4,8,
    10 141:9
    142:11
    158:8
    159:6,10
    167:3
    168:11
    170:21
    175:16,
    21,22
    195:25
    205:14
    213:7
    216:1
    220:7

receive
    75:23
    94:11
    102:18
    121:24
    148:16

received
    58:18
    76:9
    78:10
    141:3
    143:17
    177:18
    206:2
    224:9,10

receives
    188:14
    215:10

receiving
    59:15
    67:4
    73:19



123:23

**recent**
139:15
198:19
199:13
200:4

**recently**
35:7
188:19

**recess**
60:22
103:25
146:24
178:4
221:17

**recognize**
46:10
49:6
50:16,18,
19 56:5
67:10
73:23
91:10
93:6
98:17
101:13
109:19
110:4,11
114:16
125:15
132:24
137:7
140:2
153:13
170:7
182:4
190:11
193:25
211:19
212:15

**recognizing**
72:14

**recollectio
n**

43:5 52:1
74:21
75:5
77:4,18
79:1
82:17
85:18
86:3 90:3
101:2,25
102:3
107:22
108:3,7,
16 111:1
134:2
139:2
141:1
142:9
149:20
152:15
157:22
158:5,13
180:20
190:24

**recommendat
ion**
51:24
86:21,23

**recommendat
ions**
66:12

**recommended**
67:17
68:16

**recommendin
g**
35:20

**reconciliat
ion**
54:25

**record**
9:13
14:2,11
43:24
59:23

62:7
79:9,15
81:24
82:9
86:12
95:7
98:24
99:1
100:7,21
101:5
111:25
112:21
114:1
124:4,8,
16,21
135:10,17
136:6,13
138:25
139:1
141:16
144:15
145:6,20,
21 146:23
147:17
152:4,6
156:1,7,
17 158:18
159:4
162:1
163:14
170:4
207:23
221:15,16

**recorded**
151:18

**records**
31:5 44:1
81:23
82:5
83:11
96:12
100:17
112:16
113:12
116:3
138:16

152:1
154:19,
24,25
158:18
159:8
160:7,9,
13,21,22
162:17,21

**recount**
54:22

**redistricti
ng**
18:3

**reduce**
183:7

**Reed**
11:1

**refer**
73:10
92:11
110:21
115:9
126:1
128:19
171:17
192:10
214:2
227:17

**reference**
52:21
71:25
73:1
212:18

**referencing**
52:13
173:8

**referred**
45:16
80:10
174:6
219:23

**referring**
55:3

56:17,24
62:8
64:19
68:9,21
69:2,21
70:8,16,
19 71:8,
17 72:5
90:16
96:21
99:9
101:19
107:15
121:14
126:13,14
127:2,22,
24 140:11
154:8
166:19
174:8,15
195:22
199:14
214:3
227:20

**refers**
15:5,9,
13,23
16:1
94:23
97:3
126:21
174:11
184:25
194:24
200:21
206:9

**reflect**
111:21
118:21
119:5
129:5,7

**reflects**
112:3

**reform**
200:3



**refresh**
134:2

**regard**
185:5
214:14
221:6

**region**
33:4

**regional**
217:17
219:10,12

**register**
15:21
94:24

**registered**
15:20
111:22
128:15
158:21,22
185:2

**registrar**
61:24
62:2,3

**registration**
19:20
24:4,6
26:2,3
28:14
29:14,17
33:23
40:3,4,5
80:17,25
81:4,15
82:6
83:15
84:6,10
91:25
96:12
110:13
111:3,5,
16,19,25
112:21
113:20

114:1,7
122:15,19
135:4,7,
9,15
137:23
138:21
147:16,17
148:1
150:6,9,
13 151:23
156:1,17
157:10,16
158:24
161:5,12,
18 162:1,
22
186:12,
14,19
188:5
191:21
195:7
210:9
212:9
223:24
224:16

**regular**
14:5

**Rehabilitation**
214:7,18

**reissue**
59:9

**reissued**
58:23
59:1

**reject**
206:1
208:16

**rejected**
31:9,16
129:1
141:21
142:3
151:4

**rejecting**
208:7

**rejection**
140:7,12,
15,17,21

**related**
25:7,10
34:22
40:1
97:13
99:24
100:1,9
204:3
219:19

**relates**
127:8
162:13
211:1

**relating**
158:11
199:22

**relationship**
191:14,
19,21,25
192:6,8,
16 193:13
220:2,9,
13,17

**relationships**
190:19
191:4

**relative**
205:19

**release**
168:8
182:7
183:5
195:15,18
196:1,7
198:19
199:3,13

**relevant**
170:13

**reliability**
182:12

**relief**
227:17

**remember**
13:23
14:14
19:22,25
20:2,3
27:16
36:1,3
37:1
38:4,5
39:4,13,
15,20
40:13
41:3,8,
11,13,18,
22,23
42:13,18
47:20
48:12,14
50:24
53:18,19
57:12
62:25
65:13,14,
23 69:8,9
75:7,11,
12 76:1,
15,20
77:7,8,
12,21
78:14,19,
24 79:6
80:15,16,
23 81:11,
12,18
83:10,23
85:8,15,
21 89:16
92:7,17
93:14

