UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>THE STATE OF GEORGIA, et al.,<br><br>  Defendants,<br><br>THE REPUBLICAN NATIONAL COMMITTEE, et al.,<br><br>  Intervenor-Defendants. | CIVIL ACTION NO.:<br>1:21-CV-02575-JPB |

### ORDER

This matter is before the Court on the United States' Consent Motion and Memorandum in Support for Leave to File an Amended Complaint [Doc. 765]. For good cause shown, the motion is **GRANTED**. The Clerk is **DIRECTED** to docket the First Amended Complaint [Doc. 765-2].

**SO ORDERED** this 6th day of November, 2023.

J. P. BOULEE
United States District Judge