# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-mi-55555-JPB |

### INTERVENORS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE EXCESS PAGES

Intervenors join the State Defendants' response (Doc. 771) opposing Plaintiffs' Joint Motion for Leave to File Excess Pages (Doc. 770).

Dated: November 28, 2023

Respectfully submitted,

*/s/ William Bradley Carver*

Gilbert C. Dickey*
Conor D. Woodfin*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, Virginia 22209
(703) 243-9423

Tyler R. Green*
CONSOVOY MCCARTHY PLLC
222 S. Main Street, 5th Floor
Salt Lake City, UT 84101
(703) 243-9423

*admitted pro hac vice

John E. Hall, Jr.
  Georgia Bar No. 319090
William Bradley Carver, Sr.
  Georgia Bar No. 115529
Baxter D. Drennon
  Georgia Bar No. 241446
Jake Evans
  Georgia Bar No. 797018
HALL BOOTH SMITH, P.C.
191 Peachtree Street NE, Suite 2900
Atlanta, Georgia 30303
(404) 954-5000
(404) 954-5020 (Fax)

*Counsel for Intervenors*

1

## CERTIFICATE OF COMPLIANCE

This document complies with Local Rule 5.1(B) because it uses 13-point Century Schoolbook.

/s/ *William Bradley Carver*

## CERTIFICATE OF SERVICE

On November 28, 2023, I e-filed this document on ECF, which will email everyone requiring service.

/s/ *William Bradley Carver*