UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | MASTER CASE NO.:<br>1:21-MI-55555-JPB |

## **ORDER**

This matter is before the Court on Consolidated Plaintiffs' Joint Motion for Leave to File Eight Response Briefs and for Excess Pages [Doc. 770]. This Court finds as follows:

On June 2, 2023, the parties in this consolidated action filed proposals regarding summary judgment briefing. [Doc. 571]. Consolidated Plaintiffs proposed that one motion for summary judgment be submitted per side in each of the six cases. State Defendants, on the other hand, proposed filing summary judgment motions based on the challenged provisions. State Defendants also argued that they should be able to file a single, omnibus jurisdictional motion. On June 16, 2023, the Court adopted State Defendants' proposal. [Doc. 580].

Pursuant to the proposal adopted by this Court, State Defendants filed their motions for summary judgment on October 30, 2023. In total, eight summary judgment motions were filed.

On November 21, 2023, Consolidated Plaintiffs filed the instant Joint Motion for Leave to File Eight Response Briefs and Excess Pages. In the motion,

Consolidated Plaintiffs seek leave to file eight briefs in response to the eight motions for summary judgment.  However, instead of responding to the content of State Defendants' motions, Consolidated Plaintiffs ask that they be allowed to file responses based on similar legal theories.  Consolidated Plaintiffs also ask that their briefs be allowed to exceed the ordinary page limits.

After careful consideration, the Joint Motion for Leave to File Eight Response Briefs and for Excess Pages is **GRANTED IN PART AND DENIED IN PART**.  As to the request to file eight response briefs based on legal theories, the request is denied.  Consolidated Plaintiffs are **DIRECTED** to file one consolidated response brief that responds to each individual motion filed by State Defendants.  As to the request to exceed page limits, the request is granted.

**SO ORDERED** this 5th day of December, 2023.

_____
J. P. BOULEE
United States District Judge