IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No. 1:21-MI-55555-JPB |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THE STATE OF GEORGIA; *et al.*, <br><br> Defendants, <br><br> THE REPUBLICAN NATIONAL COMMITTEE; *et al.*, <br><br> Intervenor-Defendants. | Civil Action No. 1:21-CV-2575-JPB |

**<u>DECLARATION OF ELIZABETH RYAN IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGEMENT</u>**

I, Elizabeth Ryan, hereby declare:

1.  All facts set forth herein are based on my personal knowledge, and if called upon to testify as to the contents of this Declaration, I could and would do so.

2.  I am an attorney with the United States Department of Justice, Civil Rights Division, Voting Section and am serving as counsel for the United States in this matter.

3.  Attached hereto is an Index for all exhibits.

4.  Each exhibit is a true and correct copy of the document, which is submitted in support of Plaintiffs' Responses in Opposition to Defendants' Motions for Summary Judgement.

5.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 19, 2024                          */s/Elizabeth M. Ryan*
                                                 Elizabeth M. Ryan

| Ex. No. | Description | Bates Range | ECF No. |
|---|---|---|---|
| 1 | Material Facts in Defendants' Brief Not in Defendants' Statement of Material Facts | | |
| 2 | SB 202 as passed | USA-03870 - USA-03967 | |
| 3 | Declaration of Senator Michelle Au (Apr. 29, 2022) | | |
| 4 | Declaration of Representative Rhonda Burnough (May 2, 2022) | | ECF 566-3 |
| 5 | Declaration of Representative Carolyn Hugley (May 3, 2022) | | ECF 566-4 |
| 6 | Declaration of Representative Bee Nguyen (May 9, 2022) | | ECF 566-5 |
| 7 | Declaration of Senator Sally Harrell (May 4, 2022) | | ECF 566-6 |
| 8 | Declaration of Senator Harold Jones (May 6, 2022) | | ECF 566-7 |
| 9 | Declaration of Senator Jen Jordan (May 10, 2022) | | ECF 566-8 |
| 10 | Declaration of Senator Elena Parent (May 3, 2022) | | ECF 566-9 |
| 11 | Excerpts from 30(b)(6) Deposition of The Arc of the United States (Shannon Mattox) taken Feb. 28, 2023 | | ECF 695 |
| 12 | Excerpts from 30(b)(6) Deposition of Asian Americans Advancing Justice-Atlanta (Phi Nguyen) taken Mar. 1, 2023 | | ECF 694 |
| 13 | Excerpts from 30(b)(6) Deposition of Athens-Clarke County (Charlotte Sosebee) taken Sept. 23, 2022 | | ECF 699 |
| 14 | Excerpts from 30(b)(6) Deposition of Black Voters Matter Fund (Clifford Albright) taken Mar. 9, 2023 | | ECF 696 |
| 15 | Excerpts from 30(b)(6) Deposition of Cobb County (Janine Eveler) taken Nov. 29, 2022 | | ECF 700 |

| Ex. No. | Description | Bates Range | ECF No. |
|---|---|---|---|
| 16 | Excerpts from 30(b)(6) Deposition of Common Cause (Treaunna Dennis) taken Feb. 21, 2023 | | ECF 697 |
| 17 | Excerpts from 30(b)(6) Deposition of The Concerned Black Clergy of Metropolitan Atlanta, Inc. (Sophia Burns and Rev. Shanan Jones) taken Feb. 28, 2023 | | ECF 692 |
| 18 | Excerpts from 30(b)(6) Deposition of DeKalb County (Keisha Smith) taken Apr. 5, 2023 | | ECF 702 |
| 19 | Excerpts from 30(b)(6) Deposition of Delta Sigma Theta Sorority (Rhonda Briggins) taken Feb. 14, 2023 | | ECF 698 |
| 20 | Excerpts from 30(b)(6) Deposition of First Congregational Church, United Church of Christ, Inc. (Rev. Dwight Andrews) taken Mar. 7, 2023 | | ECF 735 |
| 21 | Excerpts from 30(b)(6) Deposition of Fulton County (Nadine Williams) taken Apr. 5, 2023 | | ECF 704 |
| 22 | Excerpts from 30(b)(6) Deposition of Georgia ADAPT Vol. I (Suzanne Thornton) taken Feb. 20, 2023 | | ECF 726 |
| 23 | Excerpts from 30(b)(6) Deposition of Georgia ADAPT Vol. II (Suzanne Thornton) taken Feb. 22, 2023 | | ECF 729 |
| 24 | Excerpts from 30(b)(6) Deposition of the Georgia Advocacy Office (Devon Orland) taken Feb. 27, 2023 | | ECF 739 |
| 25 | Excerpts from 30(b)(6) Deposition of Georgia Coalition for the People's Agenda (Cynthia Battles) taken Apr. 6, 2023 | | ECF 752 |
| 26 | Excerpts from 30(b)(6) Deposition of Georgia Coalition for the People's Agenda (Helen Butler) taken Apr. 6, 2023 | | ECF 724 |
| 27 | Excerpts from 30(b)(6) Deposition of GALEO Latino Community Development Fund (Jerry Gonzalez) taken Feb. 20, 2023 | | ECF 723 |
| 28 | Excerpts from 30(b)(6) Deposition of Georgia Department of Driver Services (Angelique McClendon) taken Apr. 11, 2023 | | ECF 705 |

| Ex. No. | Description | Bates Range | ECF No. |
|---|---|---|---|
| 29 | Excerpts from 30(b)(6) Deposition of Georgia Latino Alliance for Human Rights, Inc. (Adelina Conception Nicholls) taken Feb. 17, 2023 | | ECF 693 |
| 30 | Excerpts from 30(b)(6) Deposition of the Georgia Muslim Voter Project (Shafina Khabani) taken Feb. 22, 2023 | | ECF 725 |
| 31 | Excerpts from 30(b)(6) Deposition of Georgia State Conference of the NAACP (Gerald Griggs) taken Feb. 21, 2023 | | ECF 731 |
| 32 | Excerpts from 30(b)(6) Deposition of the Georgia Republican Party, Inc. Vol. I (Ryan Caudelle) taken Mar. 29, 2023 | | ECF 795 |
| 33 | Excerpts from 30(b)(6) Deposition of Georgia Secretary of State (Ryan Germany) taken Apr. 13, 2023 | | ECF 706 |
| 34 | Excerpts from 30(b)(6) Deposition of the Georgia State Election Board (Matthew Mashburn) taken Mar. 7, 2023 | | ECF 709 |
| 35 | Excerpts from 30(b)(6) Deposition of Gwinnett County (Zachary Manifold) taken Jan. 12, 2023 | | ECF 712 |
| 36 | Excerpts from 30(b)(6) Deposition of Gwinnett County (Kelvin Williams) taken Mar. 1, 2023 | | ECF 711 |
| 37 | Excerpts from 30(b)(6) Deposition of Hall County (Lori Wurtz) taken Mar. 9, 2023 | | ECF 713 |
| 38 | Excerpts from 30(b)(6) Deposition of The Justice Initiative, Inc. (Fer-Rell M. Malone, Sr.) taken Feb. 17, 2023 | | ECF 727 |
| 39 | Excerpts from 30(b)(6) Deposition of Latino Community Fund Georgia (Gilda Pedraza) taken Feb. 13, 2023 | | ECF 728 |
| 40 | Excerpts from 30(b)(6) Deposition of League of Women Voters of Georgia (Susannah Scott) taken Mar. 22, 2023 | | ECF 732 |
| 41 | Excerpts from 30(b)(6) Deposition of Lower Muskogee Creek Tribe (Marian McCormick) taken Feb. 27, 2023 | | ECF 730 |

