IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.:<br>1:21-MI-55555-JPB |

**STATE DEFENDANTS' UNOPPOSED MOTION
TO EXTEND DEADLINE TO FILE REPLIES IN SUPPORT OF
MOTIONS FOR SUMMARY JUDGMENT**

State Defendants respectfully request that the Court extend their deadline to file replies in support of motions for summary judgment. Those replies are currently due by March 29, 2024. [Doc. 580]. For the reasons set forth below, State Defendants request that the Court extend that deadline to May 14, 2024. The Parties have conferred, and the Intervenor Defendants consent to the requested extension,[1] and the Plaintiffs do not oppose the requested relief.

There is good cause to grant the requested relief. Summary judgment briefing in this case has been extensive. On October 30, 2023, State Defendants filed seven motions for summary judgment. On January 19, 2024, Plaintiffs filed their oppositions to summary judgment. Pursuant to the Court's June 16, 2023 Order, State Defendants' replies are due by March 29,

---

[1] Additionally, Intervenor Defendants request that their deadline to file a reply is similarly extended if the Court grants State Defendants' motion.

2024. [Doc. 580]. However, several recent developments confirm that State Defendants require additional time to draft replies that thoroughly address the various issues raised in this matter.

For instance, the Court granted Plaintiffs' request for leave to file an additional 160 pages of summary judgment oppositions—increasing their page limit from 390 pages to 550 pages. [Min. Order Jan. 16, 2024]. That substantially increases the amount of material the State Defendants must address in their replies.

Additionally, on January 31, 2024, the United States filed a statement of interest regarding the applicable standard for claims brought under the Americans with Disabilities Act ("ADA"). [Doc. 834]. State Defendants must also respond to that filing in each reply that addresses ADA claims.

Moreover, on February 6, 2024, the United States filed a motion to intervene in one of the consolidated cases in order to assert a new discriminatory intent claim. [Doc. 838]. As State Defendants explained [Doc. 842], that intervention motion expands the scope of the claims in this case, requiring State Defendants to spend additional time addressing those new allegations in the reply briefs.[2]

---

[2] As State Defendants explained in their opposition to the motion to intervene, additional discovery may also be needed with respect to these new discriminatory intent claims that the United States seeks to advance.

In addition to those tasks, State Defendants must also devote substantial time to tasks in several of the related SB 202 cases. For instance, State Defendants are diligently drafting their summary judgment motion in *Vote.org v. Georgia State Election Board*, No. 1:22-cv-1734 (JPB), which is due by March 7, 2024. Additionally, State Defendants are preparing for trial in *VoteAmerica v. Raffensperger*, No. 1:22-cv-1390 (JPB), which is scheduled to begin on April 15, 2024, and where the parties are actively engaged in pretrial briefing.

To ensure that State Defendants have sufficient time to address each of these matters, they respectfully request that the Court enter the accompanying proposed order, which extends the deadline to file replies in support of motions for summary judgment until May 14, 2024.

Respectfully submitted this 20th day of February, 2024.

Christopher M. Carr
Attorney General
Georgia Bar No. 112505
Bryan K. Webb
Deputy Attorney General
Georgia Bar No. 743580
Russell D. Willard
Senior Assistant Attorney General
Georgia Bar No. 760280
**State Law Department**
40 Capitol Square, S.W.
Atlanta, Georgia 30334

*/s/ Gene C. Schaerr*
Gene C. Schaerr*
Special Assistant Attorney General

Erik Jaffe*
H. Christopher Bartolomucci*
Donald M. Falk*
Brian J. Field*
Edward H. Trent*
Cristina Martinez Squiers*
Nicholas P. Miller*
Annika B. Barkdull*
**SCHAERR | JAFFE LLP**
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com

*Admitted pro hac vice*

Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com.
Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
**Taylor English Duma LLP**
1600 Parkwood Circle
Suite 200
Atlanta, Georgia 30339
(678) 336-7249

*Counsel for State Defendants*

4