# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| GEORGIA STATE CONFERENCE OF THE NAACP, *et al.*,<br>        *Plaintiffs,*<br>v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br>        *Defendants,*<br><br>REPUBLICAN NATIONAL COMMITTEE, *et al.*,<br>        *Intervenor-Defendants.* | Civil Action No.: 1:21-cv-01259-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, *et al.*,<br>        *Plaintiffs,*<br>v.<br><br>BRIAN KEMP, *et al.*,<br>        *Defendants,*<br><br>REPUBLICAN NATIONAL COMMITTEE, *et al.*,<br>        *Intervenor-Defendants.* | Civil Action No.: 1:21-cv-01284-JPB |

**GEORGIA STATE CONFERENCE OF THE NAACP AND AME PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY TO MOTION FOR SUMMARY JUDGMENT CONCERNING IMMATERIAL VOTING REQUIREMENT CLAIM**

The Georgia NAACP Plaintiffs and the AME Plaintiffs (collectively, "Plaintiffs") respectfully request leave to file a surreply to State Defendants' Reply Supporting Their Motion for Summary Judgment on Absentee Ballot Provision Claims and Intervenors' Reply Brief in Support of Motion for Summary Judgment. ECF Nos. 856, 859.  A surreply is necessary to address State Defendants' and Intervenors' (collectively, "Defendants") new arguments concerning *Pennsylvania State Conference of NAACP Branches v. Secretary Commonwealth of Pennsylvania*, 97 F.4th 120 (3d Cir. 2024) that issued after Plaintiffs filed their opposition.

## FACTUAL BACKGROUND

On August 18, 2023, the Court issued its preliminary injunction order that enjoined the disenfranchisement of qualified voters due to immaterial paperwork errors on absentee ballot return envelopes.  ECF No. 613 ("Preliminary Injunction Ruling").  The Court found Plaintiffs had shown a substantial likelihood of success on the merits of their claims that the date of birth requirement on absentee ballot return envelopes violated the Voting Rights Act's Materiality Provision, 52 U.S.C. § 10101(a)(2)(B).  ECF No. 613 at 22-23.

On October 30, 2023, Defendants filed motions for summary judgment on absentee ballot claims (ECF Nos. 761, 763), arguing in part that "the Voting Rights Act's materiality provision applies only to determinations of whether a voter is qualified to vote, not to the mechanics of voting."  ECF No. 763 at 87; *see also* ECF

1

No. 761-1 at 46.  Plaintiffs filed their opposition brief on January 19, 2024.  ECF No. 830.

After Plaintiffs filed their opposition, on March 27, 2024, the Third Circuit issued its opinion in *Pennsylvania State Conference of NAACP Branches v. Secretary Commonwealth of Pennsylvania*, 97 F.4th 120 (3d Cir. 2024).  There, the court held that a Pennsylvania requirement that mail-in and absentee voters "sign and date the declaration printed on the return envelope containing their mail ballot" did not violate the Materiality Provision because that provision applies only to voter qualification determinations and not a state's rules about how to cast a valid ballot.  *Pennsylvania State Conference*, 97 F.4th at 125; *see also id.* at 139.

On May 14, 2024, Defendants filed their replies in support of their motions for summary judgment.  ECF Nos. 856, 859 ("MSJ Replies").  In their reply briefs, Defendants rely extensively on the new *Pennsylvania State Conference* decision to urge this Court to reconsider its Preliminary Injunction Ruling.  *See* ECF No. 856 at 29-31; ECF No. 859 at 80, 85-90.

## ARGUMENT

Defendants' new arguments in their MSJ Replies concerning *Pennsylvania State Conference*—which issued after Plaintiffs filed their opposition—warrant a surreply.  Though surreplies are not authorized under the Federal Rules or Local Rule 7.1, a court may permit a nonmoving party to file a surreply to address new

2

arguments or evidence raised in a reply brief.  *See Chemence Med. Prods. Inc. v. Medline Indus. Inc.*, 119 F. Supp. 3d 1376, 1383 (N.D. Ga. 2015); *see also Atl. Specialty Ins. Co. A.S. v. Digit Dirt Worx, Inc.*, 793 F. App'x 896, 901-02 (11th Cir. 2019).  Defendants present arguments addressing *Pennsylvania State Conference* for the first time in their MSJ Replies.  Because these arguments were presented for the first time on reply, Plaintiffs have had no opportunity to respond under the Court's Local Rules.  Moreover, *Pennsylvania State Conference* issued more than two months after Plaintiffs filed their opposition brief.  It was impossible for Plaintiffs to address this opinion preemptively.

The Court should therefore permit Plaintiffs to file a surreply brief to respond to Defendants' arguments concerning *Pennsylvania State Conference* raised for the first time on reply.  A copy of Plaintiffs' proposed surreply is attached as Exhibit A.

