**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-mi-55555-JPB |

**INTERVENORS' NOTICE JOINING STATE DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY**

On June 14, the Georgia State Conference of the NAACP and AME moved for leave to file a surreply brief on summary judgment. *See* Doc. 868. Today, the State Defendants filed a response opposing the Plaintiffs' motion to the extent the surreply addresses issues beyond the Third Circuit's decision in *Pennsylvania State Conference of NAACP Branches v. Secretary Commonwealth of Pennsylvania*, 97 F.4th 120 (3d Cir. 2024). *See* Doc. 869. The Intervenors join the State's response—they do not object to the Plaintiffs being given an opportunity to respond to the Third Circuit's decision, but they oppose the Plaintiffs' motion for leave to address other issues raised in the surreply.

| | |
|---|---|
| Dated: June 28, 2024 | Respectfully submitted, |
| Gilbert C. Dickey* | */s/ William Bradley Carver, Sr.* |
| Conor D. Woodfin* | |
| CONSOVOY MCCARTHY PLLC | John E. Hall, Jr. |
| 1600 Wilson Boulevard, Suite 700 |    Georgia Bar No. 319090 |
| Arlington, Virginia 22209 | William Bradley Carver, Sr. |
| (703) 243-9423 |    Georgia Bar No. 115529 |
| | Baxter D. Drennon |
| Tyler R. Green* |    Georgia Bar No. 241446 |
| CONSOVOY MCCARTHY PLLC | HALL BOOTH SMITH, P.C. |
| 222 S. Main Street, 5th Floor | 191 Peachtree Street NE, Suite 2900 |
| Salt Lake City, UT 84101 | Atlanta, Georgia 30303 |
| (703) 243-9423 | (404) 954-5000 |
| | (404) 954-5020 (Fax) |
| *admitted pro hac vice | |

*Counsel for Intervenors*

2

## CERTIFICATE OF COMPLIANCE

This document complies with Local Rule 5.1(B) because it uses 13-point Century Schoolbook.

/s/ *William Bradley Carver, Sr.*

## CERTIFICATE OF SERVICE

On June 28, 2024, I e-filed this document on ECF, which will email everyone requiring service.

/s/ *William Bradley Carver, Sr.*