# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No. 1:21-MI-55555-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISOCPAL CHURCH, *et al.*, | Civil Action No.: 1:21-CV-01284-JPB |
| *Plaintiffs,* | |
| v. | |
| BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.*, | |
| *Defendants*, | |
| REPUBLIC NATIONAL COMMITTEE, *et al.*, | |
| *Intervenor-Defendants,* | |
| ASIAN AMERICANS ADVANCING JUSTICE-ATLANTA, *et al.*, | Civil Action No.: 1:21-CV-01333-JPB |
| *Plaintiffs,* | |
| v. | |
| BRAD RAFFENSPERGER, Georgia Secretary of State, in his official capacity, *et al.,* | |
| *Defendants.* | |

## **CERTIFICATE OF CONSENT FOR BENNETT D. BRYAN'S WITHDRAWAL AS COUNSEL**

Pursuant to Local Rule 83.1(E)( 3), the undersigned Defendants, members of the DeKalb County Board of Registration and Elections and the Executive Director of the DeKalb County Department of Voter Registrations and Elections, all in their official capacities, have consented to Attorney Bennett D. Bryan's withdrawal from representing them in the above-styled civil actions, as Mr. Bryan left the employment of the DeKalb County Law Department with a resignation date effective June 1, 2024.  Mr. Bryan's withdrawal does not leave Defendants, the members of the DeKalb County Board of Registration and Elections and the Director, in their official capacities, without counsel, as two attorneys who already have made appearances for said Defendants in this case (Shelley D. Momo and Tristen N. Waite) will continue to represent said Defendants in this case.

Going forward, the members of the DeKalb County Board of Registration and Elections and the Director, in their official capacities, will be represented by attorneys Shelley D. Momo, Tristen N. Waite and J. Michael Petty in the DeKalb County Law Department, 1300 Commerce Drive, 5th Floor, Decatur, GA 30030; 404 371-3011.

Respectfully submitted, this 9th day of July, 2024.

    LAURA K. JOHNSON
    Deputy County Attorney

Georgia Bar No. 392090

/s/ *Shelley D. Momo*
SHELLEY D. MOMO
Senior Assistant County Attorney
Georgia Bar No. 239608

/s/ *Tristen N. Waite*
TRISTEN N. WAITE
Assistant County Attorney
Georgia Bar No. 651952

/s/ *J. Michael Petty*
J. MICHAEL PETTY
Assistant County Attorney
Georgia Bar No. 146285

DeKalb County Law Department
1300 Commerce Drive, 5th Floor
Decatur, GA 30030
404 371-3011

sdmomo@dekalbcountyga.gov
tnwaite@dekalbcountyga.gov
jmpetty@dekalbcountyga.gov

Counsel for Defendants
DeKalb County Board of
Registration and Elections
members and Executive Director
Keisha Smith, in their official
capacities

/s/ Karli Swift
(by SDM with express permission)

Chair, DeKalb County Board of
Registration and Elections

/s/ Keisha Smith
(by SDM with express permission)

Executive Director, Keisha Smith

3

/s/*Bennett D. Bryan* (by SDM with express permission)
BENNETT D. BRYAN
Georgia Bar No. 157099

Former counsel for Defendants DeKalb County Board of Registration and Elections members and Executive Director Keisha Smith, in their official capacities

4

## CERTIFICATE OF SERVICE AND CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system (which document was prepared in Times New Roman font, 14-point type, one of the font and point selections approved by the Court in N.D. Ga. L.R. 5.1(C)), which will automatically send email notification of such filing to the counsel of record.

This 9th day of July, 2024.

/s/ *Shelley D. Momo*
SHELLEY D. MOMO
Senior Assistant County Attorney
Georgia Bar No. 239608