# In the
# United States Court of Appeals
## For the Eleventh Circuit

No. 23-13095

IN RE:

GEORGIA SENATE BILL 202.

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-mi-55555-JPB

ORDER:

2          Order of the Court          23-13095

The motion to withdraw attorney James E. Barrett as counsel is GRANTED.

The clerk is DIRECTED to terminate attorney James E. Barrett from appeal number: 23-13095.

_____
UNITED STATES CIRCUIT JUDGE