| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **To:** | GANDdb_efile_Appeals_Clerk |
| **Subject:** | 23-13085-GG In re: Georgia Senate Bill 202 "Record/Documents Requested from District Court" (1:21-mi-55555-JPB) |
| **Date:** | Tuesday, November 19, 2024 2:41:58 PM |

***NOTE TO USERS*** The following notice is for internal court use only and access to the information is limited to named recipients. Access to the Notes and Documents may be further restricted.

## United States Court of Appeals for the Eleventh Circuit

## Notice of Docket Activity

The following transaction was filed on 11/19/2024

**Case Name:**   In re: Georgia Senate Bill 202
**Case Number:**   23-13085

**Docket Text:**
USDC Clerk is requested to forward the items to our court that are not available electronically. [23-13085, 23-13095]

**Notice will be electronically mailed to:**

Clerk - Northern District of Georgia, Clerk of Court