TO:    ALL JUDGES, CLERK OF COURT, AND COUNSEL OF RECORD

FROM:  A. ALI SABZEVARI

RE:    NOTICE OF LEAVE OF ABSENCE

## NOTICE OF LEAVE OF ABSENCE/PETITION FOR LEAVE OF ABSENCE

A. ALI SABZEVARI respectfully notifies all judges before whom he has cases pending, all affected clerks of court, and all opposing counsel/parties, that he will be on leave pursuant to Georgia Uniform Court Rule 16.1 and/or NDGA LR 83.1. The periods of leave during which time A. ALI SABZEVARI will be away from the practice of law in 2025 is as follows:

- February 26, 27, and 28 for DRI Seminar.
- March 27, 28, and 31 for personal travel.
- April 10, 11, and 14 for School Spring Break.
- April 24, 25, and 28 for ACCG Conference.
- May 29 and 30 for personal travel.
- June 2 and 3 for personal travel.
- July 3, 7, and 8 for Fourth of July Holiday.
- August 7, 8, and 11 for personal travel.
- September 2 for Labor Day Holiday.
- September 11, 12, and 15 for personal travel.
- October 9, 10 and 13 for personal travel.

Pursuant to all applicable rules of court, all affected judges and opposing counsel shall have ten days from the date of this Notice to object to it. If no objections are filed, the leave shall be granted.

2

This 13th day of January, 2025.

/s/ A. Ali Sabzevari
A. Ali Sabzevari
Georgia Bar No. 941527
asabzevari@fmglaw.com

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
T: (770) 818-0000
F: (770) 937-9960

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the foregoing Amended Notice of Leave of Absence upon all judges, clerks, and opposing counsel/parties by serving via authorized e-filing and/or United States Mail.

This 13th day of January, 2025.

                                                          */s/ A. Ali Sabzevari*
                                                          A. Ali Sabzevari
                                                          Georgia Bar No. 941527

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia  30339-5948
T:  770.818.0000
E:  asabzevari@fmglaw.com