# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.<br>1:21-MI-55555-JPB |

**PRIVATE PLAINTIFFS' CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO STATE DEFENDANTS' MOTION TO REOPEN LIMITED EXPERT DISCOVERY ON THE 2024 ELECTIONS AND BRIEF IN SUPPORT**

2863364

Private Plaintiffs[1], with the consent of State Defendants, respectfully submit this Consent Motion for an Extension of Time to respond to State Defendants' Motion to Reopen Limited Expert Discovery on the 2024 Elections. Private Plaintiffs request that the Court extend the deadline to respond by two weeks, from February 13, 2025 to February 27, 2025. The parties have conferred, and the State Defendants consent to the request.

Good cause exists to grant the requested relief. The Private Plaintiffs aim to file a joint response to State Defendants' Motion, which necessitates ensuring that the numerous Private Plaintiffs are aligned in their position. Given the number of parties involved, additional time is needed to coordinate among counsel and finalize a unified response. Furthermore, the requested extension will not prejudice

---

[1] For the purposes of this motion, "Private Plaintiffs" encompasses Plaintiffs Sixth District of the African Methodist Episcopal Church, Delta Sigma Theta Sorority, Georgia ADAPT, Georgia Advocacy Office, Georgia Muslim Voter Project, Women Watch Afrika, Latino Community Fund Georgia, The Arc of the United States, Asian Americans Advancing Justice–Atlanta, Steven J. Paik, Nora Aquino, Angelina Thuy Uddullah, and Anjali Enjeti-Sydow, Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, Inc., League of Women Voters of Georgia, Inc., GALEO Latino Community Development Fund, Inc., Common Cause, the Lower Muskogee Creek Tribe, The Concerned Black Clergy of Metropolitan Atlanta, Inc., The Justice Initiative, Inc., Metropolitan Atlanta Baptist Ministers Union, Inc., First Congregational Church, United Church of Christ Incorporated, and Georgia Latino Alliance for Human Rights, Inc., The New Georgia Project, Black Voters Matter Fund, Rise, Inc., Elbert Solomon, Fannie Marie Jackson Gibbs, and Jauan Durbin.

Defendants, who have confirmed that they agree to the request.

For those reasons, Plaintiffs respectfully request that the Court grant this Consent Motion for an Extension of Time.

//

//

2863364

Dated: February 6, 2025

Respectfully Submitted,

Davin M. Rosborough*
*drosborough@aclu.org*
Sophia Lin Lakin*
*slakin@aclu.org*
Jonathan Topaz*
*jtopaz@aclu.org*
Dayton Campbell-Harris*^
*dcampbell-harris@aclu.org*
ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 519-7836
Facsimile: (212) 549-2539

Brian Dimmick (pro hac vice)
*bdimmick@aclu.org*
ACLU FOUNDATION, INC.
915 15th Street NW
Washington, DC 20005
Telephone: (202) 731-2395

Susan P. Mizner (pro hac vice)
*smizner@aclu.org*
ACLU FOUNDATION, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0781

George P. Varghese (pro hac vice)
*george.varghese@wilmerhale.com*
Stephanie Lin (pro hac vice)
*stephanie.lin@wilmerhale.com*
Mikayla Foster (pro hac vice)
*mikayla.foster@wilmerhale.com*
Sofie C. Brooks (pro hac vice)
*sofie.brooks@wilmerhale.com*

Caitlin May (Ga. Bar No. 602081)
*cmay@acluga.org*
Cory Isaacson (Ga. Bar No. 983797)
*cisaacson@acluga.org*
ACLU FOUNDATION OF
GEORGIA, INC.
P.O. Box 77208
Atlanta, Georgia 30357
Telephone: (678) 981-5295
Facsimile: (770) 303-0060

*/s/ Leah C. Aden*
Leah C. Aden*
*laden@naacpldf.org*
Alaizah Koorji*
*akoorji@naacpldf.org*
John S. Cusick*
*jcusick@naacpldf.org*
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592

Anuja Thatte*
*athatte@naacpldf.org*
NAACP LEGAL DEFENSE AND
EDUCATION FUND, INC.
700 14th Street, NW
Suite 600
Washington, DC 20005
Telephone: (202) 682-1300

2863364

WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Nana Wilberforce (pro hac vice)
*nana.wilberforce@wilmerhale.com*
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

Debo P. Adegbile (pro hac vice)
*debo.adegbile@wilmerhale.com*
WILMER CUTLER PICKERING
HALE AND DORR LLP
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

Tania Faransso (pro hac vice)
*tania.faransso@wilmerhale.com*
Laura Powell (pro hac vice)
*laura.powell@wilmerhale.com*
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Admitted pro hac vice
^ Practice limited to federal court

*Attorneys for Plaintiffs*
*Sixth District of the African Methodist Episcopal Church, Delta Sigma Theta Sorority, Georgia ADAPT, and Georgia Advocacy Office*

