IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.:<br>1:21-MI-55555-JPB |

**STATE DEFENDANTS' NOTICE OF FILING SUPPLEMENT TO MOTION TO REOPEN LIMITED EXPERT DISCOVERY ON THE 2024 ELECTIONS**

On January 30, 2025, State Defendants filed a motion seeking to reopen limited expert discovery so that information about the 2024 elections could be considered by this Court as it evaluated the pending motions for summary judgment. [Doc. 917]. State Defendants included the information about Plaintiffs' position that they understood from communications with the primary point of contact for all Plaintiffs, the U.S. Department of Justice.

Following the filing of the motion, the non-DOJ Private Plaintiffs contacted State Defendants seeking further clarification about the motion and its representation of Plaintiffs' position. After discussion with Private Plaintiffs, State Defendants hereby supplement their motion with the following complete quote from the DOJ regarding Plaintiffs' position from a December 19, 2024, email message:

> The plaintiff groups have discussed your request and prefer to wait for Judge Boulee's ruling on the pending summary judgment motions before considering reopening discovery. Among other reasons, having the summary judgment decision will help the

court and parties determine whether supplemental discovery is necessary, and if so, what the scope should be. We'd welcome revisiting defendants' request once we receive the judge's ruling on summary judgment.

State Defendants communicated that they did not wish to wait for summary judgment rulings prior to seeking additional discovery and proceeded with filing of the motion. State Defendants have consented to an extension of time for Plaintiffs to respond as indicated in [Doc. 919] that this Court has granted and will reply to that response at the appropriate time.

Respectfully submitted this 7th day of February, 2025.

        Christopher M. Carr
        Attorney General
        Georgia Bar No. 112505
        Bryan K. Webb
        Deputy Attorney General
        Georgia Bar No. 743580
        Elizabeth T. Young
        Senior Assistant Attorney General
        Georgia Bar No. 707725
        **State Law Department**
        40 Capitol Square, S.W.
        Atlanta, Georgia 30334

        Gene C. Schaerr*
        Special Assistant Attorney General
        H. Christopher Bartolomucci*
        Donald M. Falk*
        Brian J. Field*
        Edward H. Trent*
        **SCHAERR | JAFFE LLP**
        1717 K Street NW, Suite 900
        Washington, DC 20006

(202) 787-1060
gschaerr@schaerr-jaffe.com
*Admitted pro hac vice*

*/s/Bryan P. Tyson*
Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
btyson@clarkhill.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@clarkhill.com
Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@clarkhill.com
**Clark Hill PLC**
3630 Peachtree Road NE
Suite 550
Atlanta, Georgia 30339
(678) 370-4377

*Counsel for State Defendants*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing brief was prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/Bryan P. Tyson*
Bryan P. Tyson
