IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No. 1:21-MI-55555-JPB |

## UNITED STATES' RESPONSE TO STATE DEFENDANTS' MOTION TO REOPEN LIMITED EXPERT DISCOVERY ON THE 2024 ELECTIONS

The United States takes no position on State Defendants' motion, ECF No. 917, to engage in limited supplemental expert discovery and supplemental summary judgment briefing on the 2024 elections.

Dated: February 13, 2025

Respectfully submitted,

RICHARD S. MOULTRIE, JR.
Acting United States Attorney
Northern District of Georgia

KATHLEEN WOLFE
Deputy Assistant Attorney General

*/s/ Aileen Bell Hughes*
AILEEN BELL HUGHES
Georgia Bar No. 375505
Assistant U.S. Attorney
Office of the United States Attorney
600 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303
Phone: (404) 581-6000
Fax: (404) 581-6181

*/s/ Elizabeth M. Ryan*
R. TAMAR HAGLER
JOHN A. RUSS IV
JASMYN G. RICHARDSON
JUDY J. BAO
RACHEL R. EVANS
SEJAL JHAVERI
ERNEST A. MCFARLAND
BRIAN REMLINGER
J. ERIC RICH
ELIZABETH M. RYAN
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.923
Washington, D.C. 20530
Phone: (800) 253-3931
Fax: (202) 307-3961
elizabeth.ryan@usdoj.gov

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(D)

Pursuant to Local Rule 7.1(D), I certify that the foregoing document was prepared in Times New Roman 14-point font in compliance with Local Rule 5.1(C).

*/s/ Elizabeth M. Ryan*
ELIZABETH M. RYAN
Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2025, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send notification of this filing to counsel of record.

*/s/   Elizabeth M. Ryan*
ELIZABETH M. RYAN
Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice