IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No. 1:21-MI-55555-JPB |

**CERTIFICATE OF CONSENT FOR WITHDRAWAL OF BRIAN REMLINGER, SEJAL JHAVERI, AND JOHN A. RUSS IV AS COUNSEL FOR THE UNITED STATES**

Pursuant to N.D. Ga. Local Civil Rule 83.1(E)(3), the United States consents to the withdrawal of Brian Remlinger, Sejal Jhaveri, and John A. Russ IV as counsel for the United States in the above-captioned action. The undersigned attorneys acknowledge that they are aware of the items set forth in Local Rule 83.1(E)(2)(b)(B) through (H).

Dated: February 13, 2025

RICHARD S. MOULTRIE, JR.
Acting United States Attorney
Northern District of Georgia

*/s/ Aileen Bell Hughes*
AILEEN BELL HUGHES
Georgia Bar No. 375505
Assistant U.S. Attorney

Respectfully submitted,

KATHLEEN WOLFE
Deputy Assistant Attorney General

*/s/ Elizabeth M. Ryan*
R. TAMAR HAGLER
JOHN A. RUSS IV
JASMYN G. RICHARDSON

Office of the United States Attorney  
600 U.S. Courthouse  
75 Ted Turner Drive, SW  
Atlanta, GA 30303  
Phone: (404) 581-6000  
Fax: (404) 581-6181  

JUDY J. BAO  
RACHEL R. EVANS  
SEJAL JHAVERI  
ERNEST A. MCFARLAND  
BRIAN REMINGLER  
J. ERIC RICH  
ELIZABETH M. RYAN  
Attorneys, Voting Section  
Civil Rights Division  
U.S. Department of Justice  
4 Constitution Square  
150 M Street NE, Room 8.1138  
Washington, D.C. 20530  
Phone: (202) 532-3889  
Fax: (202) 307-3961  
Elizabeth.ryan@usdoj.gov

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(D)**

Pursuant to Local Rule 7.1(D), I certify that the foregoing document was prepared in Times New Roman 14-point font in compliance with Local Rule 5.1(C).

                                                 */s/ Elizabeth M. Ryan*
                                                 ELIZABETH M. RYAN
                                                 Attorney, Voting Section
                                                 Civil Rights Division
                                                 U.S. Department of Justice

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2025, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send notification of this filing to counsel of record.

*/s/ Elizabeth M. Ryan*
ELIZABETH M. RYAN
Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice