## ATTESTATION OF EDWARD CASPAR
## UNDER D.C. RULE OF PROFESSIONAL CONDUCT 1.11(d)(2)

In accordance with Rule 1.11(d)(2) of the District of Columbia Rules of Professional Conduct, I, Edward Caspar, Acting Co-Chief Counsel at the Lawyers' Committee for Civil Rights Under Law, attest that Robert Weiner, Director of the Voting Rights Project at the Lawyers' Committee for Civil Rights Under Law, is screened from participating in *Georgia Conference of the NAACP v. Raffensberger*, Docket Number 1:21-cv-1259-JPB (N.D. Ga.). I further attest that I have made all affiliated lawyers aware of the requirement that Mr. Weiner be screened from participating in or discussing the foregoing matter.

The following procedures are being taken to screen Mr. Weiner from the above- mentioned matter.

- Supervisory responsibility for the matter has been reassigned from Mr. Weiner to myself.

- I have informed all relevant staff of such reassignment, including all lawyers affiliated with the Voting Rights Project and all staff with work related to the matter.

- I have informed all relevant staff that Mr. Weiner is permanently screened from any form of participation in the matter; that documents,

emails and other materials related to the matter may not be shared with Mr. Weiner; and that no staff may discuss the matter with Mr. Weiner.

- I further have directed Voting Rights Project staff take steps to ensure that the case file for the matter is not accessible by Mr. Weiner, that documents and other materials containing information related to the matter are not shared with Mr. Weiner, and that the matter is not discussed in meetings while Mr. Weiner is participating.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Edward G. Caspar

Executed on March 25, 2025