# ATTESTATION OF ROBERT N. WEINER UNDER D.C. RULE OF PROFESSIONAL CONDUCT 1.11(d)(1)

In accordance with Rule 1.11(d)(1) of the District of Columbia Rules of Professional Conduct, I, Robert N. Weiner, attest that I will not participate in any manner in *Georgia Conference of the NAACP v. Raffensberger*, Docket Number 1:21-cv-1259-JPB (N.D. Ga.), nor will I discuss the matter or the representation with any colleague at the Lawyers' Committee for Civil Rights Under Law or with any employee of any law firm affiliated with the Lawyers' Committee in the case. In addition, I will not share in any fees for the matter or the representation.

I declare under penalty of perjury that the foregoing is true and correct.

_____

Robert N. Weiner

Executed on March 25, 2025