IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| *IN RE* GEORGIA SENATE BILL 202 | Master Case No. 1:21-MI-55555-JPB |

# NOTICE OF WITHDRAWAL OF UNITED STATES' STATEMENT OF INTEREST

The United States respectfully gives this notice that it is hereby withdrawing its statement of interest, filed on January 31, 2024 (ECF No. 834).

Dated: March 31, 2025                                   Respectfully submitted,

                                                MAC WARNER
                                                TIMOTHY MYGATT
Deputy Assistant Attorney General
Civil Rights Division

REBECCA B. BOND
Chief, Disability Rights Section

ELIZABETH S. WESTFALL
Deputy Chief, Disability Rights Section

<u>/s/ Anna Bobrow</u>
ANNA BOBROW
Trial Attorney
(DC Bar # 1743249)
Disability Rights Section
Civil Rights Division
U.S. Department of Justice
150 M Street NE
202-735-7706
anna.bobrow@usdoj.gov

*Attorneys for the United States of America*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using font type of Times New Roman and a point size of 14.

Dated: March 31, 2025                              /s/ *Anna Bobrow*
                                                                             ANNA BOBROW
                                                                             *Attorney for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2025, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send notification of this filing to counsel of record.

                                                */s/ Anna Bobrow*
                                                ANNA BOBROW
                                                *Attorney for the United States of America*