AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| In re Georgia Senate Bill 202 | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-MI-55555-JPB |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America .

Date: 03/31/2025

John A. Russ IV
*Attorney's signature*

John A. Russ IV (CA 192471)
*Printed name and bar number*
U.S. Department of Justice
Civil Rights Division - Voting Section
950 Pennsylvania Avenue NW, 4CON Room 8.139
Washington, D.C. 20530
*Address*

John.Russ@usdoj.gov
*E-mail address*

(202) 532-3902
*Telephone number*

(202) 307-3961
*FAX number*