# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| THE NEW GEORGIA PROJECT, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.*, <br><br> *Defendants*, <br><br> REPUBLICAN NATIONAL COMMITTEE, *et al.*, <br><br> *Intervenor-Defendants*. | Civil Action No.: 1:21-cv-01229-JPB |

**Notice of Withdrawal of Attorney Melinda K. Johnson**

Pursuant to Civil Local Rule 83.1(E)(4), notice is hereby given that Melinda K. Johnson is leaving the employment of the Elias Law Group and therefore withdraws her appearance as counsel for Plaintiffs New Georgia Project, Black Voters Matter Fund, Rise, Inc., Elbert Solomon, Fannie Marie Jackson Gibbs, and Jauan Durbin ("NGP Plaintiffs"). NGP Plaintiffs will continue to be represented in this matter by the undersigned counsel at the Elias Law Group and Krevolin & Horst.

Respectfully submitted this 1st day of April, 2025.

| | |
|---|---|
| Halsey G. Knapp, Jr. | /s/ Melinda K. Johnson |
| Georgia Bar No. 425320 | Uzoma N. Nkwonta* |
| Joyce Gist Lewis | Jacob D. Shelly* |
| Georgia Bar No. 296261 | Melinda K. Johnson* |
| Adam M. Sparks | Tina Meng Morrison* |
| Georgia Bar No. 341578 | Marcos Mocine-McQueen* |
| KREVOLIN & HORST, LLC | ELIAS LAW GROUP LLP |
| 1201 W. Peachtree St., NW | 250 Massachusetts Ave NW |
| One Atlantic Center, Suite 3250 | Suite 400 |
| Atlanta, GA 30309 | Washington, D.C. 20001 |
| Telephone: (404) 888-9700 | Telephone: (202) 968-4490 |
| Facsimile: (404) 888-9577 | unkwonta@elias.law |
| hknapp@khlawfirm.com | jshelly@elias.law |
| jlewis@khlwafirm.com | mjohnson@elias.law |
| sparks@khlawfirm.com | tmengmorrison@elias.law |
| | mmcqueen@elias.law |

*Admitted pro hac vice*

*Attorneys for Plaintiffs New Georgia Project, Black Voters Matter Fund, Rise, Inc., Elbert Solomon, Fannie Marie Jackson Gibbs, and Jauan Durbin*

1

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using font type of Times New Roman and a point size of 14.

Dated: April 1, 2025                                             /s/ *Melinda K. Johnson*

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2025, I electronically filed this document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Dated: April 1, 2025                                             /s/ *Melinda K. Johnson*