IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No. 1:21-MI-55555-JPB |
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> THE STATE OF GEORGIA, *et al.*, <br><br> Defendants | Civil Action No. 1:21-CV-2575-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH*, et al.*, <br><br> Plaintiffs, <br><br> UNITED STATES OF AMERICA, <br><br> Intervenor-Plaintiff <br><br> v. <br><br> BRIAN KEMP, *et al.*, <br><br> Defendants | Civil Action No. 1:21-CV-01284-JPB |

**DEFENDANT FULTON COUNTY SOLICITOR GENERAL KEITH GAMMAGE'S RESPONSE TO PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL**

1

**COMES NOW**, Defendant Fulton County Solicitor General Keith Gammage ("Solicitor Gammage"), through undersigned counsel, and in response to Plaintiff United States of America's Motion for Voluntary Dismissal, states as follows:

Counsel for the United States requested consent from all parties to a stipulation of dismissal of the United States' claims in the above-captioned cases pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). In the interest of judicial economy, Solicitor Gammage has agreed to the request for consent to dismissal of Plaintiff United States of America's claims in this matter so as not to further utilize judicial resources on claims Plaintiff no longer wishes to pursue.

While Solicitor Gammage's views regarding early voting and greater voter access may well align with the remaining Plaintiffs, the law requires that the Office of the Solicitor makes individualized charging decisions based upon the evidence and the law, and he remains committed to that end.

THEREFORE, Defendant Fulton County Solicitor Keith Gammage consented to and does not oppose Plaintiff's Motion for Voluntary Dismissal.

Respectfully submitted this 1st day of April, 2025.

**OFFICE OF THE FULTON COUNTY ATTORNEY**

Y. Soo Jo
County Attorney

**/s/ Brad Bowman**
Brad Bowman

Supervising County Counsel
Georgia Bar No. 215007
brad.bowman@fultoncountyga.gov
141 Pryor Street, S.W., Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)

**Attorneys for Defendant Solicitor General Keith Gammage**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No. 1:21-MI-55555-JPB |
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> THE STATE OF GEORGIA, *et al.*, <br><br> Defendants | Civil Action No. 1:21-CV-2575-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH*, et al.*, <br><br> Plaintiffs, <br><br> UNITED STATES OF AMERICA, <br><br> Intervenor-Plaintiff <br><br> v. <br><br> BRIAN KEMP, *et al.*, <br><br> Defendants | Civil Action No. 1:21-CV-01284-JPB |

**CERTIFICATE OF SERVICE**

4

THIS CERTIFIES that on April 1, 2025, I presented this document in Times New Roman, 14-point type in accordance with LR 5.1(C), and that I electronically filed the foregoing **DEFENDANT FULTON COUNTY SOLICITOR GENERAL KEITH GAMMAGE'S RESPONSE TO PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL** with the Clerk of Court using the CM/ECF system which will provide e-mail notification to the following attorneys of record:

        **OFFICE OF THE FULTON COUNTY ATTORNEY**

        Y. Soo Jo
        County Attorney

        **/s/ Brad Bowman**
        Brad Bowman
        Supervising County Counsel
        Georgia Bar No. 215007
        brad.bowman@fultoncountyga.gov

        **Attorneys for Defendant Solicitor General Keith Gammage**

141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)