IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No. 1:21-MI-55555-JPB |
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>THE STATE OF GEORGIA, *et al.*,<br><br>Defendants | Civil Action No. 1:21-CV-2575-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH*, et al.*,<br><br>Plaintiffs,<br><br>UNITED STATES OF AMERICA,<br><br>Intervenor-Plaintiff<br><br>v.<br><br>BRIAN KEMP, *et al.*,<br><br>Defendants | Civil Action No. 1:21-CV-01284-JPB |

**NOTICE TO THE COURT**

Pursuant to the Court's Order of April 1, 2025, the United States affirms that, at the time of this filing, the Fulton County Registration and Elections Board defendant group has not yet informed the United States of its position as to the United States' Motion for Voluntary Dismissal (ECF No. 934).[1] We understand counsel is reaching out to their clients.

Since our filing yesterday, the Hall County Board of Elections and Registration defendant group and the Clarke County Board of Election and Voter Registration defendant group have informed the United States of their consent.

Dated: April 1, 2025

Respectfully submitted,

MAC WARNER
Deputy Assistant Attorney General
Civil Rights Division

*/s/ John A. Russ IV*
R. TAMAR HAGLER
JOHN A. RUSS IV
ERNEST A. MCFARLAND
JUDY J. BAO
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.923
Washington, D.C. 20530
Phone: (800) 253-3931
Fax: (202) 307-3961
john.russ@usdoj.gov

---

[1] The Solicitor General of Fulton County has consented.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(D)

Pursuant to Local Rule 7.1(D), I certify that the foregoing document was prepared in Times New Roman 14-point font in compliance with Local Rule 5.1(C).

*/s/ John A. Russ IV*
JOHN A. RUSS IV
Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2025, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send notification of this filing to counsel of record.

*/s/ John A. Russ IV*
JOHN A. RUSS IV
Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
