UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | MASTER CASE NO. 1:21-mi-55555-JPB |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF GEORGIA, et al.,<br><br>Defendants. | CIVIL ACTION NO. 1:21-cv-02575-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN KEMP, *Governor of the State of Georgia, in his official capacity*, et al.,<br><br>Defendants,<br><br>REPUBLICAN NATIONAL COMMITTEE, et al.,<br><br>Intervenor-Defendants. | CIVIL ACTION NO. 1:21-cv-01284-JPB |

**<u>ORDER</u>**

This matter is before the Court on the United States' Motion for Voluntary Dismissal [Doc. 934]. Each named defendant either consents to the dismissal or does not oppose it. [Doc. 934]; [Doc. 936]; [Doc. 937].[1] For good cause shown, the motion [Doc. 934] is **GRANTED**.

**IT IS HEREBY ORDERED** that the United States' claims in <u>United States v. Georgia</u>, 1:21-cv-02575-JPB, <u>Sixth District of the African Methodist Episcopal Church v. Kemp</u>, 1:21-cv-01284-JPB, and <u>In re Georgia SB 202</u>, No. 1:21-mi-55555-JPB, are **DISMISSED**. The Clerk is **DIRECTED** to close <u>United States v. Georgia</u>, 1:21-cv-02575-JPB.

**SO ORDERED** this 4th day of April, 2025.

_____
J. P. BOULEE
United States District Judge

---

[1] On April 1, 2025, the United States notified the Court that the only defendant who failed to provide its position on consent was the Fulton County Registration and Elections Board ("Fulton County"). Pursuant to this Court's April 1, 2025 Order, Fulton County had until the close of business on April 3, 2025, to notify the Court of its position on the Motion for Voluntary Dismissal. To date, Fulton County has not responded, and therefore this Court finds that it does not oppose the motion.