To:          All Judges, Clerks of Court and Counsel of Records

From:        Alex B. Kaufman, Esq.

RE:          **Notice of Leave of Absence**

Date:        April 10, 2025

Comes now, Alex B. Kaufman, and respectfully notifies all Judges before who he has cases pending, all affected Clerks of Court, and all opposing counsel, that he will be on leave of absence pursuant to Georgia Uniform Court Rule 16.

1.

The period of leave during which time the undersigned will be away from the practice of law is:

- April 26, 2025, through and including May 5, 2025. The purpose of the leave is for personal vacation.

- September 3, 2025, though and including September 26, 2025. The purpose of the leave is for a work trip out of the country.

2.

Pursuant to Rule 16, all affected Judges and Opposing Counsel will have ten (10) days from the date of this notice to object to it. If no objections are filed, the leave of absence will be granted.

Respectfully submitted,

Alex B. Kaufman
Georgia Bar No. 136097

CHALMERS, ADAMS, BACKER & KAUFMAN, LLC
11770 Haynes Bridge Road, Suite 205-219
Alpharetta, GA 30009
Direct: (404) 964 – 5587
akaufman@chalmersadams.com

1

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **Notice of Leave of Absence** upon counsel for all parties via Statutory Electronic Service as addressed on Exhibit "A" attached hereto.

This 10th day of April, 2025.

Respectfully submitted,

_____
Alex B. Kaufman
Georgia Bar No. 136097

CHALMERS, ADAMS, BACKER & KAUFMAN, LLC
11770 Haynes Bridge Road, Suite 205-219
Alpharetta, GA 30009
Direct: (404) 964 – 5587
akaufman@chalmersadams.com

| EXHIBIT "A" ALEX B. KAUFMAN, ESQ. LEAVE OF ABSENCE | | |
|---|---|---|
| **CASE NAME** | **JUDGE & COURT** | **OPPOSING COUNSEL/PARTIES** |
| *Marshall Edwards and Alice Edwards* <br> *v.* <br> *Classic Collision Corporate Services, Inc.* | Hon. Eric R. Dunaway <br> Fulton Co. Superior Court <br><br> Civil Action No. <br> 24CV005666 | Marshall Edwards <br> Alice Edwards <br> 4935 Rapahoe Trail <br> Atlanta, GA 30349 <br> marshall.1.edwards@gmail.com <br> *Pro Se Plaintiffs* |
| *Nameeta Jagtiani* <br> *v.* <br> *Suhel Jagtiani* | Hon. Charles M. Eaton, Jr. <br> Fulton Co. Superior Court <br><br> Civil Action No. <br> 2023CV376902 | Theodore Eittreim, Esq. <br> *Counsel for Defendant* <br><br> Tori White <br> *Guardian Ad Litem* |
| *Saadia Nazir* <br> *v.* <br> *Faisal Awan* | Hon. Philip T. Raymond, III <br> Bibb Co. Superior Court <br><br> Civil Action No. <br> 2021-CV-075103 | Theodore Eittreim, Esq. <br> *Counsel for Defendant* |
| *John Michael Brunetti and Rock 'N' Taco IP, LLC* <br> *v.* <br> *John Bradford Hancock, Kate Curiel, Amanda Williams, and John Doe* | Hon. Ural Glanville <br> Fulton Co. Superior Court <br><br> Civil Action No. <br> 24CV008205 | Vincent R. Russo, Esq. <br> Javier Pico Prats, Esq. <br> ROBBINS ALLOY BELINFANTE LITTLEFIELD, LLC <br> vrusso@robbinsfirm.com <br> jpicoprats@robbinsfirm.com <br><br> Shannon M. Sprinkle, Esq. <br> Dan Millman, Esq. <br> STITES & HARBISON, PLLC <br> ssprinkle@stites.com <br> dmillman@stites.com <br><br> John A. Christy, Esq. <br> SCHREEDER, WHEELER & FLINT, LLP <br> jchristy@swfllp.com |

