IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |

**NOTICE OF FILING JOINT PROPOSED SCHEDULE FOR DISCOVERY AND BRIEFING**

On March 31, 2025, this Court granted State Defendants' Motion to Reopen Limited Expert Discovery [Doc. 917] and required the parties to meet and confer, then provide a joint schedule or proposed competing schedules for this Court's review. Docket Entry Order, March 31, 2025. The parties conferred on April 7, 2025 and April 9, 2025, and hereby submit the following proposed joint schedule:

| Event | Date |
|---|---|
| Plaintiffs' data requests provided to State Defendants | April 14, 2025 |
| State Defendants produce updated 2024 election data already collected or provided to defense experts to Plaintiffs | April 28, 2025 |
| Deadline for production of balance of documents by State Defendants | May 15, 2025 |
| Initial Supplemental Expert Reports | June 16, 2025 |
| Rebuttal Supplemental Expert Reports | July 14, 2025 |
| Depositions (if needed) | July 28–August 18, 2025 |
| State Defendants/Intervenors file supplemental brief(s) not to exceed 75 pages in total | August 29, 2025 |

| Event | Date |
|---|---|
| Plaintiffs file supplemental brief(s) not to exceed 75 pages in total | October 3, 2025 |
| State Defendants/Intervenors file reply brief(s) not to exceed 25 pages in total | October 24, 2025 |

The parties are continuing to discuss the types of data and documents that will be produced during the additional discovery period and have provided the dates outlined above based on their current discussions. If the type or scope of discovery changes from what is currently anticipated, the parties will notify the Court of any modifications required to this proposed schedule.

April 10, 2025                                    Respectfully submitted,

Christopher M. Carr
Attorney General
Georgia Bar No. 112505
Bryan K. Webb
Deputy Attorney General
Georgia Bar No. 743580
Elizabeth T. Young
Senior Assistant Attorney General
Georgia Bar No. 707725
**State Law Department**
40 Capitol Square, S.W.
Atlanta, Georgia 30334

Gene C. Schaerr*
Special Assistant Attorney General
H. Christopher Bartolomucci*
Donald M. Falk*
Brian J. Field*
Edward H. Trent*
**SCHAERR | JAFFE LLP**
1717 K Street NW, Suite 900

Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com
*Admitted pro hac vice

/s/Bryan P. Tyson
Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
btyson@clarkhill.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@clarkhill.com
Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@clarkhill.com
**CLARK HILL PLC**
3630 Peachtree Road NE
Suite 550
Atlanta, Georgia 30339
(678) 370-4377

*Counsel for State Defendants*

/s/Gilbert C. Dickey
Gilbert C. Dickey*
Conor D. Woodfin*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, Virginia 22209
(703) 243-9423

Tyler R. Green*
CONSOVOY MCCARTHY PLLC
222 S. Main Street, 5th Floor
Salt Lake City, UT 84101
(703) 243-9423

*admitted pro hac vice

John E. Hall, Jr.
   Georgia Bar No. 319090
William Bradley Carver, Sr.
   Georgia Bar No. 115529
Baxter D. Drennon
   Georgia Bar No. 241446
HALL BOOTH SMITH, P.C.
191 Peachtree Street NE, Suite 2900
Atlanta, Georgia 30303
(404) 954-5000
(404) 954-5020 (Fax)

*Counsel for Intervenors*

3

Davin M. Rosborough*
*drosborough@aclu.org*
Sophia Lin Lakin*
*slakin@aclu.org*
Jonathan Topaz*
*jtopaz@aclu.org*
Dayton Campbell-Harris*^
*dcampbell-harris@aclu.org*
ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 519-7836
Facsimile: (212) 549-2539

Brian Dimmick (pro hac vice)
*bdimmick@aclu.org*
ACLU FOUNDATION, INC.
915 15th Street NW
Washington, DC 20005
Telephone: (202) 731-2395

Susan P. Mizner (pro hac vice)
*smizner@aclu.org*
ACLU FOUNDATION, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0781

George P. Varghese (pro hac vice)
*george.varghese@wilmerhale.com*
Stephanie Lin (pro hac vice)
*stephanie.lin@wilmerhale.com*
Mikayla Foster (pro hac vice)
*mikayla.foster@wilmerhale.com*
Sofie C. Brooks (pro hac vice)
*sofie.brooks@wilmerhale.com*
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Nana Wilberforce (pro hac vice)

Caitlin May (Ga. Bar No. 602081)
*cmay@acluga.org*
Cory Isaacson (Ga. Bar No. 983797)
*cisaacson@acluga.org*
ACLU FOUNDATION OF GEORGIA, INC.
P.O. Box 77208
Atlanta, Georgia 30357
Telephone: (678) 981-5295
Facsimile: (770) 303-0060

*/s/ Leah C. Aden*
Leah C. Aden*
*laden@naacpldf.org*
Alaizah Koorji* *akoorji@naacpldf.org*
John S. Cusick*
*jcusick@naacpldf.org*
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592

