UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: GEORGIA SENATE BILL 202

No. 1:21-MI-55555-JPB
ALL CASES

## **ORDER**

This matter is before the Court on the parties' Joint Proposed Schedule for Discovery and Briefing [Doc. 940]. The dates proposed by the parties are approved and fully incorporated herein. As such, State Defendants and Intervenor Defendants shall file supplemental briefs no later than August 29, 2025. Briefing shall be completed no later than October 24, 2025.

**SO ORDERED** this 14th day of April, 2025.

_____
J. P. BOULEE
United States District Judge