

**GREGORY C. SOWELL**

Direct: 706.215.8330
Email: gsowell@jamesbatesllp.com

1 Press Place
Suite 200
Athens, Georgia 30601
O 706.215.8321
F 706.215.8322

April 22, 2025

**Electronic Filing via CM/ECF and**
**Via Email to:** CRD_JPB@gand.uscourts.gov
Chambers of Judge J. P. Boulee
ATTN: Courtroom Deputy Clerk
1988 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3309

    Re:    IN RE GEORGIA SENATE BILL 202
            *Sixth District of the African Methodist Episcopal Church, et al. v. Brian Kemp, et al.*
            U.S.D.C. for the Northern District of Georgia, Atlanta Division
            Master Case. No.: 1:21-mi-55555-JPB

Dear Courtroom Deputy Clerk:

I represent the Athens-Clarke County Board of Elections in the above-referenced matter. In accordance with Local Rule 83.1(E)(4), I am respectfully requesting that this case not be calendared during the following dates which represent the times I will be away from the practice of law for the reasons indicated:

    June 10, 2025, through and including June 13, 2025    Family Vacation
    July 11, 2025, through and including July 22, 2025    Family Vacation

The leave of absence is fewer than 21 days and this case is not currently on a published calendar for court appearance, nor is it noticed for a hearing during the requested time periods.

Your consideration in this regard would be very much appreciated.

Respectfully,

*/s/ G C Sowell*

Gregory C. Sowell

cc:    All Representing Counsel (via CM/ECF)