UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| THE CONCERNED BLACK CLERGY OF METROPOLITAN ATLANTA, INC., *et al.,*<br><br>*Plaintiffs,*<br><br>v.<br><br>BRAD RAFFENSPERGER, in his Official capacity as the Georgia Secretary of State, *et al*.,<br>*Defendants,*<br><br>REPUBLICAN NATIONAL COMMITTEE, *et al*.,<br>*Intervenor-Defendants*. | Civil Action No.: 1:21-cv-01728-JPB |

**Notice of Withdrawal of Attorney Matthew A. Fogelson**

Pursuant to Civil Local Rule 83.1(E)(4), notice is hereby given that Matthew A. Fogelson is leaving the employment of the Advancement Project and therefore withdraws his appearance as counsel for Plaintiffs the Concerned Black Clergy of Metropolitan Atlanta, Inc., The Justice Initiative, Metropolitan Atlanta Baptist Ministers Union, Inc., First Congregational Church, United Church of Christ Incorporated, and Georgia Latino Alliance for Human Rights, Inc. ("CBC

1

Plaintiffs"). CBC Plaintiffs will continue to be represented in this matter by the undersigned counsel at the Advancement Project, Kastorf Law, LLC, and Crowell & Moring, LLP.

Respectfully submitted this 5th day of May, 2025.

|  |  |
|---|---|
| | /s/ *Matthew A. Fogelson* |
| Kurt G. Kastorf<br>Kastorf Law, LLC<br>1387 Iverson Street NE, Suite 100<br>Atlanta, GA 30307<br>(404) 900-0330<br>kurt.kastorf@gmail.com<br><br>Jordan Lee Ludwig*<br>Crowell & Moring, LLP<br>40th Floor<br>515 South Flower Street<br>Los Angeles, CA 90071<br>(213) 443-5524<br>jludwig@crowell.com | Judith Browne Dianis*<br>Matthew A. Fogelson*<br>Advancement Project<br>1220 L Street NW, Suite 850<br>Washington, DC 20005<br>(202) 728-9557<br>jbrowne@advancementproject.org<br><br>Clifford Zatz*<br>William Tucker*<br>Justin Kingsolver*<br>Crowell & Moring, LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>(202) 508-8947<br>czatz@crowell.com<br>wtucker@crowell.com<br>jkingsolver@crowell.com<br><br>* *Admitted pro hac vice*<br><br>*Attorneys for Plaintiffs the Concerned Black Clergy of Metropolitan Atlanta, Inc., The Justice Initiative, Metropolitan Atlanta Baptist Ministers Union, Inc., First Congregational Church, United Church of Christ Incorporated, and Georgia Latino Alliance for Human Rights, Inc.* |

**CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using font type of Times New Roman and a point size of 14.

Dated: May 5, 2025 /s/ *Matthew A. Fogelson*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2025, I electronically filed this document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Dated: May 5, 2025 /s/ *Matthew A. Fogelson*