# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13085

_____

In re:

GEORGIA SENATE BILL 202.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-mi-55555-JPB

_____

_____

No. 23-13095

2            Order of the Court            23-13085

_____

IN RE:

GEORGIA SENATE BILL 202.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-mi-55555-JPB

_____

ORDER:

       The parties' joint motion for additional time for oral argument and for clarification is GRANTED.

       Each side will have a total of 30 minutes for the oral argument in these consolidated appeals-15 minutes for the Line P.I. appeal and 15 minutes for the Birthdate P.I. appeal.

       The court will hear argument on the Line P.I. appeal first and the Birthdate P.I. second. Both arguments will proceed in the usual order (appellant's initial argument, appellee's response argument, and appellant's rebuttal argument). The parties are free to

Case 1:21-mi-55555-JPB   Document 955   Filed 07/21/25   Page 3 of 3
USCA11 Case: 23-13085   Document: 209   Date Filed: 07/21/2025   Page: 3 of 3

23-13085                Order of the Court                                3

use their allotted time as they see fit, but will need to tell the courtroom deputy how the time is being divided or used.

> DAVID J. SMITH
> Clerk of the United States Court of
> Appeals for the Eleventh Circuit
>
> ENTERED FOR THE COURT - BY DIRECTION