# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21- MI-55555-JPB |
| GEORGIA STATE CONFERENCE OF THE NAACP, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Secretary of State for the State of Georgia, *et al.*, <br><br> *Defendants*, <br><br> REPUBLICAN NATIONAL COMMITTEE, *et al.*, <br><br> *Intervenor-Defendants*. | Civil Action No.: 1:21- cv-01259-JPB |
| THE NEW GEORGIA PROJECT, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.*, <br><br> *Defendants*, <br><br> REPUBLICAN NATIONAL COMMITTEE, *et al.*, <br><br> *Intervenor-Defendants*. | Civil Action No.: 1:21- cv-01229-JPB |

| | |
|---|---|
| THE CONCERNED BLACK CLERGY OF METROPOLITAN ATLANTA, INC., a Georgia nonprofit corporation, *et al.*,<br><br>    *Plaintiffs*,<br>                v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.*,<br><br>    *Defendants*,<br><br>REPUBLICAN NATIONAL COMMITTEE, *et al.*,<br><br>    *Intervenor-Defendants.* | Civil Action No.:<br>1:21- cv-01728-JPB |
| ASIAN AMERICANS ADVANCING JUSTICE-ATLANTA, *et al.*,<br><br>    *Plaintiffs*,<br>                v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.*,<br><br>    *Defendants*,<br><br>REPUBLICAN NATIONAL COMMITTEE, *et al.*,<br><br>    *Intervenor-Defendants.* | Civil Action No.:<br>1:21- cv-01333-JPB |

| | |
|---|---|
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.*,<br><br>*Defendants*,<br><br>REPUBLICAN NATIONAL COMMITTEE, *et al.*,<br><br>*Intervenor-Defendants*. | Civil Action No.:<br>1:21- cv-01284-JPB |

**CONSENT MOTION FOR AN EXTENSION OF TIME TO COMPLETE SUPPLEMENTAL EXPERT DEPOSITIONS AND TO FILE SUPPLEMENTAL BRIEFING IN SUPPORT OF AND IN OPPOSITION TO THE PENDING MOTIONS FOR SUMMARY JUDGMENT**

Plaintiffs submit this motion for an extension of time to complete supplemental expert depositions and for the filing of supplemental briefing in support of, and in opposition to, the pending motions for summary judgment. Plaintiffs are filing this motion with the consent of State Defendants' counsel.

On March 31, 2025, the Court granted the State Defendants' Motion to Reopen Limited Expert Discovery [Doc. 917] and further ordered the parties to jointly meet and confer to provide a proposed schedule for the supplemental expert discovery and summary judgment briefing for the Court's review. *Id*.

1

Thereafter, counsel for the Plaintiffs and State Defendants conferred and agreed upon a joint proposed schedule, which included a proposed time frame of July 28, 2025 to August 18, 2025 to complete supplemental expert depositions and a proposed schedule for completing supplemental briefing on the pending motions for summary judgment beginning on August 29, 2025 and concluding October 24, 2025. [Doc. 940]. On April 14, 2025, the Court entered an Order incorporating these deadlines. [Doc. 941].

While counsel for Plaintiffs and State Defendants have diligently attempted to schedule all of the supplemental expert depositions by the August 18, 2025 deadline set forth in the Court's April 14, 2025 order [Doc. 941], counsel were unable to set the supplemental expert depositions of Dr. Justin Grimmer (a defense expert) and Taeku Lee (a plaintiffs' expert), prior to the August 18, 2025 deadline due to scheduling conflicts.

Counsel for Plaintiffs and the State Defendants conferred about the scheduling issues and have tentatively reached an agreement that Dr. Lee will be deposed on August 21, 2025, and Dr. Grimmer will be deposed on August 27, 2025, subject to this Court's approval. In the event that there is a need to further accommodate an extension for any other supplemental expert depositions, Plaintiffs further move the Court for an order extending the deadline for completing the supplemental expert depositions to September 1, 2025.

2

Plaintiffs also move the Court for an order extending the schedule for the supplemental summary judgment briefing to accommodate the need to take supplemental expert depositions after the original August 18, 2025, deadline as follows:

State Defendants/Intervenors' Supplemental Opening Briefs Due: September 12, 2025;

Plaintiffs' Supplemental Response Briefs Due: October 17, 2025; and

State Defendants/Intervenor's Supplemental Reply Briefs Due: November 7, 2025.

Based upon the foregoing, Plaintiffs and State Defendants consent to this Court entering an order granting the extensions of time set forth herein.

Respectfully submitted, this 6th day of August 2025.

