# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13085

_____

In re:

GEORGIA SENATE BILL 202.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-mi-55555-JPB

_____

_____

No. 23-13095

2            Order of the Court            23-13085

_____

IN RE:
GEORGIA SENATE BILL 202.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-mi-55555-JPB

_____

ORDER:

    Appellees' motion for leave for attorney Caitlin Felt May to withdraw as co-counsel is GRANTED.

/s/ Adalberto Jordan
UNITED STATES CIRCUIT JUDGE