**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.:<br>1:21-mi-55555-JPB |

**INTERVENORS' NOTICE JOINING STATE DEFENDANTS'**
**SUPPLEMENTAL SUMMARY JUDGMENT BRIEF**

The Republican Intervenor-Defendants join the State Defendants' Supplemental Brief in Support of Motions for Summary Judgment (Doc. 977), except as to footnote 3 and subsection II.E of the brief.

Dated: September 12, 2025                    Respectfully submitted,

                                                              /s/ *William Bradley Carver, Sr.*

Gilbert C. Dickey*                              William Bradley Carver, Sr.
Conor D. Woodfin*                                 Georgia Bar No. 115529
William Bock IV*                                John E. Hall, Jr.
CONSOVOY MCCARTHY PLLC                             Georgia Bar No. 319090
1600 Wilson Boulevard, Suite 700               Baxter D. Drennon
Arlington, Virginia 22209                         Georgia Bar No. 241446
(703) 243-9423                                  HALL BOOTH SMITH, P.C.
                                                191 Peachtree Street NE, Suite 2900
Tyler R. Green*                                 Atlanta, Georgia 30303
CONSOVOY MCCARTHY PLLC                          (404) 954-5000
222 S. Main Street, 5th Floor                   (404) 954-5020 (Fax)
Salt Lake City, UT 84101
(703) 243-9423

*admitted pro hac vice

*Counsel for Intervenors*

## CERTIFICATE OF COMPLIANCE

This document complies with Local Rule 5.1(B) because it uses 13-point Century Schoolbook.

/s/ *William Bradley Carver, Sr.*

## CERTIFICATE OF SERVICE

On September 12, 2025, I e-filed this document on ECF, which will email everyone requiring service.

/s/ *William Bradley Carver, Sr.*