UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| NEW GEORGIA PROJECT, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.*, <br><br> *Defendants*, <br><br> REPUBLICAN NATIONAL COMMITTEE, *et al.*, <br><br> *Intervenor-Defendants*. | Civil Action No.: 1:21-cv-01229-JPB |

**JOINT STIPULATION OF DISMISSAL OF PLAINTIFF
NEW GEORGIA PROJECT**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 41.1, the undersigned parties ("the Consenting Parties") hereby agree and stipulate to the voluntary dismissal of Plaintiff New Georgia Project's claims in their entirety. The Consenting Parties have agreed that they shall each bear their own respective attorneys' fees, expenses, and costs. This Stipulation is not intended to apply to the claims of the remaining Plaintiffs nor to Defendants' and Defendant-Intervenors' defenses to the claims of the remaining Plaintiffs.

Respectfully submitted, this 23rd day of October 2025.

| | |
|---|---|
| Halsey G. Knapp, Jr. | /s/ Uzoma N. Nkwonta |
| Georgia Bar No. 425320 | Uzoma N. Nkwonta* |
| Joyce Gist Lewis | Jacob D. Shelly* |
| Georgia Bar No. 296261 | Tina Meng Morrison* |
| Adam M. Sparks | Marcos Mocine-McQueen* |
| Georgia Bar No. 341578 | ELIAS LAW GROUP LLP |
| KREVOLIN & HORST, LLC | 250 Massachusetts Ave NW |
| 1201 W. Peachtree St., NW | Suite 400 |
| One Atlantic Center, Suite 3500 | Washington, D.C. 20001 |
| Atlanta, GA 30309 | Telephone: (202) 968-4490 |
| Telephone: (404) 888-9700 | unkwonta@elias.law |
| Facsimile: (404) 888-9577 | jshelly@elias.law |
| hknapp@khlawfirm.com | tmengmorrison@elias.law |
| jlewis@khlwafirm.com | mmcqueen@elias.law |
| sparks@khlawfirm.com | |
| | *Admitted pro hac vice |

*Counsel for Plaintiffs New Georgia Project, Black Voters Matter Fund, Rise, Inc., Elbert Solomon, Fannie Marie Jackson Gibbs, and Jauan Durbin*

| | |
|---|---|
| Gene C. Schaerr* | Christopher M. Carr |
| Special Assistant Attorney General | Attorney General |
| H. Christopher Bartolomucci* | Georgia Bar No. 112505 |
| Donald M. Falk* | Bryan K. Webb |
| Brian J. Field* | Deputy Attorney General |
| Edward H. Trent* | Georgia Bar No. 743580 |
| Joshua J. Prince* | Elizabeth T. Young |
| Miranda Cherkas Sherrill | Senior Assistant Attorney General Georgi |
| Georgia Bar No. 327642 | Bar No. 707725 |
| SCHAERR | JAFFE LLP | STATE LAW DEPARTMENT |
| 1717 K Street NW, Suite 900 | 40 Capitol Square, S.W. |
| Washington, DC 20006 | Atlanta, Georgia 30334 |
| (202) 787-1060 | |
| gschaerr@schaerr-jaffe.com | /s/ Bryan P. Tyson |
| | Bryan P. Tyson |
| *Admitted pro hac vice | Special Assistant Attorney General |
| | Georgia Bar No. 515411 |
| | Bryan F. Jacoutot |

                                       Georgia Bar No. 668272
                                       Diane Festin LaRoss
                                       Georgia Bar No. 430830
                                       CLARK HILL PLC
                                       3630 Peachtree Road NE Suite 700
                                       Atlanta, Georgia 30339
                                       (678) 370-4377
                                       btyson@clarkhill.com
                                       bjacoutot@clarkhill.com
                                       dlaross@clarkhill.com

*Counsel for State Defendants and District Attorney Gregory Edwards for Dougherty County*

*/s/ Daniel Walter White*
Daniel Walter White
Georgia Bar No. 153033
HAYNIE, LITCHFIELD & WHITE, PC
222 Washington Ave NE
Marietta, GA 30060-1959
(770) 422-8901
dwhite@hlw-law.com

*Counsel for Brooks County Defendants*

*/s/ Karl Patrick Broder*
Karl Patrick Broder
BECK OWEN & MURRAY
100 South Hill Street, Suite 600
Griffin, GA 30223
770-227-4000
kbroder@beckowen.com

*Counsel for Spalding County Defendants*

*/s/ Brad M. Bowman*
Brad M. Bowman
Georgia Bar No. 215007
OFFICE OF THE FULTON COUNTY ATTORNEY
141 Pryor Street, S.W., Suite 4038
Atlanta, GA 30303
(404) 612-0246
brad.bowman@fultoncountyga.gov

*Counsel for Solicitor General Keith Gammage of Fulton County*

*/s/ David R. Lowman*
David R. Lowman
Kaye Woodard Burwell
OFFICE OF THE FULTON COUNTY ATTORNEY
141 Pryor St., S.W., Suite 4038
Atlanta, GA 30303
(404) 612-0246
(404) 730-6324
david.lowman@fultoncountyga.gov
kaye.burwell@fultoncountyga.gov

*Counsel for Fulton County Defendants*

William Bradley Carver, Sr.  
Georgia Bar No. 115529  
John E. Hall, Jr.  
Georgia Bar No. 319090  
Baxter D. Drennon  
Georgia Bar No. 241446  
HALL BOOTH SMITH, P.C.  
191 Peachtree Street NE, Suite 2900  
Atlanta, Georgia 30303  
(404) 954-5000  

*/s/ Gilbert C. Dickey*  
Gilbert C. Dickey*  
Conor D. Woodfin*  
William Bock IV*  
CONSOVOY MCCARTHY PLLC  
1600 Wilson Boulevard, Suite 700  
Arlington, Virginia 22209  
(703) 243-9423  

Tyler R. Green*  
CONSOVOY MCCARTHY PLLC  
222 S. Main Street, 5th Floor  
Salt Lake City, UT 84101  
(703) 243-9423  

*Admitted pro hac vice*  

*Counsel for Intervenors*

4

5

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using font type of Times New Roman and a point size of 14.

Dated: October 23, 2025                     <u>/s/ Uzoma N. Nkwonta</u>
                                            *Counsel for Plaintiffs*