**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, *et al.*, *Plaintiffs*, v. BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.*, *Defendants*, REPUBLICAN NATIONAL COMMITTEE, *et al.*, *Intervenor-Defendants.* | Civil Action No.: 1:21-cv-01284-JPB |
| GEORGIA STATE CONFERENCE OF THE NAACP, *et al.*, *Plaintiffs*, v. BRAD RAFFENSPERGER, in his official capacity as the Secretary of State for the State of Georgia, *et al.*, *Defendants*, REPUBLICAN NATIONAL COMMITTEE, *et al.*, *Intervenor-Defendants.* | Civil Action No.: 1:21-cv-01259-JPB |

**<u>AME & GEORGIA NAACP PLAINTIFFS' SECOND RENEWED MOTION
FOR A PRELIMINARY INJUNCTION</u>**

1

Plaintiffs in the above-captioned cases respectfully renew their motion under Rule 65 of the Federal Rules of Civil Procedure for an Order enjoining Defendants in the above-captioned cases from enforcing—during the 2026 elections and until any final relief in the case is granted—the provisions of O.C.G.A. § 21-2-414(a) that impose criminal penalties on those who "give, offer to give, or participate in the giving" of items including food and drink, to an elector "[w]ithin 25 feet of any voter standing in line to vote at any polling place" (the "Supplemental Zone"), as applied in the following manners.

First, Plaintiffs seek relief only as applied to their own line relief activities—providing food, drink, and other comfort items of nominal value to express solidarity and support in the face of long voting lines—in the Supplemental Zone. As the Eleventh Circuit acknowledged and left undisturbed, this Court has already conducted the requisite analysis for as-applied relief. *In re Georgia Senate Bill 202*, 160 F.4th 1171, 1177 (11th Cir. 2025) (recognizing this Court's analysis of "the plaintiffs' own line-relief efforts," and "the downstream questions regarding content-neutrality, the requisite level of scrutiny, and governmental interests and tailoring"). Plaintiffs believe and request that the Court can reinstate this relief as applied to Plaintiffs with expedition and can do so before ruling on Plaintiffs' slightly broader second request for relief below. For this reason, Plaintiffs have

2

attached two proposed orders: one order granting as-applied relief and deferring ruling on the quasi-as-applied relief, and another order granting both forms of relief.

Second, Plaintiffs ask the Court for quasi-as-applied relief to further enjoin the Ban only as it applies to individuals and other non-Plaintiff, non-partisan groups providing food, drink, or gifts of nominal value within the Supplemental Zone to convey messages of solidarity and encouragement to voters. As the Supreme Court and Eleventh Circuit have recognized, plaintiffs may pursue relief that has both as-applied and facial qualities, stretching beyond the named plaintiffs in the case, but not seeking to strike down a provision in all its applications. *See Doe v. Reed*, 561 U.S. 186, 194 (2010); *McGuire v. Marshall*, 50 F.4th 986, 1003–04 (11th Cir. 2022).

For the reasons set forth in detail in Plaintiffs' accompanying Brief in Support of Plaintiffs' Renewed Motion for Preliminary Injunction and accompanying evidentiary support—and incorporating by reference their factual evidence and briefing from their prior preliminary injunction motions, *see* ECF Nos. 171-1–27, 216, 216-1–5, 535-1–19, 590, Plaintiffs have established that they are highly likely to succeed on the merits of their claim that this criminal ban within 25 feet of any voter no matter the distance from the polling place entrance violates the First Amendment both as applied to them and as applied to other non-partisan organizations and individuals engaging in life relief activities. It does so by

restricting the ability of these groups and individuals to engage in core expressive conduct without sufficient justification. Enforcing this law during the 2026 elections and until any final relief is ordered in this action would irreparably harm Plaintiffs and other similar organizations across the State; the balance of equities weighs in Plaintiffs' favor; and a preliminary injunction is in the public interest.

    Plaintiffs do not request a hearing on this motion.

Respectfully submitted, this 22nd day of January, 2026.

