UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: GEORGIA SENATE BILL 202 | No. 1:21-MI-55555-JPB<br>ALL CASES |

## ORDER

The mandate of the United States Court of Appeals having been read and considered, it is **ORDERED AND ADJUDGED** that the mandate of the United States Court of Appeals be made the judgment of this Court.

Within the next seven days, the parties shall meet and confer regarding the briefing schedule for Plaintiffs' Second Renewed Motion for a Preliminary Injunction. If the parties are able to agree, they shall submit a proposed schedule to the Court. If the parties are unable to agree on a schedule, each party may submit a proposed schedule.

**SO ORDERED** this 29th day of January, 2026.

_____
J. P. BOULEE
United States District Judge