**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| THE NEW GEORGIA PROJECT, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.*, <br><br> *Defendants*, <br><br> REPUBLICAN NATIONAL COMMITTEE, *et al.*, <br><br> *Intervenor-Defendants*. | Civil Action No.: 1:21-cv-01229-JPB |

**NOTICE TO CLARIFY THE RECORD**

Plaintiffs Black Voters Matter Fund, Rise, Inc., Elbert Solomon, Fannie Marie Jackson Gibbs, and Jauan Durbin ("BVMF Plaintiffs") respectfully submit this Notice to clarify that Fulton County Solicitor General Keith Gammage and Dougherty County District Attorney Gregory Edwards are currently named defendants in BVMF Plaintiffs' lawsuit challenging various provisions of SB 202, including the Line Relief Ban. *See* BVMF Pls.' Second Am. Compl. ¶¶ 36–37, ECF No. 879.

In footnote 4 of the Court's Order denying a separate group of plaintiffs' Second Renewed Motion for Preliminary Injunction,[1] the Court states that, "[s]ince the Court's August 18, 2023 preliminary injunction order, both Gammage and Edwards have been voluntarily dismissed from the case." ECF No. 1016 at 3 n.4. The Court cites BVMF Plaintiffs' Second Amended Complaint, ECF No. 879, and BVMF Plaintiffs' Joint Stipulation of Dismissal of Plaintiff New Georgia Project, ECF No. 980.

However, neither filing voluntary dismissed any Defendants. BVMF Plaintiffs' Second Amended Complaint retains claims against Defendants Edwards and Gammage. *See* Second Am. Compl. ¶¶ 36–37. And the Joint Stipulation voluntarily dismissed only Plaintiff New Georgia Project from this action. The stipulation expressly provides that the dismissal "is not intended to apply to the claims of the remaining Plaintiffs." ECF No. 980 at 1. Accordingly, the remaining BVMF Plaintiffs have not dismissed their claims against Defendants Gammage and Edwards, and both remain parties to BVMF Plaintiffs' case.

---

[1] BVMF Plaintiffs were not parties to the Second Renewed Motion for Preliminary Injunction, ECF Nos. 988; 1016 at 2 n.1.

Respectfully submitted, this 11th day of June 2026.

| | |
|---|---|
| Halsey G. Knapp, Jr. | */s/ Uzoma N. Nkwonta* |
| Georgia Bar No. 425320 | Uzoma N. Nkwonta* |
| Joyce Gist Lewis | Jacob D. Shelly* |
| Georgia Bar No. 296261 | Tina Meng Morrison* |
| Adam M. Sparks | Marcos Mocine-McQueen* |
| Georgia Bar No. 341578 | ELIAS LAW GROUP LLP 250 |
| KREVOLIN & HORST, LLC | Massachusetts Ave NW, Suite 400 |
| 1201 W. Peachtree St., NW | Washington, D.C. 20001 |
| One Atlantic Center, Suite 3500 | Telephone: (202) 968-4490 |
| Atlanta, GA 30309 | unkwonta@elias.law |
| Telephone: (404) 888-9700 | jshelly@elias.law |
| Facsimile: (404) 888-9577 | tmengmorrison@elias.law |
| hknapp@khlawfirm.com | mmcqueen@elias.law |
| jlewis@khlwafirm.com | |
| sparks@khlawfirm.com | *Admitted pro hac vice* |

*Counsel for Plaintiffs Black Voters Matter Fund, Rise, Inc., Elbert Solomon, Fannie Marie Jackson Gibbs, and Jauan Durbin*

3

4

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using font type of Times New Roman and a point size of 14.

Dated: June 11, 2026                    */s/ Uzoma N. Nkwonta*

                                        *Counsel for BVMF Plaintiffs*