99:13
100:16,
18,22
102:5,21,
23 103:7,
9,10,20
104:16,17
106:2,4,
14,16,24
107:7,13,
18,20
108:4,11
109:1,10,
11 112:18
113:6
133:2,4,8
135:13,18
138:2,12
139:17
140:19
141:3,23
154:1
155:10
159:13,24
160:4,17,
20
164:19,20
165:9
174:16,17
176:1
182:18
199:1
215:1

**remembered**
65:2
135:16

**Remind**
92:2

**reminding**
72:13

**remove**
136:19

**removed**
135:21,23



removing
  78:5

rep
  56:13,23

repealed
  226:21

repeat
  44:16
  64:12
  111:10
  189:1
  198:11
  220:12

repeated
  187:19

repeatedly
  71:21

rephrase
  19:12,14
  124:19
  189:2
  206:16

replaced
  206:23

replying
  195:11

report
  30:25
  31:1,3,
  10,21,22,
  25 38:21
  83:24,25
  84:19,21
  85:9,11,
  16
  111:15,18
  119:2,3
  127:9,10,
  23
  129:18,23
  132:7,11
  133:9,14
  138:7,11

161:22
167:1
177:15,17
184:4,10,
11

reported
  31:5
  119:5
  130:5,23
  201:10

reporter
  12:6
  58:12

reporting
  115:10,12
  116:7,9
  117:8
  118:17
  126:22
  129:12

reports
  30:11,14,
  17,20,23
  81:21
  84:10,14
  116:10
  118:3
  119:15
  127:1,20,
  25 130:6
  131:7
  133:5
  137:21
  139:9

represent
  138:24
  163:18
  199:5
  211:21

representat
ive
  49:21
  60:7
  89:20

representat
ive's
  57:14

representat
ives
  15:12
  57:11

represented
  20:11

representin
g
  11:6
  185:1

represents
  142:2

reps
  57:10

republican
  49:12,17
  203:5,6,8

Republican-
led
  203:7

Republicans
  203:10

request
  31:7,8
  53:4 57:3
  60:2
  65:21,24
  66:1
  75:2,20
  76:14
  82:12,13,
  15 83:14
  93:10,11
  94:11
  95:8,9
  99:12
  100:1
  101:19
  102:9
  106:2,6,

8,9
107:10
108:5
110:25
111:2,11
112:16,19
125:22
134:10
137:25
140:5,6,9
144:11
156:9
224:17

requested
  75:17,21
  76:4 85:8
  102:14
  103:16
  106:13
  157:7

requester
  112:16

requesting
  59:9,24
  78:17
  97:13
  142:15

requests
  38:16
  73:2
  112:23,24
  113:4,7,
  12,13
  141:7
  219:5

require
  79:7
  177:16
  207:4

required
  37:12
  47:8,17,
  24 48:9
  54:18

62:14
125:4
142:22
148:18
187:23
188:8
189:18
206:14
209:8
210:1

requirement
  26:9
  53:2,22
  79:2
  145:24

requirement
s
  105:11
  142:14
  207:18
  216:17
  226:4

requires
  207:3

requiring
  189:14

research
  199:23
  202:25

resided
  23:7

resources
  87:24

respect
  210:21

respecting
  72:23

respond
  193:6

responded
  60:6



**respondents**
201:10,
15,22

**response**
10:11
11:10,12
12:1
97:13
102:1,4
112:15
162:15
198:2

**responsibil
ities**
25:24
26:20
32:21
36:17
40:1
214:21,22

**responsibil
ity**
29:19
214:24
216:8
217:24
218:1,20
219:16

**responsible**
26:6
28:20
219:5

**rest**
208:15
221:25

**restate**
12:18

**restore**
168:22
176:10

**restoring**
169:2

**restricted**
124:24
125:2

**restructure
d**
29:3

**result**
53:13
54:23
188:23
197:2
202:15
203:9,10,
16

**resulted**
54:18

**results**
115:14,
15,21,24
116:23
117:11,
14,15
127:12,18
132:8,9
160:19
166:6
167:22
168:9,19
171:14
172:2
173:14
175:7
177:7,15
188:9
196:8
200:16,24

**retention**
123:7

**retired**
183:22

**return**
16:10
40:6 48:9
143:3,20,

22

**returned**
31:13,14
149:5

**returning**
143:18
144:25

**returns**
142:24
143:6

**revealed**
55:7

**revert**
224:4

**review**
18:14
46:7 49:4
51:17
56:4 67:7
80:24
81:3
98:13
123:6,19
137:6
147:9
212:5
214:20
220:24
224:12

**reviewed**
20:20
22:17
80:21
81:9

**reviewing**
22:9,13
64:25
97:9

**reviews**
46:8 49:7
50:17
56:6 67:8
93:4

98:15
167:4
193:24
211:18

**revise**
175:11
205:17
223:18

**Richard**
24:2
194:13,
17,21
195:5

**RICHARDSON**
11:24

**risk**
51:22
52:4,8,
16,24
53:16
54:14,17
156:22
159:3

**role**
25:5,25
26:11
28:7
29:7,8,15
30:1
32:15,20
34:1,21
44:11,18,
24 46:16
164:6
165:15,19
166:2,23
168:15
180:20
203:22
204:1
207:3
213:24
217:1,6