| Ex. No. | Description | Bates Range | ECF No. |
|---|---|---|---|
| 42 | Excerpts from 30(b)(6) Deposition of Metropolitan Atlanta Baptist Ministers Union, Inc. (Stanley Smith) taken Feb. 27, 2023 | | ECF 736 |
| 43 | Excerpts from 30(b)(6) Deposition of the New Georgia Project (Stephanie Jackson Ali) taken Feb. 28, 2023 | | ECF 733 |
| 44 | Excerpts from 30(b)(6) Deposition of Rise Incorporated (Mary Hector) taken Feb. 24, 2023 | | ECF 734 |
| 45 | Excerpts from 30(b)(6) Deposition of Sixth District AME Church (Reginald T. Jackson) taken Feb. 15, 2023 | | ECF 691 |
| 46 | Excerpts from 30(b)(6) Deposition of Women Watch Afrika (Glory Kilanko) taken Feb. 21, 2023 | | ECF 738 |
| 47 | Excerpts from Deposition of Charles Tonnie Adams taken Dec. 12, 2022 | | ECF 714 |
| 48 | Excerpts from Deposition of Nora Aquino taken Feb. 21, 2023 | | ECF 750 |
| 49 | Excerpts from Deposition of Lynn Bailey taken Oct. 6, 2022 | | ECF 715 |
| 50 | Excerpts from Deposition of Erendira Brumley taken Apr. 26, 2023 | | ECF 796 |
| 51 | Excerpts from 30(b)(6) Deposition of Columbia County (Nancy Gay) taken Mar. 23, 2023 | | ECF 701 |
| 52 | Excerpts from Deposition of Raymond Omar Daniel taken Apr. 13, 2023 | | ECF 794 |
| 53 | Excerpts from Deposition of Jauan Durbin taken Feb. 23, 2023 | | ECF 746 |
| 54 | Excerpts from Deposition of Gregory W. Edwards taken Feb. 27, 2023 | | ECF 754 |
| 55 | Excerpts from Deposition of Todd Edwards taken Dec. 20, 2022 | | ECF 804 |
| 56 | Excerpts from Deposition of Anjali Enjeti-Sydow taken Mar. 24, 2023 | | ECF 741 |

| Ex. No. | Description | Bates Range | ECF No. |
|---|---|---|---|
| 57 | Excerpts from Deposition of Joseph Blake Evans taken Feb. 23, 2023 | | ECF 717 |
| 58 | Excerpts from Deposition of Keith E. Gammage taken Mar. 2, 2023 | | ECF 801 |
| 59 | Excerpts from Deposition of Ryan Germany taken Mar. 7, 2023 | | ECF 707 |
| 60 | Excerpts from Deposition of Sheree M. Giardino taken May 11, 2023 | | ECF 797 |
| 61 | Excerpts from Deposition of Chris Harvey taken Mar. 10, 2023 | | ECF 719 |
| 62 | Excerpts from Deposition of Fannie Marie Jackson Gibbs taken Feb. 16, 2023 | | ECF 744 |
| 63 | Excerpts from Deposition of Milton Kidd taken May 5, 2022 | | ECF 703 |
| 64 | Excerpts from Deposition of Helen Lockette taken Apr. 14, 2023 | | ECF 793 |
| 65 | Excerpts from Deposition of Matthew Mashburn taken Mar. 14, 2023 | | ECF 710 |
| 66 | Excerpts from Deposition of Keith Hollingsworth taken Apr. 26, 2023 | | ECF 798 |
| 67 | Excerpts from Deposition of Hayley McCloud taken Dec. 8, 2022 | | ECF 789 |
| 68 | Excerpts from Deposition of Steven Paik taken Feb. 23, 2023 | | ECF 751 |
| 69 | Excerpts from Deposition of Gabriel Sterling taken Apr. 6, 2023 | | ECF 721 |
| 70 | Excerpts from Deposition of Elbert Solomon taken Feb. 28, 2023 | | ECF 742 |
| 71 | Excerpts from Deposition of Angelina Thuy Uddullah taken Feb. 17, 2023 | | ECF 740 |

| Ex. No. | Description | Bates Range | ECF No. |
|---------|-------------|-------------|---------|
| 72 | Excerpts from Deposition of Marie Frances Watson taken March 14, 2023 | | ECF 722 |
| 73 | Excerpts from Deposition of Jessica Owens taken May 2, 2023 | | ECF 799 |
| 74 | Excerpts from Deposition of Monica Poole taken Apr. 27, 2023 | | ECF 803 |
| 75 | Excerpts from Deposition of Sandra Reed taken May 11, 2023 | | ECF 805 |
| 76 | Excerpts from Deposition of Lorraine Rose taken April 27, 2023 | | ECF 800 |
| 77 | Excerpts from Deposition of Phil Weltner taken May 12, 2023 | | ECF 802 |
| 78 | Excerpts from Deposition of Dr. Barry Burden taken May 4, 2023 | | ECF 743 |
| 79 | Excerpts from Deposition of Kevin Kennedy taken April 28, 2023 | | ECF 748 |
| 80 | Excerpts from Deposition of Dr. Bridgett King taken May 16, 2023 | | ECF 790 |
| 81 | Excerpts from Deposition of Dr. Stephen Pettigrew taken May 5, 2023 | | ECF 791 |
| 82 | Excerpts from Deposition of Lynn Bailey taken Mar. 21, 2023 | | ECF 716 |
| 83 | Excerpts from Deposition of Dr. Justin Grimmer taken May 1, 2023 | | ECF 747 |
| 84 | Excerpts from Deposition of Dr. Daron Shaw taken Apr. 28, 2023 | | ECF 768 |
| 85 | Dr. Barry Burden Expert Report (Dec. 30. 2022) | | |
| 86 | Dr. Barry Burden Sur-Rebuttal Expert Report (March 3, 2023) | | |