Respectfully submitted, this 14th day of June, 2024.

| | |
|---|---|
| */s/ Bryan L. Sells* | */s/ Laurence F. Pulgram* |
| Bryan L. Sells | Laurence F. Pulgram* |
| Georgia Bar No. 635562 | lpulgram@fenwick.com |
| THE LAW OFFICE OF BRYAN SELLS, LLC | Molly Melcher* |
|  | mmelcher@fenwick.com |
| PO Box 5493 Atlanta, Georgia 31107 | Armen Nercessian* |
| Tel: (404) 480-4212 | anercessian@fenwick.com |
| Email: bryan@bryansellslaw.com | Ethan Thomas* |
|  | ethomas@fenwick.com |
| Ezra D. Rosenberg* | FENWICK & WEST LLP |
| Julie M. Houk* |  |
| Jennifer Nwachukwu* |  |

3

Heather Szilagyi*
erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
jnwachukwu@lawyerscommittee.org
hszilagyi@lawyerscommittee.org
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857

Vilia Hayes*
Neil Oxford*
Gregory Farrell*
HUGHES HUBBARD & REED LLP
One Battery Park Plaza New York,
New York 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

555 California Street
San Francisco, CA  94104
Telephone: (415) 875-2300

Joseph S. Belichick*
jbelichick@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041-2008
Telephone: (650) 988-8500

Catherine McCord*
cmccord@fenwick.com
FENWICK & WEST LLP
902 Broadway, Suite 14
New York, NY  10010
Telephone: (212) 430-2690

*Attorneys for Plaintiffs Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, Inc., League of Women Voters of Georgia, Inc., GALEO Latino Community Development Fund, Inc., Common Cause, and the Lower Muskogee Creek*

4

*/s/ Pichaya Poy Winichakul*
Pichaya Poy Winichakul (Bar 246858)
poy.winichakul@splcenter.org
Bradley E. Heard (Bar 342209)
bradley.heard@splcenter.org
Matletha N. Bennette*
matletha.bennette@splcenter.org
SOUTHERN POVERTY LAW
CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, Georgia 30031-1287
Telephone: (404) 521-6700
Facsimile: (404) 221-5857

Jess Unger*
jess.unger@splcenter.org
Sabrina S. Khan*
sabrina.khan@splcenter.org
SOUTHERN POVERTY
LAW CENTER
1101 17th Street NW, Suite 705
Washington, DC 20036
Telephone: (202) 728-9557

*/s/ Davin M. Rosborough*
Davin M. Rosborough*
*drosborough@aclu.org*
Sophia Lin Lakin*
*slakin@aclu.org*
Jonathan Topaz*
*jtopaz@aclu.org*
Dayton Campbell-Harris*^
*dcampbell-harris@aclu.org*
Casey Smith*
*csmith@aclu.org*
ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
Telephone: (212) 519-7836
Facsimile: (212) 549-2539

Susan P. Mizner*
*smizner@aclu.org*
ACLU FOUNDATION, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0781

Brian Dimmick*
*bdimmick@aclu.org*
ACLU FOUNDATION, INC.
915 15th Street NW
Washington, D.C. 20005
Telephone: (202) 731-2395
Washington, DC 20005
Telephone: (202) 682-1300

Caitlin May (Ga. Bar No. 602081)
*cmay@acluga.org*
Cory Isaacson (Ga. Bar No. 983797)
*cisaacson@acluga.org*
ACLU FOUNDATION OF GEORGIA, INC.
P.O. Box 77208
Atlanta, Georgia 30357

5

/s/ *Adam S. Sieff*
Adam S. Sieff*
*adamsieff@dwt.com*
Daniel Leigh*
*danielleigh@dwt.com*
Joseph Elie-Meyers**
*josepheliemeyers@dwt.com*
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Telephone: (213) 633-6800
Facsimile:  (213) 633-6899

Matthew Jedreski*
mjedreski@dwt.com
Grace Thompson*
gracethompson@dwt.com
Danielle Eun Kim*
daniellekim@dwt.com
Kate Kennedy*
katekennedy@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

David M. Gossett*
davidgossett@dwt.com
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500
Washington, D.C. 20005-7048
Telephone: (202) 973-4288
Facsimile: (202) 973-4499

*Attorneys for Plaintiffs*
*Georgia Muslim Voter Project, Women Watch Afrika, Latino Community Fund Georgia, and The Arc of the United States*

Telephone: (678) 981-5295
Facsimile: (770) 303-0060

*s/ Leah C. Aden*
Leah C. Aden*
*laden@naacpldf.org*
Alaizah Koorji*
*akoorji@naacpldf.org*
John S. Cusick*
*jcusick@naacpldf.org*
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, New York 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592

Anuja Thatte*
*athatte@naacpldf.org*
NAACP LEGAL DEFENSE AND
EDUCATION FUND, INC.
700 14th Street, NW

Debo P. Adegbile (pro hac vice)
*debo.adegbile@wilmerhale.com*
WILMER CUTLER PICKERING HALE
AND DORR LLP
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

George P. Varghese (pro hac vice)
*george.varghese@wilmerhale.com*
Stephanie Lin (pro hac vice)
*stephanie.lin@wilmerhale.com*
Mikayla Foster (pro hac vice)
*mikayla.foster@wilmerhale.com*
Sofie C. Brooks (pro hac vice)
sofie.brooks@wilmerhale.com

WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Tania Faransso (pro hac vice)
*tania.faransso@wilmerhale.com*
Laura Powell (pro hac vice)
*laura.powell@wilmerhale.com*
WILMER CUTLER PICKERING HALE AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, D.C. 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Nana Wilberforce (pro hac vice)
*nana.wilberforce@wilmerhale.com*
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

*Attorneys for Plaintiffs*
*Sixth District of the African Methodist Episcopal Church, Delta Sigma Theta Sorority, Georgia ADAPT, and Georgia Advocacy Office*


*\*Admitted pro hac vice*

7

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using font type of Times New Roman and a font size of 14.

Dated: June 14, 2024                                                         */s/ Laurence F. Pulgram*
                                                                                         Laurence F. Pulgram
                                                                                         *Counsel for Plaintiffs*