/s/ Pichaya Poy Winichakul
Pichaya Poy Winichakul (Bar 246858)
*poy.winichakul@splcenter.org*
Bradley E. Heard (Bar 342209)
*bradley.heard@splcenter.org*
Matletha N. Bennette*
*matletha.bennette@splcenter.org*
SOUTHERN POVERTY LAW
CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, Georgia 30031-1287

Adam S. Sieff*
*adamsieff@dwt.com*
Daniel Leigh*
*danielleigh@dwt.com*
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue 27th Floor
Los Angeles, CA 90071
Telephone: (213) 633-6800
Facsimile: (213) 633-6899

Telephone: (404) 521-6700  
Facsimile: (404) 221-5857  

Sabrina S. Khan*  
*sabrina.khan@splcenter.org*  
SOUTHERN POVERTY LAW CENTER  
1101 17th Street NW, Suite 705  
Washington, DC 20036  
Telephone: (202) 728-9557  

Matthew Jedreski*  
*mjedreski@dwt.com*  
Danielle Eun Kim*  
*daniellekim@dwt.com*  
DAVIS WRIGHT TREMAINE LLP  
920 Fifth Avenue, Suite 3300  
Seattle, Washington 98104-1610  
Telephone: (206) 622-3150  
Facsimile: (206) 757-7700  

David M. Gossett*  
*davidgossett@dwt.com*  
DAVIS WRIGHT TREMAINE LLP  
1301 K Street NW, Suite 500  
Washington, DC 20005-7048  
Telephone: (202) 973-4288  
Facsimile: (202) 973-4499  

*Admitted pro hac vice

*Attorneys for Plaintiffs*  
*Georgia Muslim Voter Project, Women Watch Afrika,*  
*Latino Community Fund Georgia, and The Arc of the United States*

/s/ Meredyth L. Yoon  
MEREDYTH L. YOON  
(Georgia Bar No. 204566)  
ASIAN AMERICANS ADVANCING JUSTICE-ATLANTA  
5680 Oakbrook Parkway, Suite 148  
Norcross, Georgia 30093  
404 585 8446 (Telephone)  
404 890 5690 (Facsimile)  
*myoon@advancingjustice-atlanta.org*  

/s/ Niyati Shah  
NIYATI SHAH*  
TERRY AO MINNIS*º  
NOAH BARON*  
ASIAN AMERICANS ADVANCING JUSTICE-AAJC  
1620 L Street, NW, Suite 1050  
Washington, DC 20036  
202 815 1098 (Telephone)  
202 296 2318 (Facsimile)  
*nshah@advancingjustice-aajc.org*  
*tminnis@advancingjustice-aajc.org*  
*nbaron@advancingjustice-aajc.org*  

2863364

| | |
|---|---|
| */s/ Eileen Ma* | */s/ R. Adam Lauridsen* |
| EILEEN MA* | LEO L. LAM* |
| KIMBERLY LEUNG* | R. ADAM LAURIDSEN* |
| ASIAN LAW CAUCUS | CANDICE MAI KHANH NGUYEN* |
| 55 Columbus Avenue | LUIS G. HOYOS* |
| San Francisco, CA 94111 | RYLEE KERCHER OLM* |
| 415 896 1701 (Telephone) | NIHARIKA S. SACHDEVA* |
| 415 896 1702 (Facsimile) | ELIZABETH A. HECKMAN* |
| *eileenm@asianlawcaucas.org* | KEKER, VAN NEST AND PETERS LLP |
| *kimberlyl@asianlawcaucas.org* | 633 Battery Street |
| | San Francisco, CA 94111-1809 |
| | 415 391 5400 (Telephone) |
| | 415 397 7188 (Facsimile) |
| | *llam@keker.com* |
| | *alauridsen@keker.com* |
| | *cnguyen@keker.com* |
| | *lhoyos@keker.com* |
| | *rolm@keker.com* |
| | *nsachdeva@keker.com* |
| | *eheckman@keker.com* |

*Admitted pro hac vice
º Not admitted in D.C.

*Attorneys for Plaintiffs
Asian Americans Advancing Justice–Atlanta, Steven J. Paik,
Nora Aquino, Angelina Thuy Uddullah, and Anjali Enjeti-Sydow*

2863364

| | |
|---|---|
| Halsey G. Knapp, Jr. | */s/ Uzoma N. Nkwonta* |
| Georgia Bar No. 425320 | Uzoma N. Nkwonta\* |
| Joyce Gist Lewis | Jacob D. Shelly\* |
| Georgia Bar No. 296261 | Melinda K. Johnson\* |
| Adam M. Sparks | Tina Meng Morrison\* |
| Georgia Bar No. 341578 | Marcos Mocine-McQueen\* |
| KREVOLIN & HORST, LLC | ELIAS LAW GROUP LLP |
| 1201 W. Peachtree St., NW | 250 Massachusetts Ave NW |
| One Atlantic Center, Suite 3500 | Suite 400 |
| Atlanta, Georgia 30309 | Washington, DC 20001 |
| Telephone: (404) 888-9700 | Telephone: (202) 968-4490 |
| Facsimile: (404) 888-9577 | *unkwonta@elias.law* |
| *hknapp@khlawfirm.com* | *jshelly@elias.law* |
| *jlewis@khlwafirm.com* | *mjohnson@elias.law* |
| *sparks@khlawfirm.com* | *tmengmorrison@elias.law* |
| | *mmcqueen@elias.law* |
| | |
| | \*Admitted pro hac vice |