| | | |
|---|---|---|
| *Rock 'N' Taco Holdings Inc. and Rock 'N' Taco Cumming LLC* <br> *v.* <br> *John Michael Brunetti* | Hon. Ural Glanville <br> Fulton Co. Superior Court <br><br> Civil Action No. <br> 24CV005805 | Vincent R. Russo, Esq. <br> Javier Pico Prats, Esq. <br> ROBBINS ALLOY BELINFANTE LITTLEFIELD, LLC <br> vrusso@robbinsfirm.com <br> jpicoprats@robbinsfirm.com <br><br> Shannon M. Sprinkle, Esq. <br> Dan Millman, Esq. <br> STITES & HARBISON, PLLC <br> ssprinkle@stites.com <br> dmillman@stites.com <br><br> John A. Christy, Esq. <br> SCHREEDER, WHEELER & FLINT, LLP <br> jchristy@swfllp.com |
| *Jane Doe* <br> *v.* <br> *Jeff McCoy and Emilyn Espiritu* | Hon. Michael L. Brown <br> Northern District of Georgia, Atlanta Division <br><br> Civil Action No. <br> 1:23-cv-03169-MLB | Joseph W. Weeks, Esq. <br> MCNALLY WEEKS <br> jweeks@mcnallyweeks.com <br><br> Maren R. Cave, Esq. <br> Tracy Anne Gilmore, Esq. SWIFT CURRIE MCGHEE & HIERS, LLP <br> maren.cave@swiftcurrie.com <br> tracy.gilmore@swiftcurrie.com <br><br> Anna Idelevich, Esq. <br> Sarah J. Unatin, Esq. <br> WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC <br> aidelevich@wwhgd.com <br> sunatin@wwhgd.com |

| | | |
|---|---|---|
| *Saira Fazal*<br>*v.*<br>*Javed Fazal* | Hon. Ken Smith<br>Bibb Co. Superior Court<br><br>Civil Action No.<br>2021-CV-074104 | Hon. Tain Kell, Special Master<br>renaissancetrialsolutions@gmail.com<br><br>Carmel W. Sanders, Esq.<br>SANDERS LAW, P.C.<br>attycarmel@yahoo.com<br><br>Franklin T. Gaddy, Esq.<br>ftgaddy@martinsnow.com |
| *Cesar Zaul Dominquez*<br>*v.*<br>*Envision Orthopedics and*<br>*Spine, LLC* | Hon. John K. Larkins III<br>Northern District of Georgia,<br>Atlanta Division<br><br>Civil Action No.<br>1:23-cv-2980-SEG-JKL | Cesar Zaul Dominguez<br>3164 Creek Tree West<br>Powder Springs, GA 30127<br>*Pro Se Plaintiff* |
| *John McCorvey III*<br>*v.*<br>*Allison Bell McCorvey* | Hon. Kimberly M. Esmond<br>Adams<br>Fulton Co. Superior Court<br><br>Civil Action No.<br>24CV001824 | Lawrence D. Kupferman<br>KUPFERMAN & GOLDEN, LLC<br>larry@kgfamilylaw.com |
| *DeKalb County Board of*<br>*Registration and*<br>*Elections, Michael*<br>*Thurmond, and DeKalb*<br>*County, Georgia*<br>*v.*<br>*State Election Board* | Hon. Tangela Barrie<br>DeKalb Co. Superior Court<br><br>Civil Action No. 24CV9085 | Roy E. Barnes, Esq.<br>John R. Bartholomew, IV, Esq.<br>Kristen Tullos Oliver, Esq.<br>THE BARNES LAW GROUP, LLC<br>roy@barneslawgroup.com<br>jbartholomew@barneslawgroup.com<br>ktullos@barneslawgroup.com<br><br>Joseph H. Stuhrenberg, Esq.<br>Robert D. Thomas, Esq.<br>William C. Collins, Jr., Esq.<br>BURR & FOREMAN, LLP<br>jstuhrenberg@burr.com<br>rthomas@burr.com<br>wcollins@burr.com |

| | | |
|---|---|---|
| *William Henderson and DeKalb County Republican Party, Inc.* *v.* *Vasu Abhiraman, in his official capacity; Nancy Jester, in her official capacity; Anthony Lewis, in his official capacity; Susan Motter, in her official capacity; and Karli Swift, in her official capacity* | Hon. Courtney L. Johnson DeKalb Co. Superior Court Civil Action No. 24CV8564 | Brent W. Herrin, Esq. Benjamin S. Klehr, Esq. Andy T. Nguyen, Esq. SMALL HERRIN, LLP bherrin@smallherrin.com bklehr@smallherrin.com anguyen@smallherrin.com J. Petty, Esq. jmpetty@dekalbcountyga.gov Adam Sparks, Esq. KREVOLIN & HORST, LLC sparks@khlawfirm.com Bradley E. Heard, Esq. R. Gary Spencer, Esq. Pichaya Winichakul, Esq. SOUTHERN POVERTY LAW CENTER bradley.heard@splcenter.org gspencer@naacpldf.org poy.winichakul@splcenter.org |
| *John L. Padgett* *v.* *Georgia Republican Party Inc.* | Hon. Melynee Leftridge Fulton Co. Superior Court Civil Action No. 2021CV354612 | Jefferson M. Allen, Esq. COHEN COOPER ESTEP & ALLEN, LLC jallen@ccealaw.com Joy Ramsingh, Esq. RAMSINGH LEGAL joy@ramsinghlegal.com |
| *GA Events Corp.* *v.* *Munich Event Group, Inc. and Marcel Radovanovich* | Hon. John S. Morgan Cobb Co. State Court Civil Action No. 23-A-2297 | Shaun Daugherty shaun@myguardianlaw.com KAILA & SOLOMON LAW GROUP, LLC |