Anuja Thatte*
*athatte@naacpldf.org*
NAACP LEGAL DEFENSE AND
EDUCATION FUND, INC.
700 14th Street, NW
Suite 600
Washington, DC 20005
Telephone: (202) 682-1300

Debo P. Adegbile (pro hac vice)
*debo.adegbile@wilmerhale.com*
WILMER CUTLER PICKERING
HALE AND DORR LLP
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

Tania Faransso (pro hac vice)
*tania.faransso@wilmerhale.com*

4

*nana.wilberforce@wilmerhale.com*
WILMER CUTLER PICKERING HALE
AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

Laura Powell (pro hac vice)
*laura.powell@wilmerhale.com*
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Admitted pro hac vice
^ Practice limited to federal court

*Attorneys for Plaintiffs*
*Sixth District of the African Methodist Episcopal Church, Delta Sigma Theta Sorority, Georgia ADAPT, and Georgia Advocacy Office*

*/s/ Pichaya Poy Winichakul*
Pichaya Poy Winichakul (Bar 246858)
*poy.winichakul@splcenter.org*
Bradley E. Heard (Bar 342209)
*bradley.heard@splcenter.org*
Matletha N. Bennette*
*matletha.bennette@splcenter.org*
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, Georgia 30031-1287
Telephone: (404) 521-6700
Facsimile: (404) 221-5857

Sabrina S. Khan*
*sabrina.khan@splcenter.org*
SOUTHERN POVERTY LAW CENTER
1101 17th Street NW, Suite 705
Washington, DC 20036
Telephone: (202) 728-9557

Adam S. Sieff*
*adamsieff@dwt.com*
Daniel Leigh*
*danielleigh@dwt.com*
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue 27th Floor
Los Angeles, CA 90071
Telephone: (213) 633-6800
Facsimile: (213) 633-6899

Matthew Jedreski*
*mjedreski@dwt.com*
Danielle Eun Kim*
*daniellekim@dwt.com*
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

David M. Gossett*
*davidgossett@dwt.com*
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500
Washington, DC 20005-7048
Telephone: (202) 973-4288

Facsimile: (202) 973-4499

*Admitted pro hac vice

*Attorneys for Plaintiffs*
*Georgia Muslim Voter Project, Women Watch Afrika,*
*Latino Community Fund Georgia, and The Arc of the United States*

| | |
|---|---|
| */s/ Meredyth L. Yoon* <br> MEREDYTH L. YOON <br> (Georgia Bar No. 204566) <br> ASIAN AMERICANS <br> ADVANCING JUSTICE-ATLANTA <br> 5680 Oakbrook Parkway, Suite 148 <br> Norcross, Georgia 30093 <br> 404 585 8446 (Telephone) <br> 404 890 5690 (Facsimile) <br> *myoon@advancingjustice-atlanta.org* | */s/ Noah Baron* <br> NIYATI SHAH* <br> TERRY AO MINNIS*º <br> NOAH BARON* <br> ASIAN AMERICANS ADVANCING JUSTICE-AAJC <br> 1620 L Street, NW, Suite 1050 <br> Washington, DC 20036 <br> 202 815 1098 (Telephone) <br> 202 296 2318 (Facsimile) <br> *nshah@advancingjustice-aajc.org* <br> *tminnis@advancingjustice-aajc.org* <br> *nbaron@advancingjustice-aajc.org* |
| */s/ Eileen Ma* <br> EILEEN MA* <br> KIMBERLY LEUNG* <br> ASIAN LAW CAUCUS <br> 55 Columbus Avenue <br> San Francisco, CA 94111 <br> 415 896 1701 (Telephone) <br> 415 896 1702 (Facsimile) <br> *eileenm@asianlawcaucas.org* <br> *kimberlyl@asianlawcaucas.org* | */s/ R. Adam Lauridsen* <br> LEO L. LAM* <br> R. ADAM LAURIDSEN* <br> CANDICE MAI KHANH NGUYEN* <br> LUIS G. HOYOS* <br> RYLEE KERCHER OLM* <br> NIHARIKA S. SACHDEVA* <br> ELIZABETH A. HECKMAN* <br> KEKER, VAN NEST AND PETERS LLP <br> 633 Battery Street <br> San Francisco, CA 94111-1809 <br> 415 391 5400 (Telephone) <br> 415 397 7188 (Facsimile) <br> *llam@keker.com* <br> *alauridsen@keker.com* <br> *cnguyen@keker.com* <br> *lhoyos@keker.com* <br> *rolm@keker.com* |

                                                         *nsachdeva@keker.com*
                                                         *eheckman@keker.com*

                                                         *Admitted pro hac vice
                                                         º Not admitted in D.C.