*/s/ Bryan L. Sells*
Bryan L. Sells
Georgia Bar No. 635562
THE LAW OFFICE OF BRYAN SELLS, LLC
PO Box 5493 Atlanta, Georgia 31107
Tel: (404) 480-4212
Email: *bryan@bryansellslaw.com*

Julie M. Houk*
Jennifer Nwachukwu*

*/s/ Laurence F. Pulgram*
Laurence F. Pulgram*
*lpulgram@fenwick.com*
Molly Melcher*
*mmelcher@fenwick.com*
Armen Nercessian*
*anercessian@fenwick.com*
Ethan Thomas*
*ethomas@fenwick.com*
FENWICK & WEST LLP

3

*jhouk@lawyerscommittee.org*
*jnwachukwu@lawyerscommittee.org*
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857

Vilia Hayes*
Neil Oxford*
Gregory Farrell*
HUGHES HUBBARD & REED LLP
One Battery Park Plaza New York,
New York 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
*vilia.hayes@hugheshubbard.com*
*neil.oxford@hugheshubbard.com*
*gregory.farrell@hugheshubbard.com*

Kurt Kastorf (GA Bar No. 315315)
KASTORF LAW, LLC
1387 Iverson Street, N.E., Suite 100
Atlanta, Georgia 30307
Telephone: 404-900-0330
*kurt@kastorflaw.com*

Judith Browne Dianis*
John Powers*
ADVANCEMENT PROJECT
1220 L Street, N.W., Suite 850
Washington, DC 20005
Telephone: (202) 728-9557
*jbrowne@advancementproject.org*
*jpowers@advancementproject.org*

555 California Street
San Francisco, CA 94104
Telephone: (415) 875-2300

Joseph S. Belichick*
*jbelichick@fenwick.com*
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041-2008
Telephone: (650) 988-8500

Catherine McCord*
*cmccord@fenwick.com*
FENWICK & WEST LLP
902 Broadway, Suite 14
New York, NY 10010
Telephone: (212) 430-2690

Gerald R. Weber (GA Bar No. 744878)
*wgerryweber@gmail.com*
LAW OFFICES OF GERRY
WEBER, LLC
PO Box 5391
Atlanta, GA 31107
Telephone: (404) 522-0507

*Attorneys for Plaintiffs Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, Inc., League of Women Voters of Georgia, Inc., GALEO Latino Community Development Fund, Inc., Common Cause, and the Lower Muskogee Creek*

Clifford J. Zatz*
Justin D. Kingsolver*
William Tucker*
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.

4

Washington, DC 20004
Telephone: (202) 624-2500
*CZatz@crowell.com*
*JKingsolver@crowell.com*
*WTucker@crowell.com*

Jordan Ludwig*
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: (213) 443-5524
*Jludwig@crowell.com*

*Attorneys for Plaintiffs*
*The Concerned Black Clergy of Metropolitan Atlanta, Inc., The Justice Initiative, Inc., Metropolitan Atlanta Baptist Ministers Union Inc., First Congregational Church, United Church of Christ Incorporated, Georgia Latino Alliance for Human Rights, Inc.*

Pichaya Poy Winichakul (Bar 246858)
*poy.winichakul@splcenter.org*
Bradley E. Heard (Bar 342209)
*bradley.heard@splcenter.org*
Matletha N. Bennette*
*matletha.bennette@splcenter.org*
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, Georgia 30031-1287
Telephone: (404) 521-6700
Facsimile: (404) 221-5857

Jess Unger*
*jess.unger@splcenter.org*
Sabrina S. Khan*
*sabrina.khan@splcenter.org*
SOUTHERN POVERTY LAW CENTER
1101 17th Street NW, Suite 705
Washington, DC 20036
Telephone: (202) 728-9557

/s/ *Adam S. Sieff*
Adam S. Sieff*
*adamsieff@dwt.com*
Daniel Leigh*
*danielleigh@dwt.com*
Joseph Elie-Meyers**
*josepheliemeyers@dwt.com*
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899

Matthew Jedreski*
*mjedreski@dwt.com*
Grace Thompson*
*gracethompson@dwt.com*
Danielle Eun Kim*
*daniellekim@dwt.com*
Kate Kennedy*
*katekennedy@dwt.com*
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

David M. Gossett*
*davidgossett@dwt.com*
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500

Washington, D.C. 20005-7048
Telephone: (202) 973-4288
Facsimile: (202) 973-4499

*Attorneys for Plaintiffs Georgia Muslim Voter Project, Women Watch Afrika, Latino Community Fund Georgia, and The Arc of the United States*

/s/ Davin M. Rosborough
Davin M. Rosborough*
*drosborough@aclu.org*
Sophia Lin Lakin*
*slakin@aclu.org*
Jonathan Topaz*
*jtopaz@aclu.org*
Dayton Campbell-Harris*^
*dcampbell-harris@aclu.org*
Casey Smith*
*csmith@aclu.org*
ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
Telephone: (212) 519-7836
Facsimile: (212) 549-2539

Susan P. Mizner*
*smizner@aclu.org*
ACLU FOUNDATION, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0781

Brian Dimmick*
*bdimmick@aclu.org*
ACLU FOUNDATION, INC.
915 15th Street NW
Washington, D.C. 20005