/s/ *Pichaya Poy Winichakul*
Pichaya Poy Winichakul (Ga. Bar 246858)
*poy.winichakul@splcenter.org*
Matletha N. Bennette (pro hac vice)
*matletha.bennette@splcenter.org*
Southern Poverty Law Center
150 E. Ponce de Leon Ave., Suite 340
Decatur, Georgia 30030
Telephone: (404) 521-6700

Bradley E. Heard (Ga. Bar No. 342209)
*bradley.heard@splcenter.org*
Sabrina S. Khan (pro hac vice)
*sabrina.khan@splcenter.org*
SOUTHERN POVERTY
LAW CENTER
1101 17th Street NW, Suite 550
Washington, DC 20036
Telephone: (202) 728-9557

Adam S. Sieff (pro hac vice)
*adamsieff@dwt.com*
Daniel Leigh (pro hac vice)
*danielleigh@dwt.com*
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800

*Attorneys for Plaintiffs*
*Georgia Muslim Voter Project, Women Watch Afrika, Latino Community Fund Georgia, and The Arc of the United States*

/s/ *Davin M. Rosborough*
Davin M. Rosborough (pro hac vice)
*drosborough@aclu.org*
Sophia Lin Lakin (pro hac vice)
*slakin@aclu.org*
Jonathan Topaz (pro hac vice)
*jtopaz@aclu.org*
ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
Telephone: (212) 519-7836

Brian Dimmick (pro hac vice)
*bdimmick@aclu.org*
ACLU FOUNDATION, INC.
915 15th Street NW
Washington, D.C. 20005
Telephone: (202) 731-2395

Cory Isaacson (Ga. Bar No. 983797)
*cisaacson@acluga.org*
ACLU FOUNDATION OF GEORGIA, INC.
P.O. Box 77208
Atlanta, Georgia 30357
Telephone: (678) 981-5295

Leah C. Aden (pro hac vice)
*laden@naacpldf.org*
John S. Cusick (pro hac vice)
*jcusick@naacpldf.org*
Alaizah Koorji (pro hac vice)
*akoorji@naacpldf.org* (pro hac vice)
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, New York 10006
Telephone: (212) 965-2200

/s/ *Gerald Weber*
Gerald Weber
Georgia Bar No. 744878
LAW OFFICES OF GERRY WEBER, LLC
Post Office Box 5391
Atlanta, Georgia 31107
Telephone: 404.522.0507
Email: *wgerryweber@gmail.com*

Julie M. Houk (pro hac vice)
*jhouk@lawyerscommittee.org*
Jennifer Nwachukwu (pro hac vice)
*jnwachukwu@lawyerscommittee.org*
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 662-8600

Bryan L. Sells
Georgia Bar No. 635562
The Law Office of Bryan Sells, LLC
PO Box 5493
Atlanta, Georgia 31107
Tel: (404) 480-4212
Email: bryan@bryansellslaw.com

Vilia Hayes (pro hac vice)
Neil Oxford (pro hac vice)
Gregory Farrell (pro hac vice)
Mana Ameri (pro hac vice)
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000

Anuja Thatte (pro hac vice)
*athatte@naacpldf.org*
NAACP LEGAL DEFENSE AND EDUCATION FUND, INC.
700 14th Street, NW
Washington, DC 20005
Telephone: (202) 682-1300

Tania Faransso (pro hac vice)
*tania.faransso@wilmerhale.com*
Laura Powell (pro hac vice)
*laura.powell@wilmerhale.com*
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Telephone: (202) 663-6000

Debo P. Adegbile (pro hac vice)
*debo.adegbile@wilmerhale.com*
WILMER CUTLER PICKERING HALE AND DORR LLP
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

George P. Varghese (pro hac vice)
*george.varghese@wilmerhale.com*
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000

*Attorneys for Plaintiffs*
*Sixth District of the African Methodist Episcopal Church, Delta Sigma Theta*

Laurence F. Pulgram (pro hac vice)
*lpulgram@fenwick.com*
Molly Melcher (pro hac vice)
*mmelcher@fenwick.com*
Armen Nercessian (pro hac vice)
*Anercessian@fenwick.com*
FENWICK & WEST LLP
555 California Street
San Francisco, CA 94104
Telephone: 415.875.2300

Joseph S. Belichick (pro hac vice)
*jbelichick@fenwick.com*
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041-2008
Telephone: 650-988-8500

Catherine McCord (pro hac vice)
*cmccord@fenwick.com*
FENWICK & WEST LLP
902 Broadway, Suite 14
New York, NY 10010
Telephone: (212) 430-2690

*Attorneys for Plaintiffs Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, Inc., League of Women Voters of Georgia, Inc., GALEO Latino Community Development Fund, Inc., Common Cause, and Lower Muskogee Creek Tribe*

*Sorority, Georgia ADAPT, and Georgia Advocacy Office*

7

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using font type of Times New Roman and a point size of 14.

Dated:  January 22, 2026          /s/ *Davin M. Rosborough*
                                  Davin M. Rosborough
                                  *Counsel for Plaintiffs*


## **CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2026, I electronically filed this document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Dated:  January 22, 2026          /s/ *Davin M. Rosborough*
                                  Davin M. Rosborough
                                  *Counsel for Plaintiffs*