**roll-out**

185:7

**rolled**
182:13,16

**rollover**
30:17

**room**
9:23
76:23
77:10
107:23

**rooted**
72:10

**Rosborough**
10:2
163:16,17
166:9
170:3
178:3,6
181:24
182:3
184:12,
18,22,23
189:25
190:6
193:14,19
199:4,11
211:11
221:13,19
229:2

**routed**
39:21
72:7
219:12

**Rudy**
175:17
176:19

**rules**
68:4,13,
19 189:8
227:1,3
228:14

**run**
30:24



91:22
117:22
118:3
157:24
158:1

running
32:2
186:1
193:12

runoff
39:8
43:15,18
45:13
48:3
53:3,17
99:3
101:21
138:8
167:20
180:21
181:1,6,
11 182:25
187:7

Ryan
9:17
20:24
64:8
66:23
77:20,22
86:10,12
91:14,16
92:16
93:16
94:1,20
98:21
101:15
110:6,9
125:18
136:11
146:16,
20,22

S

S&t

156:9

safe
178:14

safeguards
55:11,15
59:14,18

Sam
35:13
66:21
70:10
77:22

Samuel
11:4

Sanibel
165:10

sanity
156:18

save
109:24
162:25

SB
15:5,13
20:20
21:14,21
22:7,14
55:10,15
64:19
82:18
142:14,15
154:19
156:25
187:13
197:8,18
198:8,13
200:3
201:2,10
203:23
204:6,15
206:7,21
207:3,11,
14,18,21
224:6
225:16

226:3
227:8,20
228:5,13,
19

SB-202
17:5

scan
117:21
177:13
185:13

scanned
118:25
131:11,21

scanner
117:22

scanners
33:19
116:24
177:15

scanning
177:12
218:12

Schaffer
125:14,20

schedule
23:1

scheduling
23:3
67:12
158:3

screen
135:18

Seal
33:9

sealed
16:10

searching
48:19

second-to-
last

90:8

Secretary
19:21
20:25
23:23
25:5
26:12,13
31:23
32:16,18
35:10
36:18
39:19
40:14,18
42:3,7
43:23
44:5,11,
18,23
45:8
46:20
47:1
48:10
49:13
52:15
53:15
54:4
62:17,21
63:5,24
64:3,14
66:5,11,
14 69:24
76:8,16,
24 78:1
89:12
91:22
99:25
108:14
121:1,6,
20,23
122:2,10
123:2,3,
19,25
125:5
129:10
130:20
146:9
151:21

160:25
161:3,16
173:11
183:5
188:18
190:19
191:10,
15,23
192:1,6,
7,11,14
194:24
195:22
196:14
198:20
205:25
213:13
214:13,17
215:10
216:3,6
217:4,25
218:18
219:3
220:3,8
221:5

Secretary's
35:11
146:18

section
15:25
16:6,7,
11,14,19
24:6,8
26:5
40:10
111:8
214:7

sections
26:3
32:23
142:21,22

secure
16:8 55:2
190:16

securely



52:19
54:2

security
  109:3
  111:6,23
  113:19
  114:6,9
  144:2
  188:23
  196:4
  215:24
  216:2

Seek
  86:14

seeking
  69:25

segue
  180:18

Sejal
  9:15

select
  44:25
  181:14

selection
  26:8

selections
  216:25

Senate
  9:8 15:5,
  13,16
  115:20
  175:18

senatorial
  180:20

senators
  35:13,25

send
  48:9,16
  50:21
  66:8
  126:4

148:1
210:1
225:9

sending
  73:5
  91:13
  112:9
  134:16,18
  140:8

sends
  59:20,21

sense
  12:19
  13:12,15
  63:13
  76:5
  100:17
  169:4,8

sentence
  53:10
  68:9,10
  72:20,22
  92:9 99:6
  115:6
  125:24
  132:2
  155:7

separate
  186:15

September
  194:6

serve
  33:4

serves
  64:7
  86:20

services
  32:25
  33:2
  82:1,7
  83:20
  94:25
  96:1

148:5,7,
13 152:2
153:18
157:15
162:9,19
216:15
217:16

session
  16:15,16
  36:6,8
  63:22
  64:1,16
  65:1,12
  66:16
  70:1
  97:15
  100:10
  113:16

sessions
  36:5

set
  15:1 35:9
  94:6
  119:15
  122:3
  123:4
  124:2
  199:3
  216:22
  219:1,20
  223:25
  224:24