| Ex. No. | Description | Bates Range | ECF No. |
|---|---|---|---|
| 87 | Dr. Barry Burden Supplemental Declaration (Aug. 24, 2023) | | ECF 617-2 |
| 88 | Dr. Marc Meredith Expert Report (Jan. 13, 2023) | | |
| 89 | Dr. Marc Meredith Sur-Rebuttal Report (Mar. 3, 2023) | | |
| 90 | Dr. Marc Meredith Supplemental Declaration (May 16, 2023) | | |
| 91 | Dr. Carol Anderson Expert Report (Jan. 13, 2023) | | |
| 92 | Dr. Derek Chang Expert Report (Jan. 13, 2023) | | |
| 93 | Dr. Daniel G. Chatman Expert Report (Jan. 27, 2023) | | |
| 94 | Dr. Christopher J. Clark Expert Report (Jan.13, 2023) | | |
| 95 | Dr. James C. Cobb Expert Report (Jan. 13, 2023) | | |
| 96 | Dr. Bernard L. Fraga Expert Report (Jan. 27, 2023) | | |
| 97 | Dr. Bernard L. Fraga Sur-Rebuttal (March 3, 2023) | | |
| 98 | Kevin Kennedy Expert Report (Jan. 13, 2023) | | |
| 99 | Dr. Bridgett King Expert Report (Jan. 13, 2023) | | |
| 100 | Dr. Taeku Lee Expert Report (Jan. 13, 2023) | | |
| 101 | Dr. Taeku Lee Rebuttal Report (Mar. 3, 2023) | | |
| 102 | Excerpts from Deposition of Dr. Daniel G. Chatman taken May 16, 2023 | | ECF 737 |
| 103 | Supplemental Declaration of Dr. Taeku Lee with exhibits (Dec. 22, 2023) | | |
| 104 | Dr. Allan J. Lichtman Expert Report (Jan. 20, 2023) | | |
| 105 | Dr. Lorraine C. Minnite Expert Report (Jan. 13, 2023)[1] | | |

---

[1] While the document is marked confidential, the relevant parties have conferred and agreed that it can be filed fully on the public docket. *See* Stipulated Protected Order, 9 (ECF 106)

| Ex. No. | Description | Bates Range | ECF No. |
|---------|-------------|-------------|---------|
| 106 | Dr. Maxwell Palmer Expert Report (Jan. 13, 2023) | | |
| 107 | Dr. Stephen Pettigrew Expert Report (Jan. 13, 2023) | | |
| 108 | Dr. Stephen Pettigrew Sur-Rebuttal Expert Report (Mar. 3, 2023) | | |
| 109 | Dr. Stephen Pettigrew Response to Declarations (July 12, 2022) | | ECF 216-5 |
| 110 | Dr. Jonathan Rodden Expert Report (Feb. 7, 2023) | | |
| 111 | Dr. Lisa Schur Expert Report (Jan. 13, 2023) | | |
| 112 | Dr. Lisa Schur Rebuttal Report (Mar. 3, 2023) | | |
| 113 | Dr. Justin Grimmer Expert Report (Feb. 14, 2023) | | |
| 114 | SB 202 Votes - House Passage (Mar. 25, 2021) | USA-03968 | |
| 115 | SB 202 Votes - Senate Agreement to House Substitute (Mar. 25, 2021) | USA-03969 | |
| 116 | Georgia General Assembly - HB 244 Status History, https://www.legis.ga.gov/legislation/14446 | | |
| 117 | Excerpt from SB 202 Senate Floor Debate Transcript of Proceedings (Mar. 8, 2021) | AME 000939; AME_001041-43 (Sen. Jordan and Sen. Dugan) | |

| Ex. No. | Description | Bates Range | ECF No. |
|---|---|---|---|
| 118 | Excerpts from House Special Election Integrity Committee Transcript of Proceedings (Mar. 18, 2021) | AME_0001492; AME_001514-20 (Dennis); AME_001553-59 (Rep. Burnough, Rep. Fleming); AME_001577-001578 (Marks); AME_001590-92 (Marks); AME_001626-30 (Heard Cnty Elections Supervisor T. Adams) | |
| 119 | Excerpt from House Special Election Integrity Committee Transcript of Proceedings (Mar. 22, 2021) | AME_001698; AME_001717-19 (Rep. Burnough) | |
| 120 | Excerpt from SB 202 House Floor Debate Transcript of Proceedings (Mar. 25, 2021) | AME_001820; AME_001839-41 (Rep. Alexander) | |
| 121 | Excerpts from Senate Government Oversight Committee Transcript of Proceedings (Dec. 3, 2020) | AME_001918-19; AME_001931-36 (Germany); AME_001957-60 (Germany) | |
| 122 | Excerpt from Senate Judiciary Committee Subcommittee on Elections Transcript of Proceedings (Dec. 3, 2020) | AME_002100-01; AME_002331-34 (Giuliani) | |

| Ex. No. | Description | Bates Range | ECF No. |
|---|---|---|---|
| 123 | Senate Judiciary Election Law Study Subcommittee, Video of Proceedings (Dec. 3, 2020)[2] | USA-04100 | |
| 124 | House Governmental Affairs Committee Transcript of Proceedings (Dec. 10, 2020) | AME_002407; AME_002424-39 (PILF); AME_002497-2514 (Guiliani) | |
| 125 | Excerpt from House Special Election Integrity Committee Transcript of Proceedings (Feb. 4, 2021) | SOS0003131; SOS0003134-35 | |
| 126 | Excerpt from House Special Election Integrity Committee Transcript of Proceedings (Feb. 9, 2021) | SOS0003112; SOS0003117-18 | |
| 127 | Excerpts from House Special Election Integrity Committee Transcript of Proceedings (Feb. 18, 2021) | SOS0003033; SOS0003068 (Rep. Alexander) SOS0003080-83 | |

---

[2] Video exhibits will be provided to the Court on a hard drive.

| Ex. No. | Description | Bates Range | ECF No. |
|---|---|---|---|
| 128 | Excerpts from House Special Election Integrity Committee Transcript of Proceedings on HB 531 (Feb. 19, 2021) | AME_000089; AME 00099-0102 (Battles); AME_000107-11(Winichakul). AME_000202-09 (Richmond Cnty Elections Supervisor L. Bailey); AME_000220-24 (Cobb Cnty Elections Supervisor J. Eveler) AME_000228-29 (Lowndes Cnty Elections Supervisor D. Cox) AME_00235-39 (Heard Cnty Elections Supervisor T. Adams) | |
| 129 | Excerpts from House Special Election Integrity Committee Transcript of Proceedings on HB 531 (Feb. 22, 2021) | AME_000304; AME_000331-39 (Woodall); AME_000357-365 (Bartow Cnty Elections Supervisor J. Kirk) | |
| 130 | Excerpt from House Special Election Integrity Committee Transcript of Proceedings on HB 531 (Feb. 23, 2021) | SOS0002483; SOS0002495-98 (Bridges) | |