*Attorneys for Plaintiffs*
*The New Georgia Project, Black Voters Matter Fund, Rise, Inc.,*
*Elbert Solomon, Fannie Marie Jackson Gibbs, and Jauan Durbin*

2863364

Bryan L. Sells
Georgia Bar No. 635562
THE LAW OFFICE OF BRYAN L. SELLS, LLC
P.O. Box 5493
Atlanta, Georgia 31107
Tel: (404) 480-4212
Email: *bryan@bryansellslaw.com*

Jon Greenbaum (pro hac vice)
*jgreenbaum@lawyerscommittee.org*
Ezra D. Rosenberg (pro hac vice)
*erosenberg@lawyerscommittee.org*
Julie M. Houk (pro hac vice)
*jhouk@lawyerscommittee.org*
Jennifer Nwachukwu (pro hac vice)
*jnwachukwu@lawyerscommittee.org*
Heather Szilagyi (pro hac vice)
*hszilagyi@lawyerscommittee.org*
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857

Vilia Hayes (pro hac vice)
*vilia.hayes@hugheshubbard.com*
Neil Oxford (pro hac vice)
*neil.oxford@hugheshubbard.com*
Gregory Farrell (pro hac vice)
*gregory.farrell@hugheshubbard.com*
Mana Ameri
*mana.ameri@hugheshubbard.com*
William Beausoleil
*william.beausoleil@hugheshubbard.com*
James Henseler (pro hac vice)
*james.henseler@hugheshubbard.com*
HUGHES HUBBARD & REED LLP

Gerald Weber
Georgia Bar No. 744878
LAW OFFICES OF GERRY WEBER, LLC
Post Office Box 5391
Atlanta, Georgia 31107
Telephone: 404.522.0507
Email: *wgerryweber@gmail.com*

*/s/ Laurence F. Pulgram*
Laurence F. Pulgram (pro hac vice)
*lpulgram@fenwick.com*
Molly Melcher (pro hac vice)
*mmelcher@fenwick.com*
Armen Nercessian (pro hac vice)
*Anercessian@fenwick.com*
Ethan Thomas (pro hac vice)
*EThomas@fenwick.com*
FENWICK & WEST LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 875-2300

Joseph S. Belichick (pro hac vice)
*jbelichick@fenwick.com*
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041-2008
Telephone: (650) 988-8500

Catherine McCord (pro hac vice)
*cmccord@fenwick.com*
FENWICK & WEST LLP
902 Broadway, Suite 14
New York, NY 10010
Telephone: (212) 430-2690

One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

*Attorneys for Plaintiffs*
*Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, Inc., League of Women Voters of Georgia, Inc., GALEO Latino Community Development Fund, Inc., Common Cause, and the Lower Muskogee Creek Tribe*

Kurt Kastorf (GA Bar No. 315315)
KASTORF LAW, LLC
1387 Iverson Street, N.E., Suite 100
Atlanta, Georgia 30307
Telephone: 404-900-0330
*kurt@kastorflaw.com*

/s/ Matthew A. Fogelson
Judith Browne Dianis*
Matthew A. Fogelson*
ADVANCEMENT PROJECT
1220 L Street, N.W., Suite 850
Washington, DC 20005
Telephone: (202) 728-9557
*JBrowne@advancementproject.org*
*MFogelson@advancementproject.org*

Clifford J. Zatz*
Justin D. Kingsolver*
William Tucker*
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 624-2500
*CZatz@crowell.com*
*JKingsolver@crowell.com*
*WTucker@crowell.com*

Jordan Ludwig*
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: (213) 443-5524
*JLudwig@crowell.com*

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*
*The Concerned Black Clergy of Metropolitan Atlanta, Inc., The Justice Initiative, Inc., Metropolitan Atlanta Baptist Ministers Union, Inc., First Congregational Church, United Church of Christ Incorporated, Georgia Latino Alliance for Human Rights, Inc.*

2863364

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(D)

Pursuant to Local Rule 7.1(D), I certify that the foregoing document was prepared in Times New Roman 14-point font in compliance with Local Rule 5.1(C).

                                                               */s/ R. Adam Lauridsen*
                                                            R. Adam Lauridsen

2863364

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2025, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send notification of this filing to counsel of record.

*/s/ R. Adam Lauridsen*
R. Adam Lauridsen

2863364