| | | |
|---|---|---|
| *Sallie Barrett, Karen Skinner, and Sliverleaf Health Alternatives Inc.*<br>*v.*<br>*John Padgett, John Does 1-4, and Silverleaf Health Alternatives, Inc.* | Hon. David L. Dickinson<br>Forsyth Co. Superior Court<br><br>Civil Action No.<br>23CV-1599-2 | Jefferson M. Allen, Esq.<br>COHEN COOPER ESTEP & ALLEN LLC<br>jallen@ccealaw.com |
| *John Padgett, Steven D. Jackson, Tyler T. Horne, Martha T. Horne, David D. Matheny, Lisa S. Ordner and Michael B. Thurmond*<br>*v.*<br>*Karen Skinner and Sallie Barrett* | Hon. John M. Ott<br>Athens-Clark Co. Superior Court<br><br>Civil Action No.<br>SU23CV0200 | Jefferson M. Allen, Esq.<br>COHEN COOPER ESTEP & ALLEN LLC<br>jallen@ccealaw.com |
| *Nirozet Kai LLC*<br>*v.*<br>*NGL Renovations LLC* | Hon. M. Anthony Baker<br>Cherokee Co. Superior Court<br><br>Civil Action No. 21CVE1708 | Frank C. Bedinger, Esq.<br>Robert S. Thompson, Esq.<br>HAWKINS PARNELL & YOUNG LLP<br>fbedinger@hpylaw.com<br>rthompson@hpylaw.com |
| *Blount Construction Company, Inc.*<br>*v.*<br>*City of Cumming* | Hon. Richard W. Story<br>United States District Court<br>Northern District of Georgia<br><br>Civil Action No. 2:23-CV-00155-RWS | Janie Hagood, Esq.<br>HUDSON LAMBERT PARROTT, LLC<br>jhagood@hlpwlaw.com<br><br>W. Jason Pettus, Esq.<br>Michael DeLeva, Esq.<br>MCANGUS GOUDELOCK & COURIE, LLC<br>jason.pettus@mgclaw.com<br>michael.deleva@mgclaw.com<br><br>Kevin J. Tallant, Esq.<br>TALLANT HOWELL<br>ktallant@tallanthowell.com |

| | | |
|---|---|---|
| *Todd Scott*<br>*v.*<br>*Union County School District and John Hill* | Hon. David K. Smith<br>Union Co. Superior Court<br><br>Civil Action No.<br>SUCV2024000193 | Aparesh Paul, Esq.<br>PEREIRA, KIRBY, KINSINGER & NGUYEN, LLP<br>apaul@pkknlaw.com |
| *Tie Down, Inc.*<br>*v.*<br>*Bailey Custom Boats, LLC* | Bulloch Co. Superior Court<br><br>Civil Action No.<br>SUCV2024000203 | *No Answer Filed* |
| *Andrew Heinrich*<br>*v.*<br>*West Georgia Doodles, LLC, JMB Ranch, LLC, John Barras, and Mellisa Barras* | Hon. Erica Tisinger<br>Carroll Co. Superior Court<br><br>Civil Action No.<br>SUCV2024000779 | Matthew Momtahan, Esq.<br>THE MOMTAHAN LAW FIRM<br>matthew@momtahanlaw.com |
| *Wellness Around the World Chiropractic, LLC and Roger D. Holloway, D.C. v. Recession Proof Collective, LLC and Kirsten Dunn* | Hon. Ural Glanville<br>Fulton Co. Superior Court<br><br>Civil Action No.<br>24CV014600 | Recession Proof Collective, LLC & Kirsten Dunn<br>thirtythreeseries@gmail.com<br>*Pro Se Defendants* |
| *Rockdale Youth Soccer Association, Inc.*<br>*v.*<br>*East Atlanta Dutch Lions FC, LLC, Sportiff Company USA LLC, and Patrick Vierhout* | Hon. Robert F. Mumford<br>Rockdale Co. Superior Court<br><br>Civil Action No. 2024-CV-1119 | Daniel S. Digby<br>LAW OFFICE OF DANIEL S. DIGBY, LLC<br>daniel@digbylegal.com |
| *Merchant Capital Collections LLC, Assignee of Fox Capital Group, Inc.*<br>*v.*<br>*Sugarcoat Midtown, et al.* | Hon. Fred C. Eady<br>Fulton Co. State Court<br><br>Civil Action No.<br>23EV003069 | Alexandria Capers, Esq.<br>THE LAW OFFICE OF LEFKOFF, RUBIN, GLEASON, RUSSO & WILLIAMS, P.C.<br>acapers@lrglaw.com |