*Attorneys for Plaintiffs*
*Asian Americans Advancing Justice–Atlanta, Steven J. Paik,*
*Nora Aquino, Angelina Thuy Uddullah, and Anjali Enjeti-Sydow*

| | |
|---|---|
| | /s/ Uzoma N. Nkwonta |
| Halsey G. Knapp, Jr. | Uzoma N. Nkwonta* |
| Georgia Bar No. 425320 | Jacob D. Shelly* |
| Joyce Gist Lewis | Tina Meng Morrison* |
| Georgia Bar No. 296261 | Marcos Mocine-McQueen* |
| Adam M. Sparks | ELIAS LAW GROUP LLP |
| Georgia Bar No. 341578 | 250 Massachusetts Ave NW |
| KREVOLIN & HORST, LLC | Suite 400 |
| 1201 W. Peachtree St., NW | Washington, DC 20001 |
| One Atlantic Center, Suite 3500 | Telephone: (202) 968-4490 |
| Atlanta, Georgia 30309 | *unkwonta@elias.law* |
| Telephone: (404) 888-9700 | *jshelly@elias.law* |
| Facsimile: (404) 888-9577 | *mjohnson@elias.law* |
| *hknapp@khlawfirm.com* | *tmengmorrison@elias.law* |
| *jlewis@khlwafirm.com* | *mmcqueen@elias.law* |
| *sparks@khlawfirm.com* | |
| | *Admitted pro hac vice |

*Attorneys for Plaintiffs*
*The New Georgia Project, Black Voters Matter Fund, Rise, Inc.,*
*Elbert Solomon, Fannie Marie Jackson Gibbs, and Jauan Durbin*

7

Bryan L. Sells
Georgia Bar No. 635562
THE LAW OFFICE OF BRYAN L. SELLS, LLC
P.O. Box 5493
Atlanta, Georgia 31107
Tel: (404) 480-4212
Email: *bryan@bryansellslaw.com*

Julie M. Houk (pro hac vice)
*jhouk@lawyerscommittee.org*
Jennifer Nwachukwu (pro hac vice)
*jnwachukwu@lawyerscommittee.org*
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857

*/s/ Vilia Hayes*
Vilia Hayes (pro hac vice)
*vilia.hayes@hugheshubbard.com*
Neil Oxford (pro hac vice)
*neil.oxford@hugheshubbard.com*
Gregory Farrell (pro hac vice)
*gregory.farrell@hugheshubbard.com*
Mana Ameri (pro hac vice)
*mana.ameri@hugheshubbard.com*
William Beausoleil
*william.beausoleil@hugheshubbard.com*
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Gerald Weber
Georgia Bar No. 744878
LAW OFFICES OF GERRY WEBER, LLC
Post Office Box 5391
Atlanta, Georgia 31107
Telephone: 404.522.0507
Email: *wgerryweber@gmail.com*

*/s/ Laurence F. Pulgram*
Laurence F. Pulgram (pro hac vice)
*lpulgram@fenwick.com*
Molly Melcher (pro hac vice)
*mmelcher@fenwick.com*
Armen Nercessian (pro hac vice)
*Anercessian@fenwick.com*
Ethan Thomas (pro hac vice)
*EThomas@fenwick.com*
FENWICK & WEST LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 875-2300

Joseph S. Belichick (pro hac vice)
*jbelichick@fenwick.com*
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041-2008
Telephone: (650) 988-8500

Catherine McCord (pro hac vice)
*cmccord@fenwick.com*
FENWICK & WEST LLP
902 Broadway, Suite 14
New York, NY 10010
Telephone: (212) 430-2690

8

*Attorneys for Plaintiffs*
*Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, Inc., League of Women Voters of Georgia, Inc., GALEO Latino Community Development Fund, Inc., Common Cause, and the Lower Muskogee Creek Tribe*

| | |
|---|---|
| Kurt Kastorf (GA Bar No. 315315)<br>KASTORF LAW, LLC<br>1387 Iverson Street, N.E., Suite 100<br>Atlanta, Georgia 30307<br>Telephone: 404-900-0330<br>*kurt@kastorflaw.com*<br><br>*/s/ Matthew A. Fogelson*<br>Judith Browne Dianis*<br>Matthew A. Fogelson*<br>ADVANCEMENT PROJECT<br>1220 L Street, N.W., Suite 850<br>Washington, DC 20005<br>Telephone: (202) 728-9557<br>*JBrowne@advancementproject.org*<br>*MFogelson@advancementproject.org* | Clifford J. Zatz*<br>Justin D. Kingsolver*<br>William Tucker*<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Telephone: (202) 624-2500<br>*CZatz@crowell.com*<br>*JKingsolver@crowell.com*<br>*WTucker@crowell.com*<br><br>Jordan Ludwig*<br>CROWELL & MORING LLP<br>515 South Flower Street, 40th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 443-5524<br>*JLudwig@crowell.com*<br><br>*Admitted *pro hac vice* |

*Attorneys for Plaintiffs*
*The Concerned Black Clergy of Metropolitan Atlanta, Inc.,*
*The Justice Initiative, Inc., Metropolitan Atlanta Baptist Ministers Union, Inc., First Congregational Church, United Church of Christ Incorporated,*
*Georgia Latino Alliance for Human Rights, Inc.*

9

**CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing Notice was prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/Bryan P. Tyson*
Bryan P. Tyson