Telephone: (202) 731-2395
Washington, DC 20005
Telephone: (202) 682-1300

Cory Isaacson (Ga. Bar No. 983797)
*cisaacson@acluga.org*
ACLU FOUNDATION OF GEORGIA, INC.
P.O. Box 77208
Atlanta, Georgia 30357
Telephone: (678) 981-5295
Fax: (770) 303-0060

s/ Leah C. Aden
Leah C. Aden*
*laden@naacpldf.org*
Alaizah Koorji*
*akoorji@naacpldf.org*
John S. Cusick*
*jcusick@naacpldf.org*
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, New York 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592

Anuja Thatte*
*athatte@naacpldf.org*
NAACP LEGAL DEFENSE AND
EDUCATION FUND, INC.
700 14th Street, NW
Washington, DC 20036
(202) 815 1098 (Telephone)
(202) 296 2318 (Facsimile)

Debo P. Adegbile* (pro hac vice)
*debo.adegbile@wilmerhale.com*
WILMER CUTLER PICKERING HALE
AND DORR LLP
250 Greenwich Street

6

New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

George P. Varghese*
*george.varghese@wilmerhale.com*
Stephanie Lin*
*stephanie.lin@wilmerhale.com*
Mikayla Foster*
*mikayla.foster@wilmerhale.com*
Sofie C. Brooks*
*sofie.brooks@wilmerhale.com*
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Tania Faransso*
*tania.faransso@wilmerhale.com*
Laura Powell*
*laura.powell@wilmerhale.com*
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, D.C. 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Nana Wilberforce*
*nana.wilberforce@wilmerhale.com*
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue,
Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400
*Attorneys for Plaintiffs*

*Attorneys for Plaintiffs*
*Sixth District of the African Methodist Episcopal Church, Delta Sigma Theta Sorority, Georgia ADAPT, and Georgia Advocacy Office*

*/s/ Meredyth L. Yoon*
Meredyth L. Yoon (GA Bar No. 204566)
*myoon@advancingjustice-atlanta.org*
ASIAN AMERICANS ADVANCING
JUSTICE-ATLANTA
5680 Oakbrook Parkway, Suite 148
Norcross, Georgia 30093
(404) 585 8446 (Telephone)
(404) 890 5690 (Facsimile)

*/s/ Eileen Ma*
Eileen Ma*
*eileenm@asianlawcaucus.org*
Kimberly Leung*
*kimberlyl@asianlawcaucus.org*
ASIAN LAW CAUCUS
55 Columbus Avenue San
Francisco, CA 94111
(415) 896 1701 (Telephone)
(415) 896 1702 (Facsimile)

*/s/ Noah Baron*
Niyati Shah*
*nshah@advancingjustice-aajc.org*
Terry Ao Minnis*º
*tminnis@advancingjustice-aajc.org*
Noah Baron*
*nbaron@advancingjustice-aajc.org*
ASIAN AMERICANS ADVANCING
JUSTICE-AAJC
1620 L Street, NW, Suite 1050
Washington, DC 20036
(202) 815 1098 (Telephone)
(202) 296 2318 (Facsimile)

*/s/ R. Adam Lauridsen*
Leo L. Lam*
*llam@keker.com*
R. Adam Lauridsen*
*alauridsen@keker.com*
Connie P. Sung*
*csung@keker.com*
Candice Mai Khanh Nguyen*
*cnguyen@keker.com*
Luis G. Hoyos*
*lhoyos@keker.com*
Rylee Kercher Olm*
*rolm@keker.com*
Niharika Sachdeva*
*nsachdeva@keker.com*
Elizabeth Heckmann*
*eheckmann@keker.com*
KEKER, VAN NEST AND PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
(415) 391 5400 (Telephone)
(415) 397 7188 (Facsimile)

*Admitted pro hac vice
º Not admitted in D.C.

*Attorneys for Plaintiffs Asian Americans Advancing Justice–Atlanta, Steven J. Paik, Nora Aquino, Angelina Thuy Uddullah, and Anjali Enjeti-Sydow*

Joyce Gist Lewis
Georgia Bar No. 296261
Adam M. Sparks
Georgia Bar No. 341578
KREVOLIN & HORST LLC
1201 W. Peachtree St., NW
One Atlantic Center, Suite 3250
Atlanta, GA 30309
(404) 888-9700
*jlewis@khlawfirm.com*
*sparks@khlawfirm.com*

Uzoma N. Nkwonta
Jacob D. Shelly
Tina Meng Morrison
Marcos Mocine-McQueen
ELIAS LAW GROUP LLP
250 Massachusetts Ave., NW, Suite 400
Washington, D.C. 20001
(202) 968-4490
*unkwonta@elias.law*
*jshelly@elias.law*
*tmengmorrison@elias.law*
*mmcqueen@elias.law*

*Attorneys for New Georgia Project Plaintiffs*

8

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using font type of Times New Roman and a font size of 14.

Dated: August 6, 2025                                          */s/ Julie M. Houk*
                                                               Julie M. Houk
                                                               *Counsel for the*
                                                               *GA NAACP, et al Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2025, I electronically filed this document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Dated: August 6, 2025                                          */s/ Julie M. Houk*
                                                               Julie M. Houk
                                                               *Counsel for the*
                                                               *GA NAACP, et al Plaintiffs*