setting
  28:21

shape
  186:9

shapes
  165:24

shaping
  165:19

share
  120:24
  121:5

157:14

shared
  112:15
  119:24
  121:19
  122:9
  129:25

Sharepoint
  41:5

sharing
  34:18,19

Shelley
  11:19

shift
  97:22

shipped
  226:1

shocking
  202:21,22

shore
  188:23
  189:4

short
  60:15
  77:11
  104:14
  106:21
  179:3
  180:5
  221:21

shortage
  225:22

shortened
  181:19

show
  31:12,15,
  17 32:6
  48:23
  54:15
  87:17
  92:19

116:10
120:15
128:11,22
131:7
133:20
138:14
150:3

showed
  103:19
  120:17

showing
  117:24,25
  151:11
  212:24
  213:4

shown
  126:12
  151:7,8

shows
  31:11,19
  32:5
  82:21
  118:4
  127:13,23
  128:23
  130:10
  133:21
  138:15

side
  34:24
  185:22
  210:8,9
  218:13

sights
  52:11

signature
  51:2 62:3
  78:5,9
  206:23
  207:4,5,
  6,8,12,
  19,22
  208:3,5,
  10,13,20



209:1,5,
7,16,17
210:2

**signatures**
61:23

**signed**
15:7
103:11

**significant**
37:9,12
38:12
39:4 59:2
102:22
103:1
159:3
175:4
176:15
187:12
204:13
205:2
216:16

**Significant
ly**
178:12

**signing**
103:4

**similarly**
197:1

**simply**
57:7
138:2

**single**
165:22
173:19

**sir**
71:25

**site**
39:16
41:5
215:2

**sitting**
59:4

202:20

**Sixth**
163:18

**skimmed**
20:19

**skipping**
190:1

**slide**
190:16,23

**slightly**
130:5
171:12,25

**small**
22:22
61:25
132:5
183:6

**Smith**
49:11,16
50:5
153:17,22
158:4

**so-called**
195:2

**social**
79:25
84:3
109:3
111:6,23
113:19
114:6,8
144:2

**socials**
159:11

**solution**
221:3

**somebody's**
156:1,7
159:4
178:9

**someone's**

178:20

**sort**
25:18
26:10
27:19
34:19
106:7
109:25
112:2
118:7
185:4
196:16
221:6

**sounds**
15:4
26:24
110:22
137:5
161:16
188:17

**source**
116:20
127:18
134:20
135:2
138:18
168:21
215:13

**sources**
131:13,14

**speak**
12:9
20:22
21:1
22:20
179:10
228:24

**speaking**
65:10
133:2
192:25
195:21

**speaks**
202:11

**special**
27:1
37:7,23
38:25
161:8
223:15

**specific**
30:9
44:12,19
55:19
84:20
105:23
109:6,8
116:1,3
119:9,11
141:11
152:23
154:12
157:18
198:18
211:16
221:24

**specifically**
36:6
65:21,25
69:23
74:14
75:4 76:1
77:14
81:18
86:24
89:2
98:22
99:2
104:19
107:14
141:18
151:24
160:17
174:8
197:9
200:21
209:19
216:1
217:24

218:6
220:20,21
227:8

**specifications**
157:19,21

**specifics**
21:12

**specs**
157:8

**speed**
33:19
116:24
171:9
182:10
185:19

**spend**
212:14

**spent**
37:13

**spoiled**
31:16

**spoke**
65:20

**spoken**
25:8
220:18

**spokesperson**
193:1,5

**spot**
45:3
103:22

**spreadsheet**
109:20,22
111:14,21
112:9
126:14
127:20
128:9
130:15



131:15
132:18,
20,25
133:18,20
134:3,8,
13,21
135:3
138:13,
14,19,22
139:25
140:1

**staff**
35:11,12,
13 66:13
108:14
217:4,9
218:17

**staffers**
71:14

**standard**
96:5

**standing**
90:21

**standpoint**
106:18

**stark**
202:23

**start**
10:1,9
24:11
74:10
110:14
137:12
168:15
210:4
218:6

**Starting**
33:1

**starts**
67:23
139:22
149:10
194:12,16

**state**
9:13 11:9
20:25
26:21
29:14,16
33:9
34:10
35:13
43:25
52:17
56:11,13,
23 57:10,
14 60:6
63:7
76:18,21
89:14
117:10,
13,15
118:16,19
119:24
122:4
129:3,25
142:17
143:21
144:1
145:1
149:13
158:23
162:16
166:25
170:25
172:19
175:18
179:12
192:14
201:3
205:1
210:18
219:24
220:9,14
221:7
226:25
227:12

**state's**
19:22
23:24

25:6
26:12,14
31:23
32:16,18
35:11
36:18
39:19
40:14,18
42:3,7
43:23
44:5,11,
18,23
45:9
46:20
47:1
48:10
49:13
52:15
53:15
54:5
62:18,21
63:5,24
64:3,14
66:5,11,
14 69:24
76:8,16,
24 78:1
89:12
91:22
99:25
108:14
121:1,6,
20,24
122:2,10
123:2,4,
19 124:1
125:5
129:10
130:20
146:9
151:21
160:25
161:3,16
185:2
190:19
191:10,
15,23