| Ex. No. | Description | Bates Range | ECF No. |
|---|---|---|---|
| 131 | Senate Ethics Committee Transcripts of Proceedings on HB 531 (Mar. 16, 2021) | AME_001349--1416 [AME_001352-54 (Woodall); AME_001373-75 (Kendoker); AME_001376-79 (Battles); AME_001409-11 (Ghazal);] | |
| 132 | Senate Ethics Committee Transcripts of Proceedings on HB 531 (Mar. 17, 2021) | AME_001419-51 | |
| 133 | Excerpt of Senate Ethics Committee Transcripts of Proceedings on HB 531 (Mar. 23, 2021) | AME_001738: AME_0011749-52 | |
| 134 | House Governmental Affairs Committee 2020 Primary Election Investigation Report | USA-03076-USA-03080 | |
| 135 | Senate Government Oversight Committee Meeting Notice (Dec. 3, 2020) | USA-03298 | |
| 136 | Senate Judiciary Election Law Study Subcommittee Meeting Notice (Dec. 3, 2020) | USA-03299 | |
| 137 | House Governmental Affairs Committee Meeting Notice (Dec. 10, 2020) | USA-03184 | |
| 138 | House Governmental Affairs Committee Meeting Notice (Dec. 23, 2020) | USA-03185 | |
| 139 | Senate Judiciary Election Law Study Subcommittee Meeting Notice (Dec. 30, 2020) | USA-03323 | |
| 140 | Report of the Senate Election Law Study Subcommittee (Dec. 30, 2020) | USA-03328 - USA-03342 | |
| 141 | House Special Committee on Election Integrity Meeting Notice (Feb. 4, 2021) | USA-03187 | |

| Ex. No. | Description | Bates Range | ECF No. |
|---------|-------------|-------------|---------|
| 142 | SEB Emergency Rule 183-1-14-0.6.14 adopted during Apr. 15, 2020, meeting | USA-04333 - USA-04334 | |
| 143 | SEB Emergency Rule 183-1-14-0.8-.14 adopted during July 1, 2020, meeting | USA-04339 – USA -04340 | |
| 144 | SEB Emergency Rule 183-1-14-0.8-.14 adopted during Nov. 23, 2020, meeting | USA-04347- USA-04348 | |
| 145 | Excerpt from State Election Board Hearing Transcript (Apr. 15, 2020) | USA-00653-54; USA-00681 - USA-00687 | |
| 146 | Excerpt from State Election Board Hearing Transcript (July 1, 2020) | USA-00736-37; USA-00765 - USA-00769 | |
| 147 | State Election Board Hearing Minutes (Nov. 23, 2020) | CDR00107194-95 | |
| 148 | Report of Investigation SEB2020-262, Cobb County- Food Truck at Polling Location | CDR00000367-79 | |
| 149 | Excerpts of Georgia State Election Board Meeting Transcript (Feb. 7, 2023) | | |
| 150 | Summary of State Election Board Meeting, Tuesday February 7, 2023 [Pls. Depo Ex. 218] | | |
| 151 | Election Assistance Commission, Ballot Drop Box information. https://www.eac.gov/sites/default/files/electionofficials/vbm/Ballot_Drop_Box.pdf | | |
| 152 | HB 316 As Passed, https://www.legis.ga.gov/api/legislation/document/20192020/184671 | | |
| 153 | Georgia General Assembly - HB 316 Status History, https://www.legis.ga.gov/legislation/54991 | | |

| Ex. No. | Description | Bates Range | ECF No. |
|---|---|---|---|
| 154 | Georgia General Assembly  - Legislation Search 2019-2020 Regular Session, https://www.legis.ga.gov/search?k=&s=27&t=21&p=1 https://www.legis.ga.gov/search?k=&s=27&t=21&p=2 https://www.legis.ga.gov/search?k=&s=27&t=21&p=3 https://www.legis.ga.gov/search?k=&s=27&t=21&p=4 | | |
| 155 | Georgia General Assembly - House Committee on Governmental Affairs Committee Members 2021, https://www.legis.ga.gov/committees/house/92?session=1029 | | |
| 156 | Georgia General Assembly - House Committee on Governmental Affairs Committee Members 2019, https://www.legis.ga.gov/committees/house/92?session=27 | | |
| 157 | Secure, Accessible & Fair Elections (SAFE) Commission Report Submitted to the General Assembly (Jan. 10, 2019), https://sos.ga.gov/sites/default/files/2022-03/safe_commission_report_final_1-10-18.pdf | | |
| 158 | Elections Safeguards: SAFE Commission. Georgia Secretary of State, https://sos.ga.gov/page/elections-safeguards | | |
| 159 | House Governmental Affairs Elections Subcommittee Meeting Notice (February 19, 2019), https://www.house.ga.gov/Documents/Agendas/Governmental%20Affairs/2-19-19%20GOVERNMENTAL%20AFFAIRS%20ELECTION%20SUBCOMMITTE%20MEETING%20NOTICE.pdf | | |
| 160 | House Governmental Affairs Elections Subcommittee Meeting Notice (February 20, 2019), https://www.house.ga.gov/Documents/Agendas/Governmental%20Affairs/02-20-19GOVERNMENTAL%20AFFAIRS%20ELEC%20SUBCOMMITTE%20MEETING.pdf | | |

| Ex. No. | Description | Bates Range | ECF No. |
|---|---|---|---|
| 161 | House Governmental Affairs Elections Subcommittee Meeting Notice (February 21, 2019), https://www.house.ga.gov/Documents/Agendas/Governmental%20Affairs/2-21-19Governmental%20Affairs%20Elections%20Subcommittee.pdf | | |
| 162 | House Governmental Affairs Meeting Notice (February 21, 2019), https://www.house.ga.gov/Documents/Agendas/Governmental%20Affairs/2-21-19Govenmental%20Affairs.pdf | | |
| 163 | Senate Ethics Subcommittee on Elections and Voting Meeting Notice (February 28, 2019), http://www.senate.ga.gov/committees/Documents/ETHICS%20Feb%2028%202.pdf | | |
| 164 | Senate Ethics Subcommittee on Elections and Voting Meeting Notice (March 4, 2019), http://www.senate.ga.gov/committees/Documents/EthicsSub3-4.pdf | | |
| 165 | Senate Ethics Committee Meeting Notice (March 4, 2019), http://www.senate.ga.gov/committees/Documents/ETHICS%20Mar%204%20(1).pdf | | |
| 166 | Senate Ethics Committee Meeting Notice (March 6, 2019), http://www.senate.ga.gov/committees/Documents/Ethics3-6-19.pdf | | |
| 167 | House Governmental Affairs Elections Subcommittee, Video of Proceedings (Feb. 19, 2019).  https://www.youtube.com/watch?v=0eAe3YpLVbs&list=PLIgKJe7_xdLXdPK0QRJ3d0SobsoioRiCc&t=1151s[3] | | |
| 168 | SB 403 (2018), https://www.legis.ga.gov/legislation/52638 | | |