| | | |
|---|---|---|
| *Tie Down, Inc. v. Edward Marquadt* | Hon. W. Travis Sakrison<br>Coweta Co. Superior Court<br><br>Civil Action No.<br>SUV2023000024 | Edward R. Marquadt<br>ed.marquadtjr@hotmail.com<br>*Pro Se Defendant* |
| *Eric Dawe<br>v. Holly Oetting and Clark Oetting c/o Keller Williams* | Hon. Berryl A. Anderson<br>DeKalb Co. Magistrate Court<br><br>Civil Action No. 23M02090 | Eric Dawe<br>604 E. 60th Street<br>Savannah, GA 31405<br>*Pro Se Plaintiff* |
| *Thomas Gabrial Dean<br>v.<br>Nadia Surrency, Emily Anderson, William Boddie, Bruce Thompson, Brad Raffensperger, Kartik Bhatt, Mike Coan, Nicole Horn and Lester G. Jackson, III* | Hon. D. Scott Smith<br>Bartow Co. Superior Court<br><br>Civil Action No.<br>SUCV2022001413 | Thomas G. Dean<br>*Pro Se Petitioner*<br><br>William K. Bodie, Esq.<br>LAW FIRM OF BODDIE AND ASSOCIATES, LLC<br><br>Bryan P. Tyson, Esq.<br>THE ELECTION LAW GROUP |
| *Bruce Thompson, individually and derivatively on behalf of In Their Honor Funeral & Cremation, LLC and Strong Tower Development, LLC<br>v.<br>Don Ware, Jr. and In Their Honor of Jasper Funeral & Cremation, LLC* | Bartow Co. Superior Court<br><br>Civil Action No.<br>SUCV2023001314 | H. Michael Bray, Esq.<br>BRAY AND JOHNSON<br>mbray@brayandjohnson.com |
| *Mike Coan<br>v.<br>Bruce Thompson, Bruce Thompson for Georgians, Inc., and Brandon Phillips* | Hon. Adele Grubbs<br>Bartow Co. Superior Court<br><br>Civil Action No.<br>SUCV2022001350 | Nicole Jennings Wade, Esq.<br>Jonathan D. Grunberg, Esq.<br>G. Taylor Wilson, Esq.<br>WADE, GRUNBERG & WILSON, LLC<br>nwade@wgwlawfirm.com<br>jgrunberg@wgwlawfirm.com<br>twilson@wgwlawfirm.com |

| | | |
|---|---|---|
| *Naomi Ayota, Harrison Simmel and Gabriel Dickson*<br>*v.*<br>*Tate Fall, Steven F. Bruning, Tori Silas, Stacy Efrat, Debbie Fischer and Jennifer Mosbacher* | Hon. A. Gregory Poole<br>Cobb Co. Superior Court<br><br>Civil Action No. 24GC08111 | Manoj S. Varghese, Esq.<br>Ben W. Thorpe, Esq.<br>Matthew R. Sellers, Esq.<br>Amber D. Greenaway, Esq.<br>BONDURANT MIXSON & ELMORE, LLP<br>varghese@bmelaw.com<br>bthorpe@bmelaw.com<br>sellers@bmelaw.com<br>greenaway@bmelaw.com<br><br>Cory Isaacson, Esq.<br>Caitlin May, Esq.<br>Akiva Freidlin, Esq.<br>ACLU FOUNDATION OF GEORGIA, INC.<br>cisaacson@acluga.org<br>afreidlin@acluga.org<br><br>Raechel Kummer, Esq.<br>Katherine Vaky, Esq.<br>MORGAN, LEWIS & BOCKIUS LLP<br>raechel.kummer@morganlewis.com<br>katherine.vaky@morganlewis.com<br><br>Gerald Weber, Esq.<br>LAW OFFICES OF GERALD WEBER, LLC<br>wgerryweber@gmail.com<br><br>Julie M. Houk, Esq.<br>Pooja Chaudhuri, Esq.<br>SOUTHERN POVERTY LAW CENTER<br>erosenberg@lawyerscommittee.org<br>jhouk@lawyerscommittee.org<br>pchaudhuri@lawyerscommittee.org<br>hszilagyi@lawyerscommittee.org |