192:2,7,
8,11
194:25
195:23
196:14
198:20
200:6
201:12
205:25
213:13
214:13,17
215:10
216:3,7
217:5,25
218:19
219:4
220:3,8
221:5

**stated**
84:9
148:11
197:9

**statement**
173:7
183:11
191:1,8
193:4

**states**
157:12,
13,14,17
177:7

**statewide**
28:13
111:3
115:24
179:13
188:8
189:19

**station**
186:14,24

**stations**
179:23,24
180:15

**status**
135:12
141:17,
18,20,22
163:2,3

**Steal**
177:4,20

**step**
83:3
103:6
194:5
208:11

**step-by-
step**
41:15
135:14

**stepping**
183:18

**steps**
149:23
186:18,22
206:17
224:13

**Sterling**
66:23
67:24
68:1,8
69:13,20
70:15
71:7,19
72:4
77:19
114:20
125:19
173:11

**Steven**
22:24

**stop**
177:3,20
212:22

**story**
194:14,23



**strategy**
71:24

**straw**
68:22,24

**Street**
61:17

**stressed**
197:25

**strike**
228:18

**strong**
160:6,7,8

**struck**
228:8

**structured**
29:5

**stuff**
52:7

**subcommitte
e**
175:18

**subheading**
211:17

**subject**
110:24
167:8
212:7,12

**subjects**
65:16

**submit**
19:15

**submits**
145:24

**submitted**
19:18,24
143:17
184:3

**submitting**
31:6
122:22

206:19
208:12,14

**subsequent**
16:5
102:25

**subtracting**
202:7

**sufficient**
88:3

**suggest**
66:5,7

**suggestion**
74:17
90:15

**suggestions**
74:16
75:6

**sum**
119:8
127:25

**summary**
74:2
116:9
127:1,10,
20,23,25
128:23
130:6
131:7
132:11

**supervise**
217:9

**supervised**
26:22,23
28:4,10
29:19

**supervising**
36:21

**supervisor**
23:24
24:8,15
29:25

**supervisory**
24:23

**supplies**
87:20
88:2,3
186:1

**support**
70:12,19
83:16
85:2
91:25
195:16
220:4

**supporting**
196:1

**supposed**
123:1
148:16

**surprise**
113:2
197:16
198:7,12
202:15

**surprised**
78:23

**surprising**
132:4
203:20
204:13

**survey**
126:4
132:8
198:21,24
199:7,13,
15,25
200:22

**surveys**
125:25
126:1,7,
18 128:14
130:19,22
132:4
134:21

196:18,19
215:2

**susceptible**
177:20,24

**switch**
142:12
203:21
213:22

**Switching**
165:14
226:3

**sworn**
9:3

**system**
27:25
28:14,16
29:15,17,
23 30:4,
10,12,15
32:2
33:23,24
37:13
54:11
80:17
81:4 82:6
83:16
84:1,7,10
91:25
110:13
111:4
115:10,
12,23
116:7,9,
23,25
117:1,2,
8,19
118:2,4,
17
122:15,19
126:22
127:6,9,
11,18
128:2,4
129:11

135:5,16
138:21
147:17
150:6,9,
14,20
151:23
158:24
161:5
169:7
176:22
186:12,
14,19
191:7
197:25
200:6
201:3,12,
16 212:9
216:20
223:24
224:16

**systems**
28:10,11
29:8,12,
18 32:24
33:15,16
36:25
39:1
96:3,17
168:23
216:19
217:2,11

---

T

**table**
128:11,
18,22

**tables**
129:2
176:3
219:2

**tabulate**
117:22
127:8



tabulated
  132:9

tactile
  216:24

take-aways
  74:2

takes
  37:3
  178:21
  179:2
  223:11,19
  224:1,21

taking
  177:10,21
  180:16
  222:19
  223:14,16

talk
  13:17
  21:11
  23:5 24:9
  32:15
  35:19
  36:12,14
  63:21
  69:12
  86:8 90:7
  96:17
  106:6
  108:12
  133:6,11
  142:13
  147:4
  180:12

talked
  83:19
  84:6
  104:6
  108:19
  151:20
  209:19

talking
  14:8 22:8
  61:3

62:16,17
73:9 83:4
91:18
93:12
99:23
104:19
121:13
143:5
149:17
172:24
174:11,
17,18
185:5

talking'
  172:23

tally
  177:5

target
  197:19,24

targets
  169:13

task
  37:3

tasks
  30:7

teaching
  164:20
  165:9

team
  33:20
  61:23
  62:13,14
  70:22
  83:21
  155:7
  218:23
  219:24
  223:13