---

[3] Video exhibits will be provided to the Court on a hard drive.

| Ex. No. | Description | Bates Range | ECF No. |
|---|---|---|---|
| 169 | U.S. Census Bureau, "TOTAL POPULATION," American Community Survey, ACS 5-Year Estimates Selected Population Detailed Tables, Table B01003, 2021, https://data.census.gov/table/ACSDT5YSPT2021.B01003?t=451:453&g=040XX00US13_050XX00US13051,13063,13067,13089,13097,13121,13135,13247&tp=true. Accessed on January 15, 2024. | | |
| 170 | Ga. Sec'y of State, Official Results of the Nov. 3, 2020, General Election. https://results.enr.clarityelections.com/GA/105369/web.264614/#/summary | | |
| 171 | Ga. Sec'y of State, Official Results of the November 3, 2020, General Election Recount, https://results.enr.clarityelections.com/GA/107231/web.264614/#/summary | | |
| 172 | Ga. Sec'y of State, Official Results of the Jan. 5, 2021, Special Runoff Election. https://results.enr.clarityelections.com/GA/107556/web.264614/#/summary | | |
| 173 | Stephen Fowler, *See where Georgians used drop boxes in the 2020 presidential election*, Georgia Public Broadcasting (Sept. 2, 2022), https://www.gpb.org/news/2022/09/02/see-where-georgians-used-drop-boxes-in-the-2020-presidential-election | | |
| 174 | Total Absentee Ballots Collected by Drop Box, Georgia Public Broadcasting spreadsheet (Sept. 2, 2022), https://www.gpb.org/news/2022/09/02/see-where-georgians-used-drop-boxes-in-the-2020-presidential-election | | |
| 175 | Gabriel Sterling's Press Conference, CBS46 clip (Dec. 1, 2020) [4] | USA-04144 | |
| 176 | Georgia Final 2020 Presidential Recount Results, C-SPAN video (Dec. 7, 2020) | USA-04141 | |

---

[4] Video exhibits will be provided to the Court on a hard drive.

| Ex. No. | Description | Bates Range | ECF No. |
|---|---|---|---|
| 177 | Trump Call to Frances Watson, Chief Investigator, Washington Post video (Dec. 23, 2020) | USA-04279 | |
| 178 | Call from former President Donald Trump to Georgia Sec. of State Brad Raffensperger, Washington Post video (Jan. 2, 2021) | USA-04281 | |
| 179 | House Speaker David Ralston Press Conference video (Jan. 7, 2021) | USA-04138 | |
| 180 | Live Call-In with House Speaker David Ralston, YouTube video (Apr. 1, 2020) | USA-04145 | |
| 181 | Geoff Duncan, *Georgia's GOP lieutenant governor, says Giuliani's false fraud claims helped lead to restrictive voting law*, CNNPolitics video (Apr. 8, 2021) | USA-04134 | |
| 182 | SOS News & Announcements, Raffensperger Encourages Absentee Ballot Voting as COVID-19 Precautions Result in Long Wait Times at the Ballot Box (May 20, 2020) | USA-10908 - USA-10911 | |
| 183 | Ga. SOS Press Release, "Secretary of State Raffensperger Unveils New Online Absentee Ballot Request Portal," (Aug. 31, 2020) | CDR00210329-31 | |
| 184 | Email thread J. Fuchs to SOS Staff, "Fwd: Final Poll Results: GA Statewide Survey" (Oct. 28, 2020) [Pls. Depo Ex. 389] | CDR01357171-73 | |
| 185 | Email from S. Teasley to Rep. Blackmon, "Voter Absentee File" (Nov. 11, 2020) | CDR01369749 | |
| 186 | Barry Fleming, *Guest Column: Republican Party wins on Election Day, and future is bright*, Augusta Chronicle (Nov. 15, 2020) | USA-04158 - USA-04177 | |
| 187 | Email from H. McCloud to SOS staff, "FW: 11.19.2020 - Election FAQs for Representatives" (Nov. 19, 2020) [Pls. Depo Exhibit 65] | CDR00146327-44 | |
| 188 | Email from H. McCloud to General Assembly, "12.01.2020 - Secretary of State Election Update" (Dec. 1, 2020) [Pls. Depo Exhibit 66] | CDR00464854-56 | |

| Ex. No. | Description | Bates Range | ECF No. |
|---|---|---|---|
| 189 | Email thread H. McCloud to Legislators, "Re: Data from the SOS on the Presidential Results" with attachment (Dec. 23, 2020) [Pls. Depo Exhibit 77] | CDR00063983-86 | |
| 190 | Email from H. McCloud to General Assembly, "12.04.2020 - Secretary of State Election Update - State Farm Video Debunked by WSBTV" (Dec. 4, 2020) [Pls. Depo Ex. 79] | CDR00463567-69 | |
| 191 | Email from R. Germany to SOS staff, "Re: draft statement" (Dec. 10, 2020) [Pls. Depo Ex. 214] | CDR00059322-23 | |
| 192 | Email from H. McCloud to Members of the Georgia General Assembly "Re 12.14.2020 - Secretary of State Election Update" (Dec. 14-15, 2020) [Pls. Depo Ex. 67] | CDR00216110-12 | |
| 193 | Email from T. Edwards to Legislators, "ACCG Draft Election Bills" (Dec. 18, 2020) | USA-EDWARDS-00000316-17 | |
| 194 | Email from R. Germany to SOS staff, "Fwd: THE_FINAL REPORT.PDF" (Dec. 21, 2020) | CDR00008853-68 | |
| 195 | Dr. Andrés Tijerina Expert Report (Jan. 13, 2023) | | |
| 196 | Email from H. McCloud to General Assembly, "Information from the Office of the Secretary of State: 2020 Presidential Compiled Results Data" with attachment (Dec. 28, 2020) [Pls. Depo Ex. 78] | CDR00099553-54 | |
| 197 | Email thread G. Sterling to SOS staff, "Re: FYI - Wednesday 12/30: Senate Judiciary - Elections Subcommittee Meeting" (Dec. 28, 2020) [Pls. Depo Ex. 73] | CDR00059366-67 | |
| 198 | Email from R. Germany to SOS staff, "talking points" (Jan. 3, 2022) | CDR00056863-64 | |
| 199 | Geoff Duncan, *GOP 2.0* 105-123 (2021) | USA-04191 - USA-04200 | |