| *IN RE GEORGIA SENATE BILL 202* | Hon. J. P. Boulee<br>Northern District of Georgia,<br>Atlanta Division<br><br>Civil Action No. 1:21-mi-55555-JPB | Adam Martin Sparks, Esq.<br>Halsey G. Knapp, Jr., Esq.<br>Joyce Gist Lewis, Esq.<br>KREVOLIN & HORST, LLC<br>sparks@khlawfirm.com<br>hknapp@khlawfirm.com<br>jlewis@khlawfirm.com<br><br>Jacob D Shelly, Esq.<br>Marcos Mocine-McQueen, Esq.<br>Melinda K. Johnson, Esq.<br>Tina Meng Morrison, Esq.<br>Uzoma Nkwonta, Esq.<br>ELIAS LAW GROUP LLP<br>jshelly@elias.law<br>mmcqueen@elias.law<br>mjohnson@elias.law<br>tmengmorrison@elias.law<br>unkwonta@elias.law<br><br>Catherine Harding McCord, Esq.<br>Armen Nercess Nercessian, Esq.<br>Ethan Michael Thomas, Esq.<br>FENWICK & WEST, LLP<br>cmccord@fenwick.com<br>Anercessian@fenwick.com<br>ethomas@fenwick.com<br><br>Bryan Ludington Sells, Esq.<br>THE LAW OFFICE OF BRYAN L. SELLS, LLC<br>bryan@bryansellslaw.com<br><br>Gerald R. Weber, Esq.<br>LAW OFFICE OF GERALD R WEBER, LLC<br>wgerryweber@gmail.com<br><br>Heather Jean Szilagyi, Esq.<br>Jennifer Nwachukwu, Esq.<br>Julie Marie Houk, Esq.<br>LAWYERS COMMITTEE FOR CIVIL RIGHTS UNDER LAW |
|---|---|---|

hszilagyi@lawyerscommittee.org
jnwachukwu@lawyerscommittee.org
jhouk@lawyerscommittee.org

Theresa J. Lee, Esq.
Sophia Lin Lakin, Esq.
Davin M. Rosborough, Esq.
Brian Lawrence Dimmick, Esq.
Dayton Campbell-Harris, Esq.
Caitlin Felt May, Esq.
Jonathan Topaz, Esq.
Ezra D. Rosenberg, Esq.
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
tlee@aclu.org
slakin@aclu.org
drosborough@aclu.org
bdimmick@aclu.org
dcampbell-harris@aclu.org
cmay@acluga.org
jtopaz@aclu.org
erosenberg@aclu-nj.org

Laurence F. Pulgram, Esq.
Joseph S. Belichick, Esq.
Molly Melcher, Esq.
FENWICK & WEST, LLP
lpulgram@fenwick.com
jbelichick@fenwick.com
mmelcher@fenwick.com

Neil J. Oxford, Esq.
James Henseler, Esq.
Mana Ameri, Esq.
Vilia Hayes, Esq.
Gregory Farrell, Esq.
William Beausoleil, Esq.
HUGHES HUBBARD & REED
neil.oxford@hugheshubbard.com

|  |  | james.henseler@hugheshubbard.com<br>mana.ameri@hugheshubbard.com<br>vilia.hayes@hugheshubbard.com<br>gregory.farrell@hugheshubbard.com<br>william.beausoleil@hugheshubbard.com<br><br>Leah C. Aden, Esq.<br>Alaizah Koorji, Esq.<br>Anuja Diwakar Thatte, Esq.<br>John Spencer Cusick, Esq.<br>NAACP LEGAL DEFENSE AND EDUCATION FUND, INC.<br>laden@naacpldf.org<br>akoorji@naacpldf.org<br>athatte@naacpldf.org<br>jcusick@naacpldf.org<br><br>Debo P. Adegbile, Esq.<br>George P. Varghese, Esq.<br>Mikayla C. Foster, Esq.<br>Nana Wilberforce, Esq.<br>Sofia Caroline Brooks, Esq.<br>Stephanie Lin, Esq.<br>Tania Christine Faransso, Esq.<br>Laura E. Powell, Esq.<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>debo.adegbile@wilmerhale.com<br>george.varghese@wilmerhale.com<br>mikayla.foster@wilmerhale.com<br>nana.wilberforce@wilmerhale.com<br>sofia.brooks@wilmerhale.com<br>stephanie.lin@wilmerhale.com<br>tania.faransso@wilmerhale.com<br>laura.powell@wilmerhale.com<br><br>Susan Mizner, Esq. |