Teams
  160:18

Teasley
  35:13

66:22

technology
  178:23

ten
  60:16

tended
  89:24
  90:5

tension
  191:19

term
  16:16
  129:12

terms
  197:8
  219:15
  220:2
  225:8,23
  228:4

test
  223:21

testified
  9:3 19:7
  163:23

testifying
  175:18

text
  136:8
  170:17
  171:8

TGS
  83:17
  92:4

theft
  195:1

Theoretical
ly
  227:14

theories
  167:23

172:25
174:7,12,
23 175:1

theory
  227:3

thereabouts
  205:25

thing
  22:24
  25:18
  26:10
  27:19
  34:19
  58:5
  64:23
  90:7 96:2
  110:1
  111:10
  116:16,17
  120:21
  132:22
  152:24
  176:4
  180:3
  184:1,8
  186:2
  193:10
  210:6
  214:19
  215:3
  216:25
  219:2
  224:11
  227:13

things
  12:11
  13:24
  21:15
  26:8
  27:15
  39:1,4
  69:1 71:9
  72:12
  82:11
  83:12,13

96:16
118:23
144:19
152:22
156:8
158:10
160:12
163:21
165:25
174:18
176:2
177:19,22
180:9
185:23,25
214:25
216:17
222:17
224:2

thinking
  27:12
  43:9 45:3
  65:16
  70:25
  85:11
  155:7
  202:20

third-to-
last
  90:9

Thomas
  28:25
  51:5

Thomas'
  51:17

thought
  32:10
  42:11
  67:16
  113:14
  155:15
  159:2
  202:19

thoughts
  35:19



**thousand**
162:17,21

**thread**
49:10
56:15
91:13
93:9
137:10
153:16
193:25
194:3
195:12

**thumb**
117:6

**Thursday**
95:14
106:19

**tight**
156:3,21

**tightening**
68:4,13,
18

**time**
13:8 16:4
19:19
20:5,6
25:19
28:11
29:10
37:10,13
38:12,14,
23 39:5
41:9,25
42:19
43:10
51:8
56:10
60:13
61:19,21
62:1
64:12
66:1
68:10
70:25

71:3
77:6,11,
15 83:21
92:1
104:14
106:21,22
107:3,24
108:1,4,
20,25
112:2,4
113:1
128:16
135:5
143:4,13
148:21,
23,25
149:2,3,7
151:1
157:23
158:1,14
164:23
167:1,21
174:15
175:13
177:3,4,
21 178:21
179:2,18
181:4,19
187:8
194:5,9
195:8
196:3,11
201:5
205:1,22
212:14
220:12
223:11,20
225:1,17,
25

**timeline**
80:6
225:23

**timely**
168:19

**times**

30:7
34:24
41:1 65:2
66:10
72:12
140:19
169:20
173:10
179:9
183:6
191:14,19
199:22

**timing**
22:23
133:25
221:22

**title**
24:18,21
25:1 51:7
134:3
153:23
154:1
164:9
217:12

**titled**
138:23
170:5
187:17

**today**
9:7,19
12:5,8
14:22
20:12

**Tom**
11:16

**ton**
210:10

**top**
61:13
81:11,12
82:14,16
84:17
97:6
128:11

139:12
142:1
153:11
167:7
195:10
197:13
200:17
217:22

**topic**
60:25
74:12,19
75:3,9,
18,25
76:10,20
78:6,20
86:17,19
90:24
99:24
103:23
104:3
105:2,16
106:3,16
181:21

**topics**
21:12
22:3
65:23
77:1
97:22
104:21
105:24
106:4
108:8,10
142:12
213:23
217:19

**total**
101:19
113:24
114:5
128:12,25
129:1
142:2
160:21

**totals**
116:18
119:5
128:17

**touted**
174:23
175:2

**touting**
175:7,10

**track**
120:2
132:6
150:11
196:15

**tracking**
42:11

**trained**
179:5
180:15

**training**
25:18
26:9
27:21
28:6,8,
19,20,22
29:1,6
33:3,13
34:2,4
36:21
38:15,18
51:6,7
183:25
215:22
216:1,16,
19,21
217:13,
15,17
218:10,14
219:10

**trainings**
27:4,9
28:2,3,
18,21
34:5



38:13,15
146:13
217:20

**trains**
33:20

**transcript**
12:7
17:8,12,
19,24
18:5,9,
16,19
20:20
22:10

**transfer**
45:21,25
46:13,21
47:8,17,
21,24
61:4 62:2

**transferred**
61:24

**transitione
d**
24:25
150:8

**transparenc
y**
171:10,
17,20

**transparent**
53:8
168:7
173:3
190:17

**trees**
109:24

**tremendousl
y**
183:24

**Trey**
199:19,
20,21

**triplicate**
121:10

**true**
17:23
19:2
172:10
193:4
219:15
227:6

**Trump**
116:14
174:22
175:16

**Trump's**
175:17

**trust**
166:7

**truth**
127:19

**Tuesday**
167:10

**Tuite**
162:8

**turn**
163:12
184:24

**turn-around**
106:21

**turned**
106:23
185:24

**turning**
144:24
190:15

**turnout**
37:4
180:6
197:25

**two-person**
61:22
62:13

**two-year**
188:10

**type**
49:22
57:3
102:6
116:12
126:10
133:13

**typed**
50:20

**types**
45:17
89:24
90:4
133:5

**typically**
37:19
85:12

**Tyson**
10:4
18:22
20:15
21:6,18
22:19
44:14
47:10,19
48:1,5,11
55:12
60:11,18,
20 61:7
62:7 63:8
64:2,17
70:2
76:11,19
79:4
81:17
82:24
84:15
85:20
89:15
90:1
96:7,14
97:16