| Ex. No. | Description | Bates Range | ECF No. |
|---|---|---|---|
| 200 | B. Raffensperger letter to Congressmen and Senator Loeffler, "RE: Point by Point Refutation of False Claims about Georgia Elections" (Jan. 6, 2021) | CDR00119748-57 | |
| 201 | Email from L. Bailey to election officials, "RE: [EXTERNAL] Re: New Legislation" (Feb. 11, 2021) [Pls. Depo Ex. 15] | COBB023361-64 | |
| 202 | Email from T. Adams to House Special Committee on Election Integrity members, "HB 270" (Feb. 10, 2021) [Pls. Depo Ex. 93] | USA-ADAMS-000062.0001-02 | |
| 203 | Georgia Republican Party Election Confidence Task Force Report | GAGOP_0002902-11 | |
| 204 | Email from R. Germany to L. Bailey, N. Boren, and J. Eveler, "draft legislation" (Feb. 18, 2021) | COBB023443 | |
| 205 | Email from H. McCloud to Chairman Burns, "RE: Voters who have a DL or voter ID associated with their voter registration number" (Feb. 18, 2021) | CDR01369683 | |
| 206 | Email from H. McCloud to SOS staff, "RE: Ethics Chair Max Burns - Data Request RE SB 67" (Feb. 18, 2021) [Pls. Depo Ex. 83] | CDR00043461-62 | |
| 207 | Email thread R. Germany to E. Stiles, Sen. Dugan's Chief of Staff, "RE: Edits to LC 28 0244" (Feb. 26-28, 2021) | CDR00062772-74 | |
| 208 | Email from B. Evans to Q. Felder, "RE: ORR #21-97 - Logan Churchwell" with attachment (Mar. 1, 2021) [Pls. Depo Ex. 166] | CDR00044825-29 | |
| 209 | Email from T. Adams to Senators, "Elections Officials' view of election bills" with attachment (Mar. 8, 2021) [Pls. Depo Ex. 100] | USA-ADAMS-000053.0001 - USA-ADAMS-000054.0016 | |
| 210 | Email thread L. Bailey to election officials, "Apologies!!" (Mar. 9, 2021) | COBB032462-67 | |
| 211 | Email thread L. Bailey to election officials, "RE: [EXTERNAL] Final Election Bill Status on Crossover Day - Get Ready" (Mar. 9, 2021) | COBB032414-17 | |

| Ex. No. | Description | Bates Range | ECF No. |
|---------|-------------|-------------|---------|
| 212 | Email thread L. Ledford to election officials, "RE: [EXTERNAL] Final Election Bill Status on Crossover Day - Get Ready " (Mar. 9, 2021) | COBB032406-09 | |
| 213 | Email thread R. Barron to election officials, "Re: [EXTERNAL] Final Election Bill Status on Crossover Day - Get Ready" (Mar. 9, 2021) | COBB032418-21 | |
| 214 | Email thread C. Sosebee to election officials, "RE: [EXTERNAL] Final Election Bill Status on Crossover Day - Get Ready " (Mar. 9, 2021) | COBB032572-78 | |
| 215 | Email from A. Horvath to SOS staff, "03.10.2021 - Legislative Update Day 30" with attachment (Mar. 10, 2021) | CDR00466535-79 | |
| 216 | Email from T. Adams to Representatives, "Election Bills input from election officials" with attachment (Mar. 10, 2021) | USA-ADAMS-000026.0001 - USA-ADAMS-000027.0016 | |
| 217 | Email from R. Germany to J. Eveler, "RE: LC 28 0300S - substitute for SB 241 & HB 531" (Mar. 11, 2021), [Pls. Depo Ex. 234] | CDR00009771-73 | |
| 218 | Email thread with J. Lanier, J. Pico-Prats, B. Tyson, R. Germany, and Representative Fleming, "RE: Edits to LC 28 0313S" (Mar. 14-15, 2021) | CDR00157637-40 | |
| 219 | Email from L. Bailey to election officials, "Latest version of legislation" (Mar. 17, 2021) | COBB033033 | |
| 220 | Email thread R. Barron to election officials, "Re: [EXT] Fwd: LC 28 0300S - substitute for SB 241 & HB 531" (Mar. 18, 2021) | COBB024251-53 | |
| 221 | Email from L. Bailey to Representative Fleming, "Input to Legislation" (Mar. 18, 2021) [Pls. Depo Ex. 13] | BAILEY-000028-29 | |
| 222 | Email thread J. Kirk to J. Eveler, "RE: LC 28 0300S - substitute for SB 241 & HB 531" (Mar. 19, 2021) [Pls. Depo Ex. 31] | COBB024273-75 | |
| 223 | Email from J. Eveler to election officials, "RE: Latest version of SB 202" (Mar. 19, 2021) | COBB024284-85 | |

| Ex. No. | Description | Bates Range | ECF No. |
|---|---|---|---|
| 224 | Email from J. Kirk to House Special Committee on Election Integrity members, "Comments from Election Supervisor on Substitute to SB 202" (Mar. 21, 2021) | USA-ADAMS-000043.0001 – 000043.0003 | |
| 225 | Email from J. Kirk to Senate Ethics Committee members, "Comments from Election Supervisor on Substitute to HB 531" (Mar. 21, 2021) | USA-ADAMS-000044.0001 – 000044.0002 | |
| 226 | Email from P. Nguyen to Rep. Fleming and legislative staff, "Advancing Justice-Atlanta testimony on SB 202" with attachment (Mar. 22, 2021) | AJATL-SB202-00001185-87 | |
| 227 | Email from T. Edwards to Legislators, "ACCG Election Bills Comments to Leadership" (Mar. 23, 2021) with attachment | USA-EDWARDS-00000228-31 | |
| 228 | Email from B. Evans to SOS staff, "Provisional Ballot 2016 to 2018 to 2020 from Surveys.xlsx" (Mar. 25, 2021) [Pls. Depo Exhibit 168] | CDR00044731-32 | |
| 229 | Dr. Daniel G. Chatman Sur-Rebuttal Report (March 3, 2023) | | |
| 230 | Ryan Germany Text Messages [Pls. Depo Exhibit 209] | | |
| 231 | Email from R. Sinners to SOS Staff, "Morning Reads - 12/2/21" (Dec. 2, 2021) | CDR00024677-84 | |
| 232 | Poll Worker Manual, May 2021 | CDR01369922 - 70025 | |
| 233 | Performance Review Board Report on Fulton County Elections (Jan. 13, 2022) | | |
| 234 | U.S. House of Representatives Hearing before the Select Committee to Investigate the January 6th Attack on the United States Capitol, U.S. Government Publishing Office (June 21, 2022), https://www.govinfo.gov/content/pkg/CHRG-117hhrg49352/pdf/CHRG-117hhrg49352.pdf | | |
| 235 | Fulton County Advance Voting Hours and Locations 2022 General Election | FULTON-COUNTY-SB202-00033198 | |