THE ACLU FOUNDATION
Disability Rights Program
39 Drumm Street
Francisco, CA 94111

Matthew R. Jedreski, Esq.
Shontee Pant, Esq.
Kate Kennedy, Esq.
Grace Katherine Thompson, Esq.
David Morris Gossett, Esq.
Adam Sieff, Esq.
Danielle Eun Kim, Esq.
Courtney Turco DeThomas, Esq.
DAVID WRIGHT TREMAINE, LLP
mjedreski@dwt.com
spant@dwt.com
katekennedy@dwt.com
gracethompson@dwt.com
davidgossett@dwt.com
adamsieff@dwt.com
daniellekim@dwt.com
courtney.dethomas@dwt.com

Pichaya Poy Winichakul, Esq.
Sabrina S. Khan, Esq.
Matletha N. Bennette, Esq.
Bradley Erik Heard, Esq.
SOUTHERN POVERTY LAW
CENTER
poy.winichakul@splcenter.org
sabrina.khan@splcenter.org
matletha.bennette@splcenter.org
bradley.heard@splcenter.org

Cory Isaacson, Esq.
ACLU FOUNDATION OF GEORGIA
cisaacson@acluga.org

Chahira Solh, Esq.
Clifford Zatz, Esq.
Jordan Lee Ludwig, Esq.
Justin Kingsolver, Esq.
Nkechi Kanu, Esq.

| | | |
|---|---|---|
| | | Warrington S. Parker, III, Esq.<br>William Tucker, Esq.<br>CROWELL & MORING, LLP<br>csolh@crowell.com<br>czatz@crowell.com<br>jludwig@crowell.com<br>jkingsolver@crowell.com<br>nkanu@crowell.com<br>wparker@crowell.com<br>wtucker@crowell.com<br><br>Kurt G. Kastorf, Esq.<br>KASTORF LAW, LLC<br>kurt.kastorf@gmail.com<br><br>Matthew A. Fogelson, Esq.<br>Judith Browne Dianis<br>ADVANCEMENT PROJECT<br>mfogelson@advancementproject.org<br>jdianis@advancementproject.com<br><br>Elizabeth Heckmann, Esq.<br>Emily A. Hasselberg, Esq.<br>Candice Mai Khanh Nguyen, Esq.<br>Emily Lu Wang, Esq.<br>Luis G. Hoyos, Esq.<br>Niharika Simran Sachdeva, Esq.<br>Leo L. Lam, Esq.<br>R. Adam Lauridsen, Esq.<br>Rylee Kercher Olm, Esq.<br>Zainab Omar Ramahi, Esq.<br>KEKER VAN NEST & PETERS LLP<br>ehasselberg@keker.com<br>eheckmann@keker.com<br>cnguyen@keker.com<br>ewang@keker.com<br>lhoyos@keker.com<br>nsachdeva@keker.com<br>llam@kvn.com<br>alauridsen@keker.com |

|  |  | rolm@keker.com<br>zramahi@keker.com<br><br>Meredyth Yoon, Esq.<br>Eileen Jean Ma, Esq.<br>Kimberly Leung, Esq.<br>Noah B. Baron, Esq.<br>Niyati Shah, Esq.<br>ASIAN AMERICANS ADVANCING<br>JUSTICE<br>myoon@advancingjustice-<br>atlanta.org<br>eileenm@advancingjustice-<br>alc.org<br>kimberlyl@advancingjustice-<br>alc.org<br>nbaron@advancingjustice-<br>aajc.org<br>nshah@advancingjustice-<br>aajc.org<br><br>Aileen Bell Hughes, Esq.<br>OFFICE OF THE UNITED STATES<br>ATTORNEY-ATL600<br>aileen.bell.hughes@usdoj.gov<br><br>Rachel Renae Evans, Esq.<br>U.S. DEPARTMENT OF JUSTICE<br>rachel.evans@usdoj.gov<br><br>Thomas Christian Herren , Jr. ,<br>Esq.<br>OFFICE OF THE UNITED STATES<br>ATTORNEY<br>950 Pennsylvania Avenue, N.W.<br>Room 7254 NWB<br>Washington, DC 20530<br><br>Sejal Jhaveri, Esq.<br>Judy Bao, Esq.<br>James Eric Rich, Esq.<br>Brian Remlinger, Esq.<br>John A. Russ, IV, Esq. |
|---|---|---|