100:11
102:12
103:24
107:4,6,
25 110:8
116:5
118:13
120:8
121:2
124:6,18,
23 129:14
136:13
139:7
142:20
143:2,10,
23 144:13
145:4,12,
20 146:4,
23 148:20
149:15
151:15
152:17
161:7,20
162:11
163:4,8
165:17
168:13
169:14
174:25
175:20
176:12
177:1
178:1,11
181:7
184:16,20
188:25
189:6
192:21
196:10,24
197:22
198:5,10,
15
202:10,16
203:18
204:8,21
206:3,12,
25 207:7,

16 208:1,
22 209:4,
13 210:24
211:3
213:20
216:12
217:8
218:3,8
219:8
220:6,11,
16 221:8,
10,16
222:11
223:1,9
224:8
225:5,11,
18 226:19
227:11,25
228:11,22
229:5

——————

**U**

——————

**U.S.**
9:8

**U.S.C.**
111:8

**Uh-hum**
21:23
30:2
42:25
174:13

**ultimately**
158:17,18
161:15
181:1

**umbrellas**
215:25

**uncertain**
189:12

**uncommon**
140:23



undermine
  196:7

undermines
  191:6

underneath
  33:16,22
  176:3
  217:16

understand
  12:14,17,
  21 13:1,
  6,21
  14:6,18
  52:15
  57:13
  80:5
  168:2
  169:1
  211:23

understandi
ng
  43:3 47:4
  84:13,21
  96:24
  145:8
  154:17
  161:10
  167:16
  187:22
  188:3,7,
  12 197:8,
  17 207:2,
  11 208:2,
  6,9
  209:1,20,
  25
  210:19,25
  212:4
  214:12,16
  215:16,19
  222:8
  226:17

understood
  23:2

48:21
133:9
192:18

undervotes
  119:17
  128:6
  130:12
  131:23

unexpired
  144:11
  145:2

Unfilled
  167:21

unintended
  69:16

unique
  111:7
  141:16

unit
  58:7,9,11

University
  23:14,17
  198:21
  199:7

unlawful
  209:6

unnecessary
  168:9

unquote
  172:23

unusual
  49:23
  57:7

unusually
  37:17

UOCAVA
  32:7
  94:11
  149:8
  222:8,14
  225:13

update
  153:21
  157:2
  158:18
  159:4
  160:21
  161:4,22

updated
  32:1 50:3
  154:18
  160:13

updates
  168:20

upload
  116:23
  117:7,11

uploaded
  43:6

urge
  170:6

USA-BACON-
000006.001.
  46:3

utilize
  185:3

utilizing
  209:10

───────────

      V

───────────

VA000001667
  56:18

vacuum
  167:21

valid
  72:14,15

validate
  156:14

validation
  16:5

Vander
  11:20

variation
  122:17

variations
  156:2

vendor
  38:7,8
  81:20
  85:2
  91:24
  92:3

vendors
  83:15

verbalize
  21:24

verbally
  12:13

verifiable
  189:14

verificatio
n
  95:24
  96:15,20
  206:24

verified
  163:1

verifies
  96:16

verify
  127:21
  204:11,12
  206:11
  208:10,11
  209:11

verifying
  206:18
  209:15

versa
  36:24

version
  51:20
  52:1
  205:18,21
  224:5

versions
  205:23

vice
  36:24

view
  53:9
  148:2
  165:19
  173:18
  197:23

visually
  216:23

volume
  37:17
  75:14
  204:5

vote
  15:21
  16:3
  37:19
  55:20
  87:3,7,22
  88:11
  89:24
  90:5
  102:16,17
  103:2,16
  105:4
  111:22
  135:22
  142:15
  173:23
  203:4
  218:21

Voteamerica
  17:3,19
  20:19
  22:9



**voted**
88:14
94:7,14
98:25
99:2
100:6
101:22
102:20
174:22

**voter**
16:2
28:13
29:14,16
30:17,25
31:1,5,
10,18
32:6
33:23
37:25
38:20
40:5
54:5,25
55:1,7,
11,16
58:18
59:21,24
75:16,24
76:2,3
80:17,25
81:3,14
82:5
83:15
84:6,10,
22,24
85:13
86:1,6
87:14
88:8,17,
19 91:25
95:5
96:11
106:23
108:23
109:2
110:13
111:3,16,