| Ex. No. | Description | Bates Range | ECF No. |
|---|---|---|---|
| 236 | Numbered List of Provisional/Challenged Voters Form [Pls. Depo Ex. 482] | USA-BUTTS-000005.0001 | |
| 237 | Absentee Ballot Application Cure Affidavit Form and notice (produced by DeKalb County Defendants) [5] | DELKALB020319-20 | |
| 238 | Absentee Ballot Envelope Rough Draft | CDR00125708 | |
| 239 | Athens-Clarke County Procedures for Responding to Voter Challenges | CDR01373466-69 | |
| 240 | Gwinnett County Procedures for Responding to Voter Challenges | CDR01374686-90 | |
| 241 | DeKalb County Procedures for Responding to Voter Challenges | CDR01376030-33 | |
| 242 | Official Election Bulletin, Managing Challenged Voters at In-Person Voting Locations (Oct. 11, 2022) | CDR01374757-60 | |
| 243 | Official Election Bulletin, CLARIFICATION: Managing Challenged Voters at In-Person Voting Locations | FULTON-COUNTY-SB202-00039219 | |
| 244 | Gwinnett County Board of Registration and Elections Meeting Minutes (Mar. 16, 2022) | GC013493-99 | |
| 245 | Gwinnett County Board of Registrations and Elections Meeting Minutes (Aug. 11, 2022) | GC013403-06 | |
| 246 | Gwinnett County Board of Registrations and Elections Regular Meeting Minutes (July 20, 2022) | GC013446-51 | |
| 247 | Gwinnett County Board of Registrations and Elections Meeting Minutes (Sept. 21, 2022) | GC013407-12 | |
| 248 | Gwinnett County Board of Registrations and Elections Meeting Minutes (Oct. 3, 2022) | GC013500-02 | |

[5] Document was produced in native format.

| Ex. No. | Description | Bates Range | ECF No. |
|---|---|---|---|
| 249 | Fulton County Mobile Voting Schedule [Pls. Depo Ex. 309] | FULTON-COUNTY-SB202-00079055-56 | |
| 250 | GA Department of Driver Services' Field Operations Manager's Bulletin [Pls. Depo Ex. 425] | | |
| 251 | Georgia NAACP, Leadership, www.georgianaacp.org | | |
| 252 | Excerpts from Transcript of Preliminary Injunction Proceedings (Sept. 22, 2023) | | ECF 677 |
| 253 | Excerpts from Transcript of Preliminary Injunction Proceedings (July 18, 2022) | | ECF 234 |
| 254 | Hall County Defendants' Responses to AME Plaintiffs First Interrogatories (Jan. 11, 2023) | | |
| 255 | State Defs.' Responses and Objections to CBC Pls.' First Interrogatories | | |
| 256 | Declaration of Cynthia Battles with exhibits (Jan. 8, 2024) | | |
| 257 | Declaration of Dwight Brower (Jan. 18, 2024) | | |
| 258 | Declaration of Melody Bray (May 9, 2022) | | ECF 171-3 |
| 259 | Declaration of Rhonda Briggins (May 20, 2022) | | ECF 171-4 |
| 260 | Supplemental Declaration of Rhonda Briggins (Apr. 17, 2023) | | ECF 535-10 |
| 261 | Declaration of Dwight Brower (May 23, 2022) | | ECF 171-5 |
| 262 | Declaration of Ebony Brown (June 3, 2022) | | |
| 263 | Declaration of Helen Butler with exhibits (May 14, 2023) | | ECF 548-16 |

| Ex. No. | Description | Bates Range | ECF No. |
|---|---|---|---|
| 264 | Declaration of Helen Butler with exhibits (Jan. 11, 2024) | | |
| 265 | Declaration of Melinee Calhoun (May 19, 2023) | | ECF 566-12 |
| 266 | Declaration of Patricia Chicoine (Mar. 21, 2023) | | |
| 267 | Declaration of Tonia Clarke (May 19, 2022) | | ECF 171-6 |
| 268 | Declaration of Preye Cobham, Esq. (May, 11, 2022) | | ECF 171-7 |
| 269 | Declaration of Kendra Cotton (May 25, 2023) | | ECF 566-13 |
| 270 | Declaration of Raymond Omar Daniel (May 18, 2023) | | ECF 566-14 |
| 271 | Declaration of Treaunna ("Aunna") Dennis (May 24, 2022) | | ECF 171-26 |
| 272 | Declaration of Treaunna ("Aunna") Dennis (May 16, 2023) | | ECF 548-15 |
| 273 | Declaration of Jauan Durbin (June 2, 2022) | | ECF 185-4 |
| 274 | Declaration of Hansel Enriquez (May 10, 2022) | | ECF 171-8 |
| 275 | Declaration of Earnestine Floyd (Jan. 15, 2023) | | |
| 276 | Declaration of Esohe Galbreath (June 3, 2022) | | ECF 185-8 |
| 277 | Declaration of Sherrill Gammon with exhibit (Dec. 12, 2023) | | |
| 278 | Declaration of James Gaymon (May 8, 2022) | | ECF 171-9 |
| 279 | Declaration of Gerardo Gonzalez (May 15, 2023) | | ECF 548-14 |

| Ex. No. | Description | Bates Range | ECF No. |
|---|---|---|---|
| 280 | Declaration of Desaree Green (Nov. 27, 2022) | | |
| 281 | Declaration of Gerald Griggs (May 24, 2022) | | ECF 171-27 |
| 282 | Declaration of Gerald Griggs (May 16, 2023) | | ECF 548-12 |
| 283 | Declaration of Wendell Halsell (Apr. 2023) | | ECF 546-14 |
| 284 | Declaration of Matt Hargroves (May 10, 2023) | | |
| 285 | Declaration of Mary-Pat Hector (May 16, 2023) | | ECF 547-7 |
| 286 | Declaration of Mary-Pat Hector (June 3, 2022) | | ECF 185-3 |
| 287 | Declaration of Nichola Hines (Jan. 12, 2024) | | |
| 288 | Declaration of Billy Honor (May 16, 2023) | | ECF 547-6 |
| 289 | Declaration of Reginald T. Jackson (May 20, 2022) | | ECF 171-10 |
| 290 | Supplemental Declaration of Reginald T. Jackson (Apr. 17, 2023) | | ECF 535-11 |
| 291 | Declaration of Christopher G. Johnson (June 2, 2022) | | ECF 185-7 |
| 292 | Declaration of Sylvester Johnson (Apr. 10, 2023) | | ECF 566-16 |
| 293 | Declaration of Donald Jumper (Jan. 28, 2023) | | ECF 566-17 |
| 294 | Declaration of Murtaza Khwaja (Jan. 12, 2024) | | |
| 295 | Declaration of Glory Kilanko (May 12, 2022) | | ECF 171-12 |