|  |  | Elizabeth M. Ryan, Esq. |
|  |  | Ernest Alan McFarland, Esq. |
|  |  | Jasmyn Gabrielle Richardson, Esq. |
|  |  | DOJ-CRT |
|  |  | sejal.jhaveri@usdoj.gov |
|  |  | judy.j.bao@usdoj.gov |
|  |  | j.rich@usdoj.gov |
|  |  | brian.remlinger@usdoj.gov |
|  |  | john.russ@usdoj.gov |
|  |  | elizabeth.ryan@usdoj.gov |
|  |  | ernest.a.mcfarland@usdoj.gov |
|  |  | jasmyn.richardson@usdoj.gov |
|  |  |  |
|  |  | Bryan P. Tyson, Esq. |
|  |  | Diane Festin LaRoss, Esq. |
|  |  | Bryan Francis Jacoutot, Esq. |
|  |  | CLARK HILL PLC |
|  |  | btyson@clarkhill.com |
|  |  | dlaross@clarkhill.com |
|  |  | bjacoutot@clarkhill.com |
|  |  |  |
|  |  | Edward H. Trent, Esq. |
|  |  | Erik Scott Jaffe, Esq. |
|  |  | Gene C. Schaerr, Esq. |
|  |  | H. Christopher Bartolomucci, Esq. |
|  |  | Nicholas Patrick Miller, Esq. |
|  |  | Donald M. Falk, Esq. |
|  |  | Brian Field, Esq. |
|  |  | Annika M. Boone, Esq. |
|  |  | SCHAERR JAFFE LLP |
|  |  | etrent@schaerr-jaffe.com |
|  |  | ejaffe@schaerr-jaffe.com |
|  |  | gschaerr@schaerr-jaffe.com |
|  |  | cbartolomucci@schaerr-jaffe.com |
|  |  | nmiller@schaerr-jaffe.com |
|  |  | dfalk@schaerr-jaffe.com |
|  |  | bfield@schaerr-jaffe.com |
|  |  | aboone@schaerr-jaffe.com |
|  |  |  |
|  |  | John E. Hall , Jr. , Esq. |

|  |  | William Bradley Carver, Esq.<br>Baxter D. Drennon, Esq.<br>Stuart Fallin Sumner, Esq.<br>Jacob Colby Wilson, Esq.<br>William Dowdy White, Esq.<br>HALL BOOTH SMITH, P.C.<br>JHall@hallboothsmith.com<br>bcarver@hallboothsmith.com<br>bdrennon@hallboothsmith.com<br>ssumner@hallboothsmith.com<br>jwilson@hallboothsmith.com<br>dwhite@hallboothsmith.com<br><br>Thomas R. McCarthy, Esq.<br>Conor Woodfin, Esq.<br>Tyler R. Green, Esq.<br>Steven Christopher Begakis, Esq.<br>Gilbert Charles Dickey, Esq.<br>Cameron T. Norris, Esq.<br>CONSOVOY MCCARTHY PLLC<br>tom@consovoymccarthy.com<br>conor@consovoymccarthy.com<br>tyler@consovoymccarthy.com<br>steven@consovoymccarthy.com<br>gilbert@consovoymccarthy.com<br>cam@consovoymccarthy.com<br><br>Daniel Walter White<br>HAYNIE, LITCHFIELD & WHITE, PC<br>dwhite@hlw-law.com<br><br>Karl Patrick Broder, Esq.<br>BECK OWEN & MURRAY<br>kbroder@beckowen.com<br><br>Kaye Woodard Burwell, Esq.<br>David R. Lowman, Esq.<br>Brad M. Bowman, Esq.<br>OFFICE OF THE FULTON COUNTY ATTORNEY |

kaye.burwell@fultoncountyga.gov
david.lowman@fultoncountyga.gov
brad.bowman@fultoncountyga.gov