19,24
112:21
113:20
114:1,7
116:3,11
119:1
120:16,
17,18
122:15,
18,19
135:4,9,
15 137:23
138:20
141:15
142:13,24
143:5,16
144:11
145:2,23,
24
147:17,23
148:1,17
149:3,8,
10,20,21
150:6,9,
13,19
151:10,22
154:19,25
156:1,17
157:16
158:23
161:5,12,
17,18
162:1
165:15,23
166:1,2,3
168:10
169:9
171:22
172:7
174:5,21
175:24
176:6,10
178:10
180:2
185:8,11,
14,18
186:12,

13,19
188:13,
14,20,24
189:4,8,
10,15,20,
22 195:16
196:2,7,
15 198:3,
14,22
202:2
206:18
210:2
212:6,8,
9,21
216:20
223:23
224:15

**voter's**
82:9
144:15
147:15
172:11,12
207:23

**voters**
15:17
16:9
30:18
31:4,20
32:7
37:14
38:10,22
52:18
59:15
72:8
79:1,8,11
80:2,3
81:2
85:24
86:5 87:3
88:18
89:1,24
90:5
92:13
94:7,11,
13,23
95:8,18,

24 97:3
98:23
99:20
101:4
112:19
113:19,23
114:4
119:10
120:2,14,
20,22,25
121:6,15,
19 122:9,
12,13,15,
25 123:20
124:2,4,
5,8,9,12,
17,22
133:22
142:14
156:18
158:21,22
161:11,24
162:23,25
166:4
168:22
169:6,11,
12,17
172:14
174:1
175:5
176:14,15
179:9,17
180:5
185:2,24
186:4,7,
23 190:17
196:22,23
197:3,10,
19 198:9
202:2,3
203:4
209:21
210:21
212:24
213:4
217:7,20
218:7

219:6,17
220:4
225:9
227:19

**votes**
114:25
116:11,15
117:25
118:5
119:13,
19,21
128:8
131:17,18
172:12

**voting**
15:22,23
16:1,12
22:5,6
26:7
30:19,21
33:16,17
37:20
39:16
49:12,16
50:3
54:11
79:2
87:18
90:21
94:3
104:24
105:8,11,
16,21
116:16
117:17
122:18
127:14
129:18
177:15
178:9,15,
19 179:1,
25 180:1,
4,22
181:15,16
182:11,16
185:5



186:7
187:6
188:24
189:4
204:3,6
205:9
214:14,18
216:20,22
217:11
218:1
219:21
220:21
221:6

_____

**W**

_____

**WABE**
170:5

**wait**
179:9
183:6

**waiting**
227:19

**walk**
61:10
166:21

**walking**
186:8

**wanted**
35:15
50:5
51:14
77:2 92:5
94:8
100:16,18
101:15
103:15
104:22
113:8
133:6
170:14

**wanting**
100:25

171:25

**Ward-packard**
11:4,5

**watch**
175:13
176:1

**water**
13:14
227:18,22

**ways**
151:18

**ways...what**
173:1

**website**
31:3
115:13
146:18
184:17,
18,20,21

**websites**
41:1,2

**week**
106:20

**weeks**
35:9,23
158:17
180:4
181:11
225:4

**West**
9:17
61:16

**white**
203:15

**wide-ranging**
175:23

**widespread**
54:5 55:7
59:11

**Wifi**
117:3

**Williams**
91:17
97:7,19

**Wilson**
164:9

**win**
171:10,25

**window**
66:3
106:3,6
107:1

**winner**
54:16

**wins**
172:11
197:7

**withdraw**
121:3
134:23
136:17

**woman**
104:17,18

**won**
54:16
203:6,8

**Wonderful**
98:6

**word**
72:15

**worded**
131:10

**words**
12:10,23
154:12
227:17

**work**
25:10
29:16,20

38:7
60:18
81:25
117:16
164:2,5,
15
165:19,24
168:8
173:22
183:23
191:6
220:23

**worked**
24:1
26:21
28:12
82:3
154:2
164:9
221:1

**worker**
186:16

**workers**
26:9,10
179:5,6,
24 180:15

**working**
25:11
30:3
42:18
64:10
178:23
179:2,15
192:6,8
193:8,13
199:23
200:14
210:8

**works**
91:21
96:4

**world**
172:22

**worse**
176:17

**write**
224:22
227:1,2

**writes**
68:1
69:13
70:11,22
71:19
139:13,14

**written**
99:21
197:12

**wrong**
16:2
149:22
150:21
165:6
187:19
212:24
213:4

**wrote**
131:6

_____

**Y**

_____

**y'all**
71:23

**year**
34:16
52:14
62:7
101:20
102:25
128:20
150:7
153:3
182:14
200:2
223:16

**years**
53:1



```
  115:1,17
  128:17,19
  183:22
  189:20
  210:19
```

**you-all's**
```
  229:2
```

———————————

### Z

———————————

**Zatz**
```
  10:20
```

**ZIP**
```
  159:12
```

**Zoom**
```
  9:25 10:8
  11:25
```