| Ex. No. | Description | Bates Range | ECF No. |
|---|---|---|---|
| 296 | Declaration of Glory Kilanko (Apr. 19, 2023) | | ECF 535-14 |
| 297 | Declaration of Monica Kinard (May 9, 2022) | | ECF 171-13 |
| 298 | Declaration of Shafina Khabani (May 20, 2022) | | ECF 171-11 |
| 299 | Declaration of Shafina Khabani (Apr. 13, 2023) | | ECF 535-12 |
| 300 | Declaration of Sebastian Mason (Jan. 28, 2023) | | ECF 566-19 |
| 301 | Declaration of Jessica Mathis (Oct. 24, 2023) | | |
| 302 | Declaration of Shannon Mattox (Apr. 13, 2023) | | ECF 535-13 |
| 303 | Declaration of Shannon Mattox (May 11, 2023) | | ECF 546-6 |
| 304 | Declaration of Cy Mayes (May 11, 2022) | | ECF 171-14 |
| 305 | Declaration of Devon Orland with exhibits (May 3, 2023) | | ECF 546-7 |
| 306 | Declaration of Nikolaos Papadopoulous (July 5, 2023) | | ECF 594-3 |
| 307 | Declaration of Tayleece Paul (May 12, 2022) | | ECF 171-15 |
| 308 | Declaration of Laurence F. Pulgram with exhibits (Jan. 9, 2024) | | |
| 309 | Declaration of Stacey Ramirez (May 11, 2022) | | ECF 171-16 |
| 310 | Declaration of Janie Robinson (May 11, 2022) | | ECF 171-17 |

| Ex. No. | Description | Bates Range | ECF No. |
|---|---|---|---|
| 311 | Declaration of Susannah Scott (May 15, 2023) | | ECF 548-13 |
| 312 | Declaration of Tamara Scott (May 9, 2022) | | ECF 171-18 |
| 313 | Declaration of Rev. Stanley Smith (Aug. 18, 2023) | | ECF 618-5 |
| 314 | Declaration of Hope Sims Sutton (May 11, 2022) | | ECF 171-19 |
| 315 | Declaration of Brenda Tharpe (May 23, 2022) | | ECF 171-20 |
| 316 | Declaration of Empish Thomas | | |
| 317 | Declaration of Suzanne "Zan" Thornton (May 5, 2023) | | ECF 546-13 |
| 318 | Declaration of Jacqueline Wiley (May 15, 2023) | | |
| 319 | Declaration of Reverend James Woodall (Mar. 13, 2023) | | ECF 566-22 |
| 320 | Final Judgment, *Freeman v. Giuliani*, No. 21-cv-3354 BAH (D.D.C. 2023) ECF No. 142 | | |
| 321 | Accusation, *Georgia v. Ellis*, No. 23SC188947 (Ga. Sup. Ct. 2023) | | |
| 322 | Motion to Nolle Prosequi, *Georgia v. Ellis*, No. 23SC188947 (Ga. Sup. Ct. 2023) | | |
| 323 | Order of Nolle Prosequi, *Georgia v. Ellis*, No. 23SC188947 (Ga. Sup. Ct. 2023) | | |
| 324 | Excerpts from Deposition of Dr. Bernard L. Fraga taken May 10, 2023 | | ECF 745 |
| 325 | Excerpts from the Oral Argument from Wood v. Raffensperger (Nov. 19, 2020) | | |
| 326 | Excerpts of NGP v. Raffensperger - Defs.' Resps. to 1st ROGs (May 16, 2022) | | |

| Ex. No. | Description | Bates Range | ECF No. |
|---|---|---|---|
| 327 | Excerpts of ACC Responses to AME ROGS (Jan. 11, 2023) | | |
| 328 | Excerpts of Chatham Board of Registrars' Resp. to Plaintiff's 1st ROGs (Jan. 23, 2023) | | |
| 329 | Excerpts of Cobb Cty Resp. to AME 1st ROGs (Jan. 20, 2023) | | |
| 330 | Excerpts of Fulton Cty Defendants' Resp.s to Plaintiffs 1st ROGs (Jan. 11, 2023) | | |
| 331 | Excerpts of Richmond Cty Resp. to AME 1st ROGs (Jan. 10, 2023) | | |
| 332 | Georgia Active Voters Report from the GA SOS website, as visited on May 14, 2023: https://sos.ga.gov/georgia-active-voters-report | | |
| 333 | Declaration of Billy Honor (June 3, 2022) | | ECF 185-5 |
| 334 | Michael Kaplan et al., *Eligible Voters Are Being Swept Up in Conservative Activists' Efforts to Purge Voter Rolls*, CBS News (Dec. 4, 2023). | | |
| 335 | DeKalb Board of Registration and Elections October 25, 2023, Meeting Minutes | | |
| 336 | Fulton County Board of Registration and Elections March 16, 2023, Meeting Minutes | | |
| 337 | Forsyth County Board of Voter Registrations & Elections September 6, 2022, Regular Monthly Meeting Minutes | | |
| 338 | Forsyth County Board of Voter Registrations and Elections Supplemental Process-Guidance for Voter Challenges Submitted Pursuant to O.C.G.A. § 21-2-229 and O.C.G.A. § 21-2-230 | | |
| 339 | Consent Order, Cook v. Cobb Cnty. Bd. of Elections & Registration (Ga. Super. Ct. Nov. 7, 2022) | | |

| Ex. No. | Description | Bates Range | ECF No. |
|---|---|---|---|
| 340 | Interlocutory Injunction, Crowell v. Cobb Cnty. Bd. of Elections & Registration (Ga. Super. Ct. Dec. 2, 2022) | | |
| 341 | Dr. Bernard L. Fraga Supplemental Declaration (January 16, 2024) | | |
| 342 | Total Population in Georgia by County and by Race, U.S. Census Bureau, https://link.edgepilot.com/s/f338f835/ta0KR88PgEimJZWrbNAI7Q?u=https://data.census.gov/table/ACSDT5Y2021.B03002?g=040XX00US13%240500000%26y=2021%26d=ACS%25205-Year%2520Estimates%2520Detailed%2520Tables (last visited Jan. 16, 2024). | | |
| 343 | Gwinnett Cty Resp. to AME 1st ROGs (Jan. 24, 2023) | | |
| 344 | Excerpt from Senate Judiciary Committee Subcommittee on Elections Transcript of Proceedings (Dec. 30, 2020) | AME_002875; AME_002894-99 (Halliburton) | |
| 345 | Supplemental Declaration of Reverend James Woodall (Jan. 18, 2024) | | |
| 346 | State Defendant's Responses to AME's 2nd Requests for Admissions | | |
| 347 | Excerpt from Senate Ethics Committee Transcripts of Proceedings (Mar. 22, 2021) | AME_001640; AME_001674-77 | |
| 348 | Declaration of Mark Julius Burns (May 9, 2023) | | |
| 349 | Excerpts from Deposition of Dr. Lisa A. Schur taken Apr. 17, 2023 | | |