Sandy Milord, Esq.
FULTON COUNTY GOVERNMENT
smilord@atlantaga.gov

Amelia Michele Joiner, Esq.
FULTON COUNTY SHERIFF'S OFFICE
amelia.joiner@fultoncountyga.gov

Emilie Omer Denmark, Esq.
ALDRIDGE PITE, LLP
edenmark@aldridgepite.com

Melanie Felicia Wilson, Esq.
GWINNETT COUNTY DEPARTMENT OF LAW
Melanie.wilson@gwinnettcounty.com

Tristen N. Waite, Esq.
DEKALB COUNTY LAW DEPARTMENT
tnwaite@dekalbcountyga.gov

Eric Paul Wilborn, Esq.
STEWART MELVIN & FROST, LLP
ewilborn@smf-law.com

Justin R. Lawhon, Esq.
HALL COUNTY LAW DEPARTMENT
jrlawhon@hallcounty.org

Arash A. Sabzevari, Esq.
Jack Reynolds Hancock, Esq.

| | | |
|---|---|---|
| | | FREEMAN MATHIS & GARY, LLP<br>asabzevari@fmglaw.com<br>jhancock@fmglaw.com<br><br>Lanetha Pitts, Esq.<br>AUGUSTA- RICHMOND COUNTY<br>lpitts@augustaga.gov<br><br>William H. Noland, Esq.<br>Grace Simms Martin, Esq.<br>NOLAND LAW FIRM, LLC<br>william@nolandlawfirmllc.com<br>grace@nolandlawfirmllc.com<br><br>Jennifer R. Davenport, Esq.<br>Ralph Jonathan Hart, Esq.<br>CHATHAM COUNTY ATTORNEY<br>jdavenport@chathamcounty.org<br>rjhart@chathamcounty.org<br><br>Gregory C. Sowell, Esq.<br>James F. Banter, Esq.<br>JAMES-BATES-BRANNAN-GROOVER-LLP<br>gsowell@jamesbatesllp.com<br>jbanter@jamesbatesllp.com<br><br>William J. Keogh, III, Esq.<br>HULL BARRETT, PC<br>wkeogh@hullbarrett.com<br><br>Patrick D. Jaugstetter, Esq.<br>JARRARD & DAVIS, LLP<br>patrickj@jarrard-davis.com<br><br>James Cullen Evans, Esq.<br>GREENBERG TRAURIG, LLP<br>jake.evans@gtlaw.com<br><br>Amicus Curiae<br>2110 Williams Ave.<br>Clarkston, WV 26301 |

|  |  | Jay Alan Sekulow, Esq.<br>AMERICAN CENTER FOR LAW<br>AND JUSTICE<br>sekulow@aclj.org<br><br>Chase S. Martin, Esq.<br>Stewart Whitson, Esq.<br>FOUNDATION FOR GOVERNMENT<br>ACCOUNTABILITY<br>15275 Collier Blvd<br>Suite 201<br>Naples, FL 34119<br><br>Holly Anne Pierson, Esq.<br>PIERSON LAW LLC<br>hpierson@piersonlawllc.com<br><br>Stefan Charles Passantino, Esq.<br>ELECTIONS, LLC<br>stefan.passantino@electionlawllc.com<br><br>Carey Allen Miller, Esq.<br>ROBBINS ALLOY BELINFANTE<br>LITTLEFIELD, LLC<br>cmiller@robbinsfirm.com<br><br>Gary K. Hunter , Jr. , Esq.<br>HOLTZMAN VOGEL BARAN<br>TORCHINSKY & JOSEFIAK, PLLC<br>ghunter@holtzmanvogel.com<br><br>Page Anthony Pate, Esq.<br>PATE, JOHNSON & CHURCH, LLC<br>emily@patejohnson.com<br><br>Harry W. MacDougald, Esq.<br>CALDWELL, CARLSON, ELLIOTT<br>& DeLOACH, LLP<br>hmacdougald@CCEDlaw.com<br><br>Kaylan L. Phillips, Esq.<br>Maureen Shawn Riordan, Esq. |
|  |  |  |

| | | |
|---|---|---|
| | | PUBLIC INTEREST LEGAL FOUNDATION<br>kphillips@publicinterestlegal.org<br>mriordan@publicinterestlegal.com<br><br>K. Alex Khoury, Esq.<br>SMITH, GAMBRELL & RUSSELL, LLP<br>akhoury@sgrlaw.com<br><br>Brittni Abra Hamilton, Esq.<br>KING & SPALDING LLP<br>brittnihamilton@